**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiff,

v.

FORT COLLINS, a municipal entity;
BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZLE, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity;
JOHN DOES 1-100, in their individual capacities.
    Defendant.

## ENTRY OF APPEARANCE

Mark S. Ratner, Esq., of Hall & Evans, LLC hereby enters his appearance on behalf of Defendants the City of Fort Collins, Brian Mallory, Ethan VanSickle, Jared Robertson, and Christopher Young.

Respectfully submitted this 1st day of September 2022.

                              s/ *Mark S. Ratner*
                              Mark S. Ratner, Esq.
                              Hall & Evans, L.L.C.
                              1001 17th Street, Suite 300, Denver, CO 80202
                              303-628-3300 /Fax: 303-628-3368
                              ratnerm@hallevans.com

2

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 1st day of September 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

*s/ Sarah Stefanick*
