## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiff,

v.

FORT COLLINS, a municipal entity;
BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZLE, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity;
JOHN DOES 1-100, in their individual capacities.
    Defendant.

---

### DEFENDANTS CITY OF FORT COLLINS, BRIAN MALLORY, ETHAN VAN SICKLE, JARED ROBERTSON AND CHRISTOPHER YOUNG'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME

---

Defendants the City of Fort Collins, Brian Mallory, Ethan VanSickle, Jared Robertson, and Christopher Young, by and through their undersigned counsel, Hall & Evans, LLC, submit the following as their **Unopposed** Motion for Extension of Time.

### CERTIFICATE OF CONFERRAL

Undersigned Counsel conferred with Counsel for Plaintiffs regarding the relief requested in this Motion. Counsel for the Plaintiffs indicated there is no objection. Therefore, this Motion is <u>unopposed</u>.

**I.     ARGUMENT**

According to the allegations of Plaintiffs' Complaint, this matter arises out of a protest which took place in the City of Fort Collins, Colorado, on August 8, 2020 (ECF 1, at ¶15).

On September 1, 2022, Defendants the City of Fort Collins, and Fort Collins Police Officers Mallory, Robertson, Van Sickle, and Young, filed Waivers of Service. (*See* ECF 6-10). These Waivers were dated August 23, 2022, and pursuant to the applicable Rules, responses to Plaintiffs' Complaint from these Defendants, are due on October 22, 2022 (ECF 6-10).

On October 18, 2022, Defendants Haferman and Schilz filed Waivers of Service, which were dated September 8, 2022 (*See* ECF 11 & 12). According to the applicable Rules, responses to Plaintiffs' Complaint from Haferman and Schilz, are due by November 7, 2022.

Plaintiffs' Complaint consists of 261 paragraphs and 18 claims, against multiple Defendants. Furthermore, as a result of submitting Waivers of Service which were executed on different dates, multiple responses are due at different times. In order to provide some consistency, Defendants, the City of Fort Collins, Brian Mallory, Ethan VanSickle, Jared Robertson, and Christopher Young, request their responses to Plaintiffs' Complaint be due on the same day as Defendants Haferman and Schilz-November 7, 2022.

WHEREFORE, Defendants, the City of Fort Collins, Brian Mallory, Ethan VanSickle, Jared Robertson, and Christopher Young, respectfully request the Court grant

their Motion, and Order a response on behalf of these Defendants be filed on or before

November 7, 2022.

    Respectfully submitted this 18th day of October 2022.

                        s/ *Mark S. Ratner*
                        Mark S. Ratner, Esq.
                        Andrew D. Ringel, Esq.
                        Hall & Evans, L.L.C.
                        1001 17th Street, Suite 300, Denver, CO 80202
                        303-628-3300 /Fax: 303-628-3368
                        ratnerm@hallevans.com
                        ringela@hallevans.com

## **CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on the 18th day of October 2022, a true and correct copy of the foregoing **DEFENDANTS CITY OF FORT COLLINS, BRIAN MALLORY, ETHAN VAN SICKLE, JARED ROBERTSON AND CHRISTOPHER YOUNG'S UNOPPOSED MOTION FOR EXTENSION OF TIME** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

                *s/ Sarah Stefanick*