**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiff,

v.

FORT COLLINS, a municipal entity;
BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZLE, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity;
JOHN DOES 1-100, in their individual capacities.
    Defendant.

**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1**

    Plaintiffs and Defendants, the City of Fort Collins, and Fort Collins Police Officers Mallory, Robertson, Van Sickle, and Young, through their respective counsel, hereby stipulate pursuant to D.C.COLO.LCivR 6.1, to an extension of time, for the submission of a response to Plaintiffs' Complaint. These Defendants shall file a response to Plaintiffs' Complaint (ECF 1), by November 7, 2022.

    Respectfully submitted this 20th day of October 2022.

                                                             s/ *Mark S. Ratner*
                                                             Mark S. Ratner, Esq.
                                                             Andrew D. Ringel, Esq.
                                                             Hall & Evans, L.L.C.
                                                             1001 17th Street, Suite 300, Denver, CO 80202
                                                            303-628-3300 /Fax: 303-628-3368

2

ratnerm@hallevans.com
ringela@hallevans.com


s/ *E. Milo Schwab*
E. Milo Schwab, Esq.
2401 S. Downing, Denver, CO 80210
303-888-4407 /Fax:
milo@ascendcounsel.co

2

3

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on the 20th day of October 2022, a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

                                              *s/ Sarah Stefanick*