**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiff,

v.

FORT COLLINS, a municipal entity;
BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZLE, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity;
JOHN DOES 1-100, in their individual capacities.
    Defendants.

---

**ENTRY OF APPEARANCE**

---

Katherine N. Hoffman, Esq., of Hall & Evans, LLC hereby enters her appearance on behalf of Defendants, The City of Fort Collins, Brian Mallory, Ethan VanSickle, Jared Robertson, Joe Schilz, Jason Haferman, and Christopher Young.

Respectfully submitted this 20th day of October 2022.

    s/ *Katherine N. Hoffman*
    Katherine N. Hoffman, Esq.
    Hall & Evans, L.L.C.
    1001 17th Street, Suite 300, Denver, CO 80202
    303-628-3300 /Fax: 303-628-3368
    hoffmank@hallevans.com

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 20th day of October 2022, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

*s/ Erica Cameron*