**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

*Civil Action No. 22-cv-01983-SKC*

MICHAEL PIPER TOWNLEY,
ANNA KRUGER, and
JOSHUA DELEON,

    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity,
ETHAN VANSICKLE, in his individual capacity,
DANIEL NETZEL, in his individual capacity,
JARED ROBERTSON, in his individual capacity,
JOE SCHILZ, in his individual capacity,
JASON HAFERMAN, in his individual capacity, and
CHRISTOPHER YOUNG, in his individual capacity,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

Jonathan M. Abramson of the law firm of Kissinger & Fellman, P.C. hereby enters his appearance for and on behalf of Defendant Jason Haferman, in his individual capacity.

Dated this 29th day of December, 2022.

    KISSINGER & FELLMAN, P.C.
    ***s/ Jonathan M. Abramson***
    Jonathan M. Abramson
    Kissinger & Fellman, P.C.
    3773 Cherry Creek N. Dr., #900
    Denver, CO 80209
    Telephone: 303-320-6100
    Facsimile: 303-327-8601
    Email: jonathan@kandf.com
    *Attorney for Defendant Jason Haferman, in his individual official capacity*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward Milo Schwab, Esq. (milo@ascendcounsel.co)
*ATTORNEY FOR PLAINTIFFS*

Andrew David Ringel, Esq. (ringela@hallevans.com)
Katherine Hoffman, Esq. (hoffmank@hallevans.com)
Mark Scott Ratner, Esq. (ratnerm@hallevans.com)
*ATTORNEYS FOR DEFENDANTS BRIAN MALLORY, ETHAN VANSICKLE, JARED ROBERTSON, JOE SCHILZ AND CHRISTOPHER YOUNG*

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

                              By:    *s/ Elizabeth Jackson*
                                      Elizabeth Jackson, Paralegal
                                      Kissinger & Fellman, P.C.