**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiff,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.
    Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR JASON HAFERMAN

Andrew D. Ringel, Esq., Mark S. Ratner, Esq., and Katherine N. Hoffman, Esq., hereby moves this Court for an Order withdrawing as counsel of record for Jason Haferman, as follows:

### STATEMENT OF CONFERRAL

Pursuant to D.C.Colo.LAttyR. 5(b), this Motion is excepted from the duty to confer.

### MOTION

1. On December 29, 2022, attorneys Jonathan Abramson, Esq. and Yulia Nikolaevskaya, Esq. entered their appearance on behalf of Jason Haferman [*See* ECF 23 and 24] and they will continue representing the defendant in the matter herein.

2.      Andrew D. Ringel, Esq., Mark S. Ratner, Esq., and Katherine Hoffman Esq., of Hall & Evans, LLC withdraws their representation of the above-named defendant in the matter herein.

3.      Because of the continuous representation of the above-named defendant by Jonathan Abramson, Esq. and Yulia Nikolaevskaya, Esq., no notification to the above-named defendant of their responsibility for complying with all court orders and time limitations, or the need to obtain legal counsel, was required by D.C.Colo.LAttyR 5(b).

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion and enter an order permitting Mr. Ringel, Mr. Ratner, and Ms. Hoffman's withdrawal as counsel for Jason Haferman.

Respectfully submitted this 30th day of December 2022.

          s/ *Mark S. Ratner*
          Mark S. Ratner, Esq.
          Andrew D. Ringel, Esq.
          Katherine N. Hoffman, Esq.
          Hall & Evans, L.L.C.
          1001 17th Street, Suite 300, Denver, CO 80202
          303-628-3300 /Fax: 303-628-3368
          ratnerm@hallevans.com
          ringela@hallevans.com
          hoffmank@hallevans.com
          **Attorneys for Defendants Brian Mallory, Ethan VanSickle, Jared Robertson, Joe Schilz and Christopher Young**

## **CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on the 30th day of December 2022, a true and correct copy of the foregoing was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

Jonathan Abramson, Esq.
jonathan@kandf.com

Yulia Nikolaevskaya, Esq.
julie@kandf.com

                                        *s/ Sarah Stefanick*