IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 22-cv-01983-SKC | Date: January 19, 2023 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                            *Counsel:*

MICHAEL PIPER TOWNLEY, et al.,                 Edward Schwab

   Plaintiff,

v.

BRIAN MALLORY,                                              Mark Ratner
ETHAN VANSICKLE,
JARED ROBERTON,
JOE SCHLIZ,
CHRISTOPHER YOUNG,
JASON HAFERMAN,                                         Jonathan Abramson
                                                                               Yulia Nikolaevskaya
DANIEL NETZEL,                                               No appearance

   Defendant.

---

## COURTROOM MINUTES

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:32 a.m.**
Court calls case. Appearances of counsel. Nicholas List, an assistant for Mr. Schwab, advises that Mr. Schwab is in another hearing. The Court will proceed.

9:35 a.m.        Mr. Schwab calls into the hearing.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** depositions, **excluding depositions of the parties.**
Depositions of parties shall not exceed one day of seven hours. All other depositions are limited to four hours.
Each side shall be limited to **50** interrogatories, **50** requests for production, and **50** requests for admission.
To the extent a protective order is needed, a joint motion with attached proposed protective order shall be filed within the next 14 days.
Joinder of Parties/Amendment of Pleadings: **March 6, 2023**

Discovery Cut-off: **October 19, 2023**
Dispositive Motions Deadline: **November 20, 2023**
Each side shall be limited to 4 expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: July 21, 2023**
Parties shall designate rebuttal experts **on or before: September 5, 2023**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY DAYS** prior to close of discovery.

**JOINT STATUS REPORT** shall be filed no later than **April 14, 2023**.  Counsel shall refer to this Court's practice standards for the specific areas needing to be addressed in the report.

**FINAL PRETRIAL AND TRIAL PREPARATION CONFERENCE** is set for **March 21, 2024 at 10:00 a.m.**  Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**  Counsel shall refer to the Consent Case Practice and Trial Preparation Order docketed in this case for specifics on preparing the proposed final pretrial order.  Parties should be prepared to set a trial date one to two months out from this conference.

Counsel shall be familiar with Magistrate Judge Crews' practice standards.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 09:46 a.m.**
Total time in court:     00:14

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.