## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity;
    Defendants.

## JOINT STIPULATED AND UNOPPOSED MOTION FOR ENTRY OF A PROTECTIVE ORDER

The parties, through their respective Counsel, submit the following as their Joint Unopposed Motion for Entry of a Protective Order:

### CONFERRAL

Counsel for the parties have conferred regarding the relief requested in this Motion, and there are no objections to any such relief or entry of the Protective Order, attached hereto as ***Exhibit A***.

1.    According to the allegations of the Complaint, this matter generally arises out of the arrests and detention of the Plaintiffs, on August 8 2020 (ECF 20 at ¶ 13).

2.    The Plaintiffs allege violations of their constitutional rights, pursuant to both federal and State law.

3. The Defendants in this matter are currently, or where at the time of the incident, City of Fort Collins Police Officers.

4. Certain documents may be requested and produced in this matter from the Defendants, which may contain personal and confidential information protected under constitutional, statutory or common law privacy interests, such as personnel and employment information, in their capacity as Police Officers.

4. Certain documents of the Plaintiffs which may be requested and produced in this matter contain personal, confidential, tax and/or medical information protected under constitutional or statutory provisions or under common law privacy interests. In particular, due to the nature of the Plaintiffs' claims and requested damages, Plaintiff's medical information may be produced in this matter and may retain some privacy interests in such information as to collateral persons.

5. Nothing contained in this Motion should be construed as an acknowledgment by Plaintiffs or Defendants that any specific information that could fall into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

6. The parties respectfully request the accompanying Protective Order be entered by this Court to govern the handling of confidential information produced in this litigation.

7. Counsel conferred with each other through email correspondence, and there are no objections to entry of the Order, attached as ***Exhibit A***

WHEREFORE, for all of the foregoing reasons, the parties respectfully request this Court enter the Protective Order attached as *Exhibit A*, as an Order of this Court.

Dated this 2nd day of February 2023.

s/ *Mark S. Ratner*
Mark S. Ratner, Esq.
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com
ringela@hallevans.com
hoffmank@hallevans.com
Attorneys for Defendants Brian Mallory,
Ethan VanSickle, Daniel Netzel,
Jared Robertson, Joe Schilz, and
Christopher Young

s/ *Yulia Nikolaevskaya*
Jonathan M. Abramson, Esq.
Yulia Nikolaevskaya, Esq.
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive,
Ptarmigan Place, Suite 900,
Denver, CO 80209
303-320-6100
jonathan@kandf.com
julie@kandf.com
Attorneys for Defendant Jason Haferman

s/ *E. Milo Schwab*
Edward Milo Schwab, Esq.
Ascend Counsel, L.L.C.
2401 S. Downing Street, Denver, CO 80210
303-888-4407
milo@ascendcounsel.co
Attorneys for Plaintiff

3

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 2nd day of February 2023, a true and correct copy of the foregoing was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

Jonathan Abramson, Esq.
jonathan@kandf.com

Yulia Nikolaevskaya, Esq.
julie@kandf.com

*s/ Sarah Stefanick*