Case No. 1:22-cv-01983-SKC   Document 43-2   filed 03/03/23   USDC Colorado   pg 1 of 1

3/2/23, 12:43 PM                                      Ascend Counsel, LLC Mail - Piper v. Fort Collins, et al.



Milo Schwab <milo@ascendcounsel.co>

## Piper v. Fort Collins, et al.

**Ratner, Mark S.** <ratnerm@hallevans.com>                                    Tue, Aug 23, 2022 at 2:05 PM
To: "milo@ascendcounsel.co" <milo@ascendcounsel.co>
Cc: "Tamborello, Amber" <tamborelloa@hallevans.com>, "Stefanick, Sarah" <stefanicks@hallevans.com>

Good Afternoon, Mr. Schwab.

With respect to the Piper matter, please be advised I have been retained to represent the interests of the City of Fort Collins, as well as Officers Jared Robertson, Brian Mallory, Ethan Van Sickle, and CJ Young.  As such, we are willing to waive service of the Complaint on behalf of the City and these Officers only.  At this time, I do not have permission to waive service for anyone else.

When you have a moment, please forward the proper paper work to my attention.

I look forward to working with you on this matter.

Best Regards,

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.