Case No. 1:22-cv-01983-SKC   Document 43-3   filed 03/03/23   USDC Colorado   pg 1 of 1

3/2/23, 12:47 PM                                    Ascend Counsel, LLC Mail - Re: Townley et al v. Fort Collins, et al.



Milo Schwab <milo@ascendcounsel.co>

## Re: Townley et al v. Fort Collins, et al.

**Milo Schwab** <milo@ascendcounsel.co>                                                    Tue, Aug 23, 2022 at 3:36 PM
To: ratnerm@hallevans.com, "Tamborello, Amber" <tamborelloa@hallevans.com>, stefanicks@hallevans.com, Nick List <nick@ascendcounsel.co>

Mark, please find attached the waivers of service. Can you confirm whether the other Defendants are no longer employed by the city of Fort Collins or if they'll be represented by other counsel through the City?

--
**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
2401 S Downing St. Denver CO, 80210
milo@ascendcounsel.co | www.ascendcounsel.co

**5 attachments**


**Waiver Young.pdf**
263K

**Waiver City of Fort Collins.pdf**
263K


**Waiver Mallory.pdf**
263K


**Waiver Van Sickle.pdf**
263K


**Waiver Robertson.pdf**
263K