Milo Schwab <milo@ascendcounsel.co>

## Re: Townley et al v. Fort Collins, et al.
12 messages

**Milo Schwab** <milo@ascendcounsel.co>   Tue, Aug 23, 2022 at 3:36 PM
To: ratnerm@hallevans.com, "Tamborello, Amber" <tamborelloa@hallevans.com>, stefanicks@hallevans.com, Nick List <nick@ascendcounsel.co>

Mark, please find attached the waivers of service. Can you confirm whether the other Defendants are no longer employed by the city of Fort Collins or if they'll be represented by other counsel through the City?

--
**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
2401 S Downing St. Denver CO, 80210
milo@ascendcounsel.co | www.ascendcounsel.co

**5 attachments**

- **Waiver Young.pdf** 263K
- **Waiver City of Fort Collins.pdf** 263K
- **Waiver Mallory.pdf** 263K
- **Waiver Van Sickle.pdf** 263K
- **Waiver Robertson.pdf** 263K

**Ratner, Mark S.** <ratnerm@hallevans.com>   Tue, Aug 23, 2022 at 4:08 PM
To: Milo Schwab <milo@ascendcounsel.co>
Cc: "Tamborello, Amber" <tamborelloa@hallevans.com>, "Stefanick, Sarah" <stefanicks@hallevans.com>, Nick List <nick@ascendcounsel.co>

Thanks. I do not have that information. The status of accepting service and representation may change with respect to the other officers.

Sent from my iPhone

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING

website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

> On Aug 23, 2022, at 3:36 PM, Milo Schwab <milo@ascendcounsel.co> wrote:
>
> **CAUTION: This email originated outside H&E. Please scrutinize all links and attachments.**
>
> [Quoted text hidden]
> <Waiver Young.pdf>
> <Waiver City of Fort Collins.pdf>
> <Waiver Mallory.pdf>
> <Waiver Van Sickle.pdf>
> <Waiver Robertson.pdf>

---

**Ratner, Mark S.** <ratnerm@hallevans.com>   Thu, Sep 8, 2022 at 4:24 PM
To: Milo Schwab <milo@ascendcounsel.co>
Cc: "Tamborello, Amber" <tamborelloa@hallevans.com>, "Stefanick, Sarah" <stefanicks@hallevans.com>, Nick List <nick@ascendcounsel.co>, "Ringel, Andrew D." <ringela@hallevans.com>

Good Afternoon, Milo.

Please be advised I have authority to accept service on behalf of the remaining officers, except for Officer Netzle. That, of course, may change and if it does I will let you know.

Please forward the appropriate documentation, and I will execute.

Best Regards,

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING

website | bio | LinkedIn