

Milo Schwab <milo@ascendcounsel.co>

## Townley

**Ratner, Mark S.** <ratnerm@hallevans.com>                                          Fri, Jan 27, 2023 at 8:52 AM
To: Milo Schwab <milo@ascendcounsel.co>
Cc: "Ringel, Andrew D." <ringela@hallevans.com>, "Hoffman, Katherine N." <hoffmank@hallevans.com>, "Tamborello, Amber" <tamborelloa@hallevans.com>, "Lesar, Kristin" <lesark@hallevans.com>, "Stefanick, Sarah" <stefanicks@hallevans.com>, Nick List <nick@ascendcounsel.co>

Milo, it is our understanding Officer Netzel has been served with the Summons and Complaint in this matter. As indicated in one of our past discussions, this office represents Officer Netzel. I am assuming contact through your office was an oversight, but please direct any future communications through me.

In addition, due to his position as a police officer and the fact he was served at home, I would ask the Return of Service which might contain his home address, be filed under seal. If this is a problem, please let me know immediately so I may seek Court intervention.

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.