# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;

    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.

    Defendants.

## PLAINTIFFS' MOTION TO FILE UNDER SEAL

Plaintiffs, by and through undersigned counsel, respectfully move this Court to restrict access to ECF No. 42, and in support thereof, provide as follows:

1. ECF No. 42 is the affidavit of return of service for Defendant Daniel Netzel.

2. Defendant Netzel was served at his residence.

3. Defendant Netzel is a Fort Collins police officer.

4. Defendant Netzel has requested that Plaintiff seek restrictions on access to such affidavit out of fear for his safety given his work as a police officer.

WHEREFORE, Plaintiffs respectfully request that this Court restrict access to ECF No. 42 for Defendant's protection.

Respectfully submitted this 3rd day of March 2023.

E. Milo Schwab
E. Milo Schwab
2401 S Downing
Denver, CO 80210
(303) 888-4407
milo@ascendcounsel.co

**ATTORNEY FOR PLAINTIFFS**
