| | |
|---|---|
| **From:** | Ratner, Mark S. |
| **To:** | Milo Schwab |
| **Cc:** | Tamborello, Amber; Stefanick, Sarah; Nick List |
| **Bcc:** | 6139_99_CITY OF FORT COLLINS_Michael Piper Townley__et al__v__The City of Fort Collins__et al__E_Mail |
| **Subject:** | RE: Townley et al v. Fort Collins, et al. |
| **Date:** | Tuesday, October 18, 2022 10:47:44 AM |
| **Attachments:** | image001.png |
| | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

Thank you.  I will file an unopposed Motion so at least the Court is aware.

- Mark


**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Tuesday, October 18, 2022 10:46 AM
**To:** Ratner, Mark S. <ratnerm@hallevans.com>
**Cc:** Tamborello, Amber <tamborelloa@hallevans.com>; Stefanick, Sarah <stefanicks@hallevans.com>; Nick List <nick@ascendcounsel.co>
**Subject:** Re: Townley et al v. Fort Collins, et al.


**\*\*CAUTION: This email originated outside H&E. Please scrutinize all links and attachments.\*\***


Hi Mark, yeah, that's fine.

Milo

On Tue, Oct 18, 2022 at 9:33 AM Ratner, Mark S. <ratnerm@hallevans.com> wrote:

> Good Morning, Milo and Nick.  We just filed the  Waivers of Service for Officers Haferman and Schilz.  I believe there responses are due on November 7, 2022.  Given the length and complexity of the Complaint, I would like to ask for an extension of time to file a Response on behalf of the

other Officers we waived service for, to November 7, 2022.  That way, everything is filed at once.

Can you please let me know your position?

Best Regards,

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

--
**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
2401 S Downing St. Denver CO, 80210
milo@ascendcounsel.co | www.ascendcounsel.co