| | |
|---|---|
| **From:** | Ratner, Mark S. |
| **To:** | Milo Schwab |
| **Cc:** | Nick List; Hoffman, Katherine N. |
| **Subject:** | RE: Townley v. City of Fort Collins et al. |
| **Date:** | Friday, November 4, 2022 1:00:02 PM |
| **Attachments:** | image001.png |
| | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

No worries.  My discussion was going to center around filing a motion to dismiss.  There are a number of Defendants where there are no allegations, only claims.  In order to avoid wasted efforts, and in case you want to file an amended complaint, I would suggest allowing an additional extension to Monday the 14th?  My guess is the Court will appreciate the efforts from both sides to discuss before a Motion s filed.   Thoughts?

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

---

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Friday, November 4, 2022 12:57 PM
**To:** Ratner, Mark S. <ratnerm@hallevans.com>
**Cc:** Nick List <nick@ascendcounsel.co>; Hoffman, Katherine N. <hoffmank@hallevans.com>
**Subject:** Re: Townley v. City of Fort Collins et al.

**\*\*CAUTION: This email originated outside H&E. Please scrutinize all links and attachments.\*\***

Hey Mark, sorry, just getting this. Unfortunately, I don't have time today or on Monday. I can do Tuesday morning before 10 or between 11 and 2.

Let me know,

Thanks,

Milo

On Thu, Nov 3, 2022 at 1:05 PM Ratner, Mark S. <ratnerm@hallevans.com> wrote:

> Good Afternoon, Milo and Nick. Do either of you have some time to discuss this matter?
>
> - Mark
>
> **Mark S. Ratner** | Member
> ratnerm@hallevans.com
> Tel: 303-628-3337
>
> **Hall & Evans, LLC**
> 1001 Seventeenth Street, Suite 300
> Denver, CO 80202
>
> 
>
> COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
>
> website | bio | LinkedIn
>
> Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

--
**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
2401 S Downing St. Denver CO, 80210
milo@ascendcounsel.co | www.ascendcounsel.co