| | |
|---|---|
| **From:** | Ratner, Mark S. |
| **To:** | Milo Schwab |
| **Cc:** | Nick List; Hoffman, Katherine N.; Ringel, Andrew D. |
| **Bcc:** | 6139_99_CITY OF FORT COLLINS_Michael Piper Townley__et al__v__The City of Fort Collins__et al__E_Mail |
| **Subject:** | RE: Townley v. City of Fort Collins et al. |
| **Date:** | Sunday, November 6, 2022 11:58:09 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

Milo, following-up on my email below, we are filing a Motion to Dismiss on behalf of the City of Fort Collins, as well as Officers Van Sickle, Schliz, Haferman, and Young.  In particular, there are no allegations as to any wrongful conduct on behalf of the individual Officers, or specific allegations addressing any purported conspiracy.  In addition, there are no allegations respect any custom, practice, policy, or procedure, with respect to the City.  The Motion will also argue C.R.S. 13-21-131 is inapplicable to claims against a municipality.

If you would like to discuss, I can be reached at (773) 383-7704.

Best Regards,

- Mark


**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

**From:** Ratner, Mark S. <ratnerm@hallevans.com>
**Sent:** Friday, November 4, 2022 1:00 PM
**To:** Milo Schwab <milo@ascendcounsel.co>
**Cc:** Nick List <nick@ascendcounsel.co>; Hoffman, Katherine N. <hoffmank@hallevans.com>
**Subject:** RE: Townley v. City of Fort Collins et al.

No worries.  My discussion was going to center around filing a motion to dismiss.  There are a number of Defendants where there are no allegations, only claims.  In order to avoid wasted efforts, and in case you want to file an amended complaint, I would suggest allowing an additional extension to Monday the 14th?  My guess is the Court will appreciate the efforts from both sides to discuss before a Motion s filed.  Thoughts?

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Friday, November 4, 2022 12:57 PM
**To:** Ratner, Mark S. <ratnerm@hallevans.com>
**Cc:** Nick List <nick@ascendcounsel.co>; Hoffman, Katherine N. <hoffmank@hallevans.com>
**Subject:** Re: Townley v. City of Fort Collins et al.

**\*\*CAUTION: This email originated outside H&E. Please scrutinize all links and attachments.\*\***

Hey Mark, sorry, just getting this. Unfortunately, I don't have time today or on Monday. I can do Tuesday morning before 10 or between 11 and 2.

Let me know,

Thanks,

Milo

On Thu, Nov 3, 2022 at 1:05 PM Ratner, Mark S. <ratnerm@hallevans.com> wrote:

> Good Afternoon, Milo and Nick. Do either of you have some time to discuss this matter?
>
> - Mark
>
> **Mark S. Ratner** | Member
> ratnerm@hallevans.com
> Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
2401 S Downing St. Denver CO, 80210
milo@ascendcounsel.co | www.ascendcounsel.co