| | |
|---|---|
| **From:** | Ratner, Mark S. |
| **To:** | Milo Schwab |
| **Cc:** | Ringel, Andrew D.; Hoffman, Katherine N.; Spittell, Kaitlin I. |
| **Bcc:** | 6139_99_CITY OF FORT COLLINS_Michael Piper Townley__et al__v__The City of Fort Collins__et al__E_Mail |
| **Subject:** | Townley v. Mallory et al. |
| **Date:** | Sunday, December 11, 2022 4:35:37 PM |
| **Attachments:** | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

Good Afternoon, Milo.

After review of your Amended Complaint, we intend to file another Motion to Dismiss pursuant to 12(b)(6,) on behalf of Officers VanSickel, Schilz, Haferman, and Young. The basis for the Motion is essentially as set forth in the previous Motion to Dismiss. In particular, despite the attempts at adding modifying the Complaint, the additional allegations are still conclusory and therefore improper.

I am available to discuss via telephone or Teams. Since our Response to the Amended Complaint is due tomorrow, please let me know if would like to discuss. If tomorrow does not work, perhaps we can entertain a motion for extension of time.

Best Regards,

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn