| | |
|---|---|
| **From:** | Ratner, Mark S. |
| **To:** | Milo Schwab; Ringel, Andrew D.; Hoffman, Katherine N.; jonathan@kandf.com; julie@kandf.com; Lesar, Kristin; Stefanick, Sarah; Nick List; alexandra@kandf.com; cc: Beth Ann Jackson; jody@kandf.com; Marion, Nicole; Walker, Rebecca; Tamborello, Amber; Erkhart, Olivia |
| **Subject:** | RE: Townley - Draft Proposed Scheduling Order |
| **Date:** | Monday, January 9, 2023 1:43:17 PM |
| **Attachments:** | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

Milo, the only time I have this week, is Wednesday morning.

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Monday, January 9, 2023 12:18 PM
**To:** Ringel, Andrew D. <ringela@hallevans.com>; Hoffman, Katherine N. <hoffmank@hallevans.com>; Ratner, Mark S. <ratnerm@hallevans.com>; jonathan@kandf.com; julie@kandf.com; Lesar, Kristin <lesark@hallevans.com>; Stefanick, Sarah <stefanicks@hallevans.com>; Nick List <nick@ascendcounsel.co>; alexandra@kandf.com; cc: Beth Ann Jackson <ejackson@kandf.com>; jody@kandf.com; Marion, Nicole <marionn@hallevans.com>; Walker, Rebecca <walkerr@hallevans.com>; Tamborello, Amber <tamborelloa@hallevans.com>; Erkhart, Olivia <erkharto@hallevans.com>
**Subject:** Townley - Draft Proposed Scheduling Order

***CAUTION: This email originated outside H&E. Please scrutinize all links and attachments.***

Hey everyone, please find attached a draft Scheduling Order. I apologize for not getting this out earlier.

What is everyone's availability for a call to go over this this week? I am generally available the rest of the week.

Additionally, the magistrate consent is due on Thursday as well. Does anyone wish to withhold consent in this case?

Thanks,

Milo

--

**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
2401 S Downing St. Denver CO, 80210
milo@ascendcounsel.co | www.ascendcounsel.co