| | |
|---|---|
| **From:** | Ratner, Mark S. |
| **To:** | Milo Schwab; Nick List |
| **Cc:** | Ringel, Andrew D.; Hoffman, Katherine N.; jonathan@kandf.com; julie@kandf.com; alexandra@kandf.com; cc: Beth Ann Jackson; jody@kandf.com; Tamborello, Amber; Lesar, Kristin |
| **Bcc:** | 6139_99_CITY OF FORT COLLINS_Michael Piper Townley__et al__v__The City of Fort Collins__et al_E_Mail |
| **Subject:** | RE: Townley - Draft Proposed Scheduling Order |
| **Date:** | Wednesday, January 11, 2023 12:08:38 PM |
| **Attachments:** | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |
| | Draft Proposed Scheduling Order Fort Collins" Dfndts edits 01 11 23(10311174.1).docx |

Good Afternoon, Milo.  Attached, please find a draft proposed scheduling order, which includes additions and changes from the Fort Collins Defendants as well as Defendant Haferman.  Because Counsel for Haferman is not available to discuss today, I have been asked to convey the message that there may additional changes to the scheduling order after their discussions with you.

Please let me know when you would like to discuss.  I am available now until 12:30.  We can also discuss on Thursday or Friday, but I do not have a specific time that I can be available.

- Mark

**Mark S. Ratner** | Member
ratnerm@hallevans.com
Tel: 303-628-3337

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

**From:** Milo Schwab <milo@ascendcounsel.co>
**Sent:** Monday, January 9, 2023 12:18 PM
**To:** Ringel, Andrew D. <ringela@hallevans.com>; Hoffman, Katherine N. <hoffmank@hallevans.com>; Ratner, Mark S. <ratnerm@hallevans.com>; jonathan@kandf.com; julie@kandf.com; Lesar, Kristin <lesark@hallevans.com>; Stefanick, Sarah <stefanicks@hallevans.com>; Nick List <nick@ascendcounsel.co>; alexandra@kandf.com; cc: Beth Ann Jackson <ejackson@kandf.com>; jody@kandf.com; Marion, Nicole <marionn@hallevans.com>; Walker, Rebecca <walkerr@hallevans.com>; Tamborello, Amber <tamborelloa@hallevans.com>;

Erkhart, Olivia <erkharto@hallevans.com>
**Subject:** Townley - Draft Proposed Scheduling Order

***CAUTION: This email originated outside H&E. Please scrutinize all links and attachments.***

Hey everyone, please find attached a draft Scheduling Order. I apologize for not getting this out earlier.

What is everyone's availability for a call to go over this this week? I am generally available the rest of the week.

Additionally, the magistrate consent is due on Thursday as well. Does anyone wish to withhold consent in this case?

Thanks,

Milo

--
**E. Milo Schwab**
**Ascend Counsel, LLC**
T: (303) 888-4407
2401 S Downing St. Denver CO, 80210
milo@ascendcounsel.co | www.ascendcounsel.co