IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;

    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.

    Defendants.

## JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to ECF No. 37.

1. **Summary of Parties' Discovery**

    a. Plaintiffs

Plaintiffs have served the City of Fort Collins with a subpoena requesting certain documents related to Plaintiffs' claims. As of the date of this filing, Plaintiffs have not received any documents and the City objected to every request on April 12, 2023. Plaintiffs will be filing a Motion to Compel based on Fort Collins' responses shortly.

b. Defendants

The Defendants recently served written discovery on the Plaintiffs, and asked Counsel for deposition availability. It is expected Plaintiffs' depositions will begin in late May to early June, after responses to discovery are received.

2. **Pending Discovery Disputes**

As of the filing of this Joint Status Report, no Motions to compel have been filed. However, as indicated above, Plaintiffs intend to file a Motion to Compel based on a subpoena served on the City of Fort Collins.

**Defendants**: Mark S. Ratner, Counsel for the Defendants except Mr. Haferman, will represent the City of Fort Collins if Plaintiffs' file a Motion to Compel. The City of Fort Collins is not a party to this matter.

3. **Pending Motions**

Pending before the Court are Motions to Dismiss Plaintiffs' Amended Complaint filed on behalf of Defendants VanSickle, Schilz, Haferman, and Young (ECF 22), and separately on behalf of Defendant Netzel (ECF 41). The Motions are fully briefed.

4. **Likelihood of Settlement**

As of the filing of this Joint Status Report, the parties have yet to have any discussions on settlement. The parties are only in the early stages of discovery and will likely need to engage in further discovery before fruitful settlement discussions can occur.

Respectfully submitted this 14th day of April 2023.

/s/ E. Milo Schwab
E. Milo Schwab
Ascend Counsel, LLC
2401 S. Downing St.
(303) 888-4407
milo@ascendcounsel.com
COUNSEL FOR PLAINTIFFS

/s/ Mark S. Ratner
Mark S. Ratner, Esq.
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
1001 Seventeenth Street, Suite 300
Denver, CO 80202
(303) 628-3300
ratnerm@hallevans.com
ringel@hallevans.com
hoffmank@hallevans.com
COUNSEL FOR DEFENDANTS
MALLORY, VANSICKLE, NETZEL
ROBERTSON, SCHILZ, and YOUNG

/s/ Jonathan M. Abramson
Jonathan M. Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive
Ptarmigan Place, Suite 900
Denver, CO 80209
(303) 320-6100
jonathan@kandf.com
julie@kandf.com

COUNSEL FOR DEFENDANT
HAFERMAN