**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity;
    Defendants.

---

**DEFENDANTS BRIAN MALLORY, ETHAN VANSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE SCHILZ, AND CHRISTOPHER YOUNG'S UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER**

---

Defendants Brian Mallory, Ethan VanSickle, Daniel Netzel, Jared Robertson, Joe Schilz, and Christopher Young through Counsel, Hall & Evans, LLC, submit the following as their Motion to Amend the Scheduling Order:

**CERTIFICATE OF CONFERRAL**

Undersigned Counsel conferred with Counsel for the Plaintiffs as well as Mr. Haferman. Neither party object to the requested relief, and therefore this Motion is **unopposed**.

These Defendants are requesting an extension of 30-days for both affirmative and rebuttal experts. The new proposed dates are **August 21, 2023** and **September 28, 2023** for disclosure of affirmative and rebuttal experts, respectively.

Furthermore, a copy of this Motion has been served on undersigned's clients. Additionally, this is the first request by these Defendants to amend the scheduling order.

## I.     **INTRODUCTION AND BACKGROUND**

This matter arises out of the arrest of the three Plaintiffs on August 8, 2020, during protests which took place in the City of Fort Collins, Colorado. The Plaintiffs attempt to set forth eighteen claims for relief under both federal and state law theories, including claims brought pursuant to 42 U.S.C. § 1983, and C.R.S. § 13-21-131. These claims include excessive force, malicious prosecution, false arrest, violation of the First Amendment, free speech-retaliation, violation of the Equal Protection Clause, and conspiracy.

Plaintiffs filed their initial Complaint on August 8, 2022. Officers VanSickle, Schilz, Young, and former Fort Collins Police Officer Jason Haferman ("Mr. Haferman") filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). An Answer to the Complaint was filed on behalf of Officers Mallory and Robertson. No response, however, was filed on behalf of Officer Netzel, as he was never served. (*See* ECF 18 at 2, ftnt. 1).

On November 28, 2022, Plaintiffs filed a First Amended Complaint (ECF 20 & 20-1), and on December 12, 2022, Officers Van Sickle, Schilz, Haferman, and Young filed a Motion to Dismiss Plaintiffs' First Amended Complaint (ECF 22). As before, no response was filed on behalf of Officer Netzel, as he had not been served (*See* ECF 22 at 3, ftnt. 2).

On January 11, 2023, and again on January 12, 2023, after a request by the Plaintiffs, the Clerk of this Court issued a summons directed at Officer Netzel as a Defendant. (ECF 28-30). The summons was served on Officer Netzel on January 20, 2023.

2

On February 10, 2023, Officer Netzel filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), arguing the claims against him, were not filed within the applicable statute of limitations (*See* ECF 41).

The Motions to Dismiss by all of the aforementioned Defendants are fully briefed and currently pending before this Court.

On January 19, 2023, this Court entered a Scheduling Order (ECF 38), providing for the following pertinent dates as part of the Case Plan and Schedule:

1. Discovery Cut-off: **October 19, 2023** (deadline for all discovery, including expert depositions).

2. Dispositive Motion Deadline: **November 20, 2023**

3. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before: **July 21, 2023**

4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before: **September 5, 2023**

(ECF 38, at 11-12).

## II.     ARGUMENT

Discovery continues to proceed in this matter. In particular, both sides provided disclosures, the Defendants issued written discovery to the Plaintiffs (and received responses), and the deposition of Plaintiff, Anna Krueger, has been conducted. The parties are in the process of attempting to schedule the depositions of the remaining Defendants, Michael Townley and Joshua DeLeon. It is expected those depositions will be completed by the end of August.

In addition, after a review of Plaintiffs' responses to discovery, it is anticipated the parties may have disputes to resolve. It should be noted, however, that undersigned Counsel has not yet discussed these issues with Counsel for Plaintiffs.

In order to have sufficient time to complete the remaining discovery, including addressing any potential deficiencies in Plaintiffs' discovery responses, the Defendants listed above require an additional 30-days to disclose their expert witnesses. As such, these Defendants propose to amend the Scheduling Order as follows:

1. The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before: **August 21, 2023**

2. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before: **September 28, 2023**

These Defendants are not proposing an extension to the deadlines pertaining to either discovery cut-off or the filing of dispositive motions.

### III.  CONCLUSION

For the foregoing reasons, Defendants Brian Mallory, Ethan VanSickle, Daniel Netzel, Jared Robertson, Joe Schilz, and Christopher Young, requests the Court enter an Order amending the scheduling order as set forth above, and for all other relief deemed just and proper.

Respectfully submitted this 12th day of July 2023.

                                   s/ *Mark S. Ratner*
                                   Mark S. Ratner, Esq.
                                   Andrew D. Ringel, Esq.
                                   Katherine N. Hoffman, Esq.
                                   Hall & Evans, L.L.C.
                                   1001 17th Street, Suite 300, Denver, CO 80202
                                   303-628-3300 /Fax: 303-628-3368
                                   ratnerm@hallevans.com

ringela@hallevans.com
hoffmank@hallevans.com
Attorneys for Defendants Brian Mallory,
Ethan VanSickle, Daniel Netzel, Jared
Robertson, Joe Schilz, and Christopher
Young

5

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 12th day of July 2023, a true and correct copy of the foregoing **DEFENDANTS BRIAN MALLORY, ETHAN VANSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE SCHILZ, AND CHRISTOPHER YOUNG'S MOTION TO AMEND THE SCHEDULING ORDER** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

Brian Mallory, Ethan VanSickle,
Daniel Netzel, Jared Robertson,
Joe Schilz, and Christopher Young
Via their respective email addresses.

*s/ Sarah Stefanick*

6