IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiff,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.
    Defendant.

## DANIEL NETZEL'S CONSENT TO MAGISTRATE JUDGE

Defendant, Daniel Netzel, through his undersigned Counsel hereby **consents** to the Magistrate Judge in this matter, per the Court's September 20, 2023 Minute Order (ECF 52).

Respectfully submitted this 27th day of September 2023.

    s/ *Mark S. Ratner*
    Mark S. Ratner, Esq.
    Andrew D. Ringel, Esq.
    Katherine N. Hoffman, Esq.
    Hall & Evans, L.L.C.
    1001 17th Street, Suite 300, Denver, CO 80202
    303-628-3300 /Fax: 303-628-3368
    ratnerm@hallevans.com
    ringela@hallevans.com
    hoffmank@hallevans.com
    **Attorneys for Defendants Brian Mallory, Ethan VanSickle, Daniel Netzel, Jared Robertson, Joe Schilz,**

**and Christopher Young**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 27th day of September 2023, a true and correct copy of the foregoing was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

Jonathan Abramson, Esq.
jonathan@kandf.com

Yulia Nikolaevskaya, Esq.
julie@kandf.com

*s/ Olivia Erkhart*