IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;

    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL AND RESPONSE**

---

Plaintiffs, by and through undersigned counsel, respectfully move this Court to extend the deadline for Plaintiffs to submit their Motion to Compel and in support thereof, provide as follows:

**CERTIFICATE OF D.C.COLO.LCivR 7.1 CONFERAL**

Counsel for Plaintiffs conferred with counsel for City of Fort Collins on this request. Fort Collins does not oppose the relief requested herein.

1. On September 7, 2023, counsel for Plaintiffs and counsel for Defendants, serving as Counsel for Third Party City of Fort Collins, conducted a joint discovery call with this Court's chambers pursuant to this Court's Practice Standards.

2. On September 7, 2023, Plaintiffs provided an email to explain the discovery dispute arising from a subpoena served on the City of Fort Collins.

3. On September 15, 2023, counsel for the City of Fort Collins provided a response.

4. On September 22, 2023, this Court issued a minute order directing Plaintiffs to file a motion to compel on or before October 6, 2023. ECF No. 53.

5. City of Fort Collins was to respond within 14 days of such filing.

6. Undersigned counsel conducted a jury trial this week and accordingly, has not been able to work with the City of Fort Collins to attempt narrow the dispute and hopefully resolve the issues outlined in Plaintiffs' September 7 email.

7. In addition, undersigned counsel had five hearings, two depositions, and extensive pretrial work the week of September 25-29, including last minute motions practice including on a late disclosure of substantial evidence by the opposing party, jury instructions, motions in limine issues, in addition to the normal preparation for an excessive force jury trial.

8. Undersigned counsel and counsel for City of Fort Collins are discussing efforts to resolve these issues, but because of undersigned counsel's trial schedule, the Parties need an additional week.

9. Accordingly, Plaintiffs make this unopposed motion seeking an additional week in which to file a motion to compel so that ongoing efforts to address this dispute

may be resolved.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order extending the deadline to file a Motion to Compel on the outstanding discovery dispute until October 13, 2023 so that the Parties may continue to work together to narrow or resolve all outstanding issues.

Respectfully submitted this 6th day of October 2023.

/s/ Edward Milo Schwab
Edward Milo Schwab, #47897
Ascend Counsel, LLC
2401 S Downing Street Street
Denver, CO 80210
(303) 888-4407
milo@ascendcounsel.co

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October 2023, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL AND RESPONSE**, was served on the following via CM/ECF and email as follows:

Mark Scott Ratner
Katherine Hoffman
Hall & Evans LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
303-628-3300
ratnerm@hallevans.com
hoffmank@hallevans.com

ATTORNEYS FOR CITY OF FORT COLLINS and DEFENDANTS BRIAN MALLORY, ETHAN VanSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE SCHILZ, AND CHRISTOPHER YOUNG

**Jonathan Marshall Abramson**
**Yulia Nikolaevskaya**
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive
Ptarmigan Place, Suite 900
Denver, CO 80209
303-320-6100
jonathan@kandf.com
julie@kandf.com

ATTORNEYS FOR JASON HAFERMAN