IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;

    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.

    Defendants.

---

### JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL AND RESPONSE

---

Plaintiffs and the City of Fort Collins, by and through undersigned counsel, respectfully move this Court to extend the deadline for Plaintiffs to submit their Motion to Compel and in support thereof, provide as follows:

### CERTIFICATE OF D.C.COLO.LCivR 7.1 CONFERAL

Counsel for Plaintiffs conferred with counsel for City of Fort Collins on this request. Fort Collins does not oppose the relief requested herein.

1. On September 7, 2023, counsel for Plaintiffs and counsel for Defendants, serving as Counsel for Non-Party City of Fort Collins, conducted a joint discovery call with this Court's chambers pursuant to this Court's Practice Standards.

2. On September 7, 2023, Plaintiffs provided an email to explain the discovery dispute arising from a subpoena served on the City of Fort Collins.

3. On September 15, 2023, counsel for the City of Fort Collins provided a response.

4. On September 22, 2023, this Court issued a minute order directing Plaintiffs to file a motion to compel on or before October 6, 2023. City of Fort Collins was to respond within 14 days of such filing. ECF No. 53.

5. On October 6, 2023, Plaintiffs filed an unopposed motion for an extension of time to file a motion to compel, which the Court granted the same day. ECF Nos. 58 & 59.

6. Over the past week, counsel for Plaintiffs and the City of Fort Collins have been working diligently to resolve most, if not all of, of the remaining issues. Discussions have been cordial and productive.

7. The City of Fort Collins is currently searching for documents which would be responsive to certain requests which will inform counsel whether a motion to compel is necessary.

8. Continued progress by the parties will conserve Court resources and either entirely eliminate the need for briefing on a motion to compel or greatly reduce the burden on this Court.

9. Accordingly, Plaintiffs and the City of Fort Collins make this joint motion seeking one additional week in which to file a motion to compel so that ongoing efforts to address this dispute may be resolved.

WHEREFORE, Plaintiffs and the City of Fort Collins respectfully request that this Court enter an order extending the deadline to file a Motion to Compel on the outstanding discovery dispute until October 20, 2023 so that Plaintiffs and the City of Fort Collins may continue to work together to narrow or resolve all outstanding issues.

Respectfully submitted this 13th day of October 2023.

| | |
|---|---|
| /s/ Mark Ratner | /s/ Edward Milo Schwab |
| Mark Scott Ratner | Edward Milo Schwab, #47897 |
| Katherine Hoffman | Ascend Counsel, LLC |
| Hall & Evans LLC | 2401 S Downing Street Street |
| 1001 Seventeenth Street, Suite 300 | Denver, CO 80210 |
| Denver, CO 80202 | (303) 888-4407 |
| 303-628-3300 | milo@ascendcounsel.co |
| ratnerm@hallevans.com | |
| hoffmank@hallevans.com | |
| | |
| ATTORNEYS FOR CITY OF FORT COLLINS | ATTORNEY FOR PLAINTIFFS |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October 2023, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL AND RESPONSE**, was served on the following via CM/ECF and email as follows:

Mark Scott Ratner

Katherine Hoffman
Hall & Evans LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
303-628-3300
ratnerm@hallevans.com
hoffmank@hallevans.com

ATTORNEYS FOR CITY OF FORT COLLINS and DEFENDANTS BRIAN MALLORY, ETHAN VanSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE SCHILZ, AND CHRISTOPHER YOUNG

**Jonathan Marshall Abramson**
**Yulia Nikolaevskaya**
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive
Ptarmigan Place, Suite 900
Denver, CO 80209
303-320-6100
jonathan@kandf.com
julie@kandf.com

ATTORNEYS FOR JASON HAFERMAN

/s/ Edward Milo Schwab

## CERTIFICATE OF SERVICE ON CLIENTS

I hereby certify that on this 13th day of October 2023, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL AND RESPONSE** on Plaintiffs Michael Piper Townley, Anna Kruger, And Joshua Deleon via email.

/s/ Edward Milo Schwab