IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;

    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.

    Defendants.

---

### **UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES BY 60 DAYS**

---

Plaintiffs, by and through undersigned counsel, respectfully move this Court to amend the Scheduling Order (ECF No. 38) to extend the deadlines for discovery and dispositive motions and in support thereof, provide as follows:

### **CERTIFICATE OF D.C.COLO.LCivR 7.1 CONFERRAL**

Counsel for Plaintiffs conferred with counsel for Defendants. Defendants do not oppose the relief requested herein.

Plaintiffs move this Court to permit the amendment of the scheduling order to extend deadlines for the completion of discovery and dispositive motions by sixty (60) days. Currently, discovery cutoff is currently set for October 19, 2023 and the dispositive motions deadline is November 20, 2023. When Courts consider whether to grant a motion to amend the scheduling order, they look to Fed. R. Civ. P. 16. The Rule 16(b)(4) standard requires the movant to show that, despite the movant's diligent efforts, he or she could not meet the scheduling deadline. *Birch v. Polaris Indus., Inc.*, 812 F.3d 1238, 1247 (10th Cir. 2015); *Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001); *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1205 n.4 (10th Cir. 2006). To prove diligence, a plaintiff must provide an adequate explanation for any delay. *Minter*, 451 F.3d at 1205 n.4.

Here, the parties have been diligently engaged in the discovery process, however the scheduling of depositions between the parties and coordinating schedules between three law firms has proven more difficult than anticipated. The parties have been working to arrange and schedule the depositions of all Defendants for two months, but as of today's date, the parties have only been able to schedule the depositions of two Defendants. The parties have scheduled an additional two party depositions and an expert deposition for the following two weeks and are working to schedule all remaining depositions. However, despite the parties' diligent efforts, the parties were unable to schedule all depositions during the discovery period as originally set in the Scheduling Order.

WHEREFORE, Plaintiffs respectfully request that this Court amend the scheduling order to extend the discovery cutoff by sixty (60) days up to and including December 18, 2023 and the dispositive motions deadline up to and including January 19, 2024.

Respectfully submitted this 19th day of October 2023.

/s/ Edward Milo Schwab
Edward Milo Schwab, #47897
Ascend Counsel, LLC
2401 S Downing Street Street
Denver, CO 80210
(303) 888-4407
milo@ascendcounsel.co

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2023, a true and correct copy of the foregoing **UNOPPOSED** **MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES BY 60 DAYS**, was served on the following via CM/ECF as follows:

Mark Scott Ratner
Katherine Hoffman
Hall & Evans LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
303-628-3300
ratnerm@hallevans.com
hoffmank@hallevans.com

*ATTORNEYS FOR CITY OF FORT COLLINS and DEFENDANTS BRIAN MALLORY, ETHAN VanSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE SCHILZ, AND CHRISTOPHER YOUNG*

Jonathan Marshall Abramson
Yulia Nikolaevskaya
Kissinger & Fellman, P.C.
3773 Cherry Creek North Drive

Ptarmigan Place, Suite 900
Denver, CO 80209
303-320-6100
jonathan@kandf.com
julie@kandf.com

*ATTORNEYS FOR JASON HAFERMAN*

/s/ Edward Milo Schwab