**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity;
    Defendants.

## DEFENDANTS' SECOND UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER

Defendants Brian Mallory, Ethan VanSickle, Daniel Netzel, Jared Robertson, Joe Schilz, and Christopher Young through Counsel, Hall & Evans, LLC, and Defendant Jason Haferman, through Counsel Kissinger & Fellman, P.C. submit the following as their Second **Unopposed** Motion to Amend the Scheduling Order:

### CERTIFICATE OF CONFERRAL

Undersigned Counsel conferred with Counsel for the Plaintiffs, who indicated no objection to the requested relief. Therefore, this Motion is **unopposed**.

The Defendants are requesting an extension of 30-days for the filing of dispositive Motions. The new proposed date is February 19, 2024.

Furthermore, a copy of this Motion has been served on the undersigned's clients. Additionally, this is the second request by the Defendants to amend the scheduling order.

## I.     INTRODUCTION AND BACKGROUND

This matter arises out of the arrest of the three Plaintiffs on August 8, 2020, during protests which took place in the City of Fort Collins, Colorado.  The Plaintiffs attempt to set forth eighteen claims for relief under both federal and state law theories, including claims brought pursuant to 42 U.S.C. § 1983, and C.R.S. § 13-21-131.  These claims include excessive force, malicious prosecution, false arrest, violation of the First Amendment, free speech-retaliation, violation of the Equal Protection Clause, and conspiracy.

Plaintiffs filed their initial Complaint on August 8, 2022.  Officers VanSickle, Schilz, Young, and former Fort Collins Police Officer Jason Haferman ("Mr. Haferman") filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  An Answer to the Complaint was filed on behalf of Officers Mallory and Robertson.  No response, however, was filed on behalf of Officer Netzel, as he was never served. (*See* ECF 18 at 2, ftnt. 1).

On November 28, 2022, Plaintiffs filed a First Amended Complaint (ECF 20 & 20-1), and on December 12, 2022, Officers Van Sickle, Schilz, Haferman, and Young filed a Motion to Dismiss Plaintiffs' First Amended Complaint (ECF 22).  As before, no response was filed on behalf of Officer Netzel, as he had not been served (*See* ECF 22 at 3, ftnt. 2).

On January 11, 2023, and again on January 12, 2023, after a request by the Plaintiffs, the Clerk of this Court issued a summons directed at Officer Netzel as a Defendant. (ECF 28-30).  The summons was served on Officer Netzel on January 20, 2023.

2

On February 10, 2023, Officer Netzel filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), arguing the claims against him, were not filed within the applicable statute of limitations (*See* ECF 41).

The Motions to Dismiss filed by the aforementioned Defendants are fully briefed and currently pending before this Court.

On January 19, 2023, this Court entered a Scheduling Order (ECF 38), providing for a dispositive motion deadline of November 20, 2023. (ECF 38 at 11).

On July 14, 2023, this Court granted Defendants' request to amend the scheduling order, extending deadlines for the designation of affirmative and rebuttal experts. (ECF 51).

On October 24, 2023, this Court granted Plaintiffs' request to amend the scheduling order, extending deadlines for the discovery cut-off and the filing of dispositive motions. The deadlines were set forth as December 18, 2023, and January 19, 2024, respectively.

II.   **ARGUMENT**

Discovery is completed and the Defendants are preparing motions for summary judgment. As discussed above, there are eighteen claims for relief set forth under both federal and state law theories, including claims brought pursuant to 42 U.S.C. § 1983, and C.R.S. § 13-21-131. (*See* Plaintiffs' Amended Complaint, at ECF 20). Those eighteen claims are brought against seven Defendants by three different Plaintiffs. The number of parties and claims require additional time to properly review the discovery, confer with Counsel for the Plaintiffs, and prepare motions for summary judgment. In order to have sufficient time to properly prepare the motions, the Defendants require an additional thirty (30) days. As such, the Defendants propose to amend the Scheduling Order, and provide for the filing of dispositive motions by February 19, 2024.

### III. CONCLUSION

For the foregoing reasons, the Defendants request the Court enter an Order amending the scheduling order as set forth above, and for all other relief deemed just and proper.

Respectfully submitted this 4th day of January 2024.

            s/ *Mark S. Ratner*
            Mark S. Ratner, Esq.
            Andrew D. Ringel, Esq.
            Katherine N. Hoffman, Esq.
            Hall & Evans, L.L.C.
            1001 17th Street, Suite 300, Denver, CO 80202
            303-628-3300 /Fax: 303-628-3368
            ratnerm@hallevans.com
            ringela@hallevans.com
            hoffmank@hallevans.com
            Attorneys for Defendants Brian Mallory, Ethan VanSickle, Daniel Netzel, Jared Robertson, Joe Schilz, and Christopher Young

            /s/ *Jonathan Abramson*
            Jonathan Marshall Abramson
            Yulia Nikolaevskaya
            Kissinger & Fellman, P.C.
            3773 Cherry Creek North Drive
            Ptarmigan Place, Suite 900
            Denver, CO 80209
            (303) 320-6100
            jonathan@kandf.com
            julie@kandf.com
            Attorneys for Defendant Jason Haferman

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 4th day of January 2024, a true and correct copy of the foregoing **DEFENDANTS' SECOND <u>UNOPPOSED</u> MOTION TO AMEND THE SCHEDULING ORDER** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

Brian Mallory, Ethan VanSickle,
Daniel Netzel, Jared Robertson,
Joe Schilz, and Christopher Young,
Jason Haferman

Via their respective email addresses.

<i>s/ Sarah Stefanick</i>