IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;
    Plaintiff,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.
    Defendant.

## **UNOPPOSED** MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 20 PAGES

Defendants, Brian Mallory, Ethan VanSickle, Daniel Netzel, Jared Robertson, Joe Schilz, and Christopher Young by and through their undersigned counsel, Hall & Evans, LLC, submit the following as their Unopposed Motion for Leave to File Motion for Summary Judgment in Excess of 20 Pages:

### CONFERRAL

Undersigned Counsel conferred with Counsel for the Plaintiffs' regarding the relief requested in this Motion. Counsel for the Plaintiffs' indicated there is no objection. Therefore, the Motion is **unopposed**.

Furthermore, undersigned Counsel certifies no part of this Motion was drafted by AI.

    **I.**        **ARGUMENT**

This matter arises out of the arrest of the three Plaintiffs on August 8, 2020, during protests in the City of Fort Collins, Colorado.  The three Plaintiffs set forth eighteen claims for relief, against seven-separate Defendants, under both federal and state law theories, including claims brought pursuant to 42 U.S.C. § 1983, 42 U.S.C. 1985, and C.R.S. § 13-21-131.  These claims include excessive force, malicious prosecution, false arrest, violation of the First Amendment, free speech-retaliation, violation of the Equal Protection Clause, and conspiracy. Many of the claims are plead pursuant to both federal and state law (e.g. Plaintiff Krueger pleads both a federal and state law Fourth Amendment excessive force claim).  The Complaint consists of thirty-five pages and two-hundred and ninety-seven paragraphs. (*See* ECF 20).

The Defendants listed above intend to file a Motion for Summary Judgment on all claims.[1] Pursuant to the applicable Practice Standards, Counsel for the Defendants, and the Plaintiffs, are in the process of conferring on the Motion for Summary Judgement.  The conferral has resulted in Plaintiff DeLeon agreeing to dismiss his claims.  The dismissal has not yet been effectuated, and as of the filing of this Motion, all of the claims still exist and will be addressed in the Motion for Summary Judgment, if necessary.  The Motion is currently due by February 19, 2024.

The Court's Practice Standards limit the Motion for Summary Judgment to 20-pages. (SKC-Standing Order for Civil Cases, (C)(4)(b)).  It is anticipated that if the Defendants are required to address all of the claims levied against them, they will exceed the 20-page limit and therefore are requesting an extension of the limit, to 30 pages.

---

[1] Undersigned Counsel will not be filing a Motion for Summary Judgment on behalf of Defendant Haferman, as he is represented by separate Counsel.

Undersigned Counsel is aware of the duplicative nature of the claims among the Defendants as well as the applicable case law, and will endeavor to keep the Motion below the original 20-page limit.

WHEREFORE, Defendants, Brian Mallory, Ethan VanSickle, Daniel Netzel, Jared Robertson, Joe Schilz, and Christopher Young request the Court grant their Motion and extend the page limit for the Defendants' Motion for Summary Judgment, to 30-pages.

Respectfully submitted this 8th day of February 2024.

> s/ *Mark S. Ratner*
> Mark S. Ratner, Esq.
> Andrew D. Ringel, Esq.
> Katherine N. Hoffman, Esq.
> Hall & Evans, L.L.C.
> 1001 17th Street, Suite 300, Denver, CO 80202
> 303-628-3300 /Fax: 303-628-3368
> ratnerm@hallevans.com
> ringela@hallevans.com
> hoffmank@hallevans.com
> **Attorneys for Defendants Brian Mallory,**
> **Ethan VanSickle, Daniel Netzel,**
> **Jared Robertson,     Joe Schilz,**
> **and Christopher Young**

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on the 8th day of February 2023, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 20 PAGES** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

Jonathan Abramson, Esq.
jabramson@sgrllc.com

Yulia Nikolaevskaya, Esq.
jnikolaevskaya@sgrllc.com

                                                           *s/ Sarah Stefanick*