IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DeLEON;

    Plaintiffs,

v.

BRIAN MALLORY, in his individual capacity;
ETHAN VanSICKLE, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
JOE SCHILZ, in his individual capacity;
JASON HAFERMAN, in his individual capacity;
CHRISTOPHER YOUNG, in his individual capacity.

    Defendants.

---

### NOTICE OF DISMISSAL OF PLAINTIFF JOSHUA DeLEON

---

The Parties, by and through their respective undersigned counsel of record, hereby stipulate and agree to the following, pursuant to Fed. R. Civ. P. 41(a)(2):

1. Plaintiff Joshua DeLeon stipulates and agrees to the dismissal of all claims for relief against Defendants with prejudice.

2. The Court may enter an Order of Dismissal of all claims asserted by Plaintiff DeLeon against all Defendants with prejudice, without further action from the parties.

3. Plaintiff DeLeon and Defendants agree that each party will be responsible for their own attorney fees and costs.

WHEREFORE, the parties respectfully request that the Court enter an Order dismissing all claims asserted by Plaintiff Joshua DeLeon against all Defendants with prejudice in this matter.

Respectfully submitted this 25th day of March 2024.

<u>/s/ E. Milo Schwab</u>
E. Milo Schwab
Ascend Counsel, LLC
2401 S. Downing St.
(303) 888-4407
milo@ascendcounsel.co

COUNSEL FOR PLAINTIFFS

<u>/s/ Mark Scott Ratner</u>
Mark Scott Ratner
Hall & Evans LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
(303) 628-3300
ratnerm@hallevans.com

COUNSEL FOR DEFENDANTS
MALLORY, VANSICKLE, NETZEL
ROBERTSON, SCHILZ, and YOUNG

<u>/s/ Jonathan Marshall Abramson</u>
Jonathan Marshall Abramson
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
303-320-0509
jabramson@sgrllc.com

COUNSEL FOR DEFENDANT
HAFERMAN