

# Transcript of Anna Kruger

**Date:** June 12, 2023
**Case:** Townley, et al. -v- Mallory, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

EXHIBIT B

Case No. 22-CV-01983-SKC

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Anna Kruger
Conducted on June 12, 2023                    71

1        A.    I have a lot of knowledge on it based on

2    my -- my minor.

3        Q.    Do you have any knowledge with respect

4    to police tactics?

5        A.    Yes.

6        Q.    How is that?  How do you have that

7    knowledge?

8        A.    Again, based on my minor and a lot of

9    the personal experiences I've had.

10        Q.    This minor that you had, again, it was

11    from UNC; correct?

12        A.    Correct.

13        Q.    It sounds as though the minor had a lot

14    to do with police work; correct?

15        A.    My emphasis was on criminal behavioral

16    analysis, so things like:  Why do people who are

17    committing arson, why do they do it?  How do they

18    do it?  Crime scenes.  Things like that.  That's

19    more of my interest and focus.

20        Q.    All right.

21        A.    Much less to do with police policies and

22    practices.

23        Q.    Okay.  And -- so do you have any

24    knowledge specifically with respect to the

25    policies and procedures of the Fort Collins Police

Transcript of Anna Kruger
Conducted on June 12, 2023                    82

1        A.    Dead name, like D-E-A-D.  That's the

2   name that someone who is trans was born with but

3   no longer identifies as.

4        Q.    And you don't know Mr. DeLeon?

5        A.    No.  I've never met him.

6        Q.    All right.  So did you make arrangements

7   with Piper to attend the rally?

8             Oh.  You froze, Ms. Kruger.

9             MR. RATNER:  All right.  Let's go off

10        the record.

11             (Pause in proceedings.)

12   BY MR. RATNER:

13        Q.    All right.  So you believe you received

14   some sort of flyer about Back the Blue; correct?

15        A.    Correct.

16        Q.    And then at some point a decision was

17   made that you wanted to attend as a

18   counterprotester; correct?

19        A.    Correct.

20        Q.    And did you make plans with anybody

21   to -- to attend the protest with?

22        A.    Yeah.  I don't like to go to things by

23   myself usually, if I can help it.

24        Q.    Okay.  And who did you make plans with?

25        A.    I wasn't sure who was going to come.  I

Transcript of Anna Kruger
Conducted on June 12, 2023                          83

1    know I talked to Piper about it.  I can't remember

2    anyone else, though, specifically that I talked to

3    about it.  A friend who's named Rob.  But outside

4    of that, I don't remember anyone specifically.  It

5    was just kind of like, hey, anyone else going to

6    this kind of thing.

7        Q.   Did you -- did you send out a text or

8    did you post on Facebook or how did you notify

9    other people that you were attending this protest?

10       A.   I don't remember how I talked to Piper

11   about it.

12            I'm sure I probably sent them like a

13   message on Signal or something.  I used to have

14   Signal.  At the time -- it's not my current

15   Twitter and it no longer exists, but I had tried

16   to reach out to some people through Twitter.

17            But, yeah, I think I just texted Piper

18   through, like, Signal.  But it's been awhile so I

19   don't really remember.

20       Q.   Okay.  And Signal is some sort of

21   messaging app; correct?

22       A.   Yeah.  Yeah.  Yeah.

23       Q.   And you said you don't have access to

24   that anymore?

25       A.   No.  I've always had it so that the

Transcript of Anna Kruger
Conducted on June 12, 2023                84

1   messages auto delete.

2        Q.   Who did you go to the protest with?

3        A.   I just came by myself originally.  I

4   drove by myself.

5        Q.   All right.  And were you supposed to

6   meet anybody at the protest?

7        A.   Yes.

8        Q.   And who were you supposed to meet?

9        A.   Anyone who was showing up.  Like I said,

10  I didn't know who for sure was coming.

11       But I remember there was, like, a

12  parking lot where, like, hey, if you're going to

13  show up, we'll park here and we'll walk over

14  together.

15       Q.   Did you initiate this sort of

16  conversation about, hey, if you show up, this is

17  the parking lot where we're going to meet here,

18  here's the time we're going to meet here, those

19  types of things?

20       A.   No, I don't think so.  I wasn't familiar

21  with the parking lot and got lost on the way

22  ironically.  I don't -- no, I didn't have anything

23  to do with that.

24       Q.   You were coming from Greeley; correct?

25       A.   Yes.

Transcript of Anna Kruger
Conducted on June 12, 2023                                86

1    BY MR. RATNER:

2         Q.   Ms. Kruger, when you arrived at the

3    parking lot, who was there?

4         A.   A bunch of people I didn't know.  Piper.

5    A friend named Rob.  And a former friend I don't

6    talk to anymore named Lloyd.  And another friend

7    name Hannah.  That's all I remember.  But there

8    was a bunch of people I didn't know.

9         Q.   Was Rob, Lloyd, Hannah and Piper part of

10   the group you were messaging with respect to the

11   rally?

12        A.   I don't remember.  Like I said, it's

13   been three years.  I don't remember.

14        Q.   And did you -- when you arrived did you

15   arrive at the same time as those individuals?

16        A.   No.  Like I said, I got lost so I was a

17   little delayed.  I get lost all the time.

18        Q.   But when you arrived in the parking lot

19   these individuals were there; correct?

20        A.   Yes.

21        Q.   All right.  And what's -- what is Rob's

22   last name?

23        A.   I actually don't know.  Nor do I

24   remember.

25             And to my knowledge, they also changed

Transcript of Anna Kruger
Conducted on June 12, 2023                                    98

```
 1   three months after the incident.

 2        Q.   First time that Mr. Schwab contacted

 3   you, were you aware that he was representing Mr.

 4   Townley -- or Piper Townley?

 5        A.   Yes.

 6        Q.   Okay.  Had you -- prior to being

 7   contacted by Mr. Schwab, had you discussed with

 8   Piper Townley the filing of a lawsuit?

 9        A.   Yes.

10        Q.   Do you know, as we sit here, whether or

11   not Piper Townley had filed any other lawsuits

12   arising out of protest activities?

13        A.   Not to my knowledge, no.

14        Q.   Okay.  Did Piper Townley ever discuss

15   that with you?

16        A.   No.

17        Q.   What -- shifting gears again.

18             What was the -- why did you attend as a

19   counterprotester?  What was your reason for

20   attending?

21        A.   To -- well, it was multi-purposed.

22   Obviously be able to assert my First Amendment

23   rights and to be able to, you know, voice my

24   opinion on the matter and to also support whoever

25   else was going to be there by being able to, like,
```

Transcript of Anna Kruger
Conducted on June 12, 2023                                    99

1    walk them back to their cars or, you know, if

2    someone got hurt, make sure they got medical care.

3    That's why a lot of people were marked with

4    medical big red Xs.

5         Q.   A red cross, you mean?

6         A.   Yes.

7         Q.   All right.  You didn't have a red cross,

8    did you?

9         A.   No, I did not.

10        Q.   All right.

11             MR. RATNER:  Okay.  We've been going

12        about another hour so why don't we take a

13        five-minute break, if that's okay with

14        everybody.

15             MR. SCHWAB:  Sure.

16             MR. RATNER:  Okay.

17             (Recess in proceedings.)

18   BY MR. RATNER:

19        Q.   Okay.  So do you have any recollections,

20   as we sit here, what time you arrived at the

21   parking lot?

22        A.   Not specifically.

23        Q.   Okay.  Do you think it was after --

24   well, strike that.

25             Did you hang out in the parking lot or

Transcript of Anna Kruger
Conducted on June 12, 2023                          100

1    did you start going to the rally?

2          A.   I just hung out for a little bit.

3          Q.   Do you remember making some sort of plan

4    as to what everybody was going to do?

5          A.   No.

6          Q.   What were you going to do once you got

7    to the rally?

8               How were you going to be a

9    counterprotester?

10         A.   Exist.

11         Q.   Okay.  And what does that mean, to

12   exist?

13         A.   I mean, I remember existentially you

14   show up to the rally, you show up as a human

15   being.

16         Q.   But my understanding is, when looking at

17   the video, you were not carrying any signs;

18   correct?

19         A.   Correct.

20         Q.   Okay.  Was it your intention to engage

21   any of the individuals at the rally who were on

22   the side of the Back the Blue?

23         A.   No.

24         Q.   All right.  Were you going to -- did you

25   plan on championing or yelling or talking?

Transcript of Anna Kruger
Conducted on June 12, 2023                                    102

1        Q.    Okay.  And you walked with a group of

2    individuals that you identified before, Rob,

3    Lloyd, Hannah and Piper; correct?

4        A.    Correct.

5        Q.    Okay.  Did you have any intention of

6    hanging out with anybody at the rally such as,

7    like, Piper or anybody else?

8        A.    I mean, yeah.  I mean, I didn't intend

9    to, but it's nice to stick with the people that

10   you're with.

11       Q.    In other words, you didn't -- when you

12   went to the rally, did you say to yourself, well,

13   I'm going to -- I'm going to go wander off by

14   myself?

15       A.    No.

16       Q.    Okay.  What were you dressed in when you

17   went to the rally?

18       A.    I had -- I think I had my doc Martens

19   on.  I had, I think, black skinny jeans.  I don't

20   remember if I had a hoodie or a T-shirt.  I think

21   I had a hoodie, like a black hoodie.  That -- that

22   was my clothes.

23       Q.    And were you wearing any sort of mask?

24       A.    Yes.

25       Q.    All right.  Is the outfit you were

Transcript of Anna Kruger
Conducted on June 12, 2023                    103

```
1    wearing on the day of the incident the same sort
2    of outfit you usually wear to a protest?
3         A.   Depends on the protest.  Sometimes, yes;
4    sometimes, no.
5         Q.   All right.  Why -- from what I could see
6    from the video -- and we'll look at it.
7              From what I could see from the video,
8    your outfit was all black; correct?
9         A.   Correct.
10        Q.   All right.  And you had your hood up;
11   correct?
12        A.   Correct.
13        Q.   All right.  Was there any particular
14   reason why you were dressed in all black?
15        A.   Yes.
16        Q.   Why?
17        A.   I don't particularly enjoy being
18   identified in photos of people from the far right.
19        Q.   Okay.  And so you were trying to cover
20   up your identity; correct?
21        A.   Correct.
22        Q.   All right.  And when you say "far
23   right," what -- what do you mean by that?
24        A.   Anyone on the political far right,
25   including Proud Boys, white supremacists,
```

Transcript of Anna Kruger
Conducted on June 12, 2023                                    104

1    neo-Nazis.  Anyone who is extremely red on the

2    political sphere.

3        Q.   Okay.  So you were going to this protest

4    as an activist, as opposed to, for example, a

5    representative of Black Lives Matters; correct?

6        A.   Correct.

7        Q.   All right.  And do you know whether or

8    not Piper Townley was attending the protest as a

9    member or on behalf of Black Lives Matter?

10       A.   No.

11       Q.   All right.  "No," you don't know or

12   "no," he wasn't?

13       A.   No, I don't know if she was.

14       Q.   Okay.  Did -- did Piper ever discuss

15   Black Lives Matters with you?

16       A.   Not to my recollection specifically.

17       Q.   Okay.  Other than the -- well, strike

18   that.

19            So once you arrived at the rally, did

20   you see anybody else that you recognized or knew?

21       A.   From which side?

22       Q.   Well -- okay.  Well, why don't we

23   identify it as you are on the counterprotest side

24   and then the other side was the Back the Blue.  Is

25   that -- is that fair?

Transcript of Anna Kruger
Conducted on June 12, 2023                    105

1        A.    Yes.

2        Q.    Okay.  Were there any other sides other

3   than Back the Blue and counterprotesters?

4        A.    No.

5        Q.    When you got to the rally in front of

6   the police station, did you see anybody else that

7   you recognized or knew from the counterprotester

8   side?

9        A.    No.

10        Q.    Did you recognize or see anybody from

11   the Back the Blue side?

12        A.    Yes.

13        Q.    Who?

14        A.    Louie Huey and Brian Wooley.

15        Q.    And how do you know Louie Huey?

16        A.    He's very well-known.  He's a pod-caster

17   of Major League Liberty.  He's been at every

18   single protest that I can remember on the opposite

19   side usually.

20        Q.    And so have you ever engaged with Louie

21   Huey?

22        A.    No.

23        Q.    Did you engage with Louie Huey on the

24   day of the incident?

25        A.    No.

Transcript of Anna Kruger
Conducted on June 12, 2023                                109

1        Q.    When Mr. Wooley was verbally berating

2    you, did you engage him at all?

3        A.    Yes.  I remember laughing and playing

4    him off.  If he would try to taunt us, go, "Ah,

5    yeah, that would go well."  Something like that.

6    Nothing fighting back.

7        Q.    Did you say anything to Mr. Wooley prior

8    to him approaching you and verbally berating you?

9        A.    No.

10       Q.    Is that the only engagement you had with

11   Mr. Wooley on that day?

12       A.    Yes.

13       Q.    Okay.  Did you -- you had a backpack;

14   correct?

15       A.    Yes.

16       Q.    When you would go to these -- these

17   protests, would you normally have a backpack?

18       A.    Yes.

19       Q.    All right.  And what did you have in the

20   backpack?

21       A.    I had my first-aid kit.  I had a

22   first-aid kit.  I remember carrying Pedialyte

23   packets that are used for dehydration.  I had

24   syringes, just like empty syringes for eye

25   flushes.  Just, like, basic various medical

Transcript of Anna Kruger
Conducted on June 12, 2023                    110

1    equipment.  I had fireworks which were taken from

2    me.  But 99 percent of my bag was all first aid.

3         Q.   Did you -- did you consider yourself a

4    medic?

5         A.   No.  And I made that very clear.

6         Q.   To who?

7         A.   That's why I didn't mark myself with a

8    red cross.

9         Q.   Right.

10             So you just told me you made that very

11   clear.  Who did you take it clear to that you were

12   not a medic?

13        A.   Everyone who was in the parking lot;

14   that I would only be comfortable in assisting with

15   minor things and to assist if anything medical

16   were to happen.

17        Q.   Did you expect something medical to

18   happen?

19        A.   No, but it was hot.  You never know.

20   People pass out all the time.

21        Q.   Okay.  And -- all right.  Do you usually

22   carry a first-aid kit --

23        A.   Yes.

24        Q.   -- to the protests that you go to?

25        A.   Yes.

Transcript of Anna Kruger
Conducted on June 12, 2023                                    111

1       Q.   Okay.  What was the purpose of carrying

2    the fireworks?

3       A.   I just -- this is going to sound stupid,

4    but I just really like fireworks.  I didn't intend

5    to use them.  I just like fireworks.

6       Q.   Do you always carry fireworks with you

7    to a protest?

8       A.   No.

9       Q.   This is the only time that you ever did

10    that?

11       A.   Yes.

12       Q.   How long were you at the rally until Mr.

13    Wooley started to verbally abuse you?

14       A.   Less than ten minutes.  People started

15    crossing over from the Back the Blue side almost

16    immediately.  He wasn't one of the first ones, but

17    he trickled over within the ten-minute time frame.

18       Q.   Now, you said the "Back the Blue side,"

19    so there were -- there were sides?

20       A.   I mean, they were all at the police

21    department side, so, yes.

22       Q.   Okay.  And then you were on the side

23    where there's a church there; correct?

24       A.   I don't remember if there was a church,

25    but it's the opposite side of the little street

Transcript of Anna Kruger
Conducted on June 12, 2023                112

1   that goes between the police department and -- I

2   thought it was a house behind me, but it could

3   have been a church.

4        Q.   How much in total time were you at the

5   rally, from when you came in front of the police

6   station and when you finally left?

7        A.   If I had to guesstimate, total 40, 45

8   minutes.  I don't think I was there like up until

9   an hour.  It wasn't very long.

10       Q.   Did you speak with any police officers

11  while you were there?  Strike that.

12            Prior to your arrest, did you speak to

13  any police officers?

14       A.   No.

15       Q.   Did you speak to any of the -- strike

16  that.

17            Other than Mr. Wooley, did you speak to

18  any of the Back the Blue protesters or

19  individuals?

20       A.   Yes, but it was as we were exiting.

21  There was a girl in front of me who was like also

22  verbally berating me, so.  And that was as we were

23  all leaving.

24       Q.   Did you get into any physical

25  altercations with anybody prior to being arrested?

Transcript of Anna Kruger
Conducted on June 12, 2023                                    113

1          A.    No.    I was bodychecked a couple of times

2     by, like, some Back the Blue people, but other

3     than that, no.

4          Q.    Did you ever complain to any police

5     officers that you were being verbally abused?

6          A.    There were none to complain to, so no.

7          Q.    Did you see any police officers while

8     you were there?

9          A.    They were all the way up by the police

10    department doors.

11         Q.    Did you see any police officers in the

12    Back the Blue group?

13         A.    Like, intermingled?

14               Can you define what you mean by that?

15         Q.    Well, you used the word intermingled.

16    So I'm trying to find out whether -- well, strike

17    that.

18               You testified you saw police officers by

19    the door of the police station; correct?

20         A.    Correct.

21         Q.    Prior to being arrested, did you see

22    police officers anywhere else?

23         A.    I saw them arrest Mr. DeLeon.  But other

24    than that, no.

25               The only time I really saw them was up

Transcript of Anna Kruger
Conducted on June 12, 2023                                    114

1    by the doors, but I wasn't really paying attention

2    to them.  I was paying attention to Brian.

3        Q.   You say "Brian."  Oh, Wooley?

4        A.   Yes.

5        Q.   Okay.  But you never complained to any

6    police officers that anybody was verbally abusing

7    you; correct?

8        A.   Correct.

9        Q.   And you never complained to any police

10   officers about anybody who bodychecked you;

11   correct?

12       A.   Correct.

13       Q.   Correct.

14            And did you observe any police

15   officers -- strike that.

16            Prior to your arrest, did you observe

17   any police officers speaking with anybody from the

18   Back the Blue side?

19       A.   No.  Again, I was very focused on Brian

20   in front of me.  But directly prior to my arrest I

21   did hear one of the officers coming over, get

22   confirmation from someone who said, "oh, they're

23   over there" or something like that.  But that was

24   the only direct, like, interaction I saw or heard.

25       Q.   You say you overheard, "oh, they're over

Transcript of Anna Kruger
Conducted on June 12, 2023                          115

1    there."  Do you have any idea who anybody was

2    referring to?

3        A.   I mean, I know they're referring to me

4    and Piper.

5        Q.   How do you know?

6        A.   Because they came directly to us

7    afterwards.

8        Q.   Was this when you were in the open space

9    behind the fence after the -- after the fight?

10       A.   (Nods head).

11       Q.   Okay.

12       A.   Yes.

13       Q.   But prior to that, you -- you don't

14   recall any conversation -- observing any

15   conversations between police officers and Back the

16   Blue; fair?

17       A.   Not that I saw.

18       Q.   Okay.

19       A.   Not that I saw.

20       Q.   Did you call 911 at any -- at any point

21   during your --

22       A.   No.

23       Q.   -- your attendance at the rally?

24       A.   No.

25       Q.   Okay.  Did you have a -- I should have

Transcript of Anna Kruger
Conducted on June 12, 2023                    116

1    asked you this first.  I'm assuming you had your

2    cell phone with you; correct?

3         A.   No.

4         Q.   Did not?

5         A.   I don't think so.  I don't believe so.

6         Q.   Is it your testimony you went to the

7    rally and you had no cell phone?

8         A.   To my remembrance, I didn't have my

9    phone with me.

10        Q.   Is there any particular reason you

11   didn't take your cell phone?

12        A.   I never bring my phone.

13        Q.   Okay.  So you would not have taken

14   pictures or recorded any video at this rally;

15   correct?

16        A.   Correct.

17        Q.   Did you observe Piper videotaping or

18   taking pictures at the rally?

19        A.   No.

20        Q.   Did you observe Mr. DeLeon video --

21   videotaping or taking pictures at the rally?

22        A.   No.

23        Q.   You said you observed him being

24   arrested.

25        A.   (Nods head).

Transcript of Anna Kruger
Conducted on June 12, 2023                           118

1              You -- you and your group come to the
2      front of the Fort Collins Police Station at some
3      point during the afternoon; correct?
4          A.    Correct.
5          Q.    And did people start approaching you
6      from the Back the Blue side immediately --
7          A.    Yes.
8          Q.    -- or what did you do?
9          A.    Yes.
10         Q.    Okay.  And at what point -- how long had
11     you been there until the time Mr. Wooley started
12     verbally abusing you?
13         A.    About ten minutes.
14         Q.    Okay.  And -- so from the point in time
15     you arrived at the police station to when Mr.
16     Wooley was verbally abusing you, other people were
17     saying things to you; correct?
18         A.    Yes.  Not -- not to me specifically, but
19     people were coming over and -- and being verbally
20     abusive and argumentative to others.
21         Q.    Okay.  Were you responding to these
22     people?
23              Were you saying, you know, police
24     officers are bad or -- I -- I don't know, I don't
25     want to put words in your mouth, but were you

Transcript of Anna Kruger
Conducted on June 12, 2023                                119

1    expressing your -- strike that.

2              Let me ask you this:  From the point in

3    time that you arrived until when Mr. Wooley was

4    verbally abusing you, did you express your

5    counterprotest opinions to anybody?

6         A.   I think there was one guy that came

7    over -- I don't remember the exact order of

8    operations, but there was a guy who came over and

9    was actually having a civil conversation with us

10   and asking us why we're there.  I talked to him

11   for maybe a minute or two before more people came

12   over and we were getting badgery about it.

13        Q.   Now, when you say somebody came over and

14   asked why we were there, did you identify to

15   anybody that you were a counterprotester or you

16   didn't have -- that you did have a different

17   opinion than Back the Blue?

18        A.   Yes.

19        Q.   And who did you tell?

20        A.   The person who asked me why I was there.

21        Q.   And what -- do you remember what you

22   told the person as to why you were there?

23        A.   No.

24        Q.   Did you make any observations as to what

25   Piper Townley was saying to the Back the Blue

Transcript of Anna Kruger
Conducted on June 12, 2023                    120

1    people?

2        A.    No.  We had been a little separated for

3    a minute.  I remember they were farther off to the

4    side or farther behind me.  But I know that they

5    were very civilly engaging in conversations.

6    Piper's voice is very distinct so you can hear a

7    little bit.  But -- and I didn't hear any

8    specifics, but I know they were engaging in, like,

9    civil conversations.

10       Q.    Okay.  But you don't have any specific

11   recollection what you were saying to the Back the

12   Blue people?

13       A.    Not verbatim, no.

14       Q.    Can you give me an idea, generalization?

15       A.    I mean, I would assume that I would

16   explain it the same way I did to you; you know, I

17   am here because I think the Fort Collins Police

18   Department has a history of excessive force and,

19   you know.  That's it, basically.  That's what I

20   assume I said, but I don't recall specifically.

21       Q.    You're not going to -- that would be an

22   awfully long chant.  I mean, that's not something

23   you're going to chant; correct?

24       A.    I wasn't chanting.  Like I said, it was

25   a civil conversation.

Transcript of Anna Kruger
Conducted on June 12, 2023                    121

1          Q.    Is it -- did you do any chanting while
2    you were attending the rally?
3          A.    To my recollection, there was no
4    chanting whatsoever once those people came over.
5          Q.    It was just screaming back and forth?
6          A.    A lot of it.
7          Q.    All right.
8          A.    A lot of screaming back and forth and a
9    lot of conversations.
10         Q.    Did you attend any of the George Floyd
11   protests in downtown Denver?
12         A.    I don't -- I don't think I did, no.
13         Q.    Okay.  Have you seen any of the videos
14   from those protests?
15         A.    Yes.  Yes.
16         Q.    I mean, there was one chant that sticks
17   out in my mind.  It was, "Why you wearing riot
18   gear?  There's no riot here."
19               Do you ever recall hearing something
20   like that?
21         A.    In my previous experiences, yeah, I've
22   heard that chant.
23         Q.    Great.
24               But the group you were with weren't
25   doing that sort of engagement; correct?

Transcript of Anna Kruger
Conducted on June 12, 2023                                   122

1        A.    Correct.

2        Q.    All right.  Did you see anybody from

3   your group do any chants or -- or anything

4   expressing their opinions?

5        A.    Like I said, we didn't have an

6   opportunity to.  They came over within seconds of

7   us showing up.

8        Q.    Okay.

9        A.    There was no opportunity to do anything

10   else.

11        Q.    So from the point in time that you

12   arrived to when you eventually left, it was just a

13   screaming match between your group and people from

14   Back the Blue?

15        A.    Yep.

16        Q.    Do you recall seeing anybody who

17   identified with a group other than Back the Blue

18   and counterprotesters?

19        A.    No.

20        Q.    Do you recall anybody describing you as

21   Antifa?

22        A.    Yes.  That was a phrase very, very often

23   thrown around by the Back the Blue people who came

24   over.  Almost every single one of them at some

25   point would say Antifa, even if they weren't

Transcript of Anna Kruger
Conducted on June 12, 2023                          124

```
 1              So how long does -- does Mr. Wooley
 2   verbally berate you?
 3        A.   Me specifically, five, ten minutes.
 4              He popped around a lot and would do
 5   similar things to other people; try and coax them
 6   into an argument or try to get them to step out
 7   into the street and settle things like a man kind
 8   of stuff.  He was very taunty.
 9        Q.   Did you ever take him up on his taunts?
10        A.   No.
11        Q.   Okay.  Did -- did he -- did you observe
12   Mr. Wooley verbally abuse Piper Townley?
13        A.   Not to my knowledge, no.
14        Q.   Okay.  You also had a collapsable baton
15   in your backpack; correct?
16        A.   I don't remember that, but if that was
17   in the itemized list, then that's likely accurate.
18        Q.   Is a collapsable baton something that
19   you would normally bring to a protest?
20        A.   It is something I have on me a lot of
21   times, even protests, but I keep one on me
22   regularly.  I'm a solo girl, so.
23        Q.   So it's a weapon?
24        A.   It's for self-defense.
25        Q.   Right.
```

Transcript of Anna Kruger
Conducted on June 12, 2023                                125

1              As a weapon?

2       A.    Semantics, but I say it's a self-defense

3   tool.

4       Q.    You don't classify a collapsable baton

5   as a weapon?

6       A.    It can be used as a weapon but so can

7   anything.  I use it for self-defense.

8       Q.    When you went to the rally, was it your

9   intent to be peaceful?

10      A.    Yes.

11      Q.    Was it your intent to disturb the rally

12  in any way?

13      A.    No.

14      Q.    Have you ever gone to a protest with the

15  intent to disturb it?

16      A.    No.

17      Q.    Okay.  All right.  So after Mr. Wooley

18  was done with you, what happened next?

19      A.    I remember a lot of people from the Back

20  the Blue side, like I said, bodychecking people,

21  pushing in and coming into the counterprotest

22  area.  They weren't just standing on the sidewalk

23  anymore, they were intermingling to the side of

24  the counterprotesters, yelling at people, calling

25  them names, shoving them around, threatening them,

Transcript of Anna Kruger
Conducted on June 12, 2023                                    126

1    taunting them.  It was just very heated.  And a

2    lot of milling around from a lot of different

3    people.  It was really hectic.

4        Q.   So you -- you've been describing the

5    Back the Blue side and the counterprotesters side,

6    but there was nothing precluding the two sides

7    from intermingling; correct?

8        A.   There was nothing precluding it, but

9    there was, like, an established presence of the

10   Back the Blue on the sidewalk of the police

11   department and the counterprotesters had taken the

12   opposite sidewalk as to not forcibly intermingle

13   with the Back the Blue side.

14       Q.   Were there counterprotesters there when

15   your group arrived?

16       A.   Yes.

17       Q.   And did you know who the

18   counterprotesters were?

19       A.   I didn't know them personally, no.

20       Q.   Had you recognized them from other

21   protests?

22       A.   No.

23       Q.   No?

24       A.   No.

25       Q.   Did any of them identify to you --

Transcript of Anna Kruger
Conducted on June 12, 2023                                    133

1          Q.   Do you know where Piper Townley was at

2     this point?

3          A.   No.

4               And that's when the brawl started.

5          Q.   So we're at 1:15, 1:16.

6               And it's your understanding that that is

7     the fight that Piper Townley was in started;

8     correct?

9          A.   Right.

10         Q.   Did you see the fight when you were

11    there?

12              Did you see it start when you were

13    there?

14         A.   No.

15         Q.   Okay.  At 1:16 you're again in the

16    middle of the screen, but you're almost to the

17    left of the crowd that's fighting; correct?

18         A.   Correct.

19         Q.   And what was your intention?  Where were

20    you -- what were you going to do or where were you

21    going to go?

22         A.   I wasn't getting involved in the fight.

23    My goal was to help people that I knew get out of

24    the ditch safely.

25         Q.   Okay.  And the ditch you're referring to

Transcript of Anna Kruger
Conducted on June 12, 2023                          134

1    is to your -- your right; correct?

2         A.   Yes.

3         Q.   Did you physically go to the ditch and

4    try and help people out?

5         A.   I think I'm on the corner or at least

6    close to it when you see me over by the tree.  And

7    then when the fight finally died down, like when

8    they stopped beating the crap out of the

9    counterprotesters, I was able to, like, take the

10   arm of some people and get them out of the ditch.

11        Q.   All right.  When you were walking in

12   this open space that we see, did you see an

13   individual in a wheelchair?

14        A.   Yes.

15        Q.   Did you observe anybody say -- well,

16   strike that.

17             Prior to the fight, did you observe

18   anybody say anything to the person in the

19   wheelchair?

20        A.   I remember him coming over at one point

21   on the sidewalk where the counterprotesters were

22   and he -- he didn't sound like he agreed with

23   counterprotesters, but I remember him being, like,

24   very respectful, but -- although he didn't agree,

25   he wasn't engaging in any arguments or anything.

Transcript of Anna Kruger
Conducted on June 12, 2023                          138

```
1        Q.   Did you see any police officers in the
2   area?
3        A.   No.
4        Q.   Okay.  When you were walking from the
5   police station, you know, back to this area, did
6   you see any police officers?
7        A.   They were still up by the police
8   department doors.  They hadn't moved.
9        Q.   Okay.  Once you got into this open space
10  area, you didn't see any police officers, did you?
11       A.   No.
12       Q.   At some point the -- the fight stopped;
13  correct?
14       A.   Correct.
15       Q.   And did you -- did you physically grab
16  anybody out of the ditch?
17       A.   I -- I'm sorry; my cat's ripping on the
18  thing.
19            I held out my hand for two people.  So
20  they did the whole take your hand, come out of the
21  ditch thing.  I didn't grab anyone out of it, but
22  I offered my hand.
23       Q.   Okay.  Did any of the counterprotesters
24  ever strike you during this fight?
25       A.   Counterprotesters or Back the Blue?
```

Transcript of Anna Kruger
Conducted on June 12, 2023                          139

```
 1        Q.    I'm sorry.  That was a mistake.

 2              Did anybody strike you during this --

 3    this fight?

 4        A.    No.

 5        Q.    When you were helping people out of the

 6    ditch, did anybody strike you or push you or, you

 7    know, physically assault you?

 8        A.    No.

 9        Q.    Okay.  Did -- is one of the individuals

10    you helped out of the ditch, was that Piper

11    Townley?

12        A.    Yes.

13        Q.    And do you remember who the other person

14    was?

15        A.    No.  I didn't know who it was.

16        Q.    Okay.  It was part of the group that you

17    had met in the parking lot?

18        A.    One of them was.  One of them was marked

19    as a medic.

20        Q.    Well -- so you helped Piper Townley and

21    then another individual out of the ditch; correct?

22        A.    Incorrect.  I helped the medic out

23    first.  Piper was the last.

24        Q.    So how many people did you help out of

25    the ditch?
```

Transcript of Anna Kruger
Conducted on June 12, 2023                                          140

1          A.    I believe three.

2          Q.    Okay.

3          A.    But it was pretty quick.  It was just

4    literally a hand up, out of the ditch.

5          Q.    All right.  So we're stopped at 1:43.

6              This video is not the best, but about in

7    the middle of the screen there's an individual

8    dressed all in black.  Do you see that, that

9    person?

10         A.    Yes.

11         Q.    Standing up?

12         A.    Yeah.

13         Q.    Okay.  All right.  I want you to watch

14   that person.  Okay?

15         A.    Okay.

16         Q.    Did you see that person grab a water

17   bottle or grab an object?

18         A.    I didn't see them do anything.  I wasn't

19   watching them at the time.  I was focused on the

20   people with the flagpole and -- who were over to,

21   well, my right at the time.

22         Q.    Okay.  Were you -- we're stopped at

23   1:45.  Do you see yourself in this frame at all?

24         A.    No.

25         Q.    Okay.  Do you see the individual -- and

Transcript of Anna Kruger
Conducted on June 12, 2023                    147

1    Townley with -- with medical services; correct?

2          A.    Correct.  That street medic was trying

3    to.

4          Q.    Okay.  This is the first time you saw

5    police officers in this -- in this open space

6    area; correct?

7          A.    Correct.

8          Q.    In fact, you hadn't seen police officers

9    between the front of the police station to where

10   you all walked until this period of time; correct?

11         A.    Correct.  Yes.

12         Q.    All right.  Did the police officers

13   listen to you?

14         A.    No, not at all.

15         Q.    They didn't leave the scene, did they?

16         A.    No.

17         Q.    Did they -- did you have any

18   conversations with the police officers?

19         A.    No.  They didn't pay any attention to

20   me.  They didn't acknowledge my existence for the

21   most part.

22         Q.    Did they have -- did you observe any

23   conversations between the officers and Piper

24   Townley?

25         A.    I don't remember if they talked to her

Transcript of Anna Kruger
Conducted on June 12, 2023                              155

1   you can use a flag pole, you can use a belt.  What

2   I'm talking about with weapons is:  Did you see

3   any knives or guns or anything like that?

4        A.   No.

5        Q.   Okay.  And then the long, thin thing you

6   were describing, was that like the -- like the

7   collapsing baton that you had?

8        A.   No.  This was -- this was skinnier.

9        Q.   Okay.

10       A.   It was like a -- I don't know how to

11   describe it, like a really -- sorry.  The cat is

12   shifting all of my stuff.

13            A really skinny, like, metal black tube.

14   It almost looked like a pole or a pipe, but it was

15   black and skinny.

16       Q.   The first time you saw that was when

17   everyone was in the ditch; correct?

18       A.   Yes.

19       Q.   As you and the other counterprotesters

20   were walking back, there wasn't -- you know,

21   nobody was punching anybody; correct?

22       A.   Correct.

23       Q.   It was just a lot of -- was there --

24   well, strike that.

25            Was there any shoving going on?

Transcript of Anna Kruger
Conducted on June 12, 2023                         156

1          A.    Yeah.  Yeah, there was.

2          Q.    And -- and did anybody shove you?

3          A.    Yes.

4          Q.    Okay.  Was there anything more than just

5     shoving?

6          A.    No.

7          Q.    Okay.  Do you ever think it's acceptable

8     to interfere with an arrest?

9          A.    No.

10         Q.    All right.  So we're at the point where

11    you said two officers tackled you; correct?

12         A.    Correct.

13         Q.    Okay.  And then -- and then what

14    happened?

15         A.    Like I said, I asked, "Why are you

16    arresting me?  I have a right to know why I'm

17    being arrested."  And they said "resisting

18    arrest."  I don't remember if I said anything more

19    than that, but if I did it was like, I wasn't

20    resisting or that's not how it works or something

21    like that, like just arguing against it.  And

22    that's when they handcuffed me and, like, stood me

23    back up.

24               And I remember asking them, I know you

25    don't owe me this favor, I know you don't have to,

Transcript of Anna Kruger
Conducted on June 12, 2023                    158

```
 1    underneath it so the one on top of it -- so that
 2    if anyone were to take my picture, I didn't worry
 3    that they were going to, like, doc me or harass me
 4    online or threaten me or anything.
 5         Q.   Had you been threatened in the past?
 6         A.   Yes.
 7         Q.   When was that?
 8         A.   At a lot of different rallies and
 9    protests.  It's pretty common.
10              When I had been arrested in Texas and
11    my -- I don't think my mugshot was posted online,
12    but, like, articles about it were posted online.
13    And there's always, like, comments underneath any
14    news article, especially related to anything like
15    environmental or activism related, people will put
16    some really horrible things in the comments.
17         Q.   All right.  So they -- police officers
18    walked you back to the police station; correct?
19         A.   Yes.
20         Q.   And did they say anything to you?
21         A.   Not at the time, no.
22              Like I said, I just asked to not be
23    walked through the group of people.  And I was.  I
24    was walked right through them, where I had asked
25    not to be.
```

Transcript of Anna Kruger
Conducted on June 12, 2023                    176

1    overlook or you take certain sides, whether

2    intentionally or not, you're not equally

3    protecting both parties involved in an incident.

4    That's at least my understanding.

5        Q.    All right.  So, as we sit here today,

6    it's your belief that only arresting you and Piper

7    Townley was a violation of your equal protection

8    rights?

9        A.    Yes.

10       Q.    As opposed to arresting someone from the

11   other side?

12       A.    Yes.

13             Again, I'm not a lawyer so take it with

14   a grain of salt.

15       Q.    As we sit here today, what information

16   do you have that counterprotesters coordinated

17   with the Fort Collins Police Department?

18       A.    I don't personally possess any of that

19   knowledge.

20             To my understanding, that's something

21   that my lawyer possesses, not me.  I was nowhere

22   near the cops so I wouldn't have been first party

23   to that.

24       Q.    Well, I mean, this is my opportunity to

25   ask you.

Transcript of Anna Kruger
Conducted on June 12, 2023                    177

1          So what -- what information do you think

2     is out there that supports the claim the Fort

3     Collins police officers coordinated with Back the

4     Blue or counterprotesters at this rally?

5          A.    I mean, they are not -- I don't

6     really -- I personally didn't witness it.  I

7     wasn't -- to quote John Mulaney, I was over on the

8     bench.

9          But, I mean, I know, from what I heard

10    when the Back the Blue protesters said "there they

11    are," I know that they received information very

12    close prior to my arrest that said I was fighting

13    even though I wasn't.

14         So although I don't have any personal

15    information -- again, I think that's something my

16    lawyer possesses and not me -- that in and of

17    itself is them receiving information from one side

18    and acting on it.

19         Q.    Okay.  But do you believe -- well,

20    strike that.

21         What I'm asking you is:  What

22    information do you know of, whether it's firsthand

23    knowledge or otherwise, that the Fort Collins

24    Police Department coordinated with Back the Blue

25    to have you specifically arrested?

Transcript of Anna Kruger
Conducted on June 12, 2023                      178

1        A.    Like I said, when they talked to the

2   Back the Blue protesters and they said "there they

3   are, they were fighting."  Prior to that, I -- I

4   don't know.

5        Q.    It's your understanding -- strike that.

6              It is your belief that the Fort Collins

7   Police Department intentionally coordinated with

8   Back the Blue to have you arrested?

9        A.    I don't know.  That's the honest answer,

10  I don't know.

11       Q.    What information do you have, as we sit

12  here today, that establishes anybody from the Fort

13  Collins Police Department was deliberately slow to

14  the response -- to the assault of a Black Lives

15  Matter protester?

16       A.    All of the quotes that I have read in

17  the Complaint from Mallory specifically.  Some of

18  those quotes, to my remembrance, "If we interfere,

19  we go now, Antifa wins; I give them ten minutes

20  until punches start blowing; let's slow down."

21             There's a lot of the quotes in the

22  Complaint that you have in front of you that I

23  don't have in front of me.

24             But the ones that Mallory made in the

25  Complaint, that's the evidence that I have that he

Transcript of Anna Kruger
Conducted on June 12, 2023                                    184

1    was Sarah.  Sarah Schaefer or Schiffer (phonetic).

2    I feel awful.  Oh, my gosh.  I forgot about all

3    that.

4         Q.   Was it Schielke?

5         A.   What was that?

6         Q.   Sarah Schielke?

7         A.   Yeah, that's her.

8              And disorderly conduct and resisting

9    arrest had got dropped and I just had to pay a

10   fine for having fireworks.

11             God, I forgot she was my lawyer.  Yeah,

12   her.

13        Q.   How soon after this incident were --

14   were your charges dropped?

15        A.   In November of 2020.

16        Q.   Do you know a Jason Riteman (phonetic)?

17        A.   No.

18        Q.   You had testified earlier in your

19   deposition that Fort Collins had a history of -- I

20   don't know what you termed it, a history of

21   excessive force and not practice and things along

22   those lines; correct?

23        A.   Correct.

24        Q.   What do you mean by that?

25        A.   There's a lot of articles and a lot of