

CIVIL ACTION NO. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON

V.

BRIAN MALLORY, ET AL.

DEPOSITION OF:

DANIEL NETZEL

DATE:

December 15, 2023

EXHIBIT C
Case No. 22-CV-01983-SKC



 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

www.pikereporting.com

1  group or just a normal person saying, "Hi," you know,
2  they should get the same dignity and respect, regardless
3  of what their beliefs are.
4       Q.   Sure.  And I suppose I'm asking a little
5  different question: Did you, prior to this, the day,
6  prior to August 8th -- you know what?  Never mind.  So
7  August 8th, did you attend a briefing?
8       A.   Yes.
9       Q.   Okay.  Do you recall how long that briefing
10 was, approximately?
11      A.   I do not.
12      Q.   Okay.  Was it a three-hour briefing?
13      A.   I doubt it.
14      Q.   Okay.  Do you remember any information you
15 received in the briefing?
16      A.   I remember getting assigned to what I believe
17 was called, like, "Arrest Team 1," and that was about
18 it.  And that was basically just my entire swing shift
19 that comes in and works 3:00 to 1:00.  And I believe
20 that's all who was on it.  And that was just for the,
21 simplicity's sake of, "All right.  Swings is assigned to
22 this, and power nights is assigned to that."
23      Q.   Okay.  Power Nights?
24      A.   Power nights is a different shift that works
25 5:30 p.m. to 3:30 a.m., and then swings is 3:00 p.m. to

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1       protest, it's going to be a little more -- someone's
2       going to feel a little more brave to do something if
3       we're standing right there.  Whereas, if they're
4       already going at it, then we're going to intervene.
5   BY MR. SCHWAB:
6       Q.   Okay.  So you say they're "going to feel a
7   little more brave."  Do you think if you're standing
8   where two people are yelling at each other, they're more
9   or less likely to fight if you stand there?
10      A.   So I think it's different when there's two
11  people as opposed to two crowds of people.
12      Q.   Okay.  So you think if you leave, that will
13  cause them to not fight?
14      A.   If we're the center of attention and we're the
15  reason both crowds are there, then yes.
16      Q.   Okay.  So who was in charge this day, of your
17  group?
18      A.   Of the group, or the entire operation?
19      Q.   Of your team, on August 8th --
20      A.   Sergeant Mallory.
21      Q.   Okay.  Do you recall that he said, "They're
22  thinking if we're standing here, they don't have to
23  fight, so let's back up"?
24      A.   I do not recall him saying that.
25      Q.   Okay.  And do you recall him ever saying



1      A.   Yes.
2      Q.   How did you learn of a potential -- the need
3  to go over there?
4      A.   We had a drone operator who -- with command
5  staff who reported there was a fight occurring on that
6  corner.
7      Q.   So you're -- do you remember hearing over the
8  radio drone, says there's a fight?
9      A.   Yes.
10     Q.   Okay.  Did the drone operator identify the
11 individuals that were -- individual or individuals
12 engaged in fighting?
13     A.   I do not recall.  I just remember him saying
14 where the fight was.  And that's why I walked over there
15 to begin with.
16     Q.   Okay.  And was it the drone operator or a
17 commander that said there's a fight going on over there?
18     A.   I wouldn't be able to answer whether it was
19 command member or drone operator.  I mean, they're all
20 kind of standing together.  So it could have been
21 command staff watching the footage and then calling it
22 out while the drone operator just focus on flying, or if
23 it was -- I'm not -- I can't tell you.  I wasn't in the
24 room of who called it.
25     Q.   Okay.  And are you speculating that it was


Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202
(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  and take out who I believe was the center of attention
2  at that point and...
3      Q.  But why not take out multiple people?  Why not
4  remove multiple people in the situation to investigate?
5      A.  I mean, if we have the bodies to, I think that
6  would be doable.  I mean, I had two officers who were in
7  charge of arresting somebody and we had to travel
8  numbers, and numbers are not on our side.
9      Q.  You said you had five officers, right?
10     A.  I have a -- I believe so, yes.
11         MR. RATNER:  All right.  Milo, you got to let
12    him finish.  I think you're cutting him off.
13         MR. SCHWAB:  I apologize.
14         THE WITNESS:  So if we're just five cops
15    running to a crowd of hundreds of people, and two of
16    them are fighting, and there's a crowd around those
17    people, and there's a crowd saying, "This guy did
18    it," and pointing to it, then I want to get that guy
19    out.  Because, obviously, one, the crowd is mad at
20    this person, and who knows what the crowd wil want
21    to do to them.  So for safety of that -- that
22    person, I'll have to get him out, safety of myself
23    as well and other officers, had to get him out, and
24    then figure out what happened, rather than sit there
25    in a crowd of 300 people and try to take down

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        statements of 300 people while there's still fights
 2        going on.
 3   BY MR. SCHWAB:
 4        Q.   Were there other fights going on?
 5        A.   No.  But, I mean, there was potential for it.
 6   Like we said, there was potential for a volatile
 7   situation.
 8        Q.   But there is always potential.  I mean, you --
 9   any time you are on a -- the street corner while you
10   were doing your current job, there's potential, right?
11        A.   Yes, but I think it's a different situation as
12   opposed to two groups there for a -- a specific reason
13   than a thousand college guys just out drinking for a
14   night.  I think it's apples and oranges, personally.
15        Q.   Okay.  Did you ever wonder if anyone had
16   struck this -- or had fought with this person that you
17   arrested?
18        A.   Well, when I walked up to that, I could see
19   that he was engaged with somebody.
20        Q.   Okay.
21        A.   And when I was walking up, he was on top,
22   which made me think that he was also an aggressor.  And
23   I -- and when they rolled over, the other male had him
24   basically just kind of held down the ground, and they
25   were saying he did whatever he was doing, and so I
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1              (EXHIBIT 5 MARKED FOR IDENTIFICATION)
 2          THE WITNESS:  Okay.
 3              (VIDEO RECORDING PLAYED)
 4   BY MR. SCHWAB:
 5       Q.   And we just started it.  We're at, we'll say
 6   15:54:23 right now.  This is you putting your face mask
 7   on, right?
 8       A.   Yeah.
 9              (VIDEO RECORDING STOPPED)
10   BY MR. SCHWAB:
11       Q.   Okay.  Are you guys running or walking?
12       A.   Walking.
13       Q.   Okay.  And you don't recall what the -- what
14   you heard on the radio, what you were responding to?
15       A.   I believe we were just responding to the group
16   kind of migrating west.  So we were no longer going to
17   see it from where we were, so we followed it so we can
18   keep our eyes on it.
19       Q.   Okay.
20              (VIDEO RECORDING PLAYED)
21   BY MR. SCHWAB:
22       Q.   Do you know if either of these two individuals
23   were engaged in fighting?
24              (VIDEO RECORDING STOPPED)
25       A.   I don't know.  Doesn't look like they are.
```

