

# CIVIL ACTION NO. 1:22-CV-01983-SKC

# MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON

V.

# BRIAN MALLORY, ET AL.

# DEPOSITION OF:

# BRIAN MALLORY

# DATE:

# November 29, 2023

**EXHIBIT D**
Case No. 22-CV-01983-SKC



 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

www.pikereporting.com

1    Q.   Never?
2    A.   No. I try very hard not to do that.
3    Q.   Has it ever happened?
4    A.   Not that I can recall.
5    Q.   Okay. Okay. So prior to the events of this
6  day, what did you do to prepare for this protest?
7    A.   So the day of was when we prepared for it, and
8  I started that by attending a operational briefing that
9  was done by Lieutenant Weaver and Lieutenant Murphy that
10 laid out the plan and our roles and responsibilities to
11 include the assignment that I had for the day.
12   Q.   Before this day, you didn't do anything to
13 prepare?
14   A.   No.
15   Q.   Okay. Before -- okay. Did you review any
16 intelligence outside of this operational meeting?
17   A.   Not that I can remember.
18   Q.   Did you have a private meeting with Mr. Weaver
19 and Mr. Murphy outside of the presence of Mr. VanSickle,
20 Schilz, Robertson -- and I know I'm missing a fourth
21 person.
22   A.   No, I did -- I can't recall having a private
23 meeting with them about anything.
24   Q.   Okay. So the only information --
25   A.   I don't know why --



```
 1  BY MR. SCHWAB:
 2      Q.   You said -- I'm sorry.  You said half an hour,
 3  20 minutes?
 4      A.   Potentially, but I -- I don't recall the exact
 5  time.
 6      Q.   Okay.  Were there any handouts that you
 7  reviewed?
 8      A.   Not that I recall.
 9      Q.   Was there a PowerPoint presentation?
10      A.   Not that I can recall.
11      Q.   Okay.  What did Mr. Weaver and Mr. Murphy tell
12  you that day?
13      A.   Like I said, they -- they told us what our
14  assignment is -- our assignments and roles and
15  responsibilities for the day.
16      Q.   Okay.  Anything else?
17      A.   Not that I can recall.
18      Q.   Okay.  Your responsibilities and roles?
19      A.   Correct.
20      Q.   Okay.  Approximately how long before you
21  responded to the protest was this held?
22      A.   It was just prior to the protest.  So we met
23  prior to the protest and the rally starting and then --
24  and then went from there.
25      Q.   Okay.  So I believe there were ten officers
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   responding plus two cars for transport; is that fair to
 2   say?
 3           MR. RATNER:  Object to foundation and form.
 4           THE WITNESS:  I don't recall the exact number
 5       of -- of officers that were there.
 6   BY MR. SCHWAB:
 7       Q.   Okay.  You had a team of five, including
 8   yourself?
 9       A.   Correct.
10       Q.   Okay.  And there was a second team of five as
11   well?
12       A.   There was a second team.  I don't remember the
13   numbers that were on there, but there was a second team,
14   yes.
15       Q.   Okay.  During the protests, were you
16   communicating with anyone from the police department?
17       A.   Yes, I was.
18       Q.   Who were you communicating with?
19       A.   Lieutenants Weaver and Murphy, who were in
20   command of the operation, and Corporal Bogosian.
21       Q.   And Corporal Bogosian, where was he?
22       A.   He was part of -- he was in charge of that
23   second team.
24       Q.   Okay.  Do you know if he turned his body-worn
25   camera on?
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.   I -- I don't know.  I assume he did.  I don't
 2   know.
 3        Q.   Okay.  Were you receiving orders from Weaver
 4   and Murphy?  Were you giving them information?  What was
 5   that conversation like?
 6        A.   Well, all of that.  You know, giving them
 7   information.  They were giving us information, directing
 8   us places, telling us stuff, I mean, the typical stuff
 9   that you would do.
10        Q.   Okay.  And how did you communicate with them?
11        A.   Through our radio.
12        Q.   Okay.
13        A.   Our -- our -- our personally held radio.
14        Q.   Okay.  Is that the earpiece you're wearing?
15        A.   I'm sorry.  What?
16        Q.   Is that the earpiece you're wearing?
17        A.   In my video?  Yes, it was.
18        Q.   Okay.  And are those -- is that -- would that
19   be called radio?  Would that be called dispatch?  What
20   would the correct terminology be for that?
21        A.   We call them our pack set.
22        Q.   Okay.  Are pack sets recorded?
23        A.   Yes.
24        Q.   Okay.  To your knowledge, are they preserved,
25   saved?
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
1      Q.   And these are your four officers, right?
2      A.   Correct.
3      Q.   And they're under your command; is that fair
4  to say?
5      A.   Yes.
6      Q.   Okay.  And you guys are walking towards the
7  scene of the fight, right?
8      A.   Correct.
9      Q.   Okay.  And would it be accurate to say that
10 you guys are walking at a leisurely pace?
11     A.   No.
12     Q.   Is this not a leisurely pace?
13     A.   This is just -- this is a -- a normal walk to.
14     Q.   Okay.
15     A.   Though I would not describe it as leisurely.
16     Q.   Okay.  Who told you to go to this scene?
17     A.   Command told us to go there.
18     Q.   And who is that?
19     A.   Lieutenant Murphy and Lieutenant Weaver.
20     Q.   Okay.  And what did they tell you?
21     A.   They said there was a large fight over by this
22 drainage ditch.
23     Q.   Okay.  Did they --
24     A.   Or in this area --
25     Q.   Sorry, continue.
```



```
 1         A.   I apologize.  To clarify, over in this
 2    drainage ditch area of the -- by these houses.
 3         Q.   Okay.  Did they identify any individuals that
 4    were fighting?
 5         A.   No.
 6         Q.   Okay.
 7         A.   And you can see here is when we started --
 8    started running faster.
 9         Q.   Do you know if this individual in the jeans
10    and this green shirt was engaged in fighting?
11         A.   I do not know.
12         Q.   Do you know if this individual in the white
13    shirt was engaged in fighting?
14         A.   I do not know.
15         Q.   White shirt and blue hat right here at 31
16    seconds in this video?
17         A.   I do not know.
18         Q.   I'm sorry.  What was that?
19         A.   I do not know.
20         Q.   Okay.  Do you know, and here we are at 33
21    seconds, if this individual in -- on the far left in the
22    jeans and the black shirt and the black hat was engaged
23    in fighting?
24         A.   I do not know.
25         Q.   Okay.  Do you know here at 34 seconds if this
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   would that have called into question his statement to
 2   you?
 3        A.   Potentially.
 4        Q.   Okay.  Well, let's watch.
 5             MALE SPEAKER 1:  Yeah, he was fighting.
 6   BY MR. SCHWAB:
 7        Q.   Now, Ms. Townley and Ms. Kruger and these
 8   people over here, they're saying the other people fought
 9   with them, right?
10        A.   I didn't hear what they said.
11        Q.   They said they started it.
12        A.   I -- I didn't hear that.
13        Q.   Okay.  Aside from collecting this one
14   statement from this one individual, did you take any
15   other action from the moment you arrived on the scene
16   until the moment you got back to the police department
17   to investigate any of the circumstances, any of the
18   circumstances, of this fight?
19        A.   So in a way, yes, I did.  What I did after the
20   scene was -- the -- the fight scattered.  We were able
21   to get things back under control.  I spoke with
22   Lieutenant Murphy and said, "Hey, we only got one side
23   of this fight."  And -- and it was shortly after that
24   that he assigned Detective O'Loughlin to investigate it.
25   And during that investigation, Detective O'Loughlin
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  arrested a couple of people associated with the pro-
2  police side.
3       Q.   Okay.  But you didn't do any investigation,
4  correct?
5       A.   No, detectives were assigned to it.
6       Q.   Okay.  You -- were you involved in that
7  investigation?
8       A.   No.
9       Q.   Did you ever talk with them about what you
10 observed?
11      A.   No, not after that.
12      Q.   Did they ever ask for your help?
13      A.   Not that I recall.
14      Q.   Okay.  Did you ever sit down with them to --
15 to -- to share anything?
16      A.   Not that I could recall.
17      Q.   Did you ever review any video to assist them
18 in finding out if anyone else had been involved?
19      A.   No.
20      Q.   Okay.  And putting that aside and putting
21 aside this conversation, was -- that conversation with
22 you and Mr. Weaver, was that on the radio?
23      A.   I believe it was Lieutenant Murphy, actually,
24 and it was on the cell phone.
25      Q.   It was on a cell phone?



```
 1   BY MR. SCHWAB:
 2        Q.   Okay.  So you're letting this guy here walk
 3   around.  Why are you letting some third party just walk
 4   around?
 5        A.   Because -- because I'm engaged with this, but
 6   you can see an officer behind us coming up.  So I mean,
 7   in an instant --
 8        Q.   Really?  Because it looks like to me right
 9   here --
10             MR. RATNER:  Hold on.  Hold on.  No.
11             MR. SCHWAB:  Sorry.
12             MR. RATNER:  Sergeant Mallory was not done
13        with his answer.
14             MR. SCHWAB:  I apologize.
15             THE WITNESS:  You have to understand that
16        these are very chaotic circumstances.  It was
17        chaotic there.  I can't have full control over
18        everybody and everything, which is why we made the
19        decision to remove people quickly to the PD where
20        we do have more control. Because as you pointed
21        out, that is a big officer safety issue and thing
22        that I was very concerned about from the beginning.
23   BY MR. SCHWAB:
24        Q.   So three of you are addressing Ms. Kruger
25   here, right?
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  point?
2     A.   It looks like, yes, that's about the time we
3  start leaving.
4     Q.   Okay.  Two other officers are walking
5  Ms. Kruger out, right?
6     A.   Correct.
7     Q.   Okay.  You're not involved in holding her,
8  correct?
9     A.   That's correct.
10    Q.   Okay.  There are still a lot of people present
11 here, right?
12    A.   Which is my concern, yes.
13    Q.   Okay.  Tell me about your efforts to talk with
14 them and find out what happened.
15    A.   I -- I didn't.  For officer safety reasons and
16 the chaos that -- I -- I didn't.
17    Q.   This is chaos right here?
18    A.   The -- the entirety of the circumstances and
19 situation are.
20    Q.   Okay.  But your entire focus is only on
21 Ms. Kruger and Ms. Townley, right?
22    A.   Yes.  They're the ones that were in custody.
23    Q.   Okay.  None of these other people were
24 investigated, right, by you?
25    A.   Not by me.



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        Q.   Okay.  And you're saying at this moment, you
 2   did not have the opportunity to speak with any of these
 3   people?
 4        A.   At that moment --
 5             MR. RATNER:  Object to form.  Misstates --
 6        well, his testimony is not in evidence.  Go ahead.
 7   BY MR. SCHWAB:
 8        Q.   Is it fair to say that at this time, you did
 9   not have the opportunity -- that your belief is that you
10   did not have the opportunity to talk with any of these
11   people?
12        A.   I did not, no.
13        Q.   Okay.  Now, you've had another team of five
14   present here, right?
15        A.   They were a little ways away, but yeah, they
16   were in the area, I think.
17        Q.   Okay.  You could have handed Ms. Kruger and
18   Ms. Townley off to those individuals, right?
19        A.   At that point, since we were the ones that had
20   them in custody, we were responsible for bringing them
21   back to the PD.
22        Q.   Okay.  What about having those five officers
23   who weren't involved in these arrests go and talk with
24   these people?
25        A.   I didn't ask them.
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                  (OFF THE RECORD)
 2            THE REPORTER:  We are back on record.
 3   BY MR. SCHWAB:
 4       Q.   Just one or two last questions.  Going back to
 5   when you pushed Ms. Kruger, I just want to make sure I
 6   understood your statement or I'm not misinterpreting it.
 7   You pushed her because you saw her grab -- you saw
 8   Ms. Kruger grab Ms. Townley, correct?
 9       A.   To interfere with the arrest.
10       Q.   And that was the reason you pushed Ms. Kruger,
11   correct, that she grabbed Ms. --
12       A.   To push her away from officers, yeah.
13       Q.   Okay.  And it was because she grabbed
14   Ms. Townley?
15       A.   If she didn't physically grab him, she
16   appeared to be grabbing him, and it looked to me like
17   she had grabbed ahold of him to -- to pull him away from
18   officers.
19       Q.   Okay.  And you grabbed Ms. Kruger by her
20   backpack after that, correct?
21       A.   After she tried to -- to turn and -- away from
22   us.
23       Q.   Okay.  At that point, had you told her,
24   "You're under arrest"?
25       A.   I don't recall what I said to her.
```



```
 1        Q.   Okay.  Was she fleeing arrest?  Is that why
 2   you used force on her at that point?
 3        A.   She appeared to be -- to be fleeing --
 4        Q.   Okay.
 5        A.   -- or attempting to flee.
 6        Q.   Okay.  But you don't recall giving her any
 7   order that she was under arrest?
 8        A.   I -- I do not recall what I said to her.
 9        Q.   Okay.  If an officer doesn't tell you, "Stay
10   there.  You're under arrest.  Stop."  If they don't say
11   anything like that, is there any reason you can't move
12   away from a police officer?
13        A.   I'm sorry.  Can you answer -- or ask that
14   again?
15        Q.   Sure.  If someone -- if a police officer
16   doesn't tell me, "You're under arrest.  Stay there.
17   Stop," say anything to me to tell me I can't leave, I'm
18   allowed to leave then, right?
19        A.   In that -- in the way you laid it out, yes.
20        Q.   Okay.  So if I haven't heard anything from a
21   police officer saying, "You're not allowed to leave
22   here," I'm not fleeing arrest then, right?
23        A.   Well, from the way you put it, yes.  But for
24   her, I -- I -- and I don't -- again, I don't recall my
25   exact wording but said that -- to grab her, and that's
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com