

CIVIL ACTION NO.: 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DeLEON

V.

BRIAN MALLORY, IN HIS INDIVIDUAL CAPACITY, ET AL.

DEPOSITION OF:

OFFICER JARED ROBERTSON

DATE:

October 30, 2023

**EXHIBIT H**
Case No. 22-CV-01983-SKC



 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

www.pikereporting.com

Case No. 1:22-cv-01983-SKC    Document 78-7    filed 04/18/24    USDC Colorado    pg
2 of 10
The Deposition of OFFICER JARED ROBERTSON, taken on October 30, 2023
37

1    back into a neighborhood.

2       Q.   Okay.  And when you heard that call, where

3    were you?

4       A.   Either right inside the doors on the north

5    side of the PD or in the parking lot.  I can't remember.

6       Q.   Okay.  And what did you do?

7       A.   We went to the -- where we were told to go.

8       Q.   Okay.  When you got there, what did you

9    observe?

10      A.   When I first got there, I saw people down in a

11   canal, kind of ditch.  My first view was there were

12   people kind of towards, like, this culvert opening. And

13   there was -- there was, like, movement going around, and

14   someone was reaching down.  And I thought that people

15   were fighting, so I yelled out, like, stop fighting,

16   you're under arrest, or something, because I thought

17   somebody was maybe getting hurt.  Within a short time,

18   I get up to where that is, and I just see there's a

19   wheelchair.  And I think the guy who belongs -- the

20   wheelchair belongs to is down in the canal.  So I think

21   people were helping him up, and it wasn't a fight in the

22   canal.

23      Q.   Did you talk to those people?

24      A.   No.

25      Q.   Okay.  People that were in this ditch,

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC    Document 78-7    filed 04/18/24    USDC Colorado    pg
3 of 10
The Deposition of OFFICER JARED ROBERTSON, taken on October 30, 2023
38

1    correct?

2        A.    (No verbal response.)

3            THE REPORTER:  Was that a yes?

4            THE WITNESS:  Which part?  Sorry.

5            THE REPORTER:  The people that were in the

6        ditch.

7            THE WITNESS:  To his question of?

8    BY MR. SCHWAB:

9        Q.    **Those were people in the ditch?**

10       A.    There were people in the ditch, yeah, yes.

11       Q.    **Okay.  And you did not talk to them?**

12       A.    No.

13       Q.    **Okay.  What did you do next?**

14       A.    So there was a fence line that made a corner

15   nearby the canal/ditch.  I didn't know if the -- I was

16   looking for a fight that had been called out.  There

17   wasn't a fight, that I could see, in the ditch.  So when

18   I saw that corner of the fence and I could tell it

19   looked like there was a field back behind that, I didn't

20   know if people were still fighting around that blind

21   corner.  And so once I checked the ditch, no one's -- no

22   one's fighting, I don't see anyone injured. Then I come

23   around the corner (clears throat) -- excuse me -- and I

24   see Mr. Townley seated on the ground, Ms. Kruger

25   standing above him.  And then more people kind of

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of OFFICER JARED ROBERTSON, taken on October 30, 2023

39

 1    staggered back down the fence line from there.

 2        Q.    Were these individuals fighting when you

 3    observed them?

 4        A.    No.

 5        Q.    Okay.  What happened next?

 6        A.    So I approached Mr. Townley.  I can't remember

 7    if I asked a question or not.  But Ms. Kruger started

 8    screaming and yelling, saying -- I think using some

 9    expletives, and said, we don't need you, go away, or

10    something like that.

11            I could tell Mr. Townley had a -- like, a cut

12    above one of his eyes.  I want to say it was his left

13    eye, but I can't remember for sure.  So then I came back

14    around the corner of the fence because that's where the

15    -- I think the rest of the arrest control team was, or

16    at least most of them.  And told Sergeant Mallory, hey,

17    there's people -- there's someone down, I think I said,

18    behind the side of the fence here.

19        Q.    Okay.  And what happened next?

20        A.    Sergeant Mallory asked, were they fighting?

21    Which I didn't see them fighting, so I said, I don't

22    know.  And then someone said -- he might have asked me

23    twice.  And I said, I don't know.  And then someone

24    nearby said, yes, he was fighting, or, yes, they were

25    fighting, or something like that.  I believe it was

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   know how it came to be that both groups ended up in that
 2   ditch?
 3         A.    Uh-uh.
 4              THE REPORTER:  Is that a no?
 5              THE WITNESS:  Sorry, no.
 6              THE REPORTER:  Okay.
 7   BY MR. SCHWAB:
 8         Q.    So you crossed this ditch.  We're back to
 9   this -- the ditch period.  You're looking out behind the
10   fence.  Officer Mallory says to you, did you see them
11   fighting?  You say, no -- or "were they fighting,"
12   something --
13         A.    Something to that effect, yes.
14         Q.    Okay.  You didn't arrest Ms. Townley, right?
15         A.    Correct.
16         Q.    Okay.  Did you push Ms. Kruger to the ground?
17         A.    I pushed her back.
18         Q.    Okay.  And then you arrested her, correct?
19         A.    I assisted in taking her into custody, yes.
20         Q.    Okay.  Why was she arrested?
21         A.    For resisting the arrest of Ms. Townley.
22         Q.    Okay.  How did she resist?
23         A.    Placing her body when the arresting officers
24   went up to take Ms. Townley into custody.  She kind of
25   did, like, a -- basically used her body to push against,
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of OFFICER JARED ROBERTSON, taken on October 30, 2023
65

1    I believe it was Officer Schilz, from what I could tell.

2         Q.    So she pushed Officer Schilz?

3         A.    I think with, like, her arm, like, forearm,

4    or shoulder or something.  She kind of, like, tried to

5    box him out to keep him from getting to Ms. Townley.

6         Q.    Did she fight?

7         A.    I don't -- I don't remember seeing her throw a

8    punch.  Is that what -- what you mean by "fight"?

9         Q.    Sure.  Did she -- okay.  So you -- she didn't

10   throw a punch?

11        A.    Correct.

12        Q.    She didn't throw a kick?

13        A.    Not that I saw.

14        Q.    Did she grab anyone?  Did she grab any

15   officer?

16        A.    It happened fast.  I don't know if she -- if a

17   part of an arm grabbed to push Officer Schilz's arm away

18   or not, or something with that interaction, so I can't

19   say specifically.

20        Q.    Why didn't you charge her with assaulting a

21   police officer then?  So she --

22             MR. RATNER:  Object to form.  Assumes fact not

23        in evidence.  Go ahead.

24             THE WITNESS:  To my knowledge, she didn't

25        strike him.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.    Yeah.

 2        Q.    Do you know that there -- are you familiar

 3   with the individual who was caught letting tire out of

 4   protesters' tires?

 5        A.    "Letting the tire out"?  Sorry?

 6        Q.    Letting the air out of protesters' tires.

 7        A.    No.

 8        Q.    Okay.

 9              (VIDEO PLAYS)

10              (VIDEO PAUSES)

11   BY MR. SCHWAB:

12        Q.    Why did you push Ms. Kruger there?

13        A.    If you can back up --

14        Q.    Sure.

15        A.    -- a little bit.

16        Q.    Well, let's start with, why did you push her?

17        A.    Oh.  For one, she -- like I was telling you

18   earlier, I believe it was Officer Schilz, I could see

19   there was some sort of a physical altercation, or she

20   was, like, trying to position somehow to keep the

21   officers from picking up Ms. Townsley -- or Townley.

22   As the officers are starting to reach down in the video,

23   you can see her.  She takes a step back, and kind of

24   tenses up, and goes to lean forward again.

25        Q.    Tenses up and leans forward?
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of OFFICER JARED ROBERTSON, taken on October 30, 2023

98

```
 1      A.   Tenses up, yep.  I was concerned for the
 2  safety of the officers that were reaching down to pick
 3  up Ms. Townley, and so I pushed her back to create space
 4  between her and the arresting officers.
 5      Q.   Okay.  Did you ever document that use of force
 6  anywhere?
 7      A.   "Pushed her back."
 8           MR. RATNER:  Object to form and foundation.
 9  BY MR. SCHWAB:
10      Q.   What's that?
11      A.   In my report.
12      Q.   Okay.
13           (VIDEO PLAYS)
14           (VIDEO STOPS)
15  BY MR. SCHWAB:
16      Q.   Did that guy commit a crime?
17      A.   Which one?
18      Q.   That guy in the white shirt that gets yelled
19  at.
20      A.   Did he commit a crime?
21      Q.   Yeah.
22      A.   No, but he looked like he was thinking about
23  trying to potentially interfere --
24      Q.   Okay.
25      A.   -- and then decided not to.
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC    Document 78-7    filed 04/18/24    USDC Colorado    pg
9 of 10
The Deposition of OFFICER JARED ROBERTSON, taken on October 30, 2023
116

    1        A.    Sergeant Mallory had stated, she's under

    2   arrest.

    3        Q.    Okay.  So you were doing it on his information

    4   -- or your reliance on his knowledge?

    5        A.    Based off of his knowledge.  And then also, I

    6   guess I did see her, too, doing what she was doing with

    7   Officer Schilz.

    8        Q.    Okay.  Now, you immediately say, you know,

    9   "resisting arrest."  That was her resisting you guys,

   10   right?

   11        A.    That was her resisting the arrest of

   12   Ms. Townley.

   13        Q.    And she used physical force?

   14        A.    Yeah, I --

   15        Q.    Or violence?

   16        A.    Physical force.

   17        Q.    Okay.  Because you said you -- so not

   18   violence, right?

   19        A.    I guess it depends on how you want to quantify

   20   "violence," but --

   21        Q.    Okay.  Did she ever threaten to use violence?

   22        A.    Not that I'm aware of.

   23        Q.    Okay.  So it would have to be physical force?

   24        A.    Yes.

   25        Q.    Okay.  And you're saying that you -- she

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC    Document 78-7    filed 04/18/24    USDC Colorado    pg
10 of 10
The Deposition of OFFICER JARED ROBERTSON, taken on October 30, 2023
117

1    didn't grab anyone, right?

2          MR. RATNER:  Object to form.

3          THE WITNESS:  I'm trying to -- I'm trying to

4      remember exactly.  Obviously, it's been a long time.

5      There was some sort of physical interaction with her

6      and Officer Schilz, from what I remember.

7    BY MR. SCHWAB:

8        Q.    Okay.

9        A.    And when I saw it, it -- it appeared to me

10   that she was trying to prevent Officer Schilz from

11   taking Ms. Townley into custody.

12       Q.    Okay.  So was it your decision to arrest her,

13   or was it Sergeant Mallory's?

14       A.    No.  Like I said, Officer -- or, sorry,

15   Sergeant Mallory said she was under arrest.

16       Q.    Okay.  And do you know who made the

17   determination that she'd be charged with disorderly

18   conduct?

19       A.    I'm not sure.

20       Q.    Okay.  Do you know who made the determination

21   that she'd be charged with resisting arrest?

22       A.    I'm not sure.

23       Q.    Okay.  And just to kind of circle back around,

24   you never saw her engaged in fighting in public, right?

25       A.    Correct.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com