

**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

**EXHIBIT K**
Case No. 22-CV-01983-SKC

| Event | | | |
|---|---|---|---|
| **Reported Date/Time**<br>08/08/2020 14:46 | **Incident Start Date/Time**<br>08/08/2020 14:46 | **Incident End Date/Time**<br>08/08/2020 14:46 | **Incident Status**<br>Charges Filed |
| **Description of Incident**<br>FREARMWEAP | | | |
| **Commonplace Name** | **Incident Location Address**<br>S TIMBERLINE RD  // NANCY GRAY AV  , FORT COLLINS, CO | | |
| **Case Summary** | | | |
| **DUI involved in MVA**<br>☐ | | | |

| Associated Cases |
|---|
| |

| Offense(s) | |
|---|---|
| **Description** | **Attempted/Completed** |
| 18-12-0102 POSS ILLEGAL WEAPON          520000 | C |
| 18-04-0501 CRIMINAL MISCHIEF | A |
| 2902 DAMAGE PROP-PRIVATE | A |

| Persons Summary | | |
|---|---|---|
| **Involvement Type** | **Name (Last, First Middle)** | **DOB** |
| Suspect | PORCHE, LLOYD | Personal Identifying Information |
| Suspect | OROPEZA, MICHAEL ANTHONY | |
| Suspect | FIELDS, JEREMIAH JUDSON | |
| Suspect | MISCHLER-DELEON, JOSHUA ERIC | |
| Suspect | REITMAN, JAMES JAY | |
| Suspect | TOWNLEY, MICHAEL BRIAN | |
| Suspect | WOOLEY, BRIAN EUGENE | |
| Suspect | LOCKE, JEROME MICHAEL MICKEY | |
| Suspect | KRUGER, ANNA JOY | |
| Victim | VOLLEBERG, AMANDA CHRISTINE | |
| Witness Of Incident | CARTER, WESLEY TODD | |

| Suspect(1) : PORCHE, LLOYD | | | | | |
|---|---|---|---|---|---|
| **Unknown** | **Cited/Arrested**<br>UNKNOWN | **Juvenile** | **Suffix** | **Alias/Moniker** | **Race**<br>W |
| **Sex**<br>M | **Date of Birth**<br>Personal Identifying Information | **Age**<br>33 | **To Age**<br>33 | **Alcohol/Drug Use** | **Ethnicity**<br>NON-HISPANIC |



**Fort Collins Police Services**          **Case Number**: FC20-0009884
2221 S Timberline Rd
Fort Collins, CO 80525

| Alias Last Name | Alias First Name | Alias Mid Name | Alias Sex | Alias Race | Alias Date of Birth |
|---|---|---|---|---|---|
| **Height** 5'06 | **To Height** | **Weight** 140 | **To Weight** | **Hair Color** BROWN | **Eye Color** GREEN |  |
| **Address** | | | **Phone 1** | | **Phone 2** |
| **Related Offense Codes** | | | | | |

### Suspect(2) : OROPEZA, MICHAEL ANTHONY

| **Unknown** | **Cited/Arrested** YES | **Juvenile** | **Suffix** | **Alias/Moniker** | **Race** W |
|---|---|---|---|---|---|
| **Sex** M | **Date of Birth** Personal Identifying | **Age** 57 | **To Age** 57 | **Alcohol/Drug Use** | **Ethnicity** HISPANIC |
| **Alias Last Name** | **Alias First Name** | **Alias Mid Name** | **Alias Sex** | **Alias Race** | **Alias Date of Birth** |
| **Height** 5'07 | **To Height** | **Weight** 250 | **To Weight** | **Hair Color** GRAY OR PARTIALLY GRAY | **Eye Color** BROWN |
| **Address** , KERSEY, CO 80664 | | | **Phone 1** 562-305-0516 | | **Phone 2** |
| **Related Offense Codes** | | | | | |

### Suspect(3) : FIELDS, JEREMIAH JUDSON

| **Unknown** | **Cited/Arrested** UNKNOWN | **Juvenile** | **Suffix** | **Alias/Moniker** | **Race** W |
|---|---|---|---|---|---|
| **Sex** M | Personal Identifying Information | **Age** 35 | **To Age** 35 | **Alcohol/Drug Use** | **Ethnicity** NON-HISPANIC |
| **Alias Last Name** | **Alias First Name** | **Alias Mid Name** | **Alias Sex** | **Alias Race** | **Alias Date of Birth** |
| **Height** 6'01 | **To Height** | **Weight** 200 | **To Weight** | **Hair Color** BROWN | **Eye Color** BLUE |
| **Address** | | | **Phone 1** 970-215-2023 | | **Phone 2** |
| **Related Offense Codes** | | | | | |

### Suspect(4) : MISCHLER-DELEON, JOSHUA ERIC

| **Unknown** | **Cited/Arrested** YES | **Juvenile** | **Suffix** | **Alias/Moniker** | **Race** W |
|---|---|---|---|---|---|
| **Sex** M | **Date of Birth** Personal Identifying | **Age** 37 | **To Age** 37 | **Alcohol/Drug Use** | **Ethnicity** HISPANIC |
| **Alias Last Name** | **Alias First Name** | **Alias Mid Name** | **Alias Sex** | **Alias Race** | **Alias Date of Birth** |
| **Height** 5'11 | **To Height** | **Weight** 140 | **To Weight** | **Hair Color** BROWN | **Eye Color** BROWN |
| **Address** #104, DENVER, CO 80218 | | | **Phone 1** 719-306-7836 | | **Phone 2** |



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

**Related Offense Codes**

### Suspect(5) : REITMAN, JAMES JAY

| Unknown | Cited/Arrested | Juvenile | Suffix | Alias/Moniker | Race |
|---|---|---|---|---|---|
| | UNKNOWN | | | | W |

| Sex | Date of Birth | Age | To Age | Alcohol/Drug Use | Ethnicity |
|---|---|---|---|---|---|
| M | Personal Identifying | 42 | 42 | | NON-HISPANIC |

| Alias Last Name | Alias First Name | Alias Mid Name | Alias Sex | Alias Race | Alias Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Height | To Height | Weight | To Weight | Hair Color | Eye Color | |
|---|---|---|---|---|---|---|
| 6'01 | | 180 | | BROWN | GREEN | |

| Address | | Phone 1 | Phone 2 |
|---|---|---|---|
| , DENVER, CO | | 303-265-1761 | |

**Related Offense Codes**

### Suspect(6) : TOWNLEY, MICHAEL BRIAN

| Unknown | Cited/Arrested | Juvenile | Suffix | Alias/Moniker | Race |
|---|---|---|---|---|---|
| | YES | | | | W |

| Sex | Date of Birth | Age | To Age | Alcohol/Drug Use | Ethnicity |
|---|---|---|---|---|---|
| M | Personal Identifying | 42 | 42 | | NON-HISPANIC |

| Alias Last Name | Alias First Name | Alias Mid Name | Alias Sex | Alias Race | Alias Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Height | To Height | Weight | To Weight | Hair Color | Eye Color | |
|---|---|---|---|---|---|---|
| 5'10 | | 135 | | BROWN | BROWN | |

| Address | | Phone 1 | Phone 2 |
|---|---|---|---|
| , FORT COLLINS, CO 80525 | | 773-733-8699 | |

**Related Offense Codes**

### Suspect(7) : WOOLEY, BRIAN EUGENE

| Unknown | Cited/Arrested | Juvenile | Suffix | Alias/Moniker | Race |
|---|---|---|---|---|---|
| | YES | | | | W |

| Sex | Date of Birth | Age | To Age | Alcohol/Drug Use | Ethnicity |
|---|---|---|---|---|---|
| M | Personal Identifying | 39 | 39 | | NON-HISPANIC |

| Alias Last Name | Alias First Name | Alias Mid Name | Alias Sex | Alias Race | Alias Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Height | To Height | Weight | To Weight | Hair Color | Eye Color | |
|---|---|---|---|---|---|---|
| 6'03 | | | | BLONDE OR STRAWBERRY | BLUE | |

| Address | | Phone 1 | Phone 2 |
|---|---|---|---|
| , GILL, CO 80624 | | 970-573-2640 | |

**Related Offense Codes**

### Suspect(8) : LOCKE, JEROME MICHAEL MICKEY

| Unknown | Cited/Arrested | Juvenile | Suffix | Alias/Moniker | Race |
|---|---|---|---|---|---|
| | UNKNOWN | | | | W |



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

| Sex | Date of Birth | Age | To Age | Alcohol/Drug Use | Ethnicity |
|---|---|---|---|---|---|
| M | Personal Identifying | 43 | 43 | | NON-HISPANIC |

| Alias Last Name | Alias First Name | Alias Mid Name | Alias Sex | Alias Race | Alias Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Height | To Height | Weight | To Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| 5'07 | | 230 | | BROWN | HAZEL |

| Address | | Phone 1 | Phone 2 |
|---|---|---|---|
| , THORNTON, CO 80233 | | 720-298-7945 | |

**Related Offense Codes**

### Suspect(9) : KRUGER, ANNA JOY

| Unknown | Cited/Arrested | Juvenile | Suffix | Alias/Moniker | Race |
|---|---|---|---|---|---|
| | YES | | | | W |

| Sex | Date of Birth | Age | To Age | Alcohol/Drug Use | Ethnicity |
|---|---|---|---|---|---|
| F | Personal Identifying | 25 | 25 | | NON-HISPANIC |

| Alias Last Name | Alias First Name | Alias Mid Name | Alias Sex | Alias Race | Alias Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Height | To Height | Weight | To Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| 5'09 | | 126 | | BROWN | HAZEL |

| Address | | Phone 1 | Phone 2 |
|---|---|---|---|
| , GREELEY, CO 80631 | | 970-217-2722 | |

**Related Offense Codes**

### Victim Person (1) : VOLLEBERG, AMANDA CHRISTINE

| Victim Type | | Juvenile | Suffix | Alias/Moniker | Race |
|---|---|---|---|---|---|
| Individual | | | | | W |

| Sex | Date of Birth | Age | To Age | | Ethnicity |
|---|---|---|---|---|---|
| F | Personal Identifying | 40 | 40 | | NON-HISPANIC |

| Alias Last Name | Alias First Name | Alias Mid Name | Alias Sex | Alias Race | Alias Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Height | To Height | Weight | To Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|
| 5'04 | | 180 | | BLONDE OR STRAWBERRY | BLUE |

| Address | | Phone 1 | Phone 2 |
|---|---|---|---|
| 14701 WILLIAMS ST , THORNTON, CO 80602 | | 303-519-4364 | |

**Related Offense Codes**
18-12-0102 POSS ILLEGAL WEAPON          520000
18-04-0501 CRIMINAL MISCHIEF



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

| Victim Business/Organization(1) : SOCIETY FCPS | | |
|---|---|---|
| **Involvement Type**<br>Victim | **Victim Type**<br>Society/Public | |
| **Address** | | **Phone** |
| **Commonlace Name** | **County** | **Country** |
| **Related Offenses**<br>18-12-0102 POSS ILLEGAL WEAPON        520000<br>18-04-0501 CRIMINAL MISCHIEF | | |

| Other Person Involved(1) : CARTER, WESLEY TODD | | | | | |
|---|---|---|---|---|---|
| **Involvement Type**<br>Witness Of Incident | | **Suffix** | **Alias/Moniker** | | **Race**<br>W |
| **Sex**<br>M | **Date of Birth**<br>Personal Identifying | **Age**<br>73 | **To Age**<br>73 | | **Ethnicity**<br>NON-HISPANIC |
| **Alias Last Name** | **Alias First Name** | **Alias Mid Name** | **Alias Sex** | **Alias Race** | **Alias Date of Birth** |
| **Height**<br>6'00 | **To Height** | **Weight**<br>245 | **To Weight** | **Hair Color**<br>BROWN | **Eye Color**<br>BROWN |
| **Address**<br>3926 WESTFIELD CT , FORT COLLINS, COLORADO 80526 | | | **Phone 1** | | **Phone 2** |



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

| Vehicle Summary | | | |
|---|---|---|---|

**Related Offense**

| Vehicle Involvement | | Property Loss (NIBRS) OTHER (Legacy) | Property Class AUTOMOBILES |
|---|---|---|---|

| License Plate Personal | State CO | VIN 5XYKTCA64EG544538 | Year 2014 | Make Kia Motors Corp. | Model |
|---|---|---|---|---|---|

| Vehicle Style SUV | Color(s) SIL | Vehicle Value 0.00 | Relationship to Vehicle |
|---|---|---|---|

| Towed Vehicle Information | | | |
|---|---|---|---|

| Reason Towed | Towed By | Vehicle Condition/Damage | |
|---|---|---|---|

| Towed To | | Inventory By | Inventory Date |
|---|---|---|---|

| Vehicle Hold/Release | | | |
|---|---|---|---|

**Hold Reason**

| Released Date/Time | Released By | Released To | |
|---|---|---|---|

| Vehicle Recovery | | | |
|---|---|---|---|

| Vehicle Recovery | | Recovered Date/Time | Recovered Value 0.00 |
|---|---|---|---|

| Condition of Vehicle | License Plates Recovered? |
|---|---|

| Other Jurisdiction Agency Name | Commonplace Name |
|---|---|

**Address**

| Additional Vehicle Description | | | |
|---|---|---|---|

| Distinguishing Marks | Exterior Features | Interior Features |
|---|---|---|

| Description | | Insured By | Policy Number |
|---|---|---|---|



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

| Narrative |
| --- |

CYOUNG FC351

Officer Classification: Disorderly Conduct/Possession of a Illegal Weapon/Resisting Arrest/Protest.

On 08/08/20 at 1500 hours, several hundred citizens gathered at S. Timberline Rd/Nancy Grey Ave for a protest. Joshua De Leon, Michael Townley, and Anna Kruger were arrested for various offenses during the protest.

Case Status Charges Filed.

---

CYOUNG FC351

Point of view (POV) camera: AXON Flex 2 Video 2020-08-08 1534 FC351
AXON Flex 2 Video 2020-08-08 1621 FC351
PHOTO 2020-08-08 185938 FC351

On 08/08/20 at 1446 hours I participated in a directed patrol at S. Timberline Rd/Nancy Gray Ave to maintain the peace during a protest.

During the protest, I was assigned to transport arrestees to Larimer County Detention Center. The following is a brief synopsis of my actions and observations. Please see my POV camera footage for further details.

At 1535 hours, I took custody of one male suspect, Joshua De Leon. I was advised by Officers that Joshua was arrested for fighting with other protestors. A search of Joshua revealed he had in his possession a combination brass knuckle/fixed blade knife, bear spray, and a backpack filled with miscellaneous supplies. I advised Joshua he was under arrest for Disorderly Conduct and for the Possession of an Illegal Weapon. I secured Joshua in my patrol vehicle and transported him to Larimer County Detention Center. At LCDC, he was booked on Disorderly Conduct and Possession of an Illegal Weapon without incident.

At 1606 hours, I took custody of one male suspect, Michael Townley who told me he identified as female and preferred the name "Piper". I advised Piper she was under arrest for Disorderly Conduct and secured her inside my patrol vehicle. I transported Piper to Larimer County Detention Center where she was booked on Disorderly Conduct.

Later in the night on 08/08/20, I logged Joshua's brass knuckle/fixed blade knife as evidence. Joshua's backpack was logged into Evidence for safekeeping.

Please release Joshua's backpack to him when he requests it.

No further action was taken by this Officer. Please see my POV camera footage for further details.

End of report.

Case Status: Charges Filed.

---



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

JHAFERMAN

AXON Flex 2 Video 2020-08-08 1558 FC347

On 080820, I transported Anna KRUGER to the Larimer County Detention Center and booked her on Disorderly Conduct and Resisting Arrest. KRUGER requested her seatbelt be put on while in transport, so I put the seatbelt on her. KRUGER did not initially provide her name and date of birth. I advised her she would be obstructing with the investigation if she did not. KRUGER provided her name and date of birth.

I completed arrest paperwork for KRUGER stating she was charged with Disorderly Conduct (petty offense), but I articulated in the arrest affidavit that she was fighting in public (misdemeanor offense).

My body camera was activated during the contact. Nothing further at this time.

C.Garner

VIDEO
Axon Body 3 Video 2020-08-08 1555 FC305
Axon Body 3 Video 2020-08-08 1632 FC305
Axon Body 3 Video 2020-08-08 1654 FC305
Axon Body 3 Video 2020-08-08 1705 FC305
Axon Body 3 Video 2020-08-08 1708 FC305
Axon Body 3 Video 2020-08-08 1751 FC305

On 080820, I was conducting directed patrol around the FCPS building located at 2221 S. Timberline Rd. due to protest activities in the area, while driving a marked police vehicle and wearing a full police uniform and a BWC (Body Worn Camera). The following is a synopsis of my involvement in this incident. This synopsis is neither all-inclusive nor verbatim.

At 1554 hours, other officers conducting directing patrol advised via radio that there was a disturbance in the area of Nancy Gray Ave. and Adobe Dr. I responded to that location and provided traffic control, blocking the intersection of Nancy Gray Ave. and Joseph Allen Dr. with my patrol lights activated. I remained in the area providing cover until the disturbance investigation was completed, and then cleared the area.

At 1632 hours, Sergeant Justin Gallimore advised he was in contact with a male near the intersection of Nancy Gray Ave. and Joseph Allen Dr. I responded to that location, where Sergeant Gallimore was speaking with a male identified as James REITMAN. During this time, I heard Sergeant Gallimore tell REITMAN he observed him crouched down by the wheel of a nearby vehicle as if he was attempting to let air out of the tire. I saw that the vehicle was parked on the northwest corner of the intersection and was a silver 2015 Kia Sorrento bearing Colorado license plate OMK038.

While Sergeant Gallimore was speaking with REITMAN, 2 individuals began approaching from the east near the area of the protest. One of the individuals, identified as Amanda VOLLEBERG, identified the vehicle as belonging to her. VOLLEBERG told me she didn't see anyone messing with the vehicle, but she was told by someone else in the protest crowd that a male was trying to pop her tires, so she came over to her vehicle to check it out. I asked VOLLEBERG to inspect her vehicle and see if there was anything unusual about it. VOLLEBERG pointed out a "Trump" bumper sticker on her rear window, which she said wasn't there before and must have been placed on her vehicle by someone in the crowd. She tried to remove the bumper sticker, but wasn't able to get all of the sticker off. As VOLLEBERG walked around her vehicle, I could see that the stem cap had been removed front the front driver side tire and was lying on the ground. VOLLEBERG stated the stem cap had previously been on the tire properly. The tire did not appear to have had its air let out, and VOLLEBERG did not observe anything else unusual about her vehicle.

I remained on scene providing cover while Sergeant Gallimore issued REITMAN a citation for criminal tampering. During this time, I saw that REITMAN had a grass stain on the back of his shirt. Knowing there had been several previous disturbances related to the protests, I asked REITMAN if he had been involved in a scuffle. REITMAN ultimately denied being involved in a scuffle, although he stated something to the effect that he had tried to separate people or pull someone off of another person. REITMAN also made statements about how the protests were going to continue to escalate until bullets were fired. REITMAN indicated that he was a member of the pro-police side of the protests, and that the members of the anti-police side were going to continue to escalate the situation. REITMAN stated some of the members of the anti-



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

police side of the protest were carrying bottles filled with bleach to squirt into people's eyes.

After REITMAN was issued a citation, I cleared the area.

At 1653 hours, Officer Caleb McDowell advised he was being flagged down by a male near the intersection of Nancy Gray Ave. and Joseph Allen Dr. I responded to that location and provided cover while Officer McDowell spoke with the male.

At 1708 hours, I was flagged down by two males, identified as Rex Allen FREDRICKSON and Brad MASHINO, on the west side of the FCPS building. FREDRICKSON and MASHINO identified themselves as members of the press with WDRM, and FREDRICKSON had some sort of press pass attached to his belt. They stated they wanted police to be aware of their presence as non-participants at the protest. FREDRICKSON stated something to the effect that, things were getting weird and some people had been arrested, so he wanted to ensure he was known as press. He indicated he had just arrived and said he had a colleague who was currently filming the situation live. FREDRICKSON did not make any indication that he had been involved in an altercation with anyone.

Shortly thereafter, a male flagged me down in the same area and briefly spoke with me, expressing his gratitude for the police.

At 1751 hours, I provided cover for Officer Caleb McDowell while he spoke with a male on the north side of Nancy Gray Ave. across from the FCPS building. The male stated he had video of a disturbance, but said the only way officers could view it was by accessing his YouTube page. The male was not forthcoming with further information.

At the conclusion of the protest event, I cleared the area and discontinued my directed patrol activities.

Nothing further from this officer at this time.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

B.MALLORY/FC204

Axon Body 3 Video 2020-08-08 1515 FC204
Axon Body 3 Video 2020-08-08 1528 FC204
Axon Body 3 Video 2020-08-08 1555 FC204

The following is a brief synopsis of my involvement in this incident. Please refer to the Axon video for additional information.

On 080820, at approximately 3:00 PM, I was assigned to directed patrol for and rally and protest at the Fort Collins Police Department. I was part of a team of officers assigned to foot patrol around the building to protect people on both sides while they exercised their first amendment rights.

At approximately 3:28 PM, Command notified me of a disturbance near S. Timberline Rd near Nancy Gray Ave. As the team approached the area, I saw several people who appeared to be involved in a physical disturbance. As we got closer, several people were restraining a male dressed in all black. It appeared he was trying to take an American flag from someone in the crowd. Officers contacted the male and escorted to the Fort Collins Police building. We were unable to identify or contact the other people involved in the disturbance at the time. During a search incident to arrest, Officers found OC, and a brass knuckles/knife combination.  He was transported to the Larimer County Jail and charged with Disorderly Conduct and Possession of an Illegal Weapon.

At approximately 3:54 PM, Command notified me of a large physical disturbance near Adobe Drive and Nancy Gray Ave. As the team approached the area, I saw several people in a ditch trying to help an elderly male. Initially, I believed he was knocked off of his wheelchair. When I stopped to assist the elderly male, he told me he was ok. I then asked a few people in the area to help him so I could help officers deal with the disturbance. When I got to the other officers, I saw a male dressed in black clothing, who was sitting on the ground. I then learned he was involved in the physical disturbance. He was later identified as Michael TOWNLEY. When I told officers that TOWNLEY needed to be taken into custody, several people with him began to interfere. When I saw this, I approached and had to push back a person who was dressed in all black clothing with their face covered. This person was later identified as Ann KRUGER. I saw KRUGER grab ahold of TOWNLEY and try to pull him away from officers, so I pushed her away. When I did this, she fell.  I then grabbed KRUGER's backpack as she tried to run away and, she fell. She was taken into custody and walked to the Fort Collins Police Department. KRUGER was verbally uncooperative with officers throughout the contact.  KRUGER denied medical attention and was taken to the Larimer County Jail for resisting arrest. Officers found an expandable baton and fireworks in her backpack. After TOWNLEY was treated by medical, he was taken to the Larimer County Jail. We were unable to identify or contact the other people involved in the disturbance at the time.

While dealing with the disturbance, someone in the crowd gave me an orange window punch that an unknown person dropped. The window punch was logged into Evidence by officers.

Several people in the crowd believed the group dressed in all black were members of the domestic terrorist group ANTIFA and wanted them to leave. Both groups involved in the physical disturbance were separate from the main rally and group of protestors.  After this large disturbance was over, the remainder of the protesters and people involved in the rally remained peaceful.

Detective O'Loughlin will continue to investigate this incident.

I took no further action.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

D. Netzel FC382

Axon Body 3 Video 2020-08-08 1515 FC382
Axon Body 3 Video 2020-08-08 1554 FC382
EVIDENCE:
Property Set 1
Item 1: Black backpack logged for safekeeping
Item 2: Fireworks logged for destruction.

On 080820 at 1500 hours, I was on directed patrol at Fort Collins Police Services for an organized protest. Several groups were attending the protest with different social views.

At 1515 hours, I was directed to a physical disturbance on the northwest corner at the intersection of Timberline Rd and Nancy Gray Ave. While walking over to the disturbance, I observed a male dressed in all black on top of another male, attempting to rip the other males flag out of his hands. I engaged with the male, who was at that point being restrained by other civilians. The male was later identified as Joshua DELEON. I assisted DELEON to his feet and advised him that he was under arrest. I escorted DELEON into the secured lot on the south side of Fort Collins Police Services. While searching DELEON, I discovered a concealed blade with brass knuckles as the handle. I then transferred DELEON to Officer Young for transport to Larimer County Jail.

At 1554 hours, I was again directed to a physical disturbance west of the intersection at Nancy Gray Ave and Adobe Dr. Several people were pushing each other and yelling near a drainage ditch. Multiple people then began to run northbound and westbound over the tracks when the observed police walking toward them. One male was on the ground with a cut above his left eye. Officers then engaged with that male after bystanders identified him as an aggressor of the physical altercation. Officers then began to take that male into custody when Anna KRUGER attempted to pull the male away from the arresting officers. I then engaged with KRUGER alongside other officers. KRUGER was then taken into custody without incident and escorted back to Fort Collins Police Services for transport to the Larimer County Jail. A search of KRUGER's back pack produced several fireworks and a collapsible baton. The fireworks were logged into evidence for destruction and her backpack was logged for safekeeping.

Nothing further from this officer.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

J. Robertson FC339

Axon Body 3 Video 2020-08-08 1515 FC339
Axon Body 3 Video 2020-08-08 1554 FC339

Item 5-1 MICHAEL "PIPER" TOWNLEY'S BLACK BACKPACK

On 08/08/20, around 1415 hours, I attended a briefing at the Fort Collins Police Services building at 2221 S Timberline in regard to the scheduled protest in front of the police department at 1500 hours.

I was assigned to a team tasked with making arrests should the need arise. At around 1530 hours, information was aired over the radio a fight had broken out near the intersection of Nancy Gray Ave and S Timberline St.

I approached the area with my team and contacted a male, later identified as Joshua DE LEON. DE LEON was being restrained on the ground by several members of the crowd.

I assisted DE LEON to his feet and escorted him to the secure parking lot at the police department. Once in the parking lot I assisted Officer Netzel in placing DE LEON into handcuffs. I assisted Officer Netzel in searching DE LEON's person. During my search I found a can of what appeared to be pepper spray on his belt. I transferred my custody of DE LEON to Officer Young.

At around 1554 hours, information was aired over the radio another fight had broken out near Nancy Gray Ave and Adobe Drive. I responded to the scene with my team and saw an elderly male in a ditch and his wheelchair was nearby.

I checked the backside of a nearby fence to see if anyone involved in the fight was still in the area. I saw a male, later identified as Michael "Piper" TOWNLEY seated on the ground. TOWNLEY had an injury near one of his eyes. A short time later, a member of the crowd stated TOWNLEY was in fact involved in the fight.

Sergeant Mallory stated TOWNLEY needed to be arrested at which time a female, later identified as Anna KRUGER, began arguing and interfering with the arresting officers. I assisted in pushing KRUGER away and yelled at the rest of their group to get back.

Sergeant Mallory was able to restrain KRUGER on the ground. I assisted in placing KRUGER into handcuffs and escorted her back to the secure parking lot of at the police department.

Once inside the parking lot, I assisted Officer Haferman in searching KRUGER's person. During my search I found nothing of evidentiary value.

I searched TOWNLEY's backpack and found nothing of evidentiary value. I later logged TOWNLEY's backpack into evidence for safekeeping.

I remained on directed patrol at the protest until the majority of the crowd had dispersed.

No further action taken by this officer.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

J Schilz

Axon Videos:
AXON Flex 2 Video 2020-08-08 1520 FC380
AXON Flex 2 Video 2020-08-08 1555 FC380
AXON Flex 2 Video 2020-08-08 1713 FC380

On 080820 at approximately 1500 hours, I was part of a team of other Officers that was tasked as a foot patrol unit that monitored multiple crowds of people exercising their 1st Amendment rights near 2221 S. Timberline Rd. FCPS (Fort Collins Police Services) building.

At approximately 1515 hours, while patrolling, I heard dispatch air out there was a disturbance on the northwest corner of the S. Timberline Rd. and Nancy Gray Ave. intersection. I responded to that location with Sergeant MALLORY, Officer VANSICKLE, Officer ROBERTSON, and Officer NETZEL and observed a male, identified as Joshua DELEON, being held down on the ground by multiple unidentified individuals. I pushed the surrounding crowd back to create distance for Officer ROBERTSON and Officer NETZEL to remove DELEON from the area and be walked to the western end of the secure parking lot of the FCPS building.

At approximately 1554 hours, while patrolling, I heard dispatch air out there was a disturbance just to the west of Nancy Gray Ave. and Adobe Dr. in the grassy area. As Officer VANSICKLE and I approached a group of individuals where the disturbance was reported, I observed a group of different individuals walk north around a fence and heard multiple people state they were involved in the disturbance. As I went around the fence, I observed an individual, later identified as Michael TOWNLEY, sitting on the ground with what appeared to be fresh blood on his face. Officer VANSICKLE and I both told TOWNLEY he was under arrest. I told a female, later identified as Anna KRUGER, who was standing next to TOWNLEY, to back up and I extended my arm out to increase the distance between us for the safety of TOWNLEY, Officer VANSICKLE, and myself. Officer VANSICKLE and I simultaneously grabbed onto each of TOWNLEY's arms and told him to stand up. Officer VANSICKLE and I then walked TOWNLEY to the west area of the secure parking lot at the FCPS building, walked him to a shaded area and searched him. Michael asked if he could sit down and have a drink of water from a bottle in his backpack, at which time I poured some water into his mouth. EMS personnel arrived on-scene and medically cleared TOWNLEY. TOWNLEY told me he was punched by a large male who goes by the name "Animal" that was wearing a vest and stated he did not know the male's real name. Further follow-up will be required to identify the other individuals involved in the disturbance. I advised to Officer YOUNG that TOWNLEY was involved in a physical disturbance. I stayed with TOWNLEY until Officer YOUNG transported him to the Larimer County Jail and booked him on the charge of Disorderly Conduct.

No further action from this Officer at this time.

End of report.

**OFFICERS_00013**



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

E. VAN SICKLE/FC371

Axon Body 3 Video 2020-08-08 1515 FC371
Axon Body 3 Video 2020-08-08 1554 FC371
Axon Body 3 Video 2020-08-08 1713 FC371

On 08/08/20, I was riding in a marked police vehicle while wearing a full police uniform and BWC (Body Worn Camera). The following is a synopsis of my involvement in this incident. This synopsis is neither all-inclusive nor verbatim.

On 08/08/20, I was assigned to a foot patrol team monitoring protestors around Fort Collins Police Services at 2221 S Timberline Rd from 1500 hours to approximately 1730 hours with Officers Netzel, Robertson, Schilz, and Sgt. Mallory. While patrolling the area at approximately 1528 hours, other units monitoring the protestors advised there was an ongoing physical disturbance involving multiple people near the northwest corner of S Timberline Rd and Nancy Gray Ave. I responded to the disturbance from the west with the foot patrol team. I observed there were multiple people in a group pushing each other with possibly 1 to 2 people on the ground. I was unable to see enough detail at that time to determine each person's exact involvement.

Once we started to approach the group, I identified us as police and started to yell at the involved individuals to stop fighting. I heard Sgt. Mallory tell other officers to engage the suspects in the crowd, so I stepped past the suspects and pushed the crowd away from the officers who were engaged with the suspect. I also was commanding the people in the crowd to get back. Once the other officers had the suspect, I assisted in escorting them out of the crowd and into the secure parking lot of the police department. I provided cover while the suspect was search and transferred into the transport officers custody. I then returned to my position on foot patrol.

At 1554 hours, I heard someone air that a physical disturbance had started to the west of Adobe Dr on Nancy Gray Ave. There were multiple radio reports of a large physical disturbance just to the south of 2215 Adobe Dr. The foot patrol team I was on responded to the area on foot to break up the disturbance. While approaching the area I identified our group as police and told the group to stop fighting. I observed there were a few people helping a male out of a small ditch to the south of the address. I also observed there were a few people that looked towards the group of officers I was in and then walked around a fence to go to the north.

I went around the corner and observed a small group around the corner of the fence. One of the group was a male wearing all black and body armor and was sitting on the ground. I observed the male appeared to be winded and was bleeding from the face which indicated to me that he was involved in the disturbance. A female who was with him, Anna KRUGER, told me they did not want us there and told me to leave. I told her we were not leaving and waited while Sgt. Mallory spoke with some people in the crowd. Sgt, Mallory then directed me to take the male, later identified as Michael TOWNLEY, into custody due to him likely being involved in the disturbance. I grabbed onto TOWNLEY's right arm and observed KRUGER immediately started yelling and tried to step towards me. I placed TOWNLEY into a transport wrist lock and escorted him out of the crowd with Officer Schilz.

TOWNLEY cooperated with officers and we took him to the secure lot of the department. We removed the backpack and body armor he was wearing and I then placed TOWNLEY in handcuffs. I checked the handcuffs for proper fit and double locked them. I then searched TOWNLEY incident to arrest and did not locate weapons or anything else of note. Due to TOWNLEY being involved in a physical disturbance and him making statements about feeling faint, we called for medical to respond to check on him. I provided cover while medical checked on him and assisted him with drinking a bottle of water he had with him. After medical cleared, I rejoined my team while Officer Schilz stayed with TOWNLEY until a transport vehicle could arrive.

Nothing further from this officer.

**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

---

CJ O'Loughlin FC214

On 08/09/20 I was assigned to complete follow up on the physical altercations which occurred near the Fort Collins Police Department during a pro and anti police rally on the afternoon of 08/08/20.

Following a press release issued on the afternoon of 08/09/20, I received multiple voicemails from individuals who did not allege they were eye or ear witnesses to what occurred. I left a voicemail with each of the individuals asking for a callback if they had any material information to provide.

On the evening of 08/09/20 I walked the greenspace just north and west of Nancy Gray Ave and Adobe Dr, where one of the physical altercations had occurred. I checked the area up to the beginning of the Power Trail, where several individuals had left to the north. I found two partially full water bottles of unknown source, but no items of evidentiary value.

I checked the residences in the area and found two houses adjacent to the fight location which had video surveillance systems. I spoke with the resident of 2220 Adobe Dr, which was directly across from the green space. The resident later provided two video clips of the incident, which were uploaded to Fort Collins Police Evidence using the Foray system.

I spoke with the residents of 2215 Adobe Dr, the house directly to the north of the green space. This house had been hosting an outdoor baby shower at the time of the incident. The residents advised they had been on the peripherally of the disturbance, and had not seen how it started nor the majority of the fight itself. They advised they would check both their surveillance footage as well as any recordings taken by the residents or guests and send any footage of the incident to me. I later received a picture and limited video of the incident, which was logged into Fort Collins Police Evidence using the Foray system.

I reviewed multiple videos on social media and online video sharing platforms. All videos located thus far appear to be derived from two separate cameras, identified and described as:

Video #1 (V#1) - V#1 opens with the group of individuals walking west on Nancy Gray near Adobe Dr. Just short of one minute into the footage, a male with a goatee wearing a red shirt and baseball hat switches the camera to himself and comments that "Antifa" is being pushed out of the neighborhood. The footage captures a distant, obstructed view of the start of the fight and then a view from the southeast side of the depression in the greenspace during the fight. After police arrive on foot, the video shows police detaining individuals in the greenspace behind 2220 Adobe Dr. After the fight has finished, a male in the depression is helped back into his wheelchair by several bystanders. At one point just after the fight is finished, the commenter/cameraman can be heard asking two individuals (later identified as Brian WOOLEY and Michael OROPEZA) what happened. WOOLEY responds "they" sprayed an individual in a wheelchair with mace. The video concludes with the individual walking back to the area of the Fort Collins Police Department.

Video #2 (V#2) - V#2 opens with a female (likely a female wearing a white tanktop, visible in V#1 and others) saying "Yo, what the fuck?!" The video approaches the depression in the greenspace from the north side of the depression and covers several individuals as they fight. Originally this video also included footage of the follow-up to the fight, including the arrival of police and the arrest of two individuals (Anna KRUGER and Michael "Piper" TOWNLEY). After reviewing several mass media websites, I noted the video appeared to have been posted to the Instagram website by a female who used the handle @CiaraWilsonn. A female using this name had also done at least one interview with a news organizaton.

I noted V#2 had been made private, and was no longer available. I contacted the user of this Instagram handle. The user responded and requested a business card. I sent a picture of my business card. The user said they would call me shortly. As of 08/18/20, the user has not called nor responded to multiple other messages. Officer D. Brown was able to locate a clip of V#2 in another Youtube video and retain a copy of it.

Later in the evening I learned WOOLEY and OROPEZA had come to the Fort Collins Police Department and given a statement regarding their involvement. I learned they had turned in weapons recovered from other combatants and had their injuries documented. Refer to Officer J. Epling's supplemental report and video for details. Investigation in this case is ongoing.

Case Status: AC - Active Case

J EPLING



**Fort Collins Police Services**     **Case Number**: FC20-0009884
2221 S Timberline Rd
Fort Collins, CO 80525

AXON Video: Axon Body 3 Video 2020-08-09 1854 FC300

Evidence:  Property Set 4 / Asset Set 1

On 08/09/20 at approximately 1850 hrs., I was working uniformed patrol and responded to 2221 S Timberline Rd reference
follow up with this investigation.  Brian WOOLEY drove himself and to the main police station.  WOOLEY contacted Fort
Collins dispatch and told them he was involved in the disturbance the previous day and had evidence to provide.

The following report is a summary of my interaction with WOOLEY and Michael OROPEZA.  For specific details and
statements please refer to my AXON body camera footage.

Upon my arrival, I met with WOOLEY and OROPEZA in the north, public parking lot of the police station.  Both arrived
together and stated both were involved in the disturbance Saturday at the protest rally outside the police station.   Both had
seen the press release asking for additional information.  They stated they were here to cooperate.  OROPEZA stated they
had brought weapons that had been used against them during the disturbance.  We spoke at the back of WOOLEY's truck.  I
advised both that I would not be arresting or citing either of them reference the incident but detectives may contact them at a
later time for follow-up reference investigation.

I informed both that I was not working the previous night in and not viewed any of the videos.  I was only aware that an
incident had happened during the protest.  I explained that I would like to collect any information and items from them that
they were willing to provide.

WOOLEY stated that when the old man in the wheelchair was sprayed with "mace" and pushed into the ditch, he got mad.
 WOOLEY stated that he came around the crowd and went after the sprayer.  WOOLEY stated he was hit with an ASP
expandable baton and a homemade baton and had his shirt ripped off.  WOOLEY added that he hit approximately three
people on his way towards the sprayer.  The sprayer pulled out the mace to apply it to WOOLEY.  WOOLEY stated that he
punched him with 310 pounds of force sending the sprayer into the ditch.  WOOLEY stated that he was peaceful and only
trying to get that group to leave the area prior to the male in the wheelchair being sprayed.  WOOLEY described that male
as a veteran.

OROPEZA stated that this group had announced that they were ANTIFA.  OROPEZA stated that he became involved when
the male jumped on WOOLEY's back.  OROPEZA entered the ditch area to disarm the member from the other group.
 WOOLEY added that someone knocked away the homemade baton that was being used against him, and OROPEZA
picked it up and used it to defend him.  WOOLEY stated that OROPEZA had got him once with the baton as well.  WOOLEY
stated that he was already on ANTIFA's list.  I asked if any officers had contacted either of them.  They stated they were not
contacted by police.  They added that they stayed at the corner of the police station near their motorcycles getting cleaned
up.  They stated an officer drove by and asked WOOLEY if he was okay.  WOOLEY replied that he was.  Both eventually left
and after watching the news and seeing the press release asking for information about the incident, they drove themselves
to the Police Department after conferring with an attorney.

I asked WOOLEY if he had injuries that I should document.  He pointed to the left side of his face which I saw to be red.  He
held up his right hand which he described as having a boxer's type injury.  WOOLEY removed his shirt and showed me his
back.  WOOLEY indicated he had marks from being hit with the baton.  I noted some redness to his upper back consistent
with what a baton strike may look like.  Later while WOOLEY showed me the video and someone is heard mentioning a
knife, WOOLEY showed me his left index finger which had a stitched cut on it.  He indicated the cut came from the knife that
someone used during the fight.  WOOLEY stated that someone pulled the plastic water bottle out of his back pocket and hit
him with it during the fight.  I photographed all these injury locations and submitted the photographs to Foray evidence
management.

I offered the option for both OROPEZA and WOOLEY to provide written statements.  They both declined and stated they
would rather tell me verbally.  I let both know that I was audio and video recording our conversation so there would be an
accurate record of what they provided.  Both provided their driver's licenses which I photographed and later submitted to
foray evidence management.

WOOLEY removed the items of evidence from the cab of his truck and placed them on the tailgate.  Both stated that with the
videos circulating on social media, they had been contacted by news media outlets for statements.  WOOLEY stated that he

**OFFICERS_00016**



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

wanted to find out what his legal standing was prior to obliging the requests.

I asked if they would be able to provide me a timeline of sequence of events.  WOOLEY stated that the original event started at 3:00 PM.  Between 330 and 4:00 PM ANTIFA arrived.  WOOLEY stated that at about 4:30 PM that "we were pushing them back".  I asked WOOLEY to describe to me what that looked like.  WOOLEY told me that he opened his arms to the side, which he demonstrated, and told the group to move or he would make them move.  WOOLEY stated that he just walked forward in this position towards the group.  OROPEZA added that they asked the group nicely to leave and told them that they were not wanted there.  Both claimed that the Black Lives Matter protesters that were present were trying to get the ANTIFA group to leave.  WOOLEY added that it was a collaboration between the "patriots" as he touched his hand to his chest and some of the Black Lives Matter group trying to get ANTIFA to leave.  WOOLEY told me they had gotten the ANTIFA group pushed back toward the field in the direction they needed to go. both then described this field to me as being the drainage area between two homes directly west of the Police Department which leads to the railroad tracks and up to the powerline Trail.  OROPEZA explained that they recognized that there was a children's birthday party at the house to the north of them.  Both told me that the children were in the backyard and that the parents brought them into the house.  WOOLEY explained that all of the violence associated with the incident occurred at that location.  WOOLEY told me that most of his group had stopped at that point and indicated to ANTIFA that was their way to leave, "go, we are not moving, leave, let us be peaceful".  WOOLEY stated that the man in the wheelchair said something and then was sprayed with mace.  OROPEZA informed me that the man in the wheelchair was "veterans against racism".

WOOLEY stated this was when it became physical and he went into the crowd after the sprayer.  WOOLEY was hit with the expandable baton across the face WOOLEY which he picked up off his tailgate.  WOOLEY stated he hit that individual with a fist.  OROPEZA then identified the homemade baton which was the second person wielding a baton that came after WOOLEY and had struck him across the back.  OROPEZA ended up with that baton retained it and used it during the incident.  At this point both were in the ditch and OROPEZA stated he was trying to pull people away and off of WOOLEY.  WOOLEY stated there was another individual holding up a baton but he did not believe he was hit with that.  WOOLEY added that he was on ANTIFA's wanted list.  I asked him how he got there.  He laughed and replied, "I don't put up with their shit".  WOOLEY stated that while OROPEZA was pulling people off of him, he held one man down on the ground by the throat and punched him.  At that time WOOLEY was struck by another participant with his own water bottle.  WOOLEY then turned and punched that individual.  Shortly after police arrived and ANTIFA began to spread out.  Both had walked over looking for WOOLEY's sunglasses bandanna and Bluetooth device.  Those items were recovered and it was at that time when they discovered and collected the expandable baton and a black beret style hat.  They then walked back over near the police station where they sat on the tailgate of the truck.  WOOLEY stated that "our medic" was tending to his injuries.  Both mentioned something to the effect of the medic goes with them when they organize and go to these rallies.  I asked if they were in an organization or group.  They then replied that they were not they were just bikers who rode together and they would go to protests or rallies they chose to support.

They provided me with an expandable baton, a homemade baton, and a hat left behind from the "ANTIFA" side of the melee.  WOOLEY also provided his torn shirt that he wore at the time.  I placed all these items into evidence.

WOOLEY showed me two videos from Facebook that had become popular since the incident.  I took video of these with my phone at the time as I was not sure that I would be able to obtain exact copies of what WOOLEY showed me.  WOOLEY identified himself in the video wearing a red bandana and a black shirt that said "Outlaw" across the back.  WOOLEY further identified himself later in the video as the only person who was shirtless.

OROPEZA identified himself in the video wearing a black tank top shirt with the words "California, Harley Davidson" across the back.  He had a grey beard and ponytail.

WOOLEY had visible injury to the left side of his face (expandable baton), his back (homemade baton), and both hands (boxer type injury on right, cut from knife on left index finger).  I photographed these injuries and uploaded them to Foray.

Both claimed to be active participants in the fight, but stated it was not until "ANTIFA" sprayed a veteran in a wheelchair with "mace".  OROPEZA had retained the homemade baton he took during the fight.  Upon returning to the scene to collect personal items, the expandable baton and hat were recovered by WOOLEY.

I wore an AXON camera during my interaction with WOOLEY and OROPEZA.  The footage was uploaded to evidence.com.  Detective O'Loughlin was advised of my meeting with WOOLEY and OROPEZA.  I provided WOOLEY and OROPEZA with my business card, the case number, and Detective O'Loughlin's name.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

End of supplement.

CJ O'Loughlin FC214

On 08/11/20 I contacted Brian WOOLEY and Michael OROPEZA by phone. I notified both I intended to arrest them for their role in the fight. Both were at work but agreed to come to Fort Collins that afternoon.

Mid-afternoon WOOLEY and OROPEZA arrived at the police department. I interviewed them separately in an interview room in the lobby. The interview was recorded by Officer J. Bjornstom's body worn camera. I was aware both had been earlier interviewed by Officer J. Epling. Refer to the recording for full details, the following is a summary of the interviews:

I told WOOLEY I intended to take him into custody later but he was not currently in custody and the interview was voluntary. WOOLEY indicated he understood. I told WOOLEY I knew he had reported the fight started when a member of the black garbed group sprayed the wheelchair-bound veteran with pepper spray.  WOOLEY nodded assent and indicated he knew it had happened differently. WOOLEY said at the outset of the incident he (WOOLEY) and others were pushing the group out of the area to the west, where they had initially emerged. WOOLEY said one of the black-clad group drew a can of pepper spray and held it out, pointed down at waist level. WOOLEY said at the time he didn't know the location of the male in the wheelchair but assumed he was close by, as he had been with the group a short time earlier. WOOLEY claimed the male sprayed the pepper spray at a downward angle. WOOLEY assumed the male was shooting for the wheelchair bound veteran due to the angle. WOOLEY said he attacked the male. Later, as he was fighting the male in the ditch, he saw the wheelchair-bound veteran in the ditch holding his face. WOOLEY took this as confirmation of his original suspicion.

I asked WOOLEY if he was certain the male he attacked was the same who used the pepper spray, and if the male had actually sprayed. WOOLEY said he was "100%" certain the male he attacked was the same who sprayed the pepper spray. WOOLEY said he was also sure the male had actually sprayed, as he had seen the stream. WOOLEY said he was certain of the identity of the individual because prior to spraying, the male's black facemask had fallen down and he was identifiable.

I asked WOOLEY to tell me about his intentions when he came to the event and his interactions leading up to the fight. WOOLEY said he often went to rallies. WOOLEY said he saw on the news how protests around the country had recently devolved into violence and property destruction, and he wanted the voice of the "silent majority" to be heard. WOOLEY claimed he had mostly positive interactions and conversations with Black Lives Matter and other protesters at all of the events he attended. WOOLEY said prior to the fight he had spoken with a short haired black male protesting police brutality. WOOLEY said he had shaken the male's hand and given him a hug. WOOLEY said everything changed when the black-clad group arrived.

WOOLEY said the group walked in en masse, wearing body armor, backpacks, and weapons.  WOOLEY specifically mentioned bottles in holsters/bags on their side. WOOLEY said he thought these were filled with bleach to spray in people's eyes. WOOLEY said numerous members of the pro-police group told this group to leave. WOOLEY said the black male and other members of the counter-rally attendees also told the group to leave. WOOLEY said the group did not say anything or do anything overtly threatening. WOOLEY said because of how they approached and how they were dressed and equipped it was clear to WOOLEY that they were looking for trouble. WOOLEY said this, combined with his knowledge of what occurred around the country and their failure to leave, made him to decide to push them out of the area. Due to the detailed prior interview, I did not re-interview WOOLEY about the fight itself.

I spoke with OROPEZA in the interview room as WOOLEY went outside to smoke. OROPEZA said he had not seen how the fight started. OROPEZA said he had seen WOOLEY tumble into the depression in the green space and had jumped in to help his friend. Due to the detailed prior interview, I did not re-interview OROPEZA about the fight itself.

WOOLEY and OROPEZA were remanded into custody at the Larimer County Jail. Both were booked for Disorderly Conduct.

I returned numerous phone calls and online reports from individuals. I reviewed one online report from Wesley CARTER, which contained the following narrative:



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

"I was a demonstrator at the Support the Police gathering Saturday afternoon. Initially I was with the folks on the police side of the street but
joined the Black Lives Matter people as my concern is racial justice as much as police support. As I was leaving my side a group of "toughs" (I
can't find a reasonable word) were crossing the street as well and confronted the BLM people. Things were loud and with gesturing, but not
violent.

Two groups of black-clad people then came towards the BLM gathering, coming up opposite sides of the sidewalk. The shouting and bumping
became more pronounced, a couple of fights occurred, and the antifa (if they were) then departed, a large group of them going back towards
the houses and onto a dirt path. The toughs were extremely aggressive, using inflammatory language, bumping and pushing the antifa who
were retreating backwards. At some point elements of both parties fell, pushed or jumped into the ditch beside the dirt path, and that is were
almost all of the violence took place. I noted many of the toughs were wearing earpieces, and seemed coordinated by a fellow calling out
"Patriots" this and that, including "hit them in their faces" and "keep your hands off your guns." One of the fighters in the ditch accompanied
police officers back into their building, not in custody but seemingly as a colleague.

I was the "veteran in a wheelchair." Nobody pushed me into the ditch but I tried to get two toughs off one fellow they were hurting badly.
It now seems to me that the toughs joined the support the police group hoping for conflict. The antifa-pretenders seemed to accept being
pounded on, doing nothing wrong, and just offering their presence as an invitation to the violence others were so hopeful of visiting upon them.
I'm confused about the absence of police when a couple of officers could easily have kept these two groups apart. The initial confrontation
between groups was enough to invite your intervention."

I spoke with CARTER by telephone later that afternoon. CARTER largely confirmed the statement he had made above. CARTER expounded on the confrontation prior to the physical altercation. CARTER said when the black-clad group walked in, CARTER and other protesters had approached them out of concern for how they were dressed and equipped, CARTER said one of the Black Lives Matter (BLM) organizers cautioned the newly arrived group. CARTER said others told the group to "go home" and "not to mix" with the BLM group. CARTER said he saw it as at least four groups, with the black-clad group and the "toughs" being two distinct groups from the peaceful demonstrators on both sides. CARTER noted he did not see or hear any aggression from the black-clad group, even during the fight. CARTER termed the black-clad group's physical actions as "ineffective defensive measures". CARTER confirmed he slid into the ditch of his own accord to try to stop the fighting.

On 08/10/20 and 08/11/20 I made several efforts to contact Anna KRUGER and Michael "Piper" TOWNLEY by telephone. I called the known numbers for TOWNLEY but was unable to contact anyone or leave a message. A call to the last known residence of TOWNLEY also did not yield a callback.

On 08/12/20 I received a callback from Anna KRUGER. KRUGER agreed to speak to me about the incident via phone, although she acknowledged some things she wouldn't discuss due to their nature and her court case. I asked KRUGER if she had seen how the physical altercation had started. KRUGER responded in the negative. KRUGER said she was already moving up the trail when the fight broke out, and had moved back when TOWNLEY was contacted. I asked KRUGER about the mindset and intention of her group when they arrived at the rally. KRUGER said she could speak only for herself, but she had only peaceful intentions at the rally. KRUGER said to her knowledge there were no weapons visible with her group. KRUGER declined to respond to specific questions about her group, including how they organized or why they were equipped as they were. I asked KRUGER to have TOWNLEY and anyone else involved or with any evidence related to the case contact me.

Investigation in this case is ongoing.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

| Case Status: AC - Active Case |
| --- |

JU. GALLIMORE/FC240

Axon Body 3 Video 2020-08-08 1632 FC240

On 080820 at approximately 1632 hours, I contacted a suspicious male near the northwest corner of Nancy Gray Ave and Joseph Allen Dr and he was later cited for Criminal Tampering.

Prior to contacting the male, identified as James REITMAN, I was patrolling around the Fort Collins Police Department, working as part of a traffic control and intervention team related to a large protest. Part of my duties were to identify and contact people acting suspiciously and/or involved in criminal activity.

I was stopped facing west at the intersection of Nancy Gray Ave and Joseph Allen Dr where I watched REITMAN kneeling down by the front driver's side tire of a vehicle parked along the northwest corner of the intersection. The vehicle bore Colorado license plate OMK-038 and had a registered owner identified as Amanda VOLLEBERG. It appeared as if REITMAN was doing something with his hands near the tire but I could not see exactly what he was doing. He had kneeled down for approximately 10 to 15 seconds before he saw me at which point he stood up and began walking away northbound on Joseph Allen Dr.

Based on the suspicious nature of his actions and my concern that he may have been damaging the vehicle, I activated my emergency lights and contacted him. I also activated the Point-of-View (POV) camera I wear; and, the following is a summary of my involvement in the case:

As REITMAN walked away, I told him I wanted to talk with him and he stopped. He was polite throughout the interaction. I asked him what he was doing and he told me he was looking at a sticker on the vehicle. I found this odd as typically people do not place stickers on their vehicle in that location. I advised him I was concerned he may have been trying to damage the vehicle.

A short time later, NET Officers McDowell and Garner arrived on scene. I asked Officer McDowell to look at the vehicle to see if anything was damaged. After a few seconds he walked to my location indicating he had not noticed anything obvious. I left REITMAN with him and I went to the vehicle to further inspect it.

As I walked past, I noticed a Trump 2020 bumper sticker on the back window. I walked up to the area where I saw REITMAN kneeling over and immediately noticed the tire's valve stem cap was missing and a cap was lying on the ground a few inches away. Based on those factors and REITMAN's behavior, I believed he had removed the cap and was about to let the air out of the tire before seeing me and walking away.

I returned to REITMAN and questioned him directly about the tire. He denied doing anything wrong and remained defiant when I questioned him based on my observations. As I stood with him, Officer Garner noticed a grass stain to the back of his shirt. She asked him about it as there was a large physical disturbance nearby earlier in the day. He denied hitting anyone and indicated he fell into the ditch which caused the stain.

A short time later, two females walked up to the vehicle and began interacting with Officer Garner. One of them was VOLLEBERG. I asked her if there was any new damage to her vehicle and she inspected it and said there was not. I asked her specifically about the tire's valve stem cap and she said it should have been screwed on. I looked at the rear driver's side tire and it appeared fully intact. She also said the Trump 2020 sticker should not have been on the vehicle and it was now pulled off leaving the glue/paper residue still on the window.

Based on the results of the investigation, I issued REITMAN a citation for Second Degree Criminal Tampering and he was released. The POV video I took was later uploaded to Evidence.com.

There's no further information for this report.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

---

JBJORNSTROM/FC377

AXON Video:
Axon Body 3 Video 2020-08-11 1343 FC377
Axon Body 3 Video 2020-08-11 1506 FC377

EVIDENCE:
None

On 8/11/20, I was asked to assist Detective O'Loughlin with interviews at the FCPS station. At approximately 1343 hours, I went with him to the lobby and contacted two males, Brian WOOLEY and Michael OROPEZA. Det. O'Loughlin first conducted an interview with WOOLEY. Refer to his report for details.

As Det. O'Loughlin neared the end of his interview, I asked WOOLEY a question based on video footage I had reviewed showing the incident. I told him I believed at one point there had been mention of a knife. WOOLEY showed me a shallow cut on his left index finger and said a knife had "caught" him on the finger. I asked what he knew about this and he said he didn't actually see a knife, but "felt it" and thought it may have been knocked out of someone's hand. He said he saw something shiny "graze" by him. He said he also heard a male next to him (who he believed was filiming the video) say someone had a knife. WOOLEY said he had a pocketknife in his pocket during the incident, but never removed it and otherwise was unarmed.

After this interview, Det. O'Loughlin next conducted an interview with OROPEZA. At the conclusion of the interview, Det. O'Loughlin directed him and WOOLEY to meet him in front of the Larimer County Jail and they willingly agreed.

At approximately 1506 hours, I went to the front jail parking lot with Det. O'Loughlin and Officer D. Brown. We met again with WOOLEY and OROPEZA and I placed WOOLEY in handcuffs. (He told me he had a pre-existing shoulder injury and, based on this and his level of cooperation, I agreed to handcuff him in front of his body.) I conducted a search of his person and did not locate any weapons or contraband. I transported him in my patrol vehicle into the jail sally-port, then Det. O'Loughlin booked him for Disorderly Conduct.

My body worn camera was activated during this investigation and I later uploaded the videos into Evidence.com. This report is intended to be a summary of my investigation and not an exact transcript of what occurred or was said. For further details, please review my body worn camera videos.

End of report.

---

D.BROWN

On 08/11/20, Sgt. Gallimore assigned me to assist Det. O'Loughlin with investigating a disturbance which occurred during a back the blue rally on 08/08/20 outside the Fort Collins Police Department. The main disturbance was between police supporters and police protestors. Det. O'Loughlin informed me two of the involved people in the disturbance, Brian WOOLEY and Michael OROPEZA, were cooperating in the investigation and going to meet Det. O'Loughlin at the Larimer County Detention Center to turn themselves in. Det. O'Loughlin informed me WOOLEY and OROPEZA were being charged with Disorderly Conduct. Officer Bjornstrom and I drove over to the Larimer County Jail with Det. O'Loughlin at about 1506 hours and met WOOLEY and OROPEZA in the parking lot. Officer Bjornstrom placed WOOLEY into custody without incident. I retrieved a plastic bag for Officer Bjornstrom to place WOOLEY's belongings in. WOOLEY had some loose change in his pocket and he asked me to put it in his truck for him. I did so and then secured WOOLEY's truck and gave the keys to Officer Bjornstrom. I placed OROPEZA into custody without incident. I checked OROPEZA's handcuffs for tightness and double-locked them. I put OROPEZA in the back of my patrol car and drove into the sally port near by. Det. O'Loughlin booked WOOLEY and OROPEZA on charges of Disorderly Conduct.

I along with other members of NET (Neighborhood Engagement Team) were tasked with compiling videos of the disturbance which were posted on the internet. With the assistance of NET Officer Cundall, I collected eight separate videos of the disturbance.

**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

The videos are titled as such:
2020-08-11_12-11-34.mp4
2020-08-11_12-19-47.mp4 6+minutes.mp4
2020-08-11_12-27-57.mp4 Law Enforcement today facebook.mp4
2020-08-11_13-43-43.mp4Youtube cut the plastic posted.mp4
2020-08-11_15-28-32.mp4 citizen video244.mp4
2020-08-11_15-36-51.mp4youtubecut2thchase.mp4
2020-08-13_6-46-45.mp4youtubeTylerRobertson.mp4
Ciarawilsonn youtube video.mp4

On 08/13/20 I uploaded all of the above videos to the Fort Collins Police evidence system Foray.

The video titled "2020-08-11_12-11-34.mp4" captures the crowd moving over to the green space just before the disturbance. It also captures most of the disturbance, but cuts off just prior to the disturbance ending. The video was possibly a live stream, and is not very good quality. This video is 2 minutes and 20 seconds and has no audio.

The video titled "2020-08-11_12-19-47.mp4 6+minutes.mp4" captures the crowd moving just prior to the disturbance. The video captures the entire disturbance and officers making arrests. The video concludes by showing several people walking back eastbound along Nancy Gray Ave. This video is 6 minutes and 52 seconds and has no audio. The quality on this video is also not very good.

The video titled "2020-08-11_12-27-57.mp4 Law Enforcement today facebook.mp4" begins as the fight has already started. The video cuts off just prior to the disturbance ending. This video is 57 seconds long and has no audio.

The video titled "2020-08-11_13-43-43.mp4Youtube cut the plastic posted.mp4" captures the crowd as they are standing around near Nancy Gray Ave. / S. Timberline Rd. The video also captures the crowd moving west toward the green space and captures most of the disturbance. The video concludes by showing several people walking back eastbound along Nancy Gray Ave. This video is 29 minutes and 39 seconds and has no audio. This video is of very poor quality.

The video titled "2020-08-11_15-28-32.mp4 citizen video244.mp4" captures the disturbance taking place from afar. There are very little details of the disturbance that can be seen from this video. The video captures officers making arrests and then the crowd walking eastbound toward Nancy Gray Ave. This video is 2 minutes and 53 seconds and has audio.

The video titled "2020-08-11_15-36-51.mp4youtubecut2thchase.mp4" is from Cut2theChase TV. The TV host plays a video clip which is believed to be filmed by Ciara Wilson. The video clip shows most of the fight take place. This video is 2 minutes and 50 seconds and is of good quality. There is also audio on this video.

The video titled "2020-08-13_6-46-45.mp4youtubeTylerRobertson.mp4" begins by showing the protestors/supporters standing around near Nancy Gray Ave. / S. Timberline Rd. The video shows the crowd moving down the street to the green space. The video shows the fight from beginning to end. The video is 11 minutes and 19 seconds and is of good quality. This video has audio.

The video titled "Ciarawilsonn youtube video.mp4" is a duplicate video from Cut2theChase TV.

I assisted Det. O'Loughlin in following-up on a lead in which the informant thought one of the involved parties was a male named Doug Jean. I compared pictures from Jean's social media with the video footage of the fight. There is a male in the videos who looks similar to Jean who is wearing a brown shirt and tan shorts. The male in the brown shirt and tan shorts does not have any tattoos on his forearms. Jean has a very distinct tattoo on his left forearm and a tattoo on his right forearm. I did not see any of the other participants in the disturbance that looked like they could be Jean.

End of report.

**OFFICERS_00022**



**Fort Collins Police Services**        **Case Number**: FC20-0009884
2221 S Timberline Rd
Fort Collins, CO 80525

K Clow FC54/kc

I assisted in the documentation of this operation by operating the camera system on the UAS flown by Det. Jason Shutters.
Video and an image captured during the operation were logged into evidence under this case as Set 6. A copy of portions
of the video were also provided to Det. O'Loughlin, the case officer, and AC Feyen, the Patrol Division Assistant Chief.

K Clow FC54/kc

On 080820, Det. Jason Shutters and myself were requested to assist in an operation related to a planned rally at Fort Collins
Police Services. We were assingned to operate a UAS system to provide a video stream of the event to assist with
situational awarenes for the commanders of the operation. During our operations, Det. Shutters was piloting the aircraft and
I was operating the camera systems. We were utilizing a secure video streaming device to allow the command staff in the
command post and various field supervisors to view the video feed.

On 080820, at approximately 1415 hours, I attended a briefing at Fort Collins Police Services. During this briefing we were
provided information about the rally and information about various groups that it was believed were going to come to the rally
either in support or opposition to the message of the Pro-Police event organizers. We were told we would be under the
command of Lt. Dan Murphy, the Tactical Commander, and the operation was being commanded by Lt. Kelly Weaver.

During the course of the operation we recorded video during six flights and one test image was taken at the beginning of the
operation. These were recorded on a MicroSD card on the aircraft and a USB drive on the AMV video streaming device.
The recording on the aircraft is a direct recording from the aircraft camera and the recording on the USB drive is a recording
of the video stream. During the operation we captured video related to a disturbance that had occurred to the west of Fort
Collins Police Services in a residential area. This video captures some events leading up to the disturbance, portions of the
disturbance and events after the disturbance.

At the end of the operation we attended a debrief on the operation and then repacked our equipment. As part of this, I
removed the USB drive and the MicroSD card so I could later consolidate it to media to be logged into evidence. These
were retained in my custody until that was done and they were logged into evidence.

It should be noted that during the flights of the operation, the aircraft had software issues that we believed were related to a
recent firmware update. This issue affected camera operation and control and several attempts were made during the
operation to correct these issues with limited success.

On 081120, I began transferring to files to media to be logged into evidence. Due to the individual and total file sizes, I
elected place all of the files on a single USB drive to log in. During this process I found there was one image and six video
file on the MicroSD card. In reviewing the files I found one file, DJI_0006.mp4, appeared corrupted and would not play. The
file shows as the proper size to indicate there is data there, but it would not play. I believe this may be related to the
software issue and the other files worked correctly and were viewable. I did include theis file on the evidence USB even
though it would not play. I also included the single file from the AMV streaming device. In reviewing this file I did note there
was an abnormality in the video at the end of the video. This is approximately during the same time in the operation as the
corrupt file from the MicroSD card and I believe they are both related the software issues we were having. This USB drive
was logged as 6-1.

I then took and made a USB drive of selected video to provide to AC Feyen and Det. O'Loughlin at their request. For these
USB drives I included the five working files from the the aircraft MicroSD card and an edited video of the disturbance that
occurred to the west of the Police Service building. This edited video was created from two seperate files and simply spliced
together to create one video. I also trimmed the beginning and the end of the video so it only showed activity before and
after the disturbance and not the entire operation. This was based on their request and to make it easier for them to review
video related to the disturbance. I did not place a copy of this into evidence as it was created as a working copy and
contains the same video as the raw, unedited footage. I advised Det. O'Loughlin of this so he could log it into evidence if he
deemed it necessary based on his investigation and how it was used in the investiagtion.

End of report.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

CMCDOWELL/cjm

VIDEO:

Axon Body 3 Video 2020-08-08 1555 FC336 (Outside view of large disturbance)
Axon Body 3 Video 2020-08-08 1633 FC336 (Citation for Criminal Tampering)
Axon Body 3 Video 2020-08-08 1749 FC336 (Citizen advising he has video on his youtube channel of above disturbance)

CASE REPORT:

Stood by as a cover officer throughout different incidents one and two noted above. Third incident was a citizen approaching me regarding having video of the first disturbance. I took down his youtube information handle and later ensured detectives had it for follow up purposes. Please refer to my axon body camera for exact details of my involvement.

END OF REPORT

JU. GALLIMORE/FC240

Axon Body 3 Video 2020-08-08 1557 FC240

On 080820 at approximately 1557 hours, I assisted other officers near the intersection of Nancy Gray Ave and Adobe Dr with a large disturbance related to a pro and anti-police rally.

Prior to the disturbance, I was patrolling around the Fort Collins Police Department, working as part of a traffic control and intervention team. Part of my duties were to identify and contact people acting suspiciously and/or involved in criminal activity.

At approximately 1550 hours, I observed a large group of co-mingled protestors moving west on Nancy Gray Ave towards Adobe Dr. At that point, it appeared to be a mutually moving group and I did not observe any physical fighting. As the group continued to move into the neighborhood west of the Fort Collins Police Department, I repositioned so that I could better see what was going on. The group moved off of the paved street at the end of Nancy Gray Ave and onto a grassy field area.

At approximately 1551 hours, I witnessed an escalation between different fractions of the group resulting in pushing and shoving but I could not identify any specific people involved. At approximately 1554 hours, I saw a large fight break out between multiple people. At that point, I was by myself and it would have been unsafe to intervene so I radioed the incident commander updates. A short time later, I activated my vehicle's siren in an attempt to disrupt the disturbance; and when I did, several people stopped fighting and began walking away. Shortly afterwards, FCPD foot patrol officers arrived and intervened. At one point, they requested my assistance in providing a covering role for them, so I got out of my vehicle, activated the Point-of-View (POV) camera I wear and walked over to their location (It's important to note, based on my camera's position on my uniform, it would not have captured any video of the crowd prior to me getting out of the car so I did not activate it immediately upon seeing the group moving). The fight had mostly dispersed at that point so I returned to my vehicle and left the area, resuming my mobile duties.

The POV video I took was uploaded to Evidence.com.

There's no further information for this report.



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

M. ROBINSON/ FC325

AXON Flex 2 Video 2020-08-08 1528 FC325
AXON Flex 2 Video 2020-08-08 1555 FC325
AXON Flex 2 Video 2020-08-08 1749 FC325

On 08/08/2020 I was working traffic detail for protests in the area of S. Timberline Rd. and Nancy Gray Av.

My Axon camera was activated and later uploaded when a disturbance broke out near the intersection of Nancy Gray Av. and S. Timberline Rd.

My Axon camera was activated and later uploaded as I provided traffic control when a disturbance broke out in the neighborhood, west of the Police Station (2221 S. Timberline Rd).

My Axon camera was again activated when an individual wanted to provide his information and a video from the incident west of the Police Station.

Nothing further by this officer.

CJ O'Loughlin FC214

On 08/13/20 and 08/14/20 I followed up on several phone tips left on my voicemail in reference to this case.

I called James REITMAN, who was cited by Sergeant J. Gallimore the same day for an unrelated incident. In the videos, REITMAN can be seen applying a vascular neck restraint to an individual who is actively spraying WOOLEY with pepper spray as WOOLEY strikes and struggles with TOWNLEY. REITMAN said he wanted to tell his side of the story, but he wasn't sure he should. Through an attorney, REITMAN later declined to provide an additional statement.

I received a voicemail and written statement from Jerome LOCKE. In the statement and during a brief phone conversation, LOCKE said he had been at the rally and had followed the group to the greenspace. LOCKE said he had no intention of fighting and only stepped in when someone was struck in the head with a frozen water bottle. LOCKE said he had restrained the striker and then released them as soon as they stopped and were subsequently struck by other bystanders. The video reviewed thus far appears consistent with LOCK's statement.

After receiving multiple tips about the identity of Jeremiah FIELDS, I spoke to him by phone. FIELDS acknowledged he was involved in the incident. FIELDS said he had been walking with the group pushing the black-clad group out of the area. FIELDS said as the black-clad group neared the end of the residential fence, one member of the black-clad group lifted a can of "mace" and sprayed it into the face of someone in FIELD's group. FIELDS said around the same time another individual had removed a folding pocket knife from their pocket and opened the knife. FIELDS said as the first fight erupted he (FIELDS) was fearful the individual with the pocket knife was going to stab someone. FIELDS said he and others had tackled this male. FIELDS said he landed several blows with a closed fist until determining this individual "was no longer a threat". FIELDS said he had subsequently intervened and tried to stop other fights that had broken out around him. The video reviewed thus far appears consistent with FIELD's statement.

This case will remain active, pending a review with the Larimer County District Attorney's Office.

Case Status: AC - Active Case



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

S.Cundall

On 081120 I was asked by Sgt. Justin Gallimore to obtain and preserve any social media that captured the events of the protest that occurred outside of Ft. Collins Police Services on 080820.

I researched several social media platforms and obtained video from Facebook, YouTube, and by just simply Googling "Ft. Collins Protest". Any social media and internet video I was able to obtain was saved on a flash drive for preservation and I gave the flash drive to Officer Dalton Brown who was leading the investigative portion for the Neighborhood Engagement Team. It should be noted some of the video does not have audio due to recording issues.

This ended my involvement in this case: Nothing Further

MHARRES

On 08/08/2020, I was assigned to work crowd control for a rally and protest at the Fort Collins Police Services building. During that time, I drove around the immediate area to help protect people from both sides of the protest and provide an immediate police presence if necessary.

At approximately 1554 hours, I was driving north in the area of Nancy Gray Avenue and Joseph Allen Drive and observed a large group of people running to the west. I notified Command of my observations and turned around to begin driving north on Adobe Drive. As I reached the intersection of Adobe Drive and Nancy Gray Avenue, I observed a large physical disturbance in an open field to the west of the intersection. At that time, multiple uniformed police officers arrived in the area to assist with breaking up the disturbance. I remained in my vehicle in the cul-de-sac to the north of the intersection until individuals involved in the disturbance began to disperse.

Once all parties involved in the physical disturbance had separated, I remained in the area to continue providing crowd control and did not have any other significant involvement in this case.

End of report.

CJ O'Loughlin FC214

On or about 09/11/20 I met with Chief Asisstant District Attorney G. Biggers, Assistant District Attorney T. Niblett, and Investigator J. Rosten of the Larimer County District Attorney's Office. I briefed all three on the case and we reviewed video of the incident. It was determined the charges in this case would stand without modification or addition at the present time.

Case Status: CF - Charges Filed



**Fort Collins Police Services**
2221 S Timberline Rd
Fort Collins, CO 80525

**Case Number**: FC20-0009884

CJ O'Loughlin FC214

On 09/22/20 I was notified by members of the Federal Bureau of Investigation (FBI) that an individual depicted in one of the videos had been identified. The FBI indicated a male named Lloyd PORCHE had been arrested for charges related to separate demonstration related activities in other jurisdictions. I learned that during an interview, PORCHE had admitted to attempting to pepper spray someone during the disturbance. PORSCHE told police nothing had come out of the pepper spray can.

From the videos, it appears PORCHE was the individual wearing black pants, a black short sleeve t-shirt with white lettering across the chest, a black arm sleeve on his right arm, a black gaiter style mask, and a black hat. In video #2 (shot by Ciara WILSONN) PORCHE can be seen starting at about the five second mark. PORCHE moves into the depression where the fight is occurring, manipulates something in his hand, and then moves his hand rapidly back and forth in front of the face of WOOLEY consistent with the motion of shooting pepper spray. WOOLEY is on top of TOWNLEY at the time, striking TOWNLEY. REITMAN quickly enters the depression, tackles PORCHE, and appears to incapacitate PORCHE using a vascular neck restraint. REITMAN can later be seen rousing PORCHE, who stands and leaves the area on foot. Shortly after PORCHE is tackled by REITMAN, WOOLEY appears to pick up the same can of pepper spray PORCHE had attempted to use. According to the video and WOOLEY's statement, the can did not function. This is consistent with PORCHE's statement regarding the malfunction of the pepper spray can.

I communicated to the Larimer County District Attorney's Office that another individual had been identified, and summarized PORCHE's actions. It was determined charges against PORCHE would not be pursued at the present time.

Case Status: CF - Charges Filed

D.BROWN

*Asset Set 6: Additional video showing part of the disturbance Joshua DELEON was involved in.*

On 09/22/20 I became aware of a video of the protest that we had not submitted to evidence yet. The video is titled "2020-09-22_14-36-15.mp4 2nd angle.mp4" and is a combination of two of the videos we already have. However, the end of the video shows some of the altercation Joshua DELEON was involved in near the intersection of Timberline Rd. and Nancy Gray Ave. This is depicted at approximately 04:00 on the video timeline.

I uploaded this video to the Fort Collins Police evidence system Foray as Set 6. No further action taken.

End of report.

## DUI Roadside

## Officer

| **Involvement Type** | **Officer Name** |
| --- | --- |
| Reporting | YOUNG,CHRISTOPHER |