# FORT COLLINS POLICE SERVICES

2221 S. Timberline Road Fort Collins, CO 80525

(970) 419-3273

Case #:FC20-0009884            Arrest #: 2012537

## Event

### 2221 S TIMBERLINE RD FORT COLLINS, COLORADO

| | |
|---|---|
| **Arrest Date/Time:** | 08/08/2020 15:56:00 |
| **Arrest Type:** | On-View Arrest (apprehension without a warrant or previous incident report) |
| **Booking Facility:** | LARIMER COUNTY JAIL |
| **Beat:** | P9 |
| **Multiple Arrest Segments:** | COUNT ARRESTEE |
| **Juvenile:** | |
| **Construction Zone:** | No |
| **Injuries:** | No |
| **School Zone:** | No |
| **Traffic Accident:** | No |

## Arrestee

### KRUGER, ANNA JOY

| | |
|---|---|
| **Date of Birth:** | *Personal Identifying Information* |
| **Age:** | 25 |
| **Race:** | White |
| **Sex:** | FEMALE |
| **Ethnicity:** | NON-HISPANIC |
| **Height:** | 509 |
| **Weight:** | 126 |
| **Hair Color:** | BROWN |
| **Eye Color:** | HAZEL |
| **Address (If homeless or transient, enter TRANSIENT in this box.):** | 1716 14TH AV |
| **City:** | GREELEY |
| **State:** | COLORADO |
| **Zip Code:** | 80631 |
| **Armed With:** | 01 |
| **Primary Phone:** | |
| **Secondary Phone:** | 970-217-2722 |
| **Place Of Birth:** | FORT COLLINS, CO |

## Charge (2)

### 18-09-0106 DISORDERLY CONDUCT 902000

| | |
|---|---|
| **UCR/NIBRS Code:** | 90C DISORDERLY CONDUCT |
| **Degree:** | M3 |
| **NCIC Code:** | 5311 |

### 18-08-0103 RESISTING ARREST 909000

| | |
|---|---|
| **UCR/NIBRS Code:** | 90Z ALL OTHER OFFENSES |
| **Degree:** | M2 |
| **NCIC Code:** | 4801 |

**EXHIBIT M**
Case No. 22-CV-01983-SKC

## FORT COLLINS POLICE SERVICES

2221 S. Timberline Road Fort Collins, CO 80525

(970) 419-3273

Case #:FC20-0009884            Arrest #: 2012537

### Officer (1)

**Reporting Officer:**      HAFERMAN,JASON (FC347)