

CIVIL ACTION NO. 1:22-cv-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON

V.

BRIAN MALLORY, ET AL.

DEPOSITION OF:

JASON HAFERMAN

DATE:

October 06, 2023

**EXHIBIT N**
Case No. 22-CV-01983-SKC



(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

1    A.   From what I can recall, he was making
2  statements that were very vivid and very fresh in his
3  mind as to what just occurred.  And he portrayed that to
4  me as far as what she should be charged with, based on
5  his observations.
6    Q.   And there would be a difference between just
7  saying that, "We think she may have been fighting in
8  public," and "A police officer observed her fighting in
9  public," right?
10          MR. ABRAMSON:  Objection.  Form.
11          THE WITNESS:  Can you repeat the question,
12      please?
13 BY MR. SCHWAB:
14    Q.   There would be a difference between saying
15 that someone was suspected of fighting in public, and
16 that an officer had observed that person fighting in
17 public, right?
18          MR. ABRAMSON:  Object to form.
19          THE WITNESS:  From my understanding, Sergeant
20      Mallory observed Ms. Kruger fighting in public due
21      to him being there and being a part of the arrest
22      team where she resisted arrest.
23 BY MR. SCHWAB:
24    Q.   But if he told you, "I saw her fighting in
25 public," that would be on your or his body-worn camera?



```
 1              MR. ABRAMSON:  Objection.  Foundation.
 2              THE WITNESS:  From what I can recall, he made
 3         the comments because I needed to know what to
 4         charge her with.  He made -- or I had asked him
 5         what she's being charged with, and he said and
 6         confirmed, "Disorderly conduct and resisting
 7         arrest."  And I remember the conversation and --
 8         and dispute between Sergeant Mallory and Ms. Kruger
 9         about her resisting arrest, and her not agreeing
10         with how it went -- went down.  But I asked and
11         confirmed with Sergeant Mallory what she should be
12         charged with, and that was disorderly conduct and
13         resisting arrest.  And that's all I can recall.
14   BY MR. SCHWAB:
15       Q.   You never personally observed her fighting in
16   public, right?
17       A.   Correct.
18       Q.   You never conducted any investigation into
19   whether she was observed fighting in public, right?
20              MR. ABRAMSON:  Object to form.
21              THE WITNESS:  Correct.
22   BY MR. SCHWAB:
23       Q.   Okay.  And do -- you know, you said that
24   Sergeant Mallory told you she would be cited for
25   disorderly conduct, right?
```


Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com