

CIVIL ACTION NO. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DELEON

V.

BRIAN MALLORY, IN HIS INDIVIDUAL CAPACITY; ETHAN VANSICKLE,

IN HIS INDIVIDUAL CAPACITY; DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY;

JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY; JOE SCHILZ, IN HIS INDIVIDUAL

CAPACITY; JASON HAFERMAN, IN HIS INDIVIDUAL CAPACITY;

CHRISTOPHER YOUNG, IN HIS INDIVIDUAL CAPACITY

DEPOSITION OF:

CHRISTOPHER YOUNG

DATE:

November 27, 2023

**EXHIBIT O**
Case No. 22-CV-01983-SKC



 (855) 693-3767 | (720) 738-1300

 schedule@yournextdepo.com

**www.pikereporting.com**

Case No. 1:22-cv-01983-SKC    Document 78-11    filed 04/18/24    USDC Colorado    pg
2 of 7
The Deposition of CHRISTOPHER YOUNG, taken on November 27, 2023
29

```
 1  anything.
 2      Q.   And so there was no intelligence about
 3  right-wing extremists who said that if BLM showed up at
 4  the protest, they were going to fight them?
 5      A.   No, not that --
 6        MS. HOFFMAN:  Form.
 7      A.   -- not that I can recall.
 8      Q.   Okay.  Did you ever speak with any officer
 9  about their -- you know -- let me restate that.  So you
10  never witnessed anybody engaged in fighting, or is it
11  just that you were too far, and you didn't see it well?
12      A.   So I -- I didn't see any of the fights.  Like
13  I said, with the -- how the building was set up, I was
14  in the back lot behind the secure fence and then the
15  whole police department is in the way.  So no, I didn't
16  see anything.
17      Q.   Okay.  So you did not observe Ms. Townley
18  fighting, right?
19      A.   No, I did not.
20      Q.   Okay.  All right.  I'm going to pull back up
21  Exhibit 1.  Can you see that?
22      A.   Yes.
23      Q.   Okay.  Can you tell me what this is?
24      A.   It's my affidavit.
25      Q.   Affidavit for what?
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of CHRISTOPHER YOUNG, taken on November 27, 2023

30

```
 1        A.    Probable cause for an arrest.

 2        Q.    Okay.  And this is a warrantless arrest,

 3  right?

 4        A.    Yes.

 5        Q.    Okay.  Did you have probable cause to arrest

 6  Ms. Townley?

 7        A.    Based on the information I was given by the

 8  officers who arrested her, yes.

 9        Q.    Okay.  So it was not based on your personal

10  knowledge?

11        A.    No.

12        Q.    Okay.  And I see at the bottom here, it's

13  notarized; is that right?

14        A.    Yes.

15        Q.    So you wrote this under penalty of perjury?

16        A.    Yes.

17        Q.    Okay.  Now, if you notice on the third line,

18  it says, "Michael was observed by officers engaging in a

19  physical fight with other protesters"; do you see that?

20        A.    Yeah.

21        Q.    Okay.  Did you write that just on a guess?

22        A.    No.

23        MS. HOFFMAN:  Form.

24        Q.    Did officers tell you, "I observed Michael

25  fighting with other protesters"?
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC    Document 78-11    filed 04/18/24    USDC Colorado    pg
4 of 7
The Deposition of CHRISTOPHER YOUNG, taken on November 27, 2023
31

1    A.    They just gave me -- they told me generally

2    what happened, and I wrote it.  The officers who brought

3    Ms. Townley back told me what they observed, and that's

4    how I wrote it for the probable cause statement.

5    **Q.    Okay.  What did they tell you that they**

6    **observed?**

7    A.    They told me that Ms. Townley was fighting

8    with another protester, and then they separated them and

9    then brought them both back.   And they told me to

10   charge them with disorderly conduct.

11   **Q.    Okay.  So they said, "I saw Ms. Townley**

12   **fighting with another protester, and we separated them."**

13   **That's what they told you?**

14       MS. HOFFMAN:  Form.

15   A.    So that was generally what they said.  I

16   couldn't -- I don't remember 100 percent,     like,

17   what -- you know, 100 percent, "Officer so and so

18   directly said this, this and this," you know?

19   **Q.    Yeah.  But you wouldn't just say -- you**

20   **wouldn't write something in here that you didn't hear**

21   **from someone, right?**

22   A.    No.

23       MS. HOFFMAN:  Form.

24   **Q.    You wouldn't kind of fill in the gaps, right?**

25   A.    No.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1      Q.   Because disorderly conduct can have many

2    meanings; isn't that fair to say?

3      A.   Yes.

4      Q.   Disorderly conduct can be saying, "Fuck you,"

5    in public, maybe, right?

6        MS. HOFFMAN:  Form.

7      A.   Yes, but I believe Section (1)(d) of

8    Disorderly Conduct specifically is fights in public.

9      Q.   Sure.  So when they say -- it -- it -- it --

10   it -- it's not just simply that they said, "I saw

11   Ms. Townley engage in disorderly conduct," and you

12   wrote, "Disorderly conduct.  I know that means fighting

13   in public.  So therefore, Ms. Townley must have been

14   observed by officers fighting in public," right?

15       MS. HOFFMAN:  Form.

16     A.   No.  No, I did not fill in the blanks.  They -

17   - like -- I -- they told me that Ms. Townley was

18   fighting with another person.

19     Q.   Okay.  And they said they observed it?

20     A.   And -- yes.

21     Q.   Okay.  Do you remember which officers this was

22   -- these -- this was?

23     A.   No.  I think from -- from watching my body

24   camera, the officers who handed -- who was waiting with

25   Ms. Townley was Officer Schilz.  I remember what

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  happened was I was finishing Mr. DeLeon's booking

2  paperwork when they called out.  They had another two

3  detained and they needed transport officers.  I remember

4  saying is like, "Hey, I'm about to finish with

5  Mr. DeLeon's stuff.  I can come back."  When I came

6  back, Ms. Townley was already back in the police

7  department, sitting on the curb with Officer Schilz.

8      **Q.   Okay.  So do you believe it was Officer Schilz**

9  **who told you that he saw Ms. Townley fighting in public?**

10      MS. HOFFMAN:  Form.

11      A.   Officer Schilz was the one who relayed the

12  information to me.  I wouldn't be able to say if he was

13  the one who directly saw her.

14      **Q.   So you can't recall if he said, "I saw her**

15  **fighting in public," or "Other officers saw her fighting**

16  **in public"?**

17      MS. HOFFMAN:  Same objection.

18      A.   So like I said, Officer Schilz was the one who

19  was waiting there and told me what had happened.  I

20  don't know if he had been told that by other officers,

21  or if he himself had witnessed it.

22      **Q.   Why didn't Officer Schilz write this**

23  **affidavit?**

24      A.   Because he was assigned to one of the contact

25  teams and the patrol team.  So I was the transport

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  officer who was transporting people and then writing out

2  what they had observed for the charging documents.

3      Q.   Is it common in Fort Collins to have officers

4  who don't observe things write tickets for those that

5  did observe them?

6         MS. HOFFMAN:  Form.

7      A.   We -- yes, we can use a -- we do trust our

8  other officers' probable cause to write citations and

9  such.

10     Q.   Okay.  What is the consequence of writing this

11 affidavit?

12        MS. HOFFMAN:  Form.

13     A.   Well, you mean consequence in what way?

14     Q.   Okay.  Is this used in your -- to your

15 knowledge, is this used to support the charging of

16 Ms. Townley in this instance, but generally, an

17 individual with a crime?

18     A.   Yes.

19     Q.   Okay.  It's a serious document, right?

20     A.   Yes.

21        MS. HOFFMAN:  Form.

22     Q.   The result of this, very, very possibly and

23 probably, is going to result in someone being charged

24 with a crime; is that fair to say?

25     A.   Yes.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE
REPORTING
COMPANY
YOUR PARK THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com