# FORT COLLINS POLICE SERVICES

2221 S. Timberline Road Fort Collins, CO 80525

(970) 419-3273

Case #:FC20-0009884                                    Arrest #: 2012539

| Event |
|---|

## S TIMBERLINE RD / / NANCY GRAY AV FORT COLLINS, COLORADO

| | |
|---|---|
| **Arrest Date/Time:** | 08/08/2020 16:06:00 |
| **Arrest Type:** | On-View Arrest (apprehension without a warrant or previous incident report) |
| **Booking Facility:** | LARIMER COUNTY JAIL |
| **Beat:** | P9 |
| **Multiple Arrest Segments:** | COUNT ARRESTEE |
| **Juvenile:** | |
| **Construction Zone:** | No |
| **Injuries:** | No |
| **School Zone:** | No |
| **Traffic Accident:** | No |

| Arrestee |
|---|

## TOWNLEY, MICHAEL BRIAN

| | |
|---|---|
| **Date of Birth:** | Persona |
| **Age:** | 42 |
| **Race:** | White |
| **Sex:** | MALE |
| **Ethnicity:** | NON-HISPANIC |
| **Height:** | 510 |
| **Weight:** | 135 |
| **Hair Color:** | BROWN |
| **Eye Color:** | BROWN |
| **Address (If homeless or transient, enter TRANSIENT in this box.):** | 2418 WAPITI RD |
| **City:** | FORT COLLINS |
| **State:** | COLORADO |
| **Zip Code:** | 80525 |
| **Armed With:** | 01 |
| **Primary Phone:** | |
| **Secondary Phone:** | 773-733-8699 |
| **Place Of Birth:** | CLINTON, SC |

| Charge (1) |
|---|

## 18-09-0106 DISORDERLY CONDUCT 902000

| | |
|---|---|
| **UCR/NIBRS Code:** | 90C DISORDERLY CONDUCT |
| **Degree:** | M3 |
| **NCIC Code:** | 5311 |

**EXHIBIT P**

Case No. 22-CV-01983-SKC

OFFICERS_00028

# FORT COLLINS POLICE SERVICES

2221 S. Timberline Road Fort Collins, CO 80525

(970) 419-3273

Case #:FC20-0009884                                      Arrest #: 2012539

| Officer (1) |
|---|

**Reporting Officer:**               YOUNG,CHRISTOPHER (FC351)