**EXHIBIT Q**
Case No. 22-CV-01983-SKC

STATE OF COLORADO)
                 )ss.
COUNTY OF LARIMER)

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, __CJ O'Loughlin__ (Peace Officer), being duly sworn upon oath, says that there is probable cause for the warrantless arrest of, __Wooley, Brian Eugene__ (Arrestee), __[Personal Identifying]__ (Date of Birth) for the crime(s) stated, and that the following facts are true and correct upon best knowledge, information, and belief.

AGENCY- ☐-LCSO ☐-CSP ☒-FCPD ☐-LPD ☐-BPD ☐-EPPD ☐-CSUPD ☐-USM ☐-OTHER

Arresting Officer (Print Name & Number): CJ O'Loughlin / # 214

| CHARGE DESCRIPTION | CRS CITATION | CLASS |
|---|---|---|
| Disorderly Conduct (Fighting) | 18-9-106(1d) | M3 |

Agency Case Number: 20-9884
Arrest Date: 8/11/2020
Arrest Time: 13:30

The facts establishing probable cause for arrest are that on __August 8, 2020__ at __15:50__, in the county of Larimer, State of Colorado, at __Nancy Gray/ Adobe Dr__ the following activity occurred:

On 08/08/20 at 1500 hours a pro-police rally with a large number of attendees was held in front of the 2221 S Timberline Rd in Fort Collins, Larimer County, Colorado. During the rally, a group of attendees (including Brian WOOLEY and Michael OROPEZA) engaged in a verbal disturbance with another group of attendees (including Anna KRUGER and Michael "Piper" TOWNLEY) who arrived from the west. During the ensuing disturbance, WOOLEY and his group herded the second group away to the west. As the two groups crossed a green space just south of 2215 Adobe Dr, a large physical fight broke out between the two groups and the combatants from both sides tumble into a depression in the greenspace. Multiple videos were recorded from bystanders. In the videos, WOOLEY can be seen on top of TOWNLEY, striking them in the face multiple times with a closed fist. Later in the video, OROPEZA can be seen physically struggling with an unidentified individual in all black. OROPEZA retrieves a homemade baton from this individual and attempts to strike them multiple times as they are struggling with two other individuals. During an interview on 08/09/20, both WOOLEY and OROPEZA admitted to being involved in the fight.

KELLY TERESA McELVAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154000104
MY COMMISSION EXPIRES 1-2-2023

COPY

Peace Officer - Affiant: _CJ O'L_____

Subscribed and sworn to before me this __11__ day of __August__, __2020__

Notary Public: __Kelly Teresa McE___   Commission Expires: __01-02-2023__

### PROBABLE CAUSE DETERMINATION BY THE COURT

_____ The Court finds probable cause for a warrantless arrest.    _____ The Court finds no probable cause for a warrantless arrest

Judge: _____   Date and Time: _____

OFFICERS_00104

STATE OF COLORADO)
)ss.
COUNTY OF LARIMER)

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, _____CJ O'Loughlin_____, being duly sworn upon oath, says that there is probable cause for the
(Peace Officer)

warrantless arrest of, _____Oropeza, Michael Anthony_____, _____Personal Identifying_____ for the crime(s) stated,
(Arrestee) (Date of Birth)

and that the following facts are true and correct upon best knowledge, information, and belief.

| AGENCY- | ○-LCSO | ○-CSP | ⦿-FCPD | ○-LPD | ○-BPD | ○-EPPD | ○-CSUPD | ○-USM | ○-OTHER |
|---|---|---|---|---|---|---|---|---|---|

Arresting Officer (Print Name & Number): CJ O'Loughlin / # 214

| CHARGE DESCRIPTION | CRS CITATION | CLASS |
|---|---|---|
| Disorderly Conduct (Fighting) | 18-9-106(1d) | M3 |

Agency Case Number: 20-9884
Arrest Date: 8/11/2020
Arrest Time: 13:30

The facts establishing probable cause for arrest are that on  August 8, 2020  at  15:50 , in the county of Larimer, State of Colorado, at  Nancy Gray/ Adobe Dr  the following activity occurred:

On 08/08/20 at 1500 hours a pro-police rally with a large number of attendees was held in front of the 2221 S Timberline Rd in Fort Collins, Larimer County, Colorado. During the rally, a group of attendees (including Brian WOOLEY and Michael OROPEZA) engaged in a verbal disturbance with another group of attendees (including Anna KRUGER and Michael "Piper" TOWNLEY) who arrived from the west. During the ensuing disturbance, WOOLEY and his group herded the second group away to the west. As the two groups crossed a green space just south of 2215 Adobe Dr, a large physical fight broke out between the two groups and the combatants from both sides tumble into a depression in the greenspace. Multiple videos were recorded from bystanders. In the videos, WOOLEY can be seen on top of TOWNLEY, striking them in the face multiple times with a closed fist. Later in the video, OROPEZA can be seen physically struggling with an unidentified individual in all black. OROPEZA retrieves a homemade baton from this individual and attempts to strike them multiple times as they are struggling with two other individuals. During an interview on 08/09/20, both WOOLEY and OROPEZA admitted to being involved in the fight.

COPY

KELLY TERESA McELVAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154000104
MY COMMISSION EXPIRES 1-2-2023

Peace Officer - Affiant: _[signature]_
Subscribed and sworn to before me this _11_ day of _August_, _2020_
Notary Public: _[signature]_  Commission Expires: _01-02-2023_

## PROBABLE CAUSE DETERMINATION BY THE COURT

____ The Court finds probable cause for a warrantless arrest.   ____ The Court finds no probable cause for a warrantless arrest

Judge: _____   Date and Time: _____

OFFICERS_00105