| COUNTY COURT, LARIMER COUNTY, COLORADO, 201 La Porte Avenue, Suite 100, Fort Collins, Colorado 80521 (970) 494-3500 810 East 10th Street, Suite 110, Loveland, Colorado 80537 (970) 622-2100 | COURT USE ONLY |
|---|---|
| THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**ANNA JOY KRUGER**<br>Defendant | Case: **C0352020M001986**<br>Courtroom: 3D |

DATE FILED: November 23, 2020 4:49 PM
DATE FILED: November 23, 2020 9:48 AM
CASE NUMBER: 2020M1986

## STATEMENT OF: ☐OFFER ☒DISPOSITION ☒SENTENCE

Victim's Rights Amendment Compliance: ☐Compliant ☐Non-Compliant ☐Contingent ☒Not VRA case

**Agreement/Order as to Charges:**

| Count | Orig/Amend/End | Offense/Charge Title | Statute # | Class | Plea | Finding |
|---|---|---|---|---|---|---|
| 1 | Amended | Unlawful Poss. Fireworks | 24-33.5-2002(5); 24-33.5-2010 | M3 | G | G |
| 2 | | | | | G | G |
| 3 | | | | | G | G |

☒All other charges dismissed on Motion of DA   ☐DV Enhancer Finding by Court   ☐BAC:____
☐Matter reset for sentencing. Defendant must appear on _____ @ ____ am/pm in this courtroom.
Ordered for Sentencing: ☐Alcohol/Drug Assessment ☐PSI ☐PSI Update ☐SOE ☐Consent of Surety within ____ Day(s)
Bond Modified to add: ☐W/in 48 hours make evaluation apt w/ Probation ☐Attend evaluation apt ☐Other _____
NOTICE: Failure to comply w/bond conditions or to appear for PSI/Alc evaluation will result in open sentencing as a condition of the plea agreement.
**NOTES:** $150 fine to close

**Revocation Basis:** ☐ + UA ☐ Missed UA ☐ Missed Prob'n Apts ☐ UPS ☐ FTC Treatment ☐ FTRLA ☐ Other:____

**Sentence:** ☐Open Sentencing ☐Fine & Community Service Open ☐Probation Revoked and: ☐Reinstated ☐Case Closed

| Count | Probation | Jail: ☐Cap ☐Stip. | Jail Type | Jail Susp. | Fine | Fine Susp. |
|---|---|---|---|---|---|---|
| 1 | ☐S/S ☐Sup. ☐Unsup. ___ Months | ___ Days / ___ Months | | ___ Days / ___ Months | $150.00 | $ |
| 2 | ☐S/S ☐Sup. ☐Unsup. ___ Months | ___ Days / ___ Months | | ___ Days / ___ Months | $ | $ |
| 3 | ☐S/S ☐Sup. ☐Unsup. ___ Months | ___ Days / ___ Months | | ___ Days / ___ Months | $ | $ |

Probation concurrent with _____ PSC: ___ days. Balance: ___ days. ☐Consecutive Jail ☐Jail concurrent with: ____
Report for Jail Sentence to: ☐Larimer County Jail on __/__/__ @ ____ am/pm ☐Remanded
☐ASD/EHM to begin jail sentence on __/__/__ @ ____ am/pm
☐ASD to attend orientation and get start date by __/__/__ @ 8:00 am
☐Authorized to serve jail in Community Corrections/Department of Corrections

**EXHIBIT T**
Case No. 22-CV-01983-SKC

Community Service: Defendant to perform ____ hours of community service and provide proof within ____ _____
Program(s)/Class(es) Ordered: ☐Victim Impact Panel and ☐ _____ to be completed within ____ months.
Evaluations & Treatment Ordered: ☐Alcohol/Drug ☐Domestic Violence ☐Mental Health ☐Sex Offender
Additional Terms & Conditions: ☐NO Alcohol/NO Drugs ☐NO (Rec) Marijuana ☐NO (Med) Marijuana ☐Monitored Sobriety
In addition to Court Fees & Costs the Defendant will be responsible for: ☐Breath/Blood Test $____ ☐Costs of Pros. $____
Restitution: ☐Reserved for 91 or ____ days ☐Defendant stipulates to liability. ☐Stipulated in the amount of $____

**NOTES:**

Pursuant to C.R.S. 18-1-1001, there is a **MANDATORY PROTECTION ORDER** with the listed persons:

☐ If checked, there is also a **NO CONTACT ORDER**

The only forms of contact allowed under the no contact order: ☐ Electronic (telephone, text, email, social media) ☐ Writing (letter/Postal) ☐ Public Location ☐ Adult 3rd Party Present ☐ Public Location w/ Adult 3rd Party Present ☐ Other: _____

☐ Further modifications of the no contact order will require no less than 4 DV therapy sessions with a supporting letter of active engagement by therapist and a Probation memo indicating full compliance with probation terms.

**Unless otherwise noted, the following conditions apply to the sentence:**

1) Defendant is to report to Probation no later than the next business day.
2) As a condition of any sentence the Defendant must remain law abiding.
3) All suspended jail and fines are suspended for the period of probation on the condition the Defendant complies with probation.
4) All sentences to supervised probation require the Defendant to comply with the standard terms and conditions of probation.
5) Probation in this case is concurrent with probation in any other open cases.
6) Sentences to driving while intoxicated, traffic misdemeanors, and infractions have DMV consequences which the Defendant is acknowledging.
7) Previously completed terms will be credited to the Defendant with Probation approval.
8) Supervised probation may convert to unsupervised with court approval when terms and conditions have been timely and successfully completed.
9) Probation may be transferred to another jurisdiction if Defendant qualifies and the transfer is approved by Probation.
10) All jail is ordered as straight time. If alternative jail is authorized and Defendant fails to comply, balance of jail will be served as straight time and could subject the Defendant to a probation revocation.
11) Defendant has the right to seek review of the conviction and the sentence.
12) Pursuant to C.R.S. 16-2-114(1) if the Defendant wishes to appeal, the Defendant must file Notice of Appeal within 35 days.
13) If the plea is being entered subject to a plea agreement, the Defendant is waiving Rule 35(b) rights unless stipulated otherwise by both parties.
14) By entering into this agreement, the Defendant acknowledges that he or she is fully aware of all potential immigration consequences that may result from this plea.

**IMMEDIATELY** present this form to the Clerk's office for payment of fines and costs. These amounts are due at the time of sentencing. If you cannot afford to pay them in full, you must set up a payment plan with the collections clerk and be subject to a collection service fee. The Probation Department will furnish you with a written statement of conditions of probation.

**TOTAL AMOUNT DUE: $_____** Includes: Court Fees, Court Costs, Surcharges, Restitution and Fines.

The Defendant agrees to promptly advise the court in writing of any address changes; otherwise, all notices shall be sent to the Defendant at the address given below:

| Defendant (signature) | 3705 S. Ocean Crest | Santa Ana | CA | 92704 | 9702172722 |
|---|---|---|---|---|---|
| Defendant | Mailing Address (Include Apt/Unit #) | City | State | Zip | Defendant's Phone |

Defense Counsel, Reg. # _____ #42077

Gregory K. Biggers
Deputy District Attorney

11.23.20
Date

The above plea agreement and disposition with the changes as noted and the open terms as specified is hereby approved as an Order of the Court.

Judge

November 23, 2020
Date

Rev. 112219

**MISDEMEANOR** STATE OF COLORADO, LARIMER COUNTY COURT    CASE NO. 20M1986

### ADVISEMENT OF RIGHTS PURSUANT TO COLORADO REVISED STATUTES § 16-7-207 AND COLORADO RULES OF CRIMINAL PROCEDURE 5 & 11

**You are advised you have the following rights:**    DATE FILED: November 23, 2020 9:48 AM

1. You need make no statement, and any statement made can and may be used against you.
2. You have the right to counsel. If you are an indigent person, you may make application for a court-appointed attorney, and if the possible penalties in your case include jail, you will be assigned counsel as provided by law or applicable rule of criminal procedure.
3. Any plea you make must be voluntary on your part and not the result of undue influence or coercion on the part of anyone.
4. You have the right to a jury trial if the possible penalties include jail or a fine of more than $500.00.
5. You have the right to plead guilty, not guilty or nolo contendere.
6. You have the right to have your case heard by a County Court Judge.

**You are further advised:**

7. If you are a Veteran of the US Armed Services, assistance may be available through the Veteran's Administration.
8. You may opt-in to receive text notification of your court dates using JDF-18.

I acknowledge that I have read and understand the above advisement, that I am the named Defendant in this case, and that this is my true name.

Name (Print): Anna Kruger    Birthdate: [Personal Identifying Information]    Years of Schooling: 17

Signature: [signature]    Date: 11/22/2020

**If you plead "Guilty" or "Nolo Contendere" then you are stating the following to the court:**

1. That you understand the nature of each charge, the elements of each offense to which you are pleading, and the effects of your plea(s).
2. That your plea(s) are knowing and voluntary and not the result of undue influence or coercion on the part of anyone.
3. That you understand the right to trial by jury, and that you are waiving the right to trial by jury on all issues.
4. That you understand the possible penalty or penalties for each offense to which you plead.
5. That you understand that the court will not be bound by any representations made to you by anyone concerning the penalty to be imposed or the granting or the denial of probation, unless such representations are included in a formal plea agreement approved by the court and supported by the findings of the presentence report, if any.
6. That there is a factual basis for your plea, or that you are waiving a factual basis for the plea as a result of a plea agreement.
7. That if you enter your plea(s) before a Magistrate, you are waiving your right to have your case heard by a County Court Judge.
8. That if you are not an American Citizen, you understand that entry of a plea may affect your immigration status. That you understand that the immigration consequences resulting from a guilty plea to a deferred sentence may remain despite the subsequent withdrawal of that guilty plea and the dismissal of the charges with prejudice.

### PLEA OF GUILTY

I acknowledge that I have read Section  N/A  and the possible penalties for that offense on the reverse side of this form, that I understand the nature of the charge, the elements of the offense and the possible penalty or penalties, that I am knowingly and voluntarily waiving all my rights described in this advisement form by entering a plea of guilty, that I understand the Court is not bound by any representations made to me concerning the penalty to be imposed, that I stipulate to a factual basis for the plea or waive a factual basis.

I hereby enter a plea of guilty/nolo contendere to the charge(s) of:  Unlawful Fireworks Possession (M3)

Signature: [signature]    Date: 11/22/2020

Misd 5&11 rev. 2020-08

**TABLE 1: Misdemeanor & Petty Offense Possible Penalties**

| CLASS | MINIMUM SENTENCE | MAXIMUM SENTENCE |
|---|---|---|
| 1 Misdemeanor | 6 months imprisonment, or $500 fine, or both | 18 months imprisonment, or $5,000 fine, or both |
| ***Extraordinay Risk Misdemeanor |  | 24 months imprisonment, or $5,000 fine, or both |
| 2 Misdemeanor | 3 months imprisonment, or $250 fine, or both | 12 months imprisonment, or $1,000 fine, or both |
| 3 Misdemeanor | $50 Fine | 6 months imprisonment, or $750 fine, or both |
| 1 Petty Offense | 0/$0 | 6 months imprisonment, or $500 fine, or both |

**SECTION A. HARASSMENT §18-9-111(1), C.R.S.** A person commits harassment if, with intent to harass, annoy, or alarm another person, he or she (a) strikes, shoves, kicks, or otherwise touches a person or subjects him to physical contact; or (b) in a public place directs obscene language, or makes an obscene gesture to or at another person; or (c) follows a person in or about a public place; or (d) Repealed; or (e) initiates communication with a person, anonymously or otherwise by telephone, computer, computer network, or computer system in a manner intended to harass or threaten bodily injury or property damage, or makes any comment, request, suggestion, or proposal by telephone, computer, computer network, or computer system that is obscene; or (f) makes a telephone call or causes a telephone to ring repeatedly, whether or not a conversation ensues, with no purpose of legitimate conversation; or (g) makes repeated communications at inconvenient hours that invade the privacy of another and interfere in the use and enjoyment of another's home or private residence or other private property; or (h) repeatedly insults, taunts, challenges, or makes communications in offensively coarse language to another in a manner likely to provoke a violent or disorderly response. Harassment as described is a class 3 misdemeanor, except that harassment is a class 1 misdemeanor if the offender commits harassment with the intent to intimidate or harass another person because of that person's actual or perceived race, color, religion, ancestry, or national origin.

**SECTION B. THEFT §18-4-401(1), C.R.S.** A person commits theft when he or she knowingly obtains, retains or exercises control over anything of value of another without authorization, or by threat or deception, or receives, loans money by pawn or pledge, or disposes of anything of value or belonging to another that he or she knows or believes to have been stolen, and: (a) intends to deprive the other person permanently of the use or benefit of the thing of value; (b) knowingly uses, conceals, or abandons the thing of value in such manner as to deprive the other person permanently of its use or benefit; (c) uses, conceals, or abandons the thing of value intending that such use, concealment, or abandonment will deprive the other person permanently of its use or benefit; (d) demands any consideration to which he or she is not legally entitled as a condition of restoring the thing of value to the other person; or (e) knowingly retains the thing of value more than seventy-two hours after the agreed upon time of return in any lease or hire agreement. Theft is described as a class 1 petty offense if the value of the thing involved is less than $50.00; a class 3 misdemeanor if the value of the thing involved is $50.00 or more but less than $300.00; a class 2 misdemeanor if the value of the thing involved is $300.00 or more but less than $750.00; a class 1 misdemeanor if the value of the thing involved is $750.00 or more but less than $2000.00.

**SECTION C. THIRD DEGREE ASSAULT §18-3-204, C.R.S.** A person commits the crime of assault in the third degree if he knowingly or recklessly causes bodily injury to another person or with criminal negligence he causes bodily injury to another person by means of a deadly weapon. Assault in the third degree is a class 1 misdemeanor.

**SECTION D. DISORDERLY CONDUCT §18-9-106, C.R.S.** A person commits disorderly conduct if he or she intentionally, knowingly, or recklessly: (a) makes a coarse and obviously offensive utterance, gesture, or display in a public place and the utterance, gesture, or display tends to incite an immediate breach of the peace; or (b) Deleted; or (c) makes unreasonable noise in a public place or near a private residence that he has no right to occupy; or (d) fights with another in a public place except in an amateur or professional contest of athletic skill; or (e) not being a peace officer, discharges a firearm in a public place except when engaged in lawful target practice or hunting; or (f) not being a peace officer, displays a deadly weapon, displays any article used or fashioned in a manner to cause a person to reasonably believe that the article is a deadly weapon, or represents verbally or otherwise that he or she is armed with a deadly weapon in a public place in a manner calculated to alarm. An offense under subsections (a) to (c) is a class 1 petty offense; an offense under subsection (d) is a class 3 misdemeanor; an offense under subsection (e) or (f) is a class 2 misdemeanor.

**SECTION E. CRIMINAL MISCHIEF §18-4-501, C.R.S.** A person commits criminal mischief when he or she knowingly damages the real or personal property of one or more other persons, including property owned by the person jointly with another person or property owned by the person in which another person has a possessory or proprietary interest, in the course of a single criminal episode. Criminal Mischief is, when the aggregate damage to real or person property is: Less than $300 a class 3 misdemeanor, $300 or more but less than $750 a class 2 misdemeanor, $750 or more but less than $1,000 a class 1 misdemeanor.

**SECTION F. RESISTING ARREST §18-8-103, C.R.S.** A person commits resisting arrest if he knowingly prevents or attempts to prevent a peace officer, acting under color of his official authority, from effecting an arrest of the actor or another by (a) using or threatening to use physical force or violence against the peace officer or another; or (b) using any other means which creates a substantial risk of causing bodily injury to the peace officer or another. Resisting arrest is a class 2 misdemeanor.

**SECTION G. OBSTRUCTING A PEACE OFFICER, §18-8-104, C.R.S.** A person commits obstructing a peace officer when, by using or threatening to use violence, force, physical interference, or an obstacle, such person knowingly obstructs, impairs, or hinders the enforcement of the penal law or the preservation of the peace by a peace officer, acting under color of his or her official authority. Obstructing a peace officer is a class 2 misdemeanor.

**SECTION H. OBSTRUCTING GOVERNMENT OPERATIONS §18-8-102, C.R.S.** A person commits obstructing government operations if he intentionally obstructs, impairs, or hinders the performance of a governmental function by a public servant, by using or threatening to use violence, force or physical interference or obstacle. Obstructing government operations is a class 3 misdemeanor.

Misd 5&11 rev. 2020-08