STATE OF COLORADO)
                 ) ss.
COUNTY OF LARIMER)

### AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, __Jason Haferman__ (Peace Officer), being duly sworn upon oath, says that there is probable cause for the warrantless arrest of, __Anna Kruger__ (Arrestee), __Personal Identifying__ (Date of Birth) for the crime(s) stated, and that the following facts are true and correct upon best knowledge, information, and belief:

AGENCY- ( )-LCSO  ( )-CSP  (X)-FCPD  ( )-LPD  ( )-BPD  ( )-EPPD   ( )-CSUPD  ( )-USM  ( )-OTHER

Arresting Officer (Print Name & Number): __J. Haferman FC347__

| CHARGE DESCRIPTION | CRS CITATION | CLASS |
|---|---|---|
| Disorderly Conduct | 18-9-106(1a) | PO |
| Resisting Arrest | 18-8-103(1a) | M2 |
| - | - | - |
| - | - | - |

Agency Case Number: __20-9884__
Arrest Date: __8/8/20__
Arrest Time: __1556__

The facts establishing probable cause for arrest are that on __8/8/20__ (Date) at __1556__ (Time), in the County of Larimer, State of Colorado, at __2221 S. Timberline Rd.__ (Address/Place/Location) the following criminal activity occurred: __Anna Kruger was observed by multiple officers fighting in public. Kruger resisted arrest when she was contacted by police.__

KELLY TERESA McELVAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20184000104
MY COMMISSION EXPIRES 1-2-2023

Peace Officer – Affiant: _____
Subscribed and sworn to before me this __5__ day of __August__, __2020__
Notary Public: __Kelly Teresa McE__    Commission Expires: __01-02-2023__

### PROBABLE CAUSE DETERMINATION BY THE COURT

_____ The Court finds probable cause for a warrantless arrest.  _____ The Court finds no probable cause for a warrantless arrest.

Judge: _____    Date and Time: _____

LCSO/D-156 (04/00) (4 PART)

**EXHIBIT U**
Case No. 22-CV-01983-SKC

OFFICERS_00103