**EXHIBIT V**

Case No. 22-CV-01983-SKC

STATE OF COLORADO)
) ss.
COUNTY OF LARIMER)

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, __Christopher Young__ (Peace Officer), being duly sworn upon oath, says that there is probable cause for the warrantless arrest of, __Michael Brian Townley__ (Arrestee) __[Personal Identifying Information]__ (Date of Birth) for the crime(s) stated, and that the following facts are true and correct upon best knowledge, information, and belief:

AGENCY- ( )-LCSO ( )-CSP (✓)-FCPD ( )-LPD ( )-BPD ( )-EPPD ( )-CSUPD ( )-USM ( )-OTHER

Arresting Officer (Print Name & Number): __Christopher Young, FC351__

| CHARGE DESCRIPTION | CRS CITATION | CLASS |
|---|---|---|
| Disorderly Conduct | 18-9-106(1)(a) | m3 |

Agency Case Number: 20-7884
Arrest Date: 08/08/20
Arrest Time: 1606

The facts establishing probable cause for arrest are that on __08/08/20__ (Date) at __1606__ (Time), in the County of Larimer, State of Colorado, at __S. Timberline Rd / Nancy Grey Ave, Fort Collins, CO, 80525__ (Address/Place/Location) the following criminal activity occurred: __Michael Brian Townley was participating in a protest at S. Timberline Rd / Nancy Grey Ave. Michael was observed by officers engaging in a physical fight with other protestors. Michael was detained, arrested, and medically cleared. Michael was transported to Larimer County Detention Center and booked without incident.__

KELLY TERESA McELVAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154000104
MY COMMISSION EXPIRES 1-2-2023

Peace Officer – Affiant: _[signature]_

Subscribed and sworn to before me this __8__ day of __August__, __2020__

Notary Public: _[signature]_  Commission Expires: __01-02-2023__

### PROBABLE CAUSE DETERMINATION BY THE COURT

____ The Court finds probable cause for a warrantless arrest.  ____ The Court finds no probable cause for a warrantless arrest.

Judge: _____  Date and Time: _____

LCSO/D-156 (04/00) (4 PART)

OFFICERS_00102