IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, and ANNA KRUGER;
    Plaintiff,

v.

BRIAN MALLORY, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
    Defendants.

**DEFENDANTS' NOTICE OF CONVENTIONALLY SUBMITTED MATERIAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants, Brian Mallory, Daniel Netzel, and Jared Robertson, by and through their undersigned counsel, Hall & Evans, LLC, and pursuant to ECF Procedure 4.8(f)(1) and (2), hereby provides notice that a copy of the conventionally submitted materials, identified in their Motion for Summary Judgment filed herewith, as Exhibits G, I, J, L, R and S, are being delivered via hand delivery to the Chambers of Judge Kato Crews at the Byron Rogers United States Courthouse, C250, Courtroom C201.

Respectfully submitted this 18th day of April 2024.

    s/ *Mark S. Ratner*
    Mark S. Ratner, Esq.
    Andrew D. Ringel, Esq.
    Katherine N. Hoffman, Esq.
    Hall & Evans, L.L.C.
    1001 17th Street, Suite 300, Denver, CO 80202
    303-628-3300 /Fax: 303-628-3368
    ratnerm@hallevans.com
    ringela@hallevans.com
    hoffmank@hallevans.com

          **Attorneys for Defendants Brian Mallory,**
          **Daniel Netzel, and Jared Robertson**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 18th day of April 2024, a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF CONVENTIONALLY SUBMITTED MATERIAL IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

          *s/ Sarah Stefanick*