

# Transcript of Anna Kruger

**Date:** June 12, 2023
**Case:** Townley, et al. -v- Mallory, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF COLORADO

3    Civil Action No. 1:22-CV-01983-SKC

4    --------------------------X

5    MICHAEL PIPER TOWNLEY,        :

6    ANNA KRUGER, and JOSHUA       :

7    DELEON,                       :

8            Plaintiffs,           :

9        v.                        :

10   BRIAN MALLORY, in his         :

11   individual capacity,          :

12   et al.,                       :

13           Defendants.           :

14   --------------------------X

15

16                    DEPOSITION

17                   ANNA KRUGER

18                CONDUCTED VIRTUALLY

19              MONDAY, JUNE 12, 2023

20                  9:25 a.m. MST

21

22

23   Job No.:  494436

24   Pages 1 - 191

25   Reported by:  APRIL REID

```
1            Deposition of ANNA KRUGER held virtually.

2    All appeared remotely.

3

4                A P P E A R A N C E S

5

6            ON BEHALF OF THE PLAINTIFFS:

7            EDWARD MILO SCHWAB, ESQ.

8            ASCEND COUNSEL, LLC

9            3000 Lawrence Street

10           Denver, CO

11           (303) 888-4407

12

13           ON BEHALF OF DEFENDANT JASON HAFERMAN:

14           JONATHAN M. ABRAMSON, ESQ.

15           KISSINGER & FELLMAN, P.C.

16           3773 Cherry Creek North Drive

17           Suite 900

18           Denver, CO  80209

19           (303) 320-6100

20

21

22

23

24

25
```

1                   A P P E A R A N C E S   cont'd

2

3            ON BEHALF OF DEFENDANTS BRIAN MALLORY,

4    ETHAN VANSICKLE, DANIEL NETZEL, JARED ROBERTSON,

5    JOE SCHILZ and CHRISTOPHER YOUNG:

6            MARK S. RATNER, ESQ.

7            HALL & EVANS, L.L.C.

8            1001 17th Street

9            Suite 300

10           Denver, CO  80202

11           (303) 628-3300

12

13           ALSO PRESENT:

14           JOHN DUVAL, City of Fort Collins

15

16

17

18

19

20

21

22

23

24

25

```
 1                            I N D E X

 2

 3    ANNA JOY KRUGER                                PAGE

 4    Examination by Mr. Ratner                         5

 5    Examination by Mr. Abramson                     185

 6    Examination by Mr. Schwab                       188

 7

 8                         E X H I B I T S

 9    NUMBER               DESCRIPTION               PAGE

10    Exhibit 1        Axon Body 3 Video             128

11                     2020-08-08_1554_FC371

12    Exhibit 2        Video produced by plaintiff   129

13                     as Townley 24

14       (Exhibits retained by agreement of all parties.)

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S

 2   THEREUPON:

 3                ANNA JOY KRUGER

 4        being first duly sworn or affirmed to

 5      testify to the truth, the whole truth, and

 6      nothing but the truth, was examined and

 7      testified as follows:

 8           THE COURT REPORTER:  Thank you.

 9           We may begin.

10                EXAMINATION

11   BY MR. RATNER:

12      Q.  Good morning, Ms. Kruger.  My name is

13   Mark Ratner and I am, of course, an attorney.  I

14   represent a number of defendants in a lawsuit that

15   you filed.  I'm going to ask you some questions

16   about that lawsuit, some background questions,

17   things of that nature.

18           Have you ever had your deposition taken

19   before?

20      A.  No.

21      Q.  Oh.  So there are some ground rules that

22   I want to go over; hopefully, to make the process

23   go a little smoother; hopefully, a little quicker.

24           The first question is please answer

25   verbally.  Don't shake your head or shrug your
```

1    shoulders or go uh-huh or uh-uh, as the court

2    reporter is taking down everything that we say and

3    she might misrepresent what you mean.  Okay?

4         A.   Okay.

5         Q.   Good.

6              The second ground rule is that if I ask

7    a question and you don't hear it or you don't

8    understand it, please let me know and I'll make it

9    so that you do hear it or you do understand it.

10   Okay?

11        A.   Okay.

12             I'm sorry about the cat.  He's a little

13   needy.

14        Q.   It's okay.

15             The third ground rule is that if you do

16   answer one of my questions, I'm going to assume

17   that you both heard it and understood it.  Is that

18   fair?

19        A.   Yes.

20        Q.   And the last ground rule:  Although you

21   may anticipate what my questions are going to be,

22   please wait until you think that I am done.  I

23   will do the same for you when you are answering a

24   question.  And that way there's only one of us

25   talking at a time.  Okay?

1      A.   Okay.

2      Q.   Good.

3           Where -- can I ask:  Where are you at

4  the moment?

5      A.   I am at a client's house, I'm cat

6  sitting.

7      Q.   Cat sitting.

8           Okay.  And your screen name when you

9  first logged on said "Wendy Kruger."  Is that your

10  client, I take it?

11      A.   No.  That's my mother.  I'm using her

12  computer.

13      Q.   Okay.  Is there anybody in the room with

14  you besides the feline?

15      A.   No.

16      Q.   Okay.  And do you have any notes or

17  anything in front of you with respect to today's

18  deposition?

19      A.   No.

20      Q.   Are you -- do you have a cell phone in

21  front of you?

22      A.   No.

23      Q.   All right.  Are you receiving any sort

24  of, you know, messages or notes or anything on the

25  computer that you have in front of you?

1          A.    No.

2          Q.    All right.  Did you do anything to

3    prepare for today's deposition?

4          A.    Yes.

5          Q.    And what did you do?

6          A.    Talked with my lawyer.

7          Q.    And can I ask:  When did you speak with

8    Mr. Schwab?

9          A.    Yesterday.

10         Q.    About how long did that conversation

11   take?

12         A.    Two hours.

13         Q.    And when you spoke with Mr. Schwab, was

14   there anybody in the room with you?

15         A.    No.

16         Q.    And was the conversation in person or

17   was it over video chat?

18         A.    It was over audio chat.

19         Q.    Okay.  All right.  And can you state

20   your full name, please.

21         A.    Anna Joy Kruger.

22         Q.    Did you say Joy?

23         A.    Yes.

24         Q.    J-O-Y?

25         A.    Yes.

1      Q.   Okay.  And have you ever been known by

2  any other names?

3      A.   No.

4      Q.   And what is your date of birth?

5      A.   April 5th, 1995.

6      Q.   And that would make you how old today?

7      A.   28.

8      Q.   And what is your current address?

9      A.   3705 South Ocean Crest, Santa Ana,

10  California 92704.

11      Q.   And how long have you lived at the Ocean

12  Crest avenue -- excuse me.  Strike that.

13           How long have you lived at the Ocean

14  Crest address?

15      A.   Nearly three years.  About

16  two-and-a-half, bordering on three.

17      Q.   So I'm going to refer throughout this

18  lawsuit as the "incident" which is the -- your

19  arrest and the -- and the protest in front of the

20  Fort Collins Police Station.  So if I say

21  "incident," can we just agree that's what I'm

22  referring to?

23      A.   Yes.

24      Q.   All right.  And the date of incident I

25  have is August 8th of 2020.  Does that sound right

1  to you?

2       A.   Yes.

3       Q.   And did you live at the Ocean Crest

4  address on August 8th of 2020?

5       A.   No, I did not.

6       Q.   Where -- okay.  Prior to Ocean Crest

7  address, where did you live?

8       A.   In Greeley, Colorado.

9       Q.   Do you remember the address?

10      A.   Yes.  It's 1716 14th Avenue, Greeley,

11 Colorado 80631.

12      Q.   Is that a house or an apartment?

13      A.   House.

14      Q.   And how long did you live on the -- or

15 at the 14th Avenue address?

16      A.   I believe two years.

17      Q.   All right.  Do you -- strike that.

18           On the day of the incident, did you live

19 in Greeley at the 14th Avenue address?

20      A.   Yes.

21      Q.   Okay.  And so you moved from Greeley to

22 Santa Ana, California?

23      A.   I'm sorry.  You froze.  Can you repeat

24 that.

25      Q.   Yeah.

1          So did you -- and I appreciate that.

2          So my question was:  You moved from the

3   Greeley address to the address in Santa Ana?

4          A.   Yes.

5          Q.   All right.  And there was no other

6   addresses in between?

7          A.   No.

8          Q.   Okay.  When -- well, when you said

9   "Ocean Crest," I was going to be shocked if there

10  was an Ocean Crest address in Colorado.  So

11  that's -- so that's good to know.

12         So do you live with anyone currently?

13         A.   Yes.

14         Q.   And who do you live with?

15         A.   My mother.

16         Q.   Okay.  And your mother's name is Wendy

17  Kruger?

18         A.   Yes.

19         Q.   And do -- all right.  In the -- well,

20  strike that.

21         From when you moved in to the Ocean

22  Crest address to the present period of time, have

23  you lived with anybody else besides your mother?

24         A.   No.

25         Q.   Has anybody else stayed at the Ocean

1    Crest address for the last three years since

2    you've been a resident there?

3        A.   Can I ask a clarification?

4        Q.   Yes.

5        A.   Do you mean as a guest or as a resident?

6        Q.   Well, longer than what a guest would

7    stay for.  Say, you know, three, four weeks.

8        A.   Then, no.

9        Q.   Okay.  So all you've had -- you've had

10   guests but you haven't had people actually live at

11   the Ocean Crest address; correct?

12       A.   Yes.

13       Q.   Okay.  And then the Greeley address, did

14   you live with anybody in the two years that you

15   lived there?

16       A.   My mother.

17       Q.   And same questions:  In the two years

18   that you lived on the 14th Avenue address, did you

19   live with anybody other than your mother?

20       A.   No.

21       Q.   And are you married?

22       A.   No.

23       Q.   Have you ever been married?

24       A.   No.

25       Q.   Do you have any children?

1          A.    I do not.

2          Q.    Do you -- do you have any brothers or

3     sisters?

4          A.    No, I do not.

5          Q.    All right.  So let me ask you about your

6     educational background.  Did you graduate high

7     school?

8          A.    Yes, I did.

9          Q.    And where did you go to high school?

10         A.    Fossil Ridge High School in Fort

11    Collins.

12         Q.    Did you grow up in Fort Collins?

13         A.    Primarily.

14         Q.    And do you have any post high school

15    education such as college?

16         A.    Yes.

17         Q.    Where did you go to college?

18         A.    The University of Northern Colorado for

19    my bachelor's degree.

20         Q.    Did you graduate from UNC?

21         A.    Yes, I did.

22         Q.    What year?

23         A.    2017.

24         Q.    And what was your bachelor's degree in?

25         A.    Psychology.

1        Q.    Hmm.  Do you have any other college

2    education besides what you received at University

3    of Northern Colorado?

4        A.    Yes.

5        Q.    What other college education do you

6    have?

7        A.    I am actively getting my master's

8    degree.

9        Q.    And what school are you going to?

10       A.    National University.

11       Q.    So I'm not familiar with National

12   University.  Is that in California?

13       A.    No.  It's an online school primarily.

14   They have campuses, but it's primarily online.

15       Q.    Okay.  So other than UNC and National

16   University, do you have any other college

17   education?

18       A.    No.

19       Q.    Do you have any other education, say,

20   for like a real estate license or continuing

21   education, anything like that?

22       A.    No.

23       Q.    All right.  Do you hold any

24   certifications?

25       A.    No.

1      Q.   I'm sorry?

2      A.   No.

3      Q.   Okay.  Your signal is coming in and out

4  a little bit, at least to me.  So if I ask you to

5  repeat my question, that means, obviously -- that

6  means I didn't hear you or I didn't get the

7  answer.  So technology's great until it's not.  So

8  just bear with us.

9           So you said you do not have any

10 certifications; correct?

11     A.   Correct.

12     Q.   All right.  Do you hold any licenses

13 other than driver's license?

14     A.   No.

15     Q.   Have you ever had any licenses, such as

16 a real estate license, broker's license, anything

17 like that?

18     A.   No.

19     Q.   Okay.  I'm not quite sure of the

20 licensing scheme for psychologists, but have you

21 ever -- I mean, have you ever been a licensed

22 psychologist?

23     A.   No.

24          My master's is in a different field.

25     Q.   Okay.  What are you -- what are you

1  taking your master's in?

2       A.   Elementary education with an emphasis in

3  social and emotional learning.

4       Q.   Okay.  And -- all right.  So you don't

5  have -- do you hold a driver's license?

6       A.   Yes.

7       Q.   Is it a California license?

8       A.   Yes, it is.

9       Q.   And have you ever held a Colorado

10 license?

11      A.   Yes, I did.

12      Q.   And you surrendered the Colorado license

13 when you moved to California?

14      A.   Yes.

15      Q.   Okay.  And you said you grew up in Fort

16 Collins.  Other than, you know, Colorado and now

17 California, have you ever lived in any other

18 states?

19      A.   No.

20      Q.   Do you have any medical training or

21 background?

22      A.   No.

23      Q.   Have you ever been trained as a EMT or a

24 medic?

25      A.   No.

1      Q.    Is your mom employed?

2      A.    Yes.

3      Q.    And what does she do?

4      A.    She works for Meta.

5      Q.    That's Meta, as like the Facebook Meta?

6      A.    Yes.

7      Q.    Okay.

8      A.    She's a constructor specifically.

9      Q.    Okay.  And can you just elaborate a

10    little bit.  What does she do for Meta?

11     A.    She works with their augmented reality

12    department.

13     Q.    Just so I know:  I'm speaking to you

14    live; right?  I mean, you're not augmented

15    reality?

16     A.    No.

17     Q.    Okay.  They're real.

18           Did she work for -- for Meta in --

19    strike that.

20           Did she work for Meta when the two of

21    you lived in Colorado?

22     A.    No.

23     Q.    Did she do the same type of work when

24    the two of you lived in Colorado roughly?

25     A.    Yes.  She works in the field of

1    taxonomy.  So varying roles within that field.

2         Q.   And what is taxonomy?

3         A.   That's a great question.  I don't --

4    she's tried to explain it to me.  I don't

5    understand it.

6         Q.   Okay.

7         A.   The best way she explains it is

8    connecting keywords to searches and making it all

9    fit together somehow.

10        Q.   Okay.  Do you know, does she have any

11   medical background or training?

12        A.   No.

13        Q.   And are you currently employed?

14        A.   Yes.

15        Q.   And where do you work?

16        A.   Walt Disney Company.

17        Q.   And what do you do at Walt Disney?

18        A.   I work in Disneyland.

19        Q.   And what do you do at Disneyland?

20        A.   I work in attractions, so ride

21   operations.

22        Q.   So you -- so if somebody goes to

23   Disneyland say, like, to It's a Small World, the

24   people who direct people into the rides themselves

25   and make them go, that's -- is that generally what

1   you do?

2         A.    Yes.

3         Q.    Okay.  And how long have you worked

4   at -- strike that.

5               How long have you worked for Walt Disney

6   Company?

7         A.    Since July of last year.

8         Q.    July 2022?

9         A.    Yes.

10        Q.    Okay.  So almost a year?

11        A.    (Nods head).

12        Q.    All right.  Prior to -- well -- and

13  during that -- since July of 2020 have you always

14  worked at Disneyland?

15        A.    No.

16              Well, can you repeat the question.

17        Q.    Sure.

18              If I understand your testimony

19  correctly, you said you worked -- you've worked

20  for Walt Disney Company since July of 2022;

21  correct?

22        A.    Yes.  That's correct.

23        Q.    All right.  And then you also testified

24  that you currently work at Disneyland.

25              So my question is:  Have -- have you

1   always worked at Disneyland since being employed

2   with the Walt Disney Company?

3       A.   Yes.  That is the only position I've

4   held with the Walt Disney Company.

5       Q.   Okay.  Prior to working at the Walt

6   Disney Company, where did you work?

7       A.   I work for Irvine Unified School

8   District.

9       Q.   Did you say Irvine?

10      A.   Yes.

11      Q.   And what did you do for Irvine Unified

12  School District?

13      A.   Well, generally, I was a one-to-one

14  theater interventionist and then I was promoted to

15  a classroom theater interventionist.

16      Q.   Are you still employed with Irvine

17  Unified School District?

18      A.   No, I'm not.

19      Q.   So you didn't leave just because of the

20  summertime?

21      A.   No.

22      Q.   All right.  Were you an actual employee

23  or were you more of an independent contractor for

24  Irvine?

25      A.   I was an employee.

1       Q.    How long did you work for Irvine Unified

2   School District?

3       A.    Two years.  Two full school years.

4       Q.    So my math may be a little off, but when

5   you moved to -- about the time you moved to

6   California, you started working at Irvine Unified

7   School District.  Is that -- is that fair?

8       A.    Yes.  I had the job prior to moving.  I

9   had interviewed and then I accepted and moved.

10      Q.    And since you have lived at California,

11  have you been employed at any other places other

12  than Disney -- Walt Disney Company and Irvine

13  Unified School District?

14      A.    Yes.  I'm an independent contractor

15  through Rover.

16      Q.    And I'm sorry, did you say Roker [sic]?

17      A.    Rover, R-O-V-E-R.

18      Q.    And what is -- what is Rover?

19      A.    It's a pet sitting pet care app.

20      Q.    Okay.  And that's what you're doing

21  today?

22      A.    Yes.

23      Q.    Okay.  Any other jobs other than what

24  we've talked about so far with respect to when you

25  moved to California?

1      A.   No.

2      Q.   Okay.  Do you need to address the

3 feline?

4      A.   He's chewing my charger.

5      Q.   Oh, is he?  Well, hopefully he's got

6 nine lives.

7           All right.  Why did you leave Irvine

8 Unified School District?

9      A.   I wanted to get my master's degree and

10 figured I needed a less stressful job while doing

11 so.

12     Q.   Okay.  So you voluntarily left Irvine?

13     A.   Yes.

14     Q.   Did you have any issues doing your job

15 at Irvine Unified School District?

16     A.   Not at all.

17     Q.   Did you have any -- and I should have

18 clarified:  Did you have any problems emotionally

19 doing your job at Irvine Unified School District?

20     A.   No.

21     Q.   Okay.  Do you have -- did you have any

22 problems physically doing your job at Irvine?

23     A.   No.

24     Q.   Do you have any problems emotionally

25 with respect to your job at Disneyland or doing

1  your job at Disneyland?

2      A.    No.

3      Q.    And what about physically, do you have

4  any physical limitations or problems doing your

5  job at Disneyland?

6      A.    I have asthma so evacuations are never

7  fun, but that's about it.

8      Q.    And what's your favorite ride at

9  Disneyland?

10     A.    Haunted Mansion.

11     Q.    Okay.  That's a good answer.

12           Going back to Irvine Unified School

13 District, you didn't have any work restrictions

14 with respect to your employment there; correct?

15     A.    Correct.

16     Q.    All right.  And do you -- and the same

17 is true with Disneyland, you don't have any work

18 restrictions; correct?

19     A.    Correct.

20     Q.    Okay.  All right.  So prior to moving to

21 California, where did you work?

22     A.    I worked at Madison Elementary in

23 Greeley.

24     Q.    And how long did you work at Madison

25 Elementary?

1      A.   Two years.

2      Q.   Two full school years?

3      A.   Two full school years.

4      Q.   And can you give me the dates that

5  you -- that you started and ended?

6      A.   I can give approximate dates.  Does that

7  help?

8      Q.   Sure.  That's fine.  Whatever you can

9  give.

10     A.   August of 2018 through June of 2022

11 [sic].

12     Q.   And why did you leave Madison Elementary

13 school?

14     A.   Well, partially because I was moving,

15 but also it was very emotionally draining.

16     Q.   What did you do at Madison?

17     A.   I was an instructional aide in a

18 moderate effective behavior special education

19 class.

20     Q.   And to work at a school in Colorado, do

21 you -- didn't -- you don't need -- well, strike

22 that.

23          In the job that you did while working at

24 a school in Colorado, you didn't need any specific

25 certification or licensure from the state; is that

1    correct?

2         A.    That is incorrect.

3              I did get crisis prevention and

4    intervention certified but that was specific to

5    that job in that district so it expired once I

6    resigned.

7         Q.    You said specific to that district.  So

8    it was through -- was it the Greeley school

9    district?

10        A.    All County District 6.

11        Q.    All County.  Okay.

12              Were there any other certifications that

13   were required?

14        A.    When I was a behavior interventionist in

15   Irvine, I was CA ASC certified; and specifically

16   to the school district; and it expired once I

17   resigned.

18        Q.    In working for the Irvine Unified School

19   District, did you work for a specific school?

20        A.    Yes.  Two schools.

21        Q.    And what were those schools?

22        A.    When I was a one to one, I was at

23   College Park Elementary and when I was a class

24   behavior interventionist I was at Greentree

25   Elementary.

1      Q.    Did you say Greentree Elementary?

2      A.    Yes.  All one word, Greentree.

3      Q.    Okay.  Did you work at Madison

4    Elementary School at the time of the incident?

5      A.    No.  I had already resigned.

6      Q.    Okay.  All right.  I see what you're

7    saying.

8            So at the time of the incident were you

9    working at all?

10     A.    No.  I had been hired through IUSD but

11   not actively employed yet.

12     Q.    Were you getting ready to move to

13   California?

14     A.    Yes.

15     Q.    And you said you left Madison Elementary

16   School partly because it was emotionally draining;

17   correct?

18     A.    Correct.

19     Q.    And why was it emotionally draining?

20     A.    We were very understaffed for the amount

21   of needs our students needed.

22     Q.    All right.  And did you express to

23   anybody at Madison Elementary or the All County

24   School District that you felt the job was

25   emotionally draining?

1        A.    Yes.

2        Q.    And anybody in particular?

3        A.    Yes.  Our special education coordinator.

4        Q.    And what was that person's name?

5        A.    Nyla.

6        Q.    Do you know how to spell that?

7        A.    N-Y-L-A.

8        Q.    And do you know Nyla's last name?

9        A.    If I remember correctly, I think it was

10   Buffington.

11        Q.    Okay.  And you left Madison -- strike

12   that.

13             You left the All County School District

14   voluntarily; correct?

15             You weren't terminated, then?

16        A.    Correct.

17        Q.    And did you have any problems doing your

18   job at Madison Elementary School either

19   emotionally or physically?

20        A.    No.

21        Q.    All right.  And then prior to Madison

22   Elementary School, where did you work?

23        A.    Wesleyan Church.  I worked there for

24   seven years.

25        Q.    Okay.  And was this a specific church?

1       A.    Yes.

2       Q.    And where were they located?

3       A.    In Greeley.

4       Q.    And what did you do for the Wesleyan

5    Church?

6       A.    I was a lead classroom teacher.

7       Q.    And is there a -- it sounds like your

8    passion is teaching generally?

9       A.    Yes.

10      Q.    Is there a reason why you sought a

11   psychology degree at UNC as opposed to a teaching

12   degree?

13      A.    Yes.  I love learning about things that

14   are divergent from the stereotypical norm and

15   psychology fulfilled that need.

16      Q.    You -- other than going to Disneyland,

17   do you have any hobbies?  Strike that.  I would

18   consider it a hobby.

19            Do you have any hobbies?

20      A.    Going to Disneyland.

21      Q.    Okay.  Do you go to Disneyland in your

22   free time?

23      A.    Yes.

24      Q.    What other things do you like to do?

25      A.    Movies.  I love movies.

1      Q.   You know, California tends to have some

2   really good weather.  Do you go outside and hike

3   or boat or anything like that?

4      A.   I go to the beach occasionally, but it's

5   been really gloomy, so.

6      Q.   I've heard.

7           What about when you were in Colorado,

8   did you ever take advantage of when we had nice

9   weather?  Did you ever ski, you know, mountain

10  climb, stuff like that?

11     A.   Yeah.  I used to go on the occasional

12  hike.

13     Q.   Right.

14          And was it a 14er or was it more like a

15  trail?

16     A.   More like a trail.  Definitely not a

17  14er.

18     Q.   Did you -- when you lived in Colorado,

19  did you ever go to Disneyland for like a trip or

20  vacation?

21     A.   Yes.  That's how I fell in love with it.

22     Q.   Okay.  And when was the last time you

23  had visited Disneyland before moving to

24  Colorado -- or California?

25     A.   Oh, gosh.  I think 2019.

1        Q.    Okay.  And have you ever been do Disney

2   World?

3        A.    No, I have not.

4        Q.    Okay.  I like Disneyland better, just as

5   a FYI.

6        A.    Good choice.

7        Q.    Do you play any -- well, strike that.

8             I don't know the proper terminology but

9   obviously at Disneyland there's characters, right.

10  There's Cinderella, and that type of stuff.  Do

11  you -- have you ever done any of those jobs?

12       A.    No, I have not.

13       Q.    Have you ever applied to do any of those

14  jobs?

15       A.    Not yet.

16       Q.    Do you have -- do you think that's

17  something you would like to do?

18       A.    I would like to apply.

19       Q.    All right.  Have you ever missed work at

20  Disneyland for -- for any reasons related to the

21  lawsuit that we're here about today?

22       A.    No.

23       Q.    Have you ever missed work in general for

24  any reasons related to the lawsuit that we're here

25  about today?

1        A.   No.

2        Q.   And as a teacher, do you like to read or

3   is that something you could -- you know, you could

4   take it or leave?

5        A.   I used to love it.  Not so much right

6   now.

7        Q.   Okay.  You're probably pretty busy with

8   your degree, getting your master's degree, I

9   imagine?

10       A.   Very much.

11       Q.   How many hours a week do you currently

12   work at Disney?

13       A.   Around 30 on average.

14       Q.   Is that considered full time?

15       A.   No.  It's part time.

16       Q.   And then how many hours a week do you

17   think you spend going to school, you know, online?

18       A.   Probably two hours a day, so 14 hours a

19   week.

20       Q.   And then -- so that's about -- that's 44

21   hours a week of you doing things.  Do you still

22   find time to do -- like go to the movies, maybe go

23   to the beach occasionally, things like that?

24       A.   Very rarely.

25            Rover adds into that, too.

1     Q.   Oh, yeah.

2         With Rover, do you have -- is there a

3 specific pet that you like to baby-sit or --

4 excuse me, pet sit or you just sit whoever's --

5 whatever's available?

6     A.   Both.  I have people who request me a

7 lot, repeat clients and then I'll have random

8 requests pop in every now and then.  I have

9 favorites, but...

10    Q.   But in terms of pet sitting, do you

11 prefer sitting cats as opposed to dogs or

12 parakeets?

13    A.   I'm a cat person, but I love them both,

14 so.

15    Q.   Okay.  Have you ever lost any income in

16 any way stemming from the lawsuit that we're here

17 about today?

18    A.   No.

19    Q.   Other than the incident that we're here

20 about today, have you ever been arrested?

21    A.   Yes.

22    Q.   And how many times?

23    A.   Just once.

24    Q.   So maybe my question wasn't too clear.

25        You were arrested on August 8th of 2020;

1    correct?

2         A.    Correct.

3         Q.    And is that -- have you been arrested on

4    a time other than August 8th, 2020?

5         A.    Yes.  One additional time.

6         Q.    Okay.  So two -- so you've been arrested

7    twice?

8         A.    Yes.

9         Q.    And -- okay.  And when was the other

10   arrest?

11        A.    March 14th, 2017.

12        Q.    And where was that, in Colorado?

13        A.    Presidio County, Texas.

14        Q.    And what were you arrested for?

15        A.    Can I ask a clarifying question?

16        Q.    Sure.

17        A.    Do you mean what are my charges?

18        Q.    Well, I guess we can break it down.

19              Initially, when you were arrested, what

20   were they arresting you for?

21        A.    In terms of activity?

22        Q.    Right.

23              When the police officer arrested you,

24   did they say, "I'm arresting you for" X?

25        A.    Locking down into a pipeline.

1    Q.   You were protesting?

2    A.   Yes.

3    Q.   And ultimately, what did they charge you

4  with, trespassing?

5    A.   Initially trespassing and criminal

6  mischief.

7    Q.   Those -- were those both misdemeanors?

8    A.   No.

9    Q.   They were felonies?

10    A.   The misdemeanor was trespassing; the

11  felony originally was criminal mischief.

12    Q.   What happened to those charges?

13    A.   The criminal trespassing was absolved,

14  it was dropped, and the criminal mischief was

15  reduced to a misdemeanor.

16    Q.   So you pled guilty to a misdemeanor?

17    A.   Yes.

18    Q.   Have you been convicted of any other

19  crimes?

20    A.   No.

21    Q.   Have you pled guilty to any other

22  crimes?

23    A.   No.

24    Q.   So explain to me a little bit this --

25  this locking yourself down to a pipeline.  What --

1    about how old were you when that happened?

2        A.    21.

3        Q.    And were you associated with a group?

4        A.    No.

5        Q.    So why did you lock yourself down to a

6    pipeline?

7        A.    I really am passionate about

8    environmental justice.  And the pipeline in

9    question was destroying a bunch of ecosystems and

10   biological diversity in one of the deserts in

11   Texas.  So the -- the hope was to at least delay

12   construction and make a message about the

13   destruction there.

14       Q.    Okay.  And when you did this, you didn't

15   do it as part of an organized group?

16       A.    Not an organized group, no.

17       Q.    Were you associated with some sort of

18   activist group with respect to, you know,

19   environmental justice?

20       A.    Not a group, no.  There was a -- a camp,

21   but it wasn't a group or an organizational.

22       Q.    Okay.  And I'm assuming you didn't lock

23   yourself to this pipeline alone; correct?

24       A.    Correct.

25       Q.    Okay.  And how many other people were

1    with you?

2        A.   Oh.  I don't recall.  It's been a long

3    time.

4        Q.   Was it more than ten?

5        A.   No.  I don't believe so.

6        Q.   Okay.  Were you with either Mr. Townley

7    or Mr. DeLeon at that time?

8        A.   No.

9        Q.   Okay.  And the charges were out of

10   Presidio County, Texas; correct?

11       A.   Correct.

12       Q.   Have you ever been charged with a crime

13   other than the ones from Presidio County, Texas

14   and the ones arising from this incident?

15       A.   No.

16       Q.   And with respect to the guilty plea

17   related to the misdemeanor in Texas, did you --

18   I'm assuming you didn't go to jail; correct?

19       A.   Correct.

20       Q.   I'm sorry, I didn't catch that.

21       A.   Correct.

22       Q.   Okay.  Did you just have to pay a fine?

23       A.   No.

24       Q.   What was your punishment?

25       A.   48 hours of community service.  I had

1  originally two years of unsupervised probation

2  which was completed at six months.  And additional

3  things.  Fees, maybe.

4       Q.   All right.  Had you engaged -- well,

5  strike that.

6            The -- the incident in Presidio County,

7  Texas, if I call that environmental activism, is

8  that a fair assessment?

9       A.   Yes.

10      Q.   All right.  Did you engage in any other

11  acts of environmental activism prior to the

12  incident in Presidio County, Texas?

13      A.   Yes.

14      Q.   And what other sort of environmental

15  activism did you engage in?

16      A.   I went to Standing Rock.

17      Q.   Standing Rock?

18      A.   Standing Rock.

19      Q.   And what is Standing Rock?

20      A.   Standing Rock is part of one of the

21  Lakota reservations and it was the site of a big

22  gathering of people back in 2016.

23      Q.   And what was the purpose of going to

24  Standing Rock?  What were you protesting against?

25      A.   The Lakota access pipeline.

1      Q.   And where is Standing Rock located?

2           You said Lakota reservation.  But is

3    that in Texas as well?

4      A.   North Dakota.

5      Q.   Okay.  And was that with a group or was

6    it just -- an organized group or was it just a

7    group of individuals?

8      A.   Group of individuals.  People from all

9    over.

10     Q.   And what did you do?

11          I mean, you went there.  Did you -- I

12   mean, what was your display of activism?

13          Was it just merely being there or was it

14   something additional?

15     A.   Merely being there.  I helped out a lot

16   around the camp with various chores and support.

17     Q.   Okay.  And I'm not trying to be

18   disrespectful.  I just -- you know, when you told

19   us about the fact that you handcuffed yourself to

20   a pipeline -- so I guess, what I'm asking is:  Did

21   you handcuff yourself or did you, you know, do

22   anything else at the Standing Rock other than, you

23   know, merely be there and help people?

24     A.   I mean, there were various, like,

25   confrontations, but I didn't --

1       Q.   Okay.

2       A.   -- do anything noteworthy other than be

3  there.

4       Q.   Okay.  And when you say

5  "confrontations," who were you -- who were the

6  confrontations with?

7       A.   Martin County sheriffs and anyone who

8  was at the camp.

9       Q.   And were these confrontations, were they

10 peaceful confrontations or were they sort of

11 elevated and agitated?

12      A.   Both.

13      Q.   And were you -- I mean, I imagine you

14 were engaging in chanting or, you know, expressing

15 your position; correct?

16      A.   Yes.

17      Q.   Okay.  And did any of your positions at

18 that time or chanting of anything have to do with

19 the law enforcement that were there?

20      A.   I don't recall specifically.

21      Q.   Okay.  All right.  So we've got the

22 Lakota access pipeline, we've got the -- the other

23 pipeline in Texas.  What -- have you engaged in

24 any other protest activities?

25      A.   Yes.

1      Q.   I'm sorry.  You froze a little bit.  You
2  shook your head yes?
3      A.   Yes.
4      Q.   And what other protest activities?
5      A.   I showed up in support of the Elijah
6  McClain protest and some of the Abolish ICE
7  protests.
8      Q.   And the Elijah McClain protests were,
9  obviously, Colorado; yes?
10     A.   Yes.
11     Q.   And the Abolish ICE protests, where were
12  they?
13     A.   Also in Colorado.
14     Q.   All right.  So let's put Colorado aside
15  for a second.  You told us about protests in North
16  Dakota and Texas.  Have you protested anywhere
17  else other than Colorado that we haven't talked
18  about?
19     A.   Yes.
20     Q.   Where?
21     A.   Portland.
22     Q.   Portland, Washington?
23     A.   Oregon.
24     Q.   Oregon.  Okay.  I could have guessed
25  Portland, Maine, too, so.

1          All right.  And when did you protest in
2   Portland, Oregon?
3          A.    Oh, gosh.  June of, I want to say, 2017.
4          Q.    And what did you protest when you were
5   in Portland?
6          A.    There was a white supremacist
7   organization having a giant rally.
8          Q.    And in 2017 did you -- where did you
9   live, in Colorado?
10         A.    Yes.
11         Q.    So you traveled from Colorado to
12  Portland; correct?
13         A.    Correct.
14         Q.    And with respect to the 2016 protest at
15  Standing Rock, did you also live in Colorado at
16  that time?
17         A.    Yes.
18         Q.    And the -- and with respect to the Texas
19  protest, did you live in Colorado as well?
20         A.    Yes.
21         Q.    All right.  So you would -- you
22  specifically traveled to these locations from
23  Colorado with the intention of protesting;
24  correct?
25         A.    Correct.

1      Q.   Okay.  All right.  Other than -- so
2   again, putting Colorado aside, where else have you
3   protested?
4      A.   New Orleans.
5      Q.   And what was going on in New Orleans?
6      A.   There was a rally to take down statutes
7   of the confederate soldiers.
8      Q.   And when did that rally take place?
9      A.   Also in June of 2017.
10      Q.   Okay.  Any other protests outside of
11   Colorado?
12      A.   No.
13      Q.   Okay.  So with respect to the protest in
14   New Orleans, did you engage with law enforcement?
15      A.   No.
16      Q.   I'm sorry, I didn't hear your answer.
17      A.   No.
18      Q.   No.
19           And with the protest in Portland,
20   Oregon, did you engage with law enforcement at
21   all?
22      A.   Yes.
23      Q.   And what sort of engagement?
24      A.   They had asked everyone to leave the
25   park.  They had declared it an unlawful gathering.

1    They had said that if we left --

2         Q.   Oops.  You froze.

3         A.   We would be arrested.  So everyone...

4         Q.   All right.  So you froze for a few

5    seconds there.

6              So my question was:  Did you engage with

7    law enforcement?  You said yes.  You were asked to

8    leave because there was an unlawful gathering, I

9    guess.  Correct?

10         A.   Yes.  They declared it an unlawful

11   gathering.  So everyone left.  They said if you

12   leave and you go this way, no one will be

13   arrested.  And then they kettled everyone in a

14   city block and max detained over 300 people.

15         Q.   When you say "kettled" -- what do you

16   mean by "kettled"?

17         A.   Kettled is when police officers create a

18   circle or semicircle around a group of people with

19   the intent to entrap them.

20         Q.   Okay.  And do they use like OC spray and

21   stuff like that?

22         A.   They can.  Not always.

23         Q.   All right.  With respect to the kettling

24   that occurred in Portland, was there any use of

25   force utilized?

1          A.   Not that I witnessed.  I didn't see it

2     happening until it was too late.

3          Q.   Okay.  Were you kettled?

4          A.   Yes, I was.

5          Q.   So when you say kettled, to me, that's

6     more than just rounding people up.  All right?

7               Is that -- do you have a different

8     definition?

9          A.   No, I don't.  It's the act of rounding

10    everybody up.

11              Usually then they escalate it with

12    either detaining or arresting everyone.  But the

13    act of kettling is just circling up and entrapping

14    everyone in the center.  It is a detaining method.

15         Q.   Okay.  So you were detained with respect

16    to your -- the protest in Portland, Oregon;

17    correct?

18         A.   Yes.  That's correct.

19         Q.   Okay.  And were you physically arrested?

20         A.   No.

21         Q.   Were you handcuffed or zip-tied or

22    anything like that?

23         A.   No.

24         Q.   All right.  And -- so how long were you

25    detained?

1      A.   About an hour, hour-and-a-half.

2      Q.   And -- okay.  With respect to the

3 protest at Standing Rock, did you engage in law

4 enforcement -- with law enforcement?

5      A.   No.  No.

6      Q.   With respect to the protest -- the

7 Elijah protest, did you engage with law

8 enforcement?

9      A.   Note up close.

10     Q.   Have you ever attended a protest where

11 the focus of the protest was actually by law

12 enforcement?

13     A.   Can you restate or clarify that

14 question.

15     Q.   Sure.  Let me see if I can.

16          So, obviously, you're aware that there

17 were protests with respect to George Floyd's

18 murder; correct?

19     A.   Yes.

20     Q.   Okay.  And there were protests here in

21 Denver; correct?

22     A.   Correct.

23     Q.   And some of those protests or -- strike

24 that.

25          Were you aware some of those protests

1    addressed actions of law enforcement?

2        A.    Yes.

3        Q.    All right.  Have you ever participated

4    in a protest where the focus of the protest is the

5    action of law enforcement such as with respect to

6    the George Floyd matter?

7        A.    I would say Elijah McClain falls under

8    that category.

9        Q.    Okay.  Have you ever specifically

10   protested the actions of police officers?

11       A.    That result in deaths, yes.

12       Q.    Okay.  And when have you done that?

13       A.    At the Elijah McClain protests.

14       Q.    Okay.  Other than the Elijah McClain

15   protests, have you ever engaged in a protest where

16   you were trying to address the actions of law

17   enforcement?

18       A.    One would say that the Black Lives

19   Matter protests fall under that category.

20       Q.    Okay.  And you've participated in BLM

21   protests?

22       A.    Yes.

23       Q.    All right.  Well, so we've got -- we've

24   talked about all the protests you've engaged in

25   outside of the state of Colorado; correct?

1      A.   Correct.

2      Q.   Okay.  So then let's talk about the ones

3 you've engaged in in Colorado.

4           You've mentioned the Elijah McClain

5 protest; correct?

6      A.   Correct.

7      Q.   And I think you said you had -- you

8 engaged in law enforcement at that protest, the

9 Elijah McClain protest?

10     A.   I was shot in the leg with a foam

11 bullet.  I was engaged with.

12     Q.   Okay.  And did you -- well, strike that.

13          So this Elijah McClain protest, do you

14 recall when that took place?

15     A.   I don't remember specifically, but I

16 know it was in 2020.

17     Q.   Was the Elijah McClain protest before or

18 after the incident that we're here about today?

19     A.   There were several Elijah McClain

20 protests but all of them were before.

21     Q.   So the one you engaged in was before

22 the -- the incident we're here about today;

23 correct?

24     A.   Yes.

25     Q.   And the Abolish ICE protests, when did

1    those take place?

2        A.   I want to say also 2020, 2019.

3        Q.   And did you engage with law enforcement

4    during the Abolish ICE protests?

5        A.   No.

6        Q.   Have you ever been involved in a protest

7    against law enforcement where you have thrown

8    things at law enforcement?

9        A.   Yes.

10       Q.   And what protest was that?

11       A.   One of the Elijah McClain ones.

12       Q.   And what did you throw at law

13    enforcement?

14       A.   Rock.

15       Q.   And did you throw more than -- strike

16    that.

17           Did you throw rocks at law enforcement

18    more than one time?

19       A.   No.

20       Q.   And did you use anything to throw the

21    rocks at law enforcement?

22       A.   No.

23       Q.   And why would you throw a rock at law

24    enforcement?

25       A.   I had been shot in the leg with a foam

1    bullet.

2         Q.   Okay.  So -- so you were shot in the leg

3    with a foam bullet.  Did you immediately get up

4    and -- and chuck a rock?

5         A.   Pretty quick.

6         Q.   Okay.  Did you hit anybody?

7         A.   No.  I have terrible aim.

8         Q.   How close was the law enforcement that

9    you were throwing a rock at?

10        A.   She was like 50 feet.

11        Q.   And as we sit here today, do you think

12   it was appropriate to throw a rock at law

13   enforcement?

14        A.   I don't have an answer for that.

15        Q.   Why not?

16        A.   I said I don't have an answer for that.

17        Q.   Right.

18             And so my question is:  Why don't you

19   have an answer for that?

20        A.   Because I think morals are subjective.

21   My answer might differ from yours.

22        Q.   Well, I understand that.  And that's why

23   I'm not being deposed.  You are.

24             And so I'm just -- I'm just curious:  As

25   we sit here today, do you think your actions of

1  throwing a rock at a police officer -- was that a

2  proper thing to do?

3      A.   I don't think the proper thing to do was

4  to shoot an unarmed individual in the leg with a

5  foam bullet.

6      Q.   And I understand that.  That's not my

7  question, whether or not it was right or wrong to

8  shoot you in the leg with a foam bullet.  I want

9  to put that aside for a second.

10          Do you think, as we sit here today, the

11  appropriate reaction was for you to throw a rock

12  at a police officer?

13      A.   Appropriate, no.  Justified, yes.

14      Q.   Okay.  And so it was justified because

15  you were pissed off that you had just got shot in

16  the leg with a foam bullet?

17      A.   Yes.

18      Q.   All right.  Was there any other reason

19  why you think it was justified that you throw a

20  rock at a police officer?

21      A.   It would take me time to be able to put

22  my thoughts together and go into a whole big thing

23  on that, but I think when you have had enough

24  experience and seen enough things, like I have,

25  and you have all this pent-up anger and sadness,

1   and then that is justified right in front of you

2   when you're not doing anything, things happen.

3       Q.   Sure.

4            Have you ever thrown anything else at a

5   police officer?

6       A.   No.

7       Q.   Did you throw the rock at the officer

8   that shot you?

9       A.   Yes.

10      Q.   All right.  Or did you just throw the

11  rock into the group hoping you would hit an

12  officer?

13      A.   No.

14      Q.   Did you file -- well, strike that.

15           Where did this Elijah McClain protest

16  take place where you were shot in the leg with a

17  foam bullet?

18      A.   Denver.

19      Q.   And did you file any sort of complaint

20  with the City of Denver, with that police

21  department?

22      A.   Not at the time, no.

23      Q.   When you say "not at the time," then my

24  follow-up question is:  At any time?

25      A.   No.

1    Q.    Okay.  Have you ever filed a complaint
2  with any police department about a use of force
3  against you?
4    A.    No.
5    Q.    You had testified earlier that you had
6  engaged in some Black Lives Matters protests;
7  correct?
8    A.    Correct.
9    Q.    And when was that?
10    A.    Throughout 2018 to 2020.
11    Q.    Did you, during that period of time,
12  consider yourself a member of Black Lives Matter?
13    A.    No.
14    Q.    Have you ever been a member of Black
15  Lives Matter?
16    A.    No.
17    Q.    Why do you believe that attendance at a
18  Black Lives Matter would be a protest against law
19  enforcement?
20    A.    I don't think inherently they are, but
21  they do tend to have similar people who have
22  similar overlapping ideas, and usually the Black
23  Lives Matter protests are because someone was shot
24  by a cop.
25    Q.    So it sounds like you don't just

1  randomly attend these protests, you have a thought

2  in your head as to why you want to attend the

3  protests; correct?

4      A.   Correct.

5      Q.   And when you attend these Black Lives

6  Matter protests, are you attending -- well, strike

7  that.

8           Let me ask you:  When you are attending

9  these Black Lives Matter protests, why are you

10  attending?  What's your intention?  What are you

11  intending to protest?

12     A.   Police brutality and the loss of a life.

13     Q.   Okay.  Have you ever attended a

14  protest -- well, strike that.

15          Do you -- do you understand the term

16  "counterprotester"?

17     A.   Yes.

18     Q.   Have you ever attended a protest as a

19  counterprotester?

20     A.   Yes.

21     Q.   All right.  So we have it on the record,

22  what is your definition or idea of a

23  counterprotester?

24     A.   A counterprotester is someone who shows

25  up in opposition to either a rally or otherwise

1    organized event that was established with a

2    specific message or purpose.  So someone opposing

3    the original intent.

4         Q.   So you said you had attended a white

5    supremacy -- strike that.

6              I might be putting words in your mouth.

7    If I am, let me know.  But I think you said in

8    June of 2017 you attended a white supremacy rally

9    in Portland, Oregon; correct?

10        A.   I did.

11        Q.   What was the white supremacy issue in

12   Portland?

13        A.   There was a group called Patriot Prayer.

14   Patriot Prayer is a known white supremacist

15   organization with a lot of very well-known

16   neo-Nazis.  And they were holding a giant rally.

17   So I went to counterprotest.

18        Q.   All right.  So that was my -- that was

19   my point.  I didn't mean to suggest you were a

20   white supremacist and you were rallying.

21             What I'm saying is:  In June of 2017 in

22   Portland, Oregon there was a rally with respect to

23   white supremacy or neo-Nazism; correct?

24        A.   Correct.

25        Q.   And you attended that rally to voice

1    your opposite opinion as a counterprotester;

2    correct?

3         A.   Correct.

4         Q.   Okay.  Have you ever attended a rally as

5    a counterprotester where the subject of the

6    protest is pro law enforcement?

7         A.   Yes.

8         Q.   When?

9         A.   The incident.

10        Q.   Okay.  So we'll get to that.

11             Other than attending the protest which

12   occurred on August 8th of 2020 as a

13   counterprotester, have you ever attended any other

14   protests where the focus was pro law enforcement?

15        A.   No.

16        Q.   Okay.

17             MR. RATNER:  We've been going roughly

18        about an hour, so why don't -- can we take,

19        like, a five-minute break?  Is that okay with

20        you?

21             MR. SCHWAB:  Sure.

22             THE WITNESS:  Sounds good.

23             MR. RATNER:  Okay.  Thanks.

24             (Recess in proceedings.)

25

1  BY MR. RATNER:

2      Q.   All right.  So we're back on the record.

3           Ms. Kruger, obviously, you're still

4  under oath.

5           Do you consider yourself a judgmental

6  person?

7      A.   No.

8      Q.   Do you think -- when you meet somebody,

9  a stranger on the street, do you automatically

10 assume something about them?

11     A.   No.

12     Q.   Do you have any assumptions about

13 individuals who become police officers?

14     A.   I wouldn't say I have assumptions, but I

15 think everyone has a bias.

16     Q.   You think you're biased against police

17 officers?

18     A.   Yes.

19     Q.   And when you say biased against a police

20 officer, what do you mean?

21     A.   I think I hold inherent biases against

22 police officers.

23     Q.   Based on -- well, what sort of bias?

24          When you see a police officer now,

25 what -- what sort of biases kick in?

1        A.    Negative, negative biases.

2        Q.    Like what?

3        A.    Like I think they are part of an

4   organization that does not always uphold the law,

5   protect and serve like they say they will, and

6   often has ulterior motives, and protect members

7   that have conducted themselves poorly.

8        Q.    And how long have you held that -- those

9   biases or biases?

10       A.    Well over seven, eight years at least.

11       Q.    Okay.  And any particular reason why?

12       A.    Lived experiences and learned

13   experiences, what I've seen on media, what I've

14   seen in the news, what I've seen in person.

15       Q.    Do you believe -- so I've taken

16   depositions where people have testified and said

17   they believe that all police officers are bullies.

18   Do you believe that?

19       A.    No.

20       Q.    Do you think -- well, strike that.

21             You understand the function of a police

22   department and law enforcement; correct?

23       A.    As it should be or as it is?

24       Q.    All right.  Let's go back.

25             Clearly, you're an educated person.  I

1   mean, you went to, you know, UNC and you're

2   getting your master's degree.  And so you would

3   consider yourself an educated individual; correct?

4        A.   Correct.

5        Q.   And in school you at some point have

6   learned what the function and purpose is supposed

7   to be with respect to law enforcement; correct?

8        A.   Correct, as a criminal justice minor.

9        Q.   Well, there you go.

10            And the criminal justice minor, that was

11  at UNC; right?

12       A.   Correct.

13       Q.   So you understood what it meant when

14  somebody was getting arrested?

15            I mean, you understand that term; right?

16       A.   Correct.

17       Q.   You understood or have understood that a

18  police officer's -- part of a police officer's job

19  is to arrest individuals; correct?

20       A.   Correct.

21       Q.   Okay.  Do you think that all police

22  officers are bad?

23       A.   Define "bad."

24       Q.   Well -- all right.  Well, then, let's

25  step back for a second.

1          When you see a police officer, I think

2    you -- strike that.

3          When you see a police officer, you

4    automatically have some sort of negative bias;

5    correct?

6      A.   Yes.

7      Q.   All right.  And do you think it's proper

8    to have a negative bias when you see a police

9    officer whether or not you know anything about

10   them?

11         MR. ABRAMSON:  Objection.

12     A.   Yes.

13     Q.   Okay.  Now, do you have any other biases

14   against any other -- any other groups?

15     A.   Define "groups."

16     Q.   Well, if you are walking down a street

17   and you see a group of black people, do you have

18   negative biases against those black people?

19     A.   No.

20     Q.   If you were walking down the street and

21   you see group of Rabbis with yamakas, do you have

22   a negative bias against that group of Rabbis?

23     A.   No.

24     Q.   Do you think in general it's appropriate

25   to have a bias with respect to an individual

1   merely because they've associated with a certain

2   group?

3        A.   (No response.)

4        Q.   I think you froze, Ms. Kruger.

5             MR. RATNER:  Is she frozen for anybody

6        else?

7             MR. ABRAMSON:  Yes.

8             MR. SCHWAB:  Yeah.

9             MR. RATNER:  You want to text or e-mail

10       her and tell her she's frozen?

11            MR. SCHWAB:  Sure.

12            MR. RATNER:  We can go off the record.

13            (Pause in proceedings.)

14            MR. RATNER:  April, can you repeat my

15       question.

16            (Record read back by Stenographer.)

17   BY MR. RATNER:

18       Q.   Can you answer that question, please.

19       A.   I think there's differences between

20   having bias towards a profession and a race or

21   religion.

22       Q.   So why do you think it's appropriate to

23   have a bias against somebody's job versus

24   somebody's race or religion?

25       A.   Because a job is chosen.

1    Q.   Do you believe that there are any good

2    police officers?

3    A.   I think good is subjective.  I think

4    there are people who go to work and uphold the

5    law.

6    Q.   Well, I -- it seems, to me, and correct

7    me if I'm wrong, but you -- you are judging an

8    entire group of individuals merely because of

9    their job; correct?

10   A.   Correct.

11   Q.   Okay.  And -- and you're judging -- and

12   the job that I'm talking about is law enforcement.

13          So are you -- and when I put you on the

14   stand, I mean, I'm going to ask you this question:

15   You're judging an entire group of individuals

16   merely because they decided to become law

17   enforcement; correct?

18   A.   Correct.

19   Q.   And so when you see a police officer on

20   the street who you don't know, you've already

21   formed an opinion about that police officer merely

22   because he's an officer; correct?

23   A.   I'd say it's an incomplete judgment, but

24   it's the beginning of one.

25   Q.   Okay.  And why is it incomplete?

1          What -- what gaps needed -- would need
2     to be filled in your head as to somebody who's a
3     police officer?
4          A.   I don't know their record; I don't know
5     what their department is; I don't know what their
6     specific job is, if they're a traffic cop, if
7     they're, you know, drug enforcement; I don't know
8     if they've exacted arrests; I don't know if
9     they've been charged in anything; I don't know if
10    they've been in lawsuits; I don't know if they've
11    ever, you know, used force against someone.  So I
12    would need to fill in those gaps to form a
13    complete decision.
14         Q.   On the day of the incident, did you --
15    on the day of the incident you were biased against
16    all law enforcement.  Fair statement?
17         A.   Yes.
18         Q.   Okay.  And that's the same bias that you
19    hold now; correct?
20         A.   Correct.
21         Q.   All right.  But it sounds as though you
22    understood, at least as we sit here today, that
23    it's -- it's an incomplete bias; right?
24         A.   Correct.
25         Q.   In other words, you would have a police

1    officer who -- who could do a good job, who does

2    what he's supposed to do within the scope of his

3    duties; right?

4         A.    At least initially, yes.

5         Q.    And you understood that on the day of

6    the incident with respect to law enforcement;

7    correct?

8         A.    Correct.

9         Q.    And I believe I asked you -- and I

10   forgot the answer so I'm going to ask again, so I

11   apologize.  But do you consider yourself a

12   judgmental person?

13        A.    No.

14        Q.    All right.  When -- when you attended

15   the rally on -- on the day of the incident, you

16   were there as a counterprotester; correct?

17        A.    Yes.

18        Q.    And what were you counterprotesting?

19        A.    The Fort Collins Police Department

20   specifically.

21        Q.    Okay.  And why is that?

22        A.    They have a notorious record of

23   excessive force and misfeasance and malfeasance.

24        Q.    Is it your understanding that the

25   protesters who were there were protesting on

1  behalf of the Fort Collins Police Department?

2      A.   You mean the -- not the

3  counterprotesters but the ones who organized the

4  initial rally?

5      Q.   Yes.

6           I'm sorry.  Did you answer?  I didn't

7  hear anything.

8      A.   Oh.  No.

9           I mean, the people who held the initial

10 Raleigh, is that who you are saying is protesters?

11 It's not my understanding specifically who they

12 were supporting.  Their general slogan across the

13 board was just "Back the Blue."

14     Q.   But your goal attending as a

15 counterprotester was to specifically protest the

16 Fort Collins Police Department; correct?

17     A.   Yes.

18     Q.   Okay.  Do you have any friends or family

19 who are in law enforcement?

20     A.   I have a cousin who is studying to

21 become a police officer.

22     Q.   And where are they studying?

23     A.   I actually do not know.  I know she's

24 doing online school.  She just got her AA.  But I

25 don't know anything more than that.  We don't

1 talk.

2     Q.   Okay.  And why don't you talk to this

3 cousin?

4     A.   Because of the incident.

5     Q.   Because of the incident we're here about

6 today?

7     A.   Yes.

8     Q.   Did she have anything to do with the

9 incident?

10     A.   No, but she decided to text me after the

11 fact a very, very kind message.

12     Q.   And you're being sarcastic or facetious

13 by saying "kind"?

14     A.   Yes.

15     Q.   Okay.  Do you still have this text

16 message?

17     A.   Yes.

18     Q.   Have you provided that to your attorney?

19     A.   No.  Maybe.  I actually don't know.

20     Q.   Okay.  And you said the text message is

21 specifically with respect to the incident;

22 correct?

23     A.   Yes.

24     Q.   Okay.

25          MR. RATNER:  So Milo, I'm going to ask

1      for a copy of that text message and any other

2      messages.  Okay?

3          MR. SCHWAB:  Sure.  I will look over the

4      request.  I believe the request was for

5      things that she wrote.

6          MR. RATNER:  Maybe.

7          MR. SCHWAB:  But we'll make sure to get

8      that to you.

9          MR. RATNER:  Okay.

10 BY MR. RATNER:

11     Q.   What was the name of the cousin that

12 sent you the name -- or sent you that text?

13     A.   Kelsey.

14     Q.   And what's Kelsey's last name?

15     A.   Kruger.

16     Q.   Is she in Colorado?

17     A.   Yes.

18     Q.   And what was the gist of the text

19 message?

20     A.   I have lost all respect for you as a

21 person; I can't believe you would do that;

22 obviously, you're never going to respect me in my

23 law enforcement career.

24          So I won't use expletives, but it was

25 basically the equivalent of a middle finger.

1      Q.   Specifically said "fuck you"?

2      A.   Yeah.

3      Q.   Okay.  I'm a big boy.  I've sworn once

4  or twice before.

5           Did you receive --

6      A.   I would just rather not.

7      Q.   Did you receive text messages from

8  anybody else?

9      A.   Like the day of?

10     Q.   No.  In general.  Arising out of the --

11     A.   Yeah.

12     Q.   Okay.  And what other sort of -- so,

13 again, I'm talking about arising out of the

14 incident.

15     A.   Yeah.

16     Q.   What other text messages did you get out

17 of -- arising out of the incident?

18     A.   I believe my grandma had texted me.

19 Something -- I didn't send that to Milo.

20          I think she asked me basically what to

21 say because she knew about it and she didn't know

22 how to handle people asking her questions.

23     Q.   Okay.  All right.

24          MR. RATNER:  So I'm not going to get

25      into all the details right now, but just for

1           the record I'm going to ask that all those

2           text messages arising out of the incident be

3           preserved because if they haven't been asked

4           for I'm going to ask for them.

5    BY MR. RATNER:

6           Q.    Do you have an overall distrust of

7    police officers?

8           A.    Yes.

9           Q.    And you had distrust of police officers

10   as of the day of the incident; correct?

11          A.    Correct.

12          Q.    You said your attitude about law

13   enforcement is based on prior life experiences;

14   correct?

15          A.    Correct.

16          Q.    And what -- was there a specific life

17   experience with you specifically that sort of

18   formed your opinion with respect to law

19   enforcement?

20          A.    I mean, like I said, everything I've

21   seen and experienced firsthand.

22                I do remember when I was, shoot,

23   two-and-a-half, maybe three, my mom getting pulled

24   over.  And I was in the backseat in a car seat.

25   And that police officer absolutely screaming at my

1    mom, saying that she was endangering me and that

2    she was a terrible parent; and she had just gone

3    over the speed limit.  And I was in the backseat

4    for that.  And I remember him berating her for

5    awhile.  And she was in absolute tears.

6           And then everything I've experienced at

7    protests, everything I've witnessed firsthand has

8    definitely played a lot into that, in addition to

9    everything I've seen people I care about go

10   through, seen people in the news go through.

11          So it's a cumulative -- cumulative input

12   that's formed my decisions.

13       Q.   Do you believe that the country would do

14   better without law enforcement?

15       A.   It's hard to say.  Based on the nature

16   of people, I don't have an answer to that.

17       Q.   Well, as we sit here, do you believe

18   that law enforcement serves a positive purpose?

19       A.   No.

20       Q.   Have you ever had to contact a police

21   officer for any reason, say, you know, you got in

22   an accident or you got robbed or something along

23   those lines?

24       A.   Yes.

25       Q.   And when was that?

1      A.   When my mom had a psychotic episode and

2   needed to be hospitalized.

3      Q.   And what year was that?

4      A.   2018.

5      Q.   And did the police come?

6      A.   Yes, even though I specifically

7   requested just EMTs and medical come.

8      Q.   Okay.  And -- so you didn't call the

9   police for the police to arrive, you called the

10  police for an EMT?

11     A.   Yes.  I called 911 and I asked for

12  medical to come.

13     Q.   Okay.  And did the police -- was that a

14  negative experience with respect to the police?

15     A.   I wouldn't say it was negative, but it

16  was overwhelming.

17     Q.   Okay.  Have you had to call a police

18  officer any other time that you can think of?

19     A.   I called 911 once because there was what

20  we thought was an explosion but it turned out it

21  was an earthquake somehow in Colorado, but

22  dispatch let me know that.

23     Q.   Okay.  Do you -- do you have any

24  background or training with respect to police

25  procedures?

1      A.   I have a lot of knowledge on it based on

2  my -- my minor.

3      Q.   Do you have any knowledge with respect

4  to police tactics?

5      A.   Yes.

6      Q.   How is that?  How do you have that

7  knowledge?

8      A.   Again, based on my minor and a lot of

9  the personal experiences I've had.

10      Q.   This minor that you had, again, it was

11  from UNC; correct?

12      A.   Correct.

13      Q.   It sounds as though the minor had a lot

14  to do with police work; correct?

15      A.   My emphasis was on criminal behavioral

16  analysis, so things like:  Why do people who are

17  committing arson, why do they do it?  How do they

18  do it?  Crime scenes.  Things like that.  That's

19  more of my interest and focus.

20      Q.   All right.

21      A.   Much less to do with police policies and

22  practices.

23      Q.   Okay.  And -- so do you have any

24  knowledge specifically with respect to the

25  policies and procedures of the Fort Collins Police

1   Department?

2        A.    Bits and pieces.  I've read through

3   parts of their online policy manual that they

4   have, but not extensively.

5        Q.    When did you read through bits and

6   pieces?

7        A.    A couple weeks ago.

8        Q.    And why did you do that?

9        A.    I was curious if there was a policy in

10  there about initial searches needing to be done by

11  officers of the same gender or if that was

12  something that they did in Fort Collins.  And I

13  wanted the policy handbook.

14       Q.    Okay.  And do you have any knowledge

15  specifically of police tactics with respect to the

16  City of Fort Collins Police Department?

17       A.    Not specific to the Fort Collins Police

18  Department.  Although, it's my understanding they

19  operate similar to most police departments in that

20  way.

21       Q.    And where do you get that understanding

22  from?

23       A.    The fact that I have seen and witnessed

24  many, many different police departments all

25  operating very, very similar, that it feels like a

1  policy or a practice across the board for

2  standardization.

3      Q.   Do you believe you possessed knowledge

4  as to the reasons for the Fort Collins Police

5  Department's response on the day of the incident?

6      A.   No, I don't.

7      Q.   When is the last time you engaged in

8  protest activity?

9      A.   The incident was -- the last time I've

10 been directly involved, my mom and I went to

11 Huntington Beach.  There was some -- I guess that

12 was -- but we didn't engage in it.  We just

13 literally sat on a curb and watched from a

14 distance.

15     Q.   You sort of faded in and out there.

16          So I heard Huntington Beach and then

17 there was some sort of what, rally?

18     A.   I think there was a rally.  I don't

19 remember what the purpose of it was.  It was when

20 we literally just moved here.  But we didn't

21 participate.  We just sat on the curb and watched.

22     Q.   Okay.  So the last time you participated

23 in a rally was the day of the incident; correct?

24     A.   Correct.

25     Q.   Is the -- the incident in Fort Collins,

1  is that the only rally you attended as a

2  counterprotester with respect to law enforcement?

3       A.   Yes.

4       Q.   Do you consider yourself an activist?

5       A.   I did.

6       Q.   Why don't you participate in activism

7  anymore?

8       A.   I am too anxious and afraid to go near

9  protests.

10      Q.   Have you ever filed a lawsuit other than

11 the one we're here about today?

12      A.   No.

13      Q.   Have you ever filed a claim for workers'

14 compensation?

15      A.   Yes.

16      Q.   When was that?

17      A.   That was when I worked at Madison

18 Elementary.

19      Q.   And what did that involve?  What was the

20 claim?

21      A.   Well, I -- it was mandated because I was

22 injured.  A student bit me on the leg and caused

23 significant bruising.  So policy with the school

24 is that if you get injured, you need to receive

25 medical care, you file a workman's comp.

1      Q.   Have you ever filed any other workers'

2   compensation claims?

3      A.   Yes.  Same school; same student.

4      Q.   Okay.  Other than that same school and

5   same student, any other workers' compensation

6   claims?

7      A.   Not to my remembrance, no.

8      Q.   Have you ever filed a Social Security

9   disability claim?

10      A.   No.

11      Q.   I'm sorry.  I didn't get that.  No?

12      A.   I said "no."

13      Q.   All right.  Have you ever received

14   Medicare or Medicaid?

15      A.   Yes.

16      Q.   Which one?

17      A.   I had, well, Colorado's version of

18   medical which is Medicaid, I think.

19      Q.   You received -- the insurance you

20   receive is because of your -- or did receive was

21   because of your income and not because of a

22   disability.  Is that a fair statement?

23      A.   Correct.

24      Q.   Okay.  Do you still receive a -- strike

25   that.

1          I believe it's Medicaid.  I'm just going
2     to refer to it as that.  Do you still receive
3     Medicaid today?
4          A.   I am enrolled in Medicaid, but I have
5     insurance through my employer so I'm trying to get
6     Medicaid to drop me.  Lately, it's been chaotic
7     for insurance.  But the goal is to have my
8     insurance through my employer.
9          Q.   Through the Walt Disney Company?
10         A.   Yes.
11         Q.   And do you know what company that
12    insurance is through, what provider?
13         A.   Cigna.
14         Q.   Have you ever received any medical
15    treatment arising from injuries you claim came
16    from this incident while you were on Medicaid?
17         A.   No.
18         Q.   Have you undergone any medical care or
19    treatment with respect to any injuries arising out
20    of this incident?
21         A.   No.
22         Q.   Have you ever sought any psychological
23    or psychiatric care arising from this incident?
24         A.   No.  Though, I wanted to.  I just -- I
25    don't have time with all of my work and school.

1    That's what's unfortunate.

2        Q.    Do you have any social media accounts?

3        A.    Yes.

4        Q.    What one do you have?

5        A.    I have Facebook, Instagram.  I have a

6    Twitter, but I don't use it.  It was for a game I

7    had to log-in through.  And TikTok.  But it's --

8    again, same thing, it's just an account.  I don't

9    use it actively.

10       Q.    What is the Facebook name?

11       A.    Anna Joy.

12       Q.    And is this an account you had as of

13   August of 2020?

14       A.    Yes.

15       Q.    And have you ever posted any -- strike

16   that.

17             Have you made any posts on the Facebook

18   account with respect to this incident?

19       A.    I shared an article from a news source

20   and just provided a quote from the article, but

21   nothing related to opinions or my experiences.

22       Q.    Have you posted anything on Facebook

23   with -- related -- strike that.

24             Have you posted anything on Facebook

25   related to any of your other protest activities?

1          A.    Probably.  I don't know, though.

2          Q.    All right.  What is the Instagram name

3     under?

4          A.    Daft, D-A-F-T, F-O-R Disney.

5          Q.    Daft for Disney?

6          A.    Yes.

7          Q.    What does that stand for?

8          A.    Daft for crazy about.  So crazy for

9     Disney.

10         Q.    Okay.

11         A.    I like the literation.

12         Q.    Have you always been crazy for Disney,

13    even prior to working there?

14         A.    Yeah.

15         Q.    Okay.  Did you have this Instagram

16    account as of August of 2020?

17         A.    Yes.

18         Q.    All right.  And did you post anything on

19    the -- this Instagram account with respect to this

20    incident?

21         A.    No.

22         Q.    Have you posted anything on this

23    Instagram with respect to any of your other

24    protest activities?

25         A.    No.

1    Q.   All right.

2    A.   It's mostly my cats.

3    Q.   I'm sorry?

4    A.   I said, "It's mostly my cats."

5    Q.   And I understand you don't use the

6  Twitter, but what -- what is the screen name for

7  that?

8    A.   Oh.  Okay.  I think it's anxious -- it's

9  either W-R-E-K or W-R-E-K-D.  I don't remember if

10  there's the D or not.

11    Q.   And then TikTok, what's the name on

12  that?

13    A.   I don't have the username on that one.

14  It's literally like one of the ones that they --

15  it's like @user with like a bajillion [sic]

16  numbers after it.  I don't think I've connected it

17  to Facebook or anything so it's just like a

18  non-descript user.

19    Q.   Have we talked about any of your social

20  media accounts?

21    A.   Yes.

22    Q.   Do you have more than one Facebook or

23  Instagram or Twitter account?

24    A.   No.

25    Q.   So let's shift gears a little bit.

1    Let's talk about the protest.

2              When did you decide that you wanted to

3    attend the rally at Fort Collins as a

4    counterprotester?

5        A.   I don't know specifics, but maybe two

6    weeks in advance, if I had to take a guess.

7        Q.   And what was -- how did you find out

8    about the rally?

9        A.   I don't remember specifically but

10   someone had either posted or sent me the original

11   flyer.

12       Q.   And -- and when you're talking about the

13   original flyer, was that the flyer for the Back

14   the Blue?

15       A.   Yes.

16       Q.   And did you make a plan as to who you

17   were going to attend the rally with?

18       A.   As much as you can.

19       Q.   Did you -- did you attend as part of an

20   organized group?

21       A.   No.

22       Q.   Did -- you said you were not a member of

23   BLM; correct?

24       A.   Correct.

25       Q.   All right.  Did you attend the rally as

1    a representative of BLM?

2         A.    No.

3         Q.    Did -- so, obviously -- the two other

4    co-defendants, are they friends of yours or were

5    they friends of yours?

6         A.    Piper's a friend of mine.  I don't know

7    the other defendant -- the other plaintiff.

8         Q.    So Piper is Piper Townley; correct?

9         A.    Correct.

10        Q.    And how long have you known Piper?

11        A.    Since 2019, I think.

12        Q.    How did you meet Piper?

13        A.    Yes.

14        Q.    No.  How did you meet Piper?

15        A.    Oh.  How did I meet Piper?  Oh.  She

16   came to a -- like a food -- like a free meal

17   community thing in Greeley with her daughter.  And

18   I love kids, so I was talking to her daughter.

19   And that's when I met her.

20        Q.    Okay.  And Piper's also known as Michael

21   Townley; correct?

22        A.    Correct.  That's their dead name.

23        Q.    Their what?

24        A.    Dead name.

25        Q.    What is a dead name?

1          A.   Dead name, like D-E-A-D.  That's the

2     name that someone who is trans was born with but

3     no longer identifies as.

4          Q.   And you don't know Mr. DeLeon?

5          A.   No.  I've never met him.

6          Q.   All right.  So did you make arrangements

7     with Piper to attend the rally?

8               Oh.  You froze, Ms. Kruger.

9               MR. RATNER:  All right.  Let's go off

10          the record.

11               (Pause in proceedings.)

12     BY MR. RATNER:

13          Q.   All right.  So you believe you received

14     some sort of flyer about Back the Blue; correct?

15          A.   Correct.

16          Q.   And then at some point a decision was

17     made that you wanted to attend as a

18     counterprotester; correct?

19          A.   Correct.

20          Q.   And did you make plans with anybody

21     to -- to attend the protest with?

22          A.   Yeah.  I don't like to go to things by

23     myself usually, if I can help it.

24          Q.   Okay.  And who did you make plans with?

25          A.   I wasn't sure who was going to come.  I

1   know I talked to Piper about it.  I can't remember

2   anyone else, though, specifically that I talked to

3   about it.  A friend who's named Rob.  But outside

4   of that, I don't remember anyone specifically.  It

5   was just kind of like, hey, anyone else going to

6   this kind of thing.

7        Q.   Did you -- did you send out a text or

8   did you post on Facebook or how did you notify

9   other people that you were attending this protest?

10       A.   I don't remember how I talked to Piper

11  about it.

12            I'm sure I probably sent them like a

13  message on Signal or something.  I used to have

14  Signal.  At the time -- it's not my current

15  Twitter and it no longer exists, but I had tried

16  to reach out to some people through Twitter.

17            But, yeah, I think I just texted Piper

18  through, like, Signal.  But it's been awhile so I

19  don't really remember.

20       Q.   Okay.  And Signal is some sort of

21  messaging app; correct?

22       A.   Yeah.  Yeah.  Yeah.

23       Q.   And you said you don't have access to

24  that anymore?

25       A.   No.  I've always had it so that the

1  messages auto delete.

2        Q.   Who did you go to the protest with?

3        A.   I just came by myself originally.  I

4  drove by myself.

5        Q.   All right.  And were you supposed to

6  meet anybody at the protest?

7        A.   Yes.

8        Q.   And who were you supposed to meet?

9        A.   Anyone who was showing up.  Like I said,

10 I didn't know who for sure was coming.

11            But I remember there was, like, a

12 parking lot where, like, hey, if you're going to

13 show up, we'll park here and we'll walk over

14 together.

15       Q.   Did you initiate this sort of

16 conversation about, hey, if you show up, this is

17 the parking lot where we're going to meet here,

18 here's the time we're going to meet here, those

19 types of things?

20       A.   No, I don't think so.  I wasn't familiar

21 with the parking lot and got lost on the way

22 ironically.  I don't -- no, I didn't have anything

23 to do with that.

24       Q.   You were coming from Greeley; correct?

25       A.   Yes.

1       Q.   Did you make arrangements with Mr.

2   Townley to be in that parking lot?

3       A.   I didn't make arrangements.  I don't

4   remember -- like I said, I don't remember about

5   the parking lot or anything.  Piper was just

6   there.

7       Q.   Okay.

8       A.   It was just like two friends going, hey,

9   we'll meet at this cafe, cool.

10          MR. SCHWAB:  Hey, Mark, just for respect

11          sake, I'd ask that you refer to Piper as Ms.

12          Townley and not -- or not Mr. Townley.

13          MR. RATNER:  Okay.  Well, we'll -- we'll

14          deal with that.  I'll refer to that person as

15          Piper.

16          MR. SCHWAB:  That's fine.  It's just --

17          you know, to misgender someone, intending to

18          do so, it is -- you know, can be problematic.

19          And I'm -- I'm just saying, to be respectful

20          of this individual, I ask that you not

21          misgender them.

22          MR. RATNER:  Okay.  All right.  I'm not

23          going to get -- I'm not going to get into

24          that at this point.  We can talk about that

25          at some other point.

1    BY MR. RATNER:

2        Q.   Ms. Kruger, when you arrived at the

3    parking lot, who was there?

4        A.   A bunch of people I didn't know.  Piper.

5    A friend named Rob.  And a former friend I don't

6    talk to anymore named Lloyd.  And another friend

7    name Hannah.  That's all I remember.  But there

8    was a bunch of people I didn't know.

9        Q.   Was Rob, Lloyd, Hannah and Piper part of

10   the group you were messaging with respect to the

11   rally?

12       A.   I don't remember.  Like I said, it's

13   been three years.  I don't remember.

14       Q.   And did you -- when you arrived did you

15   arrive at the same time as those individuals?

16       A.   No.  Like I said, I got lost so I was a

17   little delayed.  I get lost all the time.

18       Q.   But when you arrived in the parking lot

19   these individuals were there; correct?

20       A.   Yes.

21       Q.   All right.  And what's -- what is Rob's

22   last name?

23       A.   I actually don't know.  Nor do I

24   remember.

25            And to my knowledge, they also changed

1    their first name, so.  I don't really know what

2    his last name -- their last name was.

3        Q.   Do you still have their contact

4    information?

5        A.   No.

6        Q.   Do you stay in contact with him at all?

7        A.   No, not at all.

8        Q.   All right.  What is Lloyd's last name?

9        A.   Porsche.  It's Porsche, I think.

10   P-O-R-S-C-H-E.  I don't know how to spell it.

11       Q.   Okay.  And you said you don't keep in

12   contact with Lloyd anymore?

13       A.   No.

14       Q.   Do you still have his contact info?

15       A.   I don't think it's accurate anymore,

16   but -- no.

17       Q.   You don't have a cell phone number for

18   him?

19       A.   If I do, it's from, like, four years

20   ago.

21       Q.   Uh-huh.

22            Okay.  So if you do have that, I'm going

23   to ask that it be preserved.

24            When is the last time you spoke to

25   Lloyd?

1      A.   At the incident, I think.  It was -- it
2  was around that time.  It's been awhile.
3      Q.   Why don't you speak to Lloyd anymore?
4      A.   For a lot of reasons.  He's a lot of
5  drama, hothead.  Just a very problematic person.
6  And just -- I don't -- there was some just, like,
7  inter, like, friendship stuff going on with him
8  and a bunch of people and it just became too much.
9      Q.   Hannah, what's her last name or what is
10  Hannah's last name?
11      A.   I also -- I also don't know Hannah's
12  last name.  I'm really bad with last names.  I'm
13  going to just tell you that right now.
14      Q.   Was Hannah -- do you still keep in
15  contact with Hannah?
16      A.   Yeah, we follow each other.  It's
17  infrequent, but we follow each other.
18      Q.   Follow on what, Facebook?
19      A.   Instagram.
20      Q.   Okay.  And the other person you remember
21  is Piper Townley; correct?
22      A.   Who was that?
23      Q.   The other person you remember in the
24  parking lot was Piper Townley; correct?
25      A.   Correct.  Yes.

1    Q.    Is there anybody else you remember?

2    A.    Not that I knew, no.

3    Q.    Did you -- do you remember where the

4    parking lot was?

5    A.    I could describe it to you, but I don't

6    know the address of it.

7          It was -- the police department -- this

8    is going to be hard to do, but -- I'll use my

9    hand.  So the police department was here.  There

10   were houses here.  There's a big, long road.  Big

11   field.  And I think the parking lot was, like,

12   back here.  So it was, like, nearby.  It was,

13   like, across the field.

14   Q.    Do you -- all right.  We'll get to the

15   field, but do you remember the cross roads of the

16   parking lot?

17   A.    Not at all, no.

18   Q.    Okay.  Do you remember why that parking

19   lot was chosen?

20   A.    I think because of proximity.  It was

21   just close and easy to walk to.

22   Q.    Have you ever attended a rally or

23   protest with any of these individuals prior to the

24   date of the incident?

25   A.    Yes.  Yeah.

1     Q.    Who?

2     A.    Yes.

3     Q.    Right.

4           Who did you attend with?

5     A.    I think at various protests throughout

6     the years I've gone with at least each of the four

7     people I mentioned.

8     Q.    Okay.  Was -- was Piper somebody that

9     you hung out with on a social basis?

10    A.    Occasionally, but not, like -- not a

11    lot.  There would be times when, like, friend

12    groups would go out and we'd go to, like, downtown

13    Loveland or something and we'd go -- but not,

14    like, on a one-to-one basis or anything.

15    Q.    Did you ask your mom to go to this

16    rally?

17    A.    No.

18    Q.    Why not?

19    A.    Because she was working.

20          Also, it's weird to go to protests with

21    your mom.  I learned that.

22    Q.    Have you spoken to any of these

23    individuals about what occurred on August 8th of

24    2020?

25    A.    Piper, yeah.

1      Q.    Have you spoken to anybody else, any of

2   these other individuals?

3      A.    I briefly mentioned to Hannah that Milo

4   had approached me and that we were going to, you

5   know, do a lawsuit, but it was just very -- like,

6   one-sentence factual information.

7      Q.    You said you were approached by Milo?

8      A.    Yeah.  Milo reached out to me.  I didn't

9   know --

10          THE WITNESS:  Sorry, Milo, I didn't know

11      you existed.

12      Q.    And when he reached out to you, what did

13   he say?

14      A.    I don't remember.

15          MR. SCHWAB:  Objection.  Objection.

16      This is attorney-client privilege at this

17      point.

18   BY MR. RATNER:

19      Q.    Well, I'm talking about before you --

20          MR. SCHWAB:  I am going to instruct her

21      not to answer.

22          MR. RATNER:  I'm asking prior to the

23      attorney-client privilege being created.

24          Is it your position, Milo, that as soon

25      as you contacted her the attorney-client

1    relationship was created?

2        MR. SCHWAB:  I would say --

3        MR. RATNER:  If it is, let me know.

4        MR. SCHWAB:  -- I would say these

5    conversations were -- it's going to be really

6    tricky to tease out what were conversations

7    of an interview relating to other clients and

8    at what point it became potential client

9    intake, and at that point I would say

10   attorney-client privilege connects.

11       MR. RATNER:  Ah.  I understand.

12   That's -- that's a pretty -- pretty vague

13   definition.

14       I guess I'm asking you if you believe

15   the attorney-client relationship was created

16   the moment you contacted her?  If that's your

17   position, then say so on the record and, you

18   know, we can -- we can talk about it in front

19   of the Court.  But I'm allowed -- I mean,

20   this is factual, I'm allowed to inquire about

21   it.

22       MR. SCHWAB:  Okay.  I am saying that as

23   soon as it became a prospective client

24   interview, attorney-client privilege attached

25   and --

1           MR. RATNER:  I don't think --

2           MR. SCHWAB:  Well, be careful here,

3       but -- you know, although I will concede that

4       the initial phone call or -- initially it was

5       not a conversation between an attorney and

6       client, it was instead an interview relating

7       to other clients, at some point in the middle

8       of that conversation it became

9       attorney-client privilege.  And I want you to

10      be careful, is what I'm saying.  And I will

11      be objecting.

12          And also going to let Anna know to pause

13      so that I can object when needed.

14          MR. RATNER:  Well, you know, telling me

15      to be careful is not something most people

16      have told me to do in the last 30 years in

17      practice.  So I'm going to go ahead and tease

18      this out and see where we can get.

19          MR. SCHWAB:  Sure.

20          MR. RATNER:  If you're going to object

21      and instruct her not to answer, then that's

22      what we're going to do.

23          MR. SCHWAB:  Okay.

24  BY MR. RATNER:

25      Q.   So Anna, you said Milo approached you

1  with respect to this incident.  How soon after the

2  incident did Milo approach you?

3       A.   I don't remember.

4       Q.   Was it within a couple days?

5       A.   No.

6       Q.   It was within a couple weeks?

7       A.   Again, I don't remember.  I know it

8  wasn't within the first few days and that's about

9  all I remember.

10       Q.   And when you -- and when he approached

11  you what -- what was the purpose of him

12  approaching you?

13       A.   I also don't remember.

14       Q.   Do you have any e-mails or text messages

15  from Milo?

16       A.   Yes.

17       Q.   Okay.  And are these messages from when

18  he first approached you?

19       A.   No.

20       Q.   Have you ever signed something with Milo

21  saying that you're his client?

22       A.   I don't remember.

23       Q.   What was the gist of the conversation --

24  of the first conversation you had with Milo?

25       A.   As I previously stated, I don't

1   remember.

2       Q.   All right.  Do you have problems with

3   your memory?

4       A.   Over long periods of time --

5           MR. SCHWAB:  Objection.  Objection.

6           That's badgering.

7           MR. RATNER:  She's indicated a few times

8           that she can't remember so if she's got a

9           problem with memory, then I should be able to

10          ask her.

11          MR. SCHWAB:  No.  That's an

12          inappropriate question.  Please be

13          respectful.

14          MR. RATNER:  No, it's not.  I am trying

15          to be respectful.

16  BY MR. RATNER:

17      Q.   Ms. Kruger, you're saying you can't

18  remember because it was a long time ago; correct?

19      A.   Correct.

20      Q.   Do you have problems remembering what

21  occurred on the day of the incident?

22      A.   No.

23      Q.   Okay.  So you can remember what occurred

24  on the day of the incident, but you can't remember

25  your first conversation with Milo; correct?

1      A.   Correct.

2      Q.   All right.  When Milo first approached

3  you, did he start asking you questions about what

4  happened at the incident?

5      A.   I believe so.

6      Q.   Okay.  Did Milo indicate to you at that

7  time that you should file a lawsuit?

8      A.   I don't believe at that point yet.

9      Q.   At what point did Milo indicate to you

10  that you should file a lawsuit?

11          MR. SCHWAB:  Objection, attorney-client

12      privilege.

13          Anna, don't answer.

14          MR. RATNER:  Well, I mean, we need to

15      flesh that out as to whether or not an

16      attorney-client relationship had been

17      established.

18          MR. SCHWAB:  I'm just really -- if this

19      is important information, you can go to the

20      Judge and we can discuss it, but this is

21      going to be protected by attorney-client

22      privilege, a legal recommendation as to

23      whether to file a lawsuit.

24          MR. RATNER:  So, then, I'm going to just

25      preserve the record and the right to

1      reconvene the deposition after we've

2      addressed this issue because the

3      attorney-client relationship doesn't exist

4      the moment you start speaking to somebody, so

5      I'm entitled as to -- to find out the

6      conversations until that relationship is

7      created and you're precluding me from finding

8      that out.

9           MR. SCHWAB:  I disagree.  That question

10     relates to conversations had after the

11     creation of the attorney-client privilege.

12          MR. RATNER:  If you called her up and

13     said immediately, hey, Anna, you need to file

14     a lawsuit, that's not protected.

15          MR. SCHWAB:  And she did not say that.

16          MR. RATNER:  Well -- well, you're --

17     okay.

18 BY MR. RATNER:

19     Q.   Ms. Kruger, when did you make a decision

20 about whether or not a lawsuit should be filed

21 against my clients?

22     A.   When I felt comfortable doing so.

23     Q.   Time-wise, when did you make that

24 decision or when was the decision made?

25     A.   I would say within probably less than

1    three months after the incident.

2         Q.   First time that Mr. Schwab contacted

3    you, were you aware that he was representing Mr.

4    Townley -- or Piper Townley?

5         A.   Yes.

6         Q.   Okay.  Had you -- prior to being

7    contacted by Mr. Schwab, had you discussed with

8    Piper Townley the filing of a lawsuit?

9         A.   Yes.

10        Q.   Do you know, as we sit here, whether or

11   not Piper Townley had filed any other lawsuits

12   arising out of protest activities?

13        A.   Not to my knowledge, no.

14        Q.   Okay.  Did Piper Townley ever discuss

15   that with you?

16        A.   No.

17        Q.   What -- shifting gears again.

18             What was the -- why did you attend as a

19   counterprotester?  What was your reason for

20   attending?

21        A.   To -- well, it was multi-purposed.

22   Obviously be able to assert my First Amendment

23   rights and to be able to, you know, voice my

24   opinion on the matter and to also support whoever

25   else was going to be there by being able to, like,

1   walk them back to their cars or, you know, if

2   someone got hurt, make sure they got medical care.

3   That's why a lot of people were marked with

4   medical big red Xs.

5       Q.   A red cross, you mean?

6       A.   Yes.

7       Q.   All right.  You didn't have a red cross,

8   did you?

9       A.   No, I did not.

10      Q.   All right.

11          MR. RATNER:  Okay.  We've been going

12      about another hour so why don't we take a

13      five-minute break, if that's okay with

14      everybody.

15          MR. SCHWAB:  Sure.

16          MR. RATNER:  Okay.

17          (Recess in proceedings.)

18  BY MR. RATNER:

19      Q.   Okay.  So do you have any recollections,

20  as we sit here, what time you arrived at the

21  parking lot?

22      A.   Not specifically.

23      Q.   Okay.  Do you think it was after --

24  well, strike that.

25          Did you hang out in the parking lot or

1   did you start going to the rally?

2        A.   I just hung out for a little bit.

3        Q.   Do you remember making some sort of plan

4   as to what everybody was going to do?

5        A.   No.

6        Q.   What were you going to do once you got

7   to the rally?

8             How were you going to be a

9   counterprotester?

10        A.   Exist.

11        Q.   Okay.  And what does that mean, to

12   exist?

13        A.   I mean, I remember existentially you

14   show up to the rally, you show up as a human

15   being.

16        Q.   But my understanding is, when looking at

17   the video, you were not carrying any signs;

18   correct?

19        A.   Correct.

20        Q.   Okay.  Was it your intention to engage

21   any of the individuals at the rally who were on

22   the side of the Back the Blue?

23        A.   No.

24        Q.   All right.  Were you going to -- did you

25   plan on championing or yelling or talking?

1          What -- what did you intend to do merely

2     just existing in front of the Fort Collins Police

3     Station?

4          A.   I would say I never go to anything with

5     a plan of action or anything.  It just depends on

6     the atmosphere of the protest.  If chance

7     happened, wonderful, I'll participate.  If there

8     are signs and people hand them out, wonderful,

9     I'll hold a sign.  But I don't come to something

10    with a plan.

11         Q.   Is there a time when you go to a protest

12    and -- I mean, you basically are just sort of

13    there, you're not saying anything, you're not

14    chanting, you're not having a sign?

15         A.   I've had some like that, yeah.

16         Q.   All right.  Did anybody that you went --

17    well, strike that.

18         You walked from the parking lot to the

19    Fort Collins Police Station; correct?

20         A.   Correct.

21         Q.   All right.  And you walked -- and we'll

22    get to the video in a second, but did you walk

23    through the open space that you eventually ended

24    up leaving through?

25         A.   Yes.

1      Q.   Okay.  And you walked with a group of

2   individuals that you identified before, Rob,

3   Lloyd, Hannah and Piper; correct?

4      A.   Correct.

5      Q.   Okay.  Did you have any intention of

6   hanging out with anybody at the rally such as,

7   like, Piper or anybody else?

8      A.   I mean, yeah.  I mean, I didn't intend

9   to, but it's nice to stick with the people that

10  you're with.

11     Q.   In other words, you didn't -- when you

12  went to the rally, did you say to yourself, well,

13  I'm going to -- I'm going to go wander off by

14  myself?

15     A.   No.

16     Q.   Okay.  What were you dressed in when you

17  went to the rally?

18     A.   I had -- I think I had my doc Martens

19  on.  I had, I think, black skinny jeans.  I don't

20  remember if I had a hoodie or a T-shirt.  I think

21  I had a hoodie, like a black hoodie.  That -- that

22  was my clothes.

23     Q.   And were you wearing any sort of mask?

24     A.   Yes.

25     Q.   All right.  Is the outfit you were

1    wearing on the day of the incident the same sort

2    of outfit you usually wear to a protest?

3         A.   Depends on the protest.  Sometimes, yes;

4    sometimes, no.

5         Q.   All right.  Why -- from what I could see

6    from the video -- and we'll look at it.

7              From what I could see from the video,

8    your outfit was all black; correct?

9         A.   Correct.

10        Q.   All right.  And you had your hood up;

11   correct?

12        A.   Correct.

13        Q.   All right.  Was there any particular

14   reason why you were dressed in all black?

15        A.   Yes.

16        Q.   Why?

17        A.   I don't particularly enjoy being

18   identified in photos of people from the far right.

19        Q.   Okay.  And so you were trying to cover

20   up your identity; correct?

21        A.   Correct.

22        Q.   All right.  And when you say "far

23   right," what -- what do you mean by that?

24        A.   Anyone on the political far right,

25   including Proud Boys, white supremacists,

1  neo-Nazis.  Anyone who is extremely red on the

2  political sphere.

3       Q.   Okay.  So you were going to this protest

4  as an activist, as opposed to, for example, a

5  representative of Black Lives Matters; correct?

6       A.   Correct.

7       Q.   All right.  And do you know whether or

8  not Piper Townley was attending the protest as a

9  member or on behalf of Black Lives Matter?

10      A.   No.

11      Q.   All right.  "No," you don't know or

12  "no," he wasn't?

13      A.   No, I don't know if she was.

14      Q.   Okay.  Did -- did Piper ever discuss

15  Black Lives Matters with you?

16      A.   Not to my recollection specifically.

17      Q.   Okay.  Other than the -- well, strike

18  that.

19           So once you arrived at the rally, did

20  you see anybody else that you recognized or knew?

21      A.   From which side?

22      Q.   Well -- okay.  Well, why don't we

23  identify it as you are on the counterprotest side

24  and then the other side was the Back the Blue.  Is

25  that -- is that fair?

1          A.    Yes.

2          Q.    Okay.  Were there any other sides other

3    than Back the Blue and counterprotesters?

4          A.    No.

5          Q.    When you got to the rally in front of

6    the police station, did you see anybody else that

7    you recognized or knew from the counterprotester

8    side?

9          A.    No.

10         Q.    Did you recognize or see anybody from

11   the Back the Blue side?

12         A.    Yes.

13         Q.    Who?

14         A.    Louie Huey and Brian Wooley.

15         Q.    And how do you know Louie Huey?

16         A.    He's very well-known.  He's a pod-caster

17   of Major League Liberty.  He's been at every

18   single protest that I can remember on the opposite

19   side usually.

20         Q.    And so have you ever engaged with Louie

21   Huey?

22         A.    No.

23         Q.    Did you engage with Louie Huey on the

24   day of the incident?

25         A.    No.

1          Q.    How do you know Brian Wooley?

2          A.    I saw some posts about him on social

3     media regarding a protest that had happened prior

4     that summer that he was at.

5          Q.    Okay.  And, I'm sorry, what -- what kind

6     of protest was he at?

7          A.    I believe he was at another Back the

8     Blue protest.

9          Q.    All right.  You identified -- did you

10    identify Louie Huey and Brian Wooley as being from

11    what you classify as the far right?

12         A.    Yes.

13         Q.    Is it your belief that Back the Blue is

14    a far right organization?

15         A.    I don't believe it to be an

16    organization.

17         Q.    Well, are we going to argue about --

18    well, strike that.

19              Why don't you believe it's an

20    organization?

21         A.    Similar to the reason that I don't think

22    Black Lives Matter is an organization.  I think

23    it's a stance and not an organized group.

24         Q.    If somebody identifies with Back the

25    Blue, do you believe they're identifying with the

1  far right?

2       A.   Not necessarily.

3       Q.   Do you believe Louie Huey identifies

4  with the far right?

5       A.   Yes.

6       Q.   Do you believe Brian Wooley identifies

7  with the far right?

8       A.   I'm not sure, but I'd say yes.

9       Q.   Okay.  Did you engage with Mr. Wooley at

10 all during the day?

11      A.   Yes.

12      Q.   When?

13      A.   He crossed over to the other side of the

14 sidewalk that I was standing on and stood in the

15 street verbally berating me for a good portion of

16 time.

17      Q.   You said you recognized -- well, strike

18 that.

19           Have you ever engaged with Mr. Wooley

20 before?

21      A.   No.

22      Q.   Did you say anything to him that --

23 well, strike that.

24           What was he saying in terms of verbally

25 berating you?

1        A.   At one point he called me a fairy

2   fruit-loop faggot.

3            He was trying to taunt people to fight

4   him in the street.  He was making fun of a lot of

5   people, calling them various insults, similar to

6   fairy fruit-loop faggot.  And generally just

7   taunting and challenging a lot of people.  He was

8   very verbally argumentative.

9        Q.   Okay.  Is it your understanding that

10  even though he had -- identifies as far right --

11  it's possible that somebody can be aligned with

12  Back the Blue but not be considered far right;

13  correct?

14       A.   Correct.

15           That was a previous statement of mine,

16  that not necessarily everyone who supports Back

17  the Blue is not necessarily a white supremacist or

18  nationalist.

19       Q.   Is it your understanding that

20  everybody -- strike that.

21           On your walk from the parking lot to the

22  rally, was it your understanding that everybody at

23  the rally who wasn't a counterprotester was

24  associated with the far right?

25       A.   No.

1     Q.    When Mr. Wooley was verbally berating

2  you, did you engage him at all?

3     A.    Yes.  I remember laughing and playing

4  him off.  If he would try to taunt us, go, "Ah,

5  yeah, that would go well."  Something like that.

6  Nothing fighting back.

7     Q.    Did you say anything to Mr. Wooley prior

8  to him approaching you and verbally berating you?

9     A.    No.

10    Q.    Is that the only engagement you had with

11 Mr. Wooley on that day?

12    A.    Yes.

13    Q.    Okay.  Did you -- you had a backpack;

14 correct?

15    A.    Yes.

16    Q.    When you would go to these -- these

17 protests, would you normally have a backpack?

18    A.    Yes.

19    Q.    All right.  And what did you have in the

20 backpack?

21    A.    I had my first-aid kit.  I had a

22 first-aid kit.  I remember carrying Pedialyte

23 packets that are used for dehydration.  I had

24 syringes, just like empty syringes for eye

25 flushes.  Just, like, basic various medical

1    equipment.  I had fireworks which were taken from

2    me.  But 99 percent of my bag was all first aid.

3         Q.   Did you -- did you consider yourself a

4    medic?

5         A.   No.  And I made that very clear.

6         Q.   To who?

7         A.   That's why I didn't mark myself with a

8    red cross.

9         Q.   Right.

10            So you just told me you made that very

11   clear.  Who did you take it clear to that you were

12   not a medic?

13        A.   Everyone who was in the parking lot;

14   that I would only be comfortable in assisting with

15   minor things and to assist if anything medical

16   were to happen.

17        Q.   Did you expect something medical to

18   happen?

19        A.   No, but it was hot.  You never know.

20   People pass out all the time.

21        Q.   Okay.  And -- all right.  Do you usually

22   carry a first-aid kit --

23        A.   Yes.

24        Q.   -- to the protests that you go to?

25        A.   Yes.

1       Q.    Okay.  What was the purpose of carrying

2    the fireworks?

3       A.    I just -- this is going to sound stupid,

4    but I just really like fireworks.  I didn't intend

5    to use them.  I just like fireworks.

6       Q.    Do you always carry fireworks with you

7    to a protest?

8       A.    No.

9       Q.    This is the only time that you ever did

10   that?

11      A.    Yes.

12      Q.    How long were you at the rally until Mr.

13   Wooley started to verbally abuse you?

14      A.    Less than ten minutes.  People started

15   crossing over from the Back the Blue side almost

16   immediately.  He wasn't one of the first ones, but

17   he trickled over within the ten-minute time frame.

18      Q.    Now, you said the "Back the Blue side,"

19   so there were -- there were sides?

20      A.    I mean, they were all at the police

21   department side, so, yes.

22      Q.    Okay.  And then you were on the side

23   where there's a church there; correct?

24      A.    I don't remember if there was a church,

25   but it's the opposite side of the little street

1  that goes between the police department and -- I

2  thought it was a house behind me, but it could

3  have been a church.

4      Q.   How much in total time were you at the

5  rally, from when you came in front of the police

6  station and when you finally left?

7      A.   If I had to guesstimate, total 40, 45

8  minutes.  I don't think I was there like up until

9  an hour.  It wasn't very long.

10     Q.   Did you speak with any police officers

11 while you were there?  Strike that.

12          Prior to your arrest, did you speak to

13 any police officers?

14     A.   No.

15     Q.   Did you speak to any of the -- strike

16 that.

17          Other than Mr. Wooley, did you speak to

18 any of the Back the Blue protesters or

19 individuals?

20     A.   Yes, but it was as we were exiting.

21 There was a girl in front of me who was like also

22 verbally berating me, so.  And that was as we were

23 all leaving.

24     Q.   Did you get into any physical

25 altercations with anybody prior to being arrested?

1      A.    No.  I was bodychecked a couple of times

2  by, like, some Back the Blue people, but other

3  than that, no.

4      Q.    Did you ever complain to any police

5  officers that you were being verbally abused?

6      A.    There were none to complain to, so no.

7      Q.    Did you see any police officers while

8  you were there?

9      A.    They were all the way up by the police

10  department doors.

11      Q.    Did you see any police officers in the

12  Back the Blue group?

13      A.    Like, intermingled?

14            Can you define what you mean by that?

15      Q.    Well, you used the word intermingled.

16  So I'm trying to find out whether -- well, strike

17  that.

18            You testified you saw police officers by

19  the door of the police station; correct?

20      A.    Correct.

21      Q.    Prior to being arrested, did you see

22  police officers anywhere else?

23      A.    I saw them arrest Mr. DeLeon.  But other

24  than that, no.

25            The only time I really saw them was up

1    by the doors, but I wasn't really paying attention

2    to them.  I was paying attention to Brian.

3          Q.   You say "Brian."  Oh, Wooley?

4          A.   Yes.

5          Q.   Okay.  But you never complained to any

6    police officers that anybody was verbally abusing

7    you; correct?

8          A.   Correct.

9          Q.   And you never complained to any police

10   officers about anybody who bodychecked you;

11   correct?

12         A.   Correct.

13         Q.   Correct.

14              And did you observe any police

15   officers -- strike that.

16              Prior to your arrest, did you observe

17   any police officers speaking with anybody from the

18   Back the Blue side?

19         A.   No.  Again, I was very focused on Brian

20   in front of me.  But directly prior to my arrest I

21   did hear one of the officers coming over, get

22   confirmation from someone who said, "oh, they're

23   over there" or something like that.  But that was

24   the only direct, like, interaction I saw or heard.

25         Q.   You say you overheard, "oh, they're over

1    there."  Do you have any idea who anybody was

2    referring to?

3         A.    I mean, I know they're referring to me

4    and Piper.

5         Q.    How do you know?

6         A.    Because they came directly to us

7    afterwards.

8         Q.    Was this when you were in the open space

9    behind the fence after the -- after the fight?

10         A.    (Nods head).

11         Q.    Okay.

12         A.    Yes.

13         Q.    But prior to that, you -- you don't

14    recall any conversation -- observing any

15    conversations between police officers and Back the

16    Blue; fair?

17         A.    Not that I saw.

18         Q.    Okay.

19         A.    Not that I saw.

20         Q.    Did you call 911 at any -- at any point

21    during your --

22         A.    No.

23         Q.    -- your attendance at the rally?

24         A.    No.

25         Q.    Okay.  Did you have a -- I should have

1   asked you this first.  I'm assuming you had your

2   cell phone with you; correct?

3       A.   No.

4       Q.   Did not?

5       A.   I don't think so.  I don't believe so.

6       Q.   Is it your testimony you went to the

7   rally and you had no cell phone?

8       A.   To my remembrance, I didn't have my

9   phone with me.

10      Q.   Is there any particular reason you

11  didn't take your cell phone?

12      A.   I never bring my phone.

13      Q.   Okay.  So you would not have taken

14  pictures or recorded any video at this rally;

15  correct?

16      A.   Correct.

17      Q.   Did you observe Piper videotaping or

18  taking pictures at the rally?

19      A.   No.

20      Q.   Did you observe Mr. DeLeon video --

21  videotaping or taking pictures at the rally?

22      A.   No.

23      Q.   You said you observed him being

24  arrested.

25      A.   (Nods head).

1      Q.    Did you know Mr. DeLeon prior to his
2  being arrested?
3      A.    No.
4            And I didn't even see him.  I saw -- I
5  heard first and then I saw officers going over
6  there.
7      Q.    Okay.
8      A.    And I found out by proxy that that was
9  the arrest that took place.
10     Q.    And you found out well after the -- the
11 rally or the incident it was Mr. DeLeon; correct?
12     A.    Yeah.  I didn't know it was him
13 specifically.  I just saw a guy getting walked
14 out.
15     Q.    Have you ever spoken to him about this
16 lawsuit?
17     A.    No.  I don't know him.
18     Q.    Okay.  So Mr. Wooley was verbally
19 abusing you for, you said, about ten minutes or
20 so?
21     A.    I said that's when he started coming
22 over to the other side.  He was there the whole
23 time after that.
24     Q.    Okay.  All right.  So let's back up a
25 little bit.

1          You -- you and your group come to the

2     front of the Fort Collins Police Station at some

3     point during the afternoon; correct?

4          A.   Correct.

5          Q.   And did people start approaching you

6     from the Back the Blue side immediately --

7          A.   Yes.

8          Q.   -- or what did you do?

9          A.   Yes.

10         Q.   Okay.  And at what point -- how long had

11    you been there until the time Mr. Wooley started

12    verbally abusing you?

13         A.   About ten minutes.

14         Q.   Okay.  And -- so from the point in time

15    you arrived at the police station to when Mr.

16    Wooley was verbally abusing you, other people were

17    saying things to you; correct?

18         A.   Yes.  Not -- not to me specifically, but

19    people were coming over and -- and being verbally

20    abusive and argumentative to others.

21         Q.   Okay.  Were you responding to these

22    people?

23              Were you saying, you know, police

24    officers are bad or -- I -- I don't know, I don't

25    want to put words in your mouth, but were you

1  expressing your -- strike that.

2          Let me ask you this:  From the point in

3  time that you arrived until when Mr. Wooley was

4  verbally abusing you, did you express your

5  counterprotest opinions to anybody?

6      A.  I think there was one guy that came

7  over -- I don't remember the exact order of

8  operations, but there was a guy who came over and

9  was actually having a civil conversation with us

10  and asking us why we're there.  I talked to him

11  for maybe a minute or two before more people came

12  over and we were getting badgery about it.

13      Q.  Now, when you say somebody came over and

14  asked why we were there, did you identify to

15  anybody that you were a counterprotester or you

16  didn't have -- that you did have a different

17  opinion than Back the Blue?

18      A.  Yes.

19      Q.  And who did you tell?

20      A.  The person who asked me why I was there.

21      Q.  And what -- do you remember what you

22  told the person as to why you were there?

23      A.  No.

24      Q.  Did you make any observations as to what

25  Piper Townley was saying to the Back the Blue

1    people?

2         A.    No.  We had been a little separated for

3    a minute.  I remember they were farther off to the

4    side or farther behind me.  But I know that they

5    were very civilly engaging in conversations.

6    Piper's voice is very distinct so you can hear a

7    little bit.  But -- and I didn't hear any

8    specifics, but I know they were engaging in, like,

9    civil conversations.

10        Q.    Okay.  But you don't have any specific

11   recollection what you were saying to the Back the

12   Blue people?

13        A.    Not verbatim, no.

14        Q.    Can you give me an idea, generalization?

15        A.    I mean, I would assume that I would

16   explain it the same way I did to you; you know, I

17   am here because I think the Fort Collins Police

18   Department has a history of excessive force and,

19   you know.  That's it, basically.  That's what I

20   assume I said, but I don't recall specifically.

21        Q.    You're not going to -- that would be an

22   awfully long chant.  I mean, that's not something

23   you're going to chant; correct?

24        A.    I wasn't chanting.  Like I said, it was

25   a civil conversation.

1      Q.   Is it -- did you do any chanting while

2  you were attending the rally?

3      A.   To my recollection, there was no

4  chanting whatsoever once those people came over.

5      Q.   It was just screaming back and forth?

6      A.   A lot of it.

7      Q.   All right.

8      A.   A lot of screaming back and forth and a

9  lot of conversations.

10      Q.   Did you attend any of the George Floyd

11  protests in downtown Denver?

12      A.   I don't -- I don't think I did, no.

13      Q.   Okay.  Have you seen any of the videos

14  from those protests?

15      A.   Yes.  Yes.

16      Q.   I mean, there was one chant that sticks

17  out in my mind.  It was, "Why you wearing riot

18  gear?  There's no riot here."

19           Do you ever recall hearing something

20  like that?

21      A.   In my previous experiences, yeah, I've

22  heard that chant.

23      Q.   Great.

24           But the group you were with weren't

25  doing that sort of engagement; correct?

1       A.    Correct.

2       Q.    All right.  Did you see anybody from

3    your group do any chants or -- or anything

4    expressing their opinions?

5       A.    Like I said, we didn't have an

6    opportunity to.  They came over within seconds of

7    us showing up.

8       Q.    Okay.

9       A.    There was no opportunity to do anything

10   else.

11      Q.    So from the point in time that you

12   arrived to when you eventually left, it was just a

13   screaming match between your group and people from

14   Back the Blue?

15      A.    Yep.

16      Q.    Do you recall seeing anybody who

17   identified with a group other than Back the Blue

18   and counterprotesters?

19      A.    No.

20      Q.    Do you recall anybody describing you as

21   Antifa?

22      A.    Yes.  That was a phrase very, very often

23   thrown around by the Back the Blue people who came

24   over.  Almost every single one of them at some

25   point would say Antifa, even if they weren't

1  wearing all black, even if they weren't somebody

2  who came from the field.  They called almost every

3  protester Antifa or some derivation of.

4      Q.   Do you identify with Antifa?

5      A.   No.

6      Q.   Why I ask is a quick Internet search

7  says that you're on some Antifa watch list.  Did

8  you know that?

9      A.   Yes, I did.  I think it's hilarious.  It

10 came after that incident ironically.

11     Q.   Does Piper Townley -- strike that.

12          Has Piper Townley ever identified with

13 Antifa?

14     A.   No.

15     Q.   Do you know if anybody in your group had

16 identified with Antifa?

17     A.   No.

18     Q.   The -- do you know or have any knowledge

19 of anybody from the Back the Blue side that

20 identified also with Antifa?

21     A.   No.

22     Q.   I know you -- you're furrowing your

23 brow.  It's a dichotomy, I understand that, but it

24 appears in your Complaint and so that's why I'm

25 asking you.

1      So how long does -- does Mr. Wooley

2  verbally berate you?

3      A.   Me specifically, five, ten minutes.

4           He popped around a lot and would do

5  similar things to other people; try and coax them

6  into an argument or try to get them to step out

7  into the street and settle things like a man kind

8  of stuff.  He was very taunty.

9      Q.   Did you ever take him up on his taunts?

10     A.   No.

11     Q.   Okay.  Did -- did he -- did you observe

12 Mr. Wooley verbally abuse Piper Townley?

13     A.   Not to my knowledge, no.

14     Q.   Okay.  You also had a collapsable baton

15 in your backpack; correct?

16     A.   I don't remember that, but if that was

17 in the itemized list, then that's likely accurate.

18     Q.   Is a collapsable baton something that

19 you would normally bring to a protest?

20     A.   It is something I have on me a lot of

21 times, even protests, but I keep one on me

22 regularly.  I'm a solo girl, so.

23     Q.   So it's a weapon?

24     A.   It's for self-defense.

25     Q.   Right.

1          As a weapon?

2     A.    Semantics, but I say it's a self-defense

3 tool.

4     Q.    You don't classify a collapsable baton

5 as a weapon?

6     A.    It can be used as a weapon but so can

7 anything.  I use it for self-defense.

8     Q.    When you went to the rally, was it your

9 intent to be peaceful?

10     A.    Yes.

11     Q.    Was it your intent to disturb the rally

12 in any way?

13     A.    No.

14     Q.    Have you ever gone to a protest with the

15 intent to disturb it?

16     A.    No.

17     Q.    Okay.  All right.  So after Mr. Wooley

18 was done with you, what happened next?

19     A.    I remember a lot of people from the Back

20 the Blue side, like I said, bodychecking people,

21 pushing in and coming into the counterprotest

22 area.  They weren't just standing on the sidewalk

23 anymore, they were intermingling to the side of

24 the counterprotesters, yelling at people, calling

25 them names, shoving them around, threatening them,

1    taunting them.  It was just very heated.  And a

2    lot of milling around from a lot of different

3    people.  It was really hectic.

4         Q.   So you -- you've been describing the

5    Back the Blue side and the counterprotesters side,

6    but there was nothing precluding the two sides

7    from intermingling; correct?

8         A.   There was nothing precluding it, but

9    there was, like, an established presence of the

10   Back the Blue on the sidewalk of the police

11   department and the counterprotesters had taken the

12   opposite sidewalk as to not forcibly intermingle

13   with the Back the Blue side.

14        Q.   Were there counterprotesters there when

15   your group arrived?

16        A.   Yes.

17        Q.   And did you know who the

18   counterprotesters were?

19        A.   I didn't know them personally, no.

20        Q.   Had you recognized them from other

21   protests?

22        A.   No.

23        Q.   No?

24        A.   No.

25        Q.   Did any of them identify to you --

1    strike that.

2            Did any of the other counterprotesters

3    identify to you as being from Black Lives Matter?

4        A.    Several had signs, but no one said I'm

5    BLM to me.  They just made statements in support

6    of.

7        Q.    Is it your testimony that Back the Blue

8    was shoving the counterprotesters?

9        A.    Yes.  That's correct.

10       Q.    They were physically -- the Back the

11   Blue was physically engaging the

12   counterprotesters?

13       A.    Yes.  That's correct.

14       Q.    Did you observe anybody -- well, strike

15   that.

16            Prior to -- well, strike that.

17            Trying to keep this -- a timeline so we

18   can understand what's going on.

19            All right.  So at some point you started

20   walking back towards the -- the open space that

21   you came from; correct?

22       A.    Correct.

23       Q.    And that had been, what, after you had

24   been there about 40, 45 minutes?

25       A.    Approximately, yes.

```
1        Q.   All right.  Mr. DeLeon had already -- as
2   you had known at the time, he had already been
3   arrested; correct?
4        A.   Correct.
5        Q.   Okay.  All right.  So let me try and
6   show you a video.  Okay?  I'm going to try to
7   share my screen and then figure out how to get
8   this as an exhibit.
9             MR. RATNER:  We're going to mark this as
10       Exhibit 1.
11            (Exhibit 1 was marked for identification
12             and is attached to the transcript.)
13            MR. RATNER:  Can everybody -- everybody
14       can see that video; correct?
15            THE WITNESS:  Uh-huh.
16            MR. RATNER:  Milo, can you see it?
17            MR. SCHWAB:  Yes.
18   BY MR. RATNER:
19       Q.   All right.  So we're going to -- this
20   is -- I don't know if there's a Bate stamp, but
21   it's the Axon Body 3 Video 2020-08-08_1554_FC371.
22   And I'm just going to show you some bits and
23   pieces.  Okay?
24       A.   Okay.
25       Q.   You know what?  This is the wrong one.
```

1    We'll keep this as Exhibit 1, but it's not the

2    video I want to show.

3         MR. RATNER:  All right.  We're going

4       mark this as Exhibit 2.

5           (Exhibit 2 was marked for identification

6            and is attached to the transcript.)

7         MR. RATNER:  It is a video that's been

8       produced by plaintiff as Townley 24.  So this

9       is going to be Exhibit Number 2.

10   BY MR. RATNER:

11       Q.   And can you -- does this seem familiar

12   to you?

13       A.   Yes, it does.

14       Q.   And can you describe what -- what's

15   happening?

16       A.   Yeah.  We are literally getting backed

17   into those houses as we're trying to leave being

18   followed by a bunch of very aggravated Back the

19   Blue people.

20       Q.   Okay.  And so, for the record, I'm

21   showing you -- off of Townley 24, it is from 00 to

22   19 seconds and I've stopped it.

23           Do you see yourself in that -- the frame

24   that's stopped at 19?

25       A.   Yes, I do.

1      Q.   Okay.  And you're the one on the

2  right-hand side, the far right-hand side of the

3  screen that's dressed in black with a black

4  hoodie; correct?

5      A.   Correct.

6      Q.   And there's somebody behind you.  Can

7  you -- do you know who that person is?

8      A.   No.

9      Q.   Is that somebody -- was that somebody

10  from the original group from the parking lot?

11      A.   No.

12      Q.   Okay.  And the person I'm asking

13  about -- I stopped at 20 seconds -- is somebody in

14  overalls, no shirt and a baseball hat.  Did I

15  describe that person correctly?

16      A.   Yes.

17      Q.   And -- but you don't know who that

18  person is; correct?

19      A.   Correct.

20      Q.   Do you know whether that person is a

21  counterprotester or somebody from Back the Blue?

22      A.   They're a counterprotester.

23      Q.   And how do you know that?

24      A.   Because when we were walking back they

25  were walking back to their car.  They were someone

1   who wanted to get walked back to their car.

2       Q.   Okay.  And then also stopped at 20

3   there's -- so you're in front of that person I

4   just described with the baseball hat.

5       A.   Uh-huh.

6       Q.   And then there's somebody in front of

7   you who looks to be almost a foot taller but is

8   dressed all in the black and the face is all

9   obscured.  Do you know who that is?

10      A.   Yes.

11      Q.   Who is that?

12      A.   That is Rob, that I mentioned

13  previously.

14      Q.   Okay.  All right.  So I'm just going to

15  keep on playing it here.

16           All right.  And I stopped it at 22.

17  There's somebody else to the right of Rob in this

18  frame that is dressed in, it looks like, a jean

19  vest and a hat.  Do you see that person?

20      A.   Yes.

21      Q.   And do you know that person is?

22      A.   Nope.

23      Q.   All right.  And so you're -- you're --

24  now you're being walked backwards to the open

25  space where you came; correct?

1          A.    Yep.  That's correct.

2          Q.    Okay.  Do you have any idea where this

3    video came from?

4          A.    No, I don't.

5          Q.    Have you seen the video before?

6          A.    I've seen different angles of it, but I

7    haven't seen it this far.

8          Q.    All right.

9          A.    Ah, there he is.

10         Q.    That's what I was going ask you.  I

11    stopped it at 52.

12               There's a guy in a red shirt with a

13    goatee.  Is this Louie Huey?

14         A.    Yes, it is.

15         Q.    Okay.  And the video doesn't have sound

16    so it's not as though I shut it off.  All right?

17               I stopped it at 1:08.  That's -- it's --

18    just about in the middle of the frame there is an

19    individual dressed all in black with a black

20    backpack.  Is that you?

21         A.    Yes.

22         Q.    Okay.  What was your intention at this

23    point?  Were you -- where were you trying to go?

24         A.    I was walking along the outside because

25    I didn't want to walk through everyone.

1      Q.   Do you know where Piper Townley was at

2  this point?

3      A.   No.

4           And that's when the brawl started.

5      Q.   So we're at 1:15, 1:16.

6           And it's your understanding that that is

7  the fight that Piper Townley was in started;

8  correct?

9      A.   Right.

10     Q.   Did you see the fight when you were

11  there?

12          Did you see it start when you were

13  there?

14     A.   No.

15     Q.   Okay.  At 1:16 you're again in the

16  middle of the screen, but you're almost to the

17  left of the crowd that's fighting; correct?

18     A.   Correct.

19     Q.   And what was your intention?  Where were

20  you -- what were you going to do or where were you

21  going to go?

22     A.   I wasn't getting involved in the fight.

23  My goal was to help people that I knew get out of

24  the ditch safely.

25     Q.   Okay.  And the ditch you're referring to

1  is to your -- your right; correct?

2       A.   Yes.

3       Q.   Did you physically go to the ditch and

4  try and help people out?

5       A.   I think I'm on the corner or at least

6  close to it when you see me over by the tree.  And

7  then when the fight finally died down, like when

8  they stopped beating the crap out of the

9  counterprotesters, I was able to, like, take the

10 arm of some people and get them out of the ditch.

11      Q.   All right.  When you were walking in

12 this open space that we see, did you see an

13 individual in a wheelchair?

14      A.   Yes.

15      Q.   Did you observe anybody say -- well,

16 strike that.

17           Prior to the fight, did you observe

18 anybody say anything to the person in the

19 wheelchair?

20      A.   I remember him coming over at one point

21 on the sidewalk where the counterprotesters were

22 and he -- he didn't sound like he agreed with

23 counterprotesters, but I remember him being, like,

24 very respectful, but -- although he didn't agree,

25 he wasn't engaging in any arguments or anything.

1    He was pretty civil.

2            But I didn't even know that he had gone

3    all that way until I saw the -- until I saw him

4    like either fall into the ditch or -- or some --

5    somehow he ended up, like, on the corner of the

6    ditch.  I didn't --

7        Q.   You didn't --

8        A.   -- come over.

9        Q.   Did you see this person in a wheelchair

10   in this area that's -- that's stopped at 1:16 on

11   Townley 24?

12       A.   Like right now on this camera?

13       Q.   No.

14           Let me -- let me ask you a better

15   question, I hope.

16       A.   Okay.  I can't see him here.

17       Q.   You were walking to -- we just -- you

18   testified to the left of the crowd because you

19   weren't going to get involved or you didn't want

20   to walk in the middle of the crowd; correct?

21       A.   Correct.

22       Q.   And then at some point a fight broke

23   out, ended up in the ditch, again, to your right

24   of what looks like a trail; correct?

25       A.   Correct.

1      Q.   Did you see the person in the wheelchair

2   at -- in this area prior to the fight breaking

3   out?

4      A.   Not prior.  Like I said, I didn't even

5   know that he had come all the way down the road

6   with anyone.  Like, I didn't even know he was down

7   there until the fight had started.  And then when

8   I got around and was able to watch what was

9   happening in the ditch, that's when I saw him.  I

10  didn't know he was over there until I got all the

11  way around.

12     Q.   Did you see any counter -- strike that.

13          Did you observe any of the

14  counterprotesters saying anything to the person in

15  the wheelchair at this area or in this area?

16     A.   No.

17     Q.   All right.  Did you see any of the

18  counterprotesters engage physically with that

19  person in a wheelchair at this point?

20     A.   No.

21     Q.   Had you ever seen anybody physically

22  engage with the person in the wheelchair?

23     A.   No.

24          I think there were people trying to help

25  him out of the ditch, but outside of -- outside of

1  that, no, nothing that was, like, aggressive or it

2  would be deemed inappropriate.  I think people

3  were trying to help him out of the ditch.

4       Q.   Okay.  All right.  So I started the

5  video.  At 1:23, 1:22 there's people fighting to

6  the right in the ditch.

7            That's the fight that you described;

8  correct?

9       A.   Correct.

10      Q.   And -- all right.  At 1:33, I stopped

11 it.  There's people in the ditch.  You're not in

12 any of this video; correct?

13      A.   Correct.

14      Q.   And where did you walk to?

15      A.   I'm over by the tree.

16      Q.   The tree that's in the background?

17      A.   Yeah.

18           I circled all the way around.  So I'm,

19 like, turning towards the ditch, the opposite

20 direction.

21           I don't know how to describe that.

22      Q.   Did you -- did you report to any police

23 officers that there was a fight going on?

24      A.   They weren't over there.  There was no

25 one to report to.

```
 1        Q.    Did you see any police officers in the
 2   area?
 3        A.    No.
 4        Q.    Okay.  When you were walking from the
 5   police station, you know, back to this area, did
 6   you see any police officers?
 7        A.    They were still up by the police
 8   department doors.  They hadn't moved.
 9        Q.    Okay.  Once you got into this open space
10   area, you didn't see any police officers, did you?
11        A.    No.
12        Q.    At some point the -- the fight stopped;
13   correct?
14        A.    Correct.
15        Q.    And did you -- did you physically grab
16   anybody out of the ditch?
17        A.    I -- I'm sorry; my cat's ripping on the
18   thing.
19              I held out my hand for two people.  So
20   they did the whole take your hand, come out of the
21   ditch thing.  I didn't grab anyone out of it, but
22   I offered my hand.
23        Q.    Okay.  Did any of the counterprotesters
24   ever strike you during this fight?
25        A.    Counterprotesters or Back the Blue?
```

1    Q.   I'm sorry.  That was a mistake.

2         Did anybody strike you during this --

3    this fight?

4    A.   No.

5    Q.   When you were helping people out of the

6    ditch, did anybody strike you or push you or, you

7    know, physically assault you?

8    A.   No.

9    Q.   Okay.  Did -- is one of the individuals

10   you helped out of the ditch, was that Piper

11   Townley?

12   A.   Yes.

13   Q.   And do you remember who the other person

14   was?

15   A.   No.  I didn't know who it was.

16   Q.   Okay.  It was part of the group that you

17   had met in the parking lot?

18   A.   One of them was.  One of them was marked

19   as a medic.

20   Q.   Well -- so you helped Piper Townley and

21   then another individual out of the ditch; correct?

22   A.   Incorrect.  I helped the medic out

23   first.  Piper was the last.

24   Q.   So how many people did you help out of

25   the ditch?

1       A.    I believe three.

2       Q.    Okay.

3       A.    But it was pretty quick.  It was just

4   literally a hand up, out of the ditch.

5       Q.    All right.  So we're stopped at 1:43.

6             This video is not the best, but about in

7   the middle of the screen there's an individual

8   dressed all in black.  Do you see that, that

9   person?

10      A.    Yes.

11      Q.    Standing up?

12      A.    Yeah.

13      Q.    Okay.  All right.  I want you to watch

14  that person.  Okay?

15      A.    Okay.

16      Q.    Did you see that person grab a water

17  bottle or grab an object?

18      A.    I didn't see them do anything.  I wasn't

19  watching them at the time.  I was focused on the

20  people with the flagpole and -- who were over to,

21  well, my right at the time.

22      Q.    Okay.  Were you -- we're stopped at

23  1:45.  Do you see yourself in this frame at all?

24      A.    No.

25      Q.    Okay.  Do you see the individual -- and

1  I'm stopped again at 1:47.

2          Did you see the individual start -- in

3  black start striking somebody with an object?

4      A.  Yes.

5      Q.  All right.  Did you -- did you observe

6  that on the day you were there?

7      A.  Yes.

8      Q.  Do you know who that individual was?

9      A.  Yes.

10     Q.  Who?

11     A.  Hannah.

12     Q.  Okay.  And, again, not trying to be

13  disrespectful, Hannah -- is Hannah an individual

14  who identifies as a female or -- no.  Strike that.

15          Would Hannah be, I guess, a transgender

16  female?

17     A.  No.

18     Q.  Or is Hannah -- okay.

19          So Hannah is a female, is what I'm

20  trying to get at?

21     A.  Yes.

22     Q.  All right.  All right.  I stopped at

23  2:19.  On the far left of the screen there's an

24  individual all black.  You can't see the face, but

25  the person has backpack.  Is that you?

1      A.   I don't think so.  I don't remember

2  going up to the ditch at all.  I don't think I got

3  that close.

4      Q.   Okay.  This person's grabbing another

5  individual; correct?

6      A.   Yeah.

7      Q.   Again, at 2:19 I stopped it.

8          I'm going to start it again.  The

9  quality of this video is not...

10         Do you see Piper Townley in any of this

11  video?

12      A.   Yes.

13      Q.   All right.  Let me ask you this.  I'm

14  stopped at 2:32 and it's a little blurry, but is

15  Piper Townley the bald person who is sort of

16  leaning against a ditch trying to get up?

17      A.   Yes.

18      Q.   Okay.  All right.  I think that's what I

19  wanted to show you from that.

20         All right.  After you helped individuals

21  out of the ditch, what happened next?

22      A.   I remember everyone had parked in the

23  parking lot, started walking back to that parking

24  lot.  And as you can see from the video, Black the

25  Blue protesters either walked back to the police

1    department or they kind of hung back towards the

2    ditch and they stayed there.

3            And I remember Piper was bleeding from

4    the head and didn't have her glasses which she

5    needs to see and was very, obviously, like,

6    beaten, struggling to walk and not doing well.  So

7    I had her arm -- I can't remember if her arm was

8    on my shoulder or draped around my back, but I was

9    propping her up and walking her -- trying to walk

10   her back towards the car.  And at, like, one point

11   she fell to the ground, like, basically, collapsed

12   from underneath herself.  And that's when I

13   remember hearing someone say like, "oh, they're

14   over there."  And that's when I turned and I first

15   saw cops coming over.

16       Q.   Okay.  So can you see this?

17            Correct?

18       A.   I can see it on the screen.

19       Q.   So this is what I previously marked as

20   Exhibit 1.  Let me just get to the spot.

21            MR. SCHWAB:  And, Mark, can you produce

22       this to me.

23            MR. RATNER:  Yeah.  Absolutely.

24            MR. SCHWAB:  There's only four body

25       cameras that you produced and it was from

1    2022.

2         MR. RATNER:  Well, that's the first time

3    you're telling me that.  We produced all of

4    the body cam videos.

5         MR. SCHWAB:  What's the Bates stamp for

6    this from you guys?

7         MR. RATNER:  I have no idea.  You want

8    me to figure it out right now?

9         MR. SCHWAB:  I would like you to look

10   into it later.

11        MR. RATNER:  In fact, Milo, you produced

12   some body cam videos that we also produced.

13        MR. SCHWAB:  Yeah.  I'm just asking

14   because this is not our Bate stamp, so I

15   don't know what number this would be.

16        MR. RATNER:  So, just, for the record,

17   and for your edification, Milo, this is

18   the -- the Axon Body 3 video that is the

19   designation that is given by the city.  It's

20   not -- you -- we didn't -- I don't think we

21   Bate stamped each video, but I'll -- I'll

22   double-check.

23   BY MR. RATNER:

24   Q.   So I've stopped the video at 1:34.  Can

25   you describe for me what you see?

1      A.   I see me and Piper who, like I had said,

2  just collapsed.  And so one of the street medics,

3  one of the ones who had come with, like, extensive

4  medical knowledge, trying to -- to help out.  And

5  then the one guy that I didn't know, that was that

6  counterprotester over on my left, video left and

7  physical left, kind of, like, chilling, like

8  monitoring it.

9      Q.   Right.

10          All right.  So you are -- you're the

11 individual in about the middle to the middle left

12 of the screen.  Again, there's no -- the video is

13 not that good, you can't see your face, but you're

14 dressed all in black with a black backpack;

15 correct?

16     A.   Correct.

17     Q.   And Piper Townley is the one that's --

18 is the individual who's sitting on the ground with

19 no -- no face covering and -- and his -- and is

20 semi-bald; correct?

21     A.   Yes.

22     Q.   And then the medic, I think you

23 identified that person before.  Is that -- is that

24 Rob?

25     A.   No.  That -- I don't know who that

1    person is.

2                I just know that they were one who is

3    clearly marked as a street medic and I know they

4    had significant medical stuff in their bag.

5    They're, like, a street medic.

6        Q.   Okay.  And -- and do you remember this

7    interaction at all?

8        A.   Yes.

9        Q.   Do you remembering -- strike that.

10               Do you remember telling the police

11   officers to leave?

12       A.   Yes.

13       Q.   Okay.  And why did you tell the police

14   officers to leave?

15       A.   Because Piper needed a medic and they

16   were not medics.

17       Q.   You had no idea about their medical

18   training or background; correct?

19       A.   Correct, but I would assume that if

20   they're on the clock as a police officer they're

21   not also on the clock as an EMT.

22       Q.   That's an assumption on your part

23   though; right?

24       A.   Absolutely.

25       Q.   You were not there providing Piper

1  Townley with -- with medical services; correct?

2      A.   Correct.  That street medic was trying

3  to.

4      Q.   Okay.  This is the first time you saw

5  police officers in this -- in this open space

6  area; correct?

7      A.   Correct.

8      Q.   In fact, you hadn't seen police officers

9  between the front of the police station to where

10 you all walked until this period of time; correct?

11     A.   Correct.  Yes.

12     Q.   All right.  Did the police officers

13 listen to you?

14     A.   No, not at all.

15     Q.   They didn't leave the scene, did they?

16     A.   No.

17     Q.   Did they -- did you have any

18 conversations with the police officers?

19     A.   No.  They didn't pay any attention to

20 me.  They didn't acknowledge my existence for the

21 most part.

22     Q.   Did they have -- did you observe any

23 conversations between the officers and Piper

24 Townley?

25     A.   I don't remember if they talked to her

1    or not.  I know they talked amongst themselves and

2    they got input from some of the Back the Blue

3    protesters who had said -- I can't remember the

4    specifics, but they said -- one of the Back the

5    Blue said either she, Piper, was fighting or that

6    we were fighting and, like I said previously,

7    like, "they're over there."

8           And I remember the police officers

9    talking amongst themselves and getting advice from

10   one of their higher-ups what to do basically.  And

11   then that's when they decided to arrest Piper and

12   I remember them -- one of the officers saying "and

13   get her, too."

14       Q.   Let's back up a little bit.

15           At some point you -- you knew that Piper

16   was being arrested; correct?

17       A.   Yes.  Yes.

18       Q.   Did you have any idea why?

19       A.   No.

20       Q.   Did you make any assumption that it was

21   for the fight?

22       A.   I assumed.  And I assumed that it was

23   based on what they just heard from the Back the

24   Blue supporters.

25       Q.   And then -- and after you understood

1    that Piper was under arrest, did you see the

2    police officers approach Piper?

3        A.    They were already pretty close to her.

4    I wouldn't say they approached her.  I would say

5    they had already approached her.  They were

6    already within -- very close to her, speaking to

7    her.

8        Q.    And did they reach out to grab Piper at

9    some point to put her under arrest?

10       A.    I would assume -- to arrest her they had

11   to put handcuffs on her, so I assume they were

12   next to her.

13       Q.    But there was no doubt in your mind that

14   Piper was being arrested and was at some point

15   going to be handcuffed; correct?

16       A.    Correct.

17       Q.    And right or wrong, you, from your

18   background, understood what was going on; correct?

19       A.    Yes.

20       Q.    All right.  You said -- you testified at

21   some point that you heard "and get her."

22             Correct?

23       A.    Yes.  "And get her, too."

24       Q.    "Too."

25             And who were they referring to?

1       A.    Me.

2       Q.    All right.  And you just pointed to

3  yourself; right?

4       A.    Yes.

5       Q.    Did you identify yourself as a her or a

6  female to the officers at that point?

7       A.    There was no need to.  But I had been

8  talking and saying, "We don't need you, we need a

9  medic, go away, we don't need you."  I would like

10  to think based on my voice most people would

11  assume I'm female, but you never know.

12       Q.    Okay.  At what point did you hear --

13  strike that.

14            When the officers reached down and

15  grabbed Piper, to arrest her, had you heard "and

16  arrest her, too" or "and get to her, too"?

17       A.    It was pretty simultaneous.

18       Q.    Okay.  When you heard that, what did you

19  do?

20       A.    I went, "Why?"  I was, like -- it was

21  just like at that moment, like, what the -- like,

22  what the fuck, like, why, what did I do.

23       Q.    Okay.

24       A.    And then I got tackled.

25       Q.    Did you try and run after hearing that

1   you were under arrest?

2        A.    No.

3        Q.    Did you try and grab Piper at any point?

4        A.    No.

5        Q.    All right.  So you heard almost

6   simultaneously "and get her, too."

7              What happened next?

8        A.    I remember I, like -- just a person

9   does, I, like, moved and that's when two officers,

10  like, tackled me to the ground.  It was really

11  aggressive, like -- like, shoved me to the ground.

12  It, like, knocked the wind out of me.  And I

13  remember, like, my head getting, like, shoved to

14  the side, like, really aggressively, too.

15             And I asked them -- I was, like, what am

16  I being arrested for?  Like, what did I do?  And

17  they said resisting arrest.

18       Q.    How much time lapsed between when you

19  heard "and get her, too," and when you were

20  tackled by two officers?

21       A.    It felt like seconds.  It was pretty

22  quick.

23       Q.    Okay.  Have you watched the video of

24  your arrest?

25       A.    I don't know.  I've seen a lot of

1    footage from a bunch of different things so it's

2    hard to differentiate the different sources.

3        Q.    As we sit here, it's your testimony that

4    you never tried to grab Piper; correct?

5        A.    To my remembrance, no.

6        Q.    Well, you said to your remembrance.  Is

7    it possible that you tried to interfere with

8    Piper's arrest?

9        A.    No.

10       Q.    Have you ever tried to interfere with an

11   arrest before?

12       A.    No.

13       Q.    At the point in time when the officers

14   arrive, how were you feeling?

15       A.    Worried.  I was worried about Piper.

16   Like, never --

17       Q.    Go ahead.

18       A.    I've never had someone literally

19   collapse in front of me before and I know that

20   that's pretty significant, so I was worried that

21   we wouldn't be able to get her full care that she

22   needed at that point.

23       Q.    Were you angry at all when the police

24   arrived?

25       A.    I was angry with the way that they were

1   responding, not that they arrived; that they could

2   see a person bleeding in front of them who was

3   obviously very, very injured and just stand there

4   and -- and not intervene and provide medical

5   attention.

6        Q.   So it's your opinion they should have

7   provided medical attention to Piper?

8        A.   Yes.

9        Q.   Even after you told them to leave?

10       A.   They could have gotten a medic.

11       Q.   Okay.

12       A.   An EMT.

13       Q.   Did -- well, strike that.

14            MR. RATNER:  Why don't we just take a

15       five-minute break.  Is that okay?

16            MR. SCHWAB:  Sure.

17            THE WITNESS:  Sure.

18            MR. RATNER:  Okay.

19            (Recess in Proceedings.)

20   BY MR. RATNER:

21       Q.   I want to back up just a little bit.

22            As you were walking down the street or

23   being -- you know, walking backwards down the

24   street with Back the Blue, back to the open space,

25   what -- did you see anybody with weapons?

1        A.    Not that I remember.

2        Q.    Okay.  Had you --

3        A.    I saw -- I'm sorry.  Go ahead.

4        Q.    No.  You.  Go ahead.  You can finish

5   your answer.

6        A.    There -- there was one guy that had,

7   like, a makeshift flag pole that he was kind of

8   using to shove people around on the sidewalk, but

9   outside of that I didn't see anything visible.

10        Q.    Have you ever seen or had you ever seen

11   weapons -- excuse me.

12        A.    Bless you.

13        Q.    Strike that.

14              Had you ever seen weapon -- anybody with

15   a weapon while you attended that rally?

16        A.    Yes.

17        Q.    What kind of weapons?

18        A.    Well, when they were in the ditch there

19   was a guy with a black really skinny baton.  The

20   guy with the makeshift flag pole was using it to,

21   again, hit people with.  Those are the only ones

22   that I remember specifically seeing used as

23   weapons.

24        Q.    Putting a flag pole -- I mean, you can

25   use anything as a weapon.  So what I'm -- I mean,

1    you can use a flag pole, you can use a belt.  What

2    I'm talking about with weapons is:  Did you see

3    any knives or guns or anything like that?

4         A.   No.

5         Q.   Okay.  And then the long, thin thing you

6    were describing, was that like the -- like the

7    collapsing baton that you had?

8         A.   No.  This was -- this was skinnier.

9         Q.   Okay.

10        A.   It was like a -- I don't know how to

11   describe it, like a really -- sorry.  The cat is

12   shifting all of my stuff.

13             A really skinny, like, metal black tube.

14   It almost looked like a pole or a pipe, but it was

15   black and skinny.

16        Q.   The first time you saw that was when

17   everyone was in the ditch; correct?

18        A.   Yes.

19        Q.   As you and the other counterprotesters

20   were walking back, there wasn't -- you know,

21   nobody was punching anybody; correct?

22        A.   Correct.

23        Q.   It was just a lot of -- was there --

24   well, strike that.

25             Was there any shoving going on?

1        A.    Yeah.   Yeah, there was.

2        Q.    And -- and did anybody shove you?

3        A.    Yes.

4        Q.    Okay.   Was there anything more than just

5   shoving?

6        A.    No.

7        Q.    Okay.   Do you ever think it's acceptable

8   to interfere with an arrest?

9        A.    No.

10        Q.    All right.   So we're at the point where

11   you said two officers tackled you; correct?

12        A.    Correct.

13        Q.    Okay.   And then -- and then what

14   happened?

15        A.    Like I said, I asked, "Why are you

16   arresting me?  I have a right to know why I'm

17   being arrested."  And they said "resisting

18   arrest."  I don't remember if I said anything more

19   than that, but if I did it was like, I wasn't

20   resisting or that's not how it works or something

21   like that, like just arguing against it.   And

22   that's when they handcuffed me and, like, stood me

23   back up.

24             And I remember asking them, I know you

25   don't owe me this favor, I know you don't have to,

1   but please don't walk me back through all of the

2   patriots over there, like, please, don't do that,

3   that wouldn't be safe for me, I wouldn't feel

4   safe.

5        Q.   And did they?

6        A.   And they didn't answer me or anything.

7        Q.   And when you -- so you identified people

8   who were still at the protest as patriots?

9        A.   That was something they called

10  themselves pretty frequently, yeah.

11       Q.   Did you mean it in a derogatory sense?

12       A.   No.  I was just identifying the people

13  that I didn't want to be walked through.

14       Q.   Did you still have your mask on when you

15  were walked back through to the police station?

16       A.   I don't remember.  I don't remember if

17  it was still on or not.

18       Q.   Okay.  Was the mask you were wearing,

19  was that to identify -- to hide your identity or

20  was it for COVID?

21       A.   I think it was both.  If I remember

22  correctly -- I might be getting it mixed up with

23  something else, but I think I had an actual

24  hospital mask underneath it.  I don't remember if

25  I did or -- but I think I had a hospital mask

1    underneath it so the one on top of it -- so that

2    if anyone were to take my picture, I didn't worry

3    that they were going to, like, doc me or harass me

4    online or threaten me or anything.

5        Q.   Had you been threatened in the past?

6        A.   Yes.

7        Q.   When was that?

8        A.   At a lot of different rallies and

9    protests.  It's pretty common.

10            When I had been arrested in Texas and

11   my -- I don't think my mugshot was posted online,

12   but, like, articles about it were posted online.

13   And there's always, like, comments underneath any

14   news article, especially related to anything like

15   environmental or activism related, people will put

16   some really horrible things in the comments.

17       Q.   All right.  So they -- police officers

18   walked you back to the police station; correct?

19       A.   Yes.

20       Q.   And did they say anything to you?

21       A.   Not at the time, no.

22            Like I said, I just asked to not be

23   walked through the group of people.  And I was.  I

24   was walked right through them, where I had asked

25   not to be.

1        While I was walking, I remember Louie

2    Huey either seeing or saying "another one bites

3    the dust."  And there was Back the Blue people who

4    were singing -- I think it was the "na, na, na,

5    na, hey, hey, hey, good-bye."  They were singing

6    something kind of -- the cops weren't saying

7    anything at that time.

8        Q.   When you went to the rally, did you know

9    that there was a -- a chance that you could be

10   arrested?

11       A.   There's always that in the back of your

12   mind, but when you don't do anything to deserve

13   it, you hope the best.

14       Q.   Okay.  And when you went to the rally,

15   you knew there was a chance that there could be

16   some sort of violence; correct?

17       A.   Again, that's always in the back of your

18   mind.  You can't predict people.  You can't

19   predict human behavior.

20       Q.   And that's one of the reasons you

21   brought with you a collapsable baton, for

22   protection in case --

23       A.   No.  I just -- I just have that on me at

24   all times or had on me at all times.  I'm not

25   currently.

1    Q.   Are fireworks something that you have on

2   you at all times, too?

3    A.   No.

4    Q.   Have you ever lit fireworks off at any

5   protest you've been at?

6    A.   No.

7    Q.   Have you ever caused any damage at any

8   of the protests you've attended?

9    A.   No.

10    Q.   Have you ever engaged in any violent

11   acts at any of the protests you've attended other

12   than throwing the rock at the police officer?

13    A.   No.

14    Q.   Do you consider yourself a violent

15   person?

16    A.   Not at all.

17    Q.   At the time of the protest, you were not

18   working; correct?

19    A.   Well, hired but not actively working

20   yet, correct.

21    Q.   Hired at the job in California; right?

22    A.   Correct.

23    Q.   How soon after the incident did you move

24   to California?

25    A.   A week.

1      Q.    Were you injured at all on the day of

2   the incident?

3      A.    Yes.

4      Q.    How?

5      A.    I had some minor bruising on my hips and

6   my knees.

7            I got a really severe migraine after

8   being tackled to the point where when I was

9   sitting in the jail lobby, kind of like the

10  holding area before you get booked and everything,

11  or like put in your own cell, you know, whatever

12  they're going to do order-wise, I had gone up and

13  asked for Advil because I could feel it coming on.

14  And I was denied Advil.

15           And when I get migraines I get really

16  nauseous, which is the worst.  And I told them, I

17  said, you're going to have to leave the bathroom

18  unlocked then because I'm going to be using it a

19  lot.  They have -- it's set up where, like, they

20  have to buzz you in and you have to authorize it

21  to, like, open the door.  I said, I'm not going to

22  have time to buzz in and wait, like, I'm going to

23  throw-up in the lobby.  And my migraine was so

24  severe that during the time I was in the jail I

25  threw up four times.

1      Q.   Did you make it to the bathroom when you

2  threw up?

3      A.   I ran -- I ran so fast.  Every single

4  time.  And I ran to the bathroom.  And they left

5  it unlocked.  They didn't have me buzz in after

6  the first time.

7      Q.   Did you -- so -- well, strike that.

8           So you suffered from migraines prior to

9  the incident; correct?

10     A.   Yeah.

11     Q.   And do you suffer from migraines now?

12     A.   Not as bad anymore.  I went to physical

13  therapy for it.  And I have migraine medication

14  for it.  It's usually from injuries or stress on

15  my neck.

16     Q.   Had you had a prescription for migraine

17  medication prior to the incident?

18     A.   I don't believe so.  I don't think so.

19     Q.   Had you received any medical treatment

20  for your migraines prior to the incident?

21     A.   No.  I -- wait.  Can you repeat the

22  question?

23     Q.   Sure.

24          Prior to the incident, had you ever

25  received any sort of medical treatment for your

1  migraines?

2       A.   I think I had gone in once and got -- I

3  don't know if this is prior to -- yeah, it had to

4  have been prior to it.  I got one of those -- it's

5  going to be a really classy way of saying it, it

6  was one of those shots that you get in your butt.

7  I had one of those.

8       Q.   It was Botox?

9       A.   No.

10           I don't want to say Trim at all, but it

11  was something -- something medical with migraines

12  and the only way they can give it is, like, a shot

13  in your glutes, so.

14       Q.   Did you have a primary care physician

15  that you saw with respect to your migraines prior

16  to the incident?

17       A.   I had a primary care physician, yeah.  I

18  don't remember their name, but it is in Greeley,

19  yeah.

20       Q.   Do you remember the name of the clinic?

21       A.   Sunrise Adelante.

22       Q.   And you think you might have seen

23  somebody at this clinic for your migraines?

24       A.   I probably had at some point.  I don't

25  think I had an active prescription for migraine

1    medication.

2              When I moved to California is when I got

3    the one that I'm on currently, the one that

4    actually works.  If anything, I probably had a

5    prescription.  But there was one that I had tried

6    prior, and I don't remember if it was here or

7    there, that didn't work as well.  So it didn't

8    really help with, like, migraines at all.

9         Q.   And you said your migraines increase

10   with stress.  Does that include job and school as

11   well?

12        A.   No.  Like physical -- like physical

13   stress on my neck.  Like if I'm -- you know, this

14   is a weird example, but if I had to turn my head a

15   lot over the whole day -- your neck gets worn

16   out -- the muscles in my neck will trigger, like,

17   a neck-based migraine.  Or if I hit my head on

18   something or I got in a car accident.  Any sudden,

19   like, jolts or something unexpected and not

20   natural, that would cause a migraine.

21        Q.   Have your migraines stayed the same

22   since the incident?

23        A.   No.  They've been worse, honestly.

24        Q.   They've been worse?

25        A.   Yeah.  I've gotten a lot of migraines.

1    Thankfully, I have Maxalt, but since I -- when I

2    moved here is when I started physical therapy.

3    The physical therapist really provided that I have

4    the neck of, like, a 70-year old based on, like,

5    basically how much damage it's taken and needed

6    worked out.

7            Q.    Where -- where did you --

8            A.    But --

9            Q.    -- where did you undergo physical

10    therapy?

11           A.    I don't remember the name of the place,

12    but it's in Costa Mesa.  It's, like, a mile from

13    where I live.

14           Q.    They said you had degenerative changes

15    in your disk?

16           A.    No.  He just said -- he was being

17    sarcastic, like your neck is like an old person's

18    because it's not -- it's not as a 28-year old's

19    should be, basically.  He was being funny.  But

20    that there was a lot of stress and a lot of

21    tension and a lot of, like -- I'm trying to think

22    of the word that I'm trying to think of, but

23    basically that it's taken a lot, so.

24           Q.    Is there any medical professional that's

25    related any damage to your neck from the incident?

1      A.   I have not talked to any medical

2   professions -- professionals, sorry, about the

3   incident.  It never came to my mind that it could

4   be from that since I've had migraines most of my

5   life.  I thought I was just really stressed in my

6   personal life or something.  I didn't attribute it

7   to that.  But there has been an increase since

8   then, so.

9      Q.   And other than you sensing an increase,

10  do you -- do you believe your migraines are the

11  result of the incident?

12     A.   I mean, my neck took a pretty big hit.

13  That was the part that took the most, was my neck.

14          It's hard to say because I'm not a

15  medical professional, so I can't pinpoint what

16  causes my migraines or what increases them, but --

17  I just know that -- the causation versus

18  correlation, I just know that after that I've had

19  a lot of migraines.

20     Q.   Did you -- all right.  So we talked

21  about your migraines.

22          You said you had minor bruising on your

23  hips and your knees.  Did you take any

24  photographs?

25     A.   No.  It wasn't anything significant and

1    it just looked like if you bumped your knee on

2    something.  It wasn't anything that brought any

3    particular attention.

4         Q.   Okay.  So you didn't seek any medical

5    attention for those bruises; is that correct?

6         A.   No.  That's correct.

7         Q.   Okay.  That's correct.

8              All right.  Any other injuries that you

9    claim you suffered as a result of the -- the

10   arrest?

11        A.   No.  Nonphysical.

12        Q.   Okay.  So are there psychological

13   injuries that you claimed you suffered?

14        A.   Yes.

15        Q.   What sort of psychological injuries?

16        A.   I get physically very anxious whenever I

17   see cops or cop activity.  I feel my heart skip a

18   beat.

19             And it's hard to explain anxiety to

20   someone.  I don't know if you have anxiety, but it

21   is hard to describe anxiety if you don't have

22   anxiety.  It's like your chest clenches together

23   and it's hard -- it's harder to breathe.  Even if

24   I see, like, an accident in the distance or if I

25   see, you know, a cop car or a bike cop or

1    something.

2            And I was so anxious even just sitting

3    on the curb away from a protest, the Huntington

4    Beach one that my mom and I went to.  I was so

5    anxious there that we only went for, like, 30

6    minutes and I wanted to leave.  I was really

7    anxious.

8            So I am no longer comfortable or able to

9    go to rallies, even, you know, really minor, very

10   chill, laid back, kids present kind of rallies.

11   Like, I can't go to them anymore.  I can't be in

12   that atmosphere.  And that bums me out.

13       Q.   Did you have anxiety prior to the

14   accident?

15       A.   Yes.

16       Q.   And did you receive any medical

17   treatment for anxiety prior to the accident?

18       A.   Yes.  I have since I was ten years old.

19       Q.   And what sort of treatment?

20       A.   So I have obsessive compulsive disorder.

21   I received behavioral therapy as a kid on and off

22   for a couple of years.  I've been on anxiety

23   medication for well over five or six years.

24       Q.   Who do you see for your anxiety

25   currently?

1          A.    Due to the whole insurance debacle of

2     Walt Disney and Medicaid not liking each other, I

3     don't have access to a referral.  I've been trying

4     to get a referral for awhile.  I won't bore you

5     with the details.  So I'm trying to get a referral

6     to it.

7              But previous I had a primary care

8     physician in Greeley that I saw for it and when I

9     moved here I had a primary care physician

10    initially as well that I can't see anymore because

11    I don't have the insurance from my previous job.

12         Q.    The primary care physician in Colorado,

13    is that the Sunrise Adelante?

14         A.    Yeah.

15         Q.    Okay.  Have you ever seen a psychologist

16    or any psychiatrist for any reason?

17         A.    I -- I was young, I was ten, so I don't

18    know if it was a therapist or psychologist or a

19    psychiatrist that did the initial CPT with me.

20              I know at one point when I was in my

21    teens I wanted to start back up again and that was

22    a psychologist, I think.  And I didn't like him so

23    I didn't stick with him.  And then I saw a

24    therapist when I was in my early 20s.

25         Q.    When is the last time you saw a

1   therapist?

2        A.   In my early 20s.

3        Q.   I mean, from now, how many -- how many

4   years ago was that, then, when you say "early

5   20s"?

6        A.   Oh, geez.  I was, like, 21 or 22, so six

7   or seven years ago.

8        Q.   Have you seen any other mental health

9   professionals other than what we've spoken to --

10  spoken about?

11       A.   No.

12       Q.   Do you smoke marijuana?

13       A.   No.

14       Q.   Have you ever smoked marijuana?

15       A.   Yes.

16       Q.   On the day of the incident, did you

17  observe anybody smoke marijuana?

18       A.   No.

19       Q.   Did you observe anybody take any sort of

20  drug?

21       A.   No.

22       Q.   You didn't -- I think you testified

23  earlier, you didn't miss any work from any of the

24  injuries you claimed you suffered as a result of

25  this incident; is that correct?

1          A.    Correct.

2          Q.    Do you -- it sounds like you haven't

3    really sought any medical care for any of the

4    injuries you claim you suffered as a result of

5    this incident; is that fair?

6          A.    That's fair.

7          Q.    All right.  Give me a second.

8                Do you know who Michael Orteza

9    (phonetic) is?

10         A.    I have no idea.

11         Q.    Do you know who James J. Hietman

12   (phonetic) is?

13         A.    No.

14         Q.    Do you know who Jerome Locke (phonetic)

15   is?

16         A.    No.

17         Q.    How about Jeremiah Fields?

18         A.    The name sounds familiar, but I don't

19   think I know them.

20         Q.    Did you ever -- I know I'm skipping

21   around, I apologize, but did you ever file a

22   complaint or a report with the Fort Collins Police

23   Department about your arrest?

24         A.    No.

25         Q.    Did you ever complain to anybody about

1    any injuries you claim you suffered with the Fort

2    Collins Police Department?

3        A.   Can you clarify what you mean by did I

4    complain to anyone.

5        Q.   Yeah.

6             Well, so -- all right.  Did you ever

7    complain to anybody at Fort Collins Police

8    Department regarding any of the injuries we just

9    talked about?

10       A.   Other than the person I asked for Advil

11   and the people who were opening the door for me to

12   throw up, no.

13       Q.   Okay.  Do you know who Sierra Wilson

14   (phonetic) is?

15       A.   I don't know her, but I believe she's

16   one of the people who ended up taking some of the

17   video that's been publicized everywhere.

18       Q.   How about Wes Carter?

19       A.   No.

20       Q.   Do you know who Larson Ross (phonetic)

21   is?

22       A.   Yes.

23       Q.   Who is Larson Ross?

24       A.   Larson's someone that I was kind of sort

25   of friends with at a point in Colorado.  He went

1   to CSU so we had common friends.

2          Q.   Was he present on the day of the

3   incident?

4          A.   I don't think so, no.

5          Q.   Was he -- was he one of the

6   counterprotesters?

7          A.   Not that I saw.  I don't think I saw him

8   there.  I don't remember saying hi to him or

9   seeing him anywhere.

10         Q.   Was Larson Ross a mutual acquaintance

11  with Piper Townley?

12         A.   I don't think they knew each other, no.

13         Q.   Okay.  All right.  Have you read the

14  Complaint in this matter?

15         A.   Yes.

16         Q.   Do you have an understanding as to what

17  you're claiming?

18         A.   I believe so, as best as I can being a

19  nonlegal professional.

20         Q.   I understand that.

21         A.   To my best knowledge.

22         Q.   What is it that you think you're

23  claiming to the best of your knowledge?

24         A.   That my civil rights were violated in

25  various different ways by the Fort Collins Police

1    Department.

2        Q.   Okay.  And have we talked about all the

3    ways you believe your constitutional rights were

4    violated?

5        A.   On the surface.  I think we've covered

6    basics and bits and pieces.

7        Q.   Okay.  Well, what is it we haven't --

8    you don't think we've covered?

9        A.   I mean, I know that excessive force

10   falls under the Fourth Amendment, although we

11   didn't specify it.

12            I know that, you know, there's a whole

13   equal protection under the law, but we didn't

14   specify that act.

15            I know that the ability to protest and,

16   you know, speak and use your voice in a political

17   matter is under the First Amendment, although we

18   didn't really cover how that was for me

19   necessarily violated by the police department.

20            So on the surface, we've skimmed by some

21   of the reasons.  I don't think we've gone very in

22   depth into it, though.

23       Q.   Okay.  Let me ask you about the Fourth

24   Amendment, the claim of Fourth Amendment,

25   excessive force.  That arose out of your arrest;

1   is that correct?

2          A.   Correct.  I believe.

3          Q.   All right.  Now -- and -- and that

4   occurred generally about the same time that Piper

5   Townley was being arrested; correct?

6          A.   Correct.

7          Q.   And you said -- did you say you feel as

8   though your First Amendment was violated?

9          A.   With regards to the entirety of the

10  incident.

11         Q.   Okay.  Then you said there was an equal

12  protection argument; correct?

13         A.   Correct.

14         Q.   What does that arise out of?

15         A.   Out of the fact that -- again, I'm not a

16  legal professional so anything I say take it with

17  a grain of salt.

18              It's my understanding that if you

19  purposefully and willingly ignore a certain person

20  or a certain side or a certain group who's being

21  assaulted or is being put in an unsafe position or

22  you see that something is potentially occurring

23  that is going to put them at risk and you choose

24  to ignore it and you choose to overlook that and

25  you choose to only arrest or you choose to only

1   overlook or you take certain sides, whether

2   intentionally or not, you're not equally

3   protecting both parties involved in an incident.

4   That's at least my understanding.

5        Q.   All right.  So, as we sit here today,

6   it's your belief that only arresting you and Piper

7   Townley was a violation of your equal protection

8   rights?

9        A.   Yes.

10       Q.   As opposed to arresting someone from the

11  other side?

12       A.   Yes.

13            Again, I'm not a lawyer so take it with

14  a grain of salt.

15       Q.   As we sit here today, what information

16  do you have that counterprotesters coordinated

17  with the Fort Collins Police Department?

18       A.   I don't personally possess any of that

19  knowledge.

20            To my understanding, that's something

21  that my lawyer possesses, not me.  I was nowhere

22  near the cops so I wouldn't have been first party

23  to that.

24       Q.   Well, I mean, this is my opportunity to

25  ask you.

1        So what -- what information do you think

2    is out there that supports the claim the Fort

3    Collins police officers coordinated with Back the

4    Blue or counterprotesters at this rally?

5        A.   I mean, they are not -- I don't

6    really -- I personally didn't witness it.  I

7    wasn't -- to quote John Mulaney, I was over on the

8    bench.

9            But, I mean, I know, from what I heard

10   when the Back the Blue protesters said "there they

11   are," I know that they received information very

12   close prior to my arrest that said I was fighting

13   even though I wasn't.

14           So although I don't have any personal

15   information -- again, I think that's something my

16   lawyer possesses and not me -- that in and of

17   itself is them receiving information from one side

18   and acting on it.

19       Q.   Okay.  But do you believe -- well,

20   strike that.

21           What I'm asking you is:  What

22   information do you know of, whether it's firsthand

23   knowledge or otherwise, that the Fort Collins

24   Police Department coordinated with Back the Blue

25   to have you specifically arrested?

1      A.   Like I said, when they talked to the

2  Back the Blue protesters and they said "there they

3  are, they were fighting."  Prior to that, I -- I

4  don't know.

5      Q.   It's your understanding -- strike that.

6           It is your belief that the Fort Collins

7  Police Department intentionally coordinated with

8  Back the Blue to have you arrested?

9      A.   I don't know.  That's the honest answer,

10  I don't know.

11     Q.   What information do you have, as we sit

12  here today, that establishes anybody from the Fort

13  Collins Police Department was deliberately slow to

14  the response -- to the assault of a Black Lives

15  Matter protester?

16     A.   All of the quotes that I have read in

17  the Complaint from Mallory specifically.  Some of

18  those quotes, to my remembrance, "If we interfere,

19  we go now, Antifa wins; I give them ten minutes

20  until punches start blowing; let's slow down."

21          There's a lot of the quotes in the

22  Complaint that you have in front of you that I

23  don't have in front of me.

24          But the ones that Mallory made in the

25  Complaint, that's the evidence that I have that he

1   was intentionally slow to respond.

2       Q.   That he was slow to respond; correct?

3       A.   Yes.  And advised others to be slow as

4   well.

5       Q.   Do you have information that he

6   specifically advised other officers to be

7   intentionally slow in responding to any

8   altercations?

9       A.   Yes.  That's in the Complaint as well.

10          There's quotes in there that he's

11  advising other officers to, like -- basically,

12  let's go slow.  Like I say, if we interfere now,

13  Antifa wins.  It's in the Complaint.  There is

14  several complaints of him advising others to go

15  slow.

16      Q.   It's your understanding there's specific

17  quotes by Mallory that he said let's be slow to

18  react to the assault of Black Lives Matter

19  protesters?

20      A.   I believe so.  Or to not intervene in

21  the building thereof, that they stood back and let

22  it boil over.

23      Q.   The Black Lives Matter protesters that

24  are referenced in the Complaint, who are they?

25      A.   I assume that it's me, Piper and DeLeon,

1  but I think it can also refer to the people on the

2  counterprotester site depending on the specific

3  and territory question.

4      Q.   Well, you weren't there as a Black Lives

5  Matter protester.  We've already established that;

6  correct?

7      A.   Correct.

8           Although, I mean, I had political and

9  social reasons for being there.  I didn't claim to

10 be a part of any group while I was there.

11     Q.   What is a pro-insurrectionist?

12     A.   It's a big word.  I think that's a Milo

13 word.  I would need it in context of what it says

14 in the Complaint to be able to tell you.

15     Q.   What information do you have that shows

16 Fort Collins officers only considered arresting

17 Black Lives Matter protesters?

18     A.   They walked by everyone they saw

19 fighting just to go to us.  They passed through

20 every person that was in the ditch.  Every single

21 person who were fighting.  The people who were

22 fighting were very obvious.  They were carrying

23 big flagpoles, they were wearing the red, white

24 and blue, they were primarily on the police side

25 of the ditch and they were obvious in who was

1   fighting.  And they passed around and through

2   every single one of them --

3        Q.   And --

4        A.   -- and came us to.

5        Q.   Is it your understanding that only

6   counterprotesters were arrested from this rally?

7        A.   That day, yes.

8             But now, after the fact, there were two

9   or three additional people that were eventually

10  arrested or at least charged with something, but

11  that date they were not.

12       Q.   Do you have any idea who in your group

13  overheard Mallory make the statements that are in

14  the Complaint?

15       A.   To my knowledge, they're from body cam

16  footage.

17       Q.   Have you ever heard those statements on

18  the body cam footage?

19       A.   I haven't listened to the body cam

20  footage.  I just got access to a lot of the

21  discovery yesterday and today.

22       Q.   Okay.  All right.  Give me a second

23  here.

24            The only media, social media you would

25  have created would have been posts on Facebook or

1    Instagram; correct?

2          A.    There was a Twitter I had at the time,

3    but I didn't post about it.  And I didn't post on

4    Instagram either.

5                Facebook is the only place where I

6    shared an article and it's a quote from the

7    article.

8          Q.    So did you -- did you spend time in

9    jail?

10          A.    Yeah, I was there for about four years.

11    Yeah, I was there for four hours.

12          Q.    So then, what happened after that?

13                Were you ticketed and released?

14          A.    You go through the whole, like,

15    fingerprinting, photographing thing.  I remember

16    asking them if I would be there overnight and they

17    said I was considered a catch and release.  So I

18    got paperwork saying that I was being released on

19    a PR bond and that there would be a jail booking

20    fee coming to me in the mail.  So they gave me a

21    bunch of paperwork on, like, I think what my

22    charges were, like you are being released on a PR

23    bond, like if you don't show up or you don't

24    follow through or whatever happens there's going

25    to be consequences.  So I got a bunch of paperwork

1   and then let me walk out.

2          Q.   Did you drive home after that?

3          A.   No.

4               I was -- I had such a bad migraine that

5   I literally couldn't see straight.  And I didn't

6   have a phone.  But luckily, some -- I can't even

7   remember who it was, that's how bad my migraine

8   was.  Someone knew that I had been arrested and

9   waited at the jail in the parking lot and came and

10  got me and drove me to -- I don't remember where

11  they drove me to.  I think they drove me all the

12  way home.  They either drove me all the way home

13  or they drove me to my car and I drove all the way

14  home.  I don't remember.  I was so cautious -- I

15  remember laying on the curb and the stars were

16  spinning.

17         Q.   Did you retain a criminal lawyer?

18         A.   No.

19         Q.   And did you make a court appearance?

20         A.   I got some sort of documentation or

21  acknowledgement or someone let me know that they

22  had ended up dropping my charges, the two main

23  ones.

24              Did I have a criminal lawyer?  Was that

25  Sarah?  Shoot, I did have a criminal lawyer.  It

1    was Sarah.  Sarah Schaefer or Schiffer (phonetic).

2    I feel awful.  Oh, my gosh.  I forgot about all

3    that.

4         Q.   Was it Schielke?

5         A.   What was that?

6         Q.   Sarah Schielke?

7         A.   Yeah, that's her.

8              And disorderly conduct and resisting

9    arrest had got dropped and I just had to pay a

10   fine for having fireworks.

11             God, I forgot she was my lawyer.  Yeah,

12   her.

13        Q.   How soon after this incident were --

14   were your charges dropped?

15        A.   In November of 2020.

16        Q.   Do you know a Jason Riteman (phonetic)?

17        A.   No.

18        Q.   You had testified earlier in your

19   deposition that Fort Collins had a history of -- I

20   don't know what you termed it, a history of

21   excessive force and not practice and things along

22   those lines; correct?

23        A.   Correct.

24        Q.   What do you mean by that?

25        A.   There's a lot of articles and a lot of

1   incidents that have happened with Fort Collins

2   Police Department being videotaped, showing

3   excessive force, like the one girl in CSU downtown

4   area that was picked up and body slammed on the

5   ground by a Fort Collins Police Department.  I

6   know there's an ongoing lawsuit right now with a

7   police department former cop who is accused of

8   falsifying DUI probable cause reports.  So there's

9   quite a few incidents that have been in the news.

10  So it's been through the years.

11      Q.   Do you know the -- the CSU student that

12  was picked up and slammed on the ground, as you

13  said?

14      A.   No.  I read about it in the news and saw

15  TV.

16      Q.   Oh, yeah.

17          MR. RATNER:  Ms. Kruger, I think that's

18      all the questions I have for you at the

19      moment.  Thank you.

20                   EXAMINATION

21  BY MR. ABRAMSON:

22      Q.   Good afternoon, Ms. Kruger.  My name is

23  Jonathan Abramson.  I represent one of the

24  defendants in this case, Jason Haferman.

25          Do you know if Jason Haferman was one of

1   the police officers outside when you were

2   arrested?

3        A.   I don't know if he was outside, but I

4   know he wasn't my arresting officer and I know

5   that he wasn't directly related to my arrest.

6        Q.   Okay.  So you kind of jumped to my next

7   question.

8             So you do know that Jason Haferman was

9   not one of the officers who arrested you; correct?

10       A.   (No response).

11       Q.   You kind of broke up there.  I don't

12  know if the court reporter --

13       A.   I'm sorry.

14            Yes.

15       Q.   So, again, I'll just kind of re-ask

16  because you broke up when you said it.

17       A.   Yes, please.

18       Q.   So you do know that Jason Haferman did

19  not arrest you; correct?

20       A.   That is correct.

21       Q.   Did you have any interactions with Jason

22  Haferman, to your knowledge?

23       A.   No.

24       Q.   The answer was no?

25       A.   The answer is no.

1          Q.    Okay.  And so do you know if Jason

2    Haferman was in the vicinity of your arrest?

3          A.    I don't know.  I don't believe so.

4          Q.    Okay.  Do you know why you're suing

5    Jason Haferman?

6          A.    Yes.

7          Q.    Why is that?

8          A.    Because he signed the probable cause

9    arrest report saying that he had received

10   information from officers that I was one of the

11   ones participating in something.

12         Q.    Okay.  And do you have knowledge that --

13   because we already established that he wasn't in

14   the vicinity; correct?

15         A.    Correct.

16         Q.    Okay.  So do you have any knowledge that

17   Jason Haferman knew that information was

18   inaccurate in any way?

19         A.    I don't have personal knowledge of that,

20   but he signed it.  That's all I know.

21         Q.    Okay.  But we -- we've established that

22   he wasn't outside and didn't witness this;

23   correct?

24         A.    Correct.

25         Q.    Okay.  And you have no information that

1  he knew any of the information conveyed to him was

2  inaccurate in any way; correct?

3       A.   I -- I wouldn't have knowledge of that,

4  so that's correct.

5       Q.   Okay.  Is there any other reason you are

6  suing Jason Haferman?

7       A.   No, not to my knowledge.

8            MR. ABRAMSON:  Okay.  That's all I have

9  S.

10           MR. SCHWAB:  Just briefly.

11                     EXAMINATION

12  BY MR. SCHWAB:

13       Q.   Ms. Kruger, when you left your house

14  that morning to -- to go to the protest, did you

15  have fireworks in your backpack?

16       A.   No.

17       Q.   So your intention was not to bring

18  fireworks to the protest; correct?

19       A.   That's correct.  I didn't bring them

20  with me.

21       Q.   Did you stop and buy them on the way to

22  the protest?

23       A.   No.

24       Q.   How did you come to have those fireworks

25  in your backpack?

1      A.   Someone handed them to me.

2      Q.   Okay.  And was that -- did that person

3   hand them to you at the protest?

4      A.   Yeah, in the parking lot.

5      Q.   Okay.  And you didn't intend to use them

6   as an explosive against a police officer; right?

7      A.   Right.  That's correct.

8           MR. SCHWAB:  Okay.  I don't have

9      anything further.

10          MR. RATNER:  Why don't you give me about

11     five minutes, just to make sure that I've

12     covered all my bases.  Okay?

13          MR. SCHWAB:  Sure.

14          THE WITNESS:  Okay.

15          (Recess in proceedings.)

16          MR. RATNER:  I don't have anything

17     further.

18          I don't know if Jonathan does or not,

19     but I'm all done.

20          MR. ABRAMSON:  I don't have anything

21     further.  Thank you.

22          MR. SCHWAB:  All right.

23          THE COURT REPORTER:  And then, also, I

24     need to know, Mr. Schwab, Mr. Abraham or Mr.

25     Ratner, if you would like to order.

1          MR. RATNER:  I will order an etran,

2     please.

3          MR. SCHWAB:  I'll do an electronic copy

4     and I can do read and sign as well.

5          THE COURT REPORTER:  Absolutely.

6          MR. ABRAMSON:  I will do one as well.

7

8

9      AND FURTHER THIS DEPONENT SAITH NOT.

10          SIGNATURE RIGHTS RESERVED.

11     (Deposition concluded at 1:56 p.m. MST.)

12

13                * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

```
1    STATE OF NORTH CAROLINA:

2    COUNTY OF MECKLENBURG  :

3              I, April Reid, Court Reporter and Notary

4    Public in and for the State of North Carolina,

5    and whose commission expires March 4, 2025,

6    do certify that the aforementioned appeared

7    before me, was sworn by me, and was thereupon

8    examined by counsel; and that the foregoing is a

9    true, correct, and full transcript of the

10   testimony adduced.

11             I further certify that I am neither

12   related to nor associated with any counsel or

13   party to this proceeding, nor otherwise interested

14   in the event thereof.

15             Given under my hand and notarial seal in

16   Charlotte, North Carolina, this 26th day of June,

17   2023.

18

19   _____

20        April Reid, RPR, CRR, Notary Public

21    State of North Carolina, County of Mecklenburg

22        Notary Registration No. 20012210079

23

24

25
```

**A**

aa
64:24
ability
174:15
able
50:21, 95:9,
98:22, 98:23,
98:25, 134:9,
136:8, 152:21,
168:8, 180:14
abolish
40:6, 40:11,
47:25, 48:4
about
5:16, 6:12,
8:10, 9:15,
13:5, 21:5,
21:24, 23:3,
23:7, 28:13,
29:7, 30:21,
30:25, 31:20,
32:17, 32:20,
35:1, 35:7,
35:12, 38:19,
40:15, 40:18,
45:1, 46:24,
47:2, 47:18,
47:22, 52:2,
55:18, 56:10,
56:12, 59:9,
61:12, 61:21,
65:5, 67:13,
67:21, 68:12,
69:9, 72:10,
74:11, 78:8,
79:19, 80:1,
80:8, 80:12,
82:14, 83:1,
83:3, 83:11,
84:16, 85:4,
85:24, 90:23,
91:19, 92:18,
92:20, 94:8,
96:3, 97:20,
99:12, 106:2,
106:17, 114:10,

117:15, 117:19,
118:13, 119:12,
127:24, 130:13,
132:18, 140:6,
145:11, 146:17,
152:15, 155:2,
158:12, 166:2,
166:21, 170:10,
171:17, 171:23,
171:25, 172:9,
172:18, 174:2,
174:23, 175:4,
182:3, 182:10,
184:2, 185:14,
189:10
abraham
189:24
abramson
2:14, 4:6,
59:11, 60:7,
185:21, 185:23,
188:8, 189:20,
190:6
absolute
69:5
absolutely
68:25, 143:23,
146:24, 190:5
absolved
34:13
abuse
111:13, 124:12
abused
113:5
abusing
114:6, 117:19,
118:12, 118:16,
119:4
abusive
118:20
acceptable
156:7
accepted
21:9
access
37:25, 39:22,
83:23, 169:3,
181:20

accident
69:22, 164:18,
167:24, 168:14,
168:17
account
77:8, 77:12,
77:18, 78:16,
78:19, 79:23
accounts
77:2, 79:20
accurate
87:15, 124:17
accused
185:7
acknowledge
147:20
acknowledgement
183:21
acquaintance
173:10
across
64:12, 73:1,
89:13
act
44:9, 44:13,
174:14
acting
177:18
action
1:3, 46:5,
101:5
actions
46:1, 46:10,
46:16, 49:25
active
163:25
actively
14:7, 26:11,
77:9, 160:19
activism
37:7, 37:11,
37:15, 38:12,
74:6, 158:15
activist
35:18, 74:4,
104:4
activities
39:24, 40:4,

77:25, 78:24,
98:12
activity
33:21, 73:8,
167:17
acts
37:11, 160:11
actual
20:22, 157:23
actually
12:10, 45:11,
64:23, 65:19,
86:23, 119:9,
164:4
addition
69:8
additional
33:5, 37:2,
38:14, 181:9
address
9:8, 9:14,
10:4, 10:7,
10:9, 10:15,
10:19, 11:3,
11:10, 11:22,
12:1, 12:11,
12:13, 12:18,
22:2, 46:16,
89:6
addressed
46:1, 97:2
addresses
11:6
adds
31:25
adduced
191:10
adelante
163:21, 169:13
advance
80:6
advantage
29:8
advice
148:9
advil
161:13, 161:14,
172:10

advised
179:3, 179:6
advising
179:11, 179:14
affirmed
5:4
aforementioned
191:6
afraid
74:8
after
47:18, 65:10,
79:16, 94:1,
97:1, 97:10,
98:1, 99:23,
115:9, 117:10,
117:23, 123:10,
125:17, 127:23,
142:20, 148:25,
150:25, 153:9,
160:23, 161:7,
162:5, 166:18,
181:8, 182:12,
183:2, 184:13
afternoon
118:3, 185:22
afterwards
115:7
again
42:2, 63:10,
67:13, 71:8,
71:10, 77:8,
94:7, 98:17,
114:19, 133:15,
135:23, 141:1,
141:12, 142:7,
142:8, 145:12,
154:21, 159:17,
169:21, 175:15,
176:13, 177:15,
186:15
against
37:24, 48:7,
52:3, 52:18,
56:16, 56:19,
56:21, 59:14,
59:18, 59:22,
60:23, 62:11,

62:15, 97:21,
142:16, 156:21,
189:6
aggravated
129:18
aggressive
137:1, 151:11
aggressively
151:14
agitated
39:11
ago
72:7, 87:20,
95:18, 170:4,
170:7
agree
9:21, 134:24
agreed
134:22
agreement
4:15
ah
92:11, 109:4,
132:9
ahead
93:17, 152:17,
154:3, 154:4
aid
110:2
aide
24:17
aim
49:7
al
1:12
aligned
108:11
allowed
92:19, 92:20
almost
19:10, 111:15,
122:24, 123:2,
131:7, 133:16,
151:5, 155:14
alone
35:23
along
69:22, 132:24,

184:21
already
26:5, 61:20,
128:1, 128:2,
149:3, 149:5,
149:6, 180:5,
187:13
also
3:13, 19:23,
24:15, 40:13,
41:15, 42:9,
48:2, 81:20,
86:25, 88:11,
90:20, 93:12,
94:13, 98:24,
112:21, 123:20,
124:14, 131:2,
144:12, 146:21,
180:1, 189:23
altercations
112:25, 179:8
although
6:20, 72:18,
93:3, 134:24,
174:10, 174:17,
177:14, 180:8
always
19:13, 20:1,
43:22, 57:4,
78:12, 83:25,
111:6, 158:13,
159:11, 159:17
amendment
98:22, 174:10,
174:17, 174:24,
175:8
amongst
148:1, 148:9
amount
26:20
ana
9:9, 10:22,
11:3
analysis
71:16
anger
50:25
angles
132:6

angry
152:23, 152:25
anna
1:6, 1:17, 2:1,
4:3, 5:3, 8:21,
77:11, 93:12,
93:25, 96:13,
97:13
another
86:6, 99:12,
106:7, 139:21,
142:4, 159:2
answer
5:24, 6:16,
15:7, 23:11,
42:16, 49:14,
49:16, 49:19,
49:21, 60:18,
63:10, 64:6,
69:16, 91:21,
93:21, 96:13,
154:5, 157:6,
178:9, 186:24,
186:25
answering
6:23
anticipate
6:21
antifa
122:21, 122:25,
123:3, 123:4,
123:7, 123:13,
123:16, 123:20,
178:19, 179:13
anxiety
167:19, 167:20,
167:21, 167:22,
168:13, 168:17,
168:22, 168:24
anxious
74:8, 79:8,
167:16, 168:2,
168:5, 168:7
anybody
7:13, 8:14,
11:23, 11:25,
12:14, 12:19,
26:23, 27:2,

49:6, 60:5,
67:8, 82:20,
84:6, 89:1,
91:1, 101:16,
102:6, 102:7,
104:20, 105:6,
105:10, 112:25,
114:6, 114:10,
114:17, 115:1,
119:5, 119:15,
122:2, 122:16,
122:20, 123:15,
123:19, 127:14,
134:15, 134:18,
136:21, 138:16,
139:2, 139:6,
153:25, 154:14,
155:21, 156:2,
170:17, 170:19,
171:25, 172:7,
178:12

**anymore**
74:7, 83:24,
86:6, 87:12,
87:15, 88:3,
125:23, 162:12,
168:11, 169:10

**anyone**
11:12, 39:7,
83:2, 83:4,
83:5, 84:9,
103:24, 104:1,
136:6, 138:21,
158:2, 172:4

**anything**
7:17, 7:24,
8:2, 14:21,
15:16, 29:3,
38:22, 39:2,
39:18, 44:22,
48:20, 51:2,
51:4, 59:9,
62:9, 64:7,
64:25, 65:8,
77:22, 77:24,
78:18, 78:22,
79:17, 84:22,
85:5, 90:14,

101:4, 101:5,
101:13, 107:22,
109:7, 110:15,
122:3, 122:9,
125:7, 134:18,
134:25, 136:14,
140:18, 154:9,
154:25, 155:3,
156:4, 156:18,
157:6, 158:4,
158:14, 158:20,
159:7, 159:12,
164:4, 166:25,
167:2, 175:16,
189:9, 189:16,
189:20

**anywhere**
40:16, 113:22,
173:9

**apartment**
10:12

**apologize**
63:11, 171:21

**app**
21:19, 83:21

**appearance**
183:19

**appeared**
2:2, 191:6

**appears**
123:24

**applied**
30:13

**apply**
30:18

**appreciate**
11:1

**approach**
94:2, 149:2

**approached**
91:4, 91:7,
93:25, 94:10,
94:18, 96:2,
149:4, 149:5

**approaching**
94:12, 109:8,
118:5

**appropriate**
49:12, 50:11,

50:13, 59:24,
60:22

**approximate**
24:6

**approximately**
127:25

**april**
1:25, 9:5,
60:14, 191:3,
191:20

**area**
125:22, 135:10,
136:2, 136:15,
138:2, 138:5,
138:10, 147:6,
161:10, 185:4

**argue**
106:17

**arguing**
156:21

**argument**
124:6, 175:12

**argumentative**
108:8, 118:20

**arguments**
134:25

**arise**
175:14

**arising**
36:14, 67:10,
67:13, 67:17,
68:2, 76:15,
76:19, 76:23,
98:12

**arm**
134:10, 143:7

**arose**
174:25

**around**
31:13, 38:16,
43:18, 88:2,
122:23, 124:4,
125:25, 126:2,
136:8, 136:11,
137:18, 143:8,
154:8, 171:21,
181:1

**arrangements**
82:6, 85:1,

85:3

**arrest**
9:19, 33:10,
58:19, 112:12,
113:23, 114:16,
114:20, 117:9,
148:11, 149:1,
149:9, 149:10,
150:15, 150:16,
151:1, 151:17,
151:24, 152:8,
152:11, 156:8,
156:18, 167:10,
171:23, 174:25,
175:25, 177:12,
184:9, 186:5,
186:19, 187:2,
187:9

**arrested**
32:20, 32:25,
33:3, 33:6,
33:14, 33:19,
33:23, 43:3,
43:13, 44:19,
58:14, 112:25,
113:21, 116:24,
117:2, 128:3,
148:16, 149:14,
151:16, 156:17,
158:10, 159:10,
175:5, 177:25,
178:8, 181:6,
181:10, 183:8,
186:2, 186:9

**arresting**
33:20, 33:24,
44:12, 156:16,
176:6, 176:10,
180:16, 186:4

**arrests**
62:8

**arrive**
70:9, 86:15,
152:14

**arrived**
86:2, 86:14,
86:18, 99:20,
104:19, 118:15,

119:3, 122:12,
126:15, 152:24,
153:1
**arson**
71:17
**article**
77:19, 77:20,
158:14, 182:6,
182:7
**articles**
158:12, 184:25
**asc**
25:15
**ascend**
2:8
**aside**
40:14, 42:2,
50:9
**asked**
42:24, 43:7,
63:9, 67:20,
68:3, 70:11,
116:1, 119:14,
119:20, 151:15,
156:15, 158:22,
158:24, 161:13,
172:10
**asking**
38:20, 67:22,
91:22, 92:14,
96:3, 119:10,
123:25, 130:12,
144:13, 156:24,
177:21, 182:16
**assault**
139:7, 178:14,
179:18
**assaulted**
175:21
**assert**
98:22
**assessment**
37:8
**assist**
110:15
**assisting**
110:14
**associated**
35:3, 35:17,

60:1, 108:24,
191:12
**assume**
6:16, 56:10,
120:15, 120:20,
146:19, 149:10,
149:11, 150:11,
179:25
**assumed**
148:22
**assuming**
35:22, 36:18,
116:1
**assumption**
146:22, 148:20
**assumptions**
56:12, 56:14
**asthma**
23:6
**atmosphere**
101:6, 168:12
**attached**
92:24, 128:12,
129:6
**attend**
53:1, 53:2,
53:5, 80:3,
80:17, 80:19,
80:25, 82:7,
82:17, 82:21,
90:4, 98:18,
121:10
**attendance**
52:17, 115:23
**attended**
45:10, 53:13,
53:18, 54:4,
54:8, 54:25,
55:4, 55:13,
63:14, 74:1,
89:22, 154:15,
160:8, 160:11
**attending**
53:6, 53:8,
53:10, 55:11,
64:14, 83:9,
98:20, 104:8,
121:2

**attention**
114:1, 114:2,
147:19, 153:5,
153:7, 167:3,
167:5
**attitude**
68:12
**attorney**
5:13, 65:18,
93:5
**attorney-client**
91:16, 91:23,
91:25, 92:10,
92:15, 92:24,
93:9, 96:11,
96:16, 96:21,
97:3, 97:11
**attractions**
18:20
**attribute**
166:6
**audio**
8:18
**augmented**
17:11, 17:14
**august**
9:25, 10:4,
24:10, 32:25,
33:4, 55:12,
77:13, 78:16,
90:23
**authorize**
161:20
**auto**
84:1
**automatically**
56:9, 59:4
**available**
32:5
**avenue**
9:12, 10:10,
10:15, 10:19,
12:18
**average**
31:13
**aware**
45:16, 45:25,
98:3

**away**
150:9, 168:3
**awful**
184:2
**awfully**
120:22
**awhile**
69:5, 83:18,
88:2, 169:4
**axon**
4:11, 128:21,
144:18

**B**

**baby-sit**
32:3
**bachelor's**
13:19, 13:24
**back**
23:12, 37:22,
56:2, 57:24,
58:25, 60:16,
64:13, 80:13,
82:14, 89:12,
99:1, 100:22,
104:24, 105:3,
105:11, 106:7,
106:13, 106:24,
108:12, 108:16,
109:6, 111:15,
111:18, 112:18,
113:2, 113:12,
114:18, 115:15,
117:24, 118:6,
119:17, 119:25,
120:11, 121:5,
121:8, 122:14,
122:17, 122:23,
123:19, 125:19,
126:5, 126:10,
126:13, 127:7,
127:10, 127:20,
129:18, 130:21,
130:24, 130:25,
131:1, 138:5,
138:25, 142:23,
142:25, 143:1,
143:8, 143:10,

148:2, 148:4,
148:14, 148:23,
153:21, 153:24,
155:20, 156:23,
157:1, 157:15,
158:18, 159:3,
159:11, 159:17,
168:10, 169:21,
177:3, 177:10,
177:24, 178:2,
178:8, 179:21
**backed**
129:16
**background**
5:16, 13:6,
16:21, 18:11,
70:24, 137:16,
146:18, 149:18
**backpack**
109:13, 109:17,
109:20, 124:15,
132:20, 141:25,
145:14, 188:15,
188:25
**backseat**
68:24, 69:3
**backwards**
131:24, 153:23
**bad**
58:22, 58:23,
88:12, 118:24,
162:12, 183:4,
183:7
**badgering**
95:6
**badgery**
119:12
**bag**
110:2, 146:4
**bajillion**
79:15
**bald**
142:15
**baseball**
130:14, 131:4
**based**
56:23, 68:13,
69:15, 71:1,

71:8, 148:23,
150:10, 165:4
**bases**
189:12
**basic**
109:25
**basically**
66:25, 67:20,
101:12, 120:19,
143:11, 148:10,
165:5, 165:19,
165:23, 179:11
**basics**
174:6
**basis**
90:9, 90:14
**bate**
128:20, 144:14,
144:21
**bates**
144:5
**bathroom**
161:17, 162:1,
162:4
**baton**
124:14, 124:18,
125:4, 154:19,
155:7, 159:21
**beach**
29:4, 31:23,
73:11, 73:16,
168:4
**bear**
15:8
**beat**
167:18
**beaten**
143:6
**beating**
134:8
**became**
88:8, 92:8,
92:23, 93:8
**because**
20:19, 24:14,
26:16, 43:8,
49:20, 50:14,
52:23, 60:1,

60:25, 61:8,
61:16, 61:22,
65:4, 65:5,
67:21, 68:3,
70:19, 74:21,
75:20, 75:21,
89:20, 90:19,
95:18, 97:2,
115:6, 120:17,
130:24, 132:24,
135:18, 144:14,
146:15, 161:13,
161:18, 165:18,
166:14, 169:10,
186:16, 187:8,
187:13
**become**
56:13, 61:16,
64:21
**been**
9:1, 12:2,
12:23, 15:21,
16:23, 21:11,
26:10, 29:5,
30:1, 32:20,
33:3, 33:6,
34:18, 36:2,
36:12, 48:6,
48:25, 52:14,
55:17, 62:9,
62:10, 68:3,
73:10, 76:6,
78:12, 83:18,
86:13, 88:2,
96:16, 99:11,
105:17, 112:3,
118:11, 120:2,
126:4, 127:23,
127:24, 128:2,
129:7, 150:7,
158:5, 158:10,
160:5, 163:4,
164:23, 164:24,
166:7, 168:22,
169:3, 172:17,
176:22, 181:25,
183:8, 185:9,
185:10

**before**
5:19, 29:23,
47:17, 47:20,
47:21, 67:4,
91:19, 102:2,
107:20, 119:11,
132:5, 145:23,
152:11, 152:19,
161:10, 191:7
**begin**
5:9
**beginning**
61:24
**behalf**
2:6, 2:13, 3:3,
64:1, 104:9
**behavior**
24:18, 25:14,
25:24, 159:19
**behavioral**
71:15, 168:21
**behind**
112:2, 115:9,
120:4, 130:6
**being**
5:4, 20:1,
38:13, 38:15,
49:23, 65:12,
91:23, 98:6,
98:25, 100:15,
103:17, 106:10,
112:25, 113:5,
113:21, 116:23,
117:2, 118:19,
127:3, 129:17,
131:24, 134:23,
148:16, 149:14,
151:16, 153:23,
156:17, 161:8,
165:16, 165:19,
173:18, 175:5,
175:20, 175:21,
180:9, 182:18,
182:22, 185:2
**belief**
106:13, 176:6,
178:6
**believe**
10:16, 36:5,

52:17, 57:15,
57:17, 57:18,
61:1, 63:9,
66:4, 66:21,
67:18, 69:13,
69:17, 73:3,
76:1, 82:13,
92:14, 96:5,
96:8, 106:7,
106:15, 106:19,
106:25, 107:3,
107:6, 116:5,
140:1, 162:18,
166:10, 172:15,
173:18, 174:3,
175:2, 177:19,
179:20, 187:3
**belt**
155:1
**bench**
177:8
**berate**
124:2
**berating**
69:4, 107:15,
107:25, 109:1,
109:8, 112:22
**besides**
7:14, 11:23,
14:2
**best**
18:7, 140:6,
159:13, 173:18,
173:21, 173:23
**better**
30:4, 69:14,
135:14
**between**
11:6, 60:19,
93:5, 112:1,
115:15, 122:13,
147:9, 147:23,
151:18
**bias**
56:15, 56:23,
59:4, 59:8,
59:22, 59:25,
60:20, 60:23,

62:18, 62:23
**biased**
56:16, 56:19,
62:15
**biases**
56:21, 56:25,
57:1, 57:9,
59:13, 59:18
**big**
37:21, 50:22,
67:3, 89:10,
99:4, 166:12,
180:12, 180:23
**bike**
167:25
**biological**
35:10
**birth**
9:4
**bit**
15:4, 17:10,
34:24, 40:1,
74:22, 79:25,
100:2, 117:25,
120:7, 148:14,
153:21
**bites**
159:2
**bits**
72:2, 72:5,
128:22, 174:6
**black**
46:18, 52:6,
52:12, 52:14,
52:18, 52:22,
53:5, 53:9,
59:17, 59:18,
102:19, 102:21,
103:8, 103:14,
104:5, 104:9,
104:15, 106:22,
123:1, 127:3,
130:3, 131:8,
132:19, 140:8,
141:3, 141:24,
142:24, 145:14,
154:19, 155:13,
155:15, 178:14,

179:18, 179:23,
180:4, 180:17
**bleeding**
143:3, 153:2
**bless**
154:12
**blm**
46:20, 80:23,
81:1, 127:5
**block**
43:14
**blowing**
178:20
**blue**
64:13, 80:14,
82:14, 100:22,
104:24, 105:3,
105:11, 106:8,
106:13, 106:25,
108:12, 108:17,
111:15, 111:18,
112:18, 113:2,
113:12, 114:18,
115:16, 118:6,
119:17, 119:25,
120:12, 122:14,
122:17, 122:23,
123:19, 125:20,
126:5, 126:10,
126:13, 127:7,
127:11, 129:19,
130:21, 138:25,
142:25, 148:2,
148:5, 148:24,
153:24, 159:3,
177:4, 177:10,
177:24, 178:2,
178:8, 180:24
**blurry**
142:14
**board**
64:13, 73:1
**boat**
29:3
**body**
4:11, 128:21,
143:24, 144:4,
144:12, 144:18,

181:15, 181:18,
181:19, 185:4
**bodychecked**
113:1, 114:10
**bodychecking**
125:20
**boil**
179:22
**bond**
182:19, 182:23
**booked**
161:10
**booking**
182:19
**bordering**
9:16
**bore**
169:4
**born**
82:2
**both**
6:17, 32:6,
32:13, 34:7,
39:12, 157:21,
176:3
**botox**
163:8
**bottle**
140:17
**boy**
67:3
**boys**
103:25
**brawl**
133:4
**break**
33:18, 55:19,
99:13, 153:15
**breaking**
136:2
**breathe**
167:23
**brian**
1:10, 3:3,
105:14, 106:1,
106:10, 107:6,
114:2, 114:3,
114:19

**briefly**
91:3, 188:10
**bring**
116:12, 124:19,
188:17, 188:19
**broke**
135:22, 186:11,
186:16
**broker's**
15:16
**brothers**
13:2
**brought**
159:21, 167:2
**brow**
123:23
**bruises**
167:5
**bruising**
74:23, 161:5,
166:22
**brutality**
53:12
**buffington**
27:10
**building**
179:21
**bullet**
47:11, 49:1,
49:3, 50:5,
50:8, 50:16,
51:17
**bullies**
57:17
**bumped**
167:1
**bums**
168:12
**bunch**
35:9, 86:4,
86:8, 88:8,
129:18, 152:1,
182:21, 182:25
**busy**
31:7
**butt**
163:6
**buy**
188:21

**buzz**
161:20, 161:22,
162:5

**C**

**ca**
25:15
**cafe**
85:9
**california**
9:10, 10:22,
14:12, 16:7,
16:13, 16:17,
21:6, 21:10,
21:25, 23:21,
26:13, 29:1,
29:24, 160:21,
160:24, 164:2
**call**
37:7, 70:8,
70:17, 93:4,
115:20
**called**
54:13, 70:9,
70:11, 70:19,
97:12, 108:1,
123:2, 157:9
**calling**
108:5, 125:24
**cam**
144:4, 144:12,
181:15, 181:18,
181:19
**came**
76:15, 81:16,
84:3, 112:5,
115:6, 119:6,
119:8, 119:11,
119:13, 121:4,
122:6, 122:23,
123:2, 123:10,
127:21, 131:25,
132:3, 166:3,
181:4, 183:9
**camera**
135:12
**cameras**
143:25

**camp**
35:20, 38:16,
39:8
**campuses**
14:14
**can't**
66:21, 83:1,
95:8, 95:17,
95:24, 135:16,
141:24, 143:7,
145:13, 148:3,
159:18, 166:15,
168:11, 169:10,
183:6
**capacity**
1:11
**car**
68:24, 130:25,
131:1, 143:10,
164:18, 167:25,
183:13
**care**
21:19, 69:9,
74:25, 76:18,
76:23, 99:2,
152:21, 163:14,
163:17, 169:7,
169:9, 169:12,
171:3
**career**
66:23
**careful**
93:2, 93:10,
93:15
**carolina**
191:1, 191:4,
191:16, 191:21
**carry**
110:22, 111:6
**carrying**
100:17, 109:22,
111:1, 180:22
**cars**
99:1
**carter**
172:18
**case**
159:22, 185:24

**cat**
6:12, 7:5, 7:7,
32:13, 155:11
**cat's**
138:17
**catch**
36:20, 182:17
**category**
46:8, 46:19
**cats**
32:11, 79:2,
79:4
**causation**
166:17
**cause**
164:20, 185:8,
187:8
**caused**
74:22, 160:7
**causes**
166:16
**cautious**
183:14
**cell**
7:20, 87:17,
116:2, 116:7,
116:11, 161:11
**center**
44:14
**certain**
60:1, 175:19,
175:20, 176:1
**certification**
24:25
**certifications**
14:24, 15:10,
25:12
**certified**
25:4, 25:15
**certify**
191:6, 191:11
**challenging**
108:7
**championing**
100:25
**chance**
101:6, 159:9,
159:15

changed
86:25
changes
165:14
chant
120:22, 120:23,
121:16, 121:22
chanting
39:14, 39:18,
101:14, 120:24,
121:1, 121:4
chants
122:3
chaotic
76:6
characters
30:9
charge
34:3
charged
36:12, 62:9,
181:10
charger
22:4
charges
33:17, 34:12,
36:9, 182:22,
183:22, 184:14
charlotte
191:16
chat
8:17, 8:18
cherry
2:16
chest
167:22
chewing
22:4
children
12:25
chill
168:10
chilling
145:7
choice
30:6
choose
175:23, 175:24,

175:25
chores
38:16
chosen
60:25, 89:19
christopher
3:5
chuck
49:4
church
27:23, 27:25,
28:5, 111:23,
111:24, 112:3
cigna
76:13
cinderella
30:10
circle
43:18
circled
137:18
circling
44:13
city
3:14, 43:14,
51:20, 72:16,
144:19
civil
1:3, 119:9,
120:9, 120:25,
135:1, 173:24
civilly
120:5
claim
74:13, 74:20,
75:9, 76:15,
167:9, 171:4,
172:1, 174:24,
177:2, 180:9
claimed
167:13, 170:24
claiming
173:17, 173:23
claims
75:2, 75:6
clarification
12:3
clarified
22:18

clarify
45:13, 172:3
clarifying
33:15
class
24:19, 25:23
classify
106:11, 125:4
classroom
20:15, 28:6
classy
163:5
clear
32:24, 110:5,
110:11
clearly
57:25, 146:3
clenches
167:22
client
7:10, 92:8,
92:23, 93:6,
94:21
client's
7:5
clients
32:7, 92:7,
93:7, 97:21
climb
29:10
clinic
163:20, 163:23
clock
146:20, 146:21
close
45:9, 49:8,
89:21, 134:6,
142:3, 149:3,
149:6, 177:12
clothes
102:22
co-defendants
81:4
coax
124:5
collapsable
124:14, 124:18,
125:4, 159:21

collapse
152:19
collapsed
143:11, 145:2
collapsing
155:7
college
13:15, 13:17,
14:1, 14:5,
14:16, 25:23
collins
3:14, 9:20,
13:11, 13:12,
16:16, 63:19,
64:1, 64:16,
71:25, 72:12,
72:16, 72:17,
73:4, 73:25,
80:3, 101:2,
101:19, 118:2,
120:17, 171:22,
172:2, 172:7,
173:25, 176:17,
177:3, 177:23,
178:6, 178:13,
180:16, 184:19,
185:1, 185:5
colorado
1:2, 10:8,
10:11, 11:10,
13:18, 14:3,
16:9, 16:12,
16:16, 17:21,
17:24, 24:20,
24:24, 29:7,
29:18, 29:24,
33:12, 40:9,
40:13, 40:14,
40:17, 41:9,
41:11, 41:15,
41:19, 41:23,
42:2, 42:11,
46:25, 47:3,
66:16, 70:21,
169:12, 172:25
colorado's
75:17
come
70:5, 70:7,

70:12, 82:25,
101:9, 118:1,
135:8, 136:5,
138:20, 145:3,
188:24
**comfortable**
97:22, 110:14,
168:8
**coming**
15:3, 84:10,
84:24, 114:21,
117:21, 118:19,
125:21, 134:20,
143:15, 161:13,
182:20
**comments**
158:13, 158:16
**commission**
191:5
**committing**
71:17
**common**
158:9, 173:1
**community**
36:25, 81:17
**comp**
74:25
**company**
18:16, 19:6,
19:20, 20:2,
20:4, 20:6,
21:12, 76:9,
76:11
**compensation**
74:14, 75:2,
75:5
**complain**
113:4, 113:6,
171:25, 172:4,
172:7
**complained**
114:5, 114:9
**complaint**
51:19, 52:1,
123:24, 171:22,
173:14, 178:17,
178:22, 178:25,
179:9, 179:13,

179:24, 180:14,
181:14
**complaints**
179:14
**complete**
62:13
**completed**
37:2
**compulsive**
168:20
**computer**
7:12, 7:25
**concede**
93:3
**concluded**
190:11
**conduct**
184:8
**conducted**
1:18, 57:7
**confederate**
42:7
**confirmation**
114:22
**confrontations**
38:25, 39:5,
39:6, 39:9,
39:10
**connected**
79:16
**connecting**
18:8
**connects**
92:10
**consequences**
182:25
**consider**
28:18, 52:12,
56:5, 58:3,
63:11, 74:4,
110:3, 160:14
**considered**
31:14, 108:12,
180:16, 182:17
**constitutional**
174:3
**construction**
35:12

**constructor**
17:8
**cont'd**
3:1
**contact**
69:20, 87:3,
87:6, 87:12,
87:14, 88:15
**contacted**
91:25, 92:16,
98:2, 98:7
**context**
180:13
**continuing**
14:20
**contractor**
20:23, 21:14
**conversation**
8:10, 8:16,
84:16, 93:5,
93:8, 94:23,
94:24, 95:25,
115:14, 119:9,
120:25
**conversations**
92:5, 92:6,
97:6, 97:10,
115:15, 120:5,
120:9, 121:9,
147:18, 147:23
**conveyed**
188:1
**convicted**
34:18
**cool**
85:9
**coordinated**
176:16, 177:3,
177:24, 178:7
**coordinator**
27:3
**cop**
52:24, 62:6,
167:17, 167:25,
185:7
**cops**
143:15, 159:6,
167:17, 176:22

**copy**
66:1, 190:3
**corner**
134:5, 135:5
**correctly**
19:19, 27:9,
130:15, 157:22
**correlation**
166:18
**costa**
165:12
**could**
31:3, 40:24,
63:1, 89:5,
103:5, 103:7,
112:2, 153:1,
153:10, 159:9,
159:15, 161:13,
166:3
**couldn't**
183:5
**counsel**
2:8, 191:8,
191:12
**counter**
136:12
**counterprotest**
54:17, 104:23,
119:5, 125:21
**counterprotester**
53:16, 53:19,
53:23, 53:24,
55:1, 55:5,
55:13, 63:16,
64:15, 74:2,
80:4, 82:18,
98:19, 100:9,
105:7, 108:23,
119:15, 130:21,
130:22, 145:6,
180:2
**counterprotesters**
64:3, 105:3,
122:18, 125:24,
126:5, 126:11,
126:14, 126:18,
127:2, 127:8,
127:12, 134:9,

134:21, 134:23,
136:14, 136:18,
138:23, 138:25,
155:19, 173:6,
176:16, 177:4,
181:6
**counterprotesting**
63:18
**country**
69:13
**county**
25:10, 25:11,
26:23, 27:13,
33:13, 36:10,
36:13, 37:6,
37:12, 39:7,
191:2, 191:21
**couple**
72:7, 94:4,
94:6, 113:1,
168:22
**course**
5:13
**court**
1:1, 5:8, 6:1,
92:19, 183:19,
186:12, 189:23,
190:5, 191:3
**cousin**
64:20, 65:3,
66:11
**cover**
103:19, 174:18
**covered**
174:5, 174:8,
189:12
**covering**
145:19
**covid**
157:20
**cpt**
169:19
**crap**
134:8
**crazy**
78:8, 78:12
**create**
43:17

**created**
91:23, 92:1,
92:15, 97:7,
181:25
**creation**
97:11
**creek**
2:16
**crest**
9:9, 9:12,
9:14, 10:3,
10:6, 11:9,
11:10, 11:22,
12:1, 12:11
**crime**
36:12, 71:18
**crimes**
34:19, 34:22
**criminal**
34:5, 34:11,
34:13, 34:14,
58:8, 58:10,
71:15, 183:17,
183:24, 183:25
**crisis**
25:3
**cross**
89:15, 99:5,
99:7, 110:8
**crossed**
107:13
**crossing**
111:15
**crowd**
133:17, 135:18,
135:20
**crr**
191:20
**csu**
173:1, 185:3,
185:11
**cumulative**
69:11
**curb**
73:13, 73:21,
168:3, 183:15
**curious**
49:24, 72:9

**current**
9:8, 83:14
**currently**
11:12, 18:13,
19:24, 31:11,
159:25, 164:3,
168:25

**D**

**d-a-f-t**
78:4
**d-e-a-d**
82:1
**daft**
78:4, 78:5,
78:8
**dakota**
38:4, 40:16
**damage**
160:7, 165:5,
165:25
**daniel**
3:4
**date**
9:4, 9:24,
89:24, 181:11
**dates**
24:4, 24:6
**daughter**
81:17, 81:18
**day**
10:18, 31:18,
62:14, 62:15,
63:5, 63:15,
67:9, 68:10,
73:5, 73:23,
95:21, 95:24,
103:1, 105:24,
107:10, 109:11,
141:6, 161:1,
164:15, 170:16,
173:2, 181:7,
191:16
**days**
94:4, 94:8
**dead**
81:22, 81:24,
81:25, 82:1

**deal**
85:14
**deaths**
46:11
**debacle**
169:1
**decide**
80:2
**decided**
61:16, 65:10,
148:11
**decision**
62:13, 82:16,
97:19, 97:24
**decisions**
69:12
**declared**
42:25, 43:10
**deemed**
137:2
**defendant**
2:13, 81:7
**defendants**
1:13, 3:3,
5:14, 185:24
**define**
58:23, 59:15,
113:14
**definitely**
29:16, 69:8
**definition**
44:8, 53:22,
92:13
**degenerative**
165:14
**degree**
13:19, 13:24,
14:8, 22:9,
28:11, 28:12,
31:8, 58:2
**dehydration**
109:23
**delay**
35:11
**delayed**
86:17
**deleon**
1:7, 36:7,

82:4, 113:23,
116:20, 117:1,
117:11, 128:1,
179:25
**delete**
84:1
**deliberately**
178:13
**denied**
161:14
**denver**
2:10, 2:18,
3:10, 45:21,
51:18, 51:20,
121:11
**department**
17:12, 51:21,
52:2, 57:22,
62:5, 63:19,
64:1, 64:16,
72:1, 72:16,
72:18, 89:7,
89:9, 111:21,
112:1, 113:10,
120:18, 126:11,
138:8, 143:1,
171:23, 172:2,
172:8, 174:1,
174:19, 176:17,
177:24, 178:7,
178:13, 185:2,
185:5, 185:7
**department's**
73:5
**departments**
72:19, 72:24
**depending**
180:2
**depends**
101:5, 103:3
**deponent**
190:9
**deposed**
49:23
**deposition**
1:16, 2:1,
5:18, 7:18, 8:3,
97:1, 184:19,

190:11
**depositions**
57:16
**depth**
174:22
**derivation**
123:3
**derogatory**
157:11
**describe**
89:5, 129:14,
130:15, 137:21,
144:25, 155:11,
167:21
**described**
131:4, 137:7
**describing**
122:20, 126:4,
155:6
**description**
4:10
**deserts**
35:10
**deserve**
159:12
**designation**
144:19
**destroying**
35:9
**destruction**
35:13
**details**
67:25, 169:5
**detained**
43:14, 44:15,
44:25
**detaining**
44:12, 44:14
**dichotomy**
123:23
**died**
134:7
**differ**
49:21
**differences**
60:19
**different**
15:24, 44:7,

72:24, 119:16,
126:2, 132:6,
152:1, 152:2,
158:8, 173:25
**differentiate**
152:2
**direct**
18:24, 114:24
**direction**
137:20
**directly**
73:10, 114:20,
115:6, 186:5
**disability**
75:9, 75:22
**disagree**
97:9
**discovery**
181:21
**discuss**
96:20, 98:14,
104:14
**discussed**
98:7
**disk**
165:15
**disney**
18:16, 18:17,
19:5, 19:20,
20:2, 20:4,
20:6, 21:12,
30:1, 31:12,
76:9, 78:4,
78:5, 78:9,
78:12, 169:2
**disneyland**
18:18, 18:19,
18:23, 19:14,
19:24, 20:1,
22:25, 23:1,
23:5, 23:9,
23:17, 28:16,
28:20, 28:21,
29:19, 29:23,
30:4, 30:9,
30:20
**disorder**
168:20

**disorderly**
184:8
**dispatch**
70:22
**display**
38:12
**disrespectful**
38:18, 141:13
**distance**
73:14, 167:24
**distinct**
120:6
**district**
1:1, 1:2, 20:8,
20:12, 20:17,
21:2, 21:7,
21:13, 22:8,
22:15, 22:19,
23:13, 25:5,
25:7, 25:9,
25:10, 25:16,
25:19, 26:24,
27:13
**distrust**
68:6, 68:9
**disturb**
125:11, 125:15
**ditch**
133:24, 133:25,
134:3, 134:10,
135:4, 135:6,
135:23, 136:9,
136:25, 137:3,
137:6, 137:11,
137:19, 138:16,
138:21, 139:6,
139:10, 139:21,
139:25, 140:4,
142:2, 142:16,
142:21, 143:2,
154:18, 155:17,
180:20, 180:25
**divergent**
28:14
**diversity**
35:10
**doc**
102:18, 158:3

documentation
183:20
dogs
32:11
doing
21:20, 22:10,
22:14, 22:19,
22:22, 22:25,
23:4, 27:17,
31:21, 51:2,
64:24, 97:22,
121:25, 143:6
done
6:22, 30:11,
46:12, 72:10,
125:18, 189:19
door
113:19, 161:21,
172:11
doors
113:10, 114:1,
138:8
double-check
144:22
doubt
149:13
down
6:2, 33:18,
33:25, 34:25,
35:5, 42:6,
59:16, 59:20,
134:7, 136:5,
136:6, 150:14,
153:22, 153:23,
178:20
downtown
90:12, 121:11,
185:3
draining
24:15, 26:16,
26:19, 26:25
drama
88:5
draped
143:8
dressed
102:16, 103:14,
130:3, 131:8,

131:18, 132:19,
140:8, 145:14
drive
2:16, 183:2
driver's
15:13, 16:5
drop
76:6
dropped
34:14, 184:9,
184:14
dropping
183:22
drove
84:4, 183:10,
183:11, 183:12,
183:13
drug
62:7, 170:20
due
169:1
dui
185:8
duly
5:4
during
19:13, 48:4,
52:11, 107:10,
115:21, 118:3,
138:24, 139:2,
161:24
dust
159:3
duties
63:3
duval
3:14

**E**

e-mail
60:9
e-mails
94:14
each
88:16, 88:17,
90:6, 144:21,
169:2, 173:12
earlier
52:5, 170:23,

184:18
early
169:24, 170:2,
170:4
earthquake
70:21
easy
89:21
ecosystems
35:9
edification
144:17
educated
57:25, 58:3
education
13:15, 14:2,
14:5, 14:17,
14:19, 14:21,
16:2, 24:18,
27:3
educational
13:6
edward
2:7
effective
24:18
eight
57:10
either
27:18, 36:6,
44:12, 53:25,
79:9, 80:10,
135:4, 142:25,
148:5, 159:2,
182:4, 183:12
elaborate
17:9
electronic
190:3
elementary
16:2, 23:22,
23:25, 24:12,
25:23, 25:25,
26:1, 26:4,
26:15, 26:23,
27:18, 27:22,
74:18
elevated
39:11

elijah
40:5, 40:8,
45:7, 46:7,
46:13, 46:14,
47:4, 47:9,
47:13, 47:17,
47:19, 48:11,
51:15
else
11:23, 11:25,
38:22, 40:17,
42:2, 51:4,
60:6, 67:8,
83:2, 83:5,
89:1, 91:1,
98:25, 102:7,
104:20, 105:6,
113:22, 122:10,
131:17, 157:23
emotional
16:3
emotionally
22:18, 22:24,
24:15, 26:16,
26:19, 26:25,
27:19
emphasis
16:2, 71:15
employed
17:1, 18:13,
20:1, 20:16,
21:11, 26:11
employee
20:22, 20:25
employer
76:5, 76:8
employment
23:14
empty
109:24
emt
16:23, 70:10,
146:21, 153:12
emts
70:7
endangering
69:1
ended
24:5, 101:23,

135:5, 135:23,
172:16, 183:22
**enforcement**
39:19, 42:14,
42:20, 43:7,
45:4, 45:8,
45:12, 46:1,
46:5, 46:17,
47:8, 48:3,
48:7, 48:8,
48:13, 48:17,
48:21, 48:24,
49:8, 49:13,
52:19, 55:6,
55:14, 57:22,
58:7, 61:12,
61:17, 62:7,
62:16, 63:6,
64:19, 66:23,
68:13, 68:19,
69:14, 69:18,
74:2
**engage**
37:10, 37:15,
42:14, 42:20,
43:6, 45:3,
45:7, 48:3,
73:12, 100:20,
105:23, 107:9,
109:2, 136:18,
136:22
**engaged**
37:4, 39:23,
46:15, 46:24,
47:3, 47:8,
47:11, 47:21,
52:6, 73:7,
105:20, 107:19,
160:10
**engagement**
42:23, 109:10,
121:25
**engaging**
39:14, 120:5,
120:8, 127:11,
134:25
**enjoy**
103:17

**enough**
50:23, 50:24
**enrolled**
76:4
**entire**
61:8, 61:15
**entirety**
175:9
**entitled**
97:5
**entrap**
43:19
**entrapping**
44:13
**environmental**
35:8, 35:19,
37:7, 37:11,
37:14, 158:15
**episode**
70:1
**equal**
174:13, 175:11,
176:7
**equally**
176:2
**equipment**
110:1
**equivalent**
66:25
**er**
29:14, 29:17
**escalate**
44:11
**especially**
158:14
**esq**
2:7, 2:14, 3:6
**established**
54:1, 96:17,
126:9, 180:5,
187:13, 187:21
**establishes**
178:12
**estate**
14:20, 15:16
**et**
1:12
**ethan**
3:4

**etran**
190:1
**evacuations**
23:6
**evans**
3:7
**even**
70:6, 78:13,
108:10, 117:4,
122:25, 123:1,
124:21, 135:2,
136:4, 136:6,
153:9, 167:23,
168:2, 168:9,
177:13, 183:6
**event**
54:1, 191:14
**eventually**
101:23, 122:12,
181:9
**ever**
5:18, 9:1,
12:23, 15:15,
15:21, 16:9,
16:17, 16:23,
29:8, 29:9,
29:19, 30:1,
30:11, 30:13,
30:19, 30:23,
32:15, 32:20,
36:12, 45:10,
46:3, 46:9,
46:15, 48:6,
51:4, 52:1,
52:14, 53:13,
53:18, 55:4,
55:13, 62:11,
69:20, 74:10,
74:13, 75:1,
75:8, 75:13,
76:14, 76:22,
77:15, 89:22,
94:20, 98:14,
104:14, 105:20,
107:19, 111:9,
113:4, 117:15,
121:19, 123:12,
124:9, 125:14,

136:21, 138:24,
152:10, 154:10,
154:14, 156:7,
160:4, 160:7,
160:10, 162:24,
169:15, 170:14,
171:20, 171:21,
171:25, 172:6,
181:17
**every**
32:8, 105:17,
122:24, 123:2,
162:3, 180:20,
181:2
**everybody**
44:10, 99:14,
100:4, 108:20,
108:22, 128:13
**everyone**
42:24, 43:3,
43:11, 43:13,
44:12, 44:14,
56:15, 108:16,
110:13, 132:25,
142:22, 155:17,
180:18
**everything**
6:2, 68:20,
69:6, 69:7,
69:9, 161:10
**everywhere**
172:17
**evidence**
178:25
**exact**
119:7
**exacted**
62:8
**examination**
4:5, 4:6, 4:7,
5:10, 185:20,
188:11
**examined**
5:6, 191:8
**example**
104:4, 164:14
**excessive**
63:23, 120:18,

174:9, 174:25,
184:21, 185:3
**excuse**
9:12, 32:4,
154:11
**exhibit**
4:11, 4:13,
128:8, 128:10,
128:11, 129:1,
129:4, 129:5,
129:9, 143:20
**exhibits**
4:15
**exist**
97:3, 100:10,
100:12
**existed**
91:11
**existence**
147:20
**existentially**
100:13
**existing**
101:2
**exists**
83:15
**exiting**
112:20
**expect**
110:17
**experience**
50:24, 68:17,
70:14
**experienced**
68:21, 69:6
**experiences**
57:12, 57:13,
68:13, 71:9,
77:21, 121:21
**expired**
25:5, 25:16
**expires**
191:5
**explain**
18:4, 34:24,
120:16, 167:19
**explains**
18:7

**expletives**
66:24
**explosion**
70:20
**explosive**
189:6
**express**
26:22, 119:4
**expressing**
39:14, 119:1,
122:4
**extensive**
145:3
**extensively**
72:4
**extremely**
104:1
**eye**
109:24

---

**F**

**f-o-r**
78:4
**face**
131:8, 141:24,
145:13, 145:19
**facebook**
17:5, 77:5,
77:10, 77:17,
77:22, 77:24,
79:17, 79:22,
83:8, 88:18,
181:25, 182:5
**facetious**
65:12
**fact**
38:19, 65:11,
72:23, 144:11,
147:8, 175:15,
181:8
**factual**
91:6, 92:20
**faded**
73:15
**faggot**
108:2, 108:6
**fair**
6:18, 21:7,

37:8, 62:16,
75:22, 104:25,
115:16, 171:5,
171:6
**fairy**
108:1, 108:6
**fall**
46:19, 135:4
**falls**
46:7, 174:10
**falsifying**
185:8
**familiar**
14:11, 84:20,
129:11, 171:18
**family**
64:18
**far**
21:24, 103:18,
103:22, 103:24,
106:11, 106:14,
107:1, 107:4,
107:7, 108:10,
108:12, 108:24,
130:2, 132:7,
141:23
**farther**
120:3, 120:4
**fast**
162:3
**favor**
156:25
**favorite**
23:8
**favorites**
32:9
**fee**
182:20
**feel**
157:3, 161:13,
167:17, 175:7,
184:2
**feeling**
152:14
**feels**
72:25
**fees**
37:3

**feet**
49:10
**feline**
7:14, 22:3
**fell**
29:21, 143:11
**fellman**
2:15
**felonies**
34:9
**felony**
34:11
**felt**
26:24, 97:22,
151:21
**female**
141:14, 141:16,
141:19, 150:6,
150:11
**fence**
115:9
**few**
43:4, 94:8,
95:7, 185:9
**field**
15:24, 17:25,
18:1, 89:11,
89:13, 89:15,
123:2
**fields**
171:17
**fight**
108:3, 115:9,
133:7, 133:10,
133:22, 134:7,
134:17, 135:22,
136:2, 136:7,
137:7, 137:23,
138:12, 138:24,
139:3, 148:21
**fighting**
109:6, 133:17,
137:5, 148:5,
148:6, 177:12,
178:3, 180:19,
180:21, 180:22,
181:1
**figure**
128:7, 144:8

figured
22:10
file
51:14, 51:19,
74:25, 96:7,
96:10, 96:23,
97:13, 171:21
filed
5:15, 52:1,
74:10, 74:13,
75:1, 75:8,
97:20, 98:11
filing
98:8
fill
62:12
filled
62:2
finally
112:6, 134:7
find
31:22, 80:7,
97:5, 113:16
finding
97:7
fine
24:8, 36:22,
85:16, 184:10
finger
66:25
fingerprinting
182:15
finish
154:4
fireworks
110:1, 111:2,
111:4, 111:5,
111:6, 160:1,
160:4, 184:10,
188:15, 188:18,
188:24
first
5:4, 5:24, 7:9,
87:1, 94:8,
94:18, 94:24,
95:25, 96:2,
98:2, 98:22,
110:2, 111:16,

116:1, 117:5,
139:23, 143:14,
144:2, 147:4,
155:16, 162:6,
174:17, 175:8,
176:22
first-aid
109:21, 109:22,
110:22
firsthand
68:21, 69:7,
177:22
fit
18:9
five
124:3, 168:23,
189:11
five-minute
55:19, 99:13,
153:15
flag
154:7, 154:20,
154:24, 155:1
flagpole
140:20
flagpoles
180:23
flesh
96:15
floyd
46:6, 121:10
floyd's
45:17
flushes
109:25
flyer
80:11, 80:13,
82:14
foam
47:10, 48:25,
49:3, 50:5,
50:8, 50:16,
51:17
focus
45:11, 46:4,
55:14, 71:19
focused
114:19, 140:19

follow
88:16, 88:17,
88:18, 182:24
follow-up
51:24
followed
129:18
follows
5:7
food
81:16
foot
131:7
footage
152:1, 181:16,
181:18, 181:20
force
43:25, 52:2,
62:11, 63:23,
120:18, 174:9,
174:25, 184:21,
185:3
forcibly
126:12
foregoing
191:8
forgot
63:10, 184:2,
184:11
form
62:12
formed
61:21, 68:18,
69:12
former
86:5, 185:7
fort
3:14, 9:20,
13:10, 13:12,
16:15, 63:19,
64:1, 64:16,
71:25, 72:12,
72:16, 72:17,
73:4, 73:25,
80:3, 101:2,
101:19, 118:2,
120:17, 171:22,
172:1, 172:7,

173:25, 176:17,
177:2, 177:23,
178:6, 178:12,
180:16, 184:19,
185:1, 185:5
forth
121:5, 121:8
fossil
13:10
found
117:8, 117:10
four
12:7, 87:19,
90:6, 143:24,
161:25, 182:10,
182:11
fourth
174:10, 174:23,
174:24
frame
111:17, 129:23,
131:18, 132:18,
140:23
free
28:22, 81:16
frequently
157:10
friend
81:6, 83:3,
86:5, 86:6,
90:11
friends
64:18, 81:4,
81:5, 85:8,
172:25, 173:1
friendship
88:7
front
7:17, 7:21,
7:25, 9:19,
51:1, 92:18,
101:2, 105:5,
112:5, 112:21,
114:20, 118:2,
131:3, 131:6,
147:9, 152:19,
153:2, 178:22,
178:23

froze
10:23, 40:1,
43:2, 43:4,
60:4, 82:8
frozen
60:5, 60:10
fruit-loop
108:2, 108:6
fuck
67:1, 150:22
fulfilled
28:15
full
8:20, 21:3,
24:2, 24:3,
31:14, 152:21,
191:9
fun
23:7, 108:4
function
57:21, 58:6
funny
165:19
furrowing
123:22
further
189:9, 189:17,
189:21, 190:9,
191:11
fyi
30:5

G

game
77:6
gaps
62:1, 62:12
gathering
37:22, 42:25,
43:8, 43:11
gave
182:20
gear
121:18
gears
79:25, 98:17
geez
170:6

gender
72:11
general
30:23, 59:24,
64:12, 67:10
generalization
120:14
generally
18:25, 20:13,
28:8, 108:6,
175:4
george
45:17, 46:6,
121:10
getting
14:7, 26:12,
31:8, 58:2,
58:14, 68:23,
117:13, 119:12,
129:16, 133:22,
148:9, 151:13,
157:22
giant
41:7, 54:16
girl
112:21, 124:22,
185:3
gist
66:18, 94:23
give
24:4, 24:6,
24:9, 120:14,
163:12, 171:7,
178:19, 181:22,
189:10
given
144:19, 191:15
glasses
143:4
gloomy
29:5
glutes
163:13
go
5:22, 5:23,
6:1, 13:9,
13:17, 18:25,
28:21, 29:2,

29:4, 29:11,
29:19, 31:22,
36:18, 43:12,
50:22, 57:24,
58:9, 60:12,
61:4, 69:9,
69:10, 74:8,
82:9, 82:22,
84:2, 90:12,
90:13, 90:15,
90:20, 93:17,
96:19, 101:4,
101:11, 102:13,
109:4, 109:5,
109:16, 110:24,
132:23, 133:21,
134:3, 150:9,
152:17, 154:3,
154:4, 168:9,
168:11, 178:19,
179:12, 179:14,
180:19, 182:14,
188:14
goal
64:14, 76:7,
133:23
goatee
132:13
god
184:11
goes
18:22, 112:1
going
5:15, 6:16,
6:21, 9:17,
11:9, 14:9,
23:12, 28:16,
28:20, 31:17,
37:23, 42:5,
55:17, 61:14,
63:10, 65:25,
66:22, 67:24,
68:1, 68:4,
76:1, 80:17,
82:25, 83:5,
84:12, 84:17,
84:18, 85:8,
85:23, 87:22,

88:7, 88:13,
89:8, 91:4,
91:20, 92:5,
93:12, 93:17,
93:20, 93:22,
96:21, 96:24,
98:25, 99:11,
100:1, 100:4,
100:6, 100:8,
100:24, 102:13,
104:3, 106:17,
111:3, 117:5,
120:21, 120:23,
127:18, 128:6,
128:9, 128:19,
128:22, 129:3,
129:9, 131:14,
132:10, 133:20,
133:21, 135:19,
137:23, 142:2,
142:8, 149:15,
149:18, 155:25,
158:3, 161:12,
161:17, 161:18,
161:21, 161:22,
163:5, 175:23,
182:24
gone
69:2, 90:6,
125:14, 135:2,
161:12, 163:2,
174:21
good
5:12, 6:5, 7:2,
11:11, 23:11,
29:2, 30:6,
55:22, 61:1,
61:3, 63:1,
107:15, 145:13,
185:22
good-bye
159:5
gosh
29:25, 41:3,
184:2
gotten
153:10, 164:25
grab
138:15, 138:21,

140:16, 140:17,
149:8, 151:3,
152:4
**grabbed**
150:15
**grabbing**
142:4
**graduate**
13:6, 13:20
**grain**
175:17, 176:14
**grandma**
67:18
**great**
15:7, 18:3,
121:23
**greeley**
10:8, 10:10,
10:19, 10:21,
11:3, 12:13,
23:23, 25:8,
28:3, 81:17,
84:24, 163:18,
169:8
**greentree**
25:24, 26:1,
26:2
**grew**
16:15
**ground**
5:21, 6:6,
6:15, 6:20,
143:11, 145:18,
151:10, 151:11,
185:5, 185:12
**group**
35:3, 35:15,
35:16, 35:18,
35:20, 35:21,
38:5, 38:6,
38:7, 38:8,
43:18, 51:11,
54:13, 59:17,
59:21, 59:22,
60:2, 61:8,
61:15, 80:20,
86:10, 102:1,
106:23, 113:12,

118:1, 121:24,
122:3, 122:13,
122:17, 123:15,
126:15, 130:10,
139:16, 158:23,
175:20, 180:10,
181:12
**groups**
59:14, 59:15,
90:12
**grow**
13:12
**guess**
33:18, 38:20,
43:9, 73:11,
80:6, 92:14,
141:15
**guessed**
40:24
**guesstimate**
112:7
**guest**
12:5, 12:6
**guests**
12:10
**guilty**
34:16, 34:21,
36:16
**guns**
155:3
**guy**
117:13, 119:6,
119:8, 132:12,
145:5, 154:6,
154:19, 154:20
**guys**
144:6

---

**H**

**haferman**
2:13, 185:24,
185:25, 186:8,
186:18, 186:22,
187:2, 187:5,
187:17, 188:6
**hall**
3:7
**hand**
89:9, 101:8,

138:19, 138:20,
138:22, 140:4,
189:3, 191:15
**handbook**
72:13
**handcuff**
38:21
**handcuffed**
38:19, 44:21,
149:15, 156:22
**handcuffs**
149:11
**handed**
189:1
**handle**
67:22
**hang**
99:25
**hanging**
102:6
**hannah**
86:7, 86:9,
88:9, 88:14,
88:15, 91:3,
102:3, 141:11,
141:13, 141:15,
141:18, 141:19
**hannah's**
88:10, 88:11
**happen**
51:2, 110:16,
110:18
**happened**
34:12, 35:1,
96:4, 101:7,
106:3, 125:18,
142:21, 151:7,
156:14, 182:12,
185:1
**happening**
44:2, 129:15,
136:9
**happens**
182:24
**harass**
158:3
**hard**
69:15, 89:8,

152:2, 166:14,
167:19, 167:21,
167:23
**harder**
167:23
**hat**
130:14, 131:4,
131:19
**haunted**
23:10
**head**
5:25, 19:11,
40:2, 53:2,
62:2, 115:10,
116:25, 143:4,
151:13, 164:14,
164:17
**health**
170:8
**hear**
6:7, 6:9, 15:6,
42:16, 64:7,
114:21, 120:6,
120:7, 150:12
**heard**
6:17, 29:6,
73:16, 114:24,
117:5, 121:22,
148:23, 149:21,
150:15, 150:18,
151:5, 151:19,
177:9, 181:17
**hearing**
121:19, 143:13,
150:25
**heart**
167:17
**heated**
126:1
**hectic**
126:3
**held**
2:1, 16:9,
20:4, 57:8,
64:9, 138:19
**help**
24:7, 38:23,
82:23, 133:23,

134:4, 136:24,
137:3, 139:24,
145:4, 164:8
**helped**
38:15, 139:10,
139:20, 139:22,
142:20
**helping**
139:5
**here**
30:21, 30:24,
32:16, 32:19,
45:20, 47:18,
47:22, 49:11,
49:25, 50:10,
62:22, 65:5,
69:17, 73:20,
74:11, 84:13,
84:17, 84:18,
89:9, 89:10,
89:12, 93:2,
98:10, 99:20,
120:17, 121:18,
131:15, 135:16,
152:3, 164:6,
165:2, 169:9,
176:5, 176:15,
178:12, 181:23
**here's**
84:18
**herself**
143:12
**hey**
83:5, 84:12,
84:16, 85:8,
85:10, 97:13,
159:5
**hi**
173:8
**hide**
157:19
**hietman**
171:11
**high**
13:6, 13:9,
13:10, 13:14
**higher-ups**
148:10

**hike**
29:2, 29:12
**hilarious**
123:9
**hips**
161:5, 166:23
**hired**
26:10, 160:19,
160:21
**history**
120:18, 184:19,
184:20
**hit**
49:6, 51:11,
154:21, 164:17,
166:12
**hmm**
14:1
**hobbies**
28:17, 28:19
**hobby**
28:18
**hold**
14:23, 15:12,
16:5, 56:21,
62:19, 101:9
**holding**
54:16, 161:10
**home**
183:2, 183:12,
183:14
**honest**
178:9
**honestly**
164:23
**hood**
103:10
**hoodie**
102:20, 102:21,
130:4
**hope**
35:11, 135:15,
159:13
**hopefully**
5:22, 5:23,
22:5
**hoping**
51:11

**horrible**
158:16
**hospital**
157:24, 157:25
**hospitalized**
70:2
**hot**
110:19
**hothead**
88:5
**hour**
45:1, 55:18,
99:12, 112:9
**hour-and-a-half**
45:1
**hours**
8:12, 31:11,
31:16, 31:18,
31:21, 36:25,
182:11
**house**
7:5, 10:12,
10:13, 112:2,
188:13
**houses**
89:10, 129:17
**huey**
105:14, 105:15,
105:21, 105:23,
106:10, 107:3,
132:13, 159:2
**human**
100:14, 159:19
**hung**
90:9, 100:2,
143:1
**huntington**
73:11, 73:16,
168:3
**hurt**
99:2

---
**I**
---
**ice**
40:6, 40:11,
47:25, 48:4
**idea**
53:22, 115:1,

120:14, 132:2,
144:7, 146:17,
148:18, 171:10,
181:12
**ideas**
52:22
**identification**
128:11, 129:5
**identified**
102:2, 103:18,
106:9, 122:17,
123:12, 123:16,
123:20, 145:23,
157:7
**identifies**
82:3, 106:24,
107:3, 107:6,
108:10, 141:14
**identify**
104:23, 106:10,
119:14, 123:4,
126:25, 127:3,
150:5, 157:19
**identifying**
106:25, 157:12
**identity**
103:20, 157:19
**ignore**
175:19, 175:24
**imagine**
31:9, 39:13
**immediately**
49:3, 97:13,
111:16, 118:6
**important**
96:19
**inaccurate**
187:18, 188:2
**inappropriate**
95:12, 137:2
**incident**
9:18, 9:21,
9:24, 10:18,
26:4, 26:8,
32:19, 36:14,
37:6, 37:12,
47:18, 47:22,
55:9, 62:14,

62:15, 63:6,
63:15, 65:4,
65:5, 65:9,
65:21, 67:14,
67:17, 68:2,
68:10, 73:5,
73:9, 73:23,
73:25, 76:16,
76:20, 76:23,
77:18, 78:20,
88:1, 89:24,
94:1, 94:2,
95:21, 95:24,
96:4, 98:1,
103:1, 105:24,
117:11, 123:10,
160:23, 161:2,
162:9, 162:17,
162:20, 162:24,
163:16, 164:22,
165:25, 166:3,
166:11, 170:16,
170:25, 171:5,
173:3, 175:10,
176:3, 184:13
**incidents**
185:1, 185:9
**include**
164:10
**including**
103:25
**income**
32:15, 75:21
**incomplete**
61:23, 61:25,
62:23
**incorrect**
25:2, 139:22
**increase**
164:9, 166:7,
166:9
**increases**
166:16
**independent**
20:23, 21:14
**indicate**
96:6, 96:9
**indicated**
95:7

**individual**
1:11, 50:4,
58:3, 59:25,
85:20, 132:19,
134:13, 139:21,
140:7, 140:25,
141:2, 141:8,
141:13, 141:24,
142:5, 145:11,
145:18
**individuals**
38:7, 38:8,
56:13, 58:19,
61:8, 61:15,
86:15, 86:19,
89:23, 90:23,
91:2, 100:21,
102:2, 112:19,
139:9, 142:20
**info**
87:14
**information**
87:4, 91:6,
96:19, 176:15,
177:1, 177:11,
177:15, 177:17,
177:22, 178:11,
179:5, 180:15,
187:10, 187:17,
187:25, 188:1
**infrequent**
88:17
**inherent**
56:21
**inherently**
52:20
**initial**
64:4, 64:9,
72:10, 93:4,
169:19
**initially**
33:19, 34:5,
63:4, 93:4,
169:10
**initiate**
84:15
**injured**
74:22, 74:24,

153:3, 161:1
**injuries**
76:15, 76:19,
162:14, 167:8,
167:13, 167:15,
170:24, 171:4,
172:1, 172:8
**input**
69:11, 148:2
**inquire**
92:20
**instagram**
77:5, 78:2,
78:15, 78:19,
78:23, 79:23,
88:19, 182:1,
182:4
**instead**
93:6
**instruct**
91:20, 93:21
**instructional**
24:17
**insults**
108:5
**insurance**
75:19, 76:5,
76:7, 76:8,
76:12, 169:1,
169:11
**intake**
92:9
**intend**
101:1, 102:8,
111:4, 189:5
**intending**
53:11, 85:17
**intent**
43:19, 54:3,
125:9, 125:11,
125:15
**intention**
41:23, 53:10,
100:20, 102:5,
132:22, 133:19,
188:17
**intentionally**
176:2, 178:7,

179:1, 179:7
**inter**
88:7
**interaction**
114:24, 146:7
**interactions**
186:21
**interest**
71:19
**interested**
191:13
**interfere**
152:7, 152:10,
156:8, 178:18,
179:12
**intermingle**
126:12
**intermingled**
113:13, 113:15
**intermingling**
125:23, 126:7
**internet**
123:6
**intervene**
153:4, 179:20
**intervention**
25:4
**interventionist**
20:14, 20:15,
25:14, 25:24
**interview**
92:7, 92:24,
93:6
**interviewed**
21:9
**involve**
74:19
**involved**
48:6, 73:10,
133:22, 135:19,
176:3
**ironically**
84:22, 123:10
**irvine**
20:7, 20:9,
20:11, 20:16,
20:24, 21:1,
21:6, 21:12,

22:7, 22:12,
22:15, 22:19,
22:22, 23:12,
25:15, 25:18
**issue**
54:11, 97:2
**issues**
22:14
**itemized**
124:17
**itself**
177:17
**iusd**
26:10

### J

**j-o-y**
8:24
**jail**
36:18, 161:9,
161:24, 182:9,
182:19, 183:9
**james**
171:11
**jared**
3:4
**jason**
2:13, 184:16,
185:24, 185:25,
186:8, 186:18,
186:21, 187:1,
187:5, 187:17,
188:6
**jean**
131:18
**jeans**
102:19
**jeremiah**
171:17
**jerome**
171:14
**job**
1:23, 21:8,
22:10, 22:14,
22:19, 22:22,
22:25, 23:1,
23:5, 24:23,
25:5, 26:24,

27:18, 58:18,
60:23, 60:25,
61:9, 61:12,
62:6, 63:1,
160:21, 164:10,
169:11
**jobs**
21:23, 30:11,
30:14
**joe**
3:5
**john**
3:14, 177:7
**jolts**
164:19
**jonathan**
2:14, 185:23,
189:18
**joshua**
1:6
**joy**
4:3, 5:3, 8:21,
8:22, 77:11
**judge**
96:20
**judging**
61:7, 61:11,
61:15
**judgment**
61:23
**judgmental**
56:5, 63:12
**july**
19:7, 19:8,
19:13, 19:20
**jumped**
186:6
**june**
1:19, 24:10,
41:3, 42:9,
54:8, 54:21,
191:16
**justice**
35:8, 35:19,
58:8, 58:10
**justified**
50:13, 50:14,
50:19, 51:1

### K

**keep**
87:11, 88:14,
124:21, 127:17,
129:1, 131:15
**kelsey**
66:13
**kelsey's**
66:14
**kettled**
43:13, 43:15,
43:16, 43:17,
44:3, 44:5
**kettling**
43:23, 44:13
**keywords**
18:8
**kick**
56:25
**kid**
168:21
**kids**
81:18, 168:10
**kind**
65:11, 65:13,
83:5, 83:6,
106:5, 124:7,
143:1, 145:7,
154:7, 154:17,
159:6, 161:9,
168:10, 172:24,
186:6, 186:11,
186:15
**kissinger**
2:15
**kit**
109:21, 109:22,
110:22
**knee**
167:1
**knees**
161:6, 166:23
**knew**
67:21, 89:2,
104:20, 105:7,
133:23, 148:15,
159:15, 173:12,

183:8, 187:17,
188:1
**knives**
155:3
**knocked**
151:12
**knowledge**
71:1, 71:3,
71:7, 71:24,
72:14, 73:3,
86:25, 98:13,
123:18, 124:13,
145:4, 173:21,
173:23, 176:19,
177:23, 181:15,
186:22, 187:12,
187:16, 187:19,
188:3, 188:7
**known**
9:1, 54:14,
81:10, 81:20,
128:2
**kruger**
1:6, 1:17, 2:1,
4:3, 5:3, 5:12,
7:9, 8:21,
11:17, 56:3,
60:4, 66:15,
82:8, 86:2,
95:17, 97:19,
185:17, 185:22,
188:13

### L

**laid**
168:10
**lakota**
37:21, 37:25,
38:2, 39:22
**lapsed**
151:18
**larson**
172:20, 172:23,
173:10
**larson's**
172:24
**last**
6:20, 12:1,

19:7, 27:8,
29:22, 66:14,
73:7, 73:9,
73:22, 86:22,
87:2, 87:8,
87:24, 88:9,
88:10, 88:12,
93:16, 139:23,
169:25
**late**
44:2
**lately**
76:6
**later**
144:10
**laughing**
109:3
**law**
39:19, 42:14,
42:20, 43:7,
45:3, 45:4,
45:7, 45:11,
46:1, 46:5,
46:16, 47:8,
48:3, 48:7,
48:8, 48:12,
48:17, 48:21,
48:23, 49:8,
49:12, 52:18,
55:6, 55:14,
57:4, 57:22,
58:7, 61:5,
61:12, 61:16,
62:16, 63:6,
64:19, 66:23,
68:12, 68:18,
69:14, 69:18,
74:2, 174:13
**lawrence**
2:9
**lawsuit**
5:14, 5:16,
9:18, 30:21,
30:24, 32:16,
74:10, 91:5,
96:7, 96:10,
96:23, 97:14,
97:20, 98:8,

117:16, 185:6
**lawsuits**
62:10, 98:11
**lawyer**
8:6, 176:13,
176:21, 177:16,
183:17, 183:24,
183:25, 184:11
**laying**
183:15
**lead**
28:6
**league**
105:17
**leaning**
142:16
**learned**
57:12, 58:6,
90:21
**learning**
16:3, 28:13
**least**
15:4, 35:11,
57:10, 62:22,
63:4, 90:6,
134:5, 176:4,
181:10
**leave**
20:19, 22:7,
24:12, 31:4,
42:24, 43:8,
43:12, 129:17,
146:11, 146:14,
147:15, 153:9,
161:17, 168:6
**leaving**
101:24, 112:23
**left**
22:12, 26:15,
27:11, 27:13,
43:1, 43:11,
112:6, 122:12,
133:17, 135:18,
141:23, 145:6,
145:7, 145:11,
162:4, 188:13
**leg**
47:10, 48:25,

49:2, 50:4,
50:8, 50:16,
51:16, 74:22
**legal**
96:22, 175:16
**less**
22:10, 71:21,
97:25, 111:14
**let's**
40:14, 47:2,
57:24, 58:24,
79:25, 80:1,
82:9, 117:24,
148:14, 178:20,
179:12, 179:17
**liberty**
105:17
**license**
14:20, 15:13,
15:16, 16:5,
16:7, 16:10,
16:12
**licensed**
15:21
**licenses**
15:12, 15:15
**licensing**
15:20
**licensure**
24:25
**life**
53:12, 68:13,
68:16, 166:5,
166:6
**likely**
124:17
**liking**
169:2
**limit**
69:3
**limitations**
23:4
**lines**
69:23, 184:22
**list**
123:7, 124:17
**listen**
147:13

**listened**
181:19
**lit**
160:4
**literally**
73:13, 73:20,
79:14, 129:16,
140:4, 152:18,
183:5
**literation**
78:11
**little**
5:23, 6:12,
15:4, 17:10,
21:4, 34:24,
40:1, 79:25,
86:17, 100:2,
111:25, 117:25,
120:2, 120:7,
142:14, 148:14,
153:21
**live**
10:3, 10:7,
10:14, 10:18,
11:12, 11:14,
12:10, 12:14,
12:19, 17:14,
41:9, 41:15,
41:19, 165:13
**lived**
9:11, 9:13,
11:23, 12:15,
12:18, 16:17,
17:21, 17:24,
21:10, 29:18,
57:12
**lives**
22:6, 46:18,
52:6, 52:12,
52:15, 52:18,
52:23, 53:5,
53:9, 104:5,
104:9, 104:15,
106:22, 127:3,
178:14, 179:18,
179:23, 180:4,
180:17
**llc**
2:8

**lloyd**
86:6, 86:9,
87:12, 87:25,
88:3, 102:3
**lloyd's**
87:8
**lobby**
161:9, 161:23
**located**
28:2, 38:1
**locations**
41:22
**lock**
35:5, 35:22
**locke**
171:14
**locking**
33:25, 34:25
**log-in**
77:7
**logged**
7:9
**long**
8:10, 9:11,
9:13, 10:14,
19:3, 19:5,
21:1, 23:24,
36:2, 44:24,
57:8, 81:10,
89:10, 95:4,
95:18, 111:12,
112:9, 118:10,
120:22, 124:1,
155:5
**longer**
12:6, 82:3,
83:15, 168:8
**look**
66:3, 103:6,
144:9
**looked**
155:14, 167:1
**looking**
100:16
**looks**
131:7, 131:18,
135:24
**loss**
53:12

**lost**
32:15, 66:20,
84:21, 86:16,
86:17
**lot**
32:7, 38:15,
54:15, 69:8,
71:1, 71:8,
71:13, 84:12,
84:17, 84:21,
85:2, 85:5,
86:3, 86:18,
88:4, 88:24,
89:4, 89:11,
89:16, 89:19,
90:11, 99:3,
99:21, 99:25,
101:18, 108:4,
108:7, 108:21,
110:13, 121:6,
121:8, 121:9,
124:4, 124:20,
125:19, 126:2,
130:10, 139:17,
142:23, 142:24,
151:25, 155:23,
158:8, 161:19,
164:15, 164:25,
165:20, 165:21,
165:23, 166:19,
178:21, 181:20,
183:9, 184:25,
189:4
**louie**
105:14, 105:15,
105:20, 105:23,
106:10, 107:3,
132:13, 159:1
**love**
28:13, 28:25,
29:21, 31:5,
32:13, 81:18
**loveland**
90:13
**luckily**
183:6

**M**

**made**
77:17, 82:17,

97:24, 110:5,
110:10, 127:5,
178:24
**madison**
23:22, 23:24,
24:12, 24:16,
26:3, 26:15,
26:23, 27:11,
27:18, 27:21,
74:17
**mail**
182:20
**main**
183:22
**maine**
40:25
**major**
105:17
**make**
5:22, 6:8, 9:6,
18:25, 35:12,
66:7, 80:16,
82:6, 82:20,
82:24, 85:1,
85:3, 97:19,
97:23, 99:2,
119:24, 148:20,
162:1, 181:13,
183:19, 189:11
**makeshift**
154:7, 154:20
**making**
18:8, 100:3,
108:4
**malfeasance**
63:23
**mallory**
1:10, 3:3,
178:17, 178:24,
179:17, 181:13
**man**
124:7
**mandated**
74:21
**mansion**
23:10
**manual**
72:3

**many**
31:11, 31:16,
32:22, 35:25,
72:24, 139:24,
170:3
**march**
33:11, 191:5
**marijuana**
170:12, 170:14,
170:17
**mark**
3:6, 5:13,
85:10, 110:7,
128:9, 129:4,
143:21
**marked**
99:3, 128:11,
129:5, 139:18,
143:19, 146:3
**married**
12:21, 12:23
**martens**
102:18
**martin**
39:7
**mask**
102:23, 157:14,
157:18, 157:24,
157:25
**master's**
14:7, 15:24,
16:1, 22:9,
31:8, 58:2
**match**
122:13
**math**
21:4
**matter**
46:6, 46:19,
52:12, 52:15,
52:18, 52:23,
53:6, 53:9,
98:24, 104:9,
106:22, 127:3,
173:14, 174:17,
178:15, 179:18,
179:23, 180:5,
180:17

matters
52:6, 104:5,
104:15
max
43:14
maxalt
165:1
maybe
31:22, 32:24,
37:3, 65:19,
66:6, 68:23,
80:5, 119:11
mcclain
40:6, 40:8,
46:7, 46:13,
46:14, 47:4,
47:9, 47:13,
47:17, 47:19,
48:11, 51:15
meal
81:16
mean
6:3, 12:5,
15:21, 17:14,
33:17, 38:11,
38:12, 38:24,
39:13, 43:16,
54:19, 56:20,
58:1, 58:15,
61:14, 64:2,
64:9, 68:20,
92:19, 96:14,
99:5, 100:11,
100:13, 101:12,
102:8, 103:23,
111:20, 113:14,
115:3, 120:15,
120:22, 121:16,
154:24, 154:25,
157:11, 166:12,
170:3, 172:3,
174:9, 176:24,
177:5, 177:9,
180:8, 184:24
means
15:5, 15:6
meant
58:13

mecklenburg
191:2, 191:21
media
57:13, 77:2,
79:20, 106:3,
181:24
medic
16:24, 110:4,
110:12, 139:19,
139:22, 145:22,
146:3, 146:5,
146:15, 147:2,
150:9, 153:10
medicaid
75:14, 75:18,
76:1, 76:3,
76:4, 76:6,
76:16, 169:2
medical
16:20, 18:11,
70:7, 70:12,
74:25, 75:18,
76:14, 76:18,
99:2, 99:4,
109:25, 110:15,
110:17, 145:4,
146:4, 146:17,
147:1, 153:4,
153:7, 162:19,
162:25, 163:11,
165:24, 166:1,
166:15, 167:4,
168:16, 171:3
medicare
75:14
medication
162:13, 162:17,
164:1, 168:23
medics
145:2, 146:16
meet
56:8, 81:12,
81:14, 81:15,
84:6, 84:8,
84:17, 84:18,
85:9
member
52:12, 52:14,

80:22, 104:9
members
57:6
memory
95:3, 95:9
mental
170:8
mentioned
47:4, 90:7,
91:3, 131:12
merely
38:13, 38:15,
38:23, 60:1,
61:8, 61:16,
61:21, 101:1
mesa
165:12
message
35:12, 54:2,
65:11, 65:16,
65:20, 66:1,
66:19, 83:13
messages
7:24, 66:2,
67:7, 67:16,
68:2, 84:1,
94:14, 94:17
messaging
83:21, 86:10
met
81:19, 82:5,
139:17
meta
17:4, 17:5,
17:10, 17:18,
17:20
metal
155:13
method
44:14
michael
1:5, 81:20,
171:8
middle
66:25, 93:7,
132:18, 133:16,
135:20, 140:7,
145:11

might
6:3, 49:21,
54:6, 157:22,
163:22
migraine
161:7, 161:23,
162:13, 162:16,
163:25, 164:17,
164:20, 183:4,
183:7
migraines
161:15, 162:8,
162:11, 162:20,
163:1, 163:11,
163:15, 163:23,
164:8, 164:9,
164:21, 164:25,
166:4, 166:10,
166:16, 166:19,
166:21
mile
165:12
milling
126:2
milo
2:7, 65:25,
67:19, 91:3,
91:7, 91:8,
91:10, 91:24,
93:25, 94:2,
94:15, 94:20,
94:24, 95:25,
96:2, 96:6,
96:9, 128:16,
144:11, 144:17,
180:12
mind
121:17, 149:13,
159:12, 159:18,
166:3
mine
81:6, 108:15
minor
58:8, 58:10,
71:2, 71:8,
71:10, 71:13,
110:15, 161:5,
166:22, 168:9

minute
119:11, 120:3
minutes
111:14, 112:8,
117:19, 118:13,
124:3, 127:24,
168:6, 178:19,
189:11
mischief
34:6, 34:11,
34:14
misdemeanor
34:10, 34:15,
34:16, 36:17
misdemeanors
34:7
misfeasance
63:23
misgender
85:17, 85:21
misrepresent
6:3
miss
170:23
missed
30:19, 30:23
mistake
139:1
mixed
157:22
moderate
24:18
mom
17:1, 68:23,
69:1, 70:1,
73:10, 90:15,
90:21, 168:4
moment
7:4, 92:16,
97:4, 150:21,
185:19
monday
1:19
monitoring
145:8
months
37:2, 98:1
morals
49:20

more
20:23, 29:14,
29:16, 36:4,
44:6, 48:15,
48:18, 64:25,
71:19, 79:22,
119:11, 156:4,
156:18
morning
5:12, 188:14
most
72:19, 93:15,
147:21, 150:10,
166:4, 166:13
mostly
79:2, 79:4
mother
7:11, 11:15,
11:23, 12:16,
12:19
mother's
11:16
motives
57:6
mountain
29:9
mouth
54:6, 118:25
move
26:12, 160:23
moved
10:21, 11:2,
11:21, 16:13,
21:5, 21:9,
21:25, 73:20,
138:8, 151:9,
164:2, 165:2,
169:9
movies
28:25, 31:22
moving
21:8, 23:20,
24:14, 29:23
mst
1:20, 190:11
much
31:5, 31:10,
71:21, 80:18,

88:8, 112:4,
151:18, 165:5
mugshot
158:11
mulaney
177:7
multi-purposed
98:21
murder
45:18
muscles
164:16
mutual
173:10
myself
82:23, 84:3,
84:4, 102:14,
110:7

**N**

n-y-l-a
27:7
na
159:4, 159:5
name
5:12, 7:8,
8:20, 11:16,
27:4, 27:8,
66:11, 66:12,
66:14, 77:10,
78:2, 79:6,
79:11, 81:22,
81:24, 81:25,
82:1, 82:2,
86:7, 86:22,
87:1, 87:2,
87:8, 88:9,
88:10, 88:12,
163:18, 163:20,
165:11, 171:18,
185:22
named
83:3, 86:5,
86:6
names
9:2, 88:12,
125:25
national
14:10, 14:11,

14:15
nationalist
108:18
natural
164:20
nature
5:17, 69:15
nauseous
161:16
near
74:8, 176:22
nearby
89:12
nearly
9:15
necessarily
107:2, 108:16,
108:17, 174:19
neck
162:15, 164:13,
164:15, 164:16,
165:4, 165:17,
165:25, 166:12,
166:13
neck-based
164:17
need
22:2, 24:21,
24:24, 28:15,
62:1, 62:12,
74:24, 96:14,
97:13, 150:7,
150:8, 150:9,
180:13, 189:24
needed
22:10, 26:21,
62:1, 70:2,
93:13, 146:15,
152:22, 165:5
needing
72:10
needs
26:21, 143:5
needy
6:13
negative
57:1, 59:4,
59:8, 59:18,

59:22, 70:14,
70:15
**neither**
191:11
**neo-nazis**
54:16, 104:1
**neo-nazism**
54:23
**netzel**
3:4
**never**
23:6, 66:22,
82:5, 101:4,
110:19, 114:5,
114:9, 116:12,
150:11, 152:4,
152:16, 152:18,
166:3
**new**
42:4, 42:5,
42:14
**news**
57:14, 69:10,
77:19, 158:14,
185:9, 185:14
**next**
125:18, 142:21,
149:12, 151:7,
186:6
**nice**
29:8, 102:9
**nine**
22:6
**nobody**
155:21
**nods**
19:11, 115:10,
116:25
**non-descript**
79:18
**none**
113:6
**nonlegal**
173:19
**nonphysical**
167:11
**nope**
131:22

**norm**
28:14
**normally**
109:17, 124:19
**north**
2:16, 38:4,
40:15, 191:1,
191:4, 191:16,
191:21
**northern**
13:18, 14:3
**notarial**
191:15
**notary**
191:3, 191:20,
191:22
**note**
45:9
**notes**
7:16, 7:24
**noteworthy**
39:2
**nothing**
5:6, 77:21,
109:6, 126:6,
126:8, 137:1
**notify**
83:8
**notorious**
63:22
**november**
184:15
**nowhere**
176:21
**number**
4:10, 5:14,
87:17, 129:9,
144:15
**numbers**
79:16
**nyla**
27:5
**nyla's**
27:8

---
O
---
**oath**
56:4

**object**
93:13, 93:20,
140:17, 141:3
**objecting**
93:11
**objection**
59:11, 91:15,
95:5, 96:11
**obscured**
131:9
**observations**
119:24
**observe**
114:14, 114:16,
116:17, 116:20,
124:11, 127:14,
134:15, 134:17,
136:13, 141:5,
147:22, 170:17,
170:19
**observed**
116:23
**observing**
115:14
**obsessive**
168:20
**obvious**
180:22, 180:25
**obviously**
15:5, 30:9,
40:9, 45:16,
56:3, 66:22,
81:3, 98:22,
143:5, 153:3
**oc**
43:20
**occasional**
29:11
**occasionally**
29:4, 31:23,
90:10
**occurred**
43:24, 55:12,
90:23, 95:21,
95:23, 175:4
**occurring**
175:22
**ocean**
9:9, 9:11,

9:13, 10:3,
10:6, 11:9,
11:10, 11:21,
11:25, 12:11
**offered**
138:22
**officer**
33:23, 50:1,
50:12, 50:20,
51:5, 51:7,
51:12, 56:20,
56:24, 59:1,
59:3, 59:9,
61:19, 61:21,
61:22, 62:3,
63:1, 64:21,
68:25, 69:21,
70:18, 146:20,
160:12, 186:4,
189:6
**officer's**
58:18
**officers**
43:17, 46:10,
56:13, 56:17,
56:22, 57:17,
58:22, 61:2,
68:7, 68:9,
72:11, 112:10,
112:13, 113:5,
113:7, 113:11,
113:18, 113:22,
114:6, 114:10,
114:15, 114:17,
114:21, 115:15,
117:5, 118:24,
137:23, 138:1,
138:6, 138:10,
146:11, 146:14,
147:5, 147:8,
147:12, 147:18,
147:23, 148:8,
148:12, 149:2,
150:6, 150:14,
151:9, 151:20,
152:13, 156:11,
158:17, 177:3,
179:6, 179:11,

180:16, 186:1,
186:9, 187:10
**often**
57:6, 122:22
**oh**
5:21, 22:5,
29:25, 32:1,
36:2, 41:3,
64:8, 79:8,
81:15, 82:8,
114:3, 114:22,
114:25, 143:13,
170:6, 184:2,
185:16
**old**
9:6, 35:1,
165:4, 165:17,
168:18
**old's**
165:18
**once**
25:5, 25:16,
32:23, 67:3,
70:19, 100:6,
104:19, 121:4,
138:9, 163:2
**one**
6:16, 6:24,
25:22, 26:2,
33:5, 35:10,
37:20, 43:12,
46:18, 47:21,
48:11, 48:18,
61:24, 74:11,
75:16, 77:4,
79:13, 79:14,
79:22, 108:1,
111:16, 114:21,
119:6, 121:16,
122:24, 124:21,
127:4, 128:25,
130:1, 134:20,
137:25, 139:9,
139:18, 143:10,
145:2, 145:3,
145:5, 145:17,
146:2, 148:4,
148:10, 148:12,

154:6, 158:1,
159:2, 159:20,
163:4, 163:6,
163:7, 164:3,
164:5, 168:4,
169:20, 172:16,
173:5, 177:17,
181:2, 185:3,
185:23, 185:25,
186:9, 187:10,
190:6
**one-sentence**
91:6
**one-to-one**
20:13, 90:14
**ones**
36:13, 36:14,
47:2, 48:11,
64:3, 79:14,
111:16, 145:3,
154:21, 178:24,
183:23, 187:11
**ongoing**
185:6
**online**
14:13, 14:14,
31:17, 64:24,
72:3, 158:4,
158:11, 158:12
**only**
6:24, 20:3,
74:1, 109:10,
110:14, 111:9,
113:25, 114:24,
143:24, 154:21,
163:12, 168:5,
175:19, 176:6,
180:16, 181:5,
181:24, 182:5
**oops**
43:2
**open**
101:23, 115:8,
127:20, 131:24,
134:12, 138:9,
147:5, 153:24,
161:21
**opening**
172:11

**operate**
72:19
**operating**
72:25
**operations**
18:21, 119:8
**opinion**
55:1, 61:21,
68:18, 98:24,
119:17, 153:6
**opinions**
77:21, 119:5,
122:4
**opportunity**
122:6, 122:9,
176:24
**opposed**
28:11, 32:11,
104:4, 176:10
**opposing**
54:2
**opposite**
55:1, 105:18,
111:25, 126:12,
137:19
**opposition**
53:25
**order**
119:7, 189:25,
190:1
**order-wise**
161:12
**oregon**
40:23, 40:24,
41:2, 42:20,
44:16, 54:9,
54:22
**organization**
41:7, 54:15,
57:4, 106:14,
106:16, 106:20,
106:22
**organizational**
35:21
**organized**
35:15, 35:16,
38:6, 54:1,
64:3, 80:20,

106:23
**original**
54:3, 80:10,
80:13, 130:10
**originally**
34:11, 37:1,
84:3
**orleans**
42:4, 42:5,
42:14
**orteza**
171:8
**other**
9:2, 11:5,
12:19, 14:1,
14:5, 14:15,
14:16, 14:19,
15:13, 16:16,
16:17, 21:11,
21:23, 25:12,
28:16, 28:24,
32:19, 33:4,
33:9, 34:18,
34:21, 35:25,
36:13, 37:10,
37:14, 38:22,
39:2, 39:22,
39:24, 40:4,
40:17, 42:1,
42:10, 46:14,
50:18, 55:11,
55:13, 59:13,
59:14, 62:25,
66:1, 67:12,
67:16, 70:18,
74:10, 75:1,
75:4, 75:5,
77:25, 78:23,
81:3, 81:7,
83:9, 85:25,
88:16, 88:17,
88:20, 88:23,
91:2, 92:7,
93:7, 98:11,
102:11, 104:17,
104:24, 105:2,
107:13, 112:17,
113:2, 113:23,

117:22, 118:16,
122:17, 124:5,
126:20, 127:2,
139:13, 155:19,
160:11, 166:9,
167:8, 169:2,
170:8, 170:9,
172:10, 173:12,
176:11, 179:6,
179:11, 188:5
**others**
118:20, 179:3,
179:14
**otherwise**
53:25, 177:23,
191:13
**out**
15:3, 36:9,
38:15, 67:10,
67:13, 67:16,
67:17, 68:2,
70:20, 73:15,
76:19, 80:7,
83:7, 83:16,
90:9, 90:12,
91:8, 91:12,
92:6, 93:18,
96:15, 97:5,
97:8, 98:12,
99:25, 100:2,
101:8, 102:6,
110:20, 113:16,
117:8, 117:10,
117:14, 121:17,
124:6, 128:7,
133:23, 134:4,
134:8, 134:10,
135:23, 136:3,
136:25, 137:3,
138:16, 138:19,
138:20, 138:21,
139:5, 139:10,
139:21, 139:22,
139:24, 140:4,
142:21, 144:8,
145:4, 149:8,
151:12, 164:16,
165:6, 168:12,

174:25, 175:14,
175:15, 177:2,
183:1
**outfit**
102:25, 103:2,
103:8
**outside**
29:2, 42:10,
46:25, 83:3,
132:24, 136:25,
154:9, 186:1,
186:3, 187:22
**over**
5:22, 8:17,
8:18, 38:9,
43:14, 57:10,
66:3, 68:24,
69:3, 84:13,
95:4, 107:13,
111:15, 111:17,
114:21, 114:23,
114:25, 117:5,
117:22, 118:19,
119:7, 119:8,
119:12, 119:13,
121:4, 122:6,
122:24, 134:6,
134:20, 135:8,
136:10, 137:15,
137:24, 140:20,
143:14, 143:15,
145:6, 148:7,
157:2, 164:15,
168:23, 177:7,
179:22
**overall**
68:6
**overalls**
130:14
**overheard**
114:25, 181:13
**overlapping**
52:22
**overlook**
175:24, 176:1
**overnight**
182:16
**overwhelming**
70:16

**owe**
156:25
**own**
161:11

## P

**p-o-r-s-c-h-e**
87:10
**packets**
109:23
**page**
4:3, 4:10
**pages**
1:24
**paperwork**
182:18, 182:21,
182:25
**parakeets**
32:12
**parent**
69:2
**park**
25:23, 42:25,
84:13
**parked**
142:22
**parking**
84:12, 84:17,
84:21, 85:2,
85:5, 86:3,
86:18, 88:24,
89:4, 89:11,
89:16, 89:18,
99:21, 99:25,
101:18, 108:21,
110:13, 130:10,
139:17, 142:23,
183:9, 189:4
**part**
31:15, 35:15,
37:20, 57:3,
58:18, 80:19,
86:9, 139:16,
146:22, 147:21,
166:13, 180:10
**partially**
24:14
**participate**
73:21, 74:6,

101:7
**participated**
46:3, 46:20,
73:22
**participating**
187:11
**particular**
27:2, 57:11,
103:13, 116:10,
167:3
**particularly**
103:17
**parties**
4:15, 176:3
**partly**
26:16
**parts**
72:3
**party**
176:22, 191:13
**pass**
110:20
**passed**
180:19, 181:1
**passion**
28:8
**passionate**
35:7
**past**
158:5
**patriot**
54:13, 54:14
**patriots**
157:2, 157:8
**pause**
60:13, 82:11,
93:12
**pay**
36:22, 147:19,
184:9
**paying**
114:1, 114:2
**peaceful**
39:10, 125:9
**pedialyte**
109:22
**pent-up**
50:25

**people**
12:10, 18:24,
32:6, 35:25,
37:22, 38:8,
38:23, 43:14,
43:18, 44:6,
52:21, 57:16,
59:17, 59:18,
61:4, 64:9,
67:22, 69:9,
69:10, 69:16,
71:16, 83:9,
83:16, 86:4,
86:8, 88:8,
90:7, 93:15,
99:3, 101:8,
102:9, 103:18,
108:3, 108:5,
108:7, 110:20,
111:14, 113:2,
118:5, 118:16,
118:19, 118:22,
119:11, 120:1,
120:12, 121:4,
122:13, 122:23,
124:5, 125:19,
125:20, 125:24,
126:3, 129:19,
133:23, 134:4,
134:10, 136:24,
137:2, 137:5,
137:11, 138:19,
139:5, 139:24,
140:20, 150:10,
154:8, 154:21,
157:7, 157:12,
158:15, 158:23,
159:3, 159:18,
172:11, 172:16,
180:1, 180:21,
181:9
**percent**
110:2
**period**
11:22, 52:11,
147:10
**periods**
95:4

**person**
8:16, 32:13,
56:6, 57:14,
57:25, 63:12,
66:21, 85:14,
88:5, 88:20,
88:23, 119:20,
119:22, 130:7,
130:12, 130:15,
130:18, 130:20,
131:3, 131:19,
131:21, 134:18,
135:9, 136:1,
136:14, 136:19,
136:22, 139:13,
140:9, 140:14,
140:16, 141:25,
142:15, 145:23,
146:1, 151:8,
153:2, 160:15,
172:10, 175:19,
180:20, 180:21,
189:2
**person's**
27:4, 142:4,
165:17
**personal**
71:9, 166:6,
177:14, 187:19
**personally**
126:19, 176:18,
177:6
**pet**
21:19, 32:3,
32:4, 32:10
**phone**
7:20, 87:17,
93:4, 116:2,
116:7, 116:9,
116:11, 116:12,
183:6
**phonetic**
171:9, 171:12,
171:14, 172:14,
172:20, 184:1,
184:16
**photographing**
182:15

**photographs**
166:24
**photos**
103:18
**phrase**
122:22
**physical**
23:4, 112:24,
145:7, 162:12,
164:12, 165:2,
165:3, 165:9
**physically**
22:22, 23:3,
27:19, 44:19,
127:10, 127:11,
134:3, 136:18,
136:21, 138:15,
139:7, 167:16
**physician**
163:14, 163:17,
169:8, 169:9,
169:12
**picked**
185:4, 185:12
**picture**
158:2
**pictures**
116:14, 116:18,
116:21
**pieces**
72:2, 72:6,
128:23, 174:6
**pinpoint**
166:15
**pipe**
155:14
**pipeline**
33:25, 34:25,
35:6, 35:8,
35:23, 37:25,
38:20, 39:22,
39:23
**piper**
1:5, 81:8,
81:10, 81:12,
81:14, 81:15,
82:7, 83:1,
83:10, 83:17,

85:5, 85:11,
85:15, 86:4,
86:9, 88:21,
88:24, 90:8,
90:25, 98:4,
98:8, 98:11,
98:14, 102:3,
102:7, 104:8,
104:14, 115:4,
116:17, 119:25,
123:11, 123:12,
124:12, 133:1,
133:7, 139:10,
139:20, 139:23,
142:10, 142:15,
143:3, 145:1,
145:17, 146:15,
146:25, 147:23,
148:5, 148:11,
148:15, 149:1,
149:2, 149:8,
149:14, 150:15,
151:3, 152:4,
152:15, 153:7,
173:11, 175:4,
176:6, 179:25
**piper's**
81:6, 81:20,
120:6, 152:8
**pissed**
50:15
**place**
42:8, 47:14,
48:1, 51:16,
117:9, 165:11,
182:5
**places**
21:11
**plaintiff**
4:13, 81:7,
129:8
**plaintiffs**
1:8, 2:6
**plan**
80:16, 100:3,
100:25, 101:5,
101:10
**plans**
82:20, 82:24

play
30:7
played
69:8
playing
109:3, 131:15
plea
36:16
please
5:24, 6:8,
6:22, 8:20,
60:18, 95:12,
157:1, 157:2,
186:17, 190:2
pled
34:16, 34:21
pod-caster
105:16
point
54:19, 58:5,
82:16, 85:24,
85:25, 91:17,
92:8, 92:9,
93:7, 96:8,
96:9, 108:1,
115:20, 118:3,
118:10, 118:14,
119:2, 122:11,
122:25, 127:19,
132:23, 133:2,
134:20, 135:22,
136:19, 138:12,
143:10, 148:15,
149:9, 149:14,
149:21, 150:6,
150:12, 151:3,
152:13, 152:22,
156:10, 161:8,
163:24, 169:20,
172:25
pointed
150:2
pole
154:7, 154:20,
154:24, 155:1,
155:14
policies
71:21, 71:25

policy
72:3, 72:9,
72:13, 73:1,
74:23
political
103:24, 104:2,
174:16, 180:8
poorly
57:7
pop
32:8
popped
124:4
porsche
87:9
portion
107:15
portland
40:21, 40:22,
40:25, 41:2,
41:5, 41:12,
42:19, 43:24,
44:16, 54:9,
54:12, 54:22
position
20:3, 39:15,
91:24, 92:17,
175:21
positions
39:17
positive
69:18
possess
176:18
possessed
73:3
possesses
176:21, 177:16
possible
108:11, 152:7
post
13:14, 78:18,
83:8, 182:3
posted
77:15, 77:22,
77:24, 78:22,
80:10, 158:11,
158:12

posts
77:17, 106:2,
181:25
potential
92:8
potentially
175:22
pr
182:19, 182:22
practice
73:1, 93:17,
184:21
practices
71:22
prayer
54:13, 54:14
precluding
97:7, 126:6,
126:8
predict
159:18, 159:19
prefer
32:11
prepare
8:3
prescription
162:16, 163:25,
164:5
presence
126:9
present
3:13, 11:22,
168:10, 173:2
preserve
96:25
preserved
68:3, 87:23
presidio
33:13, 36:10,
36:13, 37:6,
37:12
pretty
31:7, 49:5,
92:12, 135:1,
140:3, 149:3,
150:17, 151:21,
152:20, 157:10,
158:9, 166:12

prevention
25:3
previous
108:15, 121:21,
169:7, 169:11
previously
94:25, 131:13,
143:19, 148:6
primarily
13:13, 14:13,
14:14, 180:24
primary
163:14, 163:17,
169:7, 169:9,
169:12
prior
10:6, 19:12,
20:5, 21:8,
23:20, 27:21,
37:11, 68:13,
78:13, 89:23,
91:22, 98:6,
106:3, 109:7,
112:12, 112:25,
113:21, 114:16,
114:20, 115:13,
117:1, 127:16,
134:17, 136:2,
136:4, 162:8,
162:17, 162:20,
162:24, 163:3,
163:4, 163:15,
164:6, 168:13,
168:17, 177:12,
178:3
privilege
91:16, 91:23,
92:10, 92:24,
93:9, 96:12,
96:22, 97:11
pro
55:6, 55:14
pro-insurrection-
ist
180:11
probable
185:8, 187:8
probably
31:7, 31:18,

78:1, 83:12,
97:25, 163:24,
164:4
**probation**
37:1
**problem**
95:9
**problematic**
85:18, 88:5
**problems**
22:18, 22:22,
22:24, 23:4,
27:17, 95:2,
95:20
**procedures**
70:25, 71:25
**proceeding**
191:13
**proceedings**
55:24, 60:13,
82:11, 99:17,
153:19, 189:15
**process**
5:22
**produce**
143:21
**produced**
4:13, 129:8,
143:25, 144:3,
144:11, 144:12
**profession**
60:20
**professional**
165:24, 166:15,
173:19, 175:16
**professionals**
166:2, 170:9
**professions**
166:2
**promoted**
20:14
**proper**
30:8, 50:2,
50:3, 59:7
**propping**
143:9
**prospective**
92:23

**protect**
57:5, 57:6
**protected**
96:21, 97:14
**protecting**
176:3
**protection**
159:22, 174:13,
175:12, 176:7
**protest**
9:19, 39:24,
40:4, 40:6,
41:1, 41:4,
41:14, 41:19,
42:13, 42:19,
44:16, 45:3,
45:6, 45:7,
45:10, 45:11,
46:4, 46:15,
47:5, 47:8,
47:9, 47:13,
47:17, 48:6,
48:10, 51:15,
52:18, 53:11,
53:14, 53:18,
55:6, 55:11,
64:15, 73:8,
77:25, 78:24,
80:1, 82:21,
83:9, 84:2,
84:6, 89:23,
98:12, 101:6,
101:11, 103:2,
103:3, 104:3,
104:8, 105:18,
106:3, 106:6,
106:8, 111:7,
124:19, 125:14,
157:8, 160:5,
160:17, 168:3,
174:15, 188:14,
188:18, 188:22,
189:3
**protested**
40:16, 42:3,
46:10
**protester**
123:3, 178:15,

180:5
**protesters**
63:25, 64:10,
112:18, 142:25,
148:3, 177:10,
178:2, 179:19,
179:23, 180:17
**protesting**
34:1, 37:24,
41:23, 63:25
**protests**
40:7, 40:8,
40:11, 40:15,
42:10, 45:17,
45:20, 45:23,
45:25, 46:13,
46:15, 46:19,
46:21, 46:24,
47:20, 47:25,
48:4, 52:6,
52:23, 53:1,
53:3, 53:6,
53:9, 55:14,
69:7, 74:9,
90:5, 90:20,
109:17, 110:24,
121:11, 121:14,
124:21, 126:21,
158:9, 160:8,
160:11
**proud**
103:25
**provide**
153:4
**provided**
65:18, 77:20,
153:7, 165:3
**provider**
76:12
**providing**
146:25
**proximity**
89:20
**proxy**
117:8
**psychiatric**
76:23
**psychiatrist**
169:16, 169:19

**psychological**
76:22, 167:12,
167:15
**psychologist**
15:22, 169:15,
169:18, 169:22
**psychologists**
15:20
**psychology**
13:25, 28:11,
28:15
**psychotic**
70:1
**public**
191:4, 191:20
**publicized**
172:17
**pulled**
68:23
**punches**
178:20
**punching**
155:21
**punishment**
36:24
**purpose**
37:23, 54:2,
58:6, 69:18,
73:19, 94:11,
111:1
**purposefully**
175:19
**push**
139:6
**pushing**
125:21
**put**
40:14, 50:9,
50:21, 61:13,
118:25, 149:9,
149:11, 158:15,
161:11, 175:21,
175:23
**putting**
42:2, 54:6,
154:24

---
**Q**
---

**quality**
142:9

**question**
5:24, 6:7,
6:24, 11:2,
15:5, 18:3,
19:16, 19:25,
32:24, 33:15,
35:9, 43:6,
45:14, 49:18,
50:7, 51:24,
60:15, 60:18,
61:14, 95:12,
97:9, 135:15,
162:22, 180:3,
186:7
**questions**
5:15, 5:16,
6:16, 6:21,
12:17, 67:22,
96:3, 185:18
**quick**
49:5, 123:6,
140:3, 151:22
**quicker**
5:23
**quite**
15:19, 185:9
**quote**
77:20, 177:7,
182:6
**quotes**
178:16, 178:18,
178:21, 179:10,
179:17

**R**

**r-o-v-e-r**
21:17
**rabbis**
59:21, 59:22
**race**
60:20, 60:24
**raleigh**
64:10
**rallies**
158:8, 168:9,
168:10
**rally**
41:7, 42:6,

42:8, 53:25,
54:8, 54:16,
54:22, 54:25,
55:4, 63:15,
64:4, 73:17,
73:18, 73:23,
74:1, 80:3,
80:8, 80:17,
80:25, 82:7,
86:11, 89:22,
90:16, 100:1,
100:7, 100:14,
100:21, 102:6,
102:12, 102:17,
104:19, 105:5,
108:22, 108:23,
111:12, 112:5,
115:23, 116:7,
116:14, 116:18,
116:21, 117:11,
121:2, 125:8,
125:11, 154:15,
159:8, 159:14,
177:4, 181:6
**rallying**
54:20
**ran**
162:3, 162:4
**random**
32:7
**randomly**
53:1
**rarely**
31:24
**rather**
67:6
**ratner**
3:6, 4:5, 5:11,
5:13, 55:17,
55:23, 56:1,
60:5, 60:9,
60:12, 60:14,
60:17, 65:25,
66:6, 66:9,
66:10, 67:24,
68:5, 82:9,
82:12, 85:13,
85:22, 86:1,

91:18, 91:22,
92:3, 92:11,
93:1, 93:14,
93:20, 93:24,
95:7, 95:14,
95:16, 96:14,
96:24, 97:12,
97:16, 97:18,
99:11, 99:16,
99:18, 128:9,
128:13, 128:16,
128:18, 129:3,
129:7, 129:10,
143:23, 144:2,
144:7, 144:11,
144:16, 144:23,
153:14, 153:18,
153:20, 185:17,
189:10, 189:16,
189:25, 190:1
**re-ask**
186:15
**reach**
83:16, 149:8
**reached**
91:8, 91:12,
150:14
**react**
179:18
**reaction**
50:11
**read**
31:2, 60:16,
72:2, 72:5,
173:13, 178:16,
185:14, 190:4
**ready**
26:12
**real**
14:20, 15:16,
17:17
**reality**
17:11, 17:15
**really**
29:2, 29:5,
35:7, 83:19,
87:1, 88:12,
92:5, 96:18,

111:4, 113:25,
114:1, 126:3,
151:10, 151:14,
154:19, 155:11,
155:13, 158:16,
161:7, 161:15,
163:5, 164:8,
165:3, 166:5,
168:6, 168:9,
171:3, 174:18,
177:6
**reason**
28:10, 50:18,
57:11, 69:21,
98:19, 103:14,
106:21, 116:10,
169:16, 188:5
**reasons**
30:20, 30:24,
73:4, 88:4,
159:20, 174:21,
180:9
**recall**
36:2, 39:20,
47:14, 115:14,
120:20, 121:19,
122:16, 122:20
**receive**
67:5, 67:7,
74:24, 75:20,
75:24, 76:2,
168:16
**received**
14:2, 75:13,
75:19, 76:14,
82:13, 162:19,
162:25, 168:21,
177:11, 187:9
**receiving**
7:23, 177:17
**recess**
55:24, 99:17,
153:19, 189:15
**recognize**
105:10
**recognized**
104:20, 105:7,
107:17, 126:20

recollection
104:16, 120:11,
121:3
recollections
99:19
recommendation
96:22
reconvene
97:1
record
53:21, 56:2,
60:12, 60:16,
62:4, 63:22,
68:1, 82:10,
92:17, 96:25,
129:20, 144:16
recorded
116:14
red
99:4, 99:5,
99:7, 104:1,
110:8, 132:12,
180:23
reduced
34:15
refer
9:17, 76:2,
85:11, 85:14,
180:1
referenced
179:24
referral
169:3, 169:4,
169:5
referring
9:22, 115:2,
115:3, 133:25,
149:25
regarding
106:3, 172:8
regards
175:9
registration
191:22
regularly
124:22
reid
1:25, 191:3,

191:20
related
30:20, 30:24,
36:17, 77:21,
77:23, 77:25,
158:14, 158:15,
165:25, 186:5,
191:12
relates
97:10
relating
92:7, 93:6
relationship
92:1, 92:15,
96:16, 97:3,
97:6
release
182:17
released
182:13, 182:18,
182:22
religion
60:21, 60:24
remember
10:9, 27:9,
47:15, 68:22,
69:4, 73:19,
79:9, 80:9,
83:1, 83:4,
83:10, 83:19,
84:11, 85:4,
86:7, 86:12,
86:13, 86:24,
88:20, 88:23,
89:1, 89:3,
89:15, 89:18,
91:14, 94:3,
94:7, 94:9,
94:13, 94:22,
95:1, 95:8,
95:18, 95:23,
95:24, 100:3,
100:13, 102:20,
105:18, 109:3,
109:22, 111:24,
119:7, 119:21,
120:3, 124:16,
125:19, 134:20,

134:23, 139:13,
142:1, 142:22,
143:3, 143:7,
143:13, 146:6,
146:10, 147:25,
148:3, 148:8,
148:12, 151:8,
151:13, 154:1,
154:22, 156:18,
156:24, 157:16,
157:21, 157:24,
159:1, 163:18,
163:20, 164:6,
165:11, 173:8,
182:15, 183:7,
183:10, 183:14,
183:15
remembering
95:20, 146:9
remembrance
75:7, 116:8,
152:5, 152:6,
178:18
remotely
2:2
repeat
10:23, 15:5,
19:16, 32:7,
60:14, 162:21
report
137:22, 137:25,
171:22, 187:9
reported
1:25
reporter
5:8, 6:2,
186:12, 189:23,
190:5, 191:3
reports
185:8
represent
5:14, 185:23
representative
81:1, 104:5
representing
98:3
request
32:6, 66:4

requested
70:7
requests
32:8
required
25:13
reservation
38:2
reservations
37:21
reserved
190:10
resident
12:2, 12:5
resigned
25:6, 25:17,
26:5
resisting
151:17, 156:17,
156:20, 184:8
respect
7:17, 21:24,
22:25, 23:14,
35:18, 36:16,
41:14, 41:18,
42:13, 43:23,
44:15, 45:2,
45:6, 45:17,
46:5, 54:22,
58:7, 59:25,
63:6, 65:21,
66:20, 66:22,
68:18, 70:14,
70:24, 71:3,
71:24, 72:15,
74:2, 76:19,
77:18, 78:19,
78:23, 85:10,
86:10, 94:1,
163:15
respectful
85:19, 95:13,
95:15, 134:24
respond
179:1, 179:2
responding
118:21, 153:1,
179:7

**response**
60:3, 73:5,
178:14, 186:10
**restate**
45:13
**restrictions**
23:13, 23:18
**result**
46:11, 166:11,
167:9, 170:24,
171:4
**retain**
183:17
**retained**
4:15
**ride**
18:20, 23:8
**rides**
18:24
**ridge**
13:10
**right-hand**
130:2
**rights**
98:23, 173:24,
174:3, 176:8,
190:10
**riot**
121:17, 121:18
**ripping**
138:17
**risk**
175:23
**riteman**
184:16
**road**
89:10, 136:5
**roads**
89:15
**rob**
83:3, 86:5,
86:9, 102:2,
131:12, 131:17,
145:24
**rob's**
86:21
**robbed**
69:22

**robertson**
3:4
**rock**
37:16, 37:17,
37:18, 37:19,
37:20, 37:24,
38:1, 38:22,
41:15, 45:3,
48:14, 48:23,
49:4, 49:9,
49:12, 50:1,
50:11, 50:20,
51:7, 51:11,
160:12
**rocks**
48:17, 48:21
**roker**
21:16
**roles**
18:1
**room**
7:13, 8:14
**ross**
172:20, 172:23,
173:10
**roughly**
17:24, 55:17
**rounding**
44:6, 44:9
**rover**
21:15, 21:17,
21:18, 31:25,
32:2
**rpr**
191:20
**rule**
6:6, 6:15, 6:20
**rules**
5:21
**run**
150:25

---
**S**
---

**s**
170:5
**sadness**
50:25
**safe**
157:3, 157:4

**safely**
133:24
**said**
7:9, 11:8,
15:9, 16:15,
19:19, 25:7,
26:15, 38:2,
43:1, 43:7,
43:11, 47:7,
49:16, 54:4,
54:7, 57:16,
65:20, 67:1,
68:12, 68:20,
75:12, 79:4,
80:22, 83:23,
84:9, 85:4,
86:12, 86:16,
87:11, 91:7,
93:25, 97:13,
107:17, 111:18,
114:22, 116:23,
117:19, 117:21,
120:20, 120:24,
122:5, 125:20,
127:4, 136:4,
145:1, 148:3,
148:4, 148:5,
148:6, 149:20,
151:17, 152:6,
156:11, 156:15,
156:17, 156:18,
158:22, 161:17,
161:21, 164:9,
165:14, 165:16,
166:22, 175:7,
175:11, 177:10,
177:12, 178:1,
178:2, 179:17,
182:17, 185:13,
186:16
**saith**
190:9
**sake**
85:11
**salt**
175:17, 176:14
**same**
6:23, 12:17,

17:23, 23:16,
62:18, 72:11,
75:3, 75:4,
75:5, 77:8,
86:15, 103:1,
120:16, 164:21,
175:4
**santa**
9:9, 10:22,
11:3
**sarah**
183:25, 184:1,
184:6
**sarcastic**
65:12, 165:17
**sat**
73:13, 73:21
**saw**
106:2, 113:18,
113:23, 113:25,
114:24, 115:17,
115:19, 117:4,
117:5, 117:13,
135:3, 136:9,
143:15, 147:4,
154:3, 155:16,
163:15, 169:8,
169:23, 169:25,
173:7, 180:18,
185:14
**say**
6:2, 8:22,
9:20, 12:7,
14:19, 18:23,
20:9, 21:16,
26:1, 33:24,
39:4, 41:3,
43:15, 44:5,
46:7, 46:18,
48:2, 51:23,
56:14, 56:19,
57:5, 61:23,
67:21, 69:15,
69:21, 70:15,
91:13, 92:2,
92:4, 92:9,
92:17, 97:15,
97:25, 101:4,

102:12, 103:22,
107:8, 107:22,
109:7, 114:3,
114:25, 119:13,
122:25, 125:2,
134:15, 134:18,
143:13, 149:4,
158:20, 163:10,
166:14, 170:4,
175:7, 175:16,
179:12
**saying**
26:7, 54:21,
64:10, 65:13,
69:1, 85:19,
92:22, 93:10,
94:21, 95:17,
101:13, 107:24,
118:17, 118:23,
119:25, 120:11,
136:14, 148:12,
150:8, 159:2,
159:6, 163:5,
173:8, 182:18,
187:9
**says**
123:7, 180:13
**scene**
147:15
**scenes**
71:18
**schaefer**
184:1
**scheme**
15:20
**schielke**
184:4, 184:6
**schiffer**
184:1
**schilz**
3:5
**school**
13:7, 13:9,
13:10, 13:14,
14:9, 14:13,
20:7, 20:12,
20:17, 21:2,
21:3, 21:7,

21:13, 22:8,
22:15, 22:19,
23:12, 24:2,
24:3, 24:13,
24:20, 24:24,
25:8, 25:16,
25:18, 25:19,
26:4, 26:16,
26:24, 27:13,
27:18, 27:22,
31:17, 58:5,
64:24, 74:23,
75:3, 75:4,
76:25, 164:10
**schools**
25:20, 25:21
**schwab**
2:7, 4:7, 8:8,
8:13, 55:21,
60:8, 60:11,
66:3, 66:7,
85:10, 85:16,
91:15, 91:20,
92:2, 92:4,
92:22, 93:2,
93:19, 93:23,
95:5, 95:11,
96:11, 96:18,
97:9, 97:15,
98:2, 98:7,
99:15, 128:17,
143:21, 143:24,
144:5, 144:9,
144:13, 153:16,
188:10, 188:12,
189:8, 189:13,
189:22, 189:24,
190:3
**scope**
63:2
**screaming**
68:25, 121:5,
121:8, 122:13
**screen**
7:8, 79:6,
128:7, 130:3,
133:16, 140:7,
141:23, 143:18,

145:12
**seal**
191:15
**search**
123:6
**searches**
18:8, 72:10
**seat**
68:24
**second**
6:6, 40:15,
50:9, 58:25,
101:22, 171:7,
181:22
**seconds**
43:5, 122:6,
129:22, 130:13,
151:21
**security**
75:8
**see**
26:6, 44:1,
45:15, 56:24,
59:1, 59:3,
59:8, 59:17,
59:21, 61:19,
93:18, 103:5,
103:7, 104:20,
105:6, 105:10,
113:7, 113:11,
113:21, 117:4,
122:2, 128:14,
128:16, 129:23,
131:19, 133:10,
133:12, 134:6,
134:12, 135:9,
135:16, 136:1,
136:12, 136:17,
138:1, 138:6,
138:10, 140:8,
140:16, 140:18,
140:23, 140:25,
141:2, 141:24,
142:10, 142:24,
143:5, 143:16,
143:18, 144:25,
145:1, 145:13,
149:1, 153:2,

153:25, 154:9,
155:2, 167:17,
167:24, 167:25,
168:24, 169:10,
175:22, 183:5
**seeing**
122:16, 154:22,
159:2, 173:9
**seek**
167:4
**seem**
129:11
**seems**
61:6
**seen**
50:24, 57:13,
57:14, 68:21,
69:9, 69:10,
72:23, 121:13,
132:5, 132:6,
132:7, 136:21,
147:8, 151:25,
154:10, 154:14,
163:22, 169:15,
170:8
**self-defense**
124:24, 125:2,
125:7
**semantics**
125:2
**semi-bald**
145:20
**semicircle**
43:18
**send**
67:19, 83:7
**sense**
157:11
**sensing**
166:9
**sent**
66:12, 80:10,
83:12
**separated**
120:2
**serve**
57:5
**serves**
69:18

service
36:25
services
147:1
set
161:19
settle
124:7
seven
27:24, 57:10,
170:7
several
47:19, 127:4,
179:14
severe
161:7, 161:24
shake
5:25
share
128:7
shared
77:19, 182:6
sheriffs
39:7
shift
79:25
shifting
98:17, 155:12
shirt
130:14, 132:12
shocked
11:9
shook
40:2
shoot
50:4, 50:8,
68:22, 183:25
shot
47:10, 48:25,
49:2, 50:15,
51:8, 51:16,
52:23, 163:12
shots
163:6
should
22:17, 57:23,
95:9, 96:7,
96:10, 97:20,

115:25, 153:6,
165:19
shoulder
143:8
shoulders
6:1
shove
154:8, 156:2
shoved
151:11, 151:13
shoving
125:25, 127:8,
155:25, 156:5
show
84:13, 84:16,
100:14, 128:6,
128:22, 129:2,
142:19, 182:23
showed
40:5
showing
84:9, 122:7,
129:21, 185:2
shows
53:24, 180:15
shrug
5:25
shut
132:16
sic
21:16, 24:11,
79:15
side
100:22, 104:21,
104:23, 104:24,
105:8, 105:11,
105:19, 107:13,
111:15, 111:18,
111:21, 111:22,
111:25, 114:18,
117:22, 118:6,
120:4, 123:19,
125:20, 125:23,
126:5, 126:13,
130:2, 151:14,
175:20, 176:11,
177:17, 180:24
sides
105:2, 111:19,

126:6, 176:1
sidewalk
107:14, 125:22,
126:10, 126:12,
134:21, 154:8
sierra
172:13
sign
101:9, 101:14,
190:4
signal
15:3, 83:13,
83:14, 83:18,
83:20
signature
190:10
signature-b7fzp
191:18
signed
94:20, 187:8,
187:20
significant
74:23, 146:4,
152:20, 166:25
signs
100:17, 101:8,
127:4
similar
52:21, 52:22,
72:19, 72:25,
106:21, 108:5,
124:5
simultaneous
150:17
simultaneously
151:6
since
12:1, 19:7,
19:13, 19:20,
20:1, 21:10,
81:11, 164:22,
165:1, 166:4,
166:7, 168:18
singing
159:4, 159:5
single
105:18, 122:24,
162:3, 180:20,

181:2
sisters
13:3
sit
32:4, 49:11,
49:25, 50:10,
62:22, 69:17,
98:10, 99:20,
152:3, 176:5,
176:15, 178:11
site
37:21, 180:2
sitting
7:6, 7:7,
21:19, 32:10,
32:11, 145:18,
161:9, 168:2
six
37:2, 168:23,
170:6
ski
29:9
skimmed
174:20
skinnier
155:8
skinny
102:19, 154:19,
155:13, 155:15
skip
167:17
skipping
171:20
slammed
185:4, 185:12
slogan
64:12
slow
178:13, 178:20,
179:1, 179:2,
179:3, 179:7,
179:12, 179:15,
179:17
small
18:23
smoke
170:12, 170:17
smoked
170:14

**smoother**
5:23
**social**
16:3, 75:8,
77:2, 79:19,
90:9, 106:2,
180:9, 181:24
**soldiers**
42:7
**solo**
124:22
**some**
5:15, 5:16,
5:21, 29:1,
35:17, 40:6,
45:23, 45:25,
52:6, 58:5,
59:4, 73:11,
73:17, 82:14,
82:16, 83:16,
83:20, 85:25,
88:6, 93:7,
100:3, 101:15,
106:2, 113:2,
118:2, 122:24,
123:3, 123:7,
127:19, 128:22,
134:10, 135:4,
135:22, 138:12,
144:12, 148:2,
148:15, 149:9,
149:14, 149:21,
158:16, 159:16,
161:5, 163:24,
172:16, 174:20,
178:17, 183:6,
183:20
**somebody**
18:22, 56:8,
58:14, 62:2,
90:8, 97:4,
106:24, 108:11,
119:13, 123:1,
130:6, 130:9,
130:13, 130:21,
131:6, 131:17,
141:3, 163:23
**somebody's**
60:23, 60:24

**somehow**
18:9, 70:21,
135:5
**someone**
52:23, 53:24,
54:2, 62:11,
80:10, 82:2,
85:17, 99:2,
114:22, 130:25,
143:13, 152:18,
167:20, 172:24,
176:10, 183:8,
183:21, 189:1
**something**
30:17, 31:3,
38:14, 56:10,
67:19, 69:22,
72:12, 83:13,
90:13, 93:15,
94:20, 101:9,
109:5, 110:17,
114:23, 120:22,
121:19, 124:18,
124:20, 156:20,
157:9, 157:23,
159:6, 160:1,
163:11, 164:18,
164:19, 166:6,
167:2, 168:1,
175:22, 176:20,
177:15, 181:10,
187:11
**sometimes**
103:3, 103:4
**soon**
91:24, 92:23,
94:1, 160:23,
184:13
**sorry**
6:12, 10:23,
15:1, 21:16,
36:20, 40:1,
42:16, 64:6,
75:11, 79:3,
91:10, 106:5,
138:17, 139:1,
154:3, 155:11,
166:2, 186:13

**sort**
7:23, 35:17,
37:14, 39:10,
42:23, 51:19,
56:23, 56:25,
59:4, 67:12,
68:17, 73:15,
73:17, 82:14,
83:20, 84:15,
100:3, 101:12,
102:23, 103:1,
121:25, 142:15,
159:16, 162:25,
167:15, 168:19,
170:19, 172:24,
183:20
**sought**
28:10, 76:22,
171:3
**sound**
9:25, 111:3,
132:15, 134:22
**sounds**
28:7, 52:25,
55:22, 62:21,
71:13, 171:2,
171:18
**source**
77:19
**sources**
152:2
**south**
9:9
**space**
101:23, 115:8,
127:20, 131:25,
134:12, 138:9,
147:5, 153:24
**speak**
8:7, 88:3,
112:10, 112:12,
112:15, 112:17,
174:16
**speaking**
17:13, 97:4,
114:17, 149:6
**special**
24:18, 27:3

**specific**
24:24, 25:4,
25:7, 25:19,
27:25, 32:3,
54:2, 62:6,
68:16, 72:17,
120:10, 179:16,
180:2
**specifically**
17:8, 25:15,
39:20, 41:22,
46:9, 47:15,
63:20, 64:11,
64:15, 65:21,
67:1, 68:17,
70:6, 71:24,
72:15, 80:9,
83:2, 83:4,
99:22, 104:16,
117:13, 118:18,
120:20, 124:3,
154:22, 177:25,
178:17, 179:6
**specifics**
80:5, 120:8,
148:4
**specify**
174:11, 174:14
**speed**
69:3
**spell**
27:6, 87:10
**spend**
31:17, 182:8
**sphere**
104:2
**spinning**
183:16
**spoke**
8:13, 87:24
**spoken**
90:22, 91:1,
117:15, 170:9,
170:10
**spot**
143:20
**spray**
43:20

stamp
128:20, 144:5,
144:14
stamped
144:21
stance
106:23
stand
61:14, 78:7,
153:3
standardization
73:2
standing
37:16, 37:17,
37:18, 37:19,
37:20, 37:24,
38:1, 38:22,
41:15, 45:3,
107:14, 125:22,
140:11
stars
183:15
start
96:3, 97:4,
100:1, 118:5,
133:12, 141:2,
141:3, 142:8,
169:21, 178:20
started
21:6, 24:5,
111:13, 111:14,
117:21, 118:11,
127:19, 133:4,
133:7, 136:7,
137:4, 142:23,
165:2
state
8:19, 24:25,
46:25, 191:1,
191:4, 191:21
stated
94:25
statement
62:16, 75:22,
108:15
statements
127:5, 181:13,
181:17

states
1:1, 16:18
station
9:20, 101:3,
101:19, 105:6,
112:6, 113:19,
118:2, 118:15,
138:5, 147:9,
157:15, 158:18
statutes
42:6
stay
12:7, 87:6
stayed
11:25, 143:2,
164:21
stemming
32:16
stenographer
60:16
step
58:25, 124:6
stereotypical
28:14
stick
102:9, 169:23
sticks
121:16
still
20:16, 31:21,
56:3, 65:15,
75:24, 76:2,
87:3, 87:14,
88:14, 138:7,
157:8, 157:14,
157:17
stood
107:14, 156:22,
179:21
stop
188:21
stopped
129:22, 129:24,
130:13, 131:2,
131:16, 132:11,
132:17, 134:8,
135:10, 137:10,
138:12, 140:5,

140:22, 141:1,
141:22, 142:7,
142:14, 144:24
straight
183:5
stranger
56:9
street
2:9, 3:8, 56:9,
59:16, 59:20,
61:20, 107:15,
108:4, 111:25,
124:7, 145:2,
146:3, 146:5,
147:2, 153:22,
153:24
stress
162:14, 164:10,
164:13, 165:20
stressed
166:5
stressful
22:10
strike
9:12, 10:17,
11:20, 17:19,
19:4, 24:21,
27:11, 28:17,
30:7, 37:5,
45:23, 47:12,
48:15, 51:14,
53:6, 53:14,
54:5, 57:20,
59:2, 75:24,
77:15, 77:23,
99:24, 101:17,
104:17, 106:18,
107:17, 107:23,
108:20, 112:11,
112:15, 113:16,
114:15, 119:1,
123:11, 127:1,
127:14, 127:16,
134:16, 136:12,
138:24, 139:2,
139:6, 141:14,
146:9, 150:13,
153:13, 154:13,

155:24, 162:7,
177:20, 178:5
striking
141:3
struggling
143:6
student
74:22, 75:3,
75:5, 185:11
students
26:21
studying
64:20, 64:22
stuff
29:10, 30:10,
43:21, 88:7,
124:8, 146:4,
155:12
stupid
111:3
subject
55:5
subjective
49:20, 61:3
sudden
164:18
suffer
162:11
suffered
162:8, 167:9,
167:13, 170:24,
171:4, 172:1
suggest
54:19
suing
187:4, 188:6
suite
2:17, 3:9
summer
106:4
summertime
20:20
sunrise
163:21, 169:13
support
38:16, 40:5,
98:24, 127:5
supporters
148:24

| | | | |
|---|---|---|---|
| supporting<br>64:12<br>supports<br>108:16, 177:2<br>supposed<br>58:6, 63:2,<br>84:5, 84:8<br>supremacist<br>41:6, 54:14,<br>54:20, 108:17<br>supremacists<br>103:25<br>supremacy<br>54:5, 54:8,<br>54:11, 54:23<br>sure<br>15:19, 19:17,<br>24:8, 33:16,<br>45:15, 51:3,<br>55:21, 60:11,<br>66:3, 66:7,<br>82:25, 83:12,<br>84:10, 93:19,<br>99:2, 99:15,<br>107:8, 153:16,<br>153:17, 162:23,<br>189:11, 189:13<br>surface<br>174:5, 174:20<br>surrendered<br>16:12<br>sworn<br>5:4, 67:3,<br>191:7<br>syringes<br>109:24<br><br>**T**<br>t-shirt<br>102:20<br>tackled<br>150:24, 151:10,<br>151:20, 156:11,<br>161:8<br>tactics<br>71:4, 72:15<br>take<br>7:10, 8:11, | 29:8, 31:4,<br>42:6, 42:8,<br>48:1, 50:21,<br>51:16, 55:18,<br>80:6, 99:12,<br>110:11, 116:11,<br>124:9, 134:9,<br>138:20, 153:14,<br>158:2, 166:23,<br>170:19, 175:16,<br>176:1, 176:13<br>taken<br>5:18, 57:15,<br>110:1, 116:13,<br>126:11, 165:5,<br>165:23<br>taking<br>6:2, 16:1,<br>116:18, 116:21,<br>172:16<br>talk<br>47:2, 65:1,<br>65:2, 80:1,<br>85:24, 86:6,<br>92:18<br>talked<br>8:6, 21:24,<br>40:17, 46:24,<br>79:19, 83:1,<br>83:2, 83:10,<br>119:10, 147:25,<br>148:1, 166:1,<br>166:20, 172:9,<br>174:2, 178:1<br>talking<br>6:25, 61:12,<br>67:13, 80:12,<br>81:18, 91:19,<br>100:25, 148:9,<br>150:8, 155:2<br>taller<br>131:7<br>taunt<br>108:3, 109:4<br>taunting<br>108:7, 126:1<br>taunts<br>124:9 | taunty<br>124:8<br>taxonomy<br>18:1, 18:2<br>teacher<br>28:6, 31:2<br>teaching<br>28:8, 28:11<br>tears<br>69:5<br>tease<br>92:6, 93:17<br>technology's<br>15:7<br>teens<br>169:21<br>tell<br>60:10, 88:13,<br>119:19, 146:13,<br>180:14<br>telling<br>93:14, 144:3,<br>146:10<br>ten<br>36:4, 111:14,<br>117:19, 118:13,<br>124:3, 168:18,<br>169:17, 178:19<br>ten-minute<br>111:17<br>tend<br>52:21<br>tends<br>29:1<br>tension<br>165:21<br>term<br>53:15, 58:15<br>termed<br>184:20<br>terminated<br>27:15<br>terminology<br>30:8<br>terms<br>32:1, 33:21,<br>107:24<br>terrible<br>49:7, 69:2 | territory<br>180:3<br>testified<br>5:7, 19:23,<br>52:5, 57:16,<br>113:18, 135:18,<br>149:20, 170:22,<br>184:18<br>testify<br>5:5<br>testimony<br>19:18, 116:6,<br>127:7, 152:3,<br>191:10<br>texas<br>33:13, 35:11,<br>36:10, 36:13,<br>36:17, 37:7,<br>37:12, 38:3,<br>39:23, 40:16,<br>41:18, 158:10<br>text<br>60:9, 65:10,<br>65:15, 65:20,<br>66:1, 66:12,<br>66:18, 67:7,<br>67:16, 68:2,<br>83:7, 94:14<br>texted<br>67:18, 83:17<br>th<br>3:8, 10:10,<br>10:15, 10:19,<br>12:18, 33:11,<br>191:16<br>thank<br>5:8, 185:19,<br>189:21<br>thankfully<br>165:1<br>thanks<br>55:23<br>theater<br>20:14, 20:15<br>themselves<br>18:24, 57:7,<br>148:1, 148:9,<br>157:10 |

**therapist**
165:3, 169:18,
169:24, 170:1
**therapy**
162:13, 165:2,
165:10, 168:21
**thereof**
179:21, 191:14
**thereupon**
5:2, 191:7
**thin**
155:5
**thing**
50:2, 50:3,
50:22, 77:8,
81:17, 83:6,
138:18, 138:21,
155:5, 182:15
**things**
5:17, 28:13,
28:24, 31:21,
31:23, 37:3,
48:8, 50:24,
51:2, 66:5,
71:16, 71:18,
82:22, 84:19,
110:15, 118:17,
124:5, 124:7,
152:1, 158:16,
184:21
**think**
6:22, 27:9,
29:25, 30:16,
31:17, 47:7,
49:11, 49:20,
49:25, 50:3,
50:10, 50:19,
50:23, 52:20,
54:7, 56:8,
56:15, 56:16,
56:21, 57:3,
57:20, 58:21,
59:1, 59:7,
59:24, 60:4,
60:19, 60:22,
61:3, 67:20,
70:18, 73:18,
75:18, 79:8,

79:16, 81:11,
83:17, 84:20,
87:9, 87:15,
88:1, 89:11,
89:20, 90:5,
93:1, 99:23,
102:18, 102:19,
102:20, 106:21,
106:22, 112:8,
116:5, 119:6,
120:17, 121:12,
123:9, 134:5,
136:24, 137:2,
142:1, 142:2,
142:18, 144:20,
145:22, 150:10,
156:7, 157:21,
157:23, 157:25,
158:11, 159:4,
162:18, 163:2,
163:22, 163:25,
165:21, 165:22,
169:22, 170:22,
171:19, 173:4,
173:7, 173:12,
173:22, 174:5,
174:8, 174:21,
177:1, 177:15,
180:1, 180:12,
182:21, 183:11,
185:17
**third**
6:15
**thought**
53:1, 70:20,
112:2, 166:5
**thoughts**
50:22
**threaten**
158:4
**threatened**
158:5
**threatening**
125:25
**three**
9:15, 9:16,
12:1, 12:7,
68:23, 86:13,

98:1, 140:1,
181:9
**threw**
161:25, 162:2
**through**
21:15, 24:10,
25:8, 26:10,
69:10, 72:2,
72:5, 76:5,
76:8, 76:9,
76:12, 77:7,
83:16, 83:18,
101:23, 101:24,
132:25, 157:1,
157:13, 157:15,
158:23, 158:24,
180:19, 181:1,
182:14, 182:24,
185:10
**throughout**
9:17, 52:10,
90:5
**throw**
48:12, 48:15,
48:17, 48:20,
48:23, 49:12,
50:11, 50:19,
51:7, 51:10,
172:12
**throw-up**
161:23
**throwing**
49:9, 50:1,
160:12
**thrown**
48:7, 51:4,
122:23
**ticketed**
182:13
**tiktok**
77:7, 79:11
**time**
6:25, 11:22,
21:5, 26:4,
26:8, 28:22,
29:22, 31:14,
31:15, 31:22,
33:4, 33:5,

36:3, 36:7,
39:18, 41:16,
48:18, 50:21,
51:22, 51:23,
51:24, 52:11,
70:18, 73:7,
73:9, 73:22,
76:25, 83:14,
84:18, 86:15,
86:17, 87:24,
88:2, 95:4,
95:18, 96:7,
98:2, 99:20,
101:11, 107:16,
110:20, 111:9,
111:17, 112:4,
113:25, 117:23,
118:11, 118:14,
119:3, 122:11,
128:2, 140:19,
140:21, 144:2,
147:4, 147:10,
151:18, 152:13,
155:16, 158:21,
159:7, 160:17,
161:22, 161:24,
162:4, 162:6,
169:25, 175:4,
182:2, 182:8
**time-wise**
97:23
**timeline**
127:17
**times**
32:22, 90:11,
95:7, 113:1,
124:21, 159:24,
160:2, 161:25
**today**
9:6, 21:21,
30:21, 30:25,
32:17, 32:20,
47:18, 47:22,
49:11, 49:25,
50:10, 62:22,
65:6, 74:11,
76:3, 176:5,
176:15, 178:12,

181:21
**today's**
7:17, 8:3
**together**
18:9, 50:22,
84:14, 167:22
**told**
38:18, 40:15,
93:16, 110:10,
119:22, 153:9,
161:16
**took**
47:14, 117:9,
166:12, 166:13
**tool**
125:3
**top**
158:1
**total**
112:4, 112:7
**towards**
60:20, 127:20,
137:19, 143:1,
143:10
**townley**
1:5, 4:14,
36:6, 81:8,
81:21, 85:2,
85:12, 88:21,
88:24, 98:4,
98:8, 98:11,
98:14, 104:8,
119:25, 123:11,
123:12, 124:12,
129:8, 129:21,
133:1, 133:7,
135:11, 139:11,
139:20, 142:10,
142:15, 145:17,
147:1, 147:24,
173:11, 175:5,
176:7
**traffic**
62:6
**trail**
29:15, 29:16,
135:24
**trained**
16:23

**training**
16:20, 18:11,
70:24, 146:18
**trans**
82:2
**transcript**
128:12, 129:6,
191:9
**transgender**
141:15
**traveled**
41:11, 41:22
**treatment**
76:15, 76:19,
162:19, 162:25,
168:17, 168:19
**tree**
134:6, 137:15,
137:16
**trespassing**
34:4, 34:5,
34:10, 34:13
**trickled**
111:17
**tricky**
92:6
**tried**
18:4, 83:15,
152:4, 152:7,
152:10, 164:5
**trigger**
164:16
**trim**
163:10
**trip**
29:19
**true**
23:17, 191:9
**truth**
5:5, 5:6
**try**
109:4, 124:5,
124:6, 128:5,
128:6, 134:4,
150:25, 151:3
**trying**
38:17, 46:16,
76:5, 95:14,

103:19, 108:3,
113:16, 127:17,
129:17, 132:23,
136:24, 137:3,
141:12, 141:20,
142:16, 143:9,
145:4, 147:2,
165:21, 165:22,
169:3, 169:5
**tube**
155:13
**turn**
164:14
**turned**
70:20, 143:14
**turning**
137:19
**tv**
185:15
**twice**
33:7, 67:4
**twitter**
77:6, 79:6,
79:23, 83:15,
83:16, 182:2
**two**
8:12, 10:16,
12:14, 12:17,
17:20, 17:24,
21:3, 24:1,
24:2, 24:3,
25:20, 31:18,
33:6, 37:1,
80:5, 81:3,
85:8, 119:11,
126:6, 138:19,
151:9, 151:20,
156:11, 181:8,
183:22
**two-and-a-half**
9:16, 68:23
**type**
17:23, 30:10
**types**
84:19

---

**U**

**uh-huh**
6:1, 87:21,

128:15, 131:5
**uh-uh**
6:1
**ulterior**
57:6
**ultimately**
34:3
**unarmed**
50:4
**unc**
13:20, 14:15,
28:11, 58:1,
58:11, 71:11
**under**
46:7, 46:19,
56:4, 78:3,
149:1, 149:9,
151:1, 174:10,
174:13, 174:17,
191:15
**undergo**
165:9
**undergone**
76:18
**underneath**
143:12, 157:24,
158:1, 158:13
**understaffed**
26:20
**understand**
6:8, 6:9, 18:5,
19:18, 49:22,
50:6, 53:15,
57:21, 58:15,
79:5, 92:11,
123:23, 127:18,
173:20
**understanding**
63:24, 64:11,
72:18, 72:21,
100:16, 108:9,
108:19, 108:22,
133:6, 173:16,
175:18, 176:4,
176:20, 178:5,
179:16, 181:5
**understood**
6:17, 58:13,

58:17, 62:22,
63:5, 148:25,
149:18
**unexpected**
164:19
**unfortunate**
77:1
**unified**
20:7, 20:11,
20:17, 21:1,
21:6, 21:13,
22:8, 22:15,
22:19, 23:12,
25:18
**united**
1:1
**university**
13:18, 14:2,
14:10, 14:12,
14:16
**unlawful**
42:25, 43:8,
43:10
**unlocked**
161:18, 162:5
**unsafe**
175:21
**unsupervised**
37:1
**until**
6:22, 15:7,
44:2, 97:6,
111:12, 112:8,
118:11, 119:3,
135:3, 136:7,
136:10, 147:10,
178:20
**uphold**
57:4, 61:4
**use**
43:20, 43:24,
48:20, 52:2,
66:24, 77:6,
77:9, 79:5,
89:8, 111:5,
125:7, 154:25,
155:1, 174:16,
189:5

**user**
79:18
**username**
79:13
**using**
7:11, 154:8,
154:20, 161:18
**usually**
44:11, 52:22,
82:23, 103:2,
105:19, 110:21,
162:14
**utilized**
43:25

---
**V**
---

**vacation**
29:20
**vague**
92:12
**vansickle**
3:4
**various**
38:16, 38:24,
90:5, 108:5,
109:25, 173:25
**varying**
18:1
**verbally**
5:25, 107:15,
107:24, 108:8,
109:1, 109:8,
111:13, 112:22,
113:5, 114:6,
117:18, 118:12,
118:16, 118:19,
119:4, 124:2,
124:12
**verbatim**
120:13
**version**
75:17
**versus**
60:23, 166:17
**vest**
131:19
**vicinity**
187:2, 187:14

**video**
4:11, 4:13,
8:17, 100:17,
101:22, 103:6,
103:7, 116:14,
116:20, 128:6,
128:14, 128:21,
129:2, 129:7,
132:3, 132:5,
132:15, 137:5,
137:12, 140:6,
142:9, 142:11,
142:24, 144:18,
144:21, 144:24,
145:6, 145:12,
151:23, 172:17
**videos**
121:13, 144:4,
144:12
**videotaped**
185:2
**videotaping**
116:17, 116:21
**violated**
173:24, 174:4,
174:19, 175:8
**violation**
176:7
**violence**
159:16
**violent**
160:10, 160:14
**virtually**
1:18, 2:1
**visible**
154:9
**visited**
29:23
**voice**
54:25, 98:23,
120:6, 150:10,
174:16
**voluntarily**
22:12, 27:14

---
**W**
---

**w-r-e-k**
79:9

**w-r-e-k-d**
79:9
**wait**
6:22, 161:22,
162:21
**waited**
183:9
**walk**
84:13, 89:21,
99:1, 101:22,
108:21, 132:25,
135:20, 137:14,
143:6, 143:9,
157:1, 183:1
**walked**
101:18, 101:21,
102:1, 117:13,
131:1, 131:24,
142:25, 147:10,
157:13, 157:15,
158:18, 158:23,
158:24, 180:18
**walking**
59:16, 59:20,
127:20, 130:24,
130:25, 132:24,
134:11, 135:17,
138:4, 142:23,
143:9, 153:22,
153:23, 155:20,
159:1
**walt**
18:16, 18:17,
19:5, 19:20,
20:2, 20:4,
20:5, 21:12,
76:9, 169:2
**wander**
102:13
**want**
5:22, 41:3,
48:2, 50:8,
53:2, 60:9,
93:9, 118:25,
129:2, 132:25,
135:19, 140:13,
144:7, 153:21,
157:13, 163:10

wanted
22:9, 72:13,
76:24, 80:2,
82:17, 131:1,
142:19, 168:6,
169:21
washington
40:22
watch
123:7, 136:8,
140:13
watched
73:13, 73:21,
151:23
watching
140:19
water
140:16
way
6:24, 18:7,
32:16, 43:12,
72:20, 84:21,
113:9, 120:16,
125:12, 135:3,
136:5, 136:11,
137:18, 152:25,
163:5, 163:12,
183:12, 183:13,
187:18, 188:2,
188:21
ways
173:25, 174:3
we'll
55:10, 66:7,
84:13, 85:9,
85:13, 89:14,
101:21, 103:6,
129:1
we're
30:21, 30:24,
32:16, 32:19,
47:18, 47:22,
56:2, 65:5,
74:11, 84:17,
84:18, 93:22,
119:10, 128:9,
128:19, 129:3,
129:17, 133:5,

140:5, 140:22,
156:10
we've
21:24, 39:21,
39:22, 46:23,
55:17, 97:1,
99:11, 170:9,
174:5, 174:8,
174:20, 174:21,
180:5, 187:21
weapon
124:23, 125:1,
125:5, 125:6,
154:14, 154:15,
154:25
weapons
153:25, 154:11,
154:17, 154:23,
155:2
wear
103:2
wearing
102:23, 103:1,
121:17, 123:1,
157:18, 180:23
weather
29:2, 29:9
week
31:11, 31:16,
31:19, 31:21,
160:25
weeks
12:7, 72:7,
80:6, 94:6
weird
90:20, 164:14
well-known
54:15, 105:16
wendy
7:9, 11:16
went
37:16, 38:11,
54:17, 58:1,
73:10, 101:16,
102:12, 102:17,
116:6, 125:8,
150:20, 159:8,
159:14, 162:12,

168:4, 168:5,
172:25
weren't
27:15, 121:24,
122:25, 123:1,
125:22, 135:19,
137:24, 159:6,
180:4
wes
172:18
wesleyan
27:23, 28:4
whatever
24:8, 161:11,
182:24
whatever's
32:5
whatsoever
121:4
wheelchair
134:13, 134:19,
135:9, 136:1,
136:15, 136:19,
136:22
whenever
167:16
whether
50:7, 59:9,
96:15, 96:23,
97:20, 98:10,
104:7, 113:16,
130:20, 176:1,
177:22
white
41:6, 54:4,
54:8, 54:11,
54:14, 54:20,
54:23, 103:25,
108:17, 180:23
whoever
98:24
whoever's
32:4
whole
5:5, 50:22,
117:22, 138:20,
164:15, 169:1,
174:12, 182:14

willingly
175:19
wilson
172:13
wind
151:12
wins
178:19, 179:13
within
18:1, 63:2,
94:4, 94:6,
94:8, 97:25,
111:17, 122:6,
149:6
without
69:14
witness
55:22, 91:10,
128:15, 153:17,
177:6, 187:22,
189:14
witnessed
44:1, 69:7,
72:23
wonderful
101:7, 101:8
wooley
105:14, 106:1,
106:10, 107:6,
107:9, 107:19,
109:1, 109:7,
109:11, 111:13,
112:17, 114:3,
117:18, 118:11,
118:16, 119:3,
124:1, 124:12,
125:17
word
26:2, 113:15,
165:22, 180:12,
180:13
words
54:6, 62:25,
102:11, 118:25
work
17:18, 17:20,
17:23, 18:15,
18:18, 18:20,

19:24, 20:6,
20:7, 21:1,
23:13, 23:17,
23:21, 23:24,
24:20, 25:19,
26:3, 27:22,
30:19, 30:23,
31:12, 61:4,
71:14, 76:25,
164:7, 170:23
**worked**
19:3, 19:5,
19:14, 19:19,
20:1, 23:22,
27:23, 74:17,
165:6
**workers**
74:13, 75:1,
75:5
**working**
20:5, 21:6,
24:23, 25:18,
26:9, 78:13,
90:19, 160:18,
160:19
**workman's**
74:25
**works**
17:4, 17:11,
17:25, 156:20,
164:4
**world**
18:23, 30:2
**worn**
164:15
**worried**
152:15, 152:20
**worry**
158:2
**worse**
164:23, 164:24
**worst**
161:16
**wouldn't**
56:14, 70:15,
149:4, 152:21,
157:3, 176:22,
188:3

**wrong**
50:7, 61:7,
128:25, 149:17
**wrote**
66:5

## X

**xs**
99:4

## Y

**yamakas**
59:21
**yeah**
10:25, 29:11,
32:1, 60:8,
67:2, 67:11,
67:15, 78:14,
82:22, 83:17,
83:22, 88:16,
89:25, 90:25,
91:8, 101:15,
102:8, 109:5,
117:12, 121:21,
129:16, 137:17,
140:12, 142:6,
143:23, 144:13,
156:1, 157:10,
162:10, 163:3,
163:17, 163:19,
164:25, 169:14,
172:5, 182:10,
182:11, 184:7,
184:11, 185:16,
189:4
**year**
13:22, 19:7,
19:10, 70:3,
165:4, 165:18
**years**
9:15, 10:16,
12:1, 12:14,
12:17, 21:3,
24:1, 24:2,
24:3, 27:24,
37:1, 57:10,
86:13, 87:19,
90:6, 93:16,

168:18, 168:22,
168:23, 170:4,
170:7, 182:10,
185:10
**yelling**
100:25, 125:24
**yep**
122:15, 132:1
**yesterday**
8:9, 181:21
**young**
3:5, 169:17
**yourself**
34:25, 35:5,
35:23, 38:19,
38:21, 52:12,
56:5, 58:3,
63:11, 74:4,
102:12, 110:3,
129:23, 140:23,
150:3, 150:5,
160:14

## Z

**zip-tied**
44:21

## 0

**00**
129:21
**01983**
1:3
**08**
4:12, 128:21,
132:17

## 1

**1**
132:17, 133:5,
133:15, 135:10,
137:5, 137:10,
140:5, 140:23,
141:1, 144:24,
190:11
**1001**
3:8
**12**
1:19

**128**
4:11
**129**
4:13
**14**
10:10, 10:15,
10:19, 12:18,
29:14, 29:17,
31:18, 33:11
**15**
133:5
**1554**
4:12, 128:21
**16**
133:5, 133:15,
135:10
**17**
3:8
**1716**
10:10
**185**
4:6
**188**
4:7
**19**
129:22, 129:24,
141:23, 142:7
**191**
1:24
**1995**
9:5
**1:-cv--skc**
1:3

## 2

**2**
141:23, 142:7,
142:14
**20**
130:13, 131:2,
169:24, 170:2,
170:5
**20012210079**
191:22
**2016**
37:22, 41:14
**2017**
13:23, 33:11,

41:3, 41:8,
42:9, 54:8,
54:21
**2018**
24:10, 52:10,
70:4
**2019**
29:25, 48:2,
81:11
**2020**
4:12, 9:25,
10:4, 19:13,
32:25, 33:4,
47:16, 48:2,
52:10, 55:12,
77:13, 78:16,
90:24, 128:21,
184:15
**2022**
19:8, 19:20,
24:10, 144:1
**2023**
1:19, 191:17
**2025**
191:5
**21**
35:2, 170:6
**22**
1:3, 131:16,
137:5, 170:6
**23**
137:5
**24**
4:14, 129:8,
129:21, 135:11
**25**
1:20
**26**
191:16
**28**
9:7, 165:18
**3**
**30**
31:13, 93:16,
168:5
**300**
3:9, 43:14

**3000**
2:9
**303**
2:11, 2:19,
3:11
**32**
142:14
**320**
2:19
**33**
137:10
**3300**
3:11
**34**
144:24
**3705**
9:9
**371**
4:12, 128:21
**3773**
2:16
**4**
**40**
112:7, 127:24
**43**
140:5
**44**
31:20
**4407**
2:11
**45**
112:7, 127:24,
140:23
**47**
141:1
**48**
36:25
**494436**
1:23
**5**
**50**
49:10
**52**
132:11
**56**
190:11

**5th**
9:5
**6**
**6100**
2:19
**628**
3:11
**7**
**70**
165:4
**8**
**80202**
3:10
**80209**
2:18
**80631**
10:11
**888**
2:11
**8th**
9:25, 10:4,
32:25, 33:4,
55:12, 90:23
**9**
**9**
1:20
**900**
2:17
**911**
70:11, 70:19,
115:20
**92704**
9:10
**99**
110:2
**@**
**@user**
79:15