

Planet Depos®
We Make It *Happen*™

# Transcript of Michael Piper Townley

**Date:** September 19, 2023
**Case:** Townley, et al. -v- Mallory, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLORADO
 3   - - - - - - - - - - - - - - - - x
 4   MICHAEL PIPER TOWNLEY, ANNA    :
     KRUGER, and JOSHUA DeLEON,
 5                                  :
              Plaintiffs,
 6      v.                         : Civil Action No.:
 7                                  : 1:22-CV-01983-SKC
     BRIAN MALLORY, in his          :
 8   individual capacity;
     ETHAN VANSICKLE, in his        :
 9   individual capacity;
     DANIEL NETZEL, in his          :
10   individual capacity;
     JARED ROBERTSON, in his        :
11   individual capacity;
     JOE SCHILZ, in his             :
12   individual capacity;
     JASON HAFERMAN, in his         :
13   individual capacity;
     CHRISTOPHER YOUNG, in his      :
14   individual capacity,
15           Defendants.            :
16   - - - - - - - - - - - - - - - - x
17
18   Videotaped Deposition of MICHAEL PIPER TOWNLEY
19              Conducted Virtually
20          Tuesday, September 19, 2023
21               9:03 a.m. MT
22
23   Job No.: 506520
24   Pages: 1 - 176
25   Reported By: Robert Leifer
```

**2**

```
 1       Videotaped Deposition of MICHAEL PIPER TOWNLEY,
 2   conducted virtually.
 3
 4
 5
 6
 7
 8
 9
10       Pursuant to notice, before Robert Leifer,
11   Notary Public in and for the State of Colorado.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFFS:
 4       MILO SCHWAB, ESQUIRE
 5       ASCEND COUNSEL, LLC
 6       3000 Lawrence Street
 7       Denver, Colorado 80205
 8       (303) 888-4407
 9
10   ON BEHALF OF DEFENDANTS, BRIAN MALLORY, ETHAN
11   VANSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE
12   SCHILZ, AND CHRISTOPHER YOUNG:
13       KATHERINE N. HOFFMAN, ESQUIRE
14       HALL & EVANS, L.L.C.
15       1001 17th Street
16       Suite 300
17       Denver, Colorado 80202
18       (303) 628-3300
19
20
21
22
23
24
25
```

**4**

```
 1        A P P E A R A N C E S   C O N T I N U E D
 2
 3   ON BEHALF OF DEFENDANT, JASON HAFERMAN:
 4       JONATHAN ABRAMSON, ESQUIRE
 5       JULIA NIKOLAEVSKAYA, ESQUIRE
 6       KISSINGER & FELLMAN, P.C.
 7       3773 Cherry Creek North Drive
 8       Suite 900
 9       Denver, Colorado 80209
10       (303) 320-6100
11
12   ALSO PRESENT:
13       Peyton Abrams - Videographer
14       Nick List
15       John Duval
16
17
18
19
20
21
22
23
24
25
```

**5**

```
1              C O N T E N T S
2  EXAMINATION OF MICHAEL PIPER TOWNLEY        PAGE
3     By Ms. Hoffman                            7
4     By Ms. Nikolaevskaya                     171
5
6
7
8
9              E X H I B I T S
10         (Attached to the Transcript)
11 DEPOSITION EXHIBIT                          PAGE
12  Exhibit 1  Townley Responses to First Set  136
13             of Interrogatories and RFP
14  Exhibit 2  Townley00001-00014              142
15
16
17
18
19
20
21
22
23
24
25
```

**6**

```
1          P R O C E E D I N G S
2      THE VIDEOGRAPHER:  Here begins Media No. 1
3  in the videotaped deposition of Piper Townley in
4  the matter of Townley, et al. v. Mallory, et al.
5  in the United States District Court for the
6  District of Colorado, Case No. 122-CV-01983-SKC.
7      Today's date is September 19, 2023, and
8  the time on the video monitor is 9:04 a.m. The
9  remote videographer today is Peyton Abrams,
10 representing Planet Depos, and all parties of this
11 video deposition are attending remotely.
12     Would counsel please voice identify
13 themselves and state whom they represent.
14     MR. SCHWAB:  Milo Schwab on behalf of the
15 plaintiff, Piper Townley.  And we waive or -- you
16 know, waive any objection to doing this remotely.
17     MS. HOFFMAN:  Good morning. Katherine
18 Hoffman from the law firm of Hall & Evans.  I
19 represent a number of the individually named Fort
20 Collins police officers in this matter, including
21 Ofcs. Mallory, VanSickle, Netzel, Robertson,
22 Schilz, and Young.  We also waive proceeding
23 remotely.
24     MR. ABRAMSON:  Jonathan Abramson and Julie
25 Nikolaevskaya on behalf of Jason Haferman, and we
```

**7**

```
1  allow this to go forward in this manner.
2      THE VIDEOGRAPHER:  Thank you, Counsels.
3      The court reporter today is Rob Leifer,
4  representing Planet Depos, and the witness will
5  now be sworn.
6  Whereupon,
7          MICHAEL PIPER TOWNLEY
8  being first duly sworn or affirmed to testify to
9  the truth, the whole truth, and nothing but the
10 truth, was examined and testified as follows:
11     THE REPORTER:  All right, Counsel,
12 whenever you're ready.
13     MS. HOFFMAN:  Great.
14     EXAMINATION BY COUNSEL FOR THE DEFENDANTS
15  BRIAN MALLORY, ETHAN VANSICKLE, DANIEL NETZEL,
16 JARED ROBERTSON, JOE SCHILZ, AND CHRISTOPHER YOUNG
17 BY MS. HOFFMAN:
18   Q  Hi, Mx. Townley.  You probably just heard
19 me introduce myself, but my name is Kate Hoffman.
20 I am from the law firm of Hall & Evans, and as you
21 did just hear, I represent a number of the
22 individually named Fort Collins police officers,
23 including Ofcs. Mallory, VanSickle, Netzel,
24 Robertson, Schilz, and Young.
25     I'll be taking the lead in terms of asking
```

**8**

```
1  you some questions this morning, and then I'll be
2  turning it over to some of the other attorneys
3  also present on this call so that they can also
4  have an opportunity to ask you some questions.
5      Just to start off, just to confirm, is
6  your preferred pronoun she?
7   A  Yes.
8   Q  Okay.  Have you ever been deposed before?
9   A  No.
10  Q  Okay.  So just before I kind of jump in
11 with questions, I'd like to start by going over
12 some deposition ground rules with you just to make
13 sure that we're kind of on the same page at the
14 outset.
15     First and foremost, it's very important
16 that you give verbal responses to all the
17 questions that I ask you today.  So avoiding
18 things like shaking your head, nodding your head,
19 saying uh-huh, and giving formal verbal responses.
20 And that's really for the purpose of Rob, the
21 court reporter, to make sure that he understands
22 your responses and he's able to document them in a
23 transcript.
24     Is that fair?
25  A  Yes.
```

**9**

1    Q  Great.  It's easy to become conversational
2  in these type of depositions.  In real life, if I
3  were to ask you a question at some point in time,
4  you'd probably start to get a sense of where I'm
5  going, and you may jump in with your answer.
6        And so we're just going to try and avoid
7  doing things like that today.  I'm just going to
8  ask that you fully let me get out my question
9  before you jump in with your response, and I'm
10  going to do the same thing for you.  I'm going to
11  let you fully answer my question before I jump in
12  with my next question.
13        And, again, that's for the sake of Rob and
14  making sure that we have a clean transcript which
15  documents all of my questions and then all of your
16  responses.
17        Is that fair?
18        Sorry, I didn't hear that.
19    **A  Yes.**
20    Q  Okay.  Great.  If you don't understand any
21  of the questions that I am asking, that's fair.  I
22  anticipate it will happen at some point in time
23  today.  Just let me know.  I'm happy to rephrase
24  the question because I wanna make sure that you
25  understand it.

**10**

1        But if you do answer the question as
2  asked, I'm going to assume that you understood it.
3        Is that fair?
4    **A  Yes.**
5    Q  Okay.  And you may need to -- I know you
6  got some instruction earlier about not getting too
7  close to the camera.  You may want to get a little
8  bit closer just because of the last two responses.
9  I didn't fully pick up on the answer.
10    **A  Okay.**
11    Q  Okay.  If at any point in time you need a
12  break today, that's fine.  We can take as many
13  breaks as you need.  It's not a marathon in terms
14  of how long we can go with you asking -- answering
15  questions before you need to go to the bathroom or
16  you need coffee.
17        The only thing I'm going to ask of you
18  with respect to breaks is that, if I have a
19  question that's pending of you, I'm going to ask
20  that you answer the question, and then we can go
21  on a break.
22        Is that fair?
23    **A  Yes, ma'am.**
24    Q  Okay.  And then, finally, obviously, we're
25  proceeding by way of Zoom today.  If at any point

**11**

1  in time you start to experience any sort of
2  technical difficulties on your end, any issues
3  hearing or seeing any of the parties, just let us
4  know, and we can back up to where you were last
5  able to hear and see everything clearly.
6        Fair?
7    **A  Yes.**
8    Q  Okay.  Great.  Sounds good.  Then with all
9  that, I'm going to jump in with some questions.
10        If you could start by stating and spelling
11  your last name for the record.
12    **A  Sure.  My last name is Townley.  That is**
13  **T-O-W-N-L-E-Y.**
14    Q  Have you taken any medications in the
15  last 24 hours?
16    **A  Yes.**
17    Q  Okay.  And did any of the medications
18  you've taken in the last 24 hours, do you believe
19  that they would interfere with your ability to
20  answer questions at your deposition today
21  truthfully?
22    **A  No.**
23    Q  No?
24    **A  No.**
25    Q  Okay.  Have you taken any alcohol,

**12**

1  marijuana, or other drugs in the last 24 hours?
2    **A  No.**
3    Q  Okay.  Do you have any physical or mental
4  limitations that you believe would interfere with
5  your ability to answer questions today truthfully?
6    **A  No.**
7    Q  Is there anyone in the room with you?
8    **A  No.**
9    Q  Do you have any notes or any information,
10  either in front of you or on your computer?
11    **A  No.**
12    Q  Is anyone sending you information either
13  via phone or through your computer?
14    **A  No.**
15    Q  Did you review any documents in
16  preparation for your deposition today?
17    **A  I have reviewed documentation during the**
18  **course of the case, but not prior to this**
19  **deposition.  So not yesterday or anything.  I**
20  **talked with Milo for a while.**
21    Q  Okay.
22    **A  But I -- I decided that I did not want to**
23  **review the documents just because this is an**
24  **emotionally challenging thing for me and the best**
25  **thing would be to get sleep.**

13

1    Q  Understood.  And just to be clear moving
2  forward, your conversations with Milo, your
3  counsel, are privileged.  At no point in time, and
4  in the event it's unclear, I am never looking for
5  the substance of your communications with Milo.
6        Did you meet with anyone, besides your
7  counsel, to prepare for your deposition today?
8    **A  With my therapist.**
9    Q  Okay.  And what is the name of your
10 therapist?
11   **A  Ginger Schmidt.**
12   Q  And you specifically spoke about the fact
13 that you were going to be deposed in this case
14 with Ginger Schmidt?
15   **A  Yes.**
16   Q  Okay.  And did that conversation with
17 Ginger Schmidt take place on one date or more than
18 one date?
19   **A  She's my therapist.  I talked to her about**
20 **the pressing things in my life.  This is a**
21 **pressing thing in my life.  We've discussed it**
22 **quite a bit.**
23   Q  Sure.  And I perhaps asked an unclear
24 question.  Apologies for that.
25        In your conversations with your therapist,

14

1  Ginger Schmidt, specifically about today's
2  deposition, were those conversations that occurred
3  on one date or more than one date?  Again,
4  specifically conversations related to today's
5  deposition.
6    **A  One day.**
7    Q  One date.  And what was that date?
8    **A  Yesterday.**
9    Q  That was yesterday?  And specifically, can
10 you tell me about that conversation?
11   **A  That is privileged.  It's with my**
12 **therapist.**
13   Q  Okay.  So you're refusing to answer that
14 question and believe that it's covered by the
15 therapist-patient privilege?
16   **A  I believe any discussion I have with my**
17 **therapist is covered under that privilege.**
18   Q  Okay.  We can come back to that.
19        And regarding the review of documentation,
20 going back to your prior response, I just want to
21 make sure that I understood that.
22        You have reviewed documentation over the
23 course of this case, but you did not review any
24 documentation specifically to prepare for today's
25 deposition.

15

1        Did I understand that correctly?
2    **A  Yes.**
3    Q  Okay.  And besides your counsel and your
4  therapist, did you speak with anybody else about
5  the fact that you were going to be deposed in this
6  case today?
7    **A  I informed my work.**
8    Q  Okay.  And the conversation with your work
9  was just letting them know that you'd probably
10 need off from work for today for the purpose of a
11 deposition?
12   **A  I communicated that I had a civil**
13 **deposition, and that's as far as I've**
14 **communicated.**
15   Q  Understood.  Yeah, I want to switch gears
16 a little bit and ask you some more
17 biographical-type questions.
18        What is your date of birth?
19   **A  July 17, 1978.**
20   Q  And where were you born?
21   **A  I was born in Clinton, South Carolina.**
22   Q  And where did you grow up?
23   **A  I grew up primarily in Massachusetts, but**
24 **my parents moved up the east coast from when I was**
25 **born seeking work and eventually ending near**

16

1  extended family.
2    Q  Okay.  And where did you essentially grow
3  up in the Massachusetts area?
4    **A  In Taunton, Southeastern Massachusetts.**
5    Q  I went to college in Massachusetts and
6  spent about 20 years up there before eventually
7  the cold winters broke me down and I had to leave.
8  But I imagine it's a great place to grow up.
9        Okay.  And at some point in time you
10 obviously moved to Colorado.  When did you move to
11 Colorado?
12   **A  I moved to Colorado in 2016 after the**
13 **birth of my daughter.**
14   Q  And why did you move to Colorado?
15   **A  I wanted to -- I was living in Chicago at**
16 **the time and I wanted to raise my daughter in a**
17 **place that was closer to nature with mountains and**
18 **amenities of like a city like Fort Collins as**
19 **well.**
20   Q  Okay.  So in addition to South Carolina,
21 Illinois, Massachusetts, and Colorado, have you
22 lived in any other states?
23   **A  I have.  I lived in California for about a**
24 **year.**
25   Q  But you've lived in Colorado continuously

**17**

1  since 2016?
2  **A  Correct.**
3  Q  Okay.  And where do you presently reside
4  in Colorado?
5  **A  In Fort Collins.**
6  Q  Have you lived in any other cities or
7  towns in Colorado other than Fort Collins?
8  **A  No.**
9  Q  And specifically, what's your address now?
10  **A  My address now is 3219 Boone Street.**
11  Q  And if you could tell me, because I'm
12  still familiarizing myself with the City of Fort
13  Collins in terms of geography, but what area of
14  the city is that in?
15  **A  It is closer towards the front range, the**
16  **west.**
17  Q  And have you lived at that address
18  continuously since 2016?
19  **A  No.**
20  Q  Where did you reside within the City of
21  Fort Collins on August 8th of 2020?
22  **A  2518 Wapiti Road.**
23  Q  And who do you reside with at that
24  address?
25  **A  Me and my daughter.**

**18**

1  Q  How old is your daughter?
2  **A  She just turned eight.**
3  Q  Okay.  And is it just you and your
4  daughter that live at the address -- at your
5  current address?
6  **A  Correct, yes.**
7  Q  Okay.  And going back again to August 8th
8  of 2020, was it just you and your daughter at that
9  time as well, or did anybody else reside with you?
10  **A  My daughter's other parent resided with**
11  **us.**
12  Q  And what's the name of your daughter's
13  other parent?
14  **A  Legal name, or the name we -- we call**
15  **them?**
16  Q  Let's start with legal name.
17  **A  Oh, her legal name is Melody Gaxiola.**
18  Q  If you could spell that.
19  **A  First or last name?**
20  Q  Both.
21  **A  Melody, M-E-L-O-D-Y, Gaxiola,**
22  **G-A-X-I-O-L-A.**
23  Q  And I believe you referred to some sort of
24  nickname.  What do you call Melody as a nickname?
25  **A  River.**

**19**

1  Q  And do you have an understanding of where
2  River resides now?
3  **A  Yes.**
4  Q  Where does River reside now?
5  **A  Missouri -- excuse me, in Illinois.**
6  **St. Louis is on the line, and they're on the**
7  **Illinois side.**
8  Q  Okay.  Does River have any knowledge of
9  the allegations that you've raised in this
10  lawsuit?
11  **A  Yes.**
12  Q  Was River present for any of the events
13  outlined in your complaint as occurring at the
14  protest on August 8, 2020?
15  **A  No.**
16  Q  Okay.  So am I -- is it fair to assume
17  that then River's basis of knowledge would be
18  conversations that you've had with her about the
19  allegations in your complaint?
20  **A  Yes.**
21  Q  Are you still in regular contact with
22  River?
23  **A  Yes.**
24  Q  Is that regular contact -- largely is it
25  in regards to care for your daughter?

**20**

1  **A  Yes.**
2  Q  Okay.  Do any of your other family members
3  have any knowledge about the allegations that
4  you've raised in your complaint?
5  **A  I have mentioned to my father that --**
6  **yeah, I've mentioned to my father that this was**
7  **going on.**
8  Q  Okay.  And what's your father's name?
9  **A  Brian Townley.**
10  Q  And where does Brian Townley reside?
11  **A  Massachusetts.**
12  Q  And what's your mother's name?
13  **A  Christine.**
14  Q  Same last name, Townley?
15  **A  Yes.**
16  Q  And does your mother also reside in
17  Massachusetts?  Sorry, I didn't catch that.
18  **A  Yes.**
19  Q  Yes.  Have you also spoken with your
20  mother about the allegations that you've raised in
21  your complaint?
22  **A  Not in detail.**
23  Q  Do you have any siblings?
24  **A  I do.**
25  Q  What are your siblings' names?

**Page 21**

1    A  I have three half sisters, Becky, Tara,
2  and Allison.  And I have a half brother named
3  Brian.
4    Q  And you just referred to I believe three
5  half sisters and one half brother by birth name.
6  Do all of those individuals in your answer also
7  have the last name of Townley?
8    A  I would suppose not.  I don't actually
9  know what their current last names are.  I haven't
10  spoken to them in a decade.
11    Q  Okay.  So then is it fair to assume that
12  you have not spoken to any of your four half
13  siblings about the allegations that you've raised
14  in your complaint?
15    A  That is correct, yes.
16    Q  Okay.  Are you currently married or have a
17  significant other?
18    A  I have a significant other.
19    Q  Okay.  What is the name of your
20  significant other?
21    A  Samantha Smith.
22    Q  How long have you been with Samantha
23  Smith?
24    A  Approximately two years.
25    Q  Does Samantha Smith also reside in Fort

**Page 22**

1  Collins?
2    A  Yes.
3    Q  However, Samantha Smith does not reside
4  with you, correct?
5    A  Correct.
6    Q  Was Samantha Smith present at the protest
7  in Fort Collins on August 8th of 2020?
8    A  No.
9    Q  Does Samantha Smith have any knowledge of
10  the allegations that you've raised in your
11  complaint?
12    A  They're aware that there is a suit.  They
13  are aware that it is related to that day.
14    Q  Have you had any other conversations with
15  Samantha Smith about the allegations that you've
16  raised in your complaint?
17    A  I have not discussed specific allegations
18  with anybody besides my counsel and therapist.
19    Q  Do you have any other children, other than
20  the eight-year-old daughter, you referenced --
21    A  Negative.
22    Q  Negative?  Okay.  Did you attend high
23  school?
24    A  Yes.
25    Q  Where?

**Page 23**

1    A  At Bristol Plymouth Regional Tech in
2  Massachusetts.
3    Q  Is that in Taunton or Plymouth?
4    A  It's in east Taunton.
5    Q  Okay.  And when did you graduate?
6    A  Class of '96.
7    Q  Did you attend any college or university?
8    A  I attended uncredited university courses
9  while I was working at Northwestern University.
10    Q  Have you had any other college or
11  university courses?
12    A  No.
13    Q  Do you have or presently hold any licenses
14  or certifications?
15    A  I hold a BL -- like basic life saving
16  certification, but no, if you're asking
17  professional certifications, no.
18    Q  And what was the basic life certification
19  you mentioned?
20    A  It's just basic CPR.  I also have a TECC
21  certification, but that doesn't really count for
22  much.
23    Q  When did you attain the CPR certification?
24    A  The first time I attained a CPR
25  certification?  I would say 2005.  But I've

**Page 24**

1  been -- you know, you have to renew, so I'd say my
2  most recent renewal was last year.
3    Q  Is that something that needs to be renewed
4  every two years?
5    A  Usually.  It's a good idea to renew it
6  every two years.
7    Q  And is that something that you've
8  regularly kept up, your CPR certification, since
9  you first obtained it in 2005?
10    A  Not consistently.
11    Q  Sorry if I missed it, but when is the last
12  time you had your CPR certification renewed?
13    A  I believe last year.
14    Q  So 2022?
15    A  Yes.
16    Q  And you mentioned one other certification.
17      What was that again?
18    A  That is a TECC.  So that's training for
19  first response for things like mass casualty
20  situations.
21    Q  What does TECC stand for?
22    A  It stands for technical emergency casualty
23  care.
24    Q  And when did you obtain that
25  certification?

25

1    A I don't remember the date.
2    Q Was it within the last five years?
3    A Yes.
4    Q Is it something that you've been
5 recertified in, or did you just obtain the
6 original certification?
7    A I obtained the original certification.
8    Q Do you know if that original certification
9 is still in effect?
10    A I believe it would be. I mean, these
11 certifications don't entitle me to anything.
12    Q What kind of things do you learn through
13 the TECC course in certification?
14    A You learn how to handle massive bleeding,
15 address head injury, how to secure and, you know,
16 keep a patient and area safe. It's essentially
17 the same training that is given to U.S. military;
18 although, it is expanded to include considerations
19 for both children and elderly and other sorts of
20 medical conditions such as diabetes which wouldn't
21 be present among soldiers.
22    Q And how long was that course?
23    A Two days.
24    Q Okay. Any other certifications other than
25 the two you just -- we just discussed?

26

1    A Negative.
2    Q Okay. And no professional licenses or
3 certifications?
4    A That's correct.
5    Q Where do you presently work?
6    A I work for Evidation Health.
7    Q And how long -- sorry, can you spell
8 Evidation?
9    A Evidation, yeah, it's E-V-I-D-A-T-I-O-N.
10    Q And how long have you worked for Evidation
11 Health?
12    A Approximately two and a half years.
13    Q And what's your position?
14    A Senior dev-ops engineer. Development
15 options engineer.
16    Q And is Evidation Health in Fort Collins?
17    A No, it's in -- no, it's not.
18    Q Where is it?
19    A It is in Santa Barbara.
20    Q So you work remotely?
21    Sorry. What was your response?
22    Sorry, I still didn't pick that up?
23    A Yes.
24    Q Okay. Have you held any other position
25 for Evidation Health other than that of senior

27

1 dev-op engineer?
2    A No.
3    Q Okay. Why don't you tell me a little bit
4 about the duties and responsibilities that you
5 carry out in that role?
6    A Sure. Let me tell you a little bit about
7 what we do so that it makes more sense about what
8 I do. We provide data services for medical
9 studies, collecting data from cohorts, aggregating
10 it, doing analysis, presenting it back to our
11 clients, who are often universities or biotech
12 companies.
13    My job is to maintain and build the
14 infrastructure that -- that controls that data,
15 that moves that data, makes sure it gets to where
16 it needs to be -- primarily the infrastructure in
17 which all of our applications and technology runs
18 on.
19    Q Okay. Where were you working on August
20 8th of 2020?
21    A I was working for Clover Wireless.
22    Q And what was your position with Clover
23 Wireless?
24    A I was a software engineer.
25    Q How long did you work for Clover?

28

1    A Approximately seven years.
2    Q And where did you work before Clover?
3    A Let's see. Before Clover, I believe I was
4 working for TMX Finance.
5    Q And what position did you hold for TMX
6 Finance?
7    A I was senior operations support.
8    Q Okay. Why don't you tell me a little bit
9 about your hobbies, things that you like to do in
10 your free time.
11    A Sure. I mean, I like to tinker with
12 electronics stuff. I play music, and part of that
13 is electronic. And my electronics background has
14 brought me into wanting to repair old
15 synthesizers, try building new stuff. So that's
16 something that I enjoy. I'm working to fix a
17 guitar pedal with my boyfriend. So I mean
18 that's kind of -- yeah, that's kind of my biggest
19 hobby, I guess, just tinkering and general nerdy
20 stuff.
21    Q Okay. And you mentioned originally moving
22 to Colorado so you were more able to enjoy the
23 outdoors with your daughter?
24    A Yes.
25    Q Do you get to do a lot of outdoor pursuit?

---

**29**

1    A  I mean, not as much as I would like; but
2  yeah, we definitely have much more than we would
3  have staying in Chicago.
4    Q  And what kind of outdoor things do you do?
5    A  We like to walk on the front range, walk
6  the trails, we've gone -- like to go camping in
7  the mountains.
8    Q  And you said something not as much as I'd
9  like to, is that just because work keeps you busy
10  or is there another reason?
11    A  No, it's because work keeps me busy for
12  the most part, but yeah, life is also fairly
13  challenging. I say work keeps me busy, but at the
14  end of work, most days I'm pretty wiped out.
15    Q  And in terms of being wiped out post-work,
16  is that just because you hold a -- it seems like a
17  difficult fairly mentally intense job?
18    A  I mean, it's that. But also I don't sleep
19  very well. I'm still struggling with PTSD effects
20  from my attack, and it's -- yeah, I don't sleep
21  super great, so that always affects everything.
22    Q  Okay. And I do want to come back to that.
23      Other than the incident on August 8th of
24  2020, have you ever been arrested?
25    A  No.

**30**

1    Q  Other than the incident on August 8th of
2  2020, have you ever been cited with a criminal
3  event?
4    A  No.
5    Q  Other than the incident on August 8th of
6  2020, have you had previous interactions with law
7  enforcement?
8    A  Yes.
9    Q  Okay. Why don't you tell me about those?
10    A  I had previous interactions with law
11  enforcement when we've called them for a
12  disturbance in a building. I mean, do you want me
13  to list every single time I've ever spoken to a
14  law enforcement officer?
15    Q  Well, why don't I ask a few follow-up
16  questions about the one that you've just cited.
17      When do you recall calling the police for
18  a disturbance in the building?
19    A  I would say probably 2017.
20    Q  So that was in Fort Collins?
21      Sorry, you --
22    A  Yes.
23    Q  Okay. And were you involved in the
24  disturbance, or were you calling to report a
25  disturbance involving others in the building?

**31**

1    A  I was calling to report a disturbance
2  involving others in the building.
3    Q  What was the nature of the disturbance?
4    A  Our neighbor suffered mental illness. He
5  had schizophrenia and was having a really bad
6  episode, and we were worried about his safety.
7    Q  And did the police arrive at the scene
8  following the call?
9    A  Yes, they did.
10    Q  And how was that interaction with the
11  police?
12    A  Generally unpleasant. They were -- all
13  they explained was -- they were looking for
14  reasons to arrest this person that we cared about.
15  Instead of trying to find any way to get this
16  person help. We had called because we were
17  concerned about his safety. Once the police
18  arrived, we realized that that was not a shared
19  concern.
20    Q  Do you know which Fort Collins officers
21  were involved in that particular call for service?
22    A  No.
23    Q  Was the individual neighbor, who was the
24  subject of the call, was he arrested?
25    A  No.

**32**

1    Q  How did the call end?
2    A  He calmed down. They left. We talked
3  with our friend afterwards.
4    Q  Okay. So even though the police seemed to
5  be potentially interested in arresting this
6  individual, they did not ultimately arrest him,
7  correct?
8    A  That's correct.
9    Q  Okay. Have you ever been pulled over in a
10  car for some sort of civil motor vehicle
11  interaction, like speeding or a red light
12  violation?
13      Sorry, I'm not really picking up your
14  responses.
15    A  I have.
16    Q  Approximately how many times?
17    A  I mean, I'm 45. I don't -- I don't know.
18    Q  More than five?
19    A  I wouldn't think so.
20    Q  Between three and five?
21    A  I'm unsure, but I think that sounds
22  reasonable.
23    Q  Have you ever been stopped for a civil
24  motor vehicle infraction in the City of Fort
25  Collins?

33

1    A No.
2    Q    And any of those experiences being in a
3 car that was pulled over for some sort of civil
4 motor vehicle infraction, were any of those
5 negative experiences?
6    A Yes.
7    Q    All of them or some of them?
8    A Some of them.
9    Q    And regarding the ones that were
10 unpleasant in some way, why were they unpleasant?
11    A Because we were searched without cause.
12 I've pulled out -- one situation I was made to
13 stand in cold rain while they pulled everything
14 out of our car.
15    Q    Okay. And that's one. Any of the other
16 instances that were unpleasant, in any way?
17    A Not significantly.
18    Q    And the one in which you were pulled over
19 and required to get out so they could search the
20 car, was anything located?
21    A No.
22    Q    Was your answer no?
23    A The answer is no.
24        THE VIDEOGRAPHER: Counsel, if we're
25 having difficulties with Piper's microphone, we

34

1 could go off the record for a second and I could
2 try and see if we could adjust something and make
3 that a little better.
4        MS. HOFFMAN: I think that would be great.
5        THE VIDEOGRAPHER: Okay. We are going off
6 the record. The time is 9:39 a.m.
7        (A recess was taken.)
8        THE VIDEOGRAPHER: We are going back on
9 the record. The time is 9:48 a.m.
10 BY MS. HOFFMAN:
11    Q    Mx. Townley, I understand that you have
12 changed your name at some point in time in the
13 last few years.
14        When did you officially change your name?
15    A I got the court order approximately two
16 years ago. I finished the process in April.
17    Q    So you got the court order some time
18 around 2021; does that sound right?
19    A Around then, yeah.
20    Q    And you mentioned finishing the process.
21 What does finishing the process entail?
22    A It entailed waiting for a pandemic to pass
23 so that I could actually go to the Social Security
24 office and get that part taken care and to get my
25 license updated.

35

1    Q    Okay. So going to Social Security office
2 to get a Social Security card and then afterwards
3 getting a license with your new name?
4    A Correct.
5    Q    Okay. And what is your name -- your full
6 name presently?
7    A My full name presently is Piper Elinor
8 Townley.
9    Q    And before you changed your name, what was
10 your previous name?
11    A It was Michael Brian Townley.
12    Q    Have you gone by any other names other
13 than those two names?
14    A No.
15    Q    Before we took a break, we were talking
16 about interactions with law enforcement prior to
17 August 8th of 2020 -- or other than August 8th of
18 2020. And we talked about an incident that
19 occurred with a neighbor in a building, and we
20 also talked about, approximately three to five
21 incidents where you've been pulled over and cited
22 with some sort of civil motor vehicle infraction.
23        Any other interactions with law
24 enforcement that stand out in your mind as being
25 negative, other than the August 8, 2020, incident

36

1 which we'll talk about separately?
2    A I mean, yeah. I mean, just general
3 interactions throughout the City of Chicago,
4 behaviors I've -- are you talking direct
5 interactions or -- okay. So direct interactions,
6 I can't recall specific details.
7    Q    Okay. What kind of general interactions
8 did you have with police officers in Chicago that
9 stand out in your mind as being negative?
10    A General harassment -- yeah, just general
11 harassment, being shaken down for reasons unclear
12 to me. Sometimes just being denied access to
13 public areas.
14    Q    And did this all occur -- everything
15 you're describing was in Chicago?
16    A Primarily, yes.
17    Q    Okay. And how did you find that Chicago
18 police officers generally harassed you?
19    A Usually just by initiating engagement when
20 none needed to be there. Other ways, one is just
21 going down to the Lake Shore where they decide
22 that we're going to block the only way into Lake
23 Shore and then subject everybody to a search on a
24 public way to the Lake Shore.
25    Q    And the example you just provided in which

37

1 police officers blocked off and then searched
2 individuals attempting to go to the Lake Shore
3 area, was that an example that you were providing
4 of Chicago police officers initiating police
5 engagement when you believed none was necessary?
6 **A Correct.**
7 Q Okay. Any other examples that you can
8 think of where Chicago police officers initiated
9 engagement with civilians when you didn't believe
10 any was necessary?
11 **A I'm not sure I understand your question.**
12 Q Sure. So when I asked for examples of how
13 you believed Chicago police officers had harassed
14 you in the past, you indicated that you believed
15 that police officers initiated engagement when you
16 didn't believe it was necessary, and then it
17 appears you provided an example with respect to
18 the Lake Shore, so I'm asking if you have any
19 other examples that come to mind of Chicago police
20 officers initiating engagement with civilians such
21 as yourself when you didn't believe it was
22 necessary under the circumstances?
23 **A I can't recall specific examples. I've**
24 **definitely witnessed a lot of things that I would**
25 **not consider to be professional behavior.**

38

1 Q And these instances of unprofessional
2 behavior by police officers, are we still talking
3 about Chicago?
4 **A I'm talking about Chicago, but also just**
5 **about anywhere I've lived. So not just Chicago**
6 **but also in California, in Oakland. I've**
7 **personally witnessed Oakland PD push down an**
8 **elderly lady to the sidewalk.**
9 Q Any of these instances of unprofessional
10 behavior by police officers in either Chicago or
11 Oakland or anywhere else that were directed to
12 you?
13 **A At the time, no.**
14 Q Okay. You mentioned seeing an Oakland
15 police officer push down an elderly female.
16 Any other instances of unprofessional
17 conduct by police officers that you witnessed?
18 **A Yes. I personally witnessed riot police**
19 **shoot a fiery tear gas canister at the skull of a**
20 **marine in uniform, fracturing his skull.**
21 Q Where did that take place?
22 **A That took place in Oakland.**
23 Q When did that take place?
24 **A I believe in October of 2011.**
25 Q Any other interactions with specifically

39

1 Fort Collins police officers that stand out in
2 your mind as being negative other than the August
3 8, 2020, incident which we're going to talk about
4 separately later?
5 **A I can't recall any other police**
6 **interactions in Fort Collins.**
7 Q Do you have any friends who are members of
8 law enforcement?
9 **A No.**
10 Q Do you have any family members who are
11 members of law enforcement?
12 **A No.**
13 Q Do you believe that police officers are
14 bullies?
15 **A I believe that the police force, lack of**
16 **accountability will attract police.**
17 Q And is that your belief specific to Fort
18 Collins, or is that your belief with respect to
19 police officers and police departments across the
20 country?
21 **A It's my view in general, not specific to**
22 **Fort Collins.**
23 Q And is that a view that you held prior to
24 August 8th of 2020, or is that a view that you've
25 developed following your attendance at the protest

40

1 on August 8th of 2020?
2 **A It's a view that I have held prior to**
3 **that. I don't think that situation helped**
4 **mitigate that view.**
5 Q So is it fair to say based on your prior
6 response that you don't necessarily think all
7 police officers are bullies, but you think bullies
8 could be drawn to police departments and so there
9 are a large number of police officers who are
10 bullies?
11 **A Yes, that's fair.**
12 Q Do you believe that the police officers
13 you encountered in Fort Collins on August 8th of
14 2020 were bullies?
15 **A I don't know that I would describe them as**
16 **bullies. But they seemed to not have any problem**
17 **with the bullies that were there.**
18 Q You don't believe any of the Fort Collins
19 officers that you interacted with on August 8th of
20 2020 took any actions to bully you?
21 **A I mean, I consider being arrested being,**
22 **for causes unclear to me, could be construed as**
23 **bullying; but, no, I don't -- I don't believe --**
24 **no one -- no one -- how are you defining bully?**
25 Q Sure. I mean, I guess I would think of

41

1  bully as take any actions or make any statements
2  to demean or belittle someone. But you've been
3  using bully and so you're welcome to use that
4  definition or I welcome you to -- to state
5  whatever definition you've been applying in your
6  previous answers.
7    **A  Okay. No, I don't believe that I was**
8  **bullied by any of the officers during the course**
9  **of my arrest. I was not demeaned. However,**
10 **during my booking, I -- my breasts were groped by**
11 **a male officer. But I wasn't planning to make an**
12 **issue of this. But no, I was not bullied directly**
13 **by officers.**
14   Q  Okay. And the allegation you just made
15 regarding an officer groping your breast while --
16 during booking, do you have an understanding of
17 who that officer was?
18   **A  No.**
19   Q  Do you know if that officer is a named
20 defendant in this case?
21   **A  I do not know.**
22   Q  And that allegation, fair to say, is not
23 included in your complaint?
24   **A  Correct.**
25   Q  Okay. So it's your understanding --

42

1  you're not intending to raise that allegation as
2  part of this case?
3    **A  I am not intending to raise that**
4  **allegation as part of this case because I don't**
5  **believe I would be able to provide evidence for**
6  **that. You have my statement that that happened,**
7  **and that's all I can provide. Whether or not this**
8  **should be added to the case is something I think**
9  **for my counsel. Honestly, I don't know.**
10   Q  Do you trust police officers?
11   **A  Largely, no.**
12   Q  Did you trust police officers prior to
13 your attendance at the protest on August 8th of
14 2020?
15   **A  To a higher degree than I do now.**
16   Q  Have you reviewed any news articles or
17 media articles on just the state of policing in
18 general and racial inequality?
19   **A  Sure.**
20   Q  From where?
21   **A  General news media, online sources, social**
22 **media.**
23   Q  And what networks in particular?
24   **A  I mean, I could give you a couple of**
25 **examples, but the internet is big.**

43

1    Q  Sure. If you want to provide a couple of
2  examples, that would be great.
3    **A  Facebook, general news media, literally**
4  **the news.**
5    Q  Okay. So as you sit here today, you can't
6  think in particularly of any news organizations in
7  particularly where you've reviewed news articles
8  regarding policing in general?
9    **A  I would say like, yeah, your standard news**
10 **sources like -- I mean, I like I Vice. I think**
11 **they tend to get into things pretty well. CNN,**
12 **MSNBC -- general news sources. Videos people post**
13 **on on -- on YouTube, things that make their way on**
14 **social media.**
15   Q  And you mentioned in a previous response
16 that some of the articles that you've read about
17 policing in general came from Facebook; is that
18 correct?
19   **A  That would mean that -- that would be**
20 **where I would discover them, if they were shared.**
21   Q  Okay. And how much news would you say
22 that you learn about from Facebook postings?
23   **A  Not a ton. Honestly, I mean, articles**
24 **come through. When friends see something they**
25 **find interesting, they'll share it. I wouldn't**

44

1  **consider that to be the primary source. So**
2  **there's a -- it's feeds, right? So, I mean, it's**
3  **coming in through various news sources, various**
4  **articles. Associated Press. I guess I don't -- I**
5  **guess I don't understand fully the scope of your**
6  **question.**
7    Q  Okay. From either your review of news
8  articles on this subject, the subject being
9  policing in general, or from your experiences
10 interacting with police officers, do you believe
11 police should be abolished?
12   **A  I believe police need to be significantly**
13 **reformed. And if -- and if reform is not**
14 **possible, they should be abolished and replaced**
15 **with another institution that performs the roles**
16 **they should be performing, keeping people safe.**
17   Q  And what kind of reforms do you think, as
18 you sit here today, police departments need?
19   **A  I would like to see a large amount of**
20 **their responsibilities shifted to social programs.**
21 **Specifically, I would prefer to see an end to**
22 **police performing wellness calls. I mean, this**
23 **relates to the situation with our neighbor, right,**
24 **where there should have been a social worker that**
25 **we could call to take care of that situation**

45

1 instead of the police who showed up looking for a
2 way to penalize this person as opposed to getting
3 resources to them that they clearly needed.
4     I'm of the mind that if you take away all
5 of the duties that police have that they should
6 not have, they'll be left with the right ones and
7 we'll be in a much better situation than we are
8 right now.
9   Q  Okay.  Any other reforms that you believe
10 are appropriate to implement to police departments
11 other than the one you just described in your last
12 answer?
13   A  I would like to see a more democratic
14 review board.  I don't have a lot of confidence in
15 the citizens review board as they're appointed,
16 and they have yet to disagree with the findings of
17 the police department.
18   Q  Regarding the incident with your neighbor
19 that took place in Fort Collins -- and apologize
20 if -- if you provided this information already and
21 I'm not recalling it -- approximately when did
22 that occur?
23   A  I think approximately 2017.
24   Q  So that incident took place, obviously,
25 prior to your attendance at the August 8, 2020,

46

1 protest?
2   A  Correct.
3   Q  Do you believe it's fair to say that you
4 had certain biases against police departments
5 prior to August 8th of 2020?
6   A  Yeah, it's fair to say that I did not
7 trust the police.  I would consider that a bias,
8 right?
9   Q  Other than this lawsuit, have you filed
10 any lawsuits against police officers or police
11 departments?
12   A  No.
13   Q  Have you ever been a party to a civil
14 lawsuit before?
15   A  No.
16   Q  Prior to your attendance at the August 8,
17 2020, protest in the City of Fort Collins, have
18 you attended any other protests?
19   A  Do you mean within Fort Collins or in
20 general?
21   Q  In general, so anywhere.
22   A  Yes.
23   Q  Sorry, was your answer yes?
24   A  The answer is yes.
25   Q  Okay.  Why don't you tell me about other

47

1 protests you've attended prior to the August 8,
2 2020, protest in Fort Collins.  So that answer --
3 or that question again is encompassing protests
4 anywhere.
5   A  Okay.  Not a stranger to protests.  I've
6 been to protests starting in 2020 when Ralph Nader
7 was excluded from the debates.  I have continually
8 participated in Pride-oriented events and
9 protests.  I have -- I was not planning to
10 participate in Oakland Occupy protests, but on my
11 way home from work, I passed through there, and
12 that is where I witnessed the tear gas canister
13 that fractured a person's skull.  But I have
14 not -- I have not been to a ton of protests.
15   Q  Okay.  How did you know that the tear gas
16 canister deployed at the Oakland Occupy protest
17 fractured another individual's skull?
18   A  It was reported in the news afterwards
19 that a skull was fractured.  But he also had a
20 can-sized dent in his forehead.
21   Q  So it seems like you're linking an
22 observation of -- that you made of an individual
23 with a dent in their forehead with a later news
24 report; is that fair?
25   A  I think that's fair.

48

1   Q  Okay.  Approximately, how many protests
2 have you attended prior to attending the August 8,
3 2020 protest in Fort Collins?
4   A  Probably three or four, four or five.
5   Q  And Occupy was obviously -- I don't know
6 if the right word is protest, but I'm going to use
7 it, but took place over an extended period of
8 time.  Did you attend the Occupy protest in
9 Oakland on one date or more than one date?
10   A  As I -- as I said, the encampment was on
11 my way to and from work.  So I definitely passed
12 through.  I've walked by, I've talked to people
13 there before.  At that point -- I call it a
14 protest, but it's an occupation, right?  So to be
15 participating in that protest, I was not setting
16 up camp, you know, but I definitely was interested
17 in talking to people and understanding why
18 different people were there.
19   Q  So is it fair to say that your limited
20 participation in the Oakland Occupy Movement was
21 more as a passerby as opposed to a participant?
22   A  For the most part, yes.  Although, I
23 definitely agreed with the reasons why many people
24 were there.  And by the time a protest -- like a
25 sit-in protest kicked off after the camp was

49

1 swept, I was passing home from work, and I saw
2 this going. I did participate and stay for a
3 while.
4     Q   Okay. Other than your observations at the
5 Occupy protest in Oakland, did you witness any
6 other police uses of force at any of the other
7 protests that you have attended?
8     A   Yeah. Yes.
9     Q   At which ones?
10    A   I've seen police use of force at every
11 protest I've ever attended.
12    Q   Okay. So you saw police use of force at
13 the protest you attended regarding the exclusion
14 of Ralph Nader at the debates?
15    A   Yes.
16    Q   What kind of police force did you observe
17 there?
18    A   Police were rearing horses on people
19 sitting in lock-arm. There was -- a friend of
20 mine got hit with -- beat with a nightstick while
21 passing by. We were on our way out, he got
22 grabbed, got attacked, and got arrested. I
23 just -- I kept going. I yelled for him that we
24 would get him out later. But it was shocking.
25    Q   And regarding that particular protest, so

50

1 still asking about the protest regarding Ralph
2 Nader, any other -- strike that.
3     Were you the victim of any police uses of
4 force regarding your attendance at the protest
5 regarding Ralph Nader?
6     A   No.
7     Q   And are you alleging police used force at
8 the Pride-related events you attended?
9     A   I have not seen force used -- sorry, no,
10 not at Pride events.
11    Q   Okay. So you saw force at the Oakland
12 Occupy protests --
13    A   Correct.
14    Q   -- as well as the protests regarding Ralph
15 Nader?
16    A   Correct.
17    Q   Any other police uses of force that you
18 observed at protests prior to August 8th of 2020?
19    A   Directly with my own eyes, no.
20    Q   Okay. So the Pride events that you
21 attended were peaceful?
22    A   Yes.
23    Q   Did you attend the George Floyd protest in
24 Denver?
25    A   No, I did not.

51

1     Q   Did you attend the Elijah McClain protests
2 in Aurora?
3     A   No, I did not.
4     Q   We've talked a lot about protests. Have
5 you attended marches prior to August 8th of 2020?
6     A   I didn't realize we were making a
7 distinction between the two. No, I haven't made
8 any -- I have not been in marches.
9     Q   Have you attended any protests or marches
10 since August 8th of 2020?
11    A   No.
12    Q   Sorry, that was a no?
13    A   That was a no.
14    Q   Do you consider yourself an activist?
15    A   No.
16    Q   Are you a member of Black Lives Matter or
17 any affiliated organization?
18    A   I am not a member of any affiliated
19 organization.
20    Q   You carried a cell phone with you to the
21 protest on August 8th of 2020, correct?
22    A   I didn't.
23    Q   Okay. And what kind of phone did you have
24 with you at the time?
25    A   An iPhone.

52

1     Q   Do you still have the same phone?
2     A   Yes.
3     Q   Did you take any photos or videos while in
4 attendance at the protest in Fort Collins on
5 August 8th of 2020?
6     A   No, I did not.
7     Q   What social media applications did you
8 have at the time of August 8, 2020?
9     A   Facebook -- did I have it then? I might
10 have shut it off by then. But I had Facebook,
11 Instagram.
12    Q   Did you have any other social media
13 accounts at that time?
14    A   Not that I know of, no.
15    Q   What was your Facebook handle?
16    A   It's Piper Elinor.
17    Q   And is your Facebook account public or
18 private?
19    A   Private. I mean, it's publically --
20 there's -- it's viewable -- but it's there
21 publically, but it's friends only, it's private.
22    Q   Okay. I just want to make sure I
23 understand that because I'm less so a user to
24 Facebook. So if I type in your name, you would
25 appear, but I wouldn't be able to see anything you

53

1  posted, I'd have to be your friend to be able to
2  see your post?
3  **A  That's correct.**
4  Q  Okay.  And have you had your Facebook
5  account on that same setting from August 8, 2020,
6  to the present?
7  **A  Correct, yes.**
8  Q  Okay.  And what's your Instagram handle?
9  **A  It's the same as my Facebook.  Instagram**
10 **is owned by Facebook, and they use the account**
11 **information.**
12 Q  But you have a separate account on
13 Instagram, correct?  You can link them and so -- I
14 mean, if you post to Instagram, you can click the
15 button that can also post to Facebook, but you --
16 you have a separate Facebook and Instagram
17 account, correct?
18 **A  Right.  But now they're linked because**
19 **Facebook owns Instagram, and they handle one --**
20 **it's one account.  It's the same user handle at**
21 **Piper Elinor.**
22 Q  Okay.  In terms of your social media
23 activity on Facebook and Instagram, would you
24 describe yourself as more of an observer or an
25 active poster?

54

1  **A  I would say I'm more of an observer.  I**
2  **keep my online interactions with close friends and**
3  **family because I face an insane amount of**
4  **harassment on social media.**
5  Q  And when you say you tend to interact more
6  with just close friends and family, are you
7  talking about like you use the Facebook Messenger
8  or more so like liking and commenting on others'
9  phots?
10 **A  Liking and commenting on each other's**
11 **posts.**
12 Q  What kind --
13 **A  And, yes -- and sometimes we do**
14 **communicate on Messenger with friends.**
15 Q  What kind of harassment have you
16 encountered through social media?
17 **A  Transphobic, homophobic harassment.**
18 Q  And are you receiving that sort of
19 transphobic harassment from Facebook or Instagram
20 friends given that your account is private?
21 **A  They would not be my friends if that was**
22 **the case.  That's why it's only friends.  It was**
23 **not always that case.  But being online right now**
24 **as a queer person is an incredibly hostile**
25 **experience, so we have to take aims in order to**

55

1  **protect ourselves and one of those is generally**
2  **limiting our exposure to people that we know and**
3  **trust.**
4  Q  Okay.  So you changed the settings on your
5  social media accounts to make yourself semiprivate
6  following the receipt of transphobic comments from
7  other people online?
8  **A  That's fair.**
9  Q  Okay.  And when did that happen?
10 **A  It's been that way at least the last five**
11 **or six, six or seven years.**
12 Q  So it seems like you're an observer, but
13 do you post occasionally to Facebook or Instagram?
14 **A  Sure.**
15 Q  What kind of things do you post?
16 **A  Usually I might post a news article to**
17 **friends.  Most of the things that I've been**
18 **posting about revolve around technology, large**
19 **language models, the abuse of AI.**
20 Q  Did you post anything about policing in
21 general, either prior to August 8th or -- or after
22 August 8th?
23 **A  I'm sure I probably have.**
24 Q  What kind of things about policing in
25 general?

56

1  **A  Usually articles that are pointing out**
2  **police's abuse of power, failures of**
3  **accountability after the fact.  I've definitely**
4  **shared information regarding George Floyd and**
5  **other murders at the hand of the police.**
6  Q  And were your posts about policing in
7  general, like, contain your general commentary as
8  you've just described, or are they linking
9  articles?
10 **A  Usually linking articles.  They may**
11 **include some of my own commentary.**
12 Q  And I'm not -- with my next question, I'm
13 not expecting you to recite a specific number.
14 But if you can ballpark, approximately how many
15 social media posts you've made to your social
16 media about policing in general?
17 **A  I can't even guess.**
18 Q  More than ten?
19 **A  I would say probably more than ten, yeah.**
20 Q  More than 20?
21 **A  I'm not sure.**
22 Q  Did you post anything to social media
23 about your experiences at the August 8, 2020,
24 protest in Fort Collins?
25 **A  I did not.**

57

1    Q   Did you post anything about the injuries
2  you allege you received following your attendance
3  at the August 8, 2020, protest in Fort Collins?
4    A  I did not.
5    Q   Did you post anything about your arrest
6  and criminal prosecution?
7    A  I did not.
8    Q   Have you kind of added to the social media
9  accounts you possess since August 8th of 2020?
10   A  Yeah, I have a Twitter account.
11   Q   When did you get Twitter?
12   A  I think maybe last year.
13   Q   What's your --
14   A  What's that?
15   Q   What's your Twitter handle?
16   A  I have one set up for my business that I
17 barely use.  On Twitter I am purely an observer.
18   Q   Okay.  And am I understanding correctly
19 that -- do you operate your office's Twitter
20 account?
21   A  No.
22   Q   No.  Okay.  So you mentioned Twitter for a
23 business.
24   A  Right.  For my personal -- my personal
25 business.

58

1    Q   Okay.  What's your personal business?
2    A  My personal business is I'm developing a
3  software company on the side.  So the account just
4  exist -- existed to promote said -- said service.
5  But I haven't had a whole lot of time or energy to
6  put into it, so the account exists, but it's --
7    Q   How long have you been working on
8  developing your own software company?
9    A  I'd say I actively started working on that
10 again last year.
11   Q   And is that something that's still in the
12 development phase?
13   A  Yeah, I would definitely like to -- to get
14 it off the ground.
15   Q   And I'm assuming that the Twitter handle
16 is the name of your business?
17   A  It's Serebromatic.
18   Q   And what kind of software systems are you
19 working to develop?
20   A  Primarily database replication tools.
21   Q   And have you started using any other
22 social media applications in addition to Twitter?
23   A  No.
24   Q   And I believe you already mentioned your
25 Twitter is exclusively as an observer, as in you

59

1  have not posted to your Twitter?
2    A  I really haven't posted anything on that
3  account.
4    Q   Okay.
5    A  The only thing I was trying to use it for
6  is, again, to promote articles associated with the
7  technology area.
8    Q   Okay.  Are we good if we take a quick
9  five-minute break?
10   A  Yes.
11   Q   Okay.
12      THE VIDEOGRAPHER:  Okay.  One moment.
13      We are going off the record.  The time is
14 10:26 a.m.
15      (A recess was taken.)
16      THE VIDEOGRAPHER:  We are going back on
17 the record.  The time is 10:33 a.m.
18 BY MS. HOFFMAN:
19   Q   Mx. Townley, I'm going to direct your
20 attention now to what brings us here today, August
21 8th of 2020.
22      What prompted you to attend the protest in
23 Fort Collins on August 8th of 2020?
24   A  I believe I was largely motivated by the
25 George Floyd protests.  I saw this -- the Back the

60

1  Blue as a direct response to calls for racial
2  justice.  I attended to be another body present
3  and also I learned about that event from my friend
4  Anna who told me about an opportunity for a -- to
5  be involved in just medical support.
6    Q   Okay.  I have a few follow-up questions
7  for you there.
8       You indicated you were motivated by the
9  George Floyd protests.  Which George Floyd
10 protest?
11   A  All of them.  They're in solidarity with
12 each other.
13   Q   Okay.  So you're talking about protest
14 activity just in general that occurred across the
15 country?
16   A  In general.  I mean, the event was an
17 outrage.
18   Q   The event being the murder of George
19 Floyd?
20   A  Yes.
21   Q   Okay.  But you didn't participate in any
22 protest specific to the murder of George Floyd,
23 correct?
24   A  Correct.
25   Q   Was the protest in Fort Collins the first

**61**

1 time you had protested law enforcement or voiced
2 support for Black Lives Matter?
3 **A It was not the first time I had voiced**
4 **support for Black Lives Matter. It was definitely**
5 **the first time I was in a protest that was**
6 **specifically about police conduct.**
7 Q How would you voice support for Black
8 Lives Matter previous?
9 **A I would voice support for them in that**
10 **standing up for racial justice is an important**
11 **thing to do and I'm glad they're doing it.**
12 Q I'm not sure I understood your response.
13 How have you -- is it your testimony that
14 you publically supported Black Lives Matter
15 through previous statement or previous attendance
16 at protests or marches or previous conduct of your
17 own?
18 **A I would like to make a distinction between**
19 **Black Lives Matter as a slogan as a statement of**
20 **fact separate from any, like, established**
21 **organization, which I am not -- I can't speak to**
22 **the actions of any organization, I can speak to**
23 **the slogan that black lives do, in fact, matter.**
24 Q Okay. So you have voiced support for the
25 slogan Black Lives Matter, is that your testimony?

**62**

1 **A I've voiced support for the fact that**
2 **Black Lives Matter, yes.**
3 Q Okay. How have you voiced support to the
4 fact that Black Lives Matter?
5 **A By standing up to people who claim**
6 **otherwise, to voice my support for those who are**
7 **engaged in their protests throughout the country.**
8 **I think it's a dire issue. It needs to be**
9 **addressed and -- I support people protesting for**
10 **racial justice.**
11 Q And who have you specifically stood up to
12 in support of the fact that Black Lives Matter?
13 **A I've stood up to people that I still**
14 **consider to be acquaintances and friends or people**
15 **that I've known for a very long time aren't**
16 **willing to let go of and wish to challenge their**
17 **own biases in these matters.**
18 Q Can you name any of those acquaintances or
19 friends that you've had those conversations with?
20 **A I mean, no. In general, no.**
21 Q Okay. And just to clarify, you -- I
22 believe you previously indicated you're not a
23 member of any Black Lives Matter affiliated
24 organizations, was that your previous testimony?
25 **A Correct.**

**63**

1 Q Okay. Are you a member of Black Lives
2 Matter?
3 **A No.**
4 Q Okay. Do you have any friends or
5 acquaintances who are members of the Black Lives
6 Matter organization?
7 **A Not that I know of.**
8 Q Are you a member of Antifa?
9 **A I don't know what that is. It's not an**
10 **organization. Antifa -- first off, that's a**
11 **pronouncing that was invented by our late -- our**
12 **last president. It's Antifa, which is an**
13 **abbreviation for antifascist. It's -- and if**
14 **you're asking if I am against fascism, the answer**
15 **to that would be an affirmative.**
16 Q What -- what is your understanding of the
17 Antifa movement, group or organization?
18 **A My understanding that there isn't a group**
19 **or organization, that it is an organic response to**
20 **growing extremism on the right.**
21 Q And do you identify with that movement?
22 **A Do I identify as being against that right**
23 **wing extremism, yes.**
24 Q So you learned of the protests in Fort
25 Collins on August 8, 2020, through Anna.

**64**

1 Is that Anna Kruger?
2 **A Right.**
3 Q Did you see any posts on social media --
4 **A I did not.**
5 Q -- announcing that there would be a
6 protest on August 8, 2020, in Fort Collins?
7 **A I did not.**
8 Q Okay. So you solely learned about the
9 protest activity through Anna Kruger?
10 **A I believe I learned about that specific**
11 **protest activity through Anna Kruger. I believe I**
12 **was aware of the Back the Blue rally occurring**
13 **through social media posts; but the actual, hey,**
14 **some of us are going to go there, I learned about**
15 **directly through Anna.**
16 Q Okay. And what social media posts did you
17 see about the Back the Blue rally?
18 **A I've seen -- I've seen fliers that they**
19 **made up and passed around on social media. I**
20 **can't speak to specific users or groups or feeds.**
21 **It's a pretty fluid thing.**
22 Q Okay. But you saw fliers on social media
23 announcing that there would be a Back the Blue
24 rally in Fort Collins on August 8th of 2020?
25 **A There was also a Black Lives Matter**

**65**

1 protests that same day in Fort Collins, from my
2 understanding.
3    Q   Okay.  Did you see fliers announcing that
4 there would also be a Black Lives Matter protest?
5    A   I don't recall.
6    Q   Okay.  So you specifically recall seeing
7 posters, social media posters, for the Back the
8 Blue event, but you don't recall seeing anything
9 for the Black Lives Matter event?
10    A   When I say I don't recall, that's not a
11 no.  I don't recall specifically if I saw one or
12 not.  I recall the Back the Blue one because that
13 stuff generated a lot more discussion because of
14 concerns and fears around kind of violence that
15 that may bring to our communities.
16    Q   Did you have any discussions with anybody
17 else about concerns that the black -- the Back the
18 Blue rally would bring violence to the city?
19    A   I did.  I spoke with my partner at the
20 time, you know, who was home with our kiddo when I
21 went.
22    Q   And that was River?
23    A   Yeah.
24    Q   Did you speak with anybody else besides
25 River about those concerns?

**66**

1    A   I don't recall.
2    Q   And notwithstanding the fact that you had
3 concern that the Back the Blue rally could invite
4 some violence, you made a conscious decision to
5 attend the protest on August 8, 2020, correct?
6    A   That is correct.  I -- as I said, I did
7 anticipate that there could be people hurt and
8 injured.  That's why I went there to provide
9 medical support.
10    Q   It was a concern you had?
11    A   I -- I absolutely did have a concern about
12 that.
13    Q   Did you speak with Anna Kruger about those
14 concerns?
15    A   I did.
16    Q   Tell me about your conversation with Anna.
17 And is it Ana or Anna?
18    A   Anna.
19    Q   Anna.  Okay.
20    A   Well, my concerns that -- I said this has
21 a -- paraphrasing myself, I guess, right, my -- my
22 concerns were that that had a potential deterrent.
23 Real nasty.  I wanted to be there, but I wanted to
24 be there in a capacity where I would not be in the
25 nasty.  I wanted to provide what I thought was the

**67**

1 best type of peaceful support I could knowing that
2 there was a high likelihood for that kind of --
3 that kind of violence to occur.
4    Q   And is this part and parcel with your
5 conversations with Anna where you're deciding to,
6 in fact, attend that event?
7    A   I don't understand your question.
8    Q   Sure.  My understanding from your previous
9 testimony is you learned about the Black Lives
10 Matter event occurring in Fort Collins on August
11 8, 2020, through Anna Kruger, correct?
12    A   I believe so.
13    Q   Okay.  Is that not your -- your previous
14 testimony?
15    A   My testimony is I learned about a group
16 going to the Back the Blue rally to provide
17 medical support through Anna Kruger.
18    Q   Is it your understanding that there was a
19 Black Lives Matter protest --
20    A   Yes.
21    Q   -- taking place in the City of Fort
22 Collins on August 8th of 2020?
23    A   Yes.
24    Q   What's the basis for your testimony?
25    A   That was the information that I had heard

**68**

1 from -- through friends.
2    Q   Which friends told you that there was a
3 Black Lives Matter protest taking place in Fort
4 Collins on August 8, 2020?
5    A   I don't recall specifically.
6    Q   Are there any other sources for the
7 testimony that there was a Black Lives Matter
8 protest taking place in Fort Collins on August
9 8th, 2020 other than unknown friends?
10    A   I am not aware.  I can't answer that.
11    Q   But your conversation with Anna Kruger
12 related to going into Fort Collins to provide
13 medical services at that event, correct?
14    A   Correct.
15    Q   Okay.  So when you attended the protest on
16 August 8, 2020, did you do so entirely as a medic?
17    A   I did so as an individual private citizen
18 who was -- I was concerned.  I was concerned about
19 what was happening in my city.  I do feel this is
20 my city now because my child is growing up here,
21 we've got roots.  I've bought a home.  I went
22 there as myself also in the capacity that I could
23 provide that assistance, if it would be necessary.
24    Q   Did you go to protest?
25    A   Excuse me?

**69**

1  Q  Did you go to protest?
2  A  Yes.
3  Q  Okay.  So you went in part as a medic, and
4  you went in part to protest?
5  A  Right.  Two things can be true at once.
6  Q  How did you protest?
7  A  By being present.
8  Q  Did you bring any signs?
9  A  I did not.
10  Q  Did you engage in any chanting?
11  A  I did.
12  Q  What chants?
13  A  I do not recall offhand.
14  Q  And you didn't take any photos or videos?
15  A  No, I didn't.
16  Q  Who were all of the individuals that you
17  attended the August 8, 2020 event with?
18  A  I am not familiar with their identities.
19  The only person there that I knew there was Anna.
20  Q  You don't know the first or last names or
21  nicknames of anybody else that you met up with at
22  the protest on August 8, 2020?
23  A  I do not.
24  Q  Now, other than Anna, the other people
25  that you associated with on August 8, 2020, were

**70**

1  those people you were previously familiar with?
2  A  No.
3  Q  So in terms of the making arrangements to
4  meet up at the protest, you just made arrangements
5  solely with Anna Kruger?
6  A  Anna informed me -- well, she had sent me
7  a message that was written up by a group of
8  protest medics.  I do not know details about who
9  they are.  I knew where to meet them.  When we met
10  up, we had a very quick discussion about whether
11  we actually wanted to go in or not at all.  And
12  then we decided that we did because there was some
13  people in there that were being surrounded and
14  harassed and they wanted some help getting out.
15  So we went in.  We weren't there for very long.
16  Quickly decided that the situation was unsafe and
17  proceeded to exit.  That's where we were pursued
18  out of the area and then attacked.
19  Q  Okay.  So I have a few follow-up questions
20  for you there.
21  You -- you mentioned that Anna forwards
22  you a message.  How is she forwarding you that
23  message?  Is that through social media or text
24  message or some other mechanism?
25  A  Through text messaging app.

**71**

1  Q  Sorry, a text message app?
2  A  Yeah.
3  Q  Like Signal?
4  A  Yeah.
5  Q  What's your understanding of Signal?
6  A  My understanding of Signal is it's a more
7  safe way of doing SMS.  I use it with all of my
8  friends and family.
9  Q  And does it like encrypt messages?
10  A  Yes, it does.
11  Q  Okay.  So the message that Anna is
12  originally sending you, is -- is that a message
13  from like another group text message exchange with
14  other medics or -- I guess I'm -- I'm not really
15  understanding the group message aspect of that?
16  A  I believe it was a text that was -- like a
17  text -- textual flier that I can't speak to how
18  that got to her.  In plain format, plain text.
19  Q  What do you remember about that flier?
20  A  I remember that it was not very long, that
21  it gave location and time of where to meet up just
22  to kind of have a quick discussion about, you
23  know, how things are going to go when we go in.
24  Just a quick -- quick rundown of safety plan.  How
25  do we signal for each other if we're unsafe and

**72**

1  need to leave.  How do we signal that we need
2  additional assistance folks over here.  It was
3  very just spur of the moment.
4  Q  Do you still have Anna's text to you with
5  that message?
6  A  I don't.
7  Q  Why don't you still have that?
8  A  My messages clear over time.
9  Q  What -- approximately how long do you
10  retain messages on your phone?
11  A  I mean, in general?  It -- about 30 days.
12  I mean, other people using Signal can set much
13  shorter expiration periods, which I don't have
14  control over, but, certainly, nothing from
15  two-plus years ago.
16  Q  Okay.  And you mentioned that Anna's
17  message to you contained the contents of some
18  sort -- the text of some flier.  Is that -- did I
19  get that right?
20  A  Yeah.
21  Q  Okay.  And it contains information
22  regarding the location the medics are to meet up
23  at, the time they're supposed to meet, and safety
24  plan, correct?
25  A  Correct.  Safety plan was not in the

73

1  flier.  Safety plan was -- was established on
2  site.
3     Q  Okay.  What was the location that the
4  flier that Anna is sending to you, what -- what
5  was the location in that?
6     A  There is an adjacent apartment complex.
7     Q  Do you like know the intersection where
8  that apartment complex is?
9     A  Not offhand, no.
10    Q  Okay.  Can you describe that area of the
11 city?
12    A  Yeah.  So the road passing -- so where the
13 police station is on Timberline, there's a road
14 passing up towards where the train tracks are.
15 Across the train tracks, there's an apartment
16 complex.
17    Q  And what time did the flier direct people
18 to meet?
19    A  I don't recall offhand.  I think -- I
20 don't recall the exact time.  I think it was --
21    Q  What time did you arrive at the protest?
22    A  I believe early afternoon.
23    Q  Do you believe that you would have tried
24 to coordinate with the time that Anna gave you?
25    A  Yeah.

74

1     Q  And did you meet with Anna in the
2  apartment complex area you previously described?
3     A  Yeah.  Yes.
4     Q  And there were other individuals as part
5  of that group?
6     A  Correct.
7     Q  Was it your understanding that all of
8  those individuals were medics?
9     A  That was my understanding.  Or at least
10 there to serve in an assistive capacity.
11    Q  And what is your understanding based on?
12    A  My understanding is based on the flier
13 designating that as being the case and also the
14 course of discussions held on site before going in
15 were all of that nature.
16    Q  And the flier that Anna is sending to you,
17 is that directed to, hey, for people who want to
18 serve in some sort of medic capacity at this
19 event?  That's who it's directed to?
20    A  I believe so.
21    Q  Sorry, you cut out on my end.
22    A  I said I believe so.
23    Q  And are there names included on the flier?
24    A  I would not be able to speak to that.  I
25 haven't seen that flier in approximately three

75

1  years.
2     Q  Approximately how many people did you meet
3  up with in the area of the apartment complex upon
4  arrival?
5     A  I can only estimate, but I would say
6  probably between one and two dozen.
7     Q  So between 12 and 24?
8     A  Yeah.  Between 10 and 20 maybe.
9     Q  And one of those individuals is Anna
10 Kruger?
11    A  I -- I believe so.
12    Q  Do you believe so, or do you know that
13 Anna Kruger was part of that group?
14    A  You're asking me about details of
15 something that happened three years ago where I
16 got punched in the head 25 times afterwards, so
17 I'm doing my best to recall the details of the
18 questions that you're asking.  But I don't recall
19 the specifics, and I'm not going to answer in an
20 affirmative to something that I'm not a 100
21 percent sure about.
22    Q  At some point in time, did you meet up
23 with Anna Kruger at the protest on August 8, 2020?
24    A  Yes, I did.
25    Q  Okay.  What is your first memory of being

76

1  in the company of Anna Kruger at the protest on
2  August 8, 2020?
3     A  My first memory of being with Anna Kruger
4  would be when we walked -- I believe when we
5  walked down to the protest, but if it wasn't then,
6  then it was right out in front of the police
7  station.  I do believe that she walked down with
8  us, though.
9     Q  How do you know Anna Kruger?
10    A  I met Anna Kruger through mutual friends,
11 but specifically we were -- me and my kiddo were
12 looking for places where we could go and
13 participate with serving food to the homeless.
14 And that was -- a friend of mine directed us to
15 Anna and a couple other people who were doing that
16 down in Greeley.  So we went down there, and
17 that's where I met Anna.
18    Q  And approximately how long have you known
19 Anna Kruger?
20    A  Prior to that -- I would say probably less
21 than a year before the date of the protest.
22    Q  So approximately 2019?
23    A  Yeah.  Roughly.
24    Q  And do you frequently socialize with Anna
25 Kruger?

---

**77**

1    A  I don't now.  She lives in California.
2    Q  When did she move to California?
3    A  I don't know.  Like a year and a half, two
4  years ago, maybe.
5    Q  Did you know Joshua DeLeon?
6    A  No.
7    Q  Do you know him now?
8    A  I know of him now.
9    Q  You know of him now.  So you have an
10  understanding that he's also a plaintiff in this
11  case, correct?
12    A  I understand I know the name.  I met
13  him -- the only time I've ever met him at all was
14  in -- in the county jail.  We didn't really speak
15  much.
16    Q  So you met him in the jail on -- some time
17  on August 8, 2020?
18    A  Right.  There was three people arrested at
19  that protest, so we -- in general we -- hi.  We
20  meet.  Anna and I didn't know this person.
21    Q  Why don't you tell me about what kind of
22  conversation you recall having with Mr. DeLeon at
23  the jail of August 8, 2020?
24    A  Literally a wave.
25    Q  That's it.

---

**78**

1    A  Literally a wave.
2    Q  Have you spoken to him since that time?
3    A  No.
4    Q  And did you observe him at any point in
5  time at the protest?
6    A  If I saw him, I wouldn't have known it was
7  him, no.
8    Q  You wore all black to the protest,
9  correct?
10    A  I wear all black often, but yes, I did.
11    Q  Do you wear all black clothing oftentimes
12  in August?
13    A  Yeah.
14    Q  And is your choice to wear all black
15  frequently more of a fashion choice or more of
16  having some sort of political or social
17  implication?
18    A  It can be either way.  Often fashion and
19  social and political.  In that case, I was showing
20  my solidarity.  I was -- I was dressed so that I
21  would be recognized as being in support of racial
22  justice movement, but also to protect ourselves
23  from being doxxed, receiving death threats.
24    Q  Before you said death threats, what was
25  the word you said?

---

**79**

1    A  Doxxed.
2    Q  Docked?
3    A  Yeah, it's kind of a slang word for people
4  finding out your personal information so that they
5  can harass you.
6    Q  Okay.  So then I want to make sure I
7  understand your response.
8      So specifically regarding your choice to
9  wear all black on August 8, 2020, it seems like
10  that was in part to show solidarity with the Black
11  Lives Matter movement?
12    A  Yes.
13    Q  Okay.  And what is your understanding of
14  why wearing all black is important to the Black
15  Lives Matter movement or organization?
16    A  I can't explain why anybody else -- what
17  anybody else thinks or believes.  For me the black
18  has a lot of different meanings.  One, mourning is
19  a big one.  Mourning for deaths of people like
20  George Floyd.  Others is the solidarity of being a
21  block of mourning, right?  Being seen as a
22  cohesive group.  Being seen as people standing
23  together in one thing has political impact.
24    Q  Okay.  But separate and apart from the
25  meaning that you personally attribute to it, do

---

**80**

1  you have an understanding that black attire is
2  important to the Black Lives Matter movement or
3  organization?
4    A  That's not my understanding.
5    Q  What is your understanding?
6    A  My understanding is that the wearing of
7  black in solidarity is something that long
8  predates the Black Lives Matter movement or
9  organization or any of its affiliates.  It's been
10  an ongoing strategy for presenting a -- like a
11  show of unification.  There's not just people
12  doing black.  There are pink blocks, there's
13  purple blocks.  Like there's just different --
14  different ways people try to show that, like, we
15  stand together as a group in this besides just
16  going and holding a sign.
17    Q  You mentioned another reason that you wore
18  black attire.  It seemed like to conceal your
19  identity from people who you believed could try
20  and harass you?
21    A  People who, in fact, did harass me but
22  yes.
23    Q  Okay.  What did you bring with you to the
24  protest?
25    A  I brought myself.  I brought a backpack

81

1   carrying medical supplies and I was wearing
2   personal protective equipment.
3       Q   What personal protective equipment did you
4   have?
5       A   I was wearing low profile-type 3A body
6   armor.
7       Q   What does that mean?
8       A   It offers protection from pistol shots. I
9   did not -- well, I didn't feel like getting shot
10   in the back.
11      Q   And where did you purchase that body armor
12   for?
13      A   Where?
14      Q   Yes. Where did you purchase it?
15      A   Purchased it from eBay.
16      Q   From eBay. And I've seen through the
17   video you're wearing a tan vest that looks to
18   be -- looks to have the markings -- like the red
19   tape that I'm assuming you placed on to indicate
20   that you're a medic.
21          Was that vest the body armor that you're
22   describing?
23      A   Yes.
24      Q   Okay. Did you have any other body armor
25   on your body?

82

1       A   No.
2       Q   When did you purchase the body armor from
3   eBay?
4       A   I don't recall. Probably a few months
5   prior.
6       Q   Why did you buy it?
7       A   Because people keep getting shot at
8   protests.
9       Q   Did you buy it specific to this protest,
10   or it seems like you just bought it for general
11   protest activities?
12      A   I bought it for general protest activity.
13   Things were heating up. I envisioned myself
14   probably going out and protesting. And, again, I
15   did not wish to get shot.
16      Q   Did you ever wear it to any protests prior
17   to the August 8, 2020, protest?
18      A   No, I did not.
19      Q   Have you worn it since the August 8, 2020?
20      A   I haven't been to any other protest since
21   August 8, 2020.
22      Q   Have you worn it in any other capacity
23   since then?
24      A   No.
25      Q   What was that?

83

1       A   No.
2       Q   Okay. Any other personal protective
3   equipment other than the vest?
4       A   No.
5       Q   And your understanding was, if somebody
6   shot you with a pistol in the area where the vest
7   protects, the vest would protect you from that?
8       A   My understanding is it makes my chances of
9   death less likely. But no -- no vest is going to
10   guarantee your survival if you get shot. Getting
11   shot is a potentially lethal situation no matter
12   what.
13      Q   And did you do some research before
14   selecting that particular vest?
15      A   A little bit. Understanding rating levels
16   that 3A soft armor provides protection up to a
17   .45.
18      Q   Up to a .45 caliber weapon?
19      A   That's -- that's according to the NIJ,
20   yeah.
21      Q   And what's the NIJ?
22      A   They're the regulatory body who
23   establishes the ratings for body armor protection
24   levels.
25      Q   And to be clear, I'm not trying to trip

84

1   you up. I just don't know what NIJ stands for.
2          Do you know?
3       A   I believe it's -- no, I actually don't.
4       Q   Okay. Okay. I believe you testified
5   earlier you brought medical supplies with you in
6   the backpack?
7       A   I did.
8       Q   Okay. What medical supplies did you
9   bring?
10      A   I brought tourniquets, hemostatic gauze, I
11   had -- chest seals, general -- general trauma
12   response. Also I'll -- just some water,
13   Band-Aids.
14      Q   Anything else in the backpack other than
15   medical supplies?
16      A   No.
17      Q   I -- I saw in the video that you appeared
18   to be wearing what I would describe as cargo
19   pants. And when I say that, it appeared that you
20   had like big pockets on the side of your pants?
21      A   Right.
22      Q   Did you have anything in the pockets?
23      A   I believe I had my phone on my person. I
24   probably had wallet and keys. I mean, I -- yeah,
25   the police did a -- you know, a search of

85

1  me. They would have inventory of everything that
2  was there.
3   Q  Sure. And that's not what I'm asking, I'm
4  asking what your memory is as to what you would
5  have kept in your pockets or otherwise on your
6  person?
7   A  Okay. What I had in my pockets would be
8  my phone, my wallet, my keys.
9   Q  Did you have an understanding that Anna
10 Kruger had fireworks on her person?
11  A  I did not.
12  Q  So that was not a conversation that you
13 two had?
14  A  Not at all.
15  Q  Do you have any understanding as to why
16 Anna Kruger would have brought fireworks?
17  A  I do not.
18  Q  Did you know that Anna Kruger brought a
19 collapsible baton?
20  A  I do not.
21  Q  Do you have any understanding as to why
22 she would have done that?
23  A  I cannot speculate. I don't know.
24  Q  Was Joshua DeLeon part of the group? I
25 understand you didn't meet him until afterwards at

86

1  the jail. But at the jail you became acquainted
2  who this individual was at least through a wave.
3      Did you see him when you met up with the
4  group at the parking lot?
5   A  I don't believe I did.
6   Q  How long were you at the protest before
7  you were arrested?
8   A  I'm not very sure. It didn't seem like a
9  very long time. I really don't know. It wasn't a
10 very long time. At most, maybe an hour or two.
11  Q  And how did you get to the protest? Did
12 you drive? Walk? Ride a bike?
13  A  I drove -- I drove.
14  Q  Where did you park?
15  A  I parked in the apartment complex.
16  Q  And to be clear, the apartment complex was
17 the meet-up location, correct?
18  A  Correct. I believe I parked on the street
19 near the apartment complex.
20  Q  Do you know which street?
21  A  I do not.
22  Q  Did you drive with anyone to the protest
23 or did you drive by yourself?
24  A  I drove by myself.
25  Q  Was there any conversation with the group

87

1  upon everybody meeting up together in the
2  apartment complex parking lot? And was it the
3  parking lot that you guys all got together in?
4   A  There were some tennis courts nearby, and
5  we were meeting by the tennis courts.
6   Q  Okay. So you were outside the tennis
7  courts?
8   A  Correct.
9   Q  Was the tennis courts of the apartment
10 complex the area that was specified in the flier?
11  A  Near -- near the tennis court is my
12 understanding.
13  Q  And what conversation was had amongst the
14 group upon meeting up near the tennis courts of
15 the apartment complex?
16  A  I don't recall all the conversations, I do
17 recall there being discussion about -- about hand
18 signals for safety, but specifically one that we
19 agreed that, if someone threw this hand signal, we
20 had kind of five minutes to kind of gather people
21 up, and then we would head out. That was in case
22 things started to got -- got really dangerous,
23 which happened pretty quickly, from my
24 understanding.
25  Q  And what was the hand signal that was

88

1  agreed upon?
2   A  Just over your head, fist to palm, tap,
3  tap. Something pretty easy to see and not confuse
4  for a wave.
5   Q  Okay. Any other discussions that you
6  recall having with the group that had assembled at
7  the tennis courts of the apartment complex?
8   A  I mean, there was general chatter. I
9  don't know that there's a specific discussion
10 besides establishing a hand, you know, hand
11 signals and a protocol for leaving. I do recall
12 that there -- the growing consensus was that this
13 might just be too dangerous to even go to at all.
14 And the -- my understanding is that at that point
15 somebody in that group received a text message
16 from some people who were down in front of the
17 police station who were being -- who claimed they
18 were being surrounded and bullied, pushed, shoved,
19 harassed. And so it was just -- it was really
20 kind of a quick, hey, should we just go in and get
21 them out. We just go in, we can just escort them
22 and get them out. I said that sounds like a good
23 idea. Let's -- we can do that.
24     And my understanding is that's --
25 that's -- that's what we went in for, was

89

1 literally get a group of people out who were being
2 harassed.
3 Q And how long did you spend with the group
4 in the area of the tennis courts of the apartment
5 complex?
6 A Probably not very long. Ten -- like five,
7 ten -- ten, fifteen minutes maybe.
8 Q And you indicated that there was
9 discussion that this may be too dangerous.
10 Tell me a little bit more about that part
11 of the discussion.
12 A Sure. There were people there who were
13 known affiliates of Proud Boys and Three
14 Percenters and other extremist militia groups.
15 They were being very vocally agro, and it just
16 seemed like there was no real safe way to go there
17 and be present without them trying to, like, start
18 a fight or attacking -- or just straight up
19 attacking us. And from my perspective, the only
20 reason that we even went in there is because there
21 was already a group of people who were in a
22 dangerous situation and our intent was to get them
23 out.
24 I found out later on that that -- people
25 decided they wanted to stay and it was all fine --

90

1 they were fine. And that's why I was standing
2 around for a while like when are we getting out of
3 here? This stuff is getting hairy.
4 Q What was your understanding that Proud
5 Boys and Three Percenters were in attendance at
6 the Back the Blue rally?
7 A Can you clarify your question?
8 Q Sure. In your previous response, you --
9 you cited some right wing groups including Proud
10 Boys and Three Percenters, correct?
11 A Right. I can speak most specifically on
12 Proud Boys. There was someone known as Huey
13 Louie, who is a media personality for the Proud
14 Boys, open -- open with their affiliation.
15 Q Were you familiar with Huey Louie -- the
16 name Huey Louie or whoever that -- whoever he is?
17 Were you familiar with him prior to August 8,
18 2020?
19 A I was, yes.
20 Q Okay. Had you ever interacted with either
21 of these groups prior to August 8, 2020?
22 A No.
23 Q So your understanding of these two
24 organizations was based, I'm assuming, on review
25 of news articles.

91

1 A Review of news articles, publications
2 online -- yeah, people speaking of their own
3 interactions with them. I mean, the Proud Boys
4 were not shy on the internet about making it well
5 known what they're about.
6 Q When you say "not shy on the internet,"
7 like through what mechanism are you looking at
8 their internet presence?
9 A Primarily, like, social media or other --
10 other times reports on their social media, whether
11 it's, you know, news articles or opinion pieces or
12 things that are written to bring attention to
13 what's going on, what kind of things we're talking
14 about and maybe we should be concerned about it.
15 Q And was it your understanding that the
16 Back the Blue rally was to be taking place outside
17 of the police station?
18 A I did understand that that's where that
19 was taking place, yes.
20 Q The other individuals that you had
21 assembled with initially outside of the tennis
22 courts of the apartment complex, those individuals
23 were also largely dressed in black, correct?
24 A Yes.
25 Q Okay. And do you have an understanding

92

1 that people who associate with Antifa also tend to
2 dress in black?
3 A I don't necessarily share that
4 understanding. Please -- again, associated with
5 Antifa. You're framing this as if Antifa is a
6 group or an organization and it is not. It's
7 literally people coming together spontaneously
8 against fascism or what we perceive as fascism.
9 Others may not agree. But to me, yeah, is there
10 an association of black with antifascism? I think
11 there is.
12 Q Okay. So then you agree that, whether you
13 agree or not, that it's an organized -- that it's
14 an organization, you agree that people who
15 associate with the sentiments affiliated with
16 Antifa dress in black?
17 A At times, yes. There may be calls for
18 that. Sometimes it's called that we want to
19 represent as a block and it could be called as a
20 specific color. It's not always black.
21 Q Have you ever received any calls to dress
22 in a particular color for a particular event?
23 A I've had calls to do a pink block.
24 Q When did you receive calls to do a pink
25 block?

93

1    A  In San Francisco.
2    Q  And was that for -- I guess what was that
3  affiliated with?
4    A  Again, that was affiliated with Occupy in
5  San Francisco, which is separate from Occupy in
6  Oakland.
7        THE VIDEOGRAPHER:  We are going off the
8  record.  The time is 11:21 a.m.
9        (A recess was taken.)
10       THE VIDEOGRAPHER:  We are going back on
11  the record.  The time is 11:34 a.m.
12  BY MS. HOFFMAN:
13   Q  Mx. Townley, regarding the group that you
14  met with in the -- outside of the tennis courts of
15  the apartment complex, did any of them have signs?
16   A  I don't recall.
17   Q  Okay.  And I believe before the break you
18  provided testimony that someone in the group that
19  you were with received a text message?
20   A  I believe that's how they got the
21  information they had, yes.
22   Q  Okay.  And you don't know the name of the
23  person who received the text message, correct?
24   A  I do not.
25   Q  Was it a male or a female?

94

1    A  I am unsure.
2    Q  Okay.  And what did the person in the
3  group receiving the text message report?
4    A  My understanding is they reported that
5  there was a group of Black Lives Matter-affiliated
6  protesters that were being surrounded and harassed
7  and were really concerned about being victims of
8  violence.
9    Q  So was it your understanding that the --
10  this -- these other individuals who are texting
11  the person you're with are affiliated with a
12  different group?
13   A  They were probably there on their own
14  capacity.  I don't -- I don't -- I have no idea
15  about people's affiliations.
16   Q  Okay.  Do you know anyone who was part of
17  that group?
18   A  I don't.
19   Q  Okay.  Did they specifically indicate
20  through this text message how they believed they
21  were being bullied or harassed?
22   A  I have no knowledge of the specific text
23  message itself.  All I've heard was the call out
24  of, hey, there's some people in there that would
25  really appreciate some help getting out.

95

1    Q  Okay.  And it was your understanding that
2  that text message led to the group's decision to
3  go and try and help out this other group?
4    A  That is my understanding, yes.
5    Q  Okay.  Do you have any police training?
6    A  I don't, no.
7    Q  Do you know if anyone in the group with
8  you had any police training?
9    A  I don't.
10   Q  Okay.  So you would admit that you're not
11  really qualified to extricate one group from a
12  larger more hostile group?
13   A  I'm unsure what qualifications would be
14  necessary to form a line that protect those people
15  while we backed out of there.  Because that was
16  our plan, which is exactly what we did on our way
17  out when we were attacked.
18   Q  Do you have experience performing similar
19  procedures in the past?
20   A  I have experience forming a line with
21  people locked arms and moving backwards as a
22  group, not a ton, no.
23   Q  Okay.  And to be clear, when I ask about
24  prior experience, I'm talking about do you have
25  experience extricating one group of one ideology

96

1  from a larger group of a different ideology where
2  there's tension?
3    A  No, I would presume that is the police's
4  job.
5    Q  Did you call 911?
6    A  Did I call 911?  I did not call 911.  This
7  was happening in front of the police station.
8    Q  Okay.  But my question is you're -- you're
9  receiving information through text message about a
10  group at a different location is concerned for
11  their physical safety?
12   A  Right.
13   Q  Did you call 911 to report that?
14   A  No, I did not.
15   Q  Did anyone else from your group, to your
16  knowledge, call 911 to report that?
17   A  Not to my knowledge, but, again, I can't
18  speak to other people -- I did not witness that.
19   Q  Okay.  So you didn't see anybody pick up
20  their phone and say, hi, I'd like to report a
21  situation?
22   A  Correct.
23   Q  Okay.  So from the group's location
24  outside of the tennis courts at the apartment
25  complex, why don't you walk me through where the

97

1  group is going next?
2      A  Okay.  So we cross through -- there is
3  a -- a prairied area where there's railroad
4  tracks, and a -- there's a footpath.  So -- and we
5  crossed that area which takes you right into that
6  street that curves in front of the police station.
7      Q  Okay.  And then you come upon the police
8  station, correct?
9      A  Correct.
10      Q  How many people are assembled outside of
11  the police station?
12      A  Several hundred, I would presume.
13      Q  And do you have an understanding of what
14  groups -- like affiliated groups that are present
15  within the group outside of the police station?
16      A  I'm not sure I understand your question.
17      Q  Sure.  Did you have an understanding that
18  the Proud Boys were present outside of the police
19  station?
20      A  Yes.
21      Q  Okay.  And what is the basis of your
22  understanding?
23      A  They're pretty loud and proud about it.
24      Q  Were they dressed in a particular way?
25  Were they wearing shirts that say Proud Boys on

98

1  them?
2      A  They tend to wear -- yeah, they -- or, you
3  know, they wear their -- their red MAGA hats or
4  various other ways to identify themselves as being
5  in a group.  A lot of them may wear either blue
6  line flagged memorabilia or face masks that either
7  include, like, flags or skulls.  They're really
8  big on the skull.  Punisher skull iconography,
9  other sorts of things.  That and Huey Louie is
10  just actually well known because he never shuts
11  up.
12      Q  And do the Three Percenters dress in a
13  different way?
14      A  There's a lot of overlap.  My
15  understanding -- I didn't know specifically
16  which -- which militia groups are there.  I know
17  that there were members that were people there
18  that were affiliated with those groups.  Some of
19  the Three Percenters are identified usually by
20  having 13 stars and a Roman numeral three.
21      Q  Do you believe the Proud Boys are a
22  fascist organization?
23      A  Yes.
24      Q  Why?
25      A  Because they meet all of the hallmark

99

1  definitions of a fascist organization.  They are
2  misogynistic, they are racist, they are -- as they
3  call themselves, euro chauvinists, which is really
4  just the latest euphemism for white supremacist.
5  That and after Enrique, who -- their leader, has
6  been arrested, other members in the group that
7  were standing up decided to just say outright,
8  like, no, we're white supremacists, anything we've
9  ever said to the country was just a ruse.  This is
10  exactly what we are and who we are.  So I'm
11  telling you from their own notes who they believe
12  they are.  Take them at face value.
13      Q  Towards the earlier part of your answer
14  you mentioned that the group -- and I'm
15  paraphrasing -- that they -- something to the
16  effect like they bear all the hallmarks of a
17  fascist organization.
18          Where are you getting the hallmarks of
19  fascism from?
20      A  I can't cite the name of authors, but
21  honestly most of them come from like the UN,
22  people who have written about organizations
23  similar to theirs in the past and their past
24  atrocities.
25      Q  Sorry, did you say the UN?

100

1      A  People associated with the UN, yes.
2      Q  Okay.  The United Nations?
3      A  Correct.
4      Q  Okay.  And anyone in particular that you
5  can call -- recall writing on behalf of the UN
6  regarding fascism or any in particular articles
7  you recall?
8      A  If you want authors' names and titles,
9  that's something I would have to provide off the
10  record today because I don't have that in my
11  brain.
12      Q  Okay.  Do you believe the Three Percenters
13  organization is also a fascist organization?
14      A  I believe, again, that they -- they --
15  they definitely fall -- in both cases they would
16  fall under authoritarian organizations that are
17  dangerous to minorities.  They are white
18  supremacists, they are misogynistic, deeply
19  homophobic, and extremely violent.
20      Q  In addition to people you thought were
21  affiliated with the Proud Boys or the Three
22  Percenters based on how they were equipped and
23  attired or based on the fact that they're Louie
24  Huey or Huey Louie who you were previously aware
25  of.  There's just people in the crowd who were

**101**

1 just there to support law enforcement, correct?
2    A Yes.
3    Q Okay. Do you believe people who were just
4 there to support law enforcement are also
5 fascists?
6    A No, I don't.
7    Q Okay. In terms of, like, percentages,
8 and, again, this is an estimate to the extent you
9 can supply it -- what percentage of the crowd in
10 front of the police station do you believe were
11 affiliated with Proud Boys and/or Three
12 Percenters?
13    A I can't speculate as to a percentage. I
14 really can't say. I won't -- I won't characterize
15 the majority of people as fitting in that
16 description, no.
17    Q Okay. Is it fair to say that they were a
18 smaller subset within the larger Back the Blue
19 rally?
20    A As far as numbers go, I would say yes. As
21 far as the energy they brought to the situation,
22 no, they were definitely the ones making --
23 being -- being the most noticeable, being the ones
24 to come up and get in people's faces. I -- I had
25 some great conversations with other people from my

**102**

1 city that were there in support of the police. We
2 were able to discuss things from different
3 perspectives, and we were actually starting to
4 find understandings happening here, and as that's
5 going on, these guys would literally come and
6 stand between us and try to start fights.
7    Q Okay. So they're -- they're the loudest
8 is what I'm getting at?
9    A Absolutely.
10    Q Okay. So how -- how long are you outside
11 the police station?
12    A I'm not really sure. My sense of time is
13 kind of a blur. I know that we went out to the
14 front of the police station, we were there for a
15 little while before we started to gather up people
16 and try to back our way out. I really can't
17 estimate the amount of time. I really don't know.
18    Q And there's no violence taking place
19 outside of the police station?
20    A Not immediately that I saw. I saw a ton
21 of provocation and had people trying to provoke me
22 right -- literally standing to my chest and
23 screaming in my face, trying to provoke me into a
24 fight, which I was not going to give them.
25      I saw other people in similar situations,

**103**

1 I can't speak to -- I know there may have been
2 fights further down. I didn't really witness what
3 was going on with that. From my perspective, we
4 were backing -- like they were being really
5 hostile trying to provoke a fight; we were trying
6 to leave at that point.
7    Q Okay. But you didn't witness any acts of
8 physical violence, i.e., a punch, a slap, a kick,
9 outside of the police station?
10    A No, I witnessed a lot of bearing down
11 upon. A lot of very intimidating, getting in
12 people's spaces, I'm not -- you know, I mean,
13 people laid hands on me. If you want to call
14 people putting their hand on me and trying to
15 shake me around, trying to rile me up to be an
16 assault, that was happening. That did happen.
17    But, again, these are all the things I consider to
18 be attempts at provocation, attempts to get us to
19 start swinging back.
20    Q And did you report any of the acts that
21 you say -- any of the provocative acts that
22 occurred outside of the police station?
23    A At that time, immediately?
24    Q Correct.
25    A No. No. We were in front of a police

**104**

1 station. I figured whatever I could see, law
2 enforcement officers should also be able to see.
3 It was kind of plain as day, right?
4    Q Okay. But you had your phone on your
5 person, correct?
6    A I had it in my pocket, yes.
7    Q Okay. And you never took out your phone
8 and called the police to report anything that you
9 thought was provocative?
10    A Right, I did not call the police during
11 a -- while members of a pro-police protest were
12 acting violent in front of a police station, no, I
13 did not turn to the police for help in that
14 situation.
15    Q Okay. And you indicated having some good
16 conversations?
17    A I did.
18    Q Okay. Am I understanding, in terms of the
19 time frame, that you get there, and is that more
20 when the good conversations are taking place, and
21 at some point in time you feel like you're
22 starting to --
23    A In front of the police station, yeah.
24 Like, I -- again, I wasn't aware of who it was
25 that -- people were trying to get out. I had just

105

1  sort of stopped where I was. I ended up talking
2  with some people -- you know, like, there are
3  people shouting. It's loud. Just talking loudly
4  back. And then kind of brought those
5  conversations down, because it was like a lot of
6  assumptions being thrown from both sides, and I
7  think it was good for people to be like, hey, hey,
8  that assumption is not right, can we talk about
9  that? Let's talk about where I actually stand on
10 that. Where do you really stand on this? And
11 then actually having conversations about these
12 things, because it's an important issue for our
13 town. However, these other people that were
14 there, the loudest ones, were making that kind of
15 process impossible.
16   Q  How many, I guess, good productive
17 conversations -- I understand that they were
18 difficult because there's, you know, a loud volume
19 in the background, but approximately how many
20 good, productive conversations are you having?
21   A  I think about three. And maybe four if we
22 include -- there was a gentleman. He was an
23 elderly vet in a wheelchair. And him having
24 something to say got a lot of us to just be like,
25 shush, get everybody to shut up. Let's listen to

106

1  what this person has to say.
2       So, I mean, there was -- there was
3  definitely dialogue happening that I think was
4  important dialogue between people who don't
5  necessarily see eye to eye but probably could.
6  And I just see that those efforts were being,
7  like, directly sabotaged by the people who either
8  are directly affiliated with these groups or just
9  sent -- you know, sympathetic with them.
10   Q  Okay. And where -- did you see police
11 officers at that time?
12   A  I didn't really see a whole lot of police
13 officers, to be honest.
14   Q  Okay. And how do you end up leaving the
15 area of the police station?
16   A  We ended up leaving -- I know at one point
17 in time I had a couple of people come up -- like
18 while I was having those conversations, literally
19 get in between. And I had a couple of people
20 flanking me all like very -- very threateningly.
21 I gave a hand signal above the head -- tap-tap.
22 Other people saw it. There was the slow kind of
23 gathering up, and then we started to walk back,
24 and they started to follow us. As we were being
25 followed, we turned because we didn't want to walk

107

1  out with our backs turned to these people. And
2  ended up gathering together in a line as they were
3  pushing further and further onto us. Like we had
4  every intention to leave that place. That's what
5  we were doing.
6       They continued to follow us threatening,
7  throwing all kinds of homophobic and hateful
8  slurs. And then, once we got up, like, towards
9  where that meadowed area was with the path, the
10 walk path, and the tracks, there's a drainage
11 ditch that was there. And then I looked back
12 because I saw it as we were being backed up. And
13 I was, like, I know where this is going, and it
14 was right there where I got shoved into it.
15   Q  Approximately how long do you guys walk
16 from the police station before you end up at the
17 open -- I'm going to call it like the open air
18 area that has the ditch. Approximately how long
19 of a distanced is it between those two places?
20   A  Maybe -- maybe an eighth of a mile. I
21 don't know. It's not that far.
22   Q  Okay. So you throw up the hand signal
23 while you're at the police station when you start
24 to feel uncomfortable which was the signal that
25 had been agreed upon previously by the group

108

1  outside of the tennis courts?
2   A  Yes.
3   Q  Okay. And it seems like the group sees
4  your hand signal, and so the group gets together
5  and tries to leave the area?
6   A  Correct.
7   Q  Okay. And then is it everybody who was at
8  the rally starts to follow you or just a portion
9  of that?
10   A  I'm unsure. I would probably say some
11 portion. I -- I can't speak to where everybody
12 got to. I don't know who everybody is. Like I --
13   Q  Okay. Did you see the people you were
14 having the good conversations with outside of the
15 police station walking behind you along the
16 street?
17   A  No. The good conversations I had with
18 people who we disagreed with each other, right,
19 they were not walking with us when we were being
20 backed out. I don't consider them to have been
21 either beside or behind us or ahead of us or in
22 any way in that group. What I'm getting at is
23 there are people there who, you know, I would not
24 consider to be threatening or involved in this
25 threat just because they support the police.

109

1 Like -- you know, I think as a society, we -- most
2 people would agree that police is something that
3 we need. But they also need to be trustworthy and
4 we need to feel safe and trustworthy with our
5 police, right?
6    There's other people who already feel that
7 way, there's some of us who don't. Those people
8 who feel that way, they're not my enemy. We have
9 things to talk about, but they're not my enemy.
10 The people who wanted to follow us out and were
11 insistent that that day end in violence, are not
12 the kind of people I want to be associated with.
13 But people in my neighborhoods, people in my town
14 that disagree with me are absolutely the kind of
15 people I want to be having conversations with.
16   Q   Okay. And I noticed you used the phrase
17 not my enemy in terms of describing just people
18 who maybe have a general -- you know, view police
19 in general differently.
20      But would you characterize Three
21 Percenters or Proud Boys at your enemy?
22   A   I would consider anybody who wishes to see
23 trans people, black people, queer people,
24 minorities in general face violence or
25 marginalization to be enemies of freedom in

110

1 general, so yeah, they would be my enemy in that
2 sense.
3    Q   Okay. And you mentioned that as your
4 group is walking away and a contingent of the
5 crowd is following after you, that there's -- it
6 seems like some taunts being thrown at you and
7 your group.
8    A   Oh, they were straight up telling us that
9 they're going to beat the crap out of us.
10   Q   Okay. And what are you saying in response
11 to that?
12   A   I'm saying, like, we're leaving. I'm on
13 my way out of here. We're leaving. That's what
14 I'm saying in response to this. Like -- I'm like,
15 we're not fighting. We're leaving. Leave us
16 alone. That's what I'm saying in this situation.
17   Q   And what kind of things are you hearing
18 from other members of your group?
19   A   I don't know. Fairly the same. I mean,
20 we're largely not having a lot to say back to
21 these people. I mean, what do you say to slurs
22 and hate like that besides just -- okay, you're
23 good, right? Are you good? Are you good? Let's
24 get out of here. Like our focus is on each other,
25 keeping each other safe. Our focus isn't on how

111

1 like -- owning the other side with like, you know,
2 a hot take.
3    Q   And I believe you indicated in a previous
4 response when you end up in the open area, does
5 somebody push you into the ditch? Was that your
6 testimony?
7    A   Correct.
8    Q   Okay. Do you know who pushed you into the
9 ditch?
10   A   I believe his name was Brian.
11   Q   Do you know Brian's last name?
12   A   Was it -- I'm not 100 percent sure. Is it
13 Garcia?
14   Q   Is it Wooley?
15   A   Wooley.
16   Q   Brian Wooley?
17   A   Yes.
18   Q   Okay. What did Brian Wooley look like?
19   A   He was large, he was white. I don't --
20 his hair was sort of not dark, maybe like brownish
21 or whitish. I don't remember. He's a big
22 biker-looking dude.
23   Q   And what happens once you're in the ditch?
24   A   Once I'm in the ditch, he got on top of
25 me. He straddled on top of me. I tried to wiggle

112

1 out. I wasn't -- wasn't really able to because
2 other people came from both sides. Somebody
3 grabbed my feet, somebody else came in and kneeled
4 up on the side so I couldn't get out. Someone
5 came on the other side, and then there was someone
6 who came up near my head. So that -- Brian had
7 complete -- yeah, he was on -- yeah. And then
8 he started to just whale on me.
9    Q   And by whale, are you -- is he punching
10 you or is he hitting you in some other way.
11 Slaps, scrapes?
12   A   Punches, slaps, whatever way he could get
13 in. I'm doing my best to just block and protect
14 my head as much as I could. I -- then at one
15 point he said, I'm going to fucking kill you, and
16 he put his hands around my throat and started to
17 strangle me, and my thoughts at that point were
18 don't lose consciousness because he probably will.
19 And I managed to roll and get my arm between his
20 arms and break his grip on my throat. But then he
21 was just continuing to pound on me, and the only
22 thing I could do was block and try to get jabs
23 back in. But, again, I was in a really -- really
24 crappy position.
25    Honestly, I thought if I lost

113

1 consciousness, I was going to die, and I couldn't
2 wait for it to just be over.
3    Q  So it seems like -- and I don't want to
4 put words in your mouth so correct me if I'm
5 wrong, that the primary aggressor is Brian Wooley;
6 although, it seems like maybe some other people
7 are holding you in place.  But the person who's
8 primarily striking you is Brian?
9    A  That's -- that's right.
10    Q  Okay.  Do you know for a fact whether
11 anybody else, other than Brian Wooley, struck your
12 person?
13    A  I don't know for a fact.
14    Q  Okay.  And fair to say in the ditch
15 it's some Proud Boys and Three Percenters as well
16 as some members of your contingent?
17    A  I think that would be fair.
18    Q  Okay.  How do you end up getting out of
19 the ditch?
20    A  The police showed up.
21    Q  Okay.  And when the police showed up, you
22 were already out of the ditch, right?
23    A  When the police -- my understanding is as
24 the police were walking up is when the attackers
25 rised up out of the ditch.  And at that point in

114

1 time I believe Anna and another person there -- I
2 don't know who -- had pulled me up out of the
3 ditch.
4       Again, my -- my recollections of that
5 period were so scrambled that immediately
6 afterwards I had thought the police had pulled me
7 out of the ditch, which is clearly not what
8 occurred.
9    Q  Okay.  So it's your understanding, as you
10 sit here today, that Anna helped pull you out of
11 the ditch?
12    A  Right.
13    Q  Okay.  And from -- once you leave the
14 ditch, you go to a grassy area behind a fence?
15    A  Right.  A little bit -- a little bit --
16 from what I saw from the video, I was -- she took
17 me a little bit away from the ditch so she could
18 check me out and see if I was okay.  And at that
19 point is when police had walked up to the scene.
20    Q  And do you have an independent memory of
21 the events that happened in the ditch and what
22 happened after you were pulled out of the ditch,
23 or is your memory largely informed by your review
24 of video?
25    A  My memory between leaving the ditch and

115

1 being walked by the police back to the police
2 station is only from reviewing video because it
3 was so completely scrambled from being punched in
4 the head at least 25 times.
5    Q  Sorry, so your -- your memory of being
6 pulled from the ditch to the grassy area behind
7 the fence, that is informed by video because you
8 do not have an independent memory of that or
9 just --
10    A  My independent memories of that are a
11 blur.
12    Q  Okay.
13    A  Because I had basic facts about that
14 situation wrong immediately after that situation.
15    Q  Okay.  And how did you learn that your
16 facts were wrong?
17    A  Because I said to Anna about --
18 afterwards, I was like, man, the police pulled me
19 out.  It was so weird, police pulled me out of the
20 ditch -- dude, I pulled you out of that ditch.
21 And then, when I saw the video, it's like clearly
22 that's what happened.  Like just -- yeah, like I
23 was not processing sense input properly at that
24 point in time.  I had been hit so hard, I got déjà
25 vu several times in that ditch.  And then coming

116

1 out of it, like I simply just -- I don't have a
2 clear recollection of those moments.
3       I do remember being taken by the police.
4 I remember telling them that I had no interest in
5 resisting, and asked if they could let up on their
6 wrist hold a little bit, which the officer did
7 comply with.  He did grant me, so --
8    Q  Let's see.  Any other facts you think you
9 had wrong other than who pulled you out of the
10 ditch?
11    A  No.  I mean, there wasn't a lot of major
12 facts to that situation besides I got shoved by
13 Brian Wooley into the ditch.  He got on top of me,
14 beat the snot out of me while several other people
15 prevented me from being able to wiggle out from
16 under him.  And then I was extracted from the
17 ditch.  And then while being checked out by Anna
18 and another person, the police officer came over
19 and said I was under arrest.
20    Q  Did you, at any point in time while you
21 were in the ditch, did you throw any punches or
22 any strikes?
23    A  From the ground?  Yeah.
24    Q  Okay.
25    A  I was blocking, and then when I had

117

1 opportunities, I'd throw a punch back. Like, I
2 absolutely tried to defend myself in that
3 situation.
4    Q   So you'd admit you were in a fight, you
5 just were --
6    A   I don't admit that I was in a fight, I was
7 attacked, and I was defending myself to the best
8 of my ability, given the situation.
9    Q   Okay.  Are you aware if you injured Brian
10 Wooley?
11    A   I am not aware if I did or not.
12    Q   And specifically how were you striking out
13 in self-defense?  Punches, kicks, jabs?
14    A   Well, my legs -- my legs were pinned while
15 someone held my ankles and Brian kneeled on me.
16 All right?  So he is kneeling on me punching down
17 at me who has nowhere to go, just my hands free to
18 protect my face.  Of course I'm going to try to
19 throw punches back.
20    Q   Okay.
21    A   Absolutely.
22    Q   Okay.  I'm going to show you a video which
23 I'm not going to introduce as an exhibit.  It's
24 Bate's labeled Townley-00039.  And I'm going to
25 start up the video at 1 minute and 30 seconds.  So

118

1 just bear with me while I share my screen.
2    A   Sure.
3    Q   Okay.  Do you see the video on your
4 screen?
5    A   No, I see your file manager.
6    Q   Okay.
7       (Video played.)
8    Q   Do you have sound?
9    A   I do.
10    Q   Okay.  Backing up to 1:30.  Just bear with
11 me.
12       (Video played.)
13    Q   That's you seated on the ground, correct?
14    A   Correct.
15    Q   Okay.  And is Anna Kruger the individual
16 in all black including the black hood and black
17 face mask next to you?
18    A   In center -- in center screen there, yes.
19    Q   Okay.  And the other individuals around
20 you, is it your testimony that you don't know who
21 any of those individuals are?
22    A   Correct.
23       (Video played.)
24    Q   Okay.  And did you hear Anna Kruger tell
25 police officers several times we don't need you,

119

1 we have medics.  We are fine, bye.
2    A   I think that's clearly audible in the
3 video, yeah.
4    Q   Okay.  And you didn't contest that in real
5 time, correct?
6    A   What do you mean?
7    Q   You didn't do anything to say, no, Ana --
8 or Anna, sorry -- we do need the police?
9    A   No, I did not.
10    Q   Okay.  And it's after this point that you
11 are arrested, correct?
12    A   I believe so, yes.
13    Q   Did you see Anna Kruger get arrested?
14    A   I did.
15    Q   And did you see her turn from police and
16 try and go the other way?
17    A   I don't.  I was already under arrest and
18 being escorted back towards the police station at
19 the time I saw Anna get arrested in my peripheral
20 vision.
21    Q   Understood.  Okay.
22       I believe you previously indicated that
23 you had not -- you weren't familiar with
24 Mr. DeLeon so you did not see his arrest, correct?
25    A   I didn't, no.

120

1    Q   You're aware that there were other members
2 of your group who were not arrested, correct?
3    A   I am aware that there were people there
4 that were not arrested, correct.
5    Q   Okay.  That they left the scene and went
6 back home?
7    A   Correct.
8    Q   Are you alleging that the police worked
9 with members of pro-police organizations regarding
10 your arrest?
11    A   I'm not sure how to -- they definitely
12 seemed -- from my perspective, us getting arrested
13 while our attackers went home that day while the
14 guy who was on me just beating me, yeah, I would
15 say that seems to me at least that -- that they
16 were pretty friendly.  I mean, it --
17    Q   Is there anything else that you believe
18 supports your contention that police were working
19 with members of pro-police organizations regarding
20 your arrest other than the fact that you were
21 arrested and Brian Wooley was not arrested on
22 scene?
23    A   I defer to my counsel for that.  I
24 understand that there's exhibits that they may
25 have for that I personally don't have.

121

1    Q  Okay.  But I'm asking you.  And so your
2  only basis for believing that police officers were
3  working with members of pro-police organizations
4  regarding your arrest is the fact that you were
5  arrested and Brian Wooley was not?
6    **A  That would not be accurate.  I also come**
7  **to that conclusion via watching the videos,**
8  **watching the way police interact with these other**
9  **people.  The friendly nature they're there, and**
10 **the fact that they had to have coordinated to some**
11 **degree just to set that event up.**
12   Q  Okay.  Let's break that down a little bit.
13   You're aware that Brian Wooley was
14 arrested and charged for his actions respecting
15 you, correct?
16   **A  I am not aware until recently that that**
17 **was the case.  My understanding is that there was**
18 **a warrant that was issued for him after the fact,**
19 **but he was allowed to go home that day.  Every**
20 **single person who had attacked us in that ditch**
21 **was allowed to go home that day.**
22   Q  Okay.  But at some point in time, you've
23 been made aware of the fact that Brian Wooley was
24 criminally charged for his actions on August 8,
25 2020?

122

1      MR. SCHWAB:  I'm going to object.  Asked
2  and answered.
3    Q  You can answer the question.
4      THE WITNESS:  Sorry, what was that, Milo?
5      MR. SCHWAB:  I was stating an objection
6  that Ms. Hoffman has already asked that question.
7  You've already answered it, but you can answer
8  once more.
9      THE WITNESS:  Repeat the question.
10     MS. HOFFMAN:  Rob, do you mind repeating
11 the question.
12     (The Reporter read the record as follows:
13 Question:  But at some point in time, you've been
14 made aware of the fact that Brian Wooley was
15 criminally charged for his actions on August 8,
16 2020?)
17   **A  Yes.**
18   Q  Did you participate in his criminal
19 prosecution?
20   **A  I did not.**
21   Q  And is that because you were not aware of
22 certain events in his criminal prosecution, or is
23 that because you chose to not participate in his
24 criminal prosecution?
25   **A  I was not aware.**

123

1    Q  Have you brought any actions in tort
2  against Brian Wooley?
3    **A  I have not.**
4    Q  Are you planning to?
5    **A  I have no plans.**
6    Q  So you're not interested in bringing a
7  lawsuit directly against the individual that you
8  allege assaulted you?
9    **A  I did not state that.  I said I don't have**
10 **any plans to.**
11   Q  Okay.  And are you aware that other
12 individuals potentially affiliated with the Three
13 Percenters or the Proud Boys who were also in the
14 open area and involved in the physical altercation
15 in the ditch were also criminally charged for
16 their actions on August 8, 2020?
17   **A  I'm not aware of that.**
18   Q  So your -- your only awareness is with
19 respect to Brian Wooley?
20   **A  I am aware that there was another**
21 **gentleman who was issued a citation for criminal**
22 **tampering, but that was -- I don't consider that**
23 **to be, you know, associated with my case.**
24   Q  Okay.  But you have an understanding that
25 that individual was criminally charged for other

124

1  actions taken on August 8, 2020?
2    **A  Correct.**
3    Q  Okay.  So going back to my original
4  question as to the basis for your belief that
5  officers worked with members of pro-police
6  organizations respecting your arrest, you
7  indicated that it was -- your conclusion based on
8  the body-worn camera by the way police interacted,
9  they must have coordinated?
10   **A  I mean, yeah, there's also a pattern of**
11 **this in other locations and cities and states**
12 **around the U.S.**
13   Q  Okay.  And what pattern is that?
14   **A  Literally a pattern of coordinating with**
15 **police where the police will either make**
16 **themselves scarce at the time these other groups**
17 **plan to commit violence.  There's actual -- been**
18 **videos in other cities of police literally having**
19 **conversations with these people saying, okay,**
20 **we're going to pull out, you guys do your thing,**
21 **and then we'll come in afterwards.**
22   **So, I mean, it's not just solely based on**
23 **what happened in that situation.  But, yeah, it**
24 **definitely gave me a strong impression that that**
25 **was a really unfair way to address things**

125

1 especially when those people all just got tickets
2 and just went home.
3    Q   And the patterns you're talking about in
4 other jurisdictions, what other jurisdictions are
5 you talking about?
6    A   I can't tell you specifically.
7    Q   And what dates did that occur?
8    A   I can't tell you specifically.  This is
9 stuff you see in the media.
10   Q   Okay.  And what media did you learn that
11 from?
12   A   I don't know specifically.  I don't know
13 who dumps videos to where.
14   Q   Okay.  And the -- the pattern you're
15 talking about with respect to other jurisdictions,
16 you're not talking about past specific incidents
17 regarding Fort Collins, correct?
18   A   Correct.
19   Q   Okay.  Regarding your conclusion they must
20 have coordinated, that's a guess?
21   A   It seems like a well-reasoned -- it's a
22 presumption.
23   Q   A presumption based on what?
24   A   Based on my own experience.
25   Q   Okay.  And how did you see police officers

126

1 and members of pro-police organizations to have
2 coordinated?
3    A   How have I seen it personally myself?  I
4 saw them, again, make themselves scarce while
5 their -- while those other groups do their -- do
6 their duty.  And then show up right -- right after
7 they're done, let them all go home, and then
8 arrest the victims.  I mean, I don't know how else
9 to interpret the situation.  I was arrested for --
10 to me is -- for being a victim of a hate crime.
11 So I'm very confused about this whole thing,
12 right.  So from my perspective, I'm like how does
13 that happen unless these guys are buddies.  I
14 mean --
15   Q   At any point in time, while you allege the
16 pro-police organization were backing you and your
17 group into the open space, did you ever pull out
18 your phone and call 911?
19   A   No, I didn't pull out my phone and call
20 911.
21   Q   Okay.  Did you see any members of your
22 group pull out their phone and call 911?
23   A   No, we did not.  I did not see anybody in
24 the group pull out their phone and call 911.
25   Q   And when you're in the open space area,

127

1 did you pull out your phone and call 911?
2    A   Ma'am, with all due respect, we had
3 people -- I had a large man at my chest walking me
4 back.  I couldn't reach to anything without that
5 probably being taken as a reason for them to start
6 pummelling on me.  No, I did not reach for
7 anything on my person.  All I did was try to get
8 myself out of that situation in one piece.
9    Q   Okay.  Do you know specifically which
10 police officers coordinated which -- with which
11 members of the pro-police crowd?
12   A   I personally do not.
13   Q   Do you know specifically when that
14 occurred?
15   A   I do not.
16   Q   Do you know how many times that occurred?
17   A   I do not.
18   Q   Do you know if that was done through words
19 or conduct?
20   A   I have no idea.
21   Q   In any of your interactions with police
22 officers, did any of them negatively comment on
23 the fact that you were appearing at the protest in
24 a non-pro-police-supportive role?
25   A   To me directly where I could hear it, no.

128

1    Q   You would agree with me that the officers
2 were professional in their interactions with you
3 following your arrest?
4    A   I would agree that that is the case.
5    Q   Okay.  You would agree with me that police
6 officers walked you back to the area of the police
7 station from the grassy area, correct?
8    A   Yes.
9    Q   Okay.  And that's about a two-minute walk?
10   A   If you say so.
11   Q   Okay.  And during that walk, you indicate
12 I'm not going to -- I'm not going to resist
13 arrest?
14   A   Right.
15   Q   And police officers several times thanked
16 you for cooperating with them?
17   A   I mean, I don't recall if that's the case,
18 but probably.
19   Q   And you reported injuries to officers?
20   A   I did.
21   Q   Okay.  And they called you an ambulance?
22   A   They did.
23   Q   And they directed the ambulance personnel
24 to come over to where you were seated?
25   A   I was.  They did come to me, yes.

**129**

1    Q   Okay.  And tell me about your conversation
2  on scene with the EMTs.
3    A   Sure.  My conversation on scene with the
4  EMTs, they were evaluating me for a concussion,
5  which I'm sure I had.  They were asking me do you
6  want to go to the ER.  And my thoughts on that was
7  I probably should, but also I didn't want to be in
8  jail till Monday, so I said no.
9    Q   I'm not sure I understand that.  What was
10  your thought process in terms of if you went to
11  the ER, you'd be in jail till Monday?
12    A   Well, it was a Saturday.  I figured if I
13  went to the ER, that I'm going to spend Sunday at
14  the jail until I can get the bondsman on Monday to
15  get out.
16    Q   Okay.  Did any of the EMTs you talked to
17  recommend that you needed to go to the ER?
18    A   They didn't insist that I needed to, they
19  did recommend it.
20    Q   Okay.  And after you met with the EMTs,
21  they cleared you?
22    A   I don't know what that means.
23    Q   After you spoke with the EMTs, did they
24  perform -- I guess did the EMTs perform any sort
25  of like medical tests on you in their checkup on

**130**

1  scene?
2    A   Yeah.  I mean, they -- they, you know,
3  checked pupil dilation and some, you know, basic
4  head trauma checks --
5    Q   Okay.
6    A   -- but no, I mean, it wasn't like an
7  extensive examination.
8    Q   Okay.  And they recommend but do not
9  insist that you get further medical treatment?
10    A   Yes.
11    Q   And then they leave?
12    A   That's my understanding.
13    Q   Okay.  Do you recall asking the officers
14  for water?
15    A   I asked the officer for water.
16    Q   And they gave you water?
17    A   They gave me my water, yes.
18    Q   And they even gave you a recommendation
19  that if you tilted your head up, it would be more
20  helpful given your hands were in the handcuffs,
21  correct?
22    A   I think so.  I don't --
23    Q   And do you recall if the officers
24  specifically directed you to a place with shade
25  because they were following your indication that

**131**

1  you were feeling faint?
2    A   I don't recall.  But -- yeah, I don't
3  recall.  I know we were in a back -- they brought
4  me to like a -- a parking lot area, like a chain
5  linked off parking lot area outside the police
6  station.  I do think that I was in a shaded area.
7  I wasn't cooking in the sun at that point.
8    Q   And you informed officers of the fact of
9  your transition, and they were respectful of that.
10    A   Yes, the officers that I interacted with
11  post my arrest were respectful to that.
12    Q   Your understanding is that you were
13  charged with one criminal offense of disorderly
14  conduct, correct?
15    A   I -- I understand that that is what I was
16  charged with, yes.
17    Q   Okay.  No other charges?
18    A   Correct.
19    Q   And is it your understanding that
20  disorderly conduct is a misdemeanor offense?
21    A   Yes.
22    Q   So following the officers kind of guiding
23  you to the shaded area where they search your
24  person, right?
25    A   Yes.

**132**

1    Q   And then the EMTs check you out, correct?
2    A   Correct.
3    Q   And then the EMTs leave?
4    A   Correct.
5    Q   And at some point in time, are you
6  transported to a detention center?
7    A   Yes.
8    Q   Okay.  How far away is the detention
9  center from where you were located?
10    A   I'm not 100 percent sure.  It's on the
11  other side of town.  And I was brought to Larimer
12  County, Larimer County Jail, I believe.
13    Q   And is this where you're booked?
14    A   I think so.
15    Q   Okay.  I know it's a -- I guess a criminal
16  procedure type term.  But this is where you enter
17  a building, you're asked a bunch of questions,
18  further searches are done, and ultimately you end
19  up in a cell?
20    A   Yeah, that was there.
21    Q   Okay.  Is this where you allege that
22  somebody grabbed your breast?
23    A   Yes.
24    Q   Okay.  And I know this was earlier, and so
25  I apologize if you previously stated it and I

133

1 missed it.
2     Do you know the individual who you allege
3 grabbed your breast?
4     **A I do not. I --**
5     Q Did that -- sorry.
6     **A Go on.**
7     Q If you were in the middle of a response,
8 that's fine.
9     **A I was going to say that I was asked, based**
10 **on my nonbinary gender, whether I wanted a male or**
11 **a female officer to pat search me. I remember**
12 **making a comment about, well, I'm boy below and**
13 **girl up top, so it doesn't really matter to me.**
14 **And then they assigned a male to pat search me,**
15 **and he grabbed my breast during the search.**
16     Q Okay. So it was in the context of
17 searching your person that the male officer
18 grabbed your breast?
19     **A Right.**
20     Q Okay. And you didn't see like a name tag
21 on that individual?
22     **A I did not look, no.**
23     Q Okay. Can you describe that individual's
24 uniform?
25     **A Yeah, it was a Fort Collins police**

134

1 **uniform. It's a police uniform.**
2     Q Okay. Do you recall the color?
3     **A I think dark blue.**
4     Q And these questions are important because
5 oftentimes in terms of booking it's not, in fact,
6 Fort Collins police officers who would perform
7 that search. It very possible that it's sheriff's
8 officers who would be performing that search which
9 would be an entirely different legal entity.
10 That's why I'm asking the questions that I'm
11 asking.
12     **A And I would not be able to establish for**
13 **you one way or the other. It's -- that's beyond**
14 **my knowledge.**
15     Q Okay. Do you recall what the other
16 individual looked like? I know you said he was
17 male. But like height? Weight? Race?
18     **A I really don't. I really don't.**
19     Q Okay. How long were you held?
20     **A I think I was released somewhere between 9**
21 **and 10 p.m. I think. So maybe four or five**
22 **hours.**
23     Q And how did you get back home?
24     **A My partner River at the time came and**
25 **picked me up.**

135

1     Q And what happened with your criminal
2 charge?
3     **A The charges were dismissed.**
4     Q Were they dismissed with a payment of
5 fines or any conditions, or is it your
6 understanding they were dismissed outright?
7     **A My understanding is they were dismissed**
8 **outright.**
9     Q How many times did you have to go to
10 court?
11     **A I think I personally had to appear once,**
12 **but I'm not sure how many times Milo -- Mr. Schwab**
13 **may have presented on my behalf.**
14     Q And the one time you went, do you have an
15 understanding for what event that was? Like were
16 you being arraigned?
17     **A I do not. I don't recall.**
18     Q At the time that you went to court
19 regarding your criminal matter, was it close in
20 time to your arrest?
21     **A I mean, it was within -- had to have been**
22 **within a month or two.**
23     Q And did counsel in this case, Milo Schwab,
24 also represent you in your criminal matter?
25     **A Yes.**

136

1     Q Did any other attorneys represent you
2 regarding your criminal matter?
3     **A Not that I'm aware of.**
4     Q I'm going to show you what I'd like to
5 have marked as Exhibit 1, which are your discovery
6 responses.
7     (Deposition Exhibit 1 was marked and was
8 attached to the transcript.)
9     Q Let me see if I can actually share my
10 screen this time.
11     Okay. Do you see the document on the
12 screen entitled: Plaintiff Townley's responses to
13 defendant's first set of interrogatories and
14 request for production of documents?
15     **A Yes.**
16     Q Okay. And are you familiar with this
17 document?
18     **A Uh-huh. Yes.**
19     Q Yes. Okay. So directing your attention,
20 I don't think there's page numbers, but to
21 interrogatory No. 23. So I'm going to jump down
22 quite a ways.
23     Okay. So directing your attention -- I
24 don't think there's page numbers. But to
25 interrogatory No. 23 which requests that you

137

1 please identify all of the pro-insurrectionists
2 who were the partners, allies, and/or colleagues
3 of the Fort Collins Police Department and/or the
4 individual defendants as identified in the
5 complaint. Please set forth each individual's
6 current name, address, and telephone number.
7     Did you see that? Did I read that
8 correctly?
9     **A Looks that way to me.**
10    Q Okay. And in response to that, you write,
11 Mx. Townley is unaware of the identities of many
12 of the pro-police individuals; however,
13 Mx. Townley does have knowledge about the
14 following individuals who engaged in violence in
15 support of police. And thereafter there's a list
16 of four individuals.
17    Do you see that?
18    **A I do.**
19    Q Okay. Now, we talked about the second
20 individual on the list, Brian Eugene Wooley,
21 that's the individual who you allege attacked you
22 in the ditch?
23    **A Right.**
24    Q Okay. The individual -- the first
25 individual, James Reitman, what is your knowledge

138

1 regarding Mr. Reitman's actions on August 8th,
2 2020?
3     **A I don't know who he is.**
4     Q You don't know who he is?
5     **A I don't personally know who -- who this**
6 **person is. So I don't -- maybe I do. I know -- I**
7 **know Brian Wooley, Louie Huey; but Mike Oropeza**
8 **and James Reitman, I would probably need -- yeah,**
9 **I'm not -- like those names I don't attach to**
10 **individuals on here. I don't personally know.**
11 **There may be evidence gathered after the fact that**
12 **could help support that, but I don't know.**
13    Q Okay. But you, as you sit here, don't
14 know what actions James Reitman took in support of
15 police, and you don't know what actions Michael
16 Anthony Oropeza --
17    **A Personally, no, I don't.**
18    Q Okay. Okay. I am going to move into your
19 damages. But do you want a quick five minute
20 break before I switch gears, Rob? Okay, anyone?
21 Great. Let's take a break.
22    THE VIDEOGRAPHER: We are going off the
23 record. The time is 12:37 p.m.
24    (A recess was taken.)
25    THE VIDEOGRAPHER: We are going back on

139

1 the record. The time is 12:47 p.m.
2 BY MS. HOFFMAN:
3     Q Okay. Mx. Townley, I have one or two
4 follow-up questions from what we were talking
5 about before the break, and then I'm going to kind
6 of move into discussing your damages.
7     Regarding the interaction that took place
8 in front of the police station, were you ever able
9 to locate the group that had sent the text message
10 to somebody else that was part of a medic group?
11    **A I am unsure.**
12    Q Okay.
13    **A I personally don't know if that group made**
14 **its way out with us. I'm not sure.**
15    Q Okay. And you cut out for a second. I
16 think I heard, you're not sure if that group made
17 its way out with us?
18    **A Correct.**
19    Q Okay. So you were not -- you described
20 something earlier about, like, taking people out
21 through a line. That's not something that
22 occurred in front of the police station with
23 respect to that other group?
24    **A As far as I know, there may have been**
25 **people from that group that were behind our line**

140

1 **while exiting. I just know that as we were trying**
2 **to leave, we took up the back, there were people**
3 **ahead of us. And then as the other group closed**
4 **in on us, we turned to face them and form the**
5 **line. The individuals and their names or who they**
6 **are, who -- like I'm unsure about. I'm not sure**
7 **if they were the original people or if they were**
8 **different groups of people or whatnot, but that**
9 **was part of -- that was going on during our exit.**
10    Q Okay. And I'm not sure I fully understood
11 that. It seems like you don't know who was part
12 of the other group and you don't know if that
13 other group left with your group or if they stayed
14 there. You don't know one way or another?
15    **A Correct.**
16    Q Okay. And I think you had mentioned
17 previously that that group may have indicated that
18 they were fine?
19    **A They might have.**
20    Q Okay.
21    **A Or at least that they didn't wish to leave**
22 **at the time that we got there.**
23    Q Okay.
24    **A I am not sure of those details.**
25    Q Understood. Okay. So I am first going to

141

1 ask you some questions regarding your damages,
2 specifically with respect to the physical damages
3 that you're alleging as part of this lawsuit.
4 And, again, I'm going to pull up your discovery
5 responses which are now marked as Exhibit 1. So
6 just give me a second to get that up and just get
7 to the right page. And I'll be directing your
8 attention to interrogatory No. 4.
9     Okay. So do you see your discovery
10 responses again on the screen now?
11   **A Yes, I do.**
12   Q Okay. So interrogatory No. 4 requests
13 that you identify any mental or physical injuries
14 sustained because of the events described in your
15 complaint or any subsequent amendments thereto and
16 provide a computation of all damages you are
17 claiming, including a detailed description of each
18 category of any damages sustained, the specific
19 monetary amount of damages claimed in each
20 category and the description of your method for
21 computing each category of damages.
22     Did I read that correctly?
23   **A Yes.**
24   Q Okay. And in response to that, I'm
25 looking at the second line of your response, you

142

1 indicate you suffered bruising, cuts, and a
2 concussion from the beating you sustained at the
3 hands of Brian Wooley and other far right
4 aggressors?
5   **A Correct.**
6   Q I realize there's additional text in that
7 response, and we'll get into that later.
8     Are you alleging that anyone, in addition
9 to Brian Wooley, caused bruising, cuts, or a
10 concussion?
11   **A I can't assert that. I don't know.**
12   Q Okay. Where, on your body, did you
13 receive bruising and cuts?
14   **A Primarily on my face and head.**
15   Q Okay. I'm going to jump over to another
16 document. It's some photographs that my office
17 received during discovery. They are Bates labeled
18 Townley 0001 through 00014. And I'm going to have
19 them entered as an exhibit, marked as Exhibit 2.
20     (Deposition Exhibit 2 was marked and was
21 attached to the transcript.)
22   Q Just bear with me as I jump over. And I'm
23 going to direct your attention to page 7.
24     Okay. Do you see a photograph on your
25 screen now?

143

1   **A Sure do.**
2   Q Okay. Is this you?
3   **A Yep.**
4   Q Okay. I'm just going to scroll through
5 the pictures. And I think how I'd like to handle
6 this, unless you tell me it doesn't work, is for
7 you to just walk me through as you're seeing the
8 photos of the injuries that you sustained on your
9 body?
10   **A Okay, well, I mean, I was punched many**
11 **times in the head. Up there. I didn't give him**
12 **that spot in order to prevent things from getting**
13 **broken. This is nail marks and finger marks from**
14 **where he choked me. I really wish I took a**
15 **picture the next day when it was much more**
16 **visible. Yeah, punching, bruising, scraping.**
17 **More scratches and bruising.**
18   Q That seems to be a closer-up, I think.
19     Okay. What arm is this? Right arm or
20 left arm?
21   **A I believe my -- I'm not sure if that's**
22 **mirrored or not, but I would say probably my left**
23 **arm.**
24   Q Okay. And what am I seeing on your left
25 arm?

144

1   **A You are seeing scrapes and bruising.**
2   Q And what is the tattoo?
3   **A That is a -- a friend of mine who does**
4 **abstract art got a -- just kind of freehanded on**
5 **my arm for a couple of hours.**
6   Q Very cool. Okay. Is this the same arm as
7 the last picture?
8   **A That would be my left arm.**
9   Q Okay. And is this the same arm marks
10 we're seeing in the picture with a different
11 angle?
12   **A I am not sure.**
13   Q Okay. And then is this like your
14 shoulder -- the back of your shoulder?
15   **A Yes.**
16   Q Sorry, was that a yes?
17   **A Yes.**
18   Q Okay. What shoulder?
19   **A That would be my left shoulder.**
20   Q And do you know what caused that?
21   **A I believe being pushed into a ditch.**
22   Q And is it your understanding that Brian
23 Wooley is the one who pushed you into the ditch?
24   **A That is my understanding that, yes,**
25 **directly him, he's the one who pushed me into the**

145

1  ditch.
2  Q  And I think that is it.
3     When were these photographs taken?
4  **A  They were taken when I got home that**
5  **night.**
6  Q  So they were taken later in the night on
7  August 8, 2020?
8  **A  Correct.**
9  Q  Who took the photos?
10 **A  River.**
11 Q  Did you ever take any other photos of your
12 injuries in addition to the ones we just looked at
13 on the screen together?
14 **A  I did not.**
15 Q  That was no?
16 **A  That was a no.  River took those pictures**
17 **that night, and that was the last pictures that we**
18 **took for it.**
19 Q  Were there any other injuries to your body
20 other than the ones that we looked at together
21 that were on your face, your neck, what you
22 believe to be your left arm, and your left
23 shoulder?  Anything else that you believe was
24 injured that we didn't look at and talk about just
25 now?

146

1  **A  No.**
2  Q  Okay.  You also indicated, if you recall,
3  when we looked at Exhibit 1, your discovery
4  responses, and specifically your response to
5  interrogatory No. 4 -- and I can put it back up on
6  the screen, if you'd like -- but you reported
7  having a concussion?
8  **A  Right.**
9  Q  What is the basis for your belief that you
10 had a concussion?
11 **A  My basis for belief that I had a**
12 **concussion is due to the symptoms that I was**
13 **having afterwards of dizziness, lightheadedness,**
14 **some nausea.  That's -- that is my -- that's my**
15 **assessment on that.**
16 Q  Did you ever seek any medical treatment
17 for any of these physical injuries?
18 **A  I did not, no.**
19 Q  Okay.  So how long did the symptoms of
20 dizziness, lightheadedness, and nausea last?
21 **A  Definitely through -- through the day.  I**
22 **mean -- I think, yeah, probably through the next**
23 **day.**
24 Q  So regarding that aspect of your physical
25 injury, those feelings, the feelings of dizziness,

147

1  lightheadedness, and nausea, those had dissipated
2  as of the next day, August 9, 2020?
3  **A  I believe so.  Largely, yeah.**
4  Q  And no one ever gave you any sort of
5  formal diagnoses that you had a concussion?
6  **A  That's correct.**
7  Q  Okay.  Regarding the other injuries that
8  we have talked about and we've looked at regarding
9  the photographs, so the bruising and the cut, how
10 long did those last?
11 **A  About a week or two.**
12 Q  And, I mean, I think we've all had
13 bruisings and cuts and know that, like, tenderness
14 that is associated with those kind of things.
15    Anything outside of kind of the usual
16 tenderness one experiences with a bruise or cut
17 that you experienced here?
18 **A  No.  I think most of the tenderness is**
19 **what you would expect from the blunt force**
20 **injuries like that.  I didn't experience anything**
21 **I would consider to be broken.**
22    **In all reality, yeah, I should have gotten**
23 **medical treatment for it, but in my mind, I'm like**
24 **what are they going to do for me besides give me a**
25 **big bill and send me home.**

148

1  Q  Okay.  So you did not have concerns for
2  like the long-term consequences of any of the
3  injuries you sustained on August --
4  **A  Well, yeah, I mean, not at first.  Yeah,**
5  **not at first.  So, yeah, that's the answer.  Not**
6  **at first.**
7  Q  And when you say "not at first," you
8  didn't seek medical treatment August 8th or any
9  date after that to the extent that that then
10 became a concern of yours?
11 **A  Right.  Because I was dealing with what I**
12 **thought was psychological factors more important**
13 **than the physical.**
14 Q  Okay.  Was there anything that you weren't
15 able to do immediately following August 8, 2020,
16 that you attribute to your physical injuries?
17 **A  I mean, yeah.  I took some time off of**
18 **work because I really couldn't think right.  I**
19 **couldn't really sleep well.  I was really on edge.**
20 **The following week after that my phone was ringing**
21 **off the hook with psychos calling me up and**
22 **threatening my mom, giving me her address and then**
23 **threatening me after giving me my address.  And**
24 **yeah, so then all the case of that, like, my**
25 **concerns weren't as focused on my immediate --**

149

1  getting my head treated or any of those other
2  things, because I was too worried about whether
3  these people were going to come and like murder my
4  fucking family.
5     Q   Okay. How much time did you take off
6  work?
7     A   I think I took about a week.
8     Q   And you're not making a claim for loss of
9  income or lost wages as part of this lawsuit,
10 correct?
11    A   That's correct. My flex time covered
12 that. There was no loss of wages for me, I'm not
13 claiming that.
14    Q   Okay. And I do want to get into the
15 emotional distress-related damages that you are
16 alleging. But I do want to understand --
17 respecting your physical injuries, was there
18 anything physically you could not do as in, you
19 know, walk, sit, lift -- anything of that nature
20 that you attribute to the injuries you received on
21 August 8, 2020?
22    A   Nothing substantial that stands out to me
23 now at this point, no.
24    Q   Okay. And it seems like the dizziness,
25 lightheadedness, nausea subsided after 24 hours

150

1  and the other bruises and cuts had largely healed
2  within a one- to two-week period.
3      Did I understand that correctly?
4     A   Two to three, yeah, general bruise-healing
5  time.
6     Q   Any other physical injuries that we
7  haven't covered that you allege you sustained on
8  August 8, 2020?
9     A   No.
10    Q   Okay. And I think we talked about your
11 use of social media applications already -- and
12 I'm not going to go through that again. I believe
13 your previous response is that you did not post to
14 any social media applications regarding your
15 injuries, correct?
16    A   Correct.
17    Q   Sorry, that was correct?
18    A   That is correct.
19    Q   Okay. Sorry. Sometimes your -- your
20 sound was better and now every once in a while
21 you're coming in muffled, which is why I just
22 follow up when I don't hear it clearly.
23    A   Okay.
24    Q   Did you send any texts or emails to anyone
25 talking about the injuries you sustained on

151

1  August 8, 2020?
2     A   No. I definitely mentioned injuries. I'd
3  inform people, like, oh, if you want to know what
4  happened, you can go watch videos. Most people
5  like -- I told my parents. They didn't want to
6  see pictures, they didn't want to see the videos.
7  And fair enough. I didn't want to see them
8  either. So, no, I wasn't sharing that stuff.
9     Q   Okay. So it seems like you had some
10 conversations about your injuries, but those were
11 more verbal conversations either in person or on
12 the phone as opposed to writing out your
13 experiences?
14    A   Correct.
15    Q   Okay. Did you journal or diary anything
16 regarding your attendance or injuries or anything
17 related to August 8, 2020?
18    A   I don't care about keeping journals.
19    Q   Same. That's fair.
20      Okay. So now I want to move into another
21 category of your damages relating to emotional
22 distress. It does appear, my understanding is,
23 from your previous answers in this deposition, as
24 well as your discovery responses, that you are
25 alleging you suffered emotional distress from

152

1  August 8, 2020?
2     A   Yes.
3     Q   Okay. And you are alleging that you have
4  sought medical -- or mental health treatment?
5     A   Yes.
6     Q   Okay. And you previously indicated and
7  you've written in your discovery responses that
8  you have -- that you see an individual by the name
9  of Ginger Schmidt?
10    A   Correct.
11    Q   When did you first start seeing Ginger
12 Schmidt?
13    A   I first started seeing Ginger Schmidt in
14 2019 for gender dysphoria-related therapy.
15      MR. SCHWAB:  And, Kate, if we're going to
16 get into this, I'd like to designate this part of
17 the transcript as confidential with a protective
18 order.
19      MS. HOFFMAN:  That's fine.
20      (Confidential portion.)
21    Q   Okay. Have you seen Ginger Schmidt
22 consistently from 2019 to the present?
23    A   Correct, yes.
24    Q   Okay. So you -- you originally -- were
25 you referred to Ginger Schmidt?

153

1      A  No.  I sought out Ginger Schmidt in my own
2  research looking for a therapist for gender
3  dysphoria.  I had established a relationship with
4  her, I'd see her roughly twice a month, so I would
5  consider her my primary care when it comes to
6  mental health.
7      Q  Okay.  And Ginger Schmidt is an LPC,
8  correct?
9      A  Correct.
10     Q  And your understanding of LPC is licensed
11 professional counselor?
12     A  Correct.
13     Q  Okay.  Have you sought out or met with any
14 other individuals for mental-health-related
15 services?
16     A  I haven't.
17     Q  Prior to August 8, 2020, were you just
18 meeting with Ginger Schmidt regarding feelings
19 associated with your gender, as you previously
20 described?
21     A  Yeah, primarily, yeah.
22     Q  Okay.  Were there other things that you
23 were discussing with Ginger Schmidt prior to
24 August 8, 2020?
25     A  Honestly, it's all related to the gender

154

1  issue.  I mean, it comes down to family dynamics
2  and past experiences and just all the things that,
3  you know, you accumulate on the way.
4      Q  Got it.  So after August 8, 2020, are you
5  alleging that there's been any mental health
6  related changes attributable to that event?
7      A  Yes.
8      Q  Okay.  Why don't you describe those for
9  me?
10     A  Sure.  I had experience of acute PTSD in
11 that I was having severe insomnia.  I was being,
12 like, set into fight or flight by sometimes
13 something as simple as my child.  Like I was
14 having responses towards other people in my life
15 like my child and my partner as if they were those
16 people who beat me up.  I definitely -- yeah,
17 sorry.  Yeah, definitely spoke about it a lot.
18       I had people threatening my life and my
19 family, people completely unassociated with any of
20 this stuff who have nothing to do with any of it.
21 Like my mom in Massachusetts being threatened by
22 groups of Proud Boys down there.  Being like, oh,
23 yeah, we got a chapter down there.  Your mom lives
24 at what address again?  Like, so, I mean, yeah, I
25 was being terrorized and experiencing terror.  And

155

1  honestly just bringing it up again, like it --
2  yeah, and, like, I would get jumpy just driving.
3  I'd see police cruisers, and get all, like,
4  spooked out.  Like people I'm supposed to feel
5  safe around.  All of these things, just -- it
6  definitely became a primary topic of conversation
7  for a good long while.  Sorry.
8      Q  No, it's fine.  I understand that this is
9  a difficult area, and if you need to take a break,
10 we can do so at any time.
11     A  Okay.
12     Q  Okay.  Regarding the threats received, it
13 seems like I've heard that there were at least
14 threats made to your mom.
15       Were there threats made to any other
16 members of your family?
17     A  Not specifically.  They were made
18 primarily towards me.  But, yeah, there was also
19 threats against my family.  A person called
20 pretending to be a friend of my mom's, and I kind
21 of figured out right away that this person was
22 full of it, and I just kinda wanted to see where
23 it would go.  And I was like, okay, sure, okay,
24 and then he just sort of switched over and got
25 really nasty and threatening, and it's like -- I

156

1  didn't even tell my parents about it.  I didn't
2  want to scare them.  I didn't know what to do.
3  All of this stuff was really, really terrifying.
4  Yeah.
5      Q  The threats you received, were those
6  primarily via phone?
7      A  Yeah, primarily via phone.
8      Q  Any made any other way?
9      A  No.  They were -- they were all made via
10 phone.
11     Q  Do you know who made those phone calls?
12     A  I do not.
13     Q  Have you reported any of those phone calls
14 to the police?
15     A  I did.  Again, for reasons unclear to me,
16 the FBI showed up at my house about a month or so
17 later, and I let them know that that was happening
18 or that that had happened.
19     Q  Okay.  And what happened after the FBI
20 shows up on your door?
21     A  Oh, they -- they asked me about groups of
22 people that were present at that event.  If I had
23 any information that could help them in
24 identifying various people.  Asked things like
25 what I was concerned about, what I was scared of.

157

1  And I said I'm scared of these groups, I'm scared
2  they're going to hurt me or my family.  I'm afraid
3  that -- like from the way that they talk on social
4  media, I'm afraid they're going to try to pull
5  some BS with our election, and we talked -- yeah,
6  that was pretty much it.  He asked me about other
7  people that were there that I didn't know.  I
8  don't now.
9     Q  And the FBI -- is it your understanding
10 that they were investigating what happened at the
11 protest on August 8, 2020, or were they also
12 investigating your claim that you were getting
13 phone calls -- like threatening phone calls after
14 that.
15    A  I can't speak to that.  I don't know why
16 the FBI was at my house that day.
17    Q  Did they ask you questions about the
18 threatening phone calls?
19    A  No.
20    Q  Okay.  Who did you report the fact that
21 you were getting threatening phone calls to?
22    A  To the agents that were present on my
23 porch that day.
24    Q  Okay.  So the FBI shows up, you report the
25 fact you're getting threatening phone calls, and

158

1  they ask you a bunch of questions about who's in
2  attendance at the protest?
3     A  Correct.
4     Q  Did you ever report the fact that you're
5  getting threatening phone calls to the Fort
6  Collins Police Department?
7     A  I did not.
8     Q  Have you had -- other than the encounter
9  you've described with the FBI, have you had any
10 close interactions with any law enforcement
11 agencies or officers after August 8, 2020?
12    A  Not directly.  I had to interface with the
13 Fort Collins police for an identify theft claim.
14 Someone used my credit information to buy
15 themselves a car.  And for me to get it cleared
16 up, I had to go to the police station and get a
17 report for that, which was in July, which I still
18 don't have.
19    Q  July of what year?
20    A  This year.
21    Q  2023?  Oh, wow.  Okay.  So in that
22 instance where somebody, you know, stole your
23 credit card and you -- you had to file some sort
24 of claim with the Fort Collins Police Department?
25    A  Correct.

159

1     Q  Okay.  And how did you find the Fort
2  Collins Police Department and the officers you
3  interfaced with as part of that -- to be as part
4  of your report?
5     A  I don't understand your question.
6     Q  Sure. Was your experience in reporting
7  the issue regarding your credit card to Fort
8  Collins Police Department positive or negative?
9     A  I believe that that was actually one of
10 the very few positive experiences I had.  I did
11 feel like the officer took my concerns seriously.
12 At least he seemed to really understand them, and
13 he got -- you know, accurately reported on them.
14 And my understanding is that he worked with the
15 creditors in question and their identity teams in
16 order to help sort that out.
17    Q  And it's your understanding that that
18 matter is still pending?
19    A  On my end it's taken care of, at least as
20 far as the creditors were concerned and my credit
21 report and everything goes.  As far as criminal
22 proceedings against the suspect, I have no idea.
23 My -- when I was trying to get a copy of the
24 report to submit, it kept being -- I kept being
25 told that it's still open and it hadn't been

160

1  closed out.  I'm not sure what transpired that
2  suddenly made everything okay, but I was contacted
3  again by the identity teams from both Carvana and
4  Bridge Crest, who is the lender, to tell me that
5  everything was taken care of and that it was
6  coming off of my credit.  And I verified that it
7  has, so --
8     Q  Okay.  Let's see.  I want to go back to --
9  you mentioned that one thing that you have now is
10 you believe you have acute PTSD, correct?
11    A  Yes.
12    Q  Okay.  Do you -- do you believe you have a
13 formal diagnosis of acute PTSD?
14    A  Correct.
15    Q  Okay.  And is it your understanding that
16 Ginger Schmidt is the individual -- the LPC who --
17 who gave you that diagnosis?
18    A  Correct.
19    Q  Okay.  When did she give you that
20 diagnosis?
21    A  While we were working together after the
22 incident.  I mean, I see her regularly anyway, and
23 so I brought up this incident and talked to her
24 about it pretty soon after.  I don't recall
25 completely, but I think I might have even called

161

1  her shortly after -- like within a couple of days
2  after that happened. But -- yeah, I can't give
3  you an exact date. It was shortly thereafter.
4      Q   Okay. And I believe you mentioned, when
5  you first started seeing Ginger up and through
6  August 8, 2020, you were meeting with Ginger --
7  was it -- did you say two times a month?
8      A   Roughly. Approximately.
9      Q   Okay. Is that still how often you're
10 seeing Ginger Schmidt?
11     A   Yeah, approximately.
12     Q   Okay. And is it your understanding that
13 that diagnosis relates solely to the events of
14 August 8, 2020, or is it your understanding that
15 the PTSD incorporates other events going on in
16 your life?
17     A   My understanding is that the diagnosis of
18 acute PTSD following that event are entirely
19 related to that event.
20     Q   And you've said acute PTSD.
21     A   Right.
22     Q   Do you have an understanding of the
23 difference between PTSD and acute PTSD?
24     A   Sure. I'm making a distinction between
25 the chronic trauma that can occur as being -- you

162

1  know, through growing up and living as a
2  transgender person in our society versus the acute
3  like symptoms of immediate PTSD from having --
4  there's like the chronic stress, and then there's
5  like something acute just happened and you have
6  pronounced symptoms related to that right
7  afterwards that subsides a little bit over time.
8      Q   Understood. That makes sense.
9      A   Yeah.
10     Q   What, if any, other mental treatment has
11 been recommended to you or that you have undergone
12 to assist with working with your acute PTSD?
13     A   I don't understand that question.
14     Q   Sure. Is that something that you're
15 actively working on in your sessions with Ginger
16 Schmidt?
17     A   Sure.
18     Q   Okay.
19     A   It's several years later. The acute is
20 not quite as acute anymore. But it's raised back
21 up as we have to continue to deal with this.
22     Q   When you say when we continue to deal with
23 this, are you referring to the litigation?
24     A   I am.
25     Q   Okay. You also allege in your

163

1  interrogatory responses that you now suffer from
2  anxiety.
3      A   Yeah.
4      Q   Is that a formal diagnosis that has been
5  issued to you?
6      A   I am unsure. You would have to speak
7  with -- with Ginger about that.
8      Q   Okay.
9      A   She doesn't throw diagnostic names like
10 around a lot. She just looks at how I am and
11 works out ways to make me feel better.
12     Q   And how -- when did you first notice
13 feeling anxious?
14     A   I would say immediately after that event.
15 Like it was definitely extraordinarily anxious.
16 But the anxiety has stayed with me. Like the
17 ability to feel safe is not something that, like,
18 I feel a lot. Even just -- I bought a house
19 recently, like this summer, making the decision of
20 whether or not I actually wanted to put roots into
21 Fort Collins was a difficult choice to make, you
22 know, given the anxiety that I feel around all of
23 this stuff, and whether or not this is even a safe
24 place. But I believe it is. I believe that the
25 people here, most of the police included too, are

164

1  good people who care about this city. Even if I
2  don't agree with them or they don't agree with me,
3  I don't think most people here want to hurt me or
4  mine. And that is ultimately why I put roots
5  here. But I would be lying if I said that I walk
6  around this town at ease. I absolutely don't.
7      Q   Okay. And when you say put roots down,
8  you've -- you've made the decision to purchase the
9  house in Fort Collins?
10     A   My child has been going to school here
11 since preschool. You know, in their mind, this is
12 their home.
13     Q   Okay.
14     A   And I want to make sure that they feel
15 comfortable too in their home.
16     Q   Regarding your feelings of anxiety, is
17 that something you had ever experienced prior to
18 August 8th 2020?
19     A   I mean, yeah, I've always had a little bit
20 of anxiety for sure.
21     Q   Okay.
22     A   I mean, I would generalize myself as a
23 kind of, you know, nervousy sort of person in
24 general, but like, I didn't have panic attacks
25 when my ice maker kicked off in my fridge,

165

1  thinking that there's someone breaking into my
2  house. You know, that's -- that's the kind of --
3  I'm talking like -- there's a difference between
4  your -- being a general nervousy type of person to
5  innocuous noises occurring in your home sending
6  you immediately into, like, fight or flight mode.
7      Q  Okay. So it -- after August 8, 2020, am I
8  understanding correctly that you started having
9  panic attacks for the first time?
10     A  Yes.
11     Q  Okay. Approximately how many panic
12  attacks have you had? Is that a frequent
13  occurrence or a rare occurrence?
14     A  I would say that -- I mean, I've never had
15  panic attacks in my life until after that. So
16  having a couple seems like a lot. I'm trying to
17  think. Maybe like three or four, four or five;
18  but I don't know. I mean, things that stand out
19  to me as a, oh, my god, this is a terrible panic
20  attack versus -- and I don't know -- I don't know
21  how to quantify that.
22     Q  Okay. Are those something that's gotten
23  better over time or stayed the same?
24     A  It has been getting better, yeah.
25     Q  Same question for your feelings of PTSD.

166

1  Is that something that's gotten better over time
2  or worse over time or stayed the same?
3      A  I think on the whole it's -- it's been
4  variable. There's times where it feels like it's
5  getting better and then there's times where it
6  feels like it's gotten worse again and there's
7  times where it feels like it's better. But I
8  think overall, I'm probably on a -- on a -- on a
9  path to recovery.
10     Q  Regarding the feelings of anxiety, it
11  seems like with the panic attacks -- and, again, I
12  don't want to put words in your mouth, so correct
13  me if I'm wrong. But it seems like what's
14  triggering those potentially are fears for your
15  safety that somebody is coming after you or going
16  to attack you?
17     A  I think that's accurate for the most part,
18  yeah.
19     Q  You also write in response to
20  interrogatory No. 4 that you -- you write fear or
21  protesting. I'm assuming that's fear of
22  protesting.
23        Have you experienced a fear of protesting?
24     A  Yeah. I haven't gone to any other protest
25  since then. There's definitely been ones in which

167

1  I would have wanted to attend, but I was just
2  afraid.
3      Q  Which ones would you have wanted to
4  attend?
5      A  Primarily ones that were popping up around
6  the drag queen story hours. I actually took my
7  kid to see one of the drag queen shows, and they
8  loved it. Then outside was a really -- another
9  scary situation. And we just got out of there.
10  And that just made me think, like, no, I don't
11  want to go to these things anymore. Like, I don't
12  want to -- I don't want to go where these people
13  are because it's not just people having ideas and
14  shouting or holding signs. These people will
15  literally attack people. Maybe -- you know, it's
16  just -- yeah.
17     Q  So sorry, what specifically did you and
18  your child encounter when you were leaving that
19  show? Just people who were protesting?
20     A  Yeah, there were people out there yelling,
21  screaming slurs, protesting, being very
22  threatening. Yeah.
23     Q  Okay. How big are those -- the drag queen
24  shows you were describing?
25     A  How big? Meaning how many attendees?

168

1      Q  Yeah.
2      A  Again, I would say probably a couple
3  hundred. This one that I went -- the one we went
4  to was at a really big comic store that's in
5  Denver, and I'm not really sure how many people
6  they can host there, but the one section it was in
7  looked like it was -- there was definitely a
8  couple of hundred people there maybe. Outside, as
9  far as the counter-protester people or the
10  protestors or whoever -- however we want to refer
11  to them -- the not-niced people, I can't really
12  estimate their numbers. Sometimes it seemed like
13  20, 30 maybe. I don't know. A large enough crowd
14  to cause serious problems if they wanted to.
15     Q  Okay. And then you also write in your
16  interrogatory response suffering from insomnia.
17     A  Yeah.
18     Q  Okay. And that -- why don't you tell me
19  about your problems sleeping.
20     A  I have trouble sleeping. I can't get to
21  sleep at night.
22     Q  Sure. I guess that could go -- different
23  people have different -- have insomnia that
24  exhibits in different ways. I mean, some people
25  can't go to sleep, right.

169

1    A   Right.
2    Q   And some people wake up and --
3    A   Like I've had nights where I literally
4  thought I wasn't going to sleep at all for sure.
5  That's not as normal.  What is normal is usually
6  me winding down towards a reasonable time for me,
7  which I believe is around 11:00, laying in my bed,
8  and then not actually falling asleep because,
9  like, I'm just caught in this sort of -- listening
10  for every sound and end up falling asleep like
11  1:00, 2:00, sometimes 3:00 in the morning.
12    Q   Okay.  And is that something that Ginger
13  Schmidt has been assisting you with?
14    A   Yes.
15    Q   Okay.  Are you under any -- or taking any
16  medications for any of the mental-health-related
17  things that you're working through right now?
18    A   I am not taking any medications besides my
19  hormone replacement therapy, which is --
20    Q   Okay.  And are you still working with
21  Ginger Schmidt on some of the gender-related
22  issues that you previously sought her -- or you
23  initially sought her treatment for?
24    A   Yes.
25    Q   Okay.  Anything else in addition to the

170

1  events of the protest and the gender-related
2  issues that you're working through with Ginger
3  right now?
4    A   No.  I mean, not the -- not specifically.
5  I mean, family dynamics.
6    Q   Are you able to put a percentage of your
7  total lack of emotional wellbeing that you
8  attribute specifically to the events of August 8,
9  2020?
10    A   I wouldn't know how to do that.
11    Q   Okay.  Are there any other aspects of your
12  damages that we have not covered?
13    A   I don't believe so.
14    Q   Have you taken any steps to mitigate or to
15  lessen your damages in any way?
16    A   I don't understand that question.
17    Q   I'll move on.
18        Have you been interviewed by any media
19  outlets?
20    A   No.
21    Q   Did you file any internal affairs
22  complaints against any of the involved officers?
23    A   I did not.
24    Q   I don't think I have many more questions.
25  If you just give me a quick break just to take a

171

1  look at my notes, I don't think I'll be much
2  longer, if at all.
3    A   Okay.
4    Q   Okay.
5        THE VIDEOGRAPHER:  All right.  We are
6  going off the record.  The time is 1:29 p.m.
7        (A recess was taken.)
8        THE VIDEOGRAPHER:  We are going back on
9  the record.  The time is 1:32 p.m.
10  BY MS. HOFFMAN:
11    Q   I don't have any other questions for you.
12  One of the other attorneys may, but I do
13  appreciate your time today, Mr. Townley.  Thank
14  you.
15    A   Thank you, Ms. Hoffman.
16        EXAMINATION BY COUNSEL FOR THE DEFENDANT
17                  JASON HAFERMAN
18  BY MS. NIKOLAEVSKAYA:
19    Q   Mr. Townley, I do have just a couple of
20  questions for you.  I'm sorry you can't see me.  I
21  have worked really hard trying to fix this camera,
22  but I am not sure what is happening.
23        But my name is Julie, and my last name is
24  Nikolaevskaya and I represent Ofc. Jason Haferman
25  in this case.  And you don't have any claims

172

1  against Ofc. Haferman; however, I just want to ask
2  a few questions related to the incident itself.
3        Would that be okay?
4    A   That would be okay.
5    Q   So does the name Jason Haferman sound
6  familiar to you, have you ever interacted with
7  that officer on that day?
8    A   Not that I know of.  I'm unsure.  I don't
9  know the names of the officers that I interacted
10  with.  But I didn't know that name until this
11  case.
12    Q   Okay.  And then so on that day of that
13  incident, when you ended up on that ditch, the
14  video that Ms. Hoffman showed you just a little
15  while ago, do you know where Ms. Kruger was at
16  that time?
17    A   I don't.
18    Q   Okay.  And when you were interacting with
19  Mr. Wooley in that ditch, do you know where
20  Ms. Kruger was at that time?
21    A   I don't.
22    Q   And do you know where -- were you present
23  there when Ms. Kruger got arrested?
24    A   I was already under arrest --
25    Q   Okay.

173

1      A -- when Ms. Kruger got arrested. I did
2  see it by turning back.
3      Q  Okay.
4      A  Turning my head back, but, no, I was
5  not. I was already being escorted away by the
6  police.
7      Q  Okay. So it would be fair to say that you
8  did not witness the entire incident of Ms. Kruger
9  being arrested?
10     A  Correct.
11     Q  Okay. And just one more question. You
12 know, you described the incident that occurred and
13 that during that incident you had a conversation
14 with some of the people and you had a good
15 conversation with about three people; is that
16 correct?
17     A  I believe so, yeah, about three seems
18 right.
19     Q  And then at any time during that incident,
20 did you have a conversation with any police
21 officer?
22     A  Not that I -- I don't believe so.
23     Q  Have you ever had a conversation with any
24 police officers about issues that you've discussed
25 in your deposition today that you have pertaining

174

1  to police officers?
2      A  I have not.
3      Q  No further questions. Thank you so much.
4      A  Thank you.
5      MR. SCHWAB:  Nothing for me.
6      THE VIDEOGRAPHER:  All right. Are we
7  ready to close for today?
8      MS. NIKOLAEVSKAYA:  I believe so.
9      THE VIDEOGRAPHER:  Okay. This marks the
10 end of the video deposition of Piper Townley. We
11 are going off the record. The time is 1:35 p.m.
12     (Off the record at 1:35 p.m. MT.)
13
14
15
16
17
18
19
20
21
22
23
24
25

175

1          ACKNOWLEDGMENT OF DEPONENT
2      I, MICHAEL PIPER TOWNLEY, do hereby
3  acknowledge that I have read and examined the
4  foregoing testimony and the same is a true,
5  correct, and complete transcription of the
6  testimony given by me and any corrections appear
7  on the attached errata sheet signed by me.
8
9  _____  _____
10   (SIGNATURE)            (DATE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

176

1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2      I, Robert Leifer, the officer before whom
3  the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true
5  and correct record of the testimony given; that
6  said testimony was taken by me stenographically
7  and thereafter reduced to typewriting under my
8  direction; that reading and signing was requested;
9  and that I am neither counsel for, related to, nor
10 employed by any of the parties to this case and
11 have no interest, financial or otherwise, in its
12 outcome.
13     IN WITNESS WHEREOF, I have hereunto set
14 my hand and affixed my notarial seal this 28th day
15 of September, 2023.
16 My commission expires: 12/30/2025
17
18 _____
19
20 Robert Leifer, Notary Public
21 for the State of Colorado
22
23
24
25

## A

**abbreviation**
63:13
**ability**
11:19, 12:5,
117:8, 163:17
**able**
8:22, 11:5,
28:22, 42:5,
52:25, 53:1,
74:24, 102:2,
104:2, 112:1,
116:15, 134:12,
139:8, 148:15,
170:6
**abolished**
44:11, 44:14
**above**
106:21
**abrams**
4:13, 6:9
**abramson**
4:4, 6:24
**absolutely**
66:11, 102:9,
109:14, 117:2,
117:21, 164:6
**abstract**
144:4
**abuse**
55:19, 56:2
**access**
36:12
**according**
83:19
**account**
52:17, 53:5,
53:10, 53:12,
53:17, 53:20,
54:20, 57:10,
57:20, 58:3,
58:6, 59:3
**accountability**
39:16, 56:3
**accounts**
52:13, 55:5,
57:9

**accumulate**
154:3
**accurate**
121:6, 166:17
**accurately**
159:13
**acknowledge**
175:3
**acknowledgment**
175:1
**acquaintances**
62:14, 62:18,
63:5
**acquainted**
86:1
**across**
39:19, 60:14,
73:15
**acting**
104:12
**action**
1:8
**actions**
40:20, 41:1,
61:22, 121:14,
121:24, 122:15,
123:1, 123:16,
124:1, 138:1,
138:14, 138:15
**active**
53:25
**actively**
58:9, 162:15
**activist**
51:14
**activities**
82:11
**activity**
53:23, 60:14,
64:9, 64:11,
82:12
**acts**
103:7, 103:20,
103:21
**actual**
64:13, 124:17
**actually**
21:8, 34:23,

70:11, 84:3,
98:10, 102:3,
105:9, 105:11,
136:9, 159:9,
163:20, 167:6,
169:8
**acute**
154:10, 160:10,
160:13, 161:18,
161:20, 161:23,
162:2, 162:5,
162:12, 162:19,
162:20
**added**
42:8, 57:8
**addition**
16:20, 58:22,
100:20, 142:8,
145:12, 169:25
**additional**
72:2, 142:6
**address**
17:9, 17:10,
17:17, 17:24,
18:4, 18:5,
25:15, 124:25,
137:6, 148:22,
148:23, 154:24
**addressed**
62:9
**adjacent**
73:6
**adjust**
34:2
**admit**
95:10, 117:4,
117:6
**affairs**
170:21
**affects**
29:21
**affiliated**
51:17, 51:18,
62:23, 92:15,
93:3, 93:4,
94:11, 97:14,
98:18, 100:21,
101:11, 106:8,

123:12
**affiliates**
80:9, 89:13
**affiliation**
90:14
**affiliations**
94:15
**affirmative**
63:15, 75:20
**affirmed**
7:8
**affixed**
176:14
**afraid**
157:2, 157:4,
167:2
**after**
16:12, 48:25,
55:21, 56:3,
99:5, 110:5,
114:22, 115:14,
119:10, 121:18,
126:6, 129:20,
129:23, 138:11,
148:9, 148:20,
148:23, 149:25,
154:4, 156:19,
157:13, 158:11,
160:21, 160:24,
161:1, 161:2,
163:14, 165:7,
165:15, 166:15
**afternoon**
73:22
**afterwards**
32:3, 35:2,
47:18, 75:16,
85:25, 114:6,
115:18, 124:21,
146:13, 162:7
**again**
9:13, 14:3,
18:7, 24:17,
47:3, 58:10,
59:6, 82:14,
92:4, 93:4,
96:17, 100:14,
101:8, 103:17,

104:24, 112:23,
114:4, 126:4,
141:4, 141:10,
150:12, 154:24,
155:1, 156:15,
160:3, 166:6,
166:11, 168:2
**against**
46:4, 46:10,
63:14, 63:22,
92:8, 123:2,
123:7, 155:19,
159:22, 170:22,
172:1
**agencies**
158:11
**agents**
157:22
**aggregating**
27:9
**aggressor**
113:5
**aggressors**
142:4
**ago**
34:16, 72:15,
75:15, 77:4,
172:15
**agree**
92:9, 92:12,
92:13, 92:14,
109:2, 128:1,
128:4, 128:5,
164:2
**agreed**
48:23, 87:19,
88:1, 107:25
**agro**
89:15
**ahead**
108:21, 140:3
**ai**
55:19
**aims**
54:25
**air**
107:17
**al**
6:4

**alcohol**
11:25
**all**
6:10, 7:11,
8:16, 9:15,
11:8, 21:6,
27:17, 31:12,
33:7, 36:14,
40:6, 42:7,
45:4, 60:11,
69:16, 70:11,
71:7, 74:7,
74:15, 77:13,
78:8, 78:10,
78:11, 78:14,
79:9, 79:14,
85:14, 87:3,
87:16, 88:13,
89:25, 94:23,
98:25, 99:16,
103:17, 106:20,
107:7, 117:16,
118:16, 125:1,
126:7, 127:2,
127:7, 137:1,
141:16, 147:12,
147:22, 148:24,
153:25, 154:2,
155:3, 155:5,
156:3, 156:9,
163:22, 169:4,
171:2, 171:5,
174:6
**allegation**
41:14, 41:22,
42:1, 42:4
**allegations**
19:9, 19:19,
20:3, 20:20,
21:13, 22:10,
22:15, 22:17
**allege**
57:2, 123:8,
126:15, 132:21,
133:2, 137:21,
150:7, 162:25
**alleging**
50:7, 120:8,

141:3, 142:8,
149:16, 151:25,
152:3, 154:5
**allies**
137:2
**allison**
21:2
**allow**
7:1
**allowed**
121:19, 121:21
**alone**
110:16
**along**
108:15
**already**
45:20, 58:24,
89:21, 109:6,
113:22, 119:17,
122:6, 122:7,
150:11, 172:24,
173:5
**also**
4:12, 6:22,
8:3, 20:16,
20:19, 21:6,
21:25, 23:20,
29:12, 29:18,
35:20, 38:4,
38:6, 47:19,
53:15, 60:3,
64:25, 65:4,
68:22, 74:13,
77:10, 78:22,
84:12, 91:23,
92:1, 100:13,
101:4, 104:2,
109:3, 121:6,
123:13, 123:15,
124:10, 129:7,
135:24, 146:2,
155:18, 157:11,
162:25, 166:19,
168:15
**altercation**
123:14
**although**
25:18, 48:22,

113:6
**always**
29:21, 54:23,
92:20, 164:19
**ambulance**
128:21, 128:23
**amendments**
141:15
**amenities**
16:18
**among**
25:21
**amongst**
87:13
**amount**
44:19, 54:3,
102:17, 141:19
**ana**
66:17, 119:7
**analysis**
27:10
**angle**
144:11
**ankles**
117:15
**anna**
1:4, 60:4,
63:25, 64:1,
64:9, 64:11,
64:15, 66:13,
66:16, 66:17,
66:18, 66:19,
67:5, 67:11,
67:17, 68:11,
69:19, 69:24,
70:5, 70:6,
70:21, 71:11,
73:4, 73:24,
74:1, 74:16,
75:9, 75:13,
75:23, 76:1,
76:3, 76:9,
76:10, 76:15,
76:17, 76:19,
76:24, 77:20,
85:9, 85:16,
85:18, 114:1,
114:10, 115:17,

116:17, 118:15,
118:24, 119:8,
119:13, 119:19
**anna's**
72:4, 72:16
**announcing**
64:5, 64:23,
65:3
**another**
29:10, 44:15,
47:17, 60:2,
71:13, 80:17,
114:1, 116:18,
123:20, 140:14,
142:15, 151:20,
167:8
**answer**
9:5, 9:11,
10:1, 10:9,
10:20, 11:20,
12:5, 14:13,
21:6, 33:22,
33:23, 45:12,
46:23, 46:24,
47:2, 63:14,
68:10, 75:19,
99:13, 122:3,
122:7, 148:5
**answered**
122:2, 122:7
**answering**
10:14
**answers**
41:6, 151:23
**anthony**
138:16
**anticipate**
9:22, 66:7
**antifa**
63:8, 63:10,
63:12, 63:17,
92:1, 92:5,
92:16
**antifascism**
92:10
**antifascist**
63:13
**anxiety**
163:2, 163:16,

163:22, 164:16,
164:20, 166:10
**anxious**
163:13, 163:15
**anybody**
15:4, 18:9,
22:18, 65:16,
65:24, 69:21,
79:16, 79:17,
96:19, 109:22,
113:11, 126:23
**anymore**
162:20, 167:11
**anyone**
12:7, 12:12,
13:6, 86:22,
94:16, 95:7,
96:15, 100:4,
138:20, 142:8,
150:24
**anything**
12:19, 25:11,
33:20, 52:25,
55:20, 56:22,
57:1, 57:5,
59:2, 65:8,
84:14, 84:22,
99:8, 104:8,
119:7, 120:17,
127:4, 127:7,
145:23, 147:15,
147:20, 148:14,
149:18, 149:19,
151:15, 151:16,
169:25
**anyway**
160:22
**anywhere**
38:5, 38:11,
46:21, 47:4
**apart**
79:24
**apartment**
73:6, 73:8,
73:15, 74:2,
75:3, 86:15,
86:16, 86:19,
87:2, 87:9,

87:15, 88:7,
89:4, 91:22,
93:15, 96:24
**apologies**
13:24
**apologize**
45:19, 132:25
**app**
70:25, 71:1
**appear**
52:25, 135:11,
151:22, 175:6
**appeared**
84:17, 84:19
**appearing**
127:23
**appears**
37:17
**applications**
27:17, 52:7,
58:22, 150:11,
150:14
**applying**
41:5
**appointed**
45:15
**appreciate**
94:25, 171:13
**appropriate**
45:10
**approximately**
21:24, 26:12,
28:1, 32:16,
34:15, 35:20,
45:21, 45:23,
48:1, 56:14,
72:9, 74:25,
75:2, 76:18,
76:22, 105:19,
107:15, 107:18,
161:8, 161:11,
165:11
**april**
34:16
**area**
16:3, 17:13,
25:16, 37:3,
59:7, 70:18,

73:10, 74:2,
75:3, 83:6,
87:10, 89:4,
97:3, 97:5,
106:15, 107:9,
107:18, 108:5,
111:4, 114:14,
115:6, 123:14,
126:25, 128:6,
128:7, 131:4,
131:5, 131:6,
131:23, 155:9
**areas**
36:13
**aren't**
62:15
**arm**
112:19, 143:19,
143:20, 143:23,
143:25, 144:5,
144:6, 144:8,
144:9, 145:22
**armor**
81:6, 81:11,
81:21, 81:24,
82:2, 83:16,
83:23
**arms**
95:21, 112:20
**around**
34:18, 34:19,
55:18, 64:19,
65:14, 90:2,
103:15, 112:16,
118:19, 124:12,
155:5, 163:10,
163:22, 164:6,
167:5, 169:7
**arraigned**
135:16
**arrangements**
70:3, 70:4
**arrest**
31:14, 32:6,
41:9, 57:5,
116:19, 119:17,
119:24, 120:10,
120:20, 121:4,

124:6, 126:8,
128:3, 128:13,
131:11, 135:20,
172:24
**arrested**
29:24, 31:24,
40:21, 49:22,
77:18, 86:7,
99:6, 119:11,
119:13, 119:19,
120:2, 120:4,
120:12, 120:21,
121:5, 121:14,
126:9, 172:23,
173:1, 173:9
**arresting**
32:5
**arrival**
75:4
**arrive**
31:7, 73:21
**arrived**
31:18
**art**
144:4
**article**
55:16
**articles**
42:16, 42:17,
43:7, 43:16,
43:23, 44:4,
44:8, 56:1,
56:9, 56:10,
59:6, 90:25,
91:1, 91:11,
100:6
**ascend**
3:5
**asked**
10:2, 13:23,
37:12, 116:5,
122:1, 122:6,
130:15, 132:17,
133:9, 156:21,
156:24, 157:6
**asking**
7:25, 9:21,
10:14, 23:16,

37:18, 50:1,
63:14, 75:14,
75:18, 85:3,
85:4, 121:1,
129:5, 130:13,
134:10, 134:11
**asleep**
169:8, 169:10
**aspect**
71:15, 146:24
**aspects**
170:11
**assault**
103:16
**assaulted**
123:8
**assembled**
88:6, 91:21,
97:10
**assert**
142:11
**assessment**
146:15
**assigned**
133:14
**assist**
162:12
**assistance**
68:23, 72:2
**assisting**
169:13
**assistive**
74:10
**associate**
92:1, 92:15
**associated**
44:4, 59:6,
69:25, 92:4,
100:1, 109:12,
123:23, 147:14,
153:19
**association**
92:10
**assume**
10:2, 19:16,
21:11
**assuming**
58:15, 81:19,

90:24, 166:21
**assumption**
105:8
**assumptions**
105:6
**atrocities**
99:24
**attach**
138:9
**attached**
5:10, 136:8,
142:21, 175:7
**attack**
29:20, 165:20,
166:16, 167:15
**attacked**
49:22, 70:18,
95:17, 117:7,
121:20, 137:21
**attackers**
113:24, 120:13
**attacking**
89:18, 89:19
**attacks**
164:24, 165:9,
165:12, 165:15,
166:11
**attain**
23:23
**attained**
23:24
**attempting**
37:2
**attempts**
103:18
**attend**
22:22, 23:7,
48:8, 50:23,
51:1, 59:22,
66:5, 67:6,
167:1, 167:4
**attendance**
39:25, 42:13,
45:25, 46:16,
50:4, 52:4,
57:2, 61:15,
90:5, 151:16,
158:2

**attended**
23:8, 46:18,
47:1, 48:2,
49:7, 49:11,
49:13, 50:8,
50:21, 51:5,
51:9, 60:2,
68:15, 69:17
**attendees**
167:25
**attending**
6:11, 48:2
**attention**
59:20, 91:12,
136:19, 136:23,
141:8, 142:23
**attire**
80:1, 80:18
**attired**
100:23
**attorneys**
8:2, 136:1,
171:12
**attract**
39:16
**attributable**
154:6
**attribute**
79:25, 148:16,
149:20, 170:8
**audible**
119:2
**august**
17:21, 18:7,
19:14, 22:7,
27:19, 29:23,
30:1, 30:5,
35:17, 35:25,
39:2, 39:24,
40:1, 40:13,
40:19, 42:13,
45:25, 46:5,
46:16, 47:1,
48:2, 50:18,
51:5, 51:10,
51:21, 52:5,
52:8, 53:5,
55:21, 55:22,

56:23, 57:3,
57:9, 59:20,
59:23, 63:25,
64:6, 64:24,
66:5, 67:10,
67:22, 68:4,
68:8, 68:16,
69:17, 69:22,
69:25, 75:23,
76:2, 77:17,
77:23, 78:12,
79:9, 82:17,
82:19, 82:21,
90:17, 90:21,
121:24, 122:15,
123:16, 124:1,
138:1, 145:7,
147:2, 148:3,
148:8, 148:15,
149:21, 150:8,
151:1, 151:17,
152:1, 153:17,
153:24, 154:4,
157:11, 158:11,
161:6, 161:14,
164:18, 165:7,
170:8

**aurora**
51:2
**authoritarian**
100:16
**authors**
99:20, 100:8
**avoid**
9:6
**avoiding**
8:17
**aware**
22:12, 22:13,
64:12, 68:10,
100:24, 104:24,
117:9, 117:11,
120:1, 120:3,
121:13, 121:16,
121:23, 122:14,
122:21, 122:25,
123:11, 123:17,
123:20, 136:3

**awareness**
123:18
**away**
45:4, 110:4,
114:17, 132:8,
155:21, 173:5

**B**

**back**
11:4, 14:18,
14:20, 18:7,
27:10, 29:22,
34:8, 59:16,
59:25, 64:12,
64:17, 64:23,
65:7, 65:12,
65:17, 66:3,
67:16, 81:10,
90:6, 91:16,
93:10, 101:18,
102:16, 103:19,
105:4, 106:23,
107:11, 110:20,
112:23, 115:1,
117:1, 117:19,
119:18, 120:6,
124:3, 127:4,
128:6, 131:3,
134:23, 138:25,
140:2, 144:14,
146:5, 160:8,
162:20, 171:8,
173:2, 173:4
**backed**
95:15, 107:12,
108:20
**background**
28:13, 105:19
**backing**
103:4, 118:10,
126:16
**backpack**
80:25, 84:6,
84:14
**backs**
107:1
**backwards**
95:21

**bad**
31:5
**ballpark**
56:14
**band-aids**
84:13
**barbara**
26:19
**barely**
57:17
**based**
40:5, 74:11,
74:12, 90:24,
100:22, 100:23,
124:7, 124:22,
125:23, 125:24,
133:9
**basic**
23:15, 23:18,
23:20, 115:13,
130:3
**basis**
19:17, 67:24,
97:21, 121:2,
124:4, 146:9,
146:11
**bate's**
117:24
**bates**
142:17
**bathroom**
10:15
**baton**
85:19
**bear**
99:16, 118:1,
118:10, 142:22
**bearing**
103:10
**beat**
49:20, 110:9,
116:14, 154:16
**beating**
120:14, 142:2
**became**
86:1, 148:10,
155:6
**because**
9:24, 10:8,

12:23, 17:11,
29:9, 29:11,
29:16, 31:16,
33:11, 42:4,
52:23, 53:18,
54:3, 65:12,
65:13, 68:20,
70:12, 82:7,
89:20, 95:15,
98:10, 98:25,
100:10, 105:5,
105:12, 105:18,
106:25, 107:12,
108:25, 112:1,
112:18, 115:2,
115:7, 115:13,
115:17, 122:21,
122:23, 130:25,
134:4, 141:14,
148:11, 148:18,
149:2, 167:13,
169:8
**becky**
21:1
**become**
9:1
**bed**
169:7
**been**
8:8, 21:22,
24:1, 25:4,
29:24, 30:2,
32:9, 32:23,
35:21, 41:2,
41:5, 44:24,
46:13, 47:6,
47:14, 51:8,
55:10, 55:17,
58:7, 80:9,
82:20, 99:6,
103:1, 107:25,
108:20, 115:24,
121:23, 122:13,
124:17, 135:21,
139:24, 154:5,
159:25, 162:11,
163:4, 164:10,
165:24, 166:3,

166:25, 169:13,
170:18
**before**
2:10, 8:8,
8:10, 9:9, 9:11,
10:15, 16:6,
28:2, 28:3,
35:9, 35:15,
46:14, 48:13,
74:14, 76:21,
78:24, 83:13,
86:6, 93:17,
102:15, 107:16,
138:20, 139:5,
176:2
**begins**
6:2
**behalf**
3:3, 3:10, 4:3,
6:14, 6:25,
100:5, 135:13
**behavior**
37:25, 38:2,
38:10
**behaviors**
36:4
**behind**
108:15, 108:21,
114:14, 115:6,
139:25
**being**
7:8, 29:15,
33:2, 35:24,
36:9, 36:11,
36:12, 39:2,
40:21, 44:8,
54:23, 60:18,
63:22, 69:7,
70:13, 74:13,
75:25, 76:3,
78:21, 78:23,
79:20, 79:21,
79:22, 87:17,
88:17, 88:18,
89:1, 89:15,
94:6, 94:7,
94:21, 98:4,
101:23, 103:4,

105:6, 106:6,
106:24, 107:12,
108:19, 110:6,
115:1, 115:3,
115:5, 116:3,
116:15, 116:17,
119:18, 126:10,
127:5, 135:16,
144:21, 154:11,
154:21, 154:22,
154:25, 159:24,
161:25, 165:4,
167:21, 173:5,
173:9
**belief**
39:17, 39:18,
124:4, 146:9,
146:11
**believe**
11:18, 12:4,
14:14, 14:16,
18:23, 21:4,
24:13, 25:10,
28:3, 37:9,
37:16, 37:21,
38:24, 39:13,
39:15, 40:12,
40:18, 40:23,
41:7, 42:5,
44:10, 44:12,
45:9, 46:3,
58:24, 59:24,
62:22, 64:10,
64:11, 67:12,
71:16, 73:22,
73:23, 74:20,
74:22, 75:11,
75:12, 76:4,
76:7, 84:3,
84:4, 84:23,
86:5, 86:18,
93:17, 93:20,
98:21, 99:11,
100:12, 100:14,
101:3, 101:10,
111:3, 111:10,
114:1, 119:12,
119:22, 120:17,

132:12, 143:21,
144:21, 145:22,
145:23, 147:3,
150:12, 159:9,
160:10, 160:12,
161:4, 163:24,
169:7, 170:13,
173:17, 173:22,
174:8
**believed**
37:5, 37:13,
37:14, 80:19,
94:20
**believes**
79:17
**believing**
121:2
**belittle**
41:2
**below**
133:12
**beside**
108:21
**besides**
13:6, 15:3,
22:18, 65:24,
80:15, 88:10,
110:22, 116:12,
147:24, 169:18
**best**
12:24, 67:1,
75:17, 112:13,
117:7
**better**
34:3, 45:7,
150:20, 163:11,
165:23, 165:24,
166:1, 166:5,
166:7
**between**
32:20, 51:7,
61:18, 75:6,
75:7, 75:8,
102:6, 106:4,
106:19, 107:19,
112:19, 114:25,
134:20, 161:23,
161:24, 165:3

**beyond**
134:13
**bias**
46:7
**biases**
46:4, 62:17
**big**
42:25, 79:19,
84:20, 98:8,
111:21, 147:25,
167:23, 167:25,
168:4
**biggest**
28:18
**bike**
86:12
**biker-looking**
111:22
**bill**
147:25
**biographical-type**
15:17
**biotech**
27:11
**birth**
15:18, 16:13,
21:5
**bit**
10:8, 13:22,
15:16, 27:3,
27:6, 28:8,
83:15, 89:10,
114:15, 114:17,
116:6, 121:12,
162:7, 164:19
**bl**
23:15
**black**
51:16, 61:2,
61:4, 61:7,
61:14, 61:19,
61:23, 61:25,
62:2, 62:4,
62:12, 62:23,
63:1, 63:5,
64:25, 65:4,
65:9, 65:17,
67:9, 67:19,

68:3, 68:7,
78:8, 78:10,
78:11, 78:14,
79:9, 79:10,
79:14, 79:17,
80:1, 80:2,
80:7, 80:8,
80:12, 80:18,
91:23, 92:2,
92:10, 92:16,
92:20, 94:5,
109:23, 118:16
**bleeding**
25:14
**block**
36:22, 79:21,
92:19, 92:23,
92:25, 112:13,
112:22
**blocked**
37:1
**blocking**
116:25
**blocks**
80:12, 80:13
**blue**
60:1, 64:12,
64:17, 64:23,
65:8, 65:12,
65:18, 66:3,
67:16, 90:6,
91:16, 98:5,
101:18, 134:3
**blunt**
147:19
**blur**
102:13, 115:11
**board**
45:14, 45:15
**body**
60:2, 81:5,
81:11, 81:21,
81:24, 81:25,
82:2, 83:22,
83:23, 142:12,
143:9, 145:19
**body-worn**
124:8

**bondsman**
129:14
**booked**
132:13
**booking**
41:10, 41:16,
134:5
**boone**
17:10
**born**
15:20, 15:21,
15:25
**both**
18:20, 25:19,
100:15, 105:6,
112:2, 160:3
**bought**
68:21, 82:10,
82:12, 163:18
**boy**
133:12
**boyfriend**
28:17
**boys**
89:13, 90:5,
90:10, 90:12,
90:14, 91:3,
97:18, 97:25,
98:21, 100:21,
101:11, 109:21,
113:15, 123:13,
154:22
**brain**
100:11
**break**
10:12, 10:21,
35:15, 59:9,
93:17, 112:20,
121:12, 138:20,
138:21, 139:5,
155:9, 170:25
**breaking**
165:1
**breaks**
10:13, 10:18
**breast**
41:15, 132:22,
133:3, 133:15,

133:18
**breasts**
41:10
**brian**
1:10, 3:10,
7:15, 20:9,
20:10, 21:3,
35:11, 111:10,
111:16, 111:18,
112:6, 113:5,
113:8, 113:11,
116:13, 117:9,
117:15, 120:21,
121:5, 121:13,
121:23, 122:14,
123:2, 123:19,
137:20, 138:7,
142:3, 142:9,
144:22
**brian's**
111:11
**bridge**
160:4
**bring**
65:15, 65:18,
69:8, 80:23,
84:9, 91:12
**bringing**
123:6, 155:1
**brings**
59:20
**bristol**
23:1
**broke**
16:7
**broken**
143:13, 147:21
**brother**
21:2, 21:5
**brought**
28:14, 80:25,
84:5, 84:10,
85:16, 85:18,
101:21, 105:4,
123:1, 131:3,
132:11, 160:23
**brownish**
111:20

**bruise**
147:16
**bruise-healing**
150:4
**bruises**
150:1
**bruising**
142:1, 142:9,
142:13, 143:16,
143:17, 144:1,
147:9
**bruisings**
147:13
**bs**
157:5
**buddies**
126:13
**build**
27:13
**building**
28:15, 30:12,
30:18, 30:25,
31:2, 35:19,
132:17
**bullied**
41:8, 41:12,
88:18, 94:21
**bullies**
39:14, 40:7,
40:10, 40:14,
40:16, 40:17
**bully**
40:20, 40:24,
41:1, 41:3
**bullying**
40:23
**bunch**
132:17, 158:1
**business**
57:16, 57:23,
57:25, 58:1,
58:2, 58:16
**busy**
29:9, 29:11,
29:13
**button**
53:15
**buy**
82:6, 82:9,

**158:14**

**bye**
119:1

---
**C**
---

**caliber**
83:18

**california**
16:23, 38:6,
77:1, 77:2

**call**
8:3, 18:14,
18:24, 31:8,
31:21, 31:24,
32:1, 44:25,
48:13, 94:23,
96:5, 96:6,
96:13, 96:16,
99:3, 100:5,
103:13, 104:10,
107:17, 126:18,
126:19, 126:22,
126:24, 127:1

**called**
30:11, 31:16,
92:18, 92:19,
104:8, 128:21,
155:19, 160:25

**calling**
30:17, 30:24,
31:1, 148:21

**calls**
44:22, 60:1,
92:17, 92:21,
92:23, 92:24,
156:11, 156:13,
157:13, 157:18,
157:21, 157:25,
158:5

**calmed**
32:2

**came**
43:17, 112:2,
112:3, 112:5,
112:6, 116:18,
134:24

**camera**
10:7, 124:8,

**171:21**

**camp**
48:16, 48:25

**camping**
29:6

**can't**
36:6, 37:23,
39:5, 43:5,
56:17, 61:21,
64:20, 68:10,
71:17, 79:16,
96:17, 99:20,
101:13, 101:14,
102:16, 103:1,
108:11, 125:6,
125:8, 142:11,
157:15, 161:2,
168:11, 168:20,
168:25, 171:20

**can-sized**
47:20

**canister**
38:19, 47:12,
47:16

**cannot**
85:23

**capacity**
1:11, 1:13,
1:15, 1:17,
1:19, 1:21,
1:23, 66:24,
68:22, 74:10,
74:18, 82:22,
94:14

**car**
32:10, 33:3,
33:14, 33:20,
158:15

**card**
35:2, 158:23,
159:7

**care**
19:25, 24:23,
34:24, 44:25,
151:18, 153:5,
159:19, 160:5,
164:1

**cared**
31:14

**cargo**
84:18

**carolina**
15:21, 16:20

**carried**
51:20

**carry**
27:5

**carrying**
81:1

**carvana**
160:3

**case**
6:6, 12:18,
13:13, 14:23,
15:6, 41:20,
42:2, 42:4,
42:8, 54:22,
54:23, 74:13,
77:11, 78:19,
87:21, 121:17,
123:23, 128:4,
128:17, 135:23,
148:24, 171:25,
172:11, 176:10

**cases**
100:15

**casualty**
24:19, 24:22

**catch**
20:17

**category**
141:18, 141:20,
141:21, 151:21

**caught**
169:9

**cause**
33:11, 168:14

**caused**
142:9, 144:20

**causes**
40:22

**cell**
51:20, 132:19

**center**
118:18, 132:6,
132:9

**certain**
46:4, 122:22

**certainly**
72:14

**certificate**
176:1

**certification**
23:16, 23:18,
23:21, 23:23,
23:25, 24:8,
24:12, 24:16,
24:25, 25:6,
25:7, 25:8,
25:13

**certifications**
23:14, 23:17,
25:11, 25:24,
26:3

**certify**
176:4

**chain**
131:4

**challenge**
62:16

**challenging**
12:24, 29:13

**chances**
83:8

**change**
34:14

**changed**
34:12, 35:9,
55:4

**changes**
154:6

**chanting**
69:10

**chants**
69:12

**chapter**
154:23

**characterize**
101:14, 109:20

**charge**
135:2

**charged**
121:14, 121:24,
122:15, 123:15,
123:25, 131:13,
131:16

**charges**
131:17, 135:3
**chatter**
88:8
**chauvinists**
99:3
**check**
114:18, 132:1
**checked**
116:17, 130:3
**checks**
130:4
**checkup**
129:25
**cherry**
4:7
**chest**
84:11, 102:22,
127:3
**chicago**
16:15, 29:3,
36:3, 36:8,
36:15, 36:17,
37:4, 37:8,
37:13, 37:19,
38:3, 38:4,
38:5, 38:10
**child**
68:20, 154:13,
154:15, 164:10,
167:18
**children**
22:19, 25:19
**choice**
78:14, 78:15,
79:8, 163:21
**choked**
143:14
**chose**
122:23
**christine**
20:13
**christopher**
1:22, 3:12,
7:16
**chronic**
161:25, 162:4
**circumstances**
37:22

**citation**
123:21
**cite**
99:20
**cited**
30:2, 30:16,
35:21, 90:9
**cities**
17:6, 124:11,
124:18
**citizen**
68:17
**citizens**
45:15
**city**
16:18, 17:12,
17:14, 17:20,
32:24, 36:3,
46:17, 65:18,
67:21, 68:19,
68:20, 73:11,
102:1, 164:1
**civil**
1:8, 15:12,
32:10, 32:23,
33:3, 35:22,
46:13
**civilians**
37:9, 37:20
**claim**
62:5, 149:8,
157:12, 158:13,
158:24
**claimed**
88:17, 141:19
**claiming**
141:17, 149:13
**claims**
171:25
**clarify**
62:21, 90:7
**class**
23:6
**clean**
9:14
**clear**
13:1, 72:8,
83:25, 86:16,

95:23, 116:2
**cleared**
129:21, 158:15
**clearly**
11:5, 45:3,
114:7, 115:21,
119:2, 150:22
**click**
53:14
**clients**
27:11
**clinton**
15:21
**close**
10:7, 54:2,
54:6, 135:19,
158:10, 174:7
**closed**
140:3, 160:1
**closer**
10:8, 16:17,
17:15
**closer-up**
143:18
**clothing**
78:11
**clover**
27:21, 27:22,
27:25, 28:2,
28:3
**cnn**
43:11
**coast**
15:24
**coffee**
10:16
**cohesive**
79:22
**cohorts**
27:9
**cold**
16:7, 33:13
**collapsible**
85:19
**colleagues**
137:2
**collecting**
27:9

**college**
16:5, 23:7,
23:10
**collins**
6:20, 7:22,
16:18, 17:5,
17:7, 17:13,
17:21, 22:1,
22:7, 26:16,
30:20, 31:20,
32:25, 39:1,
39:6, 39:18,
39:22, 40:13,
40:18, 45:19,
46:17, 46:19,
47:2, 48:3,
52:4, 56:24,
57:3, 59:23,
60:25, 63:25,
64:6, 64:24,
65:1, 67:10,
67:22, 68:4,
68:8, 68:12,
125:17, 133:25,
134:6, 137:3,
158:6, 158:13,
158:24, 159:2,
159:8, 163:21,
164:9
**color**
92:20, 92:22,
134:2
**colorado**
1:2, 2:11, 3:7,
3:17, 4:9, 6:6,
16:10, 16:11,
16:12, 16:14,
16:21, 16:25,
17:4, 17:7,
28:22, 176:21
**come**
14:18, 29:22,
37:19, 43:24,
97:7, 99:21,
101:24, 102:5,
106:17, 121:6,
124:21, 128:24,
128:25, 149:3

comes
153:5, 154:1
comfortable
164:15
comic
168:4
coming
44:3, 92:7,
115:25, 150:21,
160:6, 166:15
comment
127:22, 133:12
commentary
56:7, 56:11
commenting
54:8, 54:10
comments
55:6
commission
176:16
commit
124:17
communicate
54:14
communicated
15:12, 15:14
communications
13:5
communities
65:15
companies
27:12
company
58:3, 58:8,
76:1
complaint
19:13, 19:19,
20:4, 20:21,
21:14, 22:11,
22:16, 41:23,
137:5, 141:15
complaints
170:22
complete
112:7, 175:5
completely
115:3, 154:19,
160:25

complex
73:6, 73:8,
73:16, 74:2,
75:3, 86:15,
86:16, 86:19,
87:2, 87:10,
87:15, 88:7,
89:5, 91:22,
93:15, 96:25
comply
116:7
computation
141:16
computer
12:10, 12:13
computing
141:21
conceal
80:18
concern
31:19, 66:3,
66:10, 66:11,
148:10
concerned
31:17, 68:18,
91:14, 94:7,
96:10, 156:25,
159:20
concerns
65:14, 65:17,
65:25, 66:14,
66:20, 66:22,
148:1, 148:25,
159:11
conclusion
121:7, 124:7,
125:19
concussion
129:4, 142:2,
142:10, 146:7,
146:10, 146:12,
147:5
conditions
25:20, 135:5
conduct
38:17, 61:6,
61:16, 127:19,
131:14, 131:20

conducted
1:28, 2:2
confidence
45:14
confidential
152:17, 152:20
confirm
8:5
confuse
88:3
confused
126:11
conscious
66:4
consciousness
112:18, 113:1
consensus
88:12
consequences
148:2
consider
37:25, 40:21,
44:1, 46:7,
51:14, 62:14,
103:17, 108:20,
108:24, 109:22,
123:22, 147:21,
153:5
considerations
25:18
consistently
24:10, 152:22
construed
40:22
contact
19:21, 19:24
contacted
160:2
contain
56:7
contained
72:17
contains
72:21
contention
120:18
contents
72:17

contest
119:4
context
133:16
contingent
110:4, 113:16
continually
47:7
continue
162:21, 162:22
continued
107:6
continuing
112:21
continuously
16:25, 17:18
control
72:14
controls
27:14
conversation
13:16, 14:10,
15:8, 66:16,
68:11, 77:22,
85:12, 86:25,
87:13, 129:1,
129:3, 155:6,
173:13, 173:15,
173:20, 173:23
conversational
9:1
conversations
13:2, 13:25,
14:2, 14:4,
19:18, 22:14,
62:19, 67:5,
87:16, 101:25,
104:16, 104:20,
105:5, 105:11,
105:17, 105:20,
106:18, 108:14,
108:17, 109:15,
124:19, 151:10,
151:11
cooking
131:7
cool
144:6

cooperating
128:16
coordinate
73:24
coordinated
121:10, 124:9,
125:20, 126:2,
127:10
coordinating
124:14
copy
159:23
correct
17:2, 18:6,
21:15, 22:4,
22:5, 26:4,
32:7, 32:8,
35:4, 37:6,
41:24, 43:18,
46:2, 50:13,
50:16, 51:21,
53:3, 53:7,
53:13, 53:17,
60:23, 60:24,
62:25, 66:5,
66:6, 67:11,
68:13, 68:14,
72:24, 72:25,
74:6, 77:11,
78:9, 86:17,
86:18, 87:8,
90:10, 91:23,
93:23, 96:22,
97:8, 97:9,
100:3, 101:1,
103:24, 104:5,
108:6, 111:7,
113:4, 118:13,
118:14, 118:22,
119:5, 119:11,
119:24, 120:2,
120:4, 120:7,
121:15, 124:2,
125:17, 125:18,
128:7, 130:21,
131:14, 131:18,
132:1, 132:2,
132:4, 139:18,

140:15, 142:5,
145:8, 147:6,
149:10, 149:11,
150:15, 150:16,
150:17, 150:18,
151:14, 152:10,
152:23, 153:8,
153:9, 153:12,
158:3, 158:25,
160:10, 160:14,
160:18, 166:12,
173:10, 173:16,
175:5, 176:5
corrections
175:6
correctly
15:1, 57:18,
137:8, 141:22,
150:3, 165:8
could
11:10, 17:11,
18:18, 33:19,
34:1, 34:2,
34:23, 40:8,
40:22, 42:24,
44:25, 66:3,
66:7, 67:1,
68:22, 76:12,
80:19, 92:19,
104:1, 106:5,
112:12, 112:14,
112:22, 114:17,
116:5, 127:25,
138:12, 149:18,
156:23, 168:22
couldn't
112:4, 113:1,
127:4, 148:18,
148:19
counsel
3:5, 6:12,
7:11, 7:14,
13:3, 13:7,
15:3, 22:18,
33:24, 42:9,
120:23, 135:23,
171:16, 176:9
counselor
153:11

counsels
7:2
count
23:21
counter-protester
168:9
country
39:20, 60:15,
62:7, 99:9
county
77:14, 132:12
couple
42:24, 43:1,
76:15, 106:17,
106:19, 144:5,
161:1, 165:16,
168:2, 168:8,
171:19
course
12:18, 14:23,
25:13, 25:22,
41:8, 74:14,
117:18
courses
23:8, 23:11
court
1:1, 6:5, 7:3,
8:21, 34:15,
34:17, 87:11,
135:10, 135:18,
176:1
courts
87:4, 87:5,
87:7, 87:9,
87:14, 88:7,
89:4, 91:22,
93:14, 96:24,
108:1
covered
14:14, 14:17,
149:11, 150:7,
170:12
cpr
23:20, 23:23,
23:24, 24:8,
24:12
crap
110:9

crappy
112:24
credit
158:14, 158:23,
159:7, 159:20,
160:6
creditors
159:15, 159:20
creek
4:7
crest
160:4
crime
126:10
criminal
30:2, 57:6,
122:18, 122:22,
122:24, 123:21,
131:13, 132:15,
135:1, 135:19,
135:24, 136:2,
159:21
criminally
121:24, 122:15,
123:15, 123:25
cross
97:2
crossed
97:5
crowd
100:25, 101:9,
110:5, 127:11,
168:13
cruisers
155:3
current
18:5, 21:9,
137:6
currently
21:16
curves
97:6
cut
74:21, 139:15,
147:9, 147:16
cuts
142:1, 142:9,
142:13, 147:13,

150:1
cv--skc
6:6

**D**

damages
138:19, 139:6,
141:1, 141:2,
141:16, 141:18,
141:19, 141:21,
149:15, 151:21,
170:12, 170:15
dangerous
87:22, 88:13,
89:9, 89:22,
100:17
daniel
1:14, 3:11,
7:15
dark
111:20, 134:3
data
27:8, 27:9,
27:14, 27:15
database
58:20
date
6:7, 13:17,
13:18, 14:3,
14:7, 15:18,
25:1, 48:9,
76:21, 148:9,
161:3, 175:10
dates
125:7
daughter
16:13, 16:16,
17:25, 18:1,
18:4, 18:8,
19:25, 22:20,
28:23
daughter's
18:10, 18:12
day
14:6, 22:13,
65:1, 104:3,
109:11, 120:13,
121:19, 121:21,

143:15, 146:21,
146:23, 147:2,
157:16, 157:23,
172:7, 172:12,
176:14
days
25:23, 29:14,
72:11, 161:1
deal
162:21, 162:22
dealing
148:11
death
78:23, 78:24,
83:9
deaths
79:19
debates
47:7, 49:14
decade
21:10
decide
36:21
decided
12:22, 70:12,
70:16, 89:25,
99:7
deciding
67:5
decision
66:4, 95:2,
163:19, 164:8
deeply
100:18
defend
117:2
defendant
4:3, 41:20,
171:16
defendant's
136:13
defendants
1:24, 3:10,
7:14, 137:4
defending
117:7
defer
120:23

defining
40:24
definitely
29:2, 37:24,
48:11, 48:16,
48:23, 56:3,
58:13, 61:4,
100:15, 101:22,
106:3, 120:11,
124:24, 146:21,
151:2, 154:16,
154:17, 155:6,
163:15, 166:25,
168:7
definition
41:4, 41:5
definitions
99:1
degree
42:15, 121:11
deleon
1:5, 77:5,
77:22, 85:24,
119:24
demean
41:2
demeaned
41:9
democratic
45:13
denied
36:12
dent
47:20, 47:23
denver
3:7, 3:17, 4:9,
50:24, 168:5
department
45:17, 137:3,
158:6, 158:24,
159:2, 159:8
departments
39:19, 40:8,
44:18, 45:10,
46:4, 46:11
deployed
47:16
deponent
175:1

depos
6:10, 7:4
deposed
8:8, 13:13,
15:5
deposition
1:27, 2:1,
5:11, 6:3, 6:11,
8:12, 11:20,
12:16, 12:19,
13:7, 14:2,
14:5, 14:25,
15:11, 15:13,
136:7, 142:20,
151:23, 173:25,
174:10, 176:3
depositions
9:2
describe
40:15, 53:24,
73:10, 84:18,
133:23, 154:8
described
45:11, 56:8,
74:2, 139:19,
141:14, 153:20,
158:9, 173:12
describing
36:15, 81:22,
109:17, 167:24
description
101:16, 141:17,
141:20
designate
152:16
designating
74:13
detail
20:22
detailed
141:17
details
36:6, 70:8,
75:14, 75:17,
140:24
detention
132:6, 132:8
deterrent
66:22

dev-op
27:1
dev-ops
26:14
develop
58:19
developed
39:25
developing
58:2, 58:8
development
26:14, 58:12
diabetes
25:20
diagnoses
147:5
diagnosis
160:13, 160:17,
160:20, 161:13,
161:17, 163:4
diagnostic
163:9
dialogue
106:3, 106:4
diary
151:15
die
113:1
difference
161:23, 165:3
different
48:18, 79:18,
80:13, 80:14,
94:12, 96:1,
96:10, 98:13,
102:2, 134:9,
140:8, 144:10,
168:22, 168:23,
168:24
differently
109:19
difficult
29:17, 105:18,
155:9, 163:21
difficulties
11:2, 33:25
dilation
130:3

dire
62:8
direct
36:4, 36:5,
59:19, 60:1,
73:17, 142:23
directed
38:11, 74:17,
74:19, 76:14,
128:23, 130:24
directing
136:19, 136:23,
141:7
direction
176:8
directly
41:12, 50:19,
64:15, 106:7,
106:8, 123:7,
127:25, 144:25,
158:12
disagree
45:16, 109:14
disagreed
108:18
discover
43:20
discovery
136:5, 141:4,
141:9, 142:17,
146:3, 151:24,
152:7
discuss
102:2
discussed
13:21, 22:17,
25:25, 173:24
discussing
139:6, 153:23
discussion
14:16, 65:13,
70:10, 71:22,
87:17, 88:9,
89:9, 89:11
discussions
65:16, 74:14,
88:5
dismissed
135:3, 135:4,

135:6, 135:7
disorderly
131:13, 131:20
dissipated
147:1
distanced
107:19
distinction
51:7, 61:18,
161:24
distress
151:22, 151:25
distress-related
149:15
district
1:1, 1:2, 6:5,
6:6
disturbance
30:12, 30:16,
30:24, 30:25,
31:1, 31:3
ditch
107:11, 107:18,
111:5, 111:9,
111:23, 111:24,
113:14, 113:19,
113:22, 113:25,
114:3, 114:7,
114:11, 114:14,
114:17, 114:21,
114:22, 114:25,
115:6, 115:20,
115:25, 116:10,
116:13, 116:17,
116:21, 121:20,
123:15, 137:22,
144:21, 144:23,
145:1, 172:13,
172:19
dizziness
146:13, 146:20,
146:25, 149:24
docked
79:2
document
8:22, 136:11,
136:17, 142:16
documentation
12:17, 14:19,

14:22, 14:24
documents
9:15, 12:15,
12:23, 136:14
doing
6:16, 9:7,
27:10, 61:11,
71:7, 75:17,
76:15, 80:12,
107:5, 112:13
done
85:22, 126:7,
127:18, 132:18
door
156:20
down
16:7, 32:2,
36:11, 36:21,
38:7, 38:15,
76:5, 76:7,
76:16, 88:16,
103:2, 103:10,
105:5, 117:16,
121:12, 136:21,
154:1, 154:22,
154:23, 164:7,
169:6
doxxed
78:23, 79:1
dozen
75:6
drag
167:6, 167:7,
167:23
drainage
107:10
drawn
40:8
dress
92:2, 92:16,
92:21, 98:12
dressed
78:20, 91:23,
97:24
drive
4:7, 86:12,
86:22, 86:23
driving
155:2

drove
86:13, 86:24
drugs
12:1
dude
111:22, 115:20
due
127:2, 146:12
duly
7:8
dumps
125:13
during
12:17, 41:8,
41:10, 41:16,
104:10, 128:11,
133:15, 140:9,
142:17, 173:13,
173:19
duties
27:4, 45:5
duty
126:6
duval
4:15
dynamics
154:1, 170:5
dysphoria
153:3
dysphoria-related
152:14
déjà
115:24

**E**

e-v-i-d-a-t-i-o-n
26:9
each
54:10, 60:12,
71:25, 108:18,
110:24, 110:25,
137:5, 141:17,
141:19, 141:21
earlier
10:6, 84:5,
99:13, 132:24,
139:20
early
73:22

ease
164:6
east
15:24, 23:4
easy
9:1, 88:3
ebay
81:15, 81:16,
82:3
edge
148:19
effect
25:9, 99:16
effects
29:19
efforts
106:6
eight
18:2
eight-year-old
22:20
eighth
107:20
either
12:10, 12:12,
38:10, 44:7,
55:21, 78:18,
90:20, 98:5,
98:6, 106:7,
108:21, 124:15,
151:8, 151:11
elderly
25:19, 38:8,
38:15, 105:23
election
157:5
electronic
28:13
electronics
28:12, 28:13
elijah
51:1
elinor
35:7, 52:16,
53:21
else
15:4, 18:9,
38:11, 65:17,

65:24, 69:21,
79:16, 79:17,
84:14, 96:15,
112:3, 113:11,
120:17, 126:8,
139:10, 145:23,
169:25
emails
150:24
emergency
24:22
emotional
149:15, 151:21,
151:25, 170:7
emotionally
12:24
employed
176:10
emts
129:2, 129:4,
129:16, 129:20,
129:23, 129:24,
132:1, 132:3
encampment
48:10
encompassing
47:3
encounter
158:8, 167:18
encountered
40:13, 54:16
encrypt
71:9
end
11:2, 29:14,
32:1, 44:21,
74:21, 106:14,
107:16, 109:11,
111:4, 113:18,
132:18, 159:19,
169:10, 174:10
ended
105:1, 106:16,
107:2, 172:13
ending
15:25
enemies
109:25

enemy
109:8, 109:9,
109:17, 109:21,
110:1
energy
58:5, 101:21
enforcement
30:7, 30:11,
30:14, 35:16,
35:24, 39:8,
39:11, 61:1,
101:1, 101:4,
104:2, 158:10
engage
69:10
engaged
62:7, 137:14
engagement
36:19, 37:5,
37:9, 37:15,
37:20
engineer
26:14, 26:15,
27:1, 27:24
enjoy
28:16, 28:22
enough
151:7, 168:13
enrique
99:5
entail
34:21
entailed
34:22
enter
132:16
entered
142:19
entire
173:8
entirely
68:16, 134:9,
161:18
entitle
25:11
entitled
136:12
entity
134:9

envisioned
82:13
episode
31:6
equipment
81:2, 81:3,
83:3
equipped
100:22
er
129:6, 129:11,
129:13, 129:17
errata
175:7
escort
88:21
escorted
119:18, 173:5
especially
125:1
esquire
3:4, 3:13, 4:4,
4:5
essentially
16:2, 25:16
establish
134:12
established
61:20, 73:1,
153:3
establishes
83:23
establishing
88:10
estimate
75:5, 101:8,
102:17, 168:12
et
6:4
ethan
1:12, 3:10,
7:15
eugene
137:20
euphemism
99:4
euro
99:3

evaluating
129:4
evans
3:14, 6:18,
7:20
even
32:4, 56:17,
88:13, 89:20,
130:18, 156:1,
160:25, 163:18,
163:23, 164:1
event
13:4, 30:3,
60:3, 60:16,
60:18, 65:8,
65:9, 67:6,
67:10, 68:13,
69:17, 74:19,
92:22, 121:11,
135:15, 154:6,
156:22, 161:18,
161:19, 163:14
events
19:12, 47:8,
50:8, 50:10,
50:20, 114:21,
122:22, 141:14,
161:13, 161:15,
170:1, 170:8
eventually
15:25, 16:6
ever
8:8, 29:24,
30:2, 30:13,
32:9, 32:23,
46:13, 49:11,
77:13, 82:16,
90:20, 92:21,
99:9, 126:17,
139:8, 145:11,
146:16, 147:4,
158:4, 164:17,
172:6, 173:23
every
24:4, 24:6,
30:13, 49:10,
107:4, 121:19,
150:20, 169:10

everybody
36:23, 87:1,
105:25, 108:7,
108:11, 108:12
everything
11:5, 29:21,
33:13, 36:14,
85:1, 159:21,
160:2, 160:5
evidation
26:6, 26:8,
26:9, 26:10,
26:16, 26:25
evidence
42:5, 138:11
exact
73:20, 161:3
exactly
95:16, 99:10
examination
5:2, 7:14,
130:7, 171:16
examined
7:10, 175:3
example
36:25, 37:3,
37:17
examples
37:7, 37:12,
37:19, 37:23,
42:25, 43:2
exchange
71:13
excluded
47:7
exclusion
49:13
exclusively
58:25
excuse
19:5, 68:25
exhibit
5:11, 5:12,
5:14, 117:23,
136:5, 136:7,
141:5, 142:19,
142:20, 146:3
exhibits
120:24, 168:24

exist
58:4
existed
58:4
exists
58:6
exit
70:17, 140:9
exiting
140:1
expanded
25:18
expect
147:19
expecting
56:13
experience
11:1, 54:25,
95:18, 95:20,
95:24, 95:25,
125:24, 147:20,
154:10, 159:6
experienced
147:17, 164:17,
166:23
experiences
33:2, 33:5,
44:9, 56:23,
147:16, 151:13,
154:2, 159:10
experiencing
154:25
expiration
72:13
expires
176:16
explain
79:16
explained
31:13
exposure
55:2
extended
16:1, 48:7
extensive
130:7
extent
101:8, 148:9

**extracted**
116:16
**extraordinarily**
163:15
**extremely**
100:19
**extremism**
63:20, 63:23
**extremist**
89:14
**extricate**
95:11
**extricating**
95:25
**eye**
106:5
**eyes**
50:19

**F**

**face**
54:3, 98:6,
99:12, 102:23,
109:24, 117:18,
118:17, 140:4,
142:14, 145:21
**facebook**
43:3, 43:17,
43:22, 52:9,
52:10, 52:15,
52:17, 52:24,
53:4, 53:9,
53:10, 53:15,
53:16, 53:19,
53:23, 54:7,
54:19, 55:13
**faces**
101:24
**fact**
13:12, 15:5,
56:3, 61:20,
61:23, 62:1,
62:4, 62:12,
66:2, 67:6,
80:21, 100:23,
113:10, 113:13,
120:20, 121:4,
121:10, 121:18,

121:23, 122:14,
127:23, 131:8,
134:5, 138:11,
157:20, 157:25,
158:4
**factors**
148:12
**facts**
115:13, 115:16,
116:8, 116:12
**failures**
56:2
**faint**
131:1
**fair**
8:24, 9:17,
9:21, 10:3,
10:22, 11:6,
19:16, 21:11,
40:5, 40:11,
41:22, 46:3,
46:6, 47:24,
47:25, 48:19,
55:8, 101:17,
113:14, 113:17,
151:7, 151:19,
173:7
**fairly**
29:12, 29:17,
110:19
**fall**
100:15, 100:16
**falling**
169:8, 169:10
**familiar**
69:18, 70:1,
90:15, 90:17,
119:23, 136:16,
172:6
**familiarizing**
17:12
**family**
16:1, 20:2,
39:10, 54:3,
54:6, 71:8,
149:4, 154:1,
154:19, 155:16,
155:19, 157:2,

170:5
**far**
15:13, 101:20,
101:21, 107:21,
132:8, 139:24,
142:3, 159:20,
159:21, 168:9
**fascism**
63:14, 92:8,
99:19, 100:6
**fascist**
98:22, 99:1,
99:17, 100:13
**fascists**
101:5
**fashion**
78:15, 78:18
**father**
20:5, 20:6
**father's**
20:8
**fbi**
156:16, 156:19,
157:9, 157:16,
157:24, 158:9
**fear**
166:20, 166:21,
166:23
**fears**
65:14, 166:14
**feeds**
44:2, 64:20
**feel**
68:19, 81:9,
104:21, 107:24,
109:4, 109:6,
109:8, 155:4,
159:11, 163:11,
163:17, 163:18,
163:22, 164:14
**feeling**
131:1, 163:13
**feelings**
146:25, 153:18,
164:16, 165:25,
166:10
**feels**
166:4, 166:6,

166:7
**feet**
112:3
**fellman**
4:6
**female**
38:15, 93:25,
133:11
**fence**
114:14, 115:7
**few**
30:15, 34:13,
60:6, 70:19,
82:4, 159:10,
172:2
**fiery**
38:19
**fifteen**
89:7
**fight**
89:18, 102:24,
103:5, 117:4,
117:6, 154:12,
165:6
**fighting**
110:15
**fights**
102:6, 103:2
**figured**
104:1, 129:12,
155:21
**file**
118:5, 158:23,
170:21
**filed**
46:9
**finally**
10:24
**finance**
28:4, 28:6
**financial**
176:11
**find**
31:15, 36:17,
43:25, 102:4,
159:1
**finding**
79:4

findings
45:16
fine
10:12, 89:25,
90:1, 119:1,
133:8, 140:18,
152:19, 155:8
fines
135:5
finger
143:13
finished
34:16
finishing
34:20, 34:21
fireworks
85:10, 85:16
firm
6:18, 7:20
first
5:12, 7:8,
8:15, 18:19,
23:24, 24:9,
24:19, 60:25,
61:3, 61:5,
63:10, 69:20,
75:25, 76:3,
136:13, 137:24,
140:25, 148:4,
148:5, 148:6,
148:7, 152:11,
152:13, 161:5,
163:12, 165:9
fist
88:2
fitting
101:15
five
25:2, 32:18,
32:20, 35:20,
48:4, 55:10,
87:20, 89:6,
134:21, 138:19,
165:17
five-minute
59:9
fix
28:16, 171:21

flagged
98:6
flags
98:7
flanking
106:20
flex
149:11
flier
71:17, 71:19,
72:18, 73:1,
73:4, 73:17,
74:12, 74:16,
74:23, 74:25,
87:10
fliers
64:18, 64:22,
65:3
flight
154:12, 165:6
floyd
50:23, 56:4,
59:25, 60:9,
60:19, 60:22,
79:20
fluid
64:21
focus
110:24, 110:25
focused
148:25
folks
72:2
follow
106:24, 107:6,
108:8, 109:10,
150:22
follow-up
30:15, 60:6,
70:19, 139:4
followed
106:25
following
31:8, 39:25,
55:6, 57:2,
110:5, 128:3,
130:25, 131:22,
137:14, 148:15,

148:20, 161:18
follows
7:10, 122:12
food
76:13
footpath
97:4
force
39:15, 49:6,
49:10, 49:12,
49:16, 50:4,
50:7, 50:9,
50:11, 50:17,
147:19
foregoing
175:4, 176:3,
176:4
forehead
47:20, 47:23
foremost
8:15
form
95:14, 140:4
formal
8:19, 147:5,
160:13, 163:4
format
71:18
forming
95:20
fort
6:19, 7:22,
16:18, 17:5,
17:7, 17:12,
17:21, 21:25,
22:7, 26:16,
30:20, 31:20,
32:24, 39:1,
39:6, 39:17,
39:22, 40:13,
40:18, 45:19,
46:17, 46:19,
47:2, 48:3,
52:4, 56:24,
57:3, 59:23,
60:25, 63:24,
64:6, 64:24,
65:1, 67:10,

67:21, 68:3,
68:8, 68:12,
125:17, 133:25,
134:6, 137:3,
158:5, 158:13,
158:24, 159:1,
159:7, 163:21,
164:9
forth
137:5
forward
7:1, 13:2
forwarding
70:22
forwards
70:21
found
89:24
four
21:12, 48:4,
105:21, 134:21,
137:16, 165:17
fractured
47:13, 47:17,
47:19
fracturing
38:20
frame
104:19
framing
92:5
francisco
93:1, 93:5
free
28:10, 117:17
freedom
109:25
freehanded
144:4
frequent
165:12
frequently
76:24, 78:15
fridge
164:25
friend
32:3, 49:19,
53:1, 60:3,

76:14, 144:3,
155:20
**friendly**
120:16, 121:9
**friends**
39:7, 43:24,
52:21, 54:2,
54:6, 54:14,
54:20, 54:21,
54:22, 55:17,
62:14, 62:19,
63:4, 68:1,
68:2, 68:9,
71:8, 76:10
**front**
12:10, 17:15,
29:5, 76:6,
88:16, 96:7,
97:6, 101:10,
102:14, 103:25,
104:12, 104:23,
139:8, 139:22
**fucking**
112:15, 149:4
**full**
35:5, 35:7,
155:22
**fully**
9:8, 9:11,
10:9, 44:5,
140:10
**further**
103:2, 107:3,
130:9, 132:18,
174:3

**G**

**g-a-x-i-o-l-a**
18:22
**garcia**
111:13
**gas**
38:19, 47:12,
47:15
**gather**
87:20, 102:15
**gathered**
138:11

**gathering**
106:23, 107:2
**gauze**
84:10
**gave**
71:21, 73:24,
106:21, 124:24,
130:16, 130:17,
130:18, 147:4,
160:17
**gaxiola**
18:17, 18:21
**gears**
15:15, 138:20
**gender**
133:10, 152:14,
153:2, 153:19,
153:25
**gender-related**
169:21, 170:1
**general**
28:19, 36:2,
36:7, 36:10,
39:21, 42:18,
42:21, 43:3,
43:8, 43:12,
43:17, 44:9,
46:20, 46:21,
55:21, 55:25,
56:7, 56:16,
60:14, 60:16,
62:20, 72:11,
77:19, 82:10,
82:12, 84:11,
88:8, 109:18,
109:19, 109:24,
110:1, 150:4,
164:24, 165:4
**generalize**
164:22
**generally**
31:12, 36:18,
55:1
**generated**
65:13
**gentleman**
105:22, 123:21
**geography**
17:13

**george**
50:23, 56:4,
59:25, 60:9,
60:18, 60:22,
79:20
**getting**
10:6, 35:3,
45:2, 70:14,
81:9, 82:7,
83:10, 90:2,
90:3, 94:25,
99:18, 102:8,
103:11, 108:22,
113:18, 120:12,
143:12, 149:1,
157:12, 157:21,
157:25, 158:5,
165:24, 166:5
**ginger**
13:11, 13:14,
13:17, 14:1,
152:9, 152:11,
152:13, 152:21,
152:25, 153:1,
153:7, 153:18,
153:23, 160:16,
161:5, 161:6,
161:10, 162:15,
163:7, 169:12,
169:21, 170:2
**girl**
133:13
**give**
8:16, 42:24,
102:24, 141:6,
143:11, 147:24,
160:19, 161:2,
170:25
**given**
25:1, 54:20,
117:8, 130:20,
163:22, 175:6,
176:5
**giving**
8:19, 148:22,
148:23
**glad**
61:11

**go**
7:1, 10:14,
10:15, 10:20,
29:6, 34:1,
34:23, 37:2,
62:16, 64:14,
68:24, 69:1,
70:11, 71:23,
76:12, 88:13,
88:20, 88:21,
89:16, 95:3,
101:20, 114:14,
117:17, 119:16,
121:19, 121:21,
126:7, 129:6,
129:17, 133:6,
135:9, 150:12,
151:4, 155:23,
158:16, 160:8,
167:11, 167:12,
168:22, 168:25
**god**
165:19
**goes**
159:21
**going**
8:11, 9:5, 9:6,
9:7, 9:10, 10:2,
10:17, 10:19,
11:9, 13:13,
14:20, 15:5,
18:7, 20:7,
34:5, 34:8,
35:1, 36:21,
36:22, 39:3,
48:6, 49:2,
49:23, 59:13,
59:16, 59:19,
64:14, 67:16,
68:12, 71:23,
74:14, 75:19,
80:16, 82:14,
83:9, 91:13,
93:7, 93:10,
97:1, 102:5,
102:24, 103:3,
107:13, 107:17,
110:9, 112:15,

113:1, 117:18,
117:22, 117:23,
117:24, 122:1,
124:3, 124:20,
128:12, 129:13,
133:9, 136:4,
136:21, 138:18,
138:22, 138:25,
139:5, 140:9,
140:25, 141:4,
142:15, 142:18,
142:23, 143:4,
147:24, 149:3,
150:12, 152:15,
157:2, 157:4,
161:15, 164:10,
166:15, 169:4,
171:6, 171:8,
174:11
**gone**
29:6, 35:12,
166:24
**good**
6:17, 11:8,
24:5, 59:8,
88:22, 104:15,
104:20, 105:7,
105:16, 105:20,
108:14, 108:17,
110:23, 155:7,
164:1, 173:14
**gotten**
147:22, 165:22,
166:1, 166:6
**grabbed**
49:22, 112:3,
132:22, 133:3,
133:15, 133:18
**graduate**
23:5
**grant**
116:7
**grassy**
114:14, 115:6,
128:7
**great**
7:13, 9:1,
9:20, 11:8,

16:8, 29:21,
34:4, 43:2,
101:25, 138:21
**greeley**
76:16
**grew**
15:23
**grip**
112:20
**groped**
41:10
**groping**
41:15
**ground**
8:12, 58:14,
116:23, 118:13
**group**
63:17, 63:18,
67:15, 70:7,
71:13, 71:15,
74:5, 75:13,
79:22, 80:15,
85:24, 86:4,
86:25, 87:14,
88:6, 88:15,
89:1, 89:3,
89:21, 92:6,
93:13, 93:18,
94:3, 94:5,
94:12, 94:17,
95:3, 95:7,
95:11, 95:12,
95:22, 95:25,
96:1, 96:10,
96:15, 97:1,
97:15, 98:5,
99:6, 99:14,
107:25, 108:3,
108:4, 108:22,
110:4, 110:7,
110:18, 120:2,
126:17, 126:22,
126:24, 139:9,
139:10, 139:13,
139:16, 139:23,
139:25, 140:3,
140:12, 140:13,
140:17

**group's**
95:2, 96:23
**groups**
64:20, 89:14,
90:9, 90:21,
97:14, 98:16,
98:18, 106:8,
124:16, 126:5,
140:8, 154:22,
156:21, 157:1
**grow**
15:22, 16:2,
16:8
**growing**
63:20, 68:20,
88:12, 162:1
**guarantee**
83:10
**guess**
28:19, 40:25,
44:4, 44:5,
56:17, 66:21,
71:14, 93:2,
105:16, 125:20,
129:24, 132:15,
168:22
**guiding**
131:22
**guitar**
28:17
**guy**
120:14
**guys**
87:3, 102:5,
107:15, 124:20,
126:13

## H

**haferman**
1:20, 4:3,
6:25, 171:17,
171:24, 172:1,
172:5
**hair**
111:20
**hairy**
90:3
**half**
21:1, 21:2,

21:5, 21:12,
26:12, 77:3
**hall**
3:14, 6:18,
7:20
**hallmark**
98:25
**hallmarks**
99:16, 99:18
**hand**
56:5, 87:17,
87:19, 87:25,
88:10, 103:14,
106:21, 107:22,
108:4, 176:14
**handcuffs**
130:20
**handle**
25:14, 52:15,
53:8, 53:19,
53:20, 57:15,
58:15, 143:5
**hands**
103:13, 112:16,
117:17, 130:20,
142:3
**happen**
9:22, 55:9,
103:16, 126:13
**happened**
42:6, 75:15,
87:23, 114:21,
114:22, 115:22,
124:23, 135:1,
151:4, 156:18,
156:19, 157:10,
161:2, 162:5
**happening**
68:19, 96:7,
102:4, 103:16,
106:3, 156:17,
171:22
**happens**
111:23
**happy**
9:23
**harass**
79:5, 80:20,

80:21
**harassed**
36:18, 37:13,
70:14, 88:19,
89:2, 94:6,
94:21
**harassment**
36:10, 36:11,
54:4, 54:15,
54:17, 54:19
**hard**
115:24, 171:21
**hate**
110:22, 126:10
**hateful**
107:7
**hats**
98:3
**head**
8:18, 25:15,
75:16, 87:21,
88:2, 106:21,
112:6, 112:14,
115:4, 130:4,
130:19, 142:14,
143:11, 149:1,
173:4
**healed**
150:1
**health**
26:6, 26:11,
26:16, 26:25,
152:4, 153:6,
154:5
**hear**
7:21, 9:18,
11:5, 118:24,
127:25, 150:22
**heard**
7:18, 67:25,
94:23, 139:16,
155:13
**hearing**
11:3, 110:17
**heating**
82:13
**height**
134:17

**held**
26:24, 39:23,
40:2, 74:14,
117:15, 134:19
**help**
31:16, 70:14,
94:25, 95:3,
104:13, 138:12,
156:23, 159:16
**helped**
40:3, 114:10
**helpful**
130:20
**hemostatic**
84:10
**here**
6:2, 43:5,
44:18, 59:20,
68:20, 72:2,
90:3, 102:4,
110:13, 110:24,
114:10, 138:10,
138:13, 147:17,
163:25, 164:3,
164:5, 164:10
**hereby**
175:2, 176:3
**hereunto**
176:13
**hey**
64:13, 74:17,
88:20, 94:24,
105:7
**hi**
7:18, 77:19,
96:20
**high**
22:22, 67:2
**higher**
42:15
**hit**
49:20, 115:24
**hitting**
112:10
**hobbies**
28:9
**hobby**
28:19

**hoffman**
3:13, 5:3,
6:17, 6:18,
7:13, 7:17,
7:19, 34:4,
34:10, 59:18,
93:12, 122:6,
122:10, 139:2,
152:19, 171:10,
171:15, 172:14
**hold**
23:13, 23:15,
28:5, 29:16,
116:6
**holding**
80:16, 113:7,
167:14
**home**
47:11, 49:1,
65:20, 68:21,
120:6, 120:13,
121:19, 121:21,
125:2, 126:7,
134:23, 145:4,
147:25, 164:12,
164:15, 165:5
**homeless**
76:13
**homophobic**
54:17, 100:19,
107:7
**honest**
106:13
**honestly**
42:9, 43:23,
99:21, 112:25,
153:25, 155:1
**hood**
118:16
**hook**
148:21
**hormone**
169:19
**horses**
49:18
**host**
168:6
**hostile**
54:24, 95:12,

103:5
**hot**
111:2
**hour**
86:10
**hours**
11:15, 11:18,
12:1, 134:22,
144:5, 149:25,
167:6
**house**
156:16, 157:16,
163:18, 164:9,
165:2
**however**
22:3, 41:9,
105:13, 137:12,
168:10, 172:1
**huey**
90:12, 90:15,
90:16, 98:9,
100:24, 138:7
**hundred**
97:12, 168:3,
168:8
**hurt**
66:7, 157:2,
164:3

---
**I**
---
**ice**
164:25
**iconography**
98:8
**idea**
24:5, 88:23,
94:14, 127:20,
159:22
**ideas**
167:13
**identified**
98:19, 137:4
**identify**
6:12, 63:21,
63:22, 98:4,
137:1, 141:13,
158:13
**identifying**
156:24

**identities**
69:18, 137:11
**identity**
80:19, 159:15,
160:3
**ideology**
95:25, 96:1
**illinois**
16:21, 19:5,
19:7
**illness**
31:4
**imagine**
16:8
**immediate**
148:25, 162:3
**immediately**
102:20, 103:23,
114:5, 115:14,
148:15, 163:14,
165:6
**impact**
79:23
**implement**
45:10
**implication**
78:17
**important**
8:15, 61:10,
79:14, 80:2,
105:12, 106:4,
134:4, 148:12
**impossible**
105:15
**impression**
124:24
**incident**
29:23, 30:1,
30:5, 35:18,
35:25, 39:3,
45:18, 45:24,
160:22, 160:23,
172:2, 172:13,
173:8, 173:12,
173:13, 173:19
**incidents**
35:21, 125:16
**include**
25:18, 56:11,

98:7, 105:22
**included**
41:23, 74:23,
163:25
**including**
6:20, 7:23,
90:9, 118:16,
141:17
**income**
149:9
**incorporates**
161:15
**incredibly**
54:24
**independent**
114:20, 115:8,
115:10
**indicate**
81:19, 94:19,
128:11, 142:1
**indicated**
37:14, 60:8,
62:22, 89:8,
104:15, 111:3,
119:22, 124:7,
140:17, 146:2,
152:6
**indication**
130:25
**individual**
1:11, 1:13,
1:15, 1:17,
1:19, 1:21,
1:23, 31:23,
32:6, 47:22,
68:17, 86:2,
118:15, 123:7,
123:25, 133:2,
133:21, 134:16,
137:4, 137:20,
137:21, 137:24,
137:25, 152:8,
160:16
**individual's**
47:17, 133:23,
137:5
**individually**
6:19, 7:22

**individuals**
21:6, 37:2,
69:16, 74:4,
74:8, 75:9,
91:20, 91:22,
94:10, 118:19,
118:21, 123:12,
137:12, 137:14,
137:16, 138:10,
140:5, 153:14
**inequality**
42:18
**inform**
151:3
**information**
12:9, 12:12,
45:20, 53:11,
56:4, 67:25,
72:21, 79:4,
93:21, 96:9,
156:23, 158:14
**informed**
15:7, 70:6,
114:23, 115:7,
131:8
**infraction**
32:24, 33:4,
35:22
**infrastructure**
27:14, 27:16
**initially**
91:21, 169:23
**initiated**
37:8, 37:15
**initiating**
36:19, 37:4,
37:20
**injured**
66:8, 117:9,
145:24
**injuries**
57:1, 128:19,
141:13, 143:8,
145:12, 145:19,
146:17, 147:7,
147:20, 148:3,
148:16, 149:17,
149:20, 150:6,

150:15, 150:25,
151:2, 151:10,
151:16
**injury**
25:15, 146:25
**innocuous**
165:5
**input**
115:23
**insane**
54:3
**insist**
129:18, 130:9
**insistent**
109:11
**insomnia**
154:11, 168:16,
168:23
**instagram**
52:11, 53:8,
53:9, 53:13,
53:14, 53:16,
53:19, 53:23,
54:19, 55:13
**instance**
158:22
**instances**
33:16, 38:1,
38:9, 38:16
**instead**
31:15, 45:1
**institution**
44:15
**instruction**
10:6
**intending**
42:1, 42:3
**intense**
29:17
**intent**
89:22
**intention**
107:4
**interact**
54:5, 121:8
**interacted**
40:19, 90:20,
124:8, 131:10,

172:6, 172:9
**interacting**
44:10, 172:18
**interaction**
31:10, 32:11,
139:7
**interactions**
30:6, 30:10,
35:16, 35:23,
36:3, 36:5,
36:7, 38:25,
39:6, 54:2,
91:3, 127:21,
128:2, 158:10
**interest**
116:4, 176:11
**interested**
32:5, 48:16,
123:6
**interesting**
43:25
**interface**
158:12
**interfaced**
159:3
**interfere**
11:19, 12:4
**internal**
170:21
**internet**
42:25, 91:4,
91:6, 91:8
**interpret**
126:9
**interrogatories**
5:13, 136:13
**interrogatory**
136:21, 136:25,
141:8, 141:12,
146:5, 163:1,
166:20, 168:16
**intersection**
73:7
**interviewed**
170:18
**intimidating**
103:11
**introduce**
7:19, 117:23

**invented**
63:11
**inventory**
85:1
**investigating**
157:10, 157:12
**invite**
66:3
**involved**
30:23, 31:21,
60:5, 108:24,
123:14, 170:22
**involving**
30:25, 31:2
**iphone**
51:25
**issue**
41:12, 62:8,
105:12, 154:1,
159:7
**issued**
121:18, 123:21,
163:5
**issues**
11:2, 169:22,
170:2, 173:24
**itself**
94:23, 172:2

**J**

**jabs**
112:22, 117:13
**jail**
77:14, 77:16,
77:23, 86:1,
129:8, 129:11,
129:14, 132:12
**james**
137:25, 138:8,
138:14
**jared**
1:16, 3:11,
7:16
**jason**
1:20, 4:3,
6:25, 171:17,
171:24, 172:5
**job**
1:32, 27:13,

29:17, 96:4
**joe**
1:18, 3:11,
7:16
**john**
4:15
**jonathan**
4:4, 6:24
**joshua**
1:5, 77:5,
85:24
**journal**
151:15
**journals**
151:18
**julia**
4:5
**julie**
6:24, 171:23
**july**
15:19, 158:17,
158:19
**jump**
8:10, 9:5, 9:9,
9:11, 11:9,
136:21, 142:15,
142:22
**jumpy**
155:2
**jurisdictions**
125:4, 125:15
**justice**
60:2, 61:10,
62:10, 78:22

**K**

**kate**
7:19, 152:15
**katherine**
3:13, 6:17
**keep**
25:16, 54:2,
82:7
**keeping**
44:16, 110:25,
151:18
**keeps**
29:9, 29:11,

29:13
**kept**
24:8, 49:23,
85:5, 159:24
**keys**
84:24, 85:8
**kick**
103:8
**kicked**
48:25, 164:25
**kicks**
117:13
**kid**
167:7
**kiddo**
65:20, 76:11
**kill**
112:15
**kind**
8:10, 8:13,
25:12, 28:18,
29:4, 36:7,
44:17, 49:16,
51:23, 54:12,
54:15, 55:15,
55:24, 57:8,
58:18, 65:14,
67:2, 67:3,
71:22, 77:21,
79:3, 87:20,
88:20, 91:13,
102:13, 104:3,
105:4, 105:14,
106:22, 109:12,
109:14, 110:17,
131:22, 139:5,
144:4, 147:14,
147:15, 155:20,
164:23, 165:2
**kinda**
155:22
**kinds**
107:7
**kissinger**
4:6
**kneeled**
112:3, 117:15
**kneeling**
117:16

knew
69:19, 70:9
knowing
67:1
knowledge
19:8, 19:17,
20:3, 22:9,
94:22, 96:16,
96:17, 134:14,
137:13, 137:25
known
62:15, 76:18,
78:6, 89:13,
90:12, 91:5,
98:10
kruger
1:5, 64:1,
64:9, 64:11,
66:13, 67:11,
67:17, 68:11,
70:5, 75:10,
75:13, 75:23,
76:1, 76:3,
76:9, 76:10,
76:19, 76:25,
85:10, 85:16,
85:18, 118:15,
118:24, 119:13,
172:15, 172:20,
172:23, 173:1,
173:8

L

labeled
117:24, 142:17
lack
39:15, 170:7
lady
38:8
laid
103:13
lake
36:21, 36:22,
36:24, 37:2,
37:18
language
55:19
large
40:9, 44:19,

55:18, 111:19,
127:3, 168:13
largely
19:24, 42:11,
59:24, 91:23,
110:20, 114:23,
147:3, 150:1
larger
95:12, 96:1,
101:18
larimer
132:11, 132:12
last
10:8, 11:4,
11:11, 11:12,
11:15, 11:18,
12:1, 18:19,
20:14, 21:7,
21:9, 24:2,
24:11, 24:13,
25:2, 34:13,
45:11, 55:10,
57:12, 58:10,
63:12, 69:20,
111:11, 144:7,
145:17, 146:20,
147:10, 171:23
late
63:11
later
39:4, 47:23,
49:24, 89:24,
142:7, 145:6,
156:17, 162:19
latest
99:4
law
6:18, 7:20,
30:6, 30:10,
30:14, 35:16,
35:23, 39:8,
39:11, 61:1,
101:1, 101:4,
104:1, 158:10
lawrence
3:6
lawsuit
19:10, 46:9,

46:14, 123:7,
141:3, 149:9
lawsuits
46:10
laying
169:7
lead
7:25
leader
99:5
learn
25:12, 25:14,
43:22, 115:15,
125:10
learned
60:3, 63:24,
64:8, 64:10,
64:14, 67:9,
67:15
least
55:10, 74:9,
86:2, 115:4,
120:15, 140:21,
155:13, 159:12,
159:19
leave
16:7, 72:1,
103:6, 107:4,
108:5, 110:15,
114:13, 130:11,
132:3, 140:2,
140:21
leaving
88:11, 106:14,
106:16, 110:12,
110:13, 110:15,
114:25, 167:18
led
95:2
left
32:2, 45:6,
120:5, 140:13,
143:20, 143:22,
143:24, 144:8,
144:19, 145:22
legal
18:14, 18:16,
18:17, 134:9

legs
117:14
leifer
1:34, 2:10,
7:3, 176:2,
176:20
lender
160:4
less
52:23, 76:20,
83:9
lessen
170:15
let's
18:16, 28:3,
88:23, 105:9,
105:25, 110:23,
116:8, 121:12,
138:21, 160:8
lethal
83:11
letting
15:9
levels
83:15, 83:24
license
34:25, 35:3
licensed
153:10
licenses
23:13, 26:2
life
9:2, 13:20,
13:21, 23:15,
23:18, 29:12,
154:14, 154:18,
161:16, 165:15
lift
149:19
light
32:11
lightheadedness
146:13, 146:20,
147:1, 149:25
likelihood
67:2
likely
83:9

liking
54:8, 54:10
limitations
12:4
limited
48:19
limiting
55:2
line
19:6, 95:14,
95:20, 98:6,
107:2, 139:21,
139:25, 140:5,
141:25
link
53:13
linked
53:18, 131:5
linking
47:21, 56:8,
56:10
list
4:14, 30:13,
137:15, 137:20
listen
105:25
listening
169:9
literally
43:3, 77:24,
78:1, 89:1,
92:7, 102:5,
102:22, 106:18,
124:14, 124:18,
167:15, 169:3
litigation
162:23
little
10:7, 15:16,
27:3, 27:6,
28:8, 34:3,
83:15, 89:10,
102:15, 114:15,
114:17, 116:6,
121:12, 162:7,
164:19, 172:14
live
18:4

lived
16:22, 16:23,
16:25, 17:6,
17:17, 38:5
lives
51:16, 61:2,
61:4, 61:8,
61:14, 61:19,
61:23, 61:25,
62:2, 62:4,
62:12, 62:23,
63:1, 63:5,
64:25, 65:4,
65:9, 67:9,
67:19, 68:3,
68:7, 77:1,
79:11, 79:15,
80:2, 80:8,
94:5, 154:23
living
16:15, 162:1
llc
3:5
locate
139:9
located
33:20, 132:9
location
71:21, 72:22,
73:3, 73:5,
86:17, 96:10,
96:23
locations
124:11
lock-arm
49:19
locked
95:21
long
10:14, 21:22,
25:22, 26:7,
26:10, 27:25,
58:7, 62:15,
70:15, 71:20,
72:9, 76:18,
80:7, 86:6,
86:9, 86:10,
89:3, 89:6,

102:10, 107:15,
107:18, 134:19,
146:19, 147:10,
155:7
long-term
148:2
longer
171:2
look
111:18, 133:22,
145:24, 171:1
looked
107:11, 134:16,
145:12, 145:20,
146:3, 147:8,
168:7
looking
13:4, 31:13,
45:1, 76:12,
91:7, 141:25,
153:2
looks
81:17, 81:18,
137:9, 163:10
lose
112:18
loss
149:8, 149:12
lost
112:25, 149:9
lot
28:25, 37:24,
45:14, 51:4,
58:5, 65:13,
79:18, 86:4,
87:2, 87:3,
98:5, 98:14,
103:10, 103:11,
105:5, 105:24,
106:12, 110:20,
116:11, 131:4,
131:5, 154:17,
163:10, 163:18,
165:16
loud
97:23, 105:3,
105:18
loudest
102:7, 105:14

loudly
105:3
louie
90:13, 90:15,
90:16, 98:9,
100:23, 100:24,
138:7
louis
19:6
loved
167:8
low
81:5
lpc
153:7, 153:10,
160:16
lying
164:5

## M

m-e-l-o-d-y
18:21
ma'am
10:23, 127:2
made
33:12, 41:14,
47:22, 51:7,
56:15, 64:19,
66:4, 70:4,
121:23, 122:14,
139:13, 139:16,
155:14, 155:15,
155:17, 156:8,
156:9, 156:11,
160:2, 164:8,
167:10
maga
98:3
maintain
27:13
major
116:11
majority
101:15
make
8:12, 8:21,
9:24, 14:21,
34:2, 41:1,

41:11, 43:13,
52:22, 55:5,
61:18, 79:6,
124:15, 126:4,
163:11, 163:21,
164:14
**maker**
164:25
**makes**
27:7, 27:15,
83:8, 162:8
**making**
9:14, 51:6,
70:3, 91:4,
101:22, 105:14,
133:12, 149:8,
161:24, 163:19
**male**
41:11, 93:25,
133:10, 133:14,
133:17, 134:17
**mallory**
1:10, 3:10,
6:4, 6:21, 7:15,
7:23
**man**
115:18, 127:3
**managed**
112:19
**manager**
118:5
**manner**
7:1
**many**
10:12, 32:16,
48:1, 48:23,
56:14, 75:2,
97:10, 105:16,
105:19, 127:16,
135:9, 135:12,
137:11, 143:10,
165:11, 167:25,
168:5, 170:24
**marathon**
10:13
**marches**
51:5, 51:8,
51:9, 61:16

**marginalization**
109:25
**marijuana**
12:1
**marine**
38:20
**marked**
136:5, 136:7,
141:5, 142:19,
142:20
**markings**
81:18
**marks**
143:13, 144:9,
174:9
**married**
21:16
**mask**
118:17
**masks**
98:6
**mass**
24:19
**massachusetts**
15:23, 16:3,
16:4, 16:5,
16:21, 20:11,
20:17, 23:2,
154:21
**massive**
25:14
**matter**
6:4, 6:20,
51:16, 61:2,
61:4, 61:8,
61:14, 61:19,
61:23, 61:25,
62:2, 62:4,
62:12, 62:23,
63:2, 63:6,
64:25, 65:4,
65:9, 67:10,
67:19, 68:3,
68:7, 79:11,
79:15, 80:2,
80:8, 83:11,
133:13, 135:19,
135:24, 136:2,

159:18
**matter-affiliated**
94:5
**matters**
62:17
**maybe**
57:12, 75:8,
77:4, 86:10,
89:7, 91:14,
105:21, 107:20,
109:18, 111:20,
113:6, 134:21,
138:6, 165:17,
167:15, 168:8,
168:13
**mcclain**
51:1
**meadowed**
107:9
**mean**
25:10, 28:11,
28:17, 29:1,
29:18, 30:12,
32:17, 36:2,
40:21, 40:25,
42:24, 43:10,
43:19, 43:23,
44:2, 44:22,
46:19, 52:19,
53:14, 60:16,
62:20, 72:11,
72:12, 81:7,
84:24, 84:25,
88:8, 91:3,
103:12, 106:2,
110:19, 110:21,
116:11, 119:6,
120:16, 124:10,
124:22, 126:8,
126:14, 128:17,
130:2, 130:6,
135:21, 143:10,
146:22, 147:12,
148:4, 148:17,
154:1, 154:24,
160:22, 164:19,
164:22, 165:14,
165:18, 168:24,

170:4, 170:5
**meaning**
79:25, 167:25
**meanings**
79:18
**means**
129:22
**mechanism**
70:24, 91:7
**media**
6:2, 42:17,
42:21, 42:22,
43:3, 43:14,
52:7, 52:12,
53:22, 54:4,
54:16, 55:5,
56:15, 56:16,
56:22, 57:8,
58:22, 64:3,
64:13, 64:16,
64:19, 64:22,
65:7, 70:23,
90:13, 91:9,
91:10, 125:9,
125:10, 150:11,
150:14, 157:4,
170:18
**medic**
68:16, 69:3,
74:18, 81:20,
139:10
**medical**
25:20, 27:8,
60:5, 66:9,
67:17, 68:13,
81:1, 84:5,
84:8, 84:15,
129:25, 130:9,
146:16, 147:23,
148:8, 152:4
**medications**
11:14, 11:17,
169:16, 169:18
**medics**
70:8, 71:14,
72:22, 74:8,
119:1
**meet**
13:6, 70:4,

70:9, 71:21,
72:22, 72:23,
73:18, 74:1,
75:2, 75:22,
77:20, 85:25,
98:25
**meet-up**
86:17
**meeting**
87:1, 87:5,
87:14, 153:18,
161:6
**melody**
18:17, 18:21,
18:24
**member**
51:16, 51:18,
62:23, 63:1,
63:8
**members**
20:2, 39:7,
39:10, 39:11,
63:5, 98:17,
99:6, 104:11,
110:18, 113:16,
120:1, 120:9,
120:19, 121:3,
124:5, 126:1,
126:21, 127:11,
155:16
**memorabilia**
98:6
**memories**
115:10
**memory**
75:25, 76:3,
85:4, 114:20,
114:23, 114:25,
115:5, 115:8
**mental**
12:3, 31:4,
141:13, 152:4,
153:6, 154:5,
162:10
**mental-health-re-
lated**
153:14, 169:16
**mentally**
29:17

**mentioned**
20:5, 20:6,
23:19, 24:16,
28:21, 34:20,
38:14, 43:15,
57:22, 58:24,
70:21, 72:16,
80:17, 99:14,
110:3, 140:16,
151:2, 160:9,
161:4
**message**
70:7, 70:22,
70:23, 70:24,
71:1, 71:11,
71:12, 71:13,
71:15, 72:5,
72:17, 88:15,
93:19, 93:23,
94:3, 94:20,
94:23, 95:2,
96:9, 139:9
**messages**
71:9, 72:8,
72:10
**messaging**
70:25
**messenger**
54:7, 54:14
**met**
69:21, 70:9,
76:10, 76:17,
77:12, 77:13,
77:16, 86:3,
93:14, 129:20,
153:13
**method**
141:20
**michael**
1:4, 1:27, 2:1,
5:2, 7:7, 35:11,
138:15, 175:2
**microphone**
33:25
**middle**
133:7
**might**
52:9, 55:16,

88:13, 140:19,
160:25
**mike**
138:7
**mile**
107:20
**military**
25:17
**militia**
89:14, 98:16
**milo**
3:4, 6:14,
12:20, 13:2,
13:5, 122:4,
135:12, 135:23
**mind**
35:24, 36:9,
37:19, 39:2,
45:4, 122:10,
147:23, 164:11
**mine**
49:20, 76:14,
144:3, 164:4
**minorities**
100:17, 109:24
**minute**
117:25, 138:19
**minutes**
87:20, 89:7
**mirrored**
143:22
**misdemeanor**
131:20
**misogynistic**
99:2, 100:18
**missed**
24:11, 133:1
**missouri**
19:5
**mitigate**
40:4, 170:14
**mode**
165:6
**models**
55:19
**mom**
148:22, 154:21,
154:23, 155:14

**mom's**
155:20
**moment**
59:12, 72:3
**moments**
116:2
**monday**
129:8, 129:11,
129:14
**monetary**
141:19
**monitor**
6:8
**month**
135:22, 153:4,
156:16, 161:7
**months**
82:4
**more**
13:17, 14:3,
15:16, 27:7,
28:22, 29:2,
32:18, 45:13,
48:9, 48:21,
53:24, 54:1,
54:5, 54:8,
56:18, 56:19,
56:20, 65:13,
71:6, 78:15,
89:10, 95:12,
104:19, 122:8,
130:19, 143:15,
143:17, 148:12,
151:11, 170:24,
173:11
**morning**
6:17, 8:1,
169:11
**most**
24:2, 29:12,
29:14, 48:22,
55:17, 86:10,
90:11, 99:21,
101:23, 109:1,
147:18, 151:4,
163:25, 164:3,
166:17
**mother**
20:16, 20:20

mother's
20:12
motivated
59:24, 60:8
motor
32:10, 32:24,
33:4, 35:22
mountains
16:17, 29:7
mourning
79:18, 79:19,
79:21
mouth
113:4, 166:12
move
16:10, 16:14,
77:2, 138:18,
139:6, 151:20,
170:17
moved
15:24, 16:10,
16:12
movement
48:20, 63:17,
63:21, 78:22,
79:11, 79:15,
80:2, 80:8
moves
27:15
moving
13:1, 28:21,
95:21
msnbc
43:12
mt
1:30, 174:12
much
23:22, 29:1,
29:2, 29:8,
43:21, 45:7,
72:12, 77:15,
112:14, 143:15,
149:5, 157:6,
171:1, 174:3
muffled
150:21
murder
60:18, 60:22,

149:3
murders
56:5
music
28:12
must
124:9, 125:19
mutual
76:10
mx
7:18, 34:11,
59:19, 93:13,
137:11, 137:13,
139:3, 171:13,
171:19
myself
7:19, 17:12,
66:21, 68:22,
80:25, 82:13,
86:24, 117:2,
117:7, 126:3,
127:8, 164:22

**N**

nader
47:6, 49:14,
50:2, 50:5,
50:15
nail
143:13
name
7:19, 11:11,
11:12, 13:9,
18:12, 18:14,
18:16, 18:17,
18:19, 20:8,
20:12, 20:14,
21:5, 21:7,
21:19, 34:12,
34:14, 35:3,
35:5, 35:6,
35:7, 35:9,
35:10, 52:24,
58:16, 62:18,
77:12, 90:16,
93:22, 99:20,
111:10, 111:11,
133:20, 137:6,

152:8, 171:23,
172:5, 172:10
named
6:19, 7:22,
21:2, 41:19
names
20:25, 21:9,
35:12, 35:13,
69:20, 74:23,
100:8, 138:9,
140:5, 163:9,
172:9
nasty
66:23, 66:25,
155:25
nations
100:2
nature
16:17, 31:3,
74:15, 121:9,
149:19
nausea
146:14, 146:20,
147:1, 149:25
near
15:25, 86:19,
87:11, 87:14,
112:6
nearby
87:4
necessarily
40:6, 92:3,
106:5
necessary
37:5, 37:10,
37:16, 37:22,
68:23, 95:14
neck
145:21
need
10:5, 10:11,
10:13, 10:15,
10:16, 15:10,
44:12, 44:18,
72:1, 109:3,
109:4, 118:25,
119:8, 138:8,
155:9

needed
36:20, 45:3,
129:17, 129:18
needs
24:3, 27:16,
62:8
negative
22:21, 22:22,
26:1, 33:5,
35:25, 36:9,
39:2, 159:8
negatively
127:22
neighbor
31:4, 31:23,
35:19, 44:23,
45:18
neighborhoods
109:13
neither
176:9
nerdy
28:19
nervousy
164:23, 165:4
networks
42:23
netzel
1:14, 3:11,
6:21, 7:15, 7:23
never
13:4, 98:10,
104:7, 165:14
new
28:15, 35:3
news
42:16, 42:21,
43:3, 43:4,
43:6, 43:7,
43:9, 43:12,
43:21, 44:3,
44:7, 47:18,
47:23, 55:16,
90:25, 91:1,
91:11
next
9:12, 56:12,
97:1, 118:17,

143:15, 146:22,
147:2
**nick**
4:14
**nickname**
18:24
**nicknames**
69:21
**night**
145:5, 145:6,
145:17, 168:21
**nights**
169:3
**nightstick**
49:20
**nij**
83:19, 83:21,
84:1
**nikolaevskaya**
4:5, 5:4, 6:25,
171:18, 171:24,
174:8
**nodding**
8:18
**noises**
165:5
**non-pro-police-s-
upportive**
127:24
**nonbinary**
133:10
**none**
36:20, 37:5
**normal**
169:5
**north**
4:7
**northwestern**
23:9
**not-niced**
168:11
**notarial**
176:14
**notary**
2:11, 176:1,
176:20
**notes**
12:9, 99:11,

**171:1**
**nothing**
7:9, 72:14,
149:22, 154:20,
174:5
**notice**
2:10, 163:12
**noticeable**
101:23
**noticed**
109:16
**notwithstanding**
66:2
**nowhere**
117:17
**number**
6:19, 7:21,
40:9, 56:13,
137:6
**numbers**
101:20, 136:20,
136:24, 168:12
**numeral**
98:20

---
**O**
---

**oakland**
38:6, 38:7,
38:11, 38:14,
38:22, 47:10,
47:16, 48:9,
48:20, 49:5,
50:11, 93:6
**object**
122:1
**objection**
6:16, 122:5
**observation**
47:22
**observations**
49:4
**observe**
49:16, 78:4
**observed**
50:18
**observer**
53:24, 54:1,
55:12, 57:17,

**58:25**
**obtain**
24:24, 25:5
**obtained**
24:9, 25:7
**obviously**
10:24, 16:10,
45:24, 48:5
**occasionally**
55:13
**occupation**
48:14
**occupy**
47:10, 47:16,
48:5, 48:8,
48:20, 49:5,
50:12, 93:4,
93:5
**occur**
36:14, 45:22,
67:3, 125:7,
161:25
**occurred**
14:2, 35:19,
60:14, 103:22,
114:8, 127:14,
127:16, 139:22,
173:12
**occurrence**
165:13
**occurring**
19:13, 64:12,
67:10, 165:5
**october**
38:24
**ofc**
171:24, 172:1
**ofcs**
6:21, 7:23
**offense**
131:13, 131:20
**offers**
81:8
**offhand**
69:13, 73:9,
73:19
**office**
34:24, 35:1,

**142:16**
**office's**
57:19
**officer**
30:14, 38:15,
41:11, 41:15,
41:17, 41:19,
116:6, 116:18,
130:15, 133:11,
133:17, 159:11,
172:7, 173:21,
176:2
**officers**
6:20, 7:22,
31:20, 36:8,
36:18, 37:1,
37:4, 37:8,
37:13, 37:15,
37:20, 38:2,
38:10, 38:17,
39:1, 39:13,
39:19, 40:7,
40:9, 40:12,
40:19, 41:8,
41:13, 42:10,
42:12, 44:10,
46:10, 104:2,
106:11, 106:13,
118:25, 121:2,
124:5, 125:25,
127:10, 127:22,
128:1, 128:6,
128:15, 128:19,
130:13, 130:23,
131:8, 131:10,
131:22, 134:6,
134:8, 158:11,
159:2, 170:22,
172:9, 173:24,
174:1
**officially**
34:14
**often**
27:11, 78:10,
78:18, 161:9
**oftentimes**
78:11, 134:5
**oh**
18:17, 110:8,

151:3, 154:22,
156:21, 158:21,
165:19
**old**
18:1, 28:14
**once**
31:17, 69:5,
107:8, 111:23,
111:24, 114:13,
122:8, 135:11,
150:20
**one**
13:17, 13:18,
14:3, 14:6,
14:7, 21:5,
24:16, 30:16,
33:12, 33:15,
33:18, 36:20,
40:24, 45:11,
48:9, 53:19,
53:20, 55:1,
57:16, 59:12,
65:11, 65:12,
75:6, 75:9,
79:18, 79:19,
79:23, 87:18,
95:11, 95:25,
106:16, 112:14,
127:8, 131:13,
134:13, 135:14,
139:3, 140:14,
144:23, 144:25,
147:4, 147:16,
150:2, 159:9,
160:9, 167:7,
168:3, 168:6,
171:12, 173:11
**ones**
33:9, 45:6,
49:9, 101:22,
101:23, 105:14,
145:12, 145:20,
166:25, 167:3,
167:5
**ongoing**
80:10
**online**
42:21, 54:2,

54:23, 55:7,
91:2
**only**
10:17, 36:22,
52:21, 54:22,
59:5, 69:19,
75:5, 77:13,
89:19, 112:21,
115:2, 121:2,
123:18
**open**
90:14, 107:17,
111:4, 123:14,
126:17, 126:25,
159:25
**operate**
57:19
**operations**
28:7
**opinion**
91:11
**opportunities**
117:1
**opportunity**
8:4, 60:4
**opposed**
45:2, 48:21,
151:12
**options**
26:15
**order**
34:15, 34:17,
54:25, 143:12,
152:18, 159:16
**organic**
63:19
**organization**
51:17, 51:19,
61:21, 61:22,
63:6, 63:10,
63:17, 63:19,
79:15, 80:3,
80:9, 92:6,
92:14, 98:22,
99:1, 99:17,
100:13, 126:16
**organizations**
43:6, 62:24,

90:24, 99:22,
100:16, 120:9,
120:19, 121:3,
124:6, 126:1
**organized**
92:13
**original**
25:6, 25:7,
25:8, 124:3,
140:7
**originally**
28:21, 71:12,
152:24
**oropeza**
138:7, 138:16
**other's**
54:10
**others**
30:25, 31:2,
54:8, 79:20,
92:9
**otherwise**
62:6, 85:5,
176:11
**ourselves**
55:1, 78:22
**out**
9:8, 27:5,
29:14, 29:15,
33:12, 33:14,
33:19, 35:24,
36:9, 39:1,
49:21, 49:24,
56:1, 70:14,
70:18, 74:21,
76:6, 79:4,
82:14, 87:21,
88:21, 88:22,
89:1, 89:23,
89:24, 90:2,
94:23, 94:25,
95:3, 95:15,
95:17, 102:13,
102:16, 104:7,
104:25, 107:1,
108:20, 109:10,
110:9, 110:13,
110:24, 112:1,

112:4, 113:18,
113:22, 113:25,
114:2, 114:7,
114:10, 114:18,
114:22, 115:19,
115:20, 116:1,
116:9, 116:14,
116:15, 116:17,
117:12, 124:20,
126:17, 126:19,
126:22, 126:24,
127:1, 127:8,
129:15, 132:1,
139:14, 139:15,
139:17, 139:20,
149:22, 151:12,
153:1, 153:13,
155:4, 155:21,
159:16, 160:1,
163:11, 165:18,
167:9, 167:20
**outcome**
176:12
**outdoor**
28:25, 29:4
**outdoors**
28:23
**outlets**
170:19
**outlined**
19:13
**outrage**
60:17
**outright**
99:7, 135:6,
135:8
**outset**
8:14
**outside**
87:6, 91:16,
91:21, 93:14,
96:24, 97:10,
97:15, 97:18,
102:10, 102:19,
103:9, 103:22,
108:1, 108:14,
131:5, 147:15,
167:8, 168:8

over
8:2, 8:11,
14:22, 32:9,
33:3, 33:18,
35:21, 48:7,
72:2, 72:8,
72:14, 88:2,
113:2, 116:18,
128:24, 142:15,
142:22, 155:24,
162:7, 165:23,
166:1, 166:2
overall
166:8
overlap
98:14
own
50:19, 56:11,
58:8, 61:17,
62:17, 91:2,
94:13, 99:11,
125:24, 153:1
owned
53:10
owning
111:1
owns
53:19

**P**

page
5:2, 5:11,
8:13, 136:20,
136:24, 141:7,
142:23
pages
1:33
palm
88:2
pandemic
34:22
panic
164:24, 165:9,
165:11, 165:15,
165:19, 166:11
pants
84:19, 84:20
paraphrasing
66:21, 99:15

parcel
67:4
parent
18:10, 18:13
parents
15:24, 151:5,
156:1
park
86:14
parked
86:15, 86:18
parking
86:4, 87:2,
87:3, 131:4,
131:5
part
28:12, 29:12,
34:24, 42:2,
42:4, 48:22,
67:4, 69:3,
69:4, 74:4,
75:13, 79:10,
85:24, 89:10,
94:16, 99:13,
139:10, 140:9,
140:11, 141:3,
149:9, 152:16,
159:3, 166:17
participant
48:21
participate
47:10, 49:2,
60:21, 76:13,
122:18, 122:23
participated
47:8
participating
48:15
participation
48:20
particular
31:21, 42:23,
49:25, 83:14,
92:22, 97:24,
100:4, 100:6
particularly
43:6, 43:7
parties
6:10, 11:3,

176:10
partner
65:19, 134:24,
154:15
partners
137:2
party
46:13
pass
34:22
passed
47:11, 48:11,
64:19
passerby
48:21
passing
49:1, 49:21,
73:12, 73:14
past
37:14, 95:19,
99:23, 125:16,
154:2
pat
133:11, 133:14
path
107:9, 107:10,
166:9
patient
25:16
pattern
124:11, 124:13,
124:14, 125:14
patterns
125:3
payment
135:4
pd
38:7
peaceful
50:21, 67:1
pedal
28:17
penalize
45:2
pending
10:19, 159:18
people's
94:15, 101:24,

103:12
perceive
92:8
percent
75:21, 111:12,
132:10
percentage
101:9, 101:13,
170:6
percentages
101:7
percenters
89:14, 90:5,
90:10, 98:12,
98:19, 100:12,
100:22, 101:12,
109:21, 113:15,
123:13
perform
129:24, 134:6
performing
44:16, 44:22,
95:18, 134:8
performs
44:15
perhaps
13:23
period
48:7, 114:5,
150:2
periods
72:13
peripheral
119:19
person
31:14, 31:16,
45:2, 54:24,
69:19, 77:20,
84:23, 85:6,
85:10, 93:23,
94:2, 94:11,
104:5, 106:1,
113:7, 113:12,
114:1, 116:18,
121:20, 127:7,
131:24, 133:17,
138:6, 151:11,
155:19, 155:21,

162:2, 164:23,
165:4
**person's**
47:13
**personal**
57:24, 58:1,
58:2, 79:4,
81:2, 81:3, 83:2
**personality**
90:13
**personally**
38:7, 38:18,
79:25, 120:25,
126:3, 127:12,
135:11, 138:5,
138:10, 138:17,
139:13
**personnel**
128:23
**perspective**
89:19, 103:3,
120:12, 126:12
**perspectives**
102:3
**pertaining**
173:25
**peyton**
4:13, 6:9
**phase**
58:12
**phone**
12:13, 51:20,
51:23, 52:1,
72:10, 84:23,
85:8, 96:20,
104:4, 104:7,
126:18, 126:19,
126:22, 126:24,
127:1, 148:20,
151:12, 156:6,
156:7, 156:10,
156:11, 156:13,
157:13, 157:18,
157:21, 157:25,
158:5
**photograph**
142:24
**photographs**
142:16, 145:3,

147:9
**photos**
52:3, 69:14,
143:8, 145:9,
145:11
**phots**
54:9
**phrase**
109:16
**physical**
12:3, 96:11,
103:8, 123:14,
141:2, 141:13,
146:17, 146:24,
148:13, 148:16,
149:17, 150:6
**physically**
149:18
**pick**
10:9, 26:22,
96:19
**picked**
134:25
**picking**
32:13
**picture**
143:15, 144:7,
144:10
**pictures**
143:5, 145:16,
145:17, 151:6
**piece**
127:8
**pieces**
91:11
**pink**
80:12, 92:23,
92:24
**pinned**
117:14
**piper**
1:4, 1:27, 2:1,
5:2, 6:3, 6:15,
7:7, 35:7,
52:16, 53:21,
174:10, 175:2
**piper's**
33:25

**pistol**
81:8, 83:6
**place**
13:17, 16:8,
16:17, 38:21,
38:22, 38:23,
45:19, 45:24,
48:7, 67:21,
68:3, 68:8,
91:16, 91:19,
102:18, 104:20,
107:4, 113:7,
130:24, 139:7,
163:24
**placed**
81:19
**places**
76:12, 107:19
**plain**
71:18, 104:3
**plaintiff**
6:15, 77:10,
136:12
**plaintiffs**
1:7, 3:3
**plan**
71:24, 72:24,
72:25, 73:1,
95:16, 124:17
**planet**
6:10, 7:4
**planning**
41:11, 47:9,
123:4
**plans**
123:5, 123:10
**play**
28:12
**played**
118:7, 118:12,
118:23
**please**
6:12, 92:4,
137:1, 137:5
**plymouth**
23:1, 23:3
**pocket**
104:6

**pockets**
84:20, 84:22,
85:5, 85:7
**point**
9:3, 9:22,
10:11, 10:25,
13:3, 16:9,
34:12, 48:13,
75:22, 78:4,
88:14, 103:6,
104:21, 106:16,
112:15, 112:17,
113:25, 114:19,
115:24, 116:20,
119:10, 121:22,
122:13, 126:15,
131:7, 132:5,
149:23
**pointing**
56:1
**police's**
56:2, 96:3
**policing**
42:17, 43:8,
43:17, 44:9,
55:20, 55:24,
56:6, 56:16
**political**
78:16, 78:19,
79:23
**popping**
167:5
**porch**
157:23
**portion**
108:8, 108:11,
152:20
**position**
26:13, 26:24,
27:22, 28:5,
112:24
**positive**
159:8, 159:10
**possess**
57:9
**possible**
44:14, 134:7
**post**
43:12, 53:2,

53:14, 53:15,
55:13, 55:15,
55:16, 55:20,
56:22, 57:1,
57:5, 131:11,
150:13
**post-work**
29:15
**posted**
53:1, 59:1,
59:2
**poster**
53:25
**posters**
65:7
**posting**
55:18
**postings**
43:22
**posts**
54:11, 56:6,
56:15, 64:3,
64:13, 64:16
**potential**
66:22
**potentially**
32:5, 83:11,
123:12, 166:14
**pound**
112:21
**power**
56:2
**prairied**
97:3
**predates**
80:8
**prefer**
44:21
**preferred**
8:6
**preparation**
12:16
**prepare**
13:7, 14:24
**preschool**
164:11
**presence**
91:8

**present**
4:12, 8:3,
19:12, 22:6,
25:21, 53:6,
60:2, 69:7,
89:17, 97:14,
97:18, 152:22,
156:22, 157:22,
172:22
**presented**
135:13
**presenting**
27:10, 80:10
**presently**
17:3, 23:13,
26:5, 35:6, 35:7
**president**
63:12
**press**
44:4
**pressing**
13:20, 13:21
**presume**
96:3, 97:12
**presumption**
125:22, 125:23
**pretending**
155:20
**pretty**
29:14, 43:11,
64:21, 87:23,
88:3, 97:23,
120:16, 157:6,
160:24
**prevent**
143:12
**prevented**
116:15
**previous**
30:6, 30:10,
35:10, 41:6,
43:15, 61:8,
61:15, 61:16,
62:24, 67:8,
67:13, 90:8,
111:3, 150:13,
151:23
**previously**
62:22, 70:1,

74:2, 100:24,
107:25, 119:22,
132:25, 140:17,
152:6, 153:19,
169:22
**pride**
50:10, 50:20
**pride-oriented**
47:8
**pride-related**
50:8
**primarily**
15:23, 27:16,
36:16, 58:20,
91:9, 113:8,
142:14, 153:21,
155:18, 156:6,
156:7, 167:5
**primary**
44:1, 113:5,
153:5, 155:6
**prior**
12:18, 14:20,
35:16, 39:23,
40:2, 40:5,
42:12, 45:25,
46:5, 46:16,
47:1, 48:2,
50:18, 51:5,
55:21, 76:20,
82:5, 82:16,
90:17, 90:21,
95:24, 153:17,
153:23, 164:17
**private**
52:18, 52:19,
52:21, 54:20,
68:17
**privilege**
14:15, 14:17
**privileged**
13:3, 14:11
**pro-insurrection-ists**
137:1
**pro-police**
104:11, 120:9,
120:19, 121:3,

124:5, 126:1,
126:16, 127:11,
137:12
**probably**
7:18, 9:4,
15:9, 30:19,
48:4, 55:23,
56:19, 75:6,
76:20, 82:4,
82:14, 84:24,
89:6, 94:13,
106:5, 108:10,
112:18, 127:5,
128:18, 129:7,
138:8, 143:22,
146:22, 166:8,
168:2
**problem**
40:16
**problems**
168:14, 168:19
**procedure**
132:16
**procedures**
95:19
**proceeded**
70:17
**proceeding**
6:22, 10:25
**proceedings**
159:22
**process**
34:16, 34:20,
34:21, 105:15,
129:10
**processing**
115:23
**production**
136:14
**productive**
105:16, 105:20
**professional**
23:17, 26:2,
37:25, 128:2,
153:11
**profile-type**
81:5
**programs**
44:20

promote
58:4, 59:6
prompted
59:22
pronoun
8:6
pronounced
162:6
pronouncing
63:11
properly
115:23
prosecution
57:6, 122:19,
122:22, 122:24
protect
55:1, 78:22,
83:7, 95:14,
112:13, 117:18
protection
81:8, 83:16,
83:23
protective
81:2, 81:3,
83:2, 152:17
protects
83:7
protest
19:14, 22:6,
39:25, 42:13,
46:1, 46:17,
47:2, 47:16,
48:3, 48:6,
48:8, 48:14,
48:15, 48:24,
48:25, 49:5,
49:11, 49:13,
49:25, 50:1,
50:4, 50:23,
51:21, 52:4,
56:24, 57:3,
59:22, 60:10,
60:13, 60:22,
60:25, 61:5,
64:6, 64:9,
64:11, 65:4,
66:5, 67:19,
68:3, 68:8,

68:15, 68:24,
69:1, 69:4,
69:6, 69:22,
70:4, 70:8,
73:21, 75:23,
76:1, 76:5,
76:21, 77:19,
78:5, 78:8,
80:24, 82:9,
82:11, 82:12,
82:17, 82:20,
86:6, 86:11,
86:22, 104:11,
127:23, 157:11,
158:2, 166:24,
170:1
protested
61:1
protesters
94:6
protesting
62:9, 82:14,
166:21, 166:22,
166:23, 167:19,
167:21
protestors
168:10
protests
46:18, 47:1,
47:3, 47:5,
47:6, 47:9,
47:10, 47:14,
48:1, 49:7,
50:12, 50:14,
50:18, 51:1,
51:4, 51:9,
59:25, 60:9,
61:16, 62:7,
63:24, 65:1,
82:8, 82:16
protocol
88:11
proud
89:13, 90:4,
90:9, 90:12,
90:13, 91:3,
97:18, 97:23,
97:25, 98:21,

100:21, 101:11,
109:21, 113:15,
123:13, 154:22
provide
27:8, 42:5,
42:7, 43:1,
66:8, 66:25,
67:16, 68:12,
68:23, 100:9,
141:16
provided
36:25, 37:17,
45:20, 93:18
provides
83:16
providing
37:3
provocation
102:21, 103:18
provocative
103:21, 104:9
provoke
102:21, 102:23,
103:5
psychological
148:12
psychos
148:21
ptsd
29:19, 154:10,
160:10, 160:13,
161:15, 161:18,
161:20, 161:23,
162:3, 162:12,
165:25
public
2:11, 36:13,
36:24, 52:17,
176:1, 176:20
publically
52:19, 52:21,
61:14
publications
91:1
pull
114:10, 124:20,
126:17, 126:19,
126:22, 126:24,

127:1, 141:4,
157:4
pulled
32:9, 33:3,
33:12, 33:13,
33:18, 35:21,
114:2, 114:6,
114:22, 115:6,
115:18, 115:19,
115:20, 116:9
pummelling
127:6
punch
103:8, 117:1
punched
75:16, 115:3,
143:10
punches
112:12, 116:21,
117:13, 117:19
punching
112:9, 117:16,
143:16
punisher
98:8
pupil
130:3
purchase
81:11, 81:14,
82:2, 164:8
purchased
81:15
purely
57:17
purple
80:13
purpose
8:20, 15:10
pursuant
2:10
pursued
70:17
pursuit
28:25
push
38:7, 38:15,
111:5
pushed
88:18, 111:8,

144:21, 144:23,
144:25
**pushing**
107:3
**put**
58:6, 112:16,
113:4, 146:5,
163:20, 164:4,
164:7, 166:12,
170:6
**putting**
103:14

**Q**

**qualifications**
95:13
**qualified**
95:11
**quantify**
165:21
**queen**
167:6, 167:7,
167:23
**queer**
54:24, 109:23
**question**
9:3, 9:8, 9:11,
9:12, 9:24,
10:1, 10:19,
10:20, 13:24,
14:14, 37:11,
44:6, 47:3,
56:12, 67:7,
90:7, 96:8,
97:16, 122:3,
122:6, 122:9,
122:11, 122:13,
124:4, 159:5,
159:15, 162:13,
165:25, 170:16,
173:11
**questions**
8:1, 8:4, 8:11,
8:17, 9:15,
9:21, 10:15,
11:9, 11:20,
12:5, 15:17,
30:16, 60:6,

70:19, 75:18,
132:17, 134:4,
134:10, 139:4,
141:1, 157:17,
158:1, 170:24,
171:11, 171:20,
172:2, 174:3
**quick**
59:8, 70:10,
71:22, 71:24,
88:20, 138:19,
170:25
**quickly**
70:16, 87:23
**quite**
13:22, 136:22,
162:20

**R**

**race**
134:17
**racial**
42:18, 60:1,
61:10, 62:10,
78:21
**racist**
99:2
**railroad**
97:3
**rain**
33:13
**raise**
16:16, 42:1,
42:3
**raised**
19:9, 20:4,
20:20, 21:13,
22:10, 22:16,
162:20
**rally**
64:12, 64:17,
64:24, 65:18,
66:3, 67:16,
90:6, 91:16,
101:19, 108:8
**ralph**
47:6, 49:14,
50:1, 50:5,

50:14
**range**
17:15, 29:5
**rare**
165:13
**rating**
83:15
**ratings**
83:23
**reach**
127:4, 127:6
**read**
43:16, 122:12,
137:7, 141:22,
175:3
**reading**
176:8
**ready**
7:12, 174:7
**real**
9:2, 66:23,
89:16, 119:4
**reality**
147:22
**realize**
51:6, 142:6
**realized**
31:18
**really**
8:20, 23:21,
31:5, 32:13,
59:2, 71:14,
77:14, 86:9,
87:22, 88:19,
94:7, 94:25,
95:11, 98:7,
99:3, 101:14,
102:12, 102:16,
102:17, 103:2,
103:4, 105:10,
106:12, 112:1,
112:23, 124:25,
133:13, 134:18,
143:14, 148:18,
148:19, 155:25,
156:3, 159:12,
167:8, 168:4,
168:5, 168:11,

171:21
**rearing**
49:18
**reason**
29:10, 80:17,
89:20, 127:5
**reasonable**
32:22, 169:6
**reasons**
31:14, 36:11,
48:23, 156:15
**recall**
30:17, 36:6,
37:23, 39:5,
65:5, 65:6,
65:8, 65:10,
65:11, 65:12,
66:1, 68:5,
69:13, 73:19,
73:20, 75:17,
75:18, 77:22,
82:4, 87:16,
87:17, 88:6,
88:11, 93:16,
100:5, 100:7,
128:17, 130:13,
130:23, 131:2,
131:3, 134:2,
134:15, 135:17,
146:2, 160:24
**recalling**
45:21
**receipt**
55:6
**receive**
92:24, 142:13
**received**
57:2, 88:15,
92:21, 93:19,
93:23, 142:17,
149:20, 155:12,
156:5
**receiving**
54:18, 78:23,
94:3, 96:9
**recent**
24:2
**recently**
121:16, 163:19

recertified
25:5
recess
34:7, 59:15,
93:9, 138:24,
171:7
recite
56:13
recognized
78:21
recollection
116:2
recollections
114:4
recommend
129:17, 129:19,
130:8
recommendation
130:18
recommended
162:11
record
11:11, 34:1,
34:6, 34:9,
59:13, 59:17,
93:8, 93:11,
100:10, 122:12,
138:23, 139:1,
171:6, 171:9,
174:11, 174:12,
176:5
recovery
166:9
red
32:11, 81:18,
98:3
reduced
176:7
refer
168:10
referenced
22:20
referred
18:23, 21:4,
152:25
referring
162:23
reform
44:13

reformed
44:13
reforms
44:17, 45:9
refusing
14:13
regarding
14:19, 33:9,
41:15, 43:8,
45:18, 49:13,
49:25, 50:1,
50:4, 50:5,
50:14, 56:4,
72:22, 79:8,
93:13, 100:6,
120:9, 120:19,
121:4, 125:17,
125:19, 135:19,
136:2, 138:1,
139:7, 141:1,
146:24, 147:7,
147:8, 150:14,
151:16, 153:18,
155:12, 159:7,
164:16, 166:10
regards
19:25
regional
23:1
regular
19:21, 19:24
regularly
24:8, 160:22
regulatory
83:22
reitman
137:25, 138:8,
138:14
reitman's
138:1
related
14:4, 22:13,
68:12, 151:17,
153:25, 154:6,
161:19, 162:6,
172:2, 176:9
relates
44:23, 161:13

relating
151:21
relationship
153:3
released
134:20
remember
25:1, 71:19,
71:20, 111:21,
116:3, 116:4,
133:11
remote
6:9
remotely
6:11, 6:16,
6:23, 26:20
renew
24:1, 24:5
renewal
24:2
renewed
24:3, 24:12
repair
28:14
repeat
122:9
repeating
122:10
rephrase
9:23
replaced
44:14
replacement
169:19
replication
58:20
report
30:24, 31:1,
47:24, 94:3,
96:13, 96:16,
96:20, 103:20,
104:8, 157:20,
157:24, 158:4,
158:17, 159:4,
159:21, 159:24
reported
1:34, 47:18,
94:4, 128:19,

146:6, 156:13,
159:13
reporter
7:3, 7:11,
8:21, 122:12,
176:1
reporting
159:6
reports
91:10
represent
6:13, 6:19,
7:21, 92:19,
135:24, 136:1,
171:24
representing
6:10, 7:4
request
136:14
requested
176:8
requests
136:25, 141:12
required
33:19
research
83:13, 153:2
reside
17:3, 17:20,
17:23, 18:9,
19:4, 20:10,
20:16, 21:25,
22:3
resided
18:10
resides
19:2
resist
128:12
resisting
116:5
resources
45:3
respect
10:18, 37:17,
39:18, 123:19,
125:15, 127:2,
139:23, 141:2

**respectful**
131:9, 131:11
**respecting**
121:14, 124:6,
149:17
**response**
9:9, 14:20,
24:19, 26:21,
40:6, 43:15,
60:1, 61:12,
63:19, 79:7,
84:12, 90:8,
110:10, 110:14,
111:4, 133:7,
137:10, 141:24,
141:25, 142:7,
146:4, 150:13,
166:19, 168:16
**responses**
5:12, 8:16,
8:19, 8:22,
9:16, 10:8,
32:14, 136:6,
136:12, 141:5,
141:10, 146:4,
151:24, 152:7,
154:14, 163:1
**responsibilities**
27:4, 44:20
**retain**
72:10
**review**
12:15, 12:23,
14:19, 14:23,
44:7, 45:14,
45:15, 90:24,
91:1, 114:23
**reviewed**
12:17, 14:22,
42:16, 43:7
**reviewing**
115:2
**revolve**
55:18
**rfp**
5:13
**ride**
86:12

**right**
7:11, 34:18,
44:2, 44:23,
45:6, 45:8,
46:8, 48:6,
48:14, 53:18,
54:23, 57:24,
63:20, 63:22,
64:2, 66:21,
69:5, 72:19,
76:6, 77:18,
79:21, 84:21,
90:9, 90:11,
96:12, 97:5,
102:22, 104:3,
104:10, 105:8,
107:14, 108:18,
109:5, 110:23,
113:9, 113:22,
114:12, 114:15,
117:16, 126:6,
126:12, 128:14,
131:24, 133:19,
137:23, 141:7,
142:3, 143:19,
146:8, 148:11,
148:18, 155:21,
161:21, 162:6,
168:25, 169:1,
169:17, 170:3,
171:5, 173:18,
174:6
**rile**
103:15
**ringing**
148:20
**riot**
38:18
**rised**
113:25
**river**
18:25, 19:2,
19:4, 19:8,
19:12, 19:22,
65:22, 65:25,
134:24, 145:10,
145:16
**river's**
19:17

**road**
17:22, 73:12,
73:13
**rob**
7:3, 8:20,
9:13, 122:10,
138:20
**robert**
1:34, 2:10,
176:2, 176:20
**robertson**
1:16, 3:11,
6:21, 7:16, 7:24
**role**
27:5, 127:24
**roles**
44:15
**roll**
112:19
**roman**
98:20
**room**
12:7
**roots**
68:21, 163:20,
164:4, 164:7
**roughly**
76:23, 153:4,
161:8
**rules**
8:12
**rundown**
71:24
**runs**
27:17
**ruse**
99:9

| S |
| --- |

**sabotaged**
106:7
**safe**
25:16, 44:16,
71:7, 89:16,
109:4, 110:25,
155:5, 163:17,
163:23
**safety**
31:6, 31:17,

**said**
29:8, 48:10,
58:4, 66:6,
66:20, 74:22,
78:24, 78:25,
88:22, 99:9,
112:15, 115:17,
116:19, 123:9,
129:8, 134:16,
157:1, 161:20,
164:5, 176:6
**sake**
9:13
**samantha**
21:21, 21:22,
21:25, 22:3,
22:6, 22:9,
22:15
**same**
8:13, 9:10,
20:14, 25:17,
52:1, 53:5,
53:9, 53:20,
65:1, 110:19,
144:6, 144:9,
151:19, 165:23,
165:25, 166:2,
175:4
**san**
93:1, 93:5
**santa**
26:19
**saturday**
129:12
**saving**
23:15
**saw**
49:1, 49:12,
50:11, 59:25,
64:22, 65:11,
78:6, 84:17,
102:20, 102:25,
106:22, 107:12,
114:16, 115:21,

119:19, 126:4
**say**
23:25, 24:1,
29:13, 30:19,
40:5, 41:22,
43:9, 43:21,
46:3, 46:6,
48:19, 54:1,
54:5, 56:19,
58:9, 65:10,
75:5, 76:20,
84:19, 91:6,
96:20, 97:25,
99:7, 99:25,
101:14, 101:17,
101:20, 103:21,
105:24, 106:1,
108:10, 110:20,
110:21, 113:14,
119:7, 120:15,
128:10, 133:9,
143:22, 148:7,
161:7, 162:22,
163:14, 164:7,
165:14, 168:2,
173:7
**saying**
8:19, 110:10,
110:12, 110:14,
110:16, 124:19
**scarce**
124:16, 126:4
**scare**
156:2
**scared**
156:25, 157:1
**scary**
167:9
**scene**
31:7, 114:19,
120:5, 120:22,
129:2, 129:3,
130:1
**schilz**
1:18, 3:12,
6:22, 7:16, 7:24
**schizophrenia**
31:5

**schmidt**
13:11, 13:14,
13:17, 14:1,
152:9, 152:12,
152:13, 152:21,
152:25, 153:1,
153:7, 153:18,
153:23, 160:16,
161:10, 162:16,
169:13, 169:21
**school**
22:23, 164:10
**schwab**
3:4, 6:14,
122:1, 122:5,
135:12, 135:23,
152:15, 174:5
**scope**
44:5
**scrambled**
114:5, 115:3
**scrapes**
112:11, 144:1
**scraping**
143:16
**scratches**
143:17
**screaming**
102:23, 167:21
**screen**
118:1, 118:4,
118:18, 136:10,
136:12, 141:10,
142:25, 145:13,
146:6
**scroll**
143:4
**seal**
176:14
**seals**
84:11
**search**
33:19, 36:23,
84:25, 131:23,
133:11, 133:14,
133:15, 134:7,
134:8
**searched**
33:11, 37:1

**searches**
132:18
**searching**
133:17
**seated**
118:13, 128:24
**second**
34:1, 137:19,
139:15, 141:6,
141:25
**seconds**
117:25
**section**
168:6
**secure**
25:15
**security**
34:23, 35:1,
35:2
**see**
11:5, 28:3,
34:2, 43:24,
44:19, 44:21,
45:13, 52:25,
53:2, 64:3,
64:17, 65:3,
86:3, 88:3,
96:19, 104:1,
104:2, 106:5,
106:6, 106:10,
106:12, 108:13,
109:22, 114:18,
116:8, 118:3,
118:5, 119:13,
119:15, 119:24,
125:9, 125:25,
126:21, 126:23,
133:20, 136:9,
136:11, 137:7,
137:17, 141:9,
142:24, 151:6,
151:7, 152:8,
153:4, 155:3,
155:22, 160:8,
160:22, 167:7,
171:20, 173:2
**seeing**
11:3, 38:14,

65:6, 65:8,
143:7, 143:24,
144:1, 144:10,
152:11, 152:13,
161:5, 161:10
**seek**
146:16, 148:8
**seeking**
15:25
**seem**
86:8
**seemed**
32:4, 40:16,
80:18, 89:16,
120:12, 159:12,
168:12
**seems**
29:16, 47:21,
55:12, 79:9,
82:10, 108:3,
110:6, 113:3,
113:6, 120:15,
125:21, 140:11,
143:18, 149:24,
151:9, 155:13,
165:16, 166:11,
166:13, 173:17
**seen**
49:10, 50:9,
64:18, 74:25,
79:21, 79:22,
81:16, 126:3,
152:21
**sees**
108:3
**selecting**
83:14
**self-defense**
117:13
**semiprivate**
55:5
**send**
147:25, 150:24
**sending**
12:12, 71:12,
73:4, 74:16,
165:5
**senior**
26:14, 26:25,

28:7
**sense**
9:4, 27:7,
102:12, 110:2,
115:23, 162:8
**sent**
70:6, 106:9,
139:9
**sentiments**
92:15
**separate**
53:12, 53:16,
61:20, 79:24,
93:5
**separately**
36:1, 39:4
**september**
1:29, 6:7,
176:15
**serebromatic**
58:17
**serious**
168:14
**seriously**
159:11
**serve**
74:10, 74:18
**service**
31:21, 58:4
**services**
27:8, 68:13,
153:15
**serving**
76:13
**sessions**
162:15
**set**
5:12, 57:16,
72:12, 121:11,
136:13, 137:5,
154:12, 176:13
**setting**
48:15, 53:5
**settings**
55:4
**seven**
28:1, 55:11
**several**
97:12, 115:25,

116:14, 118:25,
128:15, 162:19
**severe**
154:11
**shade**
130:24
**shaded**
131:6, 131:23
**shake**
103:15
**shaken**
36:11
**shaking**
8:18
**share**
43:25, 92:3,
118:1, 136:9
**shared**
31:18, 43:20,
56:4
**sharing**
151:8
**sheet**
175:7
**sheriff's**
134:7
**shifted**
44:20
**shirts**
97:25
**shocking**
49:24
**shoot**
38:19
**shore**
36:21, 36:23,
36:24, 37:2,
37:18
**shorter**
72:13
**shortly**
161:1, 161:3
**shot**
81:9, 82:7,
82:15, 83:6,
83:10, 83:11
**shots**
81:8

**should**
42:8, 44:11,
44:14, 44:16,
44:24, 45:5,
88:20, 91:14,
104:2, 129:7,
147:22
**shoulder**
144:14, 144:18,
144:19, 145:23
**shouting**
105:3, 167:14
**shoved**
88:18, 107:14,
116:12
**show**
79:10, 80:11,
80:14, 117:22,
126:6, 136:4,
167:19
**showed**
45:1, 113:20,
113:21, 156:16,
172:14
**showing**
78:19
**shows**
156:20, 157:24,
167:7, 167:24
**shush**
105:25
**shut**
52:10, 105:25
**shuts**
98:10
**shy**
91:4, 91:6
**siblings**
20:23, 20:25,
21:13
**side**
19:7, 58:3,
84:20, 111:1,
112:4, 112:5,
132:11
**sides**
105:6, 112:2
**sidewalk**
38:8

**sign**
80:16
**signal**
71:3, 71:5,
71:6, 71:25,
72:1, 72:12,
87:19, 87:25,
106:21, 107:22,
107:24, 108:4
**signals**
87:18, 88:11
**signature**
175:10
**signature-mig2k**
176:18
**signed**
175:7
**significant**
21:17, 21:18,
21:20
**significantly**
33:17, 44:12
**signing**
176:8
**signs**
69:8, 93:15,
167:14
**similar**
95:18, 99:23,
102:25
**simple**
154:13
**simply**
116:1
**since**
17:1, 17:18,
24:8, 51:10,
57:9, 78:2,
82:19, 82:20,
82:23, 164:11,
166:25
**single**
30:13, 121:20
**sisters**
21:1, 21:5
**sit**
43:5, 44:18,
114:10, 138:13,

149:19
**sit-in**
48:25
**site**
73:2, 74:14
**sitting**
49:19
**situation**
33:12, 40:3,
44:23, 44:25,
45:7, 70:16,
83:11, 89:22,
96:21, 101:21,
104:14, 110:16,
115:14, 116:12,
117:3, 117:8,
124:23, 126:9,
127:8, 167:9
**situations**
24:20, 102:25
**six**
55:11
**skull**
38:19, 38:20,
47:13, 47:17,
47:19, 98:8
**skulls**
98:7
**slang**
79:3
**slap**
103:8
**slaps**
112:11, 112:12
**sleep**
12:25, 29:18,
29:20, 148:19,
168:21, 168:25,
169:4
**sleeping**
168:19, 168:20
**slogan**
61:19, 61:23,
61:25
**slow**
106:22
**slurs**
107:8, 110:21,

167:21
**smaller**
101:18
**smith**
21:21, 21:23,
21:25, 22:3,
22:6, 22:9,
22:15
**sms**
71:7
**snot**
116:14
**social**
34:23, 35:1,
35:2, 42:21,
43:14, 44:20,
44:24, 52:7,
52:12, 53:22,
54:4, 54:16,
55:5, 56:15,
56:22, 57:8,
58:22, 64:3,
64:13, 64:16,
64:19, 64:22,
65:7, 70:23,
78:16, 78:19,
91:9, 91:10,
150:11, 150:14,
157:3
**socialize**
76:24
**society**
109:1, 162:2
**soft**
83:16
**software**
27:24, 58:3,
58:8, 58:18
**soldiers**
25:21
**solely**
64:8, 70:5,
124:22, 161:13
**solidarity**
60:11, 78:20,
79:10, 79:20,
80:7
**some**
8:1, 8:2, 8:4,

8:12, 9:3, 9:22,
10:6, 11:9,
15:16, 16:9,
18:23, 32:10,
33:3, 33:7,
33:8, 33:10,
34:12, 34:17,
35:22, 43:16,
56:11, 64:14,
66:4, 70:12,
70:14, 70:24,
72:17, 72:18,
74:18, 75:22,
77:16, 78:16,
83:13, 84:12,
87:4, 88:16,
90:9, 94:24,
94:25, 98:18,
101:25, 104:15,
104:21, 105:2,
108:10, 109:7,
110:6, 112:10,
113:6, 113:15,
113:16, 121:10,
121:22, 122:13,
130:3, 132:5,
141:1, 142:16,
146:14, 148:17,
151:9, 157:5,
158:23, 168:24,
169:2, 169:21,
173:14
**somebody**
83:5, 88:15,
111:5, 112:2,
112:3, 132:22,
139:10, 158:22,
166:15
**someone**
41:2, 87:19,
90:12, 93:18,
112:4, 112:5,
117:15, 158:14,
165:1
**something**
24:3, 24:7,
25:4, 28:16,
29:8, 34:2,

42:8, 43:24,
58:11, 75:15,
75:20, 80:7,
88:3, 99:15,
100:9, 105:24,
109:2, 139:20,
139:21, 154:13,
162:5, 162:14,
163:17, 164:17,
165:22, 166:1,
169:12
**sometimes**
36:12, 54:13,
92:18, 150:19,
154:12, 168:12,
169:11
**somewhere**
134:20
**soon**
160:24
**sorry**
9:18, 20:17,
24:11, 26:7,
26:21, 26:22,
30:21, 32:13,
46:23, 50:9,
51:12, 71:1,
74:21, 99:25,
115:5, 119:8,
122:4, 133:5,
144:16, 150:17,
150:19, 154:17,
155:7, 167:17,
171:20
**sort**
11:1, 18:23,
32:10, 33:3,
35:22, 54:18,
72:18, 74:18,
78:16, 105:1,
111:20, 129:24,
147:4, 155:24,
158:23, 159:16,
164:23, 169:9
**sorts**
25:19, 98:9
**sought**
152:4, 153:1,

153:13, 169:22,
169:23
**sound**
34:18, 118:8,
150:20, 169:10,
172:5
**sounds**
11:8, 32:21,
88:22
**source**
44:1
**sources**
42:21, 43:10,
43:12, 44:3,
68:6
**south**
15:21, 16:20
**southeastern**
16:4
**space**
126:17, 126:25
**spaces**
103:12
**speak**
15:4, 61:21,
61:22, 64:20,
65:24, 66:13,
71:17, 74:24,
77:14, 90:11,
96:18, 103:1,
108:11, 157:15,
163:6
**speaking**
91:2
**specific**
22:17, 36:6,
37:23, 39:17,
39:21, 56:13,
60:22, 64:10,
64:20, 82:9,
88:9, 92:20,
94:22, 125:16,
141:18
**specifically**
13:12, 14:1,
14:4, 14:9,
14:24, 17:9,
38:25, 44:21,

61:6, 62:11,
65:6, 65:11,
68:5, 76:11,
79:8, 87:18,
90:11, 94:19,
98:15, 117:12,
125:6, 125:8,
125:12, 127:9,
127:13, 130:24,
141:2, 146:4,
155:17, 167:17,
170:4, 170:8
**specifics**
75:19
**specified**
87:10
**speculate**
85:23, 101:13
**speeding**
32:11
**spell**
18:18, 26:7
**spelling**
11:10
**spend**
89:3, 129:13
**spent**
16:6
**spoke**
13:12, 65:19,
129:23, 154:17
**spoken**
20:19, 21:10,
21:12, 30:13,
78:2
**spontaneously**
92:7
**spooked**
155:4
**spot**
143:12
**spur**
72:3
**st**
19:6
**stand**
24:21, 33:13,
35:24, 36:9,

39:1, 80:15,
102:6, 105:9,
105:10, 165:18
**standard**
43:9
**standing**
61:10, 62:5,
79:22, 90:1,
99:7, 102:22
**stands**
24:22, 84:1,
149:22
**stars**
98:20
**start**
8:5, 8:11, 9:4,
11:1, 11:10,
18:16, 89:17,
102:6, 103:19,
107:23, 117:25,
127:5, 152:11
**started**
58:9, 58:21,
87:22, 102:15,
106:23, 106:24,
112:8, 112:16,
152:13, 161:5,
165:8
**starting**
47:6, 102:3,
104:22
**starts**
108:8
**state**
2:11, 6:13,
41:4, 42:17,
123:9, 176:21
**stated**
132:25
**statement**
42:6, 61:15,
61:19
**statements**
41:1
**states**
1:1, 6:5,
16:22, 124:11
**stating**
11:10, 122:5

**station**
73:13, 76:7,
88:17, 91:17,
96:7, 97:6,
97:8, 97:11,
97:15, 97:19,
101:10, 102:11,
102:14, 102:19,
103:9, 103:22,
104:1, 104:12,
104:23, 106:15,
107:16, 107:23,
108:15, 115:2,
119:18, 128:7,
131:6, 139:8,
139:22, 158:16
**stay**
49:2, 89:25
**stayed**
140:13, 163:16,
165:23, 166:2
**staying**
29:3
**stenographically**
176:6
**steps**
170:14
**still**
17:12, 19:21,
25:9, 26:22,
29:19, 38:2,
50:1, 52:1,
58:11, 62:13,
72:4, 72:7,
158:17, 159:18,
159:25, 161:9,
169:20
**stole**
158:22
**stood**
62:11, 62:13
**stopped**
32:23, 105:1
**store**
168:4
**story**
167:6
**straddled**
111:25

straight
89:18, 110:8
stranger
47:5
strangle
112:17
strategy
80:10
street
3:6, 3:15,
17:10, 86:18,
86:20, 97:6,
108:16
stress
162:4
strike
50:2
strikes
116:22
striking
113:8, 117:12
strong
124:24
struck
113:11
struggling
29:19
studies
27:9
stuff
28:12, 28:15,
28:20, 65:13,
90:3, 125:9,
151:8, 154:20,
156:3, 163:23
subject
31:24, 36:23,
44:8
submit
159:24
subsequent
141:15
subset
101:18
subsided
149:25
subsides
162:7

substance
13:5
substantial
149:22
suddenly
160:2
suffer
163:1
suffered
31:4, 142:1,
151:25
suffering
168:16
suit
22:12
suite
3:16, 4:8
summer
163:19
sun
131:7
sunday
129:13
super
29:21
supplies
81:1, 84:5,
84:8, 84:15
supply
101:9
support
28:7, 60:5,
61:2, 61:4,
61:7, 61:9,
61:24, 62:1,
62:3, 62:6,
62:9, 62:12,
66:9, 67:1,
67:17, 78:21,
101:1, 101:4,
102:1, 108:25,
137:15, 138:12,
138:14
supported
61:14
supports
120:18
suppose
21:8

supposed
72:23, 155:4
supremacist
99:4
supremacists
99:8, 100:18
sure
8:13, 8:21,
9:14, 9:24,
11:12, 13:23,
14:21, 27:6,
27:15, 28:11,
37:11, 37:12,
40:25, 42:19,
43:1, 52:22,
55:14, 55:23,
56:21, 61:12,
67:8, 75:21,
79:6, 85:3,
86:8, 89:12,
90:8, 97:16,
97:17, 102:12,
111:12, 118:2,
120:11, 129:3,
129:5, 129:9,
132:10, 135:12,
139:14, 139:16,
140:6, 140:10,
140:24, 143:1,
143:21, 144:12,
154:10, 155:23,
159:6, 160:1,
161:24, 162:14,
162:17, 164:14,
164:20, 168:5,
168:22, 169:4,
171:22
surrounded
70:13, 88:18,
94:6
survival
83:10
suspect
159:22
sustained
141:14, 141:18,
142:2, 143:8,
148:3, 150:7,

150:25
swept
49:1
swinging
103:19
switch
15:15, 138:20
switched
155:24
sworn
7:5, 7:8
sympathetic
106:9
symptoms
146:12, 146:19,
162:3, 162:6
synthesizers
28:15
systems
58:18

**T**

t-o-w-n-l-e-y
11:13
tag
133:20
take
10:12, 13:17,
38:21, 38:23,
41:1, 44:25,
45:4, 52:3,
54:25, 59:8,
69:14, 99:12,
111:2, 138:21,
145:11, 149:5,
155:9, 170:25
taken
11:14, 11:18,
11:25, 34:7,
34:24, 59:15,
93:9, 116:3,
124:1, 127:5,
138:24, 145:3,
145:4, 145:6,
159:19, 160:5,
170:14, 171:7,
176:3, 176:6
takes
97:5

**taking**
7:25, 67:21, 68:3, 68:8, 91:16, 91:19, 102:18, 104:20, 139:20, 169:15, 169:18

**talk**
36:1, 39:3, 105:8, 105:9, 109:9, 145:24, 157:3

**talked**
12:20, 13:19, 32:2, 35:18, 35:20, 48:12, 51:4, 129:16, 137:19, 147:8, 150:10, 157:5, 160:23

**talking**
35:15, 36:4, 38:2, 38:4, 48:17, 54:7, 60:13, 91:13, 95:24, 105:1, 105:3, 125:3, 125:5, 125:15, 125:16, 139:4, 150:25, 165:3

**tampering**
123:22

**tan**
81:17

**tap**
88:2, 88:3

**tap-tap**
106:21

**tape**
81:19

**tara**
21:1

**tattoo**
144:2

**taunton**
16:4, 23:3, 23:4

**taunts**
110:6

**teams**
159:15, 160:3

**tear**
38:19, 47:12, 47:15

**tecc**
23:20, 24:18, 24:21, 25:13

**tech**
23:1

**technical**
11:2, 24:22

**technology**
27:17, 55:18, 59:7

**telephone**
137:6

**tell**
14:10, 17:11, 27:3, 27:6, 28:8, 30:9, 46:25, 66:16, 77:21, 89:10, 118:24, 125:6, 125:8, 129:1, 143:6, 156:1, 160:4, 168:18

**telling**
99:11, 110:8, 116:4

**ten**
56:18, 56:19, 89:6, 89:7

**tend**
43:11, 54:5, 92:1, 98:2

**tenderness**
147:13, 147:16, 147:18

**tennis**
87:4, 87:5, 87:6, 87:9, 87:11, 87:14, 88:7, 89:4, 91:21, 93:14, 96:24, 108:1

**tension**
96:2

**term**
132:16

**terms**
7:25, 10:13, 17:13, 29:15, 53:22, 70:3, 101:7, 104:18, 109:17, 129:10, 134:5

**terrible**
165:19

**terrifying**
156:3

**terror**
154:25

**terrorized**
154:25

**testified**
7:10, 84:4

**testify**
7:8

**testimony**
61:13, 61:25, 62:24, 67:9, 67:14, 67:15, 67:24, 68:7, 93:18, 111:6, 118:20, 175:4, 175:6, 176:5, 176:6

**tests**
129:25

**text**
70:23, 70:25, 71:1, 71:13, 71:16, 71:17, 71:18, 72:4, 72:18, 88:15, 93:19, 93:23, 94:3, 94:20, 94:22, 95:2, 96:9, 139:9, 142:6

**texting**
94:10

**texts**
150:24

**textual**
71:17

**th**
3:15, 176:14

**thank**
7:2, 171:13, 171:15, 174:3, 174:4

**thanked**
128:15

**theft**
158:13

**theirs**
99:23

**themselves**
6:13, 98:4, 99:3, 124:16, 126:4, 158:15

**therapist**
13:8, 13:10, 13:19, 13:25, 14:12, 14:17, 15:4, 22:18, 153:2

**therapist-patient**
14:15

**therapy**
152:14, 169:19

**thereafter**
137:15, 161:3, 176:7

**thereto**
141:15

**thing**
9:10, 10:17, 12:24, 12:25, 13:21, 59:5, 61:11, 64:21, 79:23, 112:22, 124:20, 126:11, 160:9

**things**
8:18, 9:7, 13:20, 24:19, 25:12, 28:9, 29:4, 37:24, 43:11, 43:13, 55:15, 55:17, 55:24, 69:5, 71:23, 82:13,

87:22, 91:12,
91:13, 98:9,
102:2, 103:17,
105:12, 109:9,
110:17, 124:25,
143:12, 147:14,
149:2, 153:22,
154:2, 155:5,
156:24, 165:18,
167:11, 169:17
**think**
32:19, 32:21,
34:4, 37:8,
40:3, 40:6,
40:7, 40:25,
42:8, 43:6,
43:10, 44:17,
45:23, 47:25,
57:12, 62:8,
73:19, 73:20,
92:10, 105:7,
105:21, 106:3,
109:1, 113:17,
116:8, 119:2,
130:22, 131:6,
132:14, 134:3,
134:20, 134:21,
135:11, 136:20,
136:24, 139:16,
140:16, 143:5,
143:18, 145:2,
146:22, 147:12,
147:18, 148:18,
149:7, 150:10,
160:25, 164:3,
165:17, 166:3,
166:8, 166:17,
167:10, 170:24,
171:1
**thinking**
165:1
**thinks**
79:17
**thought**
66:25, 100:20,
104:9, 112:25,
114:6, 129:10,
148:12, 169:4

**thoughts**
112:17, 129:6
**threat**
108:25
**threatened**
154:21
**threatening**
107:6, 108:24,
148:22, 148:23,
154:18, 155:25,
157:13, 157:18,
157:21, 157:25,
158:5, 167:22
**threateningly**
106:20
**threats**
78:23, 78:24,
155:12, 155:14,
155:15, 155:19,
156:5
**three**
21:1, 21:4,
32:20, 35:20,
48:4, 74:25,
75:15, 77:18,
89:13, 90:5,
90:10, 98:12,
98:19, 98:20,
100:12, 100:21,
101:11, 105:21,
109:20, 113:15,
123:12, 150:4,
165:17, 173:15,
173:17
**threw**
87:19
**throat**
112:16, 112:20
**through**
12:13, 25:12,
43:24, 44:3,
47:11, 48:12,
54:16, 61:15,
63:25, 64:9,
64:11, 64:13,
64:15, 67:11,
67:17, 68:1,
70:23, 70:25,

76:10, 81:16,
86:2, 91:7,
94:20, 96:9,
96:25, 97:2,
127:18, 139:21,
142:18, 143:4,
143:7, 146:21,
146:22, 150:12,
161:5, 162:1,
169:17, 170:2
**throughout**
36:3, 62:7
**throw**
107:22, 116:21,
117:1, 117:19,
163:9
**throwing**
107:7
**thrown**
105:6, 110:6
**tickets**
125:1
**till**
129:8, 129:11
**tilted**
130:19
**timberline**
73:13
**time**
6:8, 9:3, 9:22,
10:11, 11:1,
13:3, 16:9,
16:16, 18:9,
23:24, 24:12,
28:10, 30:13,
34:6, 34:9,
34:12, 34:17,
38:13, 48:8,
48:24, 51:24,
52:8, 52:13,
58:5, 59:13,
59:17, 61:1,
61:3, 61:5,
62:15, 65:20,
71:21, 72:8,
72:23, 73:17,
73:20, 73:21,
73:24, 75:22,

77:13, 77:16,
78:2, 78:5,
86:9, 86:10,
93:8, 93:11,
102:12, 102:17,
103:23, 104:19,
104:21, 106:11,
106:17, 114:1,
115:24, 116:20,
119:5, 119:19,
121:22, 122:13,
124:16, 126:15,
132:5, 134:24,
135:14, 135:18,
135:20, 136:10,
138:23, 139:1,
140:22, 148:17,
149:5, 149:11,
150:5, 155:10,
162:7, 165:9,
165:23, 166:1,
166:2, 169:6,
171:6, 171:9,
171:13, 172:16,
172:20, 173:19,
174:11
**times**
32:16, 75:16,
91:10, 92:17,
115:4, 115:25,
118:25, 127:16,
128:15, 135:9,
135:12, 143:11,
161:7, 166:4,
166:5, 166:7
**tinker**
28:11
**tinkering**
28:19
**titles**
100:8
**tmx**
28:4, 28:5
**today**
6:9, 7:3, 8:17,
9:7, 9:23,
10:12, 10:25,
11:20, 12:5,

12:16, 13:7,
15:6, 15:10,
43:5, 44:18,
59:20, 100:10,
114:10, 171:13,
173:25, 174:7
**today's**
6:7, 14:1,
14:4, 14:24
**together**
79:23, 80:15,
87:1, 87:3,
92:7, 107:2,
108:4, 145:13,
145:20, 160:21
**told**
60:4, 68:2,
151:5, 159:25
**ton**
43:23, 47:14,
95:22, 102:20
**took**
35:15, 38:22,
40:20, 45:19,
45:24, 48:7,
104:7, 114:16,
138:14, 139:7,
140:2, 143:14,
145:9, 145:16,
145:18, 148:17,
149:7, 159:11,
167:6
**tools**
58:20
**top**
111:24, 111:25,
116:13, 133:13
**topic**
155:6
**tort**
123:1
**total**
170:7
**tourniquets**
84:10
**towards**
17:15, 73:14,
99:13, 107:8,

119:18, 154:14,
155:18, 169:6
**town**
105:13, 109:13,
132:11, 164:6
**townley**
1:4, 1:27, 2:1,
5:2, 5:12, 5:14,
6:3, 6:4, 6:15,
7:7, 7:18,
11:12, 20:9,
20:10, 20:14,
21:7, 34:11,
35:8, 35:11,
59:19, 93:13,
117:24, 137:11,
137:13, 139:3,
142:18, 171:13,
171:19, 174:10,
175:2
**townley's**
136:12
**towns**
17:7
**tracks**
73:14, 73:15,
97:4, 107:10
**trails**
29:6
**train**
73:14, 73:15
**training**
24:18, 25:17,
95:5, 95:8
**trans**
109:23
**transcript**
5:10, 8:23,
9:14, 136:8,
142:21, 152:17,
176:4
**transcription**
175:5
**transgender**
162:2
**transition**
131:9
**transphobic**
54:17, 54:19,

55:6
**transpired**
160:1
**transported**
132:6
**trauma**
84:11, 130:4,
161:25
**treated**
149:1
**treatment**
130:9, 146:16,
147:23, 148:8,
152:4, 162:10,
169:23
**tried**
73:23, 111:25,
117:2
**tries**
108:5
**triggering**
166:14
**trip**
83:25
**trouble**
168:20
**true**
69:5, 175:4,
176:4
**trust**
42:10, 42:12,
46:7, 55:3
**trustworthy**
109:3, 109:4
**truth**
7:9, 7:10
**truthfully**
11:21, 12:5
**try**
9:6, 28:15,
34:2, 80:14,
80:19, 95:3,
102:6, 102:16,
112:22, 117:18,
119:16, 127:7,
157:4
**trying**
31:15, 59:5,

83:25, 89:17,
102:21, 102:23,
103:5, 103:14,
103:15, 104:25,
140:1, 159:23,
165:16, 171:21
**tuesday**
1:29
**turn**
104:13, 119:15
**turned**
18:2, 106:25,
107:1, 140:4
**turning**
8:2, 173:2,
173:4
**twice**
153:4
**twitter**
57:10, 57:11,
57:15, 57:17,
57:19, 57:22,
58:15, 58:22,
58:25, 59:1
**two**
10:8, 21:24,
24:4, 24:6,
25:23, 25:25,
26:12, 34:15,
35:13, 51:7,
69:5, 75:6,
77:3, 85:13,
86:10, 90:23,
107:19, 135:22,
139:3, 147:11,
150:4, 161:7
**two-minute**
128:9
**two-plus**
72:15
**two-week**
150:2
**type**
9:2, 52:24,
67:1, 132:16,
165:4
**typewriting**
176:7

## U

**uh-huh**
8:19, 136:18
**ultimately**
32:6, 132:18,
164:4
**un**
99:21, 99:25,
100:1, 100:5
**unassociated**
154:19
**unaware**
137:11
**unclear**
13:4, 13:23,
36:11, 40:22,
156:15
**uncomfortable**
107:24
**uncredited**
23:8
**under**
14:17, 37:22,
100:16, 116:16,
116:19, 119:17,
169:15, 172:24,
176:7
**undergone**
162:11
**understand**
9:20, 9:25,
15:1, 34:11,
37:11, 44:5,
52:23, 67:7,
77:12, 79:7,
85:25, 91:18,
97:16, 105:17,
120:24, 129:9,
131:15, 149:16,
150:3, 155:8,
159:5, 159:12,
162:13, 170:16
**understanding**
19:1, 41:16,
41:25, 48:17,
57:18, 63:16,
63:18, 65:2,

67:8, 67:18,
71:5, 71:6,
71:15, 74:7,
74:9, 74:11,
74:12, 77:10,
79:13, 80:1,
80:4, 80:5,
80:6, 83:5,
83:8, 83:15,
85:9, 85:15,
85:21, 87:12,
87:24, 88:14,
88:24, 90:4,
90:23, 91:15,
91:25, 92:4,
94:4, 94:9,
95:1, 95:4,
97:13, 97:17,
97:22, 98:15,
104:18, 113:23,
114:9, 121:17,
123:24, 130:12,
131:12, 131:19,
135:6, 135:7,
135:15, 144:22,
144:24, 151:22,
153:10, 157:9,
159:14, 159:17,
160:15, 161:12,
161:14, 161:17,
161:22, 165:8
**understandings**
102:4
**understands**
8:21
**understood**
10:2, 13:1,
14:21, 15:15,
61:12, 119:21,
140:10, 140:25,
162:8
**unfair**
124:15
**unification**
80:11
**uniform**
38:20, 133:24,
134:1

**united**
1:1, 6:5, 100:2
**universities**
27:11
**university**
23:7, 23:8,
23:9, 23:11
**unknown**
68:9
**unless**
126:13, 143:6
**unpleasant**
31:12, 33:10,
33:16
**unprofessional**
38:1, 38:9,
38:16
**unsafe**
70:16, 71:25
**unsure**
32:21, 94:1,
95:13, 108:10,
139:11, 140:6,
163:6, 172:8
**until**
85:25, 121:16,
129:14, 165:15,
172:10
**updated**
34:25
**use**
41:3, 48:6,
49:10, 49:12,
53:10, 54:7,
57:17, 59:5,
71:7, 150:11
**user**
52:23, 53:20
**users**
64:20
**uses**
49:6, 50:3,
50:17
**using**
41:3, 58:21,
72:12
**usual**
147:15

**usually**
24:5, 36:19,
55:16, 56:1,
56:10, 98:19,
169:5

## V

**value**
99:12
**vansickle**
1:12, 3:11,
6:21, 7:15, 7:23
**variable**
166:4
**various**
44:3, 98:4,
156:24
**vehicle**
32:10, 32:24,
33:4, 35:22
**verbal**
8:16, 8:19,
151:11
**verified**
160:6
**versus**
162:2, 165:20
**vest**
81:17, 81:21,
83:3, 83:6,
83:7, 83:9,
83:14
**vet**
105:23
**via**
12:13, 121:7,
156:6, 156:7,
156:9
**vice**
43:10
**victim**
50:3, 126:10
**victims**
94:7, 126:8
**video**
6:8, 6:11,
81:17, 84:17,
114:16, 114:24,

115:2, 115:7,
115:21, 117:22,
117:25, 118:3,
118:7, 118:12,
118:23, 119:3,
172:14, 174:10
**videographer**
4:13, 6:2, 6:9,
7:2, 33:24,
34:5, 34:8,
59:12, 59:16,
93:7, 93:10,
138:22, 138:25,
171:5, 171:8,
174:6, 174:9
**videos**
43:12, 52:3,
69:14, 121:7,
124:18, 125:13,
151:4, 151:6
**videotaped**
1:27, 2:1, 6:3
**view**
39:21, 39:23,
39:24, 40:2,
40:4, 109:18
**viewable**
52:20
**violation**
32:12
**violence**
65:14, 65:18,
66:4, 67:3,
94:8, 102:18,
103:8, 109:11,
109:24, 124:17,
137:14
**violent**
100:19, 104:12
**virtually**
1:28, 2:2
**visible**
143:16
**vision**
119:20
**vocally**
89:15
**voice**
6:12, 61:7,

61:9, 62:6
**voiced**
61:1, 61:3,
61:24, 62:1,
62:3
**volume**
105:18
**vu**
115:25

---
**W**
---

**wages**
149:9, 149:12
**wait**
113:2
**waiting**
34:22
**waive**
6:15, 6:16,
6:22
**wake**
169:2
**walk**
29:5, 86:12,
96:25, 106:23,
106:25, 107:10,
107:15, 128:9,
128:11, 143:7,
149:19, 164:5
**walked**
48:12, 76:4,
76:5, 76:7,
114:19, 115:1,
128:6
**walking**
108:15, 108:19,
110:4, 113:24,
127:3
**wallet**
84:24, 85:8
**wanna**
9:24
**want**
10:7, 12:22,
14:20, 15:15,
29:22, 30:12,
43:1, 52:22,
74:17, 79:6,

92:18, 100:8,
103:13, 106:25,
109:12, 109:15,
113:3, 129:6,
129:7, 138:19,
149:14, 149:16,
151:3, 151:5,
151:6, 151:7,
151:20, 156:2,
160:8, 164:3,
164:14, 166:12,
167:11, 167:12,
168:10, 172:1
**wanted**
16:15, 16:16,
66:23, 66:25,
70:11, 70:14,
89:25, 109:10,
133:10, 155:22,
163:20, 167:1,
167:3, 168:14
**wanting**
28:14
**wapiti**
17:22
**warrant**
121:18
**watch**
151:4
**watching**
121:7, 121:8
**water**
84:12, 130:14,
130:15, 130:16,
130:17
**wave**
77:24, 78:1,
86:2, 88:4
**way**
10:25, 31:15,
33:10, 33:16,
36:22, 36:24,
43:13, 45:2,
47:11, 48:11,
49:21, 55:10,
71:7, 78:18,
89:16, 95:16,
97:24, 98:13,

102:16, 108:22,
109:7, 109:8,
110:13, 112:10,
112:12, 119:16,
121:8, 124:8,
124:25, 134:13,
137:9, 139:14,
139:17, 140:14,
154:3, 156:8,
157:3, 170:15
**ways**
36:20, 80:14,
98:4, 136:22,
163:11, 168:24
**we'll**
36:1, 45:7,
124:21, 142:7
**we're**
8:13, 9:6,
10:24, 33:24,
36:22, 39:3,
71:25, 91:13,
99:8, 110:12,
110:15, 110:15,
110:20, 124:20,
144:10, 152:15
**we've**
13:21, 29:6,
30:11, 51:4,
68:21, 99:8,
147:8, 147:12
**weapon**
83:18
**wear**
78:10, 78:11,
78:14, 79:9,
82:16, 98:2,
98:3, 98:5
**wearing**
79:14, 80:6,
81:1, 81:5,
81:17, 84:18,
97:25
**week**
147:11, 148:20,
149:7
**weight**
134:17

**weird**
115:19
**welcome**
41:3, 41:4
**well-reasoned**
125:21
**wellbeing**
170:7
**wellness**
44:22
**went**
16:5, 65:21,
66:8, 68:21,
69:3, 69:4,
70:15, 76:16,
88:25, 89:20,
102:13, 120:5,
120:13, 125:2,
129:10, 129:13,
135:14, 135:18,
168:3
**weren't**
70:15, 119:23,
148:14, 148:25
**west**
17:16
**whale**
112:8, 112:9
**whatever**
41:5, 104:1,
112:12
**whatnot**
140:8
**wheelchair**
105:23
**whenever**
7:12
**whereof**
176:13
**whereupon**
7:6
**whether**
42:7, 70:10,
91:10, 92:12,
113:10, 133:10,
149:2, 163:20,
163:23
**white**
99:4, 99:8,

**whitish**
111:21
**whoever**
90:16, 168:10
**whole**
7:9, 58:5,
106:12, 126:11,
166:3
**wiggle**
111:25, 116:15
**willing**
62:16
**winding**
169:6
**wing**
63:23, 90:9
**winters**
16:7
**wiped**
29:14, 29:15
**wireless**
27:21, 27:23
**wish**
62:16, 82:15,
140:21, 143:14
**wishes**
109:22
**within**
17:20, 25:2,
46:19, 97:15,
101:18, 135:21,
135:22, 150:2,
161:1
**without**
33:11, 89:17,
127:4
**witness**
7:4, 49:5,
96:18, 103:2,
103:7, 122:4,
122:9, 173:8,
176:13
**witnessed**
37:24, 38:7,
38:17, 38:18,
47:12, 103:10
**wooley**
111:14, 111:15,

111:16, 111:18,
113:5, 113:11,
116:13, 117:10,
120:21, 121:5,
121:13, 121:23,
122:14, 123:2,
123:19, 137:20,
138:7, 142:3,
142:9, 144:23,
172:19
**word**
48:6, 78:25,
79:3
**words**
113:4, 127:18,
166:12
**wore**
78:8, 80:17
**work**
15:7, 15:8,
15:10, 15:25,
26:5, 26:6,
26:20, 27:25,
28:2, 29:9,
29:11, 29:13,
29:14, 47:11,
48:11, 49:1,
143:6, 148:18,
149:6
**worked**
26:10, 120:8,
124:5, 159:14,
171:21
**worker**
44:24
**working**
23:9, 27:19,
27:21, 28:4,
28:16, 58:7,
58:9, 58:19,
120:18, 121:3,
160:21, 162:12,
162:15, 169:17,
169:20, 170:2
**works**
163:11
**worn**
82:19, 82:22

**worried**
31:6, 149:2
**worse**
166:2, 166:6
**wouldn't**
25:20, 32:19,
43:25, 52:25,
78:6, 170:10
**wow**
158:21
**wrist**
116:6
**write**
137:10, 166:19,
166:20, 168:15
**writing**
100:5, 151:12
**written**
70:7, 91:12,
99:22, 152:7
**wrong**
113:5, 115:14,
115:16, 116:9,
166:13

---
**Y**

**yeah**
15:15, 20:6,
26:9, 28:18,
29:2, 29:12,
29:20, 34:19,
36:2, 36:10,
43:9, 46:6,
49:8, 56:19,
57:10, 58:13,
65:23, 71:2,
71:4, 72:20,
73:12, 73:25,
74:3, 75:8,
76:23, 78:13,
79:3, 83:20,
84:24, 91:2,
92:9, 98:2,
104:23, 110:1,
112:7, 115:22,
116:23, 119:3,
120:14, 124:10,
124:23, 130:2,

131:2, 132:20,
133:25, 138:8,
143:16, 146:22,
147:3, 147:22,
148:4, 148:5,
148:17, 148:24,
150:4, 153:21,
154:16, 154:17,
154:23, 154:24,
155:2, 155:18,
156:4, 156:7,
157:5, 161:2,
161:11, 162:9,
163:3, 164:19,
165:24, 166:18,
166:24, 167:16,
167:20, 167:22,
168:1, 168:17,
173:17

**year**
16:24, 24:2,
24:13, 57:12,
58:10, 76:21,
77:3, 158:19,
158:20

**years**
16:6, 21:24,
24:4, 24:6,
25:2, 26:12,
28:1, 34:13,
34:16, 55:11,
72:15, 75:1,
75:15, 77:4,
162:19

**yelled**
49:23

**yelling**
167:20

**yep**
143:3

**yesterday**
12:19, 14:8,
14:9

**young**
1:22, 3:12,
6:22, 7:16, 7:24

**yourself**
37:21, 51:14,

53:24, 55:5,
86:23

**youtube**
43:13

---
**z**
---

**zoom**
10:25

---
**.**
---

**.45**
83:17, 83:18

---
**0**
---

**00**
169:7, 169:11

**00001**
5:14

**0001**
142:18

**00014**
5:14, 142:18

**00039**
117:24

**01983**
1:9, 6:6

**03**
1:30

**04**
6:8

---
**1**
---

**1**
118:10, 169:11,
171:6, 171:9,
174:11, 174:12

**10**
59:14, 59:17,
75:8, 134:21

**100**
75:20, 111:12,
132:10

**1001**
3:15

**11**
93:8, 93:11,
169:7

**12**
75:7, 138:23,

139:1, 176:16

**122**
6:6

**13**
98:20

**136**
5:12

**142**
5:14

**17**
3:15, 15:19

**171**
5:4

**176**
1:33

**19**
1:29, 6:7

**1978**
15:19

**1:-cv--skc**
1:9

---
**2**
---

**2**
169:11

**20**
16:6, 56:20,
75:8, 168:13

**2005**
23:25, 24:9

**2011**
38:24

**2016**
16:12, 17:1,
17:18

**2017**
30:19, 45:23

**2019**
76:22, 152:14,
152:22

**2020**
17:21, 18:8,
19:14, 22:7,
27:20, 29:24,
30:2, 30:6,
35:17, 35:18,
35:25, 39:3,
39:24, 40:1,

40:14, 40:20,
42:14, 45:25,
46:5, 46:17,
47:2, 47:6,
48:3, 50:18,
51:5, 51:10,
51:21, 52:5,
52:8, 53:5,
56:23, 57:3,
57:9, 59:21,
59:23, 63:25,
64:6, 64:24,
66:5, 67:11,
67:22, 68:4,
68:9, 68:16,
69:17, 69:22,
69:25, 75:23,
76:2, 77:17,
77:23, 79:9,
82:17, 82:19,
82:21, 90:18,
90:21, 121:25,
122:16, 123:16,
124:1, 138:2,
145:7, 147:2,
148:15, 149:21,
150:8, 151:1,
151:17, 152:1,
153:17, 153:24,
154:4, 157:11,
158:11, 161:6,
161:14, 164:18,
165:7, 170:9

**2021**
34:18

**2022**
24:14

**2023**
1:29, 6:7,
158:21, 176:15

**2025**
176:16

**21**
93:8

**22**
1:9

**23**
136:21, 136:25

**24**
11:15, 11:18,
12:1, 75:7,
149:25
**25**
75:16, 115:4
**2518**
17:22
**26**
59:14
**28**
176:14
**29**
171:6

---
**3**
---
**3**
169:11
**30**
72:11, 117:25,
118:10, 168:13,
176:16
**300**
3:16
**3000**
3:6
**303**
3:8, 3:18, 4:10
**32**
171:9
**320**
4:10
**3219**
17:10
**33**
59:17
**3300**
3:18
**34**
93:11
**35**
174:11, 174:12
**37**
138:23
**3773**
4:7
**39**
34:6

**3a**
81:5, 83:16

---
**4**
---
**4407**
3:8
**45**
32:17
**47**
139:1
**48**
34:9

---
**5**
---
**506520**
1:32

---
**6**
---
**6100**
4:10
**628**
3:18

---
**8**
---
**80202**
3:17
**80205**
3:7
**80209**
4:9
**888**
3:8
**8th**
17:21, 18:7,
22:7, 27:20,
29:23, 30:1,
30:5, 35:17,
39:24, 40:1,
40:13, 40:19,
42:13, 46:5,
50:18, 51:5,
51:10, 51:21,
52:5, 55:21,
55:22, 57:9,
59:21, 59:23,
64:24, 67:22,
68:9, 138:1,
148:8, 164:18

---
**9**
---
**9**
1:30, 6:8,
34:6, 34:9
**900**
4:8
**911**
96:5, 96:6,
96:13, 96:16,
126:18, 126:20,
126:22, 126:24,
127:1
**96**
23:6