

**Police Services**
Special Operations Division
2221 S. Timberline Road
PO Box 580
Fort Collins, CO 80522

**970.221.6555**
970.416.2145 - fax
*fcgov.com*

## PROTEST MISSION PLANNING - OPERATIONS ORDER

**Date: 8/8/20**

**Location: Fort Collins Police Services Building**

**Operational Period: 14:15 – 18:30**
**Team Briefings: 14:15 (Swat garage)**
**Deployed to field: 14:45 – till EOS**

### SMEACCC Ops Order

**Situation:**

- On Saturday afternoon (08/8/20) a protest is scheduled at the PD – Blue Lives Matter (Young Republican's- 3:00 pm) VS Defund the Police (BLM - 3:00 pm) – Intelligence Briefing Info TF and rumors has both sides arriving around the same time.

**Mission:**

- Protect First Amendment – Free Speech
- Protect all citizens against assaults and/or avoid dangerous situations
- Protect the Police station and all internal police operations – patrol and dispatch

**Execution:**

- **Overwatch** set and in place, **Traffic Control team** in area, **Foot patrol teams** deployed in front as crowd grows with random patrols. **QRT** supports foot patrol teams as needed from Community room.
- **Intelligence team** and **Command** monitors situation in front of PD and surrounding streets from the field; objective to try to interrupt or stop any violence, disturbances, and/or disorderly conduct.
- **Traffic Control team** will be moved in if needed with marked patrol cars blocking timberline traffic if needed and visible in area surrounding the station
- **Command** will direct interventions and or actions of officers unless on view a situation requiring action.

OFFICERS_00078



**Police Services**
Special Operations Division
2221 S. Timberline Road
PO Box 580
Fort Collins, CO 80522

**970.221.6555**
970.416.2145 - fax
*fcgov.com*

- Arrest locations will be lobby or back lot of PD, cite and release or transport to jail
- Medical/Fire will be called in as needed

**Incident Command – Lt. Weaver L120**

**Tac Ops – Lt. Murphy L56**

**UC/Intelligence Team: (Mobile & on foot – UC cloths covert)**

1. Corporal Tibbets Z248
2. C. O'Loughlin D214
3. M. Harres D283
4. ▮▮▮▮▮▮▮▮

**Overwatch – PRO's in covert positions (UC cloths)**

1. A. Barber D287
2. J. Goldschmidt – TL D245

**Quick Reaction Team (QRT)- (Community Room – covert deployment unless needed, patrol uniform)**

1. Sgt. K. Bendzsa S173
2. D. Brown N243
3. B. Younkin N335
4. B. Brown B301
5. K. Park E359

**Foot Patrol Teams X2** – Patrol uniform/Marked car available, foot patrol around in the PD and lobby area. Consider using North door as exit and entrance for operational security.

**Team #1**
1. Sgt. B. Mallory S204
2. J. Robertson B339
3. D. Netzel B382
4. J. Schilz B380
5. E. Van Sickle P371

OFFICERS_00079



**Police Services**
Special Operations Division
2221 S. Timberline Road
PO Box 580
Fort Collins, CO 80522

**970.221.6555**
970.416.2145 - fax
*fcgov.com*

**Team #2**
1. Corporal J. Bogosian Z341
2. B. Werder B334
3. B Grosshans K328
4. A. Edmonds P323
5. P. Tinsley P394

**Transport Cars: Driving patrol cars, parked in secure west lot for call out.**
1. J. Haferman T347
2. C. Young B351

**Traffic Control Team (mobile in area objective for stops or contacts in area, marked cars, patrol uniform)**

1. Sgt. J. Gallimore S240 - NET
2. C. McDowell N336
3. C. Garner N305
4. M. Robinson N325

**UAS Team – Air #5 (Overwatch capabilities during the event)**

1. Sgt K Clow S54
2. J. Shutters D145

## Admin:

- NET has the any cases and/or contacts (documents)
- Late weekdays work the street (Lt. Cronin)
- Medical & Fire will be called in as needed

## Command:

- IC Weaver – L120
- Tac Ops Murphy – L56

OFFICERS_00080



**Police Services**
Special Operations Division
2221 S. Timberline Road
PO Box 580
Fort Collins, CO 80522

**970.221.6555**
970.416.2145 - fax
*fcgov.com*

### Control:

- Team Leaders (Units)

Corporal Tibbets – Intelligence U/C team
Sgt Bendzsa – QRT
Sgt Mallory - Team Foot Patrol #1
Corporal Bogosian - Team Foot Patrol #2
Sgt Gallimore – Traffic Control
Sniper J Goldschmidt – Overwatch Team
Sgt K Clow - UAS Team
Transport Team (reports to Foot Patrol supervisors)

### Communications:

- **Tac Ops – channel** ▮
- **U/C team – channel** ▮
- **C/P inside community room**
- **UAS Team – back lot PD**

**LRAD do laps**

**Patrol Vehicle with loud speaker**

**Two drones/commands (known surveillance)**

**Bike patrol**

**Tims,**

**Extra foot team**

**Sniper in place.**

OFFICERS_00081