

# CIVIL ACTION NO. 1:22-CV-01983-SKC

# MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON

# V.

# BRIAN MALLORY, ET AL.

# DEPOSITION OF:
# BRIAN MALLORY

# DATE:
# November 29, 2023





(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com

www.pikereporting.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3               Civil Action No. 1:22-CV-01983-SKC
 4
 5   MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DELEON,
 6                           Plaintiffs
 7
 8                               V.
 9
10       BRIAN MALLORY, in his individual capacity; ETHAN
11   VANSICKLE, in his individual capacity; DANIEL NETZEL, in
12       his individual capacity; JARED ROBERTSON, in his
13     individual capacity; JOE SCHILZ, in his individual
14    capacity; JASON HAFERMAN, in his individual capacity;
15       CHRISTOPHER YOUNG, in his individual capacity,
16                           Defendants
17
18
19
20
21
22
23   DEPONENT: BRIAN MALLORY
24   DATE:    NOVEMBER 29, 2023
25   REPORTER: ELIZABETH LAWLER
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                    APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFFS, MICHAEL PIPER TOWNLEY, ANNA
 4  KRUGER, and JOSHUA DELEON:
 5  Edward Milo Schwab, Esquire
 6  Ascend Counsel, LLC
 7  2401 S Downing Street
 8  Denver, Colorado 80210
 9  Telephone No.: (303) 888-4407
10  E-mail: milo@ascendcounsel.co
11  (Appeared via videoconference)
12
13  ON BEHALF OF THE DEFENDANT, JASON HAFERMAN, in his
14  individual capacity:
15  Julie Nikolaevskaya, Esquire
16  Kissinger & Fellman, P.C.
17  3773 Cherry Creek North Drive
18  Suite 900
19  Denver, Colorado 80209
20  Telephone No.: (303) 320-6100
21  E-mail: julie@kandf.com
22  (Appeared via videoconference)
23
24
25
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC   Document 84-5   filed 05/10/24   USDC Colorado   pg 4 of 16
The Deposition of BRIAN MALLORY, taken on November 29, 2023

3

|   |   |
|---|---|
| 1 | APPEARANCES (CONTINUED) |
| 2 | |
| 3 | ON BEHALF OF THE DEFENDANTS, BRIAN MALLORY, in his |
| 4 | individual capacity; ETHAN VANSICKLE, in his individual |
| 5 | capacity; DANIEL NETZEL, in his individual capacity; |
| 6 | JARED ROBERTSON, in his individual capacity; JOE SCHILZ, |
| 7 | in his individual capacity; CHRISTOPHER YOUNG, in his |
| 8 | individual capacity: |
| 9 | Mark S. Ratner, Esquire |
| 10 | Hall & Evans LLC |
| 11 | 1001 Seventeenth Street |
| 12 | Suite 300 |
| 13 | Denver, Colorado 80202 |
| 14 | Telephone No.: (303) 628-3337 |
| 15 | E-mail: ratnerm@hallevans.com |
| 16 | (Appeared via videoconference) |
| 17 | |
| 18 | Also Present: Nick List, Legal assistant; Aaron Guin, |
| 19 | Fort Collins Attorney's Office |

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                            INDEX
 2                                                    Page
 3   PROCEEDINGS                                         6
 4   DIRECT EXAMINATION BY MR. SCHWAB                    7
 5
 6                           EXHIBITS
 7   Exhibit                                           Page
 8   *1 - Incident Report                                54
 9   *2 - Young's Affidavit for Warrantless Arrest       57
10   *3 - Haferman's Affidavit for Warrantless Arrest    59
11   *4 - Body Worn Camera Footage                      101
12   *5 - Body Worn Camera Footage                      101
13   *6 - Body Worn Camera Footage                      153
14   *7 - Body Worn Camera Footage                      163
15   *8 - Body Worn Camera Footage                      170
16   *Exhibits to be forwarded upon receipt.
17
18
19
20
21
22
23
24
25
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

|    |                           |
|----|---------------------------|
| 1  | STIPULATION               |
| 2  |                           |
| 3  | The deposition of BRIAN MALLORY was taken at PIKE |
| 4  | REPORTING COMPANY, 410 17TH STREET, SUITE 1350, DENVER, |
| 5  | COLORADO 80202, via videoconference in which all |
| 6  | participants attended remotely, on WEDNESDAY the 29th |
| 7  | day of NOVEMBER 2023 at 9:02 a.m.; said deposition was |
| 8  | taken pursuant to the FEDERAL Rules of Civil Procedure. |
| 9  | This notarial act involved the use of communication |
| 10 | technology pursuant to 8CCR 1505-11. |
| 11 |                           |
| 12 | It is agreed that ELIZABETH LAWLER, being a Notary |
| 13 | Public and Court Reporter for the State of COLORADO, may |
| 14 | swear the witness and that the reading and signing of |
| 15 | the completed transcript by the witness is not waived. |
| 16 |                           |
| 17 |                           |
| 18 |                           |
| 19 |                           |
| 20 |                           |
| 21 |                           |
| 22 |                           |
| 23 |                           |
| 24 |                           |
| 25 |                           |

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  A. Yes.
2  Q. Okay. Did you review anyone else's body-worn
3  camera?
4  A. No.
5  Q. Did you review any other video aside from your
6  body-worn camera?
7  A. No.
8  Q. Did you review anyone else's reports other
9  than your report?
10 A. I read the -- I read through the case reports.
11 Q. Okay. Okay. And was that about 127 pages?
12 A. No. I don't recall the number of pages, but
13 it was significantly smaller than that.
14 Q. 10, 25, any sense?
15 A. Maybe between 10 and 15, probably.
16 Q. Okay. Did you -- aside from police officers
17 that you were working with in uniform, did you know
18 anyone at this rally that day?
19 A. Yes.
20 Q. Who did you know?
21 A. There were some family members -- not my
22 personal family members, but officers' family members
23 and -- and friends on the pro-police side.
24 Q. Whose family members were on the pro-police
25 side?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1      A.   A couple of employees that were here.
 2      Q.   Can you tell me the names of those police
 3 officers whose family members were part of the
 4 pro-police side?
 5      A.   I only remember specifically Detective Kyle
 6 Bendzsa's family.
 7      Q.   Can you spell that last name for me?
 8      A.   B-E-N-D-Z-S-A, I believe.
 9      Q.   You said Detective?
10      A.   Sergeant.
11      Q.   Sergeant?  Okay.
12      A.   Sergeant, yes.
13      Q.   Was he working that day?
14      A.   I believe he was, yes.
15      Q.   Okay.  And you said that there were other
16 family members as well, but you can't recall --
17      A.   I believe that -- sorry, I apologize.  I
18 believe there was.  I just -- I don't recall who -- who
19 that was or -- or --
20      Q.   Okay.  Did you interact with those
21 individuals?
22      A.   I believe I said hi to those family members at
23 one point, yes.
24      Q.   Okay.  Did any of those individuals engage in
25 fighting?
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.   I did not, no.
 2        Q.   Okay.  And I don't believe you're going to be
 3   able to hear.  I'll try here, but if you can't, please
 4   let me know, okay?  The audio for this video.
 5        A.   Okay.
 6             THE WITNESS:  No, was he fighting?
 7   BY MR. SCHWAB:
 8        Q.   It appears to me that you say, "Hey, was he
 9   fighting?"  Is that your voice?
10        A.   Yes, I do.
11        Q.   Okay.
12             MR. RATNER:  Yeah, Milo, it's not -- the --
13        the -- the audio is not playing.
14             MR. SCHWAB:  Okay.  Then I'll just go through
15        it.
16   BY MR. SCHWAB:
17        Q.   Is it fair to say that you just asked this
18   individual, "Hey, was he fighting"?
19        A.   I wasn't asking that individual directly.  I
20   was asking it to the people around me.
21        Q.   Okay. Was this individual engaged in
22   fighting?
23        A.   He did not appear so, but I don't know.
24        Q.   Why did he not appear so?
25        A.   Well, he had -- he was not amped up.  He was -
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   - he stayed around.  He didn't have torn shirts or grass
 2   stains or -- or injuries, and his sunglasses were still
 3   on his head.
 4         Q.   Okay.  Was this --
 5         A.   Typically, in a fight, that doesn't happen.
 6         Q.   Was this individual engaged in fighting?
 7         A.   Not that I could tell.
 8         Q.   Okay.  Let me go back just so I can make sure.
 9              FEMALE SPEAKER 1:  -- the fucking cops.
10              THE WITNESS:  No, was he fighting?
11              MALE SPEAKER 1:  I don't know.
12              THE WITNESS:  Was he fighting?
13   BY MR. SCHWAB:
14         Q.   Now, his response is, "I don't know."
15         A.   Whose response was?
16         Q.   This individual right here.
17         A.   That one was?  Okay.
18         Q.   His response was, "I don't know."  Do you
19   recall that?
20         A.   I don't.
21         Q.   Would you like to pull up your own video to
22   watch?
23         A.   I can.  It will take me just a few minutes to
24   get it pulled up.
25         Q.   I mean, if you'd like to review it, I'm happy
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1       Q.    -- this guy in this face mask here was
2   involved in -- on the pro-police side?
3       A.    I couldn't -- I -- I don't know.
4       Q.    How about this guy with the Trump hat and
5   shirt and flag?  Do you know if he was engaged in the
6   pro-police side?
7       A.    Based on the fact he's holding a flag; I would
8   assume he probably was.
9       Q.    Okay.  And I'll ask the question again: You
10  did not do anything to learn why these people were
11  present?
12      A.    I did not.
13      Q.    Okay.  And you did not do anything to
14  determine if they had a potential bias that would lead
15  them to lie?
16      A.    I did not.
17      Q.    And you did not do anything to investigate the
18  trustworthiness of the statements of any of these
19  individuals, right?
20      A.    I did not.
21      Q.    Okay.  Do you know if this individual is
22  trustworthy?
23      A.    No.
24      Q.    Do you know if this individual lied to you
25  that day?



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1            FEMALE SPEAKER 2:  (Inaudible) calm down.
 2                   (VIDEO RECORDING STOPPED)
 3   BY MR. SCHWAB:
 4       Q.   Did you just tell your police officers to log
 5   her plate?
 6       A.   I did.
 7       Q.   Why?
 8       A.   Because I was afraid she was going to go down
 9   there and get into a fight, so at least we knew who half
10   of the fight was.
11       Q.   Okay.  Did she say anything about going and
12   getting out of her car and fighting with people?
13       A.   No.
14       Q.   So she expressed that she wanted you to
15   investigate something, and you guys said, "Write a
16   report."  And when she said something -- she -- when she
17   contested that, you said, "Log her license plate",
18   right?
19            MR. RATNER:  To form.
20            THE WITNESS:  I don't --
21            MR. RATNER:  Go ahead.
22            THE WITNESS:  I don't recall exactly what she
23       said.
24   BY MR. SCHWAB:
25       Q.   Okay.  How many license plates did you guys
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1  log that day?
 2       A.   I have no idea.
 3       Q.   Do you usually investigate or take down
 4  information on people who have not committed, and you
 5  don't suspect to have committed a crime?
 6       A.   No.
 7       Q.   Did you suspect at the moment you told them to
 8  log her plate that she had committed a crime?
 9       A.   I -- I was concerned that there would be a
10  problem later.
11       Q.   Okay.  Do you go around your street thinking,
12  I think that guy might get into a fight at some point.
13  I'm going to log his driver's license or his license
14  plate?
15       A.   I don't typically do that.
16       Q.   Okay.  If you're out, you know, patrolling the
17  street and you see someone that you think, that guy's
18  drunk.  He might get into a fight later.  Do you take
19  down his name just so if he does get into a fight later
20  you will already have a jump start on that
21  investigation?
22       A.   I can't recall doing that.
23       Q.   Okay.  Do you normally take down or surveil
24  people based on the belief that they might, at some
25  point in the future, commit a crime?
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.   I think that, you know, we can -- if we
 2   suspect somebody involved in criminal activity, we -- we
 3   can do that.
 4        Q.   Did you suspect that she was involved in
 5   criminal activity when you told your officers to take --
 6        A.   Was -- was or about to be.
 7        Q.   Okay.
 8        A.   Sorry.
 9             MS. NIKOLAEVSKAYA:  Milo, can we take a quick
10        break?  I'm so sorry.  I don't want to interrupt
11        anyone, but.
12             MR. SCHWAB:  Yeah, that's fine.
13             MS. NIKOLAEVSKAYA:  Great.
14             THE WITNESS:  Sorry, can I just clarify my
15        statement before we take that break?  I didn't
16        suspect she had committed a crime at that minute,
17        but I was -- I was concerned that she was going to
18        commit a crime there as she approached the
19        intersection.
20   BY MR. SCHWAB:
21        Q.   Okay.
22        A.   So up until this point, she committed no
23   crime.
24        Q.   Okay.  So at the time you told your officers
25   to take down her license plate, she had committed no
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   crime?
 2        A.   I was concerned that -- that it was about to
 3   happen.
 4        Q.   But the -- at the time -- again, to answer my
 5   question, at the time you told your officers to take
 6   down her license plate, she had committed no crime?
 7        A.   But I was concerned that she was going to.
 8        Q.   I'm not asking for an explanation.  I'm asking
 9   for a yes or a no.
10             MR. RATNER:  No, he can answer it any way he
11        wants, Milo.
12   BY MR. SCHWAB:
13        Q.   Okay.  What crime had she committed when you
14   told your officers to take down her license plate?
15        A.   She had committed no crime.
16             MR. SCHWAB:  Thank you.  Okay.  Let's take a
17        ten-minute break.  Does that work for you, Julie?
18             MS. NIKOLAEVSKAYA:  That's great.  Thank you.
19             THE REPORTER:  Okay.  We are off record.
20                  (OFF THE RECORD)
21             THE REPORTER:  We are back on record.  You may
22        continue.
23   BY MR. SCHWAB:
24        Q.   So at around this time -- oh, well, let's
25   start -- or -- earlier today, you said that there was
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1              THE WITNESS:  My -- my buddy is already
 2         inside.  (Inaudible) ready to -- ready to get in a
 3         rumble.
 4   BY MR. SCHWAB:
 5       Q.   You just said, "My buddy is ready to get in a
 6   rumble."  Who's your buddy?
 7       A.   Yeah.  So I was -- it was a sarcastic
 8   statement about the individual we were talking about
 9   earlier that we had some concerns about.  However, I
10   don't recall -- I don't recall where he was at that
11   particular moment.
12       Q.   Okay.  So you said you thought --
13       A.   I -- we -- we had talked earlier that we
14   assumed we would have to take him to jail.
15       Q.   Okay.
16              MALE SPEAKER 3:  You see?  I wasn't wrong
17   about him.  I thought you had already (Inaudible).
18              THE WITNESS:  (Inaudible) throwing punches.
19              MALE SPEAKER 3:  Hell, yeah. (Inaudible).
20              THE WITNESS:  I give it ten minutes before
21         punches start getting thrown.
22   BY MR. SCHWAB:
23       Q.   Then you just said, "I give it ten minutes
24   before punches start getting thrown", correct?
25       A.   Yes.
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com