

# CIVIL ACTION NO. 1:22-cv-01983-SKC

# MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON

# V.

# BRIAN MALLORY, ET AL.

# DEPOSITION OF:

# DANIEL NETZEL

# DATE:

# December 15, 2023



(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3
 4            CIVIL ACTION NO. 1:22-cv-01983-SKC
 5
 6   MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON,
 7                         Plaintiffs
 8
 9                             V.
10
11        BRIAN MALLORY, IN HIS INDIVIDUAL CAPACITY,
12       ETHAN VANSICKLE, IN HIS INDIVIDUAL CAPACITY,
13        DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY,
14       JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY,
15         JOE SCHILZ, IN HIS INDIVIDUAL CAPACITY,
16       JASON HAFERMAN, IN HIS INDIVIDUAL CAPACITY,
17      CHRISTOPHER YOUNG, IN HIS INDIVIDUAL CAPACITY,
18                         Defendants
19
20
21
22
23   DEPONENT: DANIEL NETZEL
24   DATE:     DECEMBER 15, 2023
25   REPORTER: GRAZYNA BAKER
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

|    |                                                               |
|----|---------------------------------------------------------------|
| 1  | APPEARANCES                                                   |
| 2  |                                                               |
| 3  | ON BEHALF OF THE PLAINTIFFS, MICHAEL PIPER TOWNLEY, ANNA       |
| 4  | KRUGER, AND JOSHUA DELEON:                                    |
| 5  | Edward Milo Schwab, Esquire                                   |
| 6  | Ascend Counsel, LLC                                           |
| 7  | 2401 South Downing Street Street                              |
| 8  | Denver, Colorado, 80210                                       |
| 9  | Telephone No.: (303) 888-4407                                 |
| 10 | E-mail: milo@ascendcounsel.co                                 |
| 11 | (Appeared via videoconference)                                |
| 12 |                                                               |
| 13 | ON BEHALF OF THE DEFENDANTS, BRIAN MALLORY, ETHAN              |
| 14 | VANSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE SCHILZ,         |
| 15 | AND CHRISTOPHER YOUNG:                                        |
| 16 | Mark S. Ratner, Esquire                                       |
| 17 | Hall & Evans, LLC                                             |
| 18 | 1001 17th Street                                              |
| 19 | Suite 300                                                     |
| 20 | Denver, Colorado 80202                                        |
| 21 | Telephone No.: (303) 628-3337                                 |
| 22 | E-mail: ratnerm@hallevans.com                                 |
| 23 | (Appeared via videoconference)                                |
| 24 |                                                               |
| 25 | AND                                                           |

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

|  |  |
|---|---|
| 1 | APPEARANCES(CONTINUED) |
| 2 | |
| 3 | Aaron Scott Guin, Esquire |
| 4 | City of Fort Collins Attorney's Office |
| 5 | 300 Laporte Avenue |
| 6 | Fort Collins, Colorado 80521 |
| 7 | Telephone No.: (615) 400-5918 |
| 8 | E-mail: aaronguin@gmail.com |
| 9 | (Appeared via videoconference) |
| 10 | |
| 11 | ON BEHALF OF THE DEFENDANT, JASON HAFERMAN: |
| 12 | Julie Nikolaevskaya, Esquire |
| 13 | Kissinger & Fellman, P.C. |
| 14 | 3773 Cherry Creek North Drive |
| 15 | Suite 900 |
| 16 | Denver, Colorado 80209 |
| 17 | Telephone No.: (303) 320-6100 |
| 18 | E-mail: julie@kandf.com |
| 19 | (Appeared via videoconference) |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                         INDEX
 2                                                    Page
 3   PROCEEDINGS                                        6
 4   DIRECT EXAMINATION BY MR. SCHWAB                   7
 5   CROSS-EXAMINATION BY MR. RATNER                  128
 6   REDIRECT EXAMINATION BY MR. SCHWAB               131
 7
 8
 9                        EXHIBITS
10   Exhibtis                                         Page
11   1 - Axon Body 3, Body Cam Video -                 54
12       TOWNLEY 41
13   2 - Incident Report - TOWNLEY 132-133             70
14   3 - Officer's Weapon Statement -                  70
15       OFFICERS 11
16   4 - Affidavit - TOWNLEY 59                        72
17   5 - Second Body Cam Footage -                     81
18       TOWNLEY 42
19
20
21
22
23
24
25
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1       STIPULATION

2

3   The deposition of DANIEL NETZEL was taken at PIKE
4   REPORTING, 410 17th STREET, SUITE 1350, DENVER, COLORADO
5   80202, via videoconference in which all participants
6   attended remotely, on FRIDAY, the 15th day of DECEMBER
7   2023 at 9:07 a.m. MT; said deposition was taken pursuant
8   to the COLORADO Rules of Civil Procedure. This notarial
9   act involved the use of communication technology
10  pursuant to 8CCR 1505-11.

11

12  It is agreed that GRAZYNA BAKER, being a Notary Public
13  and Court Reporter for the State of COLORADO, may swear
14  the witness and that the reading and signing of the
15  completed transcript by the witness is not waived.

16

17

18

19

20

21

22

23

24

25

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                   PROCEEDINGS
 2        THE REPORTER:  We're on the record at 9:05 a.m.
 3   Will all parties, except for the witness, please
 4   state your appearance, how you are attending, and
 5   your location?
 6        MR. SCHWAB:  This is Milo Schwab, on behalf of
 7   plaintiffs, appearing remotely from Denver.
 8        MR. RATNER:  Mark Ratner, on behalf of the
 9   defendants, except for Jason Haferman.  I'm
10   appearing remotely, just outside of Denver.
11        MS. NIKOLAEVSKAYA:  And this is Julie
12   Nikolaevskaya, appearing on behalf of Jason
13   Haferman, remotely from Denver.
14        MR. GUIN:  I'm Aaron Guin, assistant city
15   attorney for the City of Fort Collins, on behalf of
16   defendants, except for Defendant Jason Haferman.
17        THE REPORTER:  Awesome.  Mr. Netzel, will you
18   please state your full name for the record?
19        THE WITNESS:  My name is Daniel Netzel.
20        THE REPORTER:  Okay.  Will you please hold your
21   ID up to the camera for me?  A little further.
22        THE WITNESS:  I'm sorry.
23        THE REPORTER:  No, that's okay.
24        THE WITNESS:  Oh, I'm blocking the picture.
25        THE REPORTER:  A little further back for me.
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1              (EXHIBIT 4 MARKED FOR IDENTIFICATION)
 2   BY MR. SCHWAB:
 3        Q.   Have you ever seen this before?
 4        A.   No.
 5        Q.   Okay.  Does this, the form itself, look pretty
 6   familiar to you?
 7        A.   Yeah.  I mean, I don't -- we don't use these
 8   anymore, but I remember it from when we did.
 9        Q.   Okay.  And Mr. Haferman was not -- is it
10   "Haferman" or "Hayferman"?
11        A.   Haferman.
12        Q.   Haferman.  Mr. Haferman was not with you that
13   day, right?
14        A.   Not on the arrest team, no.
15        Q.   Okay.  Now, he wrote that Anna Kruger "was
16   observed by multiple officers fighting in public."  Do
17   you see that?
18        A.   Yes.
19        Q.   Okay.  Did you ever observe Ms. Kruger
20   fighting with -- fighting in public?
21        A.   No, I don't believe so.
22        Q.   Did any of the officers that you were with as
23   part of your team observe Ms. Kruger fighting in
24   public --
25             MS. NIKOLAEVSKAYA:  Objection, form.
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC   Document 84-6   filed 05/10/24   USDC Colorado   pg 9 of 14
The Deposition of DANIEL NETZEL, taken on December 15, 2023
110

```
 1        A.   Correct.
 2        Q.   Okay.  And if a detective was investigating
 3   this and spoke with you, they'd likely write down that
 4   conversation, correct?
 5        A.   I would assume so, yeah.
 6             MR. RATNER:  Foundation.
 7   BY MR. SCHWAB:
 8        Q.   Okay.  And in your experience in the past,
 9   when you have -- when a detective takes over a case,
10   they would speak with you -- or if they spoke with you,
11   they would document that discussion, correct?
12        A.   Yes, I believe so.
13        Q.   Okay.  So if there's no documentation of a
14   conversation between you and any detective, it's fair to
15   say you were not -- or it's fair to say that you likely
16   were not involved in that investigation, right?
17        A.   Correct.
18             MR. RATNER:  Object to form and foundation.
19   BY MR. SCHWAB:
20        Q.   Okay.  Now, earlier, in your body-worn camera,
21   in the first one, we can hear you having a conversation
22   with Officer VanSickle, where Mr. VanSickle says, "The
23   big guy in the red bandana says he's leaving in
24   handcuffs."  Do you remember that?
25        A.   Vaguely.  I remember -- you know, I remember
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1  that statement being made.  I -- I didn't know Officer
 2  VanSickle made it.
 3      Q.   Okay.  But you remember a statement to the
 4  effect of a big guy in -- with a red bandana or
 5  something like that --
 6      A.   Yeah.
 7      Q.   -- saying that he's leaving in cuffs?
 8      A.   Yeah, I remember that.
 9      Q.   Okay.  And that was before anything happened,
10  right?
11      A.   I believe so, yes.
12      Q.   Okay.  What did that statement suggest to you?
13      A.   That the guy in the red bandana, whoever he
14  was, had planned to leave in handcuffs, I'm assuming get
15  arrested for what I would assume would be fighting, or
16  any act related to that.
17      Q.   Okay.  When there was fighting involved, did
18  you look for that individual to see if he had engaged in
19  fighting?
20      A.   I mean, I essentially was just looking for
21  anybody that was engaged in fighting, not necessarily
22  just trying to single anybody out.
23      Q.   Okay.  But did you --
24      A.   I don't remember seeing him.  I'm saying I --
25  I don't remember personally, like, seeing him.
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC   Document 84-6   filed 05/10/24   USDC Colorado   pg 11 of 14
The Deposition of DANIEL NETZEL, taken on December 15, 2023
112

1  Q.  Okay.  If someone says, "I'm going to be
2  leaving in handcuffs," that suggests to you that they're
3  planning on fighting, right?  I think you just said
4  that.
5  A.  Yeah.
6       MR. RATNER:  Object to form and foundation.
7  BY MR. SCHWAB:
8  Q.  And so if there was a fight, you wouldn't be
9  looking to -- looking for that person to at least
10 investigate whether they were following up on what they
11 said earlier?
12 A.  This was if they were near where the fight was
13 taking place, that would be worth a follow-up for.
14 Q.  Okay.  And if that individual was in the ditch
15 when you arrived, you would have talked to him, right?
16 A.  I would have done my best to investigate, yes.
17 Q.  Okay.  Was your entire team aware of this
18 statement about someone leaving in handcuffs?
19 A.  I'm not entirely sure if the rest of the team
20 was aware or not.
21      MS. NIKOLAEVSKAYA:  I'm sorry, I want to put an
22    objection to foundation.
23      MR. RATNER:  Milo, do you have a lot more, or
24    we can take a break?
25      MR. SCHWAB:  I think we can take a break.  I

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC   Document 84-6   filed 05/10/24   USDC Colorado   pg 12 of 14
The Deposition of DANIEL NETZEL, taken on December 15, 2023
120

```
 1            OFFICER NETZEL:  Oh yeah.  I mean, he
 2      (Inaudible) the one, dude.
 3            UNIDENTIFIED MALE OFFICER:  I give it ten
 4      minutes before punches start getting thrown.
 5            OFFICER NETZEL:  The vehicle, right?
 6            UNIDENTIFIED MALE OFFICER:  Huh?
 7            OFFICER NETZEL:  Do you think we're needed?
 8            UNIDENTIFIED MALE OFFICER:  Yeah.
 9            OFFICER NETZEL:  They were, like, looking in
10      our window and, like, what are you --
11            UNIDENTIFIED MALE OFFICER:  It would if my
12      camera would work.  I don't know what the hell was
13      wrong with it.
14            OFFICER NETZEL :  Are you the only one who
15      knows about it?
16            UNIDENTIFIED MALE OFFICER:  (Inaudible).
17            (VIDEO RECORDING STOPPED)        THE WITNESS:
18      And it's over and out.
19   BY MR. SCHWAB:
20      Q.   Okay.  Is that you asking if everyone's muted?
21      A.   Yes.
22      Q.   Why would you ask if everyone's muted?
23      A.   I would assume -- so I made that statement
24   about that woman driving by saying, fuck us, and then
25   wanting to press charges for someone spitting on her
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

Case No. 1:22-cv-01983-SKC   Document 84-6   filed 05/10/24   USDC Colorado   pg 13 of 14
The Deposition of DANIEL NETZEL, taken on December 15, 2023
121

```
 1   after just cussing us out.
 2        Q.   Okay.  Why did you make that statement?
 3        A.   You know, just a dumb statement in the moment,
 4   I guess.
 5        Q.   People's right to protection from the police
 6   shouldn't depend on them supporting the police, right?
 7        A.   Not at all.
 8        Q.   Because that statement suggests that you
 9   didn't feel that she was as deserving of the right to
10   protection as -- because she said, "Fuck the police"?
11        A.   No.  I just think there would have been a --
12   there was more -- the pressing issue, I think the --
13   the -- the actual protest itself.  And she has the
14   ability to make an online report that could be followed
15   up with later.
16        Q.   Sure.  But your statement was, "She said,
17   'Fuck the police,' and then she wants to file a report,"
18   right?
19        A.   Yes.
20        Q.   You mocked her voice?
21        A.   Sounds like I did, yes.
22        Q.   Okay.  Was that professional conduct?
23        A.   It was not, no.
24        Q.   Would that recently lead someone to believe
25   that you treat people differently depending on whether
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   they express support and thanks for the police or
 2   whether they say, "Fuck the police"?
 3              MR. RATNER:  Object to form and foundation.
 4              THE WITNESS:  In that moment, it could suggest
 5      that, yes.
 6   BY MR. SCHWAB:
 7        Q.    Were you ever disciplined for that comment?
 8        A.    No.
 9        Q.    Did anyone ever raise that comment as an issue
10   that needed to be disciplined?
11        A.    Not that I'm aware of, no.
12        Q.    Did Sergeant Mallory ever say, hey, that
13   wasn't appropriate?
14        A.    Not that I remember, no.
15        Q.    Okay.  Do you stand by that statement?
16        A.    No.
17              MR. RATNER:  Object to form.
18   BY MR. SCHWAB:
19        Q.    Okay.  And you said that after asking and
20   assuming that everyone's body cameras were off, right?
21        A.    Yes.
22        Q.    How often have you made statements that you
23   wouldn't want to be recorded while making sure that
24   people's body cameras are off?
25              MR. RATNER:  Object to form and foundation.
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com