

CIVIL ACTION NO. 1:22-cv-01983-SKC

# MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON

V.

# BRIAN MALLORY, ET AL.

## DEPOSITION OF:
### ETHAN VAN SICKLE

## DATE:
### October 19, 2023



(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3                Civil Action No. 1:22-cv-01983-SKC
 4
 5    MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DELEON,
 6                            Plaintiffs,
 7
 8                                V.
 9
10     BRIAN MALLORY, in his individual capacity; ETHAN VAN
11     SICKLE, in his individual capacity; DANIEL NETZEL, in
12        his individual capacity; JARED ROBERTSON, in his
13      individual capacity; JOE SCHILZ, in his individual
14     capacity; JASON HAFERMAN, in his individual capacity;
15        CHRISTOPHER YOUNG, in his individual capacity,
16                            Defendants.
17
18
19
20
21
22
23   DEPONENT: ETHAN VAN SICKLE
24   DATE:     OCTOBER 19, 2023
25   REPORTER: ELIZABETH LAWLER
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

|   |   |
|---|---|
| 1 | APPEARANCES |
| 2 |   |
| 3 | ON BEHALF OF THE PLAINTIFFS, MICHAEL PIPER TOWNLEY, |
| 4 | ANNA KRUGER, and JOSHUA DELEON: |
| 5 | Edward Milo Schwab, Esquire |
| 6 | Ascend Counsel, LLC |
| 7 | 2401 South Downing Street |
| 8 | Denver, Colorado 80210 |
| 9 | Telephone No.: (303) 888-4407 |
| 10 | E-mail: milo@ascendcounsel.co |
| 11 | (Appeared via videoconference) |
| 12 |   |
| 13 | ON BEHALF OF THE DEFENDANT, JASON HAFERMAN, in his |
| 14 | individual capacity: |
| 15 | Julie Nikolaevskaya |
| 16 | Kissinger & Fellman, P.C. |
| 17 | 3773 Cherry Creek North Drive |
| 18 | Suite 900 |
| 19 | Denver, Colorado 80209 |
| 20 | Telephone No.: (303) 320-6100 |
| 21 | E-mail: julie@kandf.com |
| 22 | (Appeared via videoconference) |
| 23 |   |
| 24 |   |
| 25 |   |

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANTS, BRIAN MALLORY, in his
 4   individual capacity; ETHAN VAN SICKLE, in his
 5   individual capacity; DANIEL NETZEL, in his individual
 6   capacity; JARED ROBERTSON, in his individual capacity;
 7   JOE SCHILZ, in his individual capacity; CHRISTOPHER
 8   YOUNG, in his individual capacity:
 9   Katherine Hoffman, Esquire
10   Hall & Evans LLC
11   1001 17th Street
12   Suite 300
13   Denver, Colorado 80202
14   Telephone No.: (303) 628-3337
15   E-mail: hoffmank@hallevans.com
16   (Appeared via videoconference)
17
18   Also Present: Nick List, Legal Assistant
19
20
21
22
23
24
25
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of ETHAN VAN SICKLE, taken on October 19, 2023

4

```
 1                           INDEX
 2                                                    Page
 3   PROCEEDINGS                                         6
 4   DIRECT EXAMINATION BY MR. SCHWAB                    7
 5
 6                          EXHIBITS
 7   Exhibit                                           Page
 8   1 - Officer Van Sickle's Body Camera Footage 1     36
 9   2 - Sergeant Mallory's Body Camera Footage         57
10   3 - Officer Van Sickle's Body Camera Footage 2     81
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  STIPULATION
2
3  The deposition of ETHAN VAN SICKLE was taken at PIKE
4  REPORTING COMPANY, 410 17TH STREET, SUITE 1350, DENVER,
5  COLORADO 80202, via videoconference, in which all
6  participants attended remotely, on THURSDAY, the 19th
7  day of OCTOBER 2023, at 1:00 p.m. (MT); said deposition
8  was taken pursuant to the FEDERAL Rules of Civil
9  Procedure. This notarial act involved the use of
10 communication technology pursuant to 8CCR 1505-11.
11
12 It is agreed that ELIZABETH LAWLER, being a Notary
13 Public and Court Reporter for the State of COLORADO, may
14 swear the witness and that the reading and signing of
15 the completed transcript by the witness is not waived.
16
17
18
19
20
21
22
23
24
25

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                PROCEEDINGS
 2         THE REPORTER:  We are on record.  Will all
 3   parties, except for the witness, please state your
 4   appearance, how you're attending, and your
 5   location, starting with Plaintiff's Counsel?
 6         MR. SCHWAB:  Milo Schwab, appearing remotely.
 7   And I waive any objection to remote testimony.
 8         MS. HOFFMAN:  Good afternoon.  Katherine
 9   Hoffman from the law firm of Hall & Evans.  I
10   represent Defendant Officer Van Sickle.  No
11   objection to proceeding remotely today.  And I'm
12   appearing from Castle Pines, Colorado.
13         MS. NIKOLAEVSKAYA:  And Julie Nikolaevskaya
14   for Officer Haferman, appearing remotely from
15   Denver, Colorado.  No objection.
16         THE REPORTER:  Thank you.  Mr. Van Sickle,
17   will you please state your full name for the
18   record, and hold your ID up to the camera?
19         THE WITNESS:  My name is Ethan Van Sickle.
20         THE REPORTER:  Thank you. Do all parties
21   agree that the witness is, in fact, Ethan Van
22   Sickle?
23         MS. HOFFMAN:  Yes.
24         MR. SCHWAB:  Yes
25         MS. NIKOLAEVSKAYA:  And yes.
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  confrontation with people.  A whole variety of groups.
2  I don't think there was really any specific two sides or
3  anything; there was just a lot of different individuals
4  there for different purposes.
5      Q.   And that was your perception when you were
6  there?
7      A.   Yes.
8      Q.   Okay.  So there were a group of pro-police;
9  there were a group that were calling themselves
10 pro-police, looking for violence; there was a group of
11 people who were calling for reform; and then, a group of
12 people that were anti-police?
13     A.   So I would say -- I wouldn't say, "Looking for
14 violence"; I would say, "Confrontation," because that
15 could be verbal or physical.  I don't know their
16 intentions going into it but looking for some sort of
17 argument with other people.  And I would say there was
18 people present, on both the pro- and anti-police side,
19 that held those sentiments towards the other side.
20     Q.   Okay. Okay.  Did you ever interact with any
21 of the people who were "Anti-police"?
22     A.   We typically did not have much interaction
23 with much of the people there.  We had some people come
24 up from the pro-police side to thank us and talk to us;
25 but for the most part, we were trying to stay back from

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com