

CIVIL ACTION NO. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DELEON

V.

BRIAN MALLORY, IN HIS INDIVIDUAL CAPACITY; ETHAN VANSICKLE,

IN HIS INDIVIDUAL CAPACITY; DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY;

JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY; JOE SCHILZ, IN HIS INDIVIDUAL

CAPACITY; JASON HAFERMAN, IN HIS INDIVIDUAL CAPACITY;

CHRISTOPHER YOUNG, IN HIS INDIVIDUAL CAPACITY

DEPOSITION OF:

CHRISTOPHER YOUNG

DATE:

November 27, 2023




(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

```
 1                 UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT IN THE OF COLORADO
 3                 Civil Action No. 1:22-CV-01983-SKC
 4
 5    MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DELEON,
 6                             Plaintiffs
 7
 8                                V.
 9
10       BRIAN MALLORY, IN HIS INDIVIDUAL CAPACITY; ETHAN
11    VANSICKLE, IN HIS INDIVIDUAL CAPACITY; DANIEL NETZEL, IN
12         HIS INDIVIDUAL CAPACITY; JARED ROBERTSON, IN HIS
13       INDIVIDUAL CAPACITY; JOE SCHILZ, IN HIS INDIVIDUAL
14      CAPACITY; JASON HAFERMAN, IN HIS INDIVIDUAL CAPACITY;
15          CHRISTOPHER YOUNG, IN HIS INDIVIDUAL CAPACITY
16                            Defendants
17
18
19
20
21
22
23   DEPONENT: CHRISTOPHER YOUNG
24   DATE:     NOVEMBER 27, 2023
25   REPORTER: ELIZABETH LAWLER
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                         APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFFS,
 4   MICHAEL PIPER TOWNLEY, ANNA KRUGER, and JOSHUA DELEON:
 5   Edward Milo Schwab, Esquire
 6   Ascend Counsel, LLC
 7   2401 S Downing Street
 8   Denver, Colorado 20210
 9   Telephone No.: (303) 888-4407
10   E-mail: milo@ascendcounsel.co
11   (Appeared via videoconference)
12
13   ON BEHALF OF THE DEFENDANT, JASON HAFERMAN:
14   Julie Nikolaevskaya
15   Kissinger & Fellman, P.C.
16   3773 Cherry Creek North Drive
17   Suite 900
18   Denver, Colorado 80209
19   Telephone No.: (303) 320-6100
20   E-mail: julie@kandf.com
21   (Appeared via videoconference)
22
23
24
25
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                  APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANTS, BRIAN MALLORY, ETHAN
 4   VANSICKLE, DANIEL NETZEL, JARED ROBERTSON, JOE SCHILZ,
 5   CHRISTOPHER YOUNG:
 6   Katherine Hoffman, Esquire
 7   Hall & Evans LLC
 8   1001 Seventeenth Street
 9   Suite 300
10   Denver, Colorado 80202
11   Telephone No.: (303) 628-3337
12   E-mail: hoffmank@hallevans.com
13   (Appeared via videoconference)
14
15   Also Present: Nick List, Legal assistant
16
17
18
19
20
21
22
23
24
25
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                              INDEX
 2                                                          Page
 3    PROCEEDINGS                                             6
 4    DIRECT EXAMINATION BY MR. SCHWAB                        7
 5
 6                             EXHIBITS
 7    Exhibit                                               Page
 8    1 - Affidavit in Support of a
 9        Warrantless Arrest                                  9
10    2 - Citation Ticket                                    10
11    3 - Narrative                                          10
12    4 - Body Camera Footage                                41
13
14        *Exhibits to be forwarded upon receipt.
15
16
17
18
19
20
21
22
23
24
25
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1                       STIPULATION

2

3  The deposition of CHRISTOPHER YOUNG was taken at PIKE
4  REPORTING COMPANY, 410 17TH STREET, SUITE 1350, DENVER,
5  COLORADO 80202, via videoconference in which all
6  participants attended remotely, on MONDAY the 27th day
7  of NOVEMBER 2023 at 9:02 a.m.; said deposition was taken
8  pursuant to the FEDERAL Rules of Civil Procedure.  This
9  notarial act involved the use of communication
10 technology pursuant to 8CCR 1505-11.
11
12 It is agreed that ELIZABETH LAWLER, being a Notary
13 Public and Court Reporter for the State of COLORADO, may
14 swear the witness and that the reading and signing of
15 the completed transcript by the witness is not waived.
16
17
18
19
20
21
22
23
24
25

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1              PROCEEDINGS
 2   THE REPORTER:  We are on record.  Will all
 3   parties, except for the witness, please state
 4   your appearance, how you're attending, and your
 5   location, starting with Plaintiff's Counsel,
 6   please?
 7   MR. SCHWAB:  This is Milo Schwab on behalf of
 8   Plaintiffs, Piper Townley and Anna Kruger.  I
 9   appear remotely from Denver.
10   MS. HOFFMAN:  Good morning.  Katherine Hoffman
11   from the law firm of Hall & Evans, appearing
12   remotely from Castle Pines, Colorado.  I
13   represent Officer Young in this matter.
14   MS. NIKOLAEVSKAYA:  And then Julie Nikolaevskaya,
15   appearing remotely, representing Officer
16   Haferman, Denver.
17   THE REPORTER:  Thank you.  Mr. Young, will you
18   please state your full name for the record and
19   hold your ID up to the camera?
20   THE WITNESS:  Of course.  I am Officer
21   Christopher Young.  And let me drop that real
22   quick because otherwise, I won't focus.
23   THE REPORTER:  Thank you.  Do all parties agree
24   that the witness is, in fact, Christopher Young?
25   MR. SCHWAB:  Yes.
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  be coming down, because, like I said, they were
2  moderating social media protests.  And I think -- I
3  think that came from -- because the day before, I think
4  there was one in Denver where they did show up.  And
5  then I think they were following their Facebook pages
6  and said that they were going to come down to the one in
7  Fort Collins, is how we got that general information.
8  Did that go through, or?
9       Q.   Yeah.  No, I heard that.  I'm sorry.  I was
10 just looking at something.  And there was no
11 intelligence relating to right-wingers coming to the
12 protest; is that fair to say?
13      A.   Not that I can specifically recall of, like,
14 saying, like, this specific group or -- you know, would
15 be showing up.
16      Q.   Okay.  Did you -- aside from the brass
17 knuckles that you pulled from Mr. DeLeon; did you
18 observe any weapons after these protests --
19      A.   I --
20      Q.   -- or at this protest?
21      A.   I wasn't close enough to the crowd or anyone
22 to say.
23      Q.   Okay.  Did you ever witness any person at the
24 protest engaged in fighting?
25      A.   I was too far away from the crowd to see

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com