

# CIVIL ACTION NO. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON

V.

BRIAN MALLORY, IN HIS INDIVIDUAL CAPACITY,

ETHAN VANSICKLE, IN HIS INDIVIDUAL CAPACITY,

DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY,

JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY,

JOE SCHILZ, IN HIS INDIVIDUAL CAPACITY,

JASON HAFERMAN, IN HIS INDIVIDUAL CAPACITY,

CHRISTOPHER YOUNG, IN HIS INDIVIDUAL CAPACITY,

## DEPOSITION OF: JOE SCHILZ

## DATE: December 18, 2023





(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

```
 1               IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3               CIVIL ACTION NO. 1:22-CV-01983-SKC
 4
 5    MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DELEON,
 6                            Plaintiffs
 7
 8                                V.
 9
10         BRIAN MALLORY, IN HIS INDIVIDUAL CAPACITY,
11        ETHAN VANSICKLE, IN HIS INDIVIDUAL CAPACITY,
12         DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY,
13        JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY,
14          JOE SCHILZ, IN HIS INDIVIDUAL CAPACITY,
15        JASON HAFERMAN, IN HIS INDIVIDUAL CAPACITY,
16      CHRISTOPHER YOUNG, IN HIS INDIVIDUAL CAPACITY,
17                           Defendants
18
19
20
21
22
23   DEPONENT: JOE SCHILZ
24   DATE:     DECEMBER 18, 2023
25   REPORTER: GRAZYNA DEL PILAR BAKER
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of JOE SCHILZ, taken on December 18, 2023

2

|   |   |
|---|---|
| 1 | APPEARANCES |
| 2 |   |
| 3 | ON BEHALF OF THE PLAINTIFFS, MICHAEL PIPER TOWNLEY, ANNA |
| 4 | KRUGER, AND JOSHUA DELEON: |
| 5 | Edward Milo Schwab, Esquire |
| 6 | Ascend Counsel, LLC |
| 7 | 2401 South Downing Street |
| 8 | Denver, Colorado, 80210 |
| 9 | Telephone No.: (303) 888-4407 |
| 10 | E-mail: milo@ascendcounsel.com |
| 11 | (Appeared via videoconference) |

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

The Deposition of JOE SCHILZ, taken on December 18, 2023

3

```
 1          APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANTS BRIAN MALLORY, IN HIS
 4   INDIVIDUAL CAPACITY, ETHAN VANSICKLE, IN HIS INDIVIDUAL
 5   CAPACITY, DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY,
 6   JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY, JOE SCHILZ,
 7   IN HIS INDIVIDUAL CAPACITY, JASON HAFERMAN, IN HIS
 8   INDIVIDUAL CAPACITY, CHRISTOPHER YOUNG, IN HIS
 9   INDIVIDUAL CAPACITY:
10   Kathrine Hoffman, Esquire
11   Hall & Evans, LLC
12   1001 17th Street
13   Suite 300
14   Denver, Colorado 80202
15   Telephone No.: (303) 293-3200
16   E-mail: hoffmank@hallevans.com
17   (Appeared via videoconference)
18
19
20
21
22
23
24
25
```



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANTS BRIAN MALLORY, IN HIS
 4   INDIVIDUAL CAPACITY, ETHAN VANSICKLE, IN HIS INDIVIDUAL
 5   CAPACITY, DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY,
 6   JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY, JOE SCHILZ,
 7   IN HIS INDIVIDUAL CAPACITY, JASON HAFERMAN, IN HIS
 8   INDIVIDUAL CAPACITY, CHRISTOPHER YOUNG, IN HIS
 9   INDIVIDUAL CAPACITY:
10   Julie Nikolaevskya, Esquire
11   Kissinger & Fellman, P.C.
12   3773 East Cherry Creek North Drive
13   Suite 900
14   Denver, Colorado 80209
15   Telephone No.: (303) 320-6100
16   E-mail: julie@kandf.com
17   (Appeared via videoconference)
18
19   Also Present: Nick List, Paralegal
20
21
22
23
24
25
```



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                          INDEX
 2                                                  Page
 3    PROCEEDINGS                                      7
 4    DIRECT EXAMINATION BY MR. SCHWAB                 8
 5
 6                         EXHIBITS
 7    Exhibit                                        Page
 8    1 - TOWNLEY 137-138 - Incident Report            31
 9    2 - TOWNLEY 36 - Body Cam Footage 2              33
10    3 - TOWNLEY 58 - Affidavit                       45
11    4 - TOWNLEY 18 - Body Cam Footage 3              76
12    5 - TOWNLEY 49 - Drone Footage                   85
13    6 - TOWNLEY 35 - Body Cam Footage 1              89
14
15
16
17
18
19
20
21
22
23
24
25
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | STIPULATION                                                                              |
| 2  |                                                                                          |
| 3  | The deposition of JOE SCHILZ was taken at PIKE                                           |
| 4  | REPORTING, 410 17TH STREET, SUITE 1350, DENVER, COLORADO                                 |
| 5  | 80202, via videoconference in which all participants                                     |
| 6  | attended remotely, on MONDAY the 18th day of DECEMBER                                    |
| 7  | 2023 at 1:01 p.m. (MT); said deposition was taken                                        |
| 8  | pursuant to the COLORADO Rules of Civil Procedure. This                                  |
| 9  | notarial act involved the use of communication                                           |
| 10 | technology pursuant to 8CCR 1505-11.                                                     |
| 11 |                                                                                          |
| 12 | It is agreed that GRAZYNA BAKER, being a Notary Public                                   |
| 13 | and Court Reporter for the State of COLORADO, may swear                                  |
| 14 | the witness and that the reading and signing of the                                      |
| 15 | completed transcript by the witness is not waived.                                       |


Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1              PROCEEDINGS
 2   THE REPORTER:  Okay.  Will all parties except for
 3   the witness please state your appearance, how you
 4   are attending, and your location?
 5   MR. SCHWAB:  Good morning -- or, good afternoon.
 6   This is Milo Schwab appearing remotely from
 7   Denver, and I am the attorney for the Plaintiffs
 8   in this case.
 9   MS. HOFFMAN:  And good afternoon.  Katherine
10   Hoffman from the law firm of Hall & Evans.  I
11   represent Officer Schilz in this matter, and I'm
12   appearing remotely from Denver, Colorado.
13   MS. NIKOLAEVSKAYA:  Julie Nikolaevskaya on behalf
14   of former Officer Haferman, remotely in Denver.
15   THE REPORTER:  I'm not sure who Nick List is.
16   MR. SCHWAB:  Nick's my paralegal.
17   THE REPORTER:  Got you.  Thank you. Mr. Schilz,
18   will you please state your full name for the
19   record?
20   THE WITNESS:  Sure.  Joe Schilz.
21   THE REPORTER:  Perfect.  Will you please hold
22   your ID up to the camera as well for me?
23   MS. NIKOLAEVSKAYA:  Katherine, I think that the
24   way that Mark was doing it is -- oh, here you go.
25   Not showing the address.
```



Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.   I see that.
 2        Q.   Okay.  You did not observe Ms. Townley
 3   fighting -- engaging in a physical fight with other
 4   protesters, correct?
 5        A.   Correct.
 6        Q.   Were -- did any of the police officers that
 7   were present with you observe Michael engaging in a
 8   physical fight with other protesters?
 9             MS. HOFFMAN:  Foundation.
10             THE WITNESS:  I don't know the specifics of their
11        observations.
12             BY MR. SCHWAB:
13        Q.   Okay.  When you arrived, was Michael still in
14   the pit?
15        A.   In the what, I'm sorry?
16        Q.   In the ditch.
17        A.   I did not see him in the ditch.
18        Q.   Okay.  Did any of the officers you were
19   responding with arrive several minutes before you?
20        A.   I don't -- I don't know.
21        Q.   Okay.  Did you tell Mr. Young, "I observed
22   Michael engaging in a physical fight with other
23   protesters?"
24        A.   I don't remember telling Officer Young that.
25        Q.   Did you hear any officer tell Michael, "I
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.   Yes.
 2        Q.   Why did you go inside?
 3        A.   That's just where I was directed to go.
 4             (VIDEO RECORDING STOPPED)
 5        MR. SCHWAB:  Okay.  Can we take a five-minute
 6        break?  I think I'm just about done here.  I just
 7        want to review my questions, review my notes.
 8        MS. HOFFMAN:  Sounds great.
 9        THE REPORTER:  Okay.  Let me get us off the
10        record here.  Off the record at 2:39 p.m.
11             (OFF THE RECORD)
12        THE REPORTER:  Back on the record at 2:48 p.m.
13             BY MR. SCHWAB:
14     Q.   A few more follow-up questions.  Officer
15 Schilz, have you -- did you observe Anna Kruger engaged
16 in fighting?
17     A.   I did not.
18        MR SCHWAB:  Okay.  Next I want to play what we'll
19        mark as Exhibit -- are we at 6 or 7 now?  6.
20             (EXHIBIT 6 MARKED FOR IDENTIFICATION)
21             BY MR. SCHWAB:
22     Q.   Okay.  And it was previously disclosed as
23 Townley 35.  This is going to be your first body-worn
24 camera from that day, okay?
25     A.   Okay.
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com