


(855) 693-3767 | (720) 738-1300

schedule@yournextdepo.com

www.pikereporting.com

```
1            IN THE UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF COLORADO
3            CIVIL ACTION NO.: 1:22-cv-01983-SKC
4
5
6
7   MICHAEL PIPER TOWNLEY, ANNA KRUGER, AND JOSHUA DeLEON,
8                         Plaintiffs
9
10                             V.
11
12       BRIAN MALLORY, in his individual capacity;
13      ETHAN VANSICKLE, in his individual capacity;
14       DANIEL NETZEL, in his individual capacity;
15      JARED ROBERTSON, in his individual capacity;
16         JOE SCHILZ, in his individual capacity;
17      JASON HAFERMAN, in his individual capacity;
18    CHRISTOPHER YOUNG, in his individual capacity,
19                         Defendants
20
21
22
23  DEPONENT:  OFFICER JARED ROBERTSON
24  DATE:      OCTOBER 30, 2023
25  REPORTER:  SABIA UNDERWOOD
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | |
| 3 | ON BEHALF OF THE PLAINTIFFS, MICHAEL PIPER TOWNLEY, |
| 4 | ANNA KRUGER, AND JOSHUA DELEON: |
| 5 | Edward Milo Schwab, Esquire |
| 6 | Ascend Counsel, LLC |
| 7 | 2401 South Downing Street |
| 8 | Denver, Colorado 80210 |
| 9 | Telephone No.: (303) 888-4407 |
| 10 | E-mail: milo@ascendcounsel.co |
| 11 | |
| 12 | ON BEHALF OF THE DEFENDANTS, BRIAN MALLORY, IN HIS |
| 13 | INDIVIDUAL CAPACITY; ETHAN VanSICKLE, IN HIS INDIVIDUAL |
| 14 | CAPACITY; DANIEL NETZEL, IN HIS INDIVIDUAL CAPACITY; |
| 15 | JARED ROBERTSON, IN HIS INDIVIDUAL CAPACITY; JOE |
| 16 | SCHILZ, IN HIS INDIVIDUAL CAPACITY; CHRISTOPHER YOUNG, |
| 17 | IN HIS INDIVIDUAL CAPACITY: |
| 18 | Mark S. Ratner, Esquire |
| 19 | Hall & Evans, LLC |
| 20 | 1001 17th Street |
| 21 | Suite 300 |
| 22 | Denver, Colorado 80202 |
| 23 | Telephone No.: (303) 628-3300 |
| 24 | E-mail: ratnerm@hallevans.com |
| 25 | |

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1         APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, JASON HAFERMAN, IN HIS
 4   INDIVIDUAL CAPACITY:
 5   Julie Nikolaeskaya, Esquire
 6   Kissinger & Fellman, P.C.
 7   Ptarmigan Place
 8   3773 Cherry Creek North Drive
 9   Suite 900
10   Denver, Colorado 80209
11   Telephone No.: (303) 320-6100
12   E-mail: julie@kandf.com
13
14   Also Present: Nick List, Mr. Schwab's Paralegal
15   (Appeared via videoconference)
16
17
18
19
20
21
22
23
24
25
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1                           INDEX
 2                                                    Page
 3   PROCEEDINGS                                         6
 4   DIRECT EXAMINATION BY MR. SCHWAB                    6
 5   CONFIDENTIAL PORTION REDACTED                      22
 6
 7                          EXHIBITS
 8   Exhibit                                          Page
 9   1 - Incident Report - DA Copy: Fort Collins
10       Police Services                                31
11   2 - Affidavit in Support of Warrantless
12       Arrest                                         53
13   3 - Officer Jared Robertson's Body Cam
14       Footage on August 8th, 2020 - TOWNLEY 33       69
15   4 - Officer Jared Robertson's Body Cam
16       Footage on August 8th, 2020 - TOWNLEY 34       84
17   5 - Civilian Video Footage - TOWNLEY 27           100
18   6 - Drone Footage on August 8th, 2020             108
19
20
21
22
23
24
25
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1   staggered back down the fence line from there.
 2        Q.   Were these individuals fighting when you
 3   observed them?
 4        A.   No.
 5        Q.   Okay.  What happened next?
 6        A.   So I approached Mr. Townley.  I can't remember
 7   if I asked a question or not.  But Ms. Kruger started
 8   screaming and yelling, saying -- I think using some
 9   expletives, and said, we don't need you, go away, or
10   something like that.
11             I could tell Mr. Townley had a -- like, a cut
12   above one of his eyes.  I want to say it was his left
13   eye, but I can't remember for sure.  So then I came back
14   around the corner of the fence because that's where the
15   -- I think the rest of the arrest control team was, or
16   at least most of them.  And told Sergeant Mallory, hey,
17   there's people -- there's someone down, I think I said,
18   behind the side of the fence here.
19        Q.   Okay.  And what happened next?
20        A.   Sergeant Mallory asked, were they fighting?
21   Which I didn't see them fighting, so I said, I don't
22   know.  And then someone said -- he might have asked me
23   twice.  And I said, I don't know.  And then someone
24   nearby said, yes, he was fighting, or, yes, they were
25   fighting, or something like that.  I believe it was
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com