STATE OF COLORADO)
) ss.
COUNTY OF LARIMER)

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, __Christopher Young__, being duly sworn upon oath, says that there is probable cause for the
(Peace Officer)
warrantless arrest of, __Michael Brian Townley__, __07/17/78__ for the crime(s) stated,
(Arrestee)   (Date of Birth)
and that the following facts are true and correct upon best knowledge, information, and belief:

AGENCY- ( )-LCSO  ( )-CSP  (✓)-FCPD  ( )-LPD  ( )-BPD  ( )-EPPD   ( )-CSUPD  ( )-USM  ( )-OTHER

Arresting Officer (Print Name & Number)
__Christopher Young, FC351__

| CHARGE DESCRIPTION | CRS CITATION | CLASS |
|---|---|---|
| Disorderly Conduct | 18-9-106(1)(d) | M3 |
| | - - | |
| | - - | |
| | - - | |

Agency Case Number: 20-7884
Arrest Date: 08/08/20
Arrest Time: 1606

The facts establishing probable cause for arrest are that on __08/08/20__ at __1606__, in the County of
(Date)   (Time)
Larimer, State of Colorado, at __S. Timberline Rd/Nancy Grey Ave, Fort Collins, CO, 80525__
(Address/Place/Location)
the following criminal activity occurred: __Michael Brian Townley was participating in a protest at S. Timberline Rd/Nancy Grey Ave. Michael was observed by officers engaging in a physical fight with other protestors. Michael was detained, arrested, and medically cleared. Michael was transported to Larimer County Detention Center and booked without incident.__

KELLY TERESA McELVAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154000104
MY COMMISSION EXPIRES 1-2-2023

Peace Officer – Affiant: _____
Subscribed and sworn to before me this __8__ day of __August__, __2020__
Notary Public: _____   Commission Expires: __01-02-2023__

### PROBABLE CAUSE DETERMINATION BY THE COURT

____ The Court finds probable cause for a warrantless arrest.   ____ The Court finds no probable cause for a warrantless arrest.

Judge: _____   Date and Time: _____

LCSO/D-156 (04/00) (4 PART)

STATE OF COLORADO)
) ss.
COUNTY OF LARIMER)

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Affiant, __Jason Haferman__ (Peace Officer), being duly sworn upon oath, says that there is probable cause for the warrantless arrest of, __Anna Kruger__ (Arrestee), __4/5/95__ (Date of Birth) for the crime(s) stated, and that the following facts are true and correct upon best knowledge, information, and belief:

AGENCY- ( )-LCSO  ( )-CSP  (X)-FCPD  ( )-LPD  ( )-BPD  ( )-EPPD     ( )-CSUPD  ( )-USM  ( )-OTHER

Arresting Officer (Print Name & Number): __J. Haferman FC347__

| CHARGE DESCRIPTION | CRS CITATION | CLASS |
|---|---|---|
| Disorderly Conduct | 18-9-106(1a) | PO |
| Resisting Arrest | 18-8-103(1a) | M2 |
|  | - | |
|  | - | |

Agency Case Number: 20-9884
Arrest Date: 8/8/20
Arrest Time: 1556

The facts establishing probable cause for arrest are that on __8/8/20__ (Date) at __1556__ (Time), in the County of Larimer, State of Colorado, at __2221 S. Timberline Rd.__ (Address/Place/Location) the following criminal activity occurred: __Anna Kruger was observed by multiple officers fighting in public. Kruger resisted arrest when she was contacted by police.__

KELLY TERESA McELVAIN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20164000104
MY COMMISSION EXPIRES 1-2-2023

Peace Officer – Affiant: [signature]
Subscribed and sworn to before me this __8__ day of __August__, __2020__
Notary Public: __Kelly Fern__   Commission Expires: __01-02-2023__

### PROBABLE CAUSE DETERMINATION BY THE COURT

____ The Court finds probable cause for a warrantless arrest.   ____ The Court finds no probable cause for a warrantless arrest.

Judge: _____   Date and Time: _____

LCSO/D-156 (04/00) (4 PART)