I, Piper Townley, first being duly sworn on oath do state the following:

1. I attended the Back the Blue Rally in Fort Collins, CO on August 8, 2020 as a counter-protester and medic.
1. My purpose in attending the protest was to express my opinions and support the Black Lives Matter movement.
2. On August 8, 2020, I was arrested for "disorderly conduct" by Fort Collins Police Services.
3. I was not fighting.
4. I was the victim of an assault.
5. I repeatedly told Defendants and other officers that it was the people they were walking me through that had assaulted me.
6. I have been to numerous protests in my life.
7. I am familiar with right-wing groups like the Proud Boys, Patriot Front, The Oath Keepers and others.
8. I am familiar with symbols used by right-wing groups to identify each other. This includes the "punisher logo" and term "Molon labe"
9. I have reviewed photos and videos from August 8, 2020 and can identify many of these symbols on various items of Back the Blue protesters. Including the image on Sgt. Mallory's phone lock screen which says "Molon labe" as depicted in Exhibit T, and the Punisher logo depicted at 15:28:41 p.m. in Exhibit B
10. I have been unwilling to engage in protest activity since this day.
11. I have suffered significant emotional distress as a result of being targeted by Defendants on the basis of my protest viewpoint.
12. I have reviewed Exhibits 22, 23, and 37 and each of the individuals depicted were part of the pro-police side.

_____
Piper Townley

Subscribed and sworn before me by Piper Townley this 9th day of May 2024

_Gloria Faustin_ _____ Name of Notary



Gloria Faustin
ID NUMBER 134795505
COMMISSION EXPIRES March 5, 2028

Electronically signed and notarized online using the Proof platform.

My commission expires: 03/05/2028