# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, and ANNA KRUGER; Plaintiff,

v.

BRIAN MALLORY, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity; Defendants.

## CONVENTIONALLY SUBMITTED EXHIBITS

- Ex.3 Townley00046
- Ex.4 Townley00029
- Ex.5 Townley00021
- Ex.6 Townley00018
- Ex.7 Townley00015
- Ex.8 Townley00022
- Ex.9 Townley00024
- Ex.10 Townley00025
- Ex.11 Townley00026
- Ex.12 Townley00016
- Ex.13 Townley00027

1

- Ex.14 Townley00020
- Ex.15 Townley00025
- Ex.17 Townley00030
- Ex.20 Townley00032
- Ex.23 Townley00038
- Ex.25 Townley00031
- Ex.26 Officers_00057
- Ex.27 Townley00034
- Ex.31 Axon_Body_3_Video_2020-08-08_1632_FC305.mp4
- Ex.33 Townley00034
- Ex.34 Townley00039
- Ex.35 Townley00042
- Ex.36 Townley00036
- Ex.38 Townley00050

A flash drive containing the exhibits is submitted conventionally.

Respectfully submitted this 9th day of May, 2024.

/s/ E. Milo Schwab
E. Milo Schwab
Ascend Counsel, LLC
2401 S. Downing St.
Denver, CO 80210
(303) 888-4407
milo@ascendcounsel.co

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May 2024, I electronically served the foregoing **CONVENTIONALLY SUBMITTED EXHIBITS** on the following via email:

2

Mark Scott Ratner
Hall & Evans LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
(303) 628-3300
ratnerm@hallevans.com

COUNSEL FOR DEFENDANTS MALLORY, NETZEL, and ROBERTSON

/s/ E. Milo Schwab
_____