IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, and ANNA KRUGER;
    Plaintiff,

v.

BRIAN MALLORY, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
    Defendants.

---

### DEFENDANTS' UNOPPOSED SECOND MOTION FOR BRIEF 4-DAY EXTENSION OF DEFENDANTS' DEADLINE TO FILE A REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION

---

Defendants, Brian Mallory, Daniel Netzel, and Jared Robertson, by and through their undersigned counsel, Hall & Evans, LLC, hereby submit the following Unopposed Second Motion for Brief 4-Day Extension of Defendants' Deadline to File a Reply in Support of Summary Judgment Motion, as follows:

### COUNSEL'S CERTIFICATIONS

Undersigned Counsel conferred with Counsel for the Plaintiffs, who indicated no objection to the requested relief. Therefore, this Motion is **unopposed**.

### ARGUMENT

1. On April 18, 2024, Defendants filed a Motion for Summary Judgment. [ECF 78].

2. On May 9, 2024, Plaintiffs filed an Unopposed Motion for Leave to File Response to Defendants' Motion for Summary Judgment with more than 40 facts. [ECF 82]. Plaintiffs also filed their Response to Defendants' Motion for Summary Judgment. [ECF 83]. On May 10, 2024,

Plaintiffs filed Additional Facts and Supporting Evidence in support of their Response to Defendants' Motion for Summary Judgment. [ECF 84].

4. On May 13, 2024, Plaintiffs filed a Corrected Response to Defendants' Motion for Summary Judgment. [ECF 85].

5. On May 13, 2024, the Court issued an Order granting in part and denying in part Plaintiffs' Unopposed Motion for Leave to File Response to Defendants' Motion for Summary Judgment with more than 40 facts. [ECF 86]. The Court ordered Plaintiffs to file their amended Statement of Undisputed Material Facts by May 20, 2024, and ordered Defendants to file a Reply 14-days from Plaintiffs' supplemental submission. [ECF 86].

6. After Plaintiffs did not file an amended Statement of Undisputed Material Facts by May 20, 2024, Defendants filed a Motion to Clarify their deadline to file a Reply in support of their Motion for Summary Judgment. [ECF 87].

7. The Court granted Defendants' Motion to Clarify and ordered Defendants to submit a Reply by June 5, 2024. [ECF 88].

8. On May 30, 2024, Defendants requested a 5-day extension of their deadline to submit a Reply, up to and including June 10, 2024. [ECF 89]. The Court granted this request. [ECF 90].

9. Thus, Defendants' deadline to file a reply in support of their summary judgment motion is June 10, 2024.

10. Defendants respectfully request a brief 4-day extension of their deadline to file a reply in support of their summary judgment motion.

11. As reason therefore, Plaintiffs' disputes approximately 21 of Defendants' proposed undisputed material facts, and in most instances, includes assertions in support of their disputed position, all of which must be reviewed, evaluated, and addressed with evidentiary support as appropriate. Plaintiffs have included approximately 38 additional disputed facts, all of which include accompanying evidentiary support. Evidentiary support primarily comes from body worn camera footage, other videos, and deposition testimony. Many of Plaintiffs' additional disputed facts contain two or more sentences, all of which must be addressed by Defendants (with citations to the record in support of their position as appropriate) in their Reply.

12. Undersigned counsel has been reviewing Plaintiffs' additions to the fact chart and accompanying evidentiary citations, but this has taken longer than anticipated given the number of additional assertions to the chart and given the very large volume of the summary judgment record, to include numerous video exhibits. Thus, a brief 4-day extension is needed for Defendants to complete their review and Reply.

13. This is Defendants' second request for an extension of time respecting the deadline to prepare and file their Reply in support of their Motion for Summary Judgment. Before that, Defendants requested a 5-day extension, which was granted. [ECF 89 & 90].

14. No part of this Motion was generated or drafted by AI.

15. A copy of this Motion has been served on the undersigned's clients.

Respectfully submitted this 7th day of June 2024.

s/ *Katherine N. Hoffman*
Mark S. Ratner, Esq.
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com
ringela@hallevans.com
hoffmank@hallevans.com
**Attorneys for Defendants Brian Mallory, Daniel Netzel, and Jared Robertson**

## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on the 7th day of June 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

                                              *s/ Erica Cameron*
                                              Erica Cameron, Legal Assistant