EXHIBIT Y

1  right now?
2   A.  I do not.
3   Q.  Okay.  So in reviewing your body-worn camera,
4  it appears that you're a pretty observant police
5  officer; is that fair to say?
6       MS. NIKOLAEVSKAYA:  Form.
7       THE WITNESS:  I'd say so.
8  BY MR. SCHWAB:
9   Q.  Okay.  So from what I can tell -- and I'm
10 going to ask you questions about this, and some of them
11 will be my own perception, and you can tell me if I'm
12 correct; but if I'm not, obviously, I want you to
13 explain how I'm not right.  From what I can tell, there
14 were two teams of five officers this day; is that right?
15  A.  Yes.
16  Q.  Okay.  And were they going on and off
17 different shifts?
18  A.  If I remember -- and it's -- it's been a while
19 -- it's that we -- it wasn't as much shifts as just they
20 would kind of shift us around as needed, and that way,
21 we had -- if one team was engaged in something or busy,
22 the other team could be involved and take over that
23 team's place.  So I don't remember it being -- there
24 being a primary or secondary; it was just kind of who
25 was available and who was best suited to handle

1  something.
2   Q.  Okay.  There were two teams around so that
3  there would at least be one team that could cover any
4  incident?
5   A.  Uh-huh.
6   Q.  Okay.  Now, we saw your first body-worn
7  camera, and it starts at around two -- or 3:15, I
8  believe.  Were you out at the protest prior to this
9  event -- or prior to this body-worn camera?
10   A.  I don't remember when, exactly, we started
11  heading outside.  I believe, at least according to my
12  report, at approximately, like, 3:00 p.m. is when we
13  started being actively involved, in terms of having the
14  team ready and being ready to respond to stuff.  But I
15  do remember, when we started, we were initially inside
16  the police department, and eventually moved outside.
17   Q.  Okay.  So you said over the weekend, probably,
18  you -- or relatively recently, you watched all three of
19  your body-worn cameras, right?
20   A.  Yeah, in the past couple days.
21   Q.  Okay.  Were there any other instances, where
22  you were outside, that your body-worn camera, either was
23  not engaged or is not reflected in those three body-worn
24  cameras?
25   A.  I believe there was periods of -- periods of

1   Q.  Okay.  Did you have any meetings in
2   preparation?
3   A.  Yes.  We had a briefing ahead of time, to talk
4   about what the plan was for the day.
5   Q.  Okay.  And was that earlier in that same day?
6   A.  Yes.
7   Q.  Okay.  And how long was that briefing?
8   A.  I don't remember how long it was.
9   Q.  Okay.  Who ran that briefing?
10  A.  I don't remember everyone that was involved. I
11  knew Lieutenant Murphy was there, and I believe the
12  chief was there as well, but past that, I don't remember
13  who exactly gave all -- the entire briefing and all of
14  the details.
15  Q.  Okay.  Was it done by PowerPoint?  What was
16  the method of transmission of information to you?
17  A.  I -- I don't remember if it was by PowerPoint
18  or not.  I know there was at least someone talking and
19  telling us what the plan was; but I don't remember what
20  medium they used to relay the information.
21  Q.  Okay.  And what was the plan?
22  A.  The plan was essentially to -- from my
23  understanding, to allow people to exercise their First
24  Amendment rights; and if -- even if that meant arguing,
25  yelling, whatever that was.  Let people exercise their

1  rights and have discourse about what their opinions on
2  what was going on was; but then intervene -- and be
3  ready to intervene in the case of any sort of crime,
4  unlawful activity, disturbance, things like that.
5      Q.   Okay.  Did you receive any intelligence?
6          MS. NIKOLAEVSKAYA:  What intelligence?
7          MR. SCHWAB:  That's what I'm asking.
8  BY MR. SCHWAB:
9      Q.   Did you receive any intelligence?
10     A.   So we received some intelligence.  We received
11 some intelligence on how many people will be there --
12 and I don't remember, exactly, the number that they gave
13 us.  We also received some intelligence, as well, that
14 there was potentially a busload of 50 people, associated
15 with the group Antifa, that were potentially going to be
16 coming to the protest.
17     Q.   What is Antifa?
18     A.   From my understanding of it, it's -- I mean,
19 there -- I wouldn't say there is a specific group that's
20 ran by an overarching organization, that they have the
21 same goal; it's kind of just individuals gathering as a
22 group.  But typically -- from my experience, of what
23 I've seen, is typically people dressing in all black,
24 showing up to protests with the intention of stirring up
25 problems, causing disturbances, you know, getting people

```
 1   back to your -- the -- your body-worn camera, which we
 2   had marked as Exhibit 1, and was also Townley 38.  And
 3   you can go right to the end.
 4        A.   Okay.  What time?
 5        Q.   We'll say 31 minutes in -- 30 and a half
 6   minutes in.  And you can just go there just for
 7   reference; we don't need to watch much video.
 8        A.   Okay.
 9        Q.   And at 31 minutes, you can see that you guys
10   are walking inside, right?
11        A.   Yes.  Let me just scroll forward to 31.  Yeah,
12   that's what it looks like.
13        Q.   Okay.  And it looks -- and if you go to 32
14   minutes, or -- it appears to me that all ten officers go
15   inside at this point, right?
16        A.   I would have to -- sorry, give me a second
17   here.  I would have to try to count through each one;
18   but it looks like at least some part of both teams are
19   inside the building.
20        Q.   Okay.  Do you remember why you went inside?
21        A.   So I don't remember the exact reason, but they
22   were trying to give us intermittent breaks because we
23   were wearing masks and it was very hot that day.  That -
24   - because we had resources outside to continue to
25   monitor the protests, they -- at least my understanding
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  is that, essentially, as long as there wasn't anything
2  that looked like was about to immediately pop off, they
3  were okay with us going in to have a break, to get water
4  or refresh, cool down a little bit, so that way we
5  weren't getting overheated.
6       Q.   And if both teams walked in at the same
7  moment, there wouldn't have been anyone outside, right?
8       A.   There -- there were still people outside.
9  There was the undercover officers and unmarked units;
10 and I don't remember what points throughout the day they
11 were out there, but there were also some of the command
12 staff outside the front of the building as well, talking
13 with some of the protestors.  So there were still people
14 outside, and people observing what was going on.
15      Q.   Okay.  Who told you to go inside?
16      A.   I -- I don't remember who.
17      Q.   Okay.  And aside from undercover officers, you
18 said the only other people that would be out there, and
19 the only people that would be in uniform, would maybe be
20 command staff?
21      A.   From -- from my understanding, yes.  I believe
22 we, potentially, had some marked units out in the area
23 as well, but I don't remember exactly.
24      Q.   Okay.  And to your knowledge, is there any
25 reason that both units would go in at the same time?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202


PIKE REPORTING COMPANY

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1      A.   Yeah, if there was no sense of any kind of
 2  imminent disturbance or anything that they think we
 3  would need to respond to.  Because throughout the day,
 4  there were, you know, obviously the ebbs of the
 5  disturbances that we responded to, that were the ones
 6  involved today.  But then, also, some -- some low points
 7  as well, where there wasn't a lot of yelling, a lot of
 8  people -- not a lot of people being confrontational;
 9  there was really no need or reason for police
10  involvement with any of the groups at that point.
11      Q.   Is there any reason you guys couldn't have
12  staggered so that one group was outside the whole time?
13      A.   I mean, that was --
14           MS. HOFFMAN:  Form and foundation.
15           THE WITNESS:  So that's a command staff
16      decision; so you'll have to speak with them about
17      that, and why that decision was made.  But like I
18      said, there wasn't any point where this crowd
19      wasn't being monitored by multiple officers.
20  BY MR. SCHWAB:
21      Q.   Okay.  So who was monitoring them when you
22  went inside?
23      A.   So like I said, it was the -- at least, my
24  understanding, the unmarked units, and the other --
25  undercover units, and the drone team; but I don't know
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1   exactly who and how many people.
2       Q.   Do you have any names?  Because I don't have
3   any information on anybody who was monitoring the
4   protest when you all went inside.
5       A.   So from my understanding, is our neighborhood
6   engagement team was one of the units; and then our
7   detectives from the criminal impact unit were some of
8   the people involved.  There were other people, but like
9   I said, I don't remember exactly who was there, and I
10  don't want to speak and say someone was there that
11  potentially wasn't.  But I know those two units,
12  specifically, had people that were out and about
13  throughout the day.
14      Q.   Do you have any names that you can provide me?
15      A.   I -- like I said, I don't want to say a name
16  and then have it be someone that wasn't there; but there
17  were some reports from some of the people that were in
18  those units, I believe, in the actual case report.
19      Q.   Okay.  So while you were inside, a fight broke
20  out, right?
21      A.   Not -- not to -- or not to my knowledge, at
22  least that I know of.
23      Q.   Okay.  There was a fight in the ditch,
24  correct?
25      A.   Yes.

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com