EXHIBIT Z

1   A.   Yes.
2   Q.   Okay.  Did you review anyone else's body-worn
3   camera?
4   A.   No.
5   Q.   Did you review any other video aside from your
6   body-worn camera?
7   A.   No.
8   Q.   Did you review anyone else's reports other
9   than your report?
10   A.   I read the -- I read through the case reports.
11   Q.   Okay.  Okay.  And was that about 127 pages?
12   A.   No.  I don't recall the number of pages, but
13   it was significantly smaller than that.
14   Q.   10, 25, any sense?
15   A.   Maybe between 10 and 15, probably.
16   Q.   Okay.  Did you -- aside from police officers
17   that you were working with in uniform, did you know
18   anyone at this rally that day?
19   A.   Yes.
20   Q.   Who did you know?
21   A.   There were some family members -- not my
22   personal family members, but officers' family members
23   and -- and friends on the pro-police side.
24   Q.   Whose family members were on the pro-police
25   side?

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1      A.   A couple of employees that were here.
 2      Q.   Can you tell me the names of those police
 3 officers whose family members were part of the
 4 pro-police side?
 5      A.   I only remember specifically Detective Kyle
 6 Bendzsa's family.
 7      Q.   Can you spell that last name for me?
 8      A.   B-E-N-D-Z-S-A, I believe.
 9      Q.   You said Detective?
10      A.   Sergeant.
11      Q.   Sergeant?  Okay.
12      A.   Sergeant, yes.
13      Q.   Was he working that day?
14      A.   I believe he was, yes.
15      Q.   Okay.  And you said that there were other
16 family members as well, but you can't recall --
17      A.   I believe that -- sorry, I apologize.  I
18 believe there was.  I just -- I don't recall who -- who
19 that was or -- or --
20      Q.   Okay.  Did you interact with those
21 individuals?
22      A.   I believe I said hi to those family members at
23 one point, yes.
24      Q.   Okay.  Did any of those individuals engage in
25 fighting?
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        A.   No.
 2        Q.   Okay.  Did you ever talk with them about the
 3   fight?
 4        A.   No.  I don't even know if they were there when
 5   it happened.
 6        Q.   Okay.  Were there any police officers in plain
 7   clothes in the crowd?
 8        A.   No.  Not to my knowledge.
 9        Q.   Okay.  Would you say that you are an observant
10   individual?
11        A.   Yeah.
12        Q.   Would you say based on your training that you
13   have -- that you are very observant?
14        A.   I would say that's probably fair.
15        Q.   Okay.  And as part of your work, you prepare
16   reports, right?
17        A.   Correct.
18        Q.   Are you careful in how you write those
19   reports?
20        A.   I try to be, yes.
21        Q.   Okay.  The truthfulness of the statements you
22   write is important, right?
23        A.   Correct.
24        Q.   Okay.  A false statement, something that you
25   knew to be false, that would be really bad, right?
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1    were armed?
2        A.   Yeah.
3        Q.   Where did that information come from?
4        A.   I don't recall.
5        Q.   Okay.  You couldn't tell me if you heard it
6    over your headset?
7        A.   I -- I don't recall, but there was concern
8    because they -- there was belief that people were armed.
9        Q.   Okay.  Did you notice anybody wearing
10   earpieces?
11       A.   I did not notice that, no.
12       Q.   Okay.  Can you think of any reason that a
13   contingent of one side would wear earpieces?
14       A.   I couldn't.  I don't know why they would be
15   doing that.
16       Q.   Why do you wear an earpiece while you're
17   working?
18       A.   To hear my radio.
19       Q.   To be in communication, right?
20       A.   Yeah.
21       Q.   To coordinate?
22       A.   Potentially.
23       Q.   Okay.  Tell me about your training on Antifa.
24       A.   I have not had formal training on Antifa.
25       Q.   Okay.  So you don't have any training on how

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1      A.   Yes.
 2      Q.   Okay.  Were you concerned about the pro-police
 3 people here?
 4      A.   Yes.
 5      Q.   Were they potential terrorists here?
 6      A.   I was concerned of -- of violence on both
 7 sides at this point.
 8      Q.   Okay.  Were the pro-police people domestic
 9 terrorists or potential domestic terrorists?
10      A.   I don't know.
11      Q.   Okay.
12      THE WITNESS:  (Inaudible), let's back up just a
13 little bit, because I think they're thinking if we're
14 standing here, somehow, they don't have (Inaudible), you
15 know?  If we leave, maybe they'll walk away because
16 they're afraid. (Inaudible).
17 BY MR. SCHWAB:
18      Q.   So there, you just said, "Let's back up
19 because they're thinking if we're standing here, they
20 don't have to fight.  If we leave, maybe they'll walk
21 away because they're afraid."
22      A.   Correct.  My -- my thought was, from my
23 experience, is that sometimes us standing there, we
24 embolden the people that are going to do something
25 wrong.  But if we're -- we take a low-visibility
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  approach, which was part of the operational plan, that
2  they would realize, hey, I'm not going to get into a
3  fight.  We're going to just leave.  And it -- it -- we
4  took that approach on most -- on most of the protests,
5  and it seemed to generally work pretty well.
6      Q.  They're thinking that if we're standing here,
7  they don't have to fight?
8      A.  What I was saying is like -- like, not a
9  physical fight, like arguing between -- maybe an example
10 would be spouses of -- of -- saying you're fighting with
11 your spouse.  You don't -- most people generally don't
12 mean physically fighting.  They mean yelling and
13 arguing.
14     Q.  Before you said that the arguing was pushing
15 out.  Why didn't you say, "If we're standing here, they
16 don't have to push out"?
17     A.  I -- I don't know.
18     Q.  Okay.  So if we're standing here, they are
19 thinking they don't have to fight, and then you walk
20 away, right?
21     A.  So a little bit of a -- I would -- I would
22 admit a little -- misspoke a little bit.  And my --
23 again, my thought wasn't that -- that they would
24 separate.  They realize we're not there, it wouldn't
25 agitate more people or embolden people who are going to

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        Q.   Is it fair -- is it fair to say that if all
 2   ten officers who were assigned to monitor the protests
 3   were inside, that there was no one outside to watch
 4   them?
 5             MR. RATNER:  Same objections.
 6             THE WITNESS:  You've got to remember --
 7        remember that the drone was out monitoring.
 8   BY MR. SCHWAB:
 9        Q.   Okay.  And if the drone landed while you were
10   inside, would that mean that nobody was watching?
11             MR. RATNER:  Object to foundation.
12             THE WITNESS:  Yes, the drone -- the drone
13        battery changes last very, very short amount of
14        time.  So for a brief second for -- to change the
15        battery, then it's possible.
16   BY MR. SCHWAB:
17        Q.   Okay.
18        A.   And -- and to clarify, I don't know if there's
19   other people watching from -- from anywhere else as
20   well.
21        Q.   Okay.  But the two teams assigned went inside,
22   right?
23        A.   It does appear that way.
24        Q.   Okay.  At the same time?
25        A.   Yeah, it appears that way.
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com