```
 1  detectives in the crowd.  I want to say there was a
 2  drone up.  We had another neighborhood engagement team
 3  that was in unmarked cars driving around.
 4  So I don't -- I guess I don't know if one of them saw
 5  it, or saw it through the drone, or what.
 6       Q.   Okay.  And so you had some undercover
 7  detectives?
 8       A.   I believe so.
 9       Q.   And they were in the crowd?
10       A.   I believe so.
11       Q.   Do you know if they were wearing earpieces?
12       A.   I'm not sure.
13       Q.   Okay.  Do you know if anyone in the crowd was
14  wearing earpieces?
15       A.   I'm not sure.
16       Q.   If a substantial percentage or a substantial
17  number of people, we'll say five to ten in this crowd,
18  were wearing earpieces, what would that mean to you?
19            MR. RATNER:  Object to form, foundation.
20            THE WITNESS:  Like, earpieces for, like,
21       hearing?
22  BY MR. SCHWAB:
23       Q.   The same thing that you wear --
24       A.   Oh.
25       Q.   -- as a police officer, with the white...
```

**EXHIBIT AA**



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

```
 1        Q.   Okay.  It was more than you, and Mallory, and
 2   Schilz, and VanSickle, and -- that would've been it,
 3   yeah.
 4        A.   Inside?
 5        Q.   Yeah.
 6        A.   I can't remember.  On my body camera, I think
 7   there's another officer, which when I reviewed my
 8   camera, I hadn't remembered being on-scene.  So I guess
 9   there could have been a second arrest team.  I just
10   don't remember there --
11        Q.   Okay.  Why were you inside?
12        A.   I think they had Gatorade to kind of stay
13   hydrated.  Hot day, to get some -- get some AC.
14        Q.   Okay.  What was going on outside when you were
15   inside?
16             MR. RATNER:  Object to foundation.
17             THE WITNESS:  I don't know.
18   BY MR. SCHWAB:
19        Q.   Was it getting violent?
20             MR. RATNER:  Same objection.
21             THE WITNESS:  I don't know.
22   BY MR. SCHWAB:
23        Q.   Were there any police officers out there
24   monitoring at that time?
25             MR. RATNER:  Same objection.
```

Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com