```
 1   enforcement wearing an earpiece like this?            EXHIBIT BB
 2           MR. RATNER:  Form and foundation.
 3           THE WITNESS:  Not that often.
 4   BY MR. SCHWAB:
 5       Q.  Okay.  If multiple people here were wearing
 6   these, what would that -- what would that, at least,
 7   suggest to you?  Or what would your thoughts be, based
 8   on your training, as to your perception of the event if
 9   (Inaudible) earpiece?
10       A.  I guess I would assume that they're all
11   communicating with each other.
12           MR. RATNER:  Object to form and foundation on
13       the last question.
14   BY MR. SCHWAB:
15       Q.  What would -- would that cause any concerns or
16   catch your attention that these people are trying to
17   communicate with each other?
18       A.  I'd find it interesting, yeah.
19       Q.  Okay.  Do you recall if there were multiple
20   people wearing earpieces this day?
21       A.  Aside from officers, no.
22       Q.  Okay.  And just to kind of circle back to the
23   beginning, at this point, we don't see the flag, right,
24   that you believe that Josh -- that Mr. DeLeon was trying
25   to take from some individual?
```



Pike Reporting Company
410 17th Street, Suite 1350
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com