**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-01983-SKC

MICHAEL PIPER TOWNLEY, and ANNA KRUGER;
    Plaintiff,

v.

BRIAN MALLORY, in his individual capacity;
DANIEL NETZEL, in his individual capacity;
JARED ROBERTSON, in his individual capacity;
    Defendants.

---

### MOTION TO WITHDRAW AS COUNSEL

---

Katherine N. Hoffman, Esq. of Hall & Evans, L.L.C., pursuant to D.C.COLO.LAttyR5(b), moves the Court to permit her to withdraw as counsel for Defendants Brian Mallory, Daniel Netzel, and Jared Robertson in this matter.

### STATEMENT OF CONFERRAL

Pursuant to D.C.Colo.LAttyR. 5(b), this Motion is excepted from the duty to confer.

1. Katherine N. Hoffman, Esq., of Hall & Evans, LLC, hereby moves to withdraw her representation of the above-named Defendants in the matter herein.

2. Mark S. Ratner, Esq. and Andrew D. Ringel, Esq. of Hall & Evans, L.L.C., shall remain as counsel of record for Defendants Brian Mallory, Daniel Netzel, and Jared Robertson.

3. Katherine Hoffman's last day working as an Attorney at Hall & Evans, LLC is August 2, 2024.

4. Because of the continuous representation of the above-named Defendants by Mark S. Ratner, Esq. and Andrew D. Ringel, Esq., no notification to the above-named

Defendants of their responsibility for complying with all court orders and time limitations, or the need to obtain legal counsel, is required by D.C.Colo.LAttyR 5(b).

5. No party will be prejudiced by this requested withdrawal of counsel.

WHEREFORE, Katherine N. Hoffman, Esq., requests that this Court grant her leave to withdraw as counsel of record for Defendants Brian Mallory, Daniel Netzel, and Jared Robertson in this matter.

Respectfully submitted this 31st day of July 2024.

s/ *Katherine N. Hoffman*
Mark S. Ratner, Esq.
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com
ringela@hallevans.com
hoffmank@hallevans.com
**Attorneys for Defendants Brian Mallory, Daniel Netzel, and Jared Robertson**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the July 31, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF and served on the below-listed party by email:

Edward Milo Schwab, Esq.
milo@ascendcounsel.co

*s/ Erica Cameron*
Erica Cameron, Legal Assistant